FILED: February 16, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1186
(2:18-cv-00069-AWA-RJK)

_____

LATASHA HOLLOWAY

        Plaintiff - Appellant

v.

CITY OF VIRGINIA BEACH, VIRGINIA

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:18-cv-00069-AWA-RJK |
| Date notice of appeal filed in originating court: | 02/15/2018 |
| Appellant (s) | Latasha Holloway |
| Appellate Case Number | 18-1186 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |