IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



LATASHA HOLLOWAY,

      plaintiff,

vs.          CIVIL ACTION NO:2:18-CV-00069 AWA-RJK

CITY OF VIRGINIA BEACH, VIRGINIA,

      defendants.

**MOTION TO STAY PROCEEDINGS PENDING APPEAL**

COMES NOW Latasha Holloway, and respectfully moves this Honorable Court to issue an Order granting plaintiff's motion to stay proceedings, pending Appeal to the United States Court of Appeals for the Fourth Circuit, from the United States District Court's final decision entered on February 12, 2018. See; In Carson v. American Brands, Inc., 450 U.S. 79, 101 S. Ct. 993, 67 L.Ed.2d 59 (1981).

1. The order refusing to appoint counsel is appealable under 28 U.S. C. § 1292 (a) (1).

2. The first Judiciary Act of 1789, 1 Stat. 73, established the general principle that only final decisions of the federal district courts would be reviewable on appeal. 28 U.S. C. § 1291. See Baltimore Contractors, Inc. v. Bodinger, 348 U.S. 176, 178-179 (1955); Cobbledick v. United States, 309 U.S. 323, 324-325 (1940).

3. Plaintiff is proceeding pro se, and exceptional circumstances exist in this complex case, she can not proceed due to bereavement, unexpected personal and family problems, which is beyond her control.

4. Plaintiff believes she will likely succeed on the merits of the case if granted a stay for good cause shown and as a matter of Law.

5. Plaintiff and defendants will not be prejudiced by granting stay and all other legal defenses not specifically stated herein in support.

I ASK FOR THIS

*/s/ Latasha Holloway*

Ms. Latasha Holloway
3683 Windmill Drive
Virginia Beach, Virginia 23453
(757) 348-0456
