**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

June 5, 2018

**VIA U.S. MAIL/HAND DELIVERED**
OFFICE OF THE CLERK
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

In re: LaTasha Holloway v City of Virginia Beach, Virginia, CASE No. 2:18-cv-69(AWA/RJK)

Dear Clerk:

Enclosed please find Reply Objection and Memorandum of Law In Support, In Opposition to Defendant's Motion to Dismiss to present to the Honorable Judge Arenda L. Wright Allen and filed on behalf of Plaintiff in the above referenced matter.

Thanking you, in advance for processing appropriately,

Respectfully submitted,

LaTasha Holloway
3683 Windmill Drive
Virginia Beach, VA 23453
(757) 348-0456