AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Holloway | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:18-cv-00069-AWA-RJK |
| City of Virginia Beach | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Latasha Holloway.

Date: 09/24/2018

/s/ Charquia Wright
*Attorney's signature*

Charquia Wright (VA Bar: 92972)
*Printed name and bar number*

1411 K St. NW
Ste. 1400
Washington, DC 20005
*Address*

cwright@campaignlegal.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*