Reset Form    Print Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  2:18-cv-00069 ___, Case Name  Holloway v. City of Virginia Beach

Party Represented by Applicant:  Plaintiff Latasha Holloway

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please)  Danielle Marie Lang

Bar Identification Number  1500218 _____ State  DC

Firm Name  Campaign Legal Center

Firm Phone #  (202) 736-2200 ____ Direct Dial #  (202) 856-7911 _____ FAX #  (202) 736-2222

E-Mail Address  dlang@campaignlegal.org

Office **Mailing** Address  1411 K Street NW, Ste. 1400, Washington, DC 20005

Name(s) of federal court(s) in which I have been admitted  See Attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Joseph Gerald Hebert                           09/25/2018

_____          _____
(Signature)                                         (Date)
J. Gerald Hebert                                   38432
_____          _____
(Typed or Printed Name)                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____  *or* Exemption Granted _____

The motion for admission is GRANTED _____  *or* DENIED _____

_____          _____
(Judge's Signature)                            (Date)

Attachment to Application of D. Lang for Admission to Practice *Pro Hac Vice*          Page **1** of **1**

I, Danielle M. Lang, am admitted to practice before the following federal courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. Supreme Court | 04/17/2017 | ☑ Yes |
| U.S. District Court for the Central District of CA | 08/31/2016 | ☑ Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 06/14/2017 | ☑ Yes |
| U.S. Court of Appeals for the Fifth Circuit | 05/03/2016 | ☑ Yes |
| U.S. Court of Appeals for the Ninth Circuit | 10/12/2017 | ☑ Yes |
| U.S. District Court for D.C. | 04/09/2018 | ☑ Yes |