IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 2:18-cv-0069 |
| City of Virginia Beach, et al., | |
| Defendants. | |

**Defendants' Memorandum of Law in Support of Motion for Summary Judgment**

# EXHIBIT TWO

Expert Rebuttal Report of Anthony E. Fairfax

Expert Report of Anthony E. Fairfax

Response to Peter Morrison's Report

Anthony E. Fairfax

16 Castle Haven Road

Hampton, VA 23666

August 26, 2019

## I. Introduction

I have been retained by counsel representing the Plaintiffs in this lawsuit *(Holloway, et al v City of Virginia Beach et al)* to determine whether it is possible to draw an Illustrative Plan with one or more majority Latino (Hispanic), Black, and Asian ("HBA") combined districts in the City of Virginia Beach, VA. In addition, I was also asked to review past and recent demographics pertaining to the city.

This additional report serves as a response to Dr. Peter A. Morrison's report (dated August 12, 2019) which evaluated my initial July 15th report expert report.

My qualifications can be found in my prior expert report and I am being compensated at a rate of $180 per hour.

## II. Background

The City of Virginia Beach, VA currently has an eleven-member City Council structure. Three (3) Council members and the Mayor serve "at large" with no district residency requirement. The other seven (7) council members are required to live in the district that they represent. However, all city council members are elected at large and not within the district that they represent.

On July 15, 2019 I submitted an expert report for this case that presented my finding that the minority population in the city of Virginia Beach, Virginia was sufficiently large and geographically compact to constitute two majority Hispanic, Black, and Asian ("HBA") combined districts. On August 12, 2019, Dr. Peter A. Morrison submitted his evaluation of my initial expert report.

## III. Summary of Dr. Morrison's Findings and Response

The report of Dr. Morrison outlines several disagreements with my initial report. The first is that he claims the Illustrative Plan's majority minority districts' Total HBA Citizen Voting Age Populations ("CVAP") do not constitute a majority. Using an Iterative Proportional Fitting (IPF) technique, he calculates the CVAP of the two districts as 49.9% (District 1) and 49.6% (District 2) versus my calculations of 50.03% for District 1 and 50.04% for District 2. The second disagreement centers around alleged inconsistences in the census block data reflecting the CVAP values. Finally, his last disagreement with my initial report lies with the use of Hispanic, Black and Asian populations combined. He states that this presumes that political cohesiveness exists between Hispanics, Blacks, and Asians. I address each of Dr. Morrison's claims below.

Dr. Morrison's three claims pertaining to my initial report are incorrect, and do not change my conclusions in this case. First, several illustrative plan districts that significantly exceed a majority (50%) of CVAP can be drawn, and the initial Illustrative Plan was shown to further exceed 50% CVAP when the addition of the Black and White combined race category data is included (51.11% and 51.08% for District 1 and 2, respectively).[1] Several alternative plans were found to exceed 50% by almost 6% (55.7%) for District 1 and almost 3% (52.7%) for District 2.

---

[1] The Black and White race category includes those persons who select both Black (or African American) and White race categories on the census survey form.

A single majority HBA district was also developed that exceeded 50% by more than 8% (58.9%). These alternative plans clearly verify that at least one majority HBA CVAP district can be developed and developed to eliminate any "point" estimate issues.

Dr. Morrison's claim of inconsistent data is inaccurate and irrelevant. If districts were made up of a few census blocks, Dr. Morrison's point might carry more weight. However, the Illustrative Plan's districts and alternative plans' districts are made up of hundreds of census blocks, which diminishes the census block data variations to virtually nil. The change in final district's HBA CVAP percentages were found to be extremely small and, in most cases, significant only to the third decimal place.

Finally, Dr. Morrison's claim that I presume cohesiveness among Hispanic, Black, and Asian voters was simple to address, since considering it is not part of the *Gingles* first prong precondition, and thus is not analyzed in this report. Also, the data indicates that the Hispanic, Black, and Asian populations tend to reside in the same communities. This analysis was shown in my initial expert report, is unrebutted by Dr. Morrison, and is reiterated in this response report.

Despite Dr. Morrison's claims, the HBA population in Virginia Beach is sufficiently large and geographically compact to constitute a majority in two single-member districts that would likely be able to elect their candidates of choice.

Although Dr. Morrison may prefer the IFP method for disaggregation, the Maptitude method of disaggregation that I used is also a commonly used and reliable technique that produces accurate results. Further, when black and white combined data is considered, Districts 1 and 2 in the Illustrative Plan have even higher CVAP percentages.

In addition to the Illustrative Plan that I included in my initial report, it is possible to draw a number of additional alternative plans with two majority HBA CVAP districts. When analyzing all of the plans using total population, VAP, and CVAP, there are only two instances where the HBA percentage are below 50% (Both of these instances are using 2010 VAP data that were surveyed years ago (the Illustrative Plan and Alternative 4 plan)).

It is also possible to draw plans with at least one HBA majority CVAP district, which is still more than contained in the current City Council plan (which has zero). It is also possible to draw a majority Hispanic and Black CVAP district.

Dr. Morrison's conclusion about the inconsistent disaggregation of data at the census block level is meritless in practice. The Illustrative Plan's districts consist of hundreds of census blocks, which diminishes any variation from the disaggregation process, and the differences are minute with no practical impact on my results or conclusions.

**IV. Response to Dr. Morrison's Claim Regarding CVAP of Districts 1 and 2 in Illustrative Plan**

Dr. Morrison's claim that the Illustrative Plan's Districts 1 and 2 do not have a majority HBA CVAP relies on his use of an alternative disaggregation method, Iterative Proportional Fitting ("IPF"), that he alleges results in CVAP values of 49.99% for District 1 and 49.96% for District 2. He also argues that the majority HBA CVAP percentages of 50.03% (District 1) and 50.04% (District 2) that I report are "point estimates" and "razor-thin."

First, it is important to note that assuming that Dr. Morrison's IPF disaggregation process is correct, it only yields a difference of .04% for District 1 and .08%. for District 2.[2] These amounts on their face are extremely negligible, especially when considering that two different techniques were used. Dr. Morrison's calculated amounts also clearly round to 50%. Further, the Maptitude disaggregation process that I utilized is a commonly used and accepted method in the field, and it provides accurate estimates.[3] However, even if Dr. Morrison calculated his estimates correctly and even if his preferred method for disaggregation were accepted, his point is also ultimately irrelevant, because it is possible to produce a number of additional alternative plans with two majority HBA CVAP districts with higher percentages.

In addition, the initial Illustrative Plan's HBA CVAP percentages for District 1 and District 2 are higher when considering the Black and White combined race categories, as presented on page 21 and Appendix D of my initial report, and Table 1 below. District 1 increases to 51.11% while District 2 increases to 51.08% (see Table 1). Given the small differences (.04% and .08%) in the two disaggregation processes, if Dr. Morrison added the Black and White race categories using the IPF techniques, his calculations should yield similar outcomes to the ones that I obtained. Consequently, adding Black and White race categories, Districts 1 and 2 clearly exceed 50% majority-minority HBA CVAP.

| Table 1 – Illustrative Plan - HBA & HBA plus B/W using CVAP (2013-17 ACS) | | | |
|---|---|---|---|
| **District** | **CVAP 13-17ACS** | **HBA CVAP 13-17ACS** | **HBA CVAP plus Black/White 13-17ACS** |
| 1 | 29761 | 14888 | 15210 |
| 2 | 32804 | 16415 | 16755 |
| **District** | **% CVAP 13-17ACS** | **% HBA CVAP 13-17ACS** | **% HBA CVAP plus Black/White 13-17ACS** |
| 1 | 29761 | 50.03% | 51.11% |
| 2 | 32804 | 50.04% | 51.08% |

Source: U.S. Census Bureau 2013-2017 5 Year ACS Block Group data, Maptitude for Redistricting Illustrative Plan
Note: 13-17ACS - 2013-2017 5-Year ACS; Black/White included Black and White combined race persons

---

[2] Even this amount may be explained due to Dr. Morrison apparently using Total Population as the weighted census block to block group ratio instead of Voting Age Population (VAP) as I used, which is not an apples-to-apples comparison. For the analysis I present here, VAP is the more accurate weighted ratio to use since it is closer to the true citizen voting age population.

[3] Further discussion of Maptitude's disaggregation techniques is included in the section of my report below addressing Dr. Morrison's claim regarding alleged inconsistent census block values (see Section V).

Second, as I mentioned above, the Illustrative Plan is not the only possible way to draw two single-member majority HBA CVAP districts for the city of Virginia Beach, VA. As stated in the conclusions of my initial report, the Illustrative Plan is only demonstrative and a number of other configurations that result in two majority HBA CVAP districts can be drawn. I include three additional plans with two majority HBA-CVAP districts below.

For instance, with only minor changes to the districts, an alternative plan (Alternative 1) can be created with an HBA CVAP percentage of 51.50% for District 1 and 51.63% for District 2 (see Table 2 and Figure 1).[4]

In addition to containing a majority of single race alone HBA CVAP, the HBA CVAP% including persons that identify as *both* Black and White in Districts 1 and 2 in the Alternative 1 plan yields percentages of 52.64% and 52.62% HBACVAP, respectively (see Appendix A).

| Table 2 – Illustrative Alternative 1 Plan - Major Race/Ethnicity using CVAP (2013-17 ACS) | | | | | | | |
|---|---|---|---|---|---|---|---|
| District | CVAP 13-17ACS | Dev | HCVAP 13-17ACS | WCVAP 13-17ACS | BCVAP 13-17ACS | ACVAP 13-17ACS | HBACVAP 13-17ACS |
| 1 | 28300 | -2091 | 2119 | 12609 | 9056 | 3407 | 14575 |
| 2 | 32634 | -1822 | 2346 | 15004 | 13141 | 1387 | 16851 |
| District | % CVAP 13-17ACS | % Dev | % HCVAP 13-17ACS | % WCVAP 13-17ACS | % BCVAP 13-17ACS | % ACVAP 13-17ACS | % HBACVAP 13-17ACS |
| 1 | 28300 | -4.77% | 7.49% | 44.55% | 32.00% | 12.04% | 51.50% |
| 2 | 32634 | -4.16% | 7.19% | 45.98% | 40.27% | 4.25% | 51.64% |

Note: 13-17ACS - 2013-2017 5-Year ACS
Source: U.S. Census Bureau 2013-2017 5 Year ACS Block Group data, Maptitude for Redistricting Illustrative Plan

---

[4] As with the initial Illustrative Plan, the alternative plan's HBA CVAP totals were summed prior to disaggregation, thus minimizing the potential disaggregation error from three (Hispanic, Black, and Asian CVAP summed together) to one HBA CVAP total. This technique minimizes the disaggregation error associated with the totals, specifically when the total is the focal point (as with a majority minority determination). Thus, the disaggregated totals for Hispanic, Black and Asian combined may not add to the HBA CVAP totals. The Total Pop HBA using the 2013-2017 was calculated by summing the three fields together (See Appendix A).



Source: Illustrative Alternative 1 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 1** – Virginia Beach Illustrative Alternative 1 Plan with
Two Majority HBA CVAP Districts with slight changes

It is also possible to draw a second alternative plan (Alternative 2) with two single-member
majority HBA CVAP districts, using census block groups only (see Figure 2). Alternative 2 has a
HBA CVAP of 51.04% for District 1 and 51.07% for District 2, respectively (increased to
52.15% for District 1 and 52.12% District 2 when Black and White combined data is
considered). This plan will be discussed further in Section V.



Source: Illustrative Alternative 2 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 2** – Virginia Beach Illustrative Alternative 2 Plan with
Two Majority HBA CVAP Districts using Block Groups Only

A third alternative plan (Alternative 3) includes two districts with HBA majority CVAP
percentages and encompass different geographic locations than the initial Illustrative Plan (see
Figure 3). The total HBA CVAP percentages in Alternative 3 are 54.47% for District 1 and
51.92% for District 2. When the Black and White combined data is considered, the percentages
increase to 55.72% for District 1 and 52.75% for District 2.

Alternative 3 also reveals that a Majority Hispanic, Black, and Asian combined district using the
2010 Voting Age Population (VAP) data could have been developed. The HBA VAP in 2010
would have been the likely dataset that would have been used if the city of Virginia Beach chose
to develop a majority HBA VAP district during the 2010 redistricting cycle.[5] District 1's VAP in
2010 is 54.05% and District 2 is 51.32% using 2010 VAP census data (see Appendix A).

---

[5] The CVAP data that would have also been available during the 2010 redistricting cycle would have been the 2005-
2009 5-Year ACS. This dataset would most likely have been too old to use (since it midpoint is 2007) and thus
reliance on 2010 VAP would have been more likely.



Source: Illustrative Alternative 3 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 3** – Virginia Beach Illustrative Alternative 3 Plan with Two Majority HBA CVAP Districts in different geographic locations

Further, given that it is possible to draw multiple plans with two majority HBA combined CVAP districts, it is also possible to draw a plan that at the very least contains one majority HBA CVAP district. The current City Council plan has zero majority HBA combined CVAP districts (see Appendix D in my initial report). Nothing in Dr. Morrison's report disputes this point. The first *Gingles* precondition reads:

> "The minority group must be able to demonstrate that it is sufficiently large and geographically compact to constitute a majority in **a** single-member district."[6]

---

[6] *Thornburg v. Gingles*, 478 U.S. 30 (1986)

Therefore, as long as at least *one* majority HBA combined CVAP district can be drawn, the first *Gingles* precondition would be satisfied. It is possible to draw several plans with one HBA combined CVAP district, and I include an example, Alternative 4, below.

Alternative 4 (Figure 4) includes a single member district with an HBA CVAP percentage of 50.58% (51.46% with the addition of Black and White combined data). This Majority HBA CVAP district did <u>not</u> split any Voting Tabulation Districts (VTDs).[7]



Source: Illustrative Alternative 4 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 4** – Virginia Beach Illustrative Alternative 4 Plan with
a Majority HBA CVAP District w/No Split VTDs

---

[7] Voting Tabulation Districts are generated by the Census Bureau and commonly used synonymously as precincts during the redistricting process. VTDs follow census block boundaries while precincts may not.

In addition, although the focus of the analysis was to draw majority Hispanic, Black and Asian combined districts, another plan alternative was generated that verifies that, at a minimum, a majority Hispanic and Black CVAP district can be drawn (see Figure 5). Alternative 5 shows a majority district with a Hispanic and Black CVAP of 51.04%. When Black and White combined data is considered, the district's CVAP increases to 52.17%.[8]



Source: Illustrative Alternative 5 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 5** – Virginia Beach Illustrative Alternative 5 Plan with
a Majority Hispanic and Black CVAP District

Finally, the analysis that I performed utilized 2013-2017 5-Year ACS as the most recent data to determine district HBA CVAP percentages. These data as well as the 2010 decennial data provide numbers that occur in the past and not current demographics. Comparing the 2013-2017 5-Year ACS with the 2008-2012 5-Year ACS, the city of Virginia Beach increased 1.55% in its HBA CVAP percentage. The one-year 2017 ACS data for the city shows that there was an additional 1.75% increase in HBA CVAP percentage. Given that the HBA CVAP population in

---

[8] Alternative Plan 5 has a HBA CVAP percentage of 57.75% (58.89% with the addition of Black and White race combined data).

Virginia Beach has grown considerably over the past two decades and continues to increase, the Illustrative and alternative plans' current HBA CVAP percentages for the majority-minority districts are ultimately likely to be higher than the values shown in this report's analysis.

## V. Response to Dr. Morrison's Claim of Inconsistent Disaggregated Data

Dr. Morrison claims that the disaggregated census block data used to generate the total Hispanic, Black and Asian combined CVAP is "untrustworthy." This claim is meritless. Dr. Morrison points to examples where the block level data shows instances where the CVAP is exceeded by the combined values of Hispanic, Black, and Asian CVAP populations. However, the CVAP may exceed the combined values of Hispanic, Black, and Asian CVAP populations at the census block level and still be trustworthy data at the district and other geographic levels.

If we were interested in analyzing a district the size of a single census block or a small number of census blocks, it is possible that errors in the disaggregation process may be worth considering. However, that is not the case here. Each city council district in the illustrative plans consists of *hundreds* of census blocks, not a handful that would amplify the disaggregation error.

In order to demonstrate why the CVAP data totals occasionally have census blocks that are exceeded by the combined values of Hispanic, Black, and Asian CVAP populations, I will explain the Maptitude for Redistricting ("Maptitude") disaggregation process.[9]

The Maptitude software includes a process that disaggregates a population value of a larger geographic area to a lower sub geographic area.[10] This disaggregation is necessary when drawing a redistricting plan in order to assess the CVAP populations within the district. In this particular case, Maptitude was used to disaggregate CVAP data from the block group level to the census block level. Census blocks are the building blocks of districts.

The following is a simple example to calculate CVAP for a census block. If the VAP of a census block group contains 1,000 people and a census block contained within the block group contains 100 people, Maptitude would use 10% or multiply by .1 to determine the CVAP at the block level. Thus, if 500 persons was the CVAP for the block group, 50 would be the estimated CVAP for the census block.

This straightforward example provides the first step in Maptitude's disaggregation process. However, there are many instances when the estimate for the census block equals an integer (a positive whole number) plus a fraction of persons (e,g, 4.5 persons). Because of this occurrence, Maptitude adds a second step. The second step ensures that all blocks contain whole numbers.

---

[9] Maptitude is one of the most commonly used software systems by state and local governments, educational institutions, and interest groups for drawing redistricting plans (See Appendix C for partial client list via Caliper website. Source: https://www.caliper.com/mtrnews/clients.htm).

[10] Maptitude has two different disaggregation functions. One for wholly contained matching census geography (which was used in this effort) and the other for non-wholly contained and overlapping geographic areas.

The second step[11] strips the fractions of persons and assigns them to the largest populated block within the block group. The assignment of these persons eliminates the fractions of persons and increases the population of the largest populated block, but not by a significant amount in most cases.

Figure 6 below shows an actual and typical example of Maptitude's disaggregation process. Figure 6 shows block group 518100422024 in Virginia Beach, VA. It consists of 5 census blocks. The bright red color highlights the largest populated block. The number within each block contains the disaggregated CVAP for each census block.



Source: Maptitude for Redistricting data for Virginia Beach, VA

**Figure 6** – Block Group 518100422024 Highlighting Largest Populated Block

---

[11] Regarding this second step, the Maptitude for Redistricting Documentation states: *Each user attribute field is disaggregated to the Census Block level by distributing the count for each higher-level district to its component blocks or block pieces. The portion assigned to each piece is determined using a weighting field (e.g. Population). These values are truncated to integers, any block count below the minimum threshold is changed to zero, and finally any remainder is then assigned to the largest component block in the district. Where two or more districts intersect a block, each will contribute to the block. The result is an attribute field at the block level containing the disaggregated data.* The documentation uses the term "district" in place of the commonly used geographic area such as block group or VTD.

The disaggregation process of Maptitude that determines the CVAP for each block is shown in tabular form in Table 3. The first column is the short label of the block ID. Each row represents a different census block with the largest populated block at the bottom. The second column contains the VAP for each census block while the third column contains the VAP for the block group. The fourth column is the weighted amount that will be used to determine the CVAP at the block level. This is calculated by using the block VAP divided by the block group VAP.

The fifth column shows the CVAP for the block group that will be divided up to each census block. The sixth column (Step 1 DisAggr) contains the calculated CVAP for each census block. It is calculated by multiplying the Weighted % by the block/block group CVAP.

The seventh column displays whole CVAP without the fractional amount for each census block. The eighth column provides the fractional change in each census block population due to stripping away or adding to the largest populated block (1.26012 persons). The ninth column shows the stripped away disaggregated CVAP amount for each block except for the largest populated block that includes the added fractional amount totaling the whole number of 226 (224.73988 plus 1.26012 equals 226).

| Table 3 – Block Disaggregation Process for Block Group 518100422021 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BlockID | VAP Block | VAP BG | Weight % | CVAP BG | Step 1 DisAgg1 | Stripped | Fraction Change | Step 2 DisAgg2 |
| 004 | 26 | 692 | 3.8% | 540 | 20.28902 | 20 | -0.28902 | 20 |
| 003 | 43 | 692 | 6.2% | 540 | 33.55491 | 33 | -0.55491 | 33 |
| 002 | 104 | 692 | 15.0% | 540 | 81.15607 | 81 | -0.15607 | 81 |
| 001 | 231 | 692 | 33.4% | 540 | 180.26012 | 180 | -0.26012 | 180 |
| | | | | | | | | |
| 000 | 288 | 692 | 41.6% | 540 | **224.73988** | | **1.26012** | **226** |
| | | | | | | | | |
| Sum of fractions of persons that are added to largest Pop block (000) | | | | | | **1.26012** | |

Source: Maptitude for Redistricting census block disaggregated data; U.S. Census Bureau American Community Survey 2013-2017 5-Yr data, 2010 Decennial Population data; Report calculations using Maptitude for Redistricting disaggregation technique.

Measuring the Impact of the Largest Populated Block Disaggregation Technique

The increase in the largest populated block would be worrisome if the city council districts were made up of only a few census blocks. However, the Illustrative Plan's districts are made up of hundreds of census blocks (400 census blocks for District 1 and 633 for District 2 in the initial Illustrative Plan).[12] Thus, aggregating hundreds of census blocks reduces or eliminates any error associated with the assignment of the largest populated block.

---

[12] Calculated by counting the district's census blocks that are contained within the district plan block assignment or equivalency file.

In order to truly grasp the minute impact of Maptitude's disaggregation technique, I analyzed the entire district to measure the difference. Instead of performing the disaggregation process that was mentioned in Table 3 for a single block group, I perform this analysis on the entire Illustrative Plan.

To perform the analysis, an Excel spreadsheet was setup with all census blocks and the relevant data fields as shown in Table 3. As before, the same calculation of weight%, the first step of disaggregation, the conversion of all census population to integers, and the calculations of the total amount fraction change amount are included.

The key to analyzing the effect of adding the largest populated census block lies with summing all of the fractional population pieces that are contained within each district. If an area contains a split block group containing the largest populated census block it will be slightly higher and if the district contains only the remaining census blocks (where the stripped fraction population occurred), it will be slightly lower. However, because the vast majority of split block groups that contain the largest populated block also contain the census blocks that had their population fractions stripped off, the two offset each other.

The proof of this offset lies with the final change in population when all of the fractions of persons and the largest populated block are added together in a district. Table 4 demonstrates that District 1's CVAP was lowered by a little over five (5) people for the entire district (-5.09305). The HBA CVAP was lowered a little less than five persons (-4.63910). District 2 had even less of an impact, with 0.11179 persons for the CVAP and 0.85174 for the HBA CVAP. Given the minute differences, the impact is thus trivial.

Further evidence of this practically non-existent change is seen when the HBA CVAP% is calculated using the values without using the largest populated block and comparing it to Maptitude's disaggregation values (using the largest populated block technique). Calculating disaggregation without using the largest populated block technique is achieved by dividing the HBACVAP17 DisAggr column by the CVAP17 DisAggr column for each district.

The HBA CVAP% calculation appears to be exactly the same when they are compared using two (2) decimal places. Both processes, calculated to 50.03% for District 1 and 50.04% for District 2. In order to view any difference, at least three (3) decimal places must be taken in consideration.[13]

---

[13] Three of the other districts (Districts 3-10), showed a difference of .01%.

**Table 4 -Illustrative Plan's Population Impact of Largest Populated Block Technique**

| Dist | CVAP17 DisAggr | CVAP17 Strp | CVAP DISAG | CVAP17 Chg | CVAP17 | | |
|------|------|------|------|------|------|---|---|
| 01 | 29766.09305 | 29641 | 29761 | -5.09305 | 29761 | | |
| 02 | 32803.88821 | 32642 | 32804 | 0.11179 | 32804 | | |
| 03 | 31961.85648 | 31819 | 31960 | -1.85648 | 31960 | | |
| 04 | 33799.93322 | 33623 | 33802 | 2.06678 | 33802 | | |
| 05 | 34688.84486 | 34407 | 34689 | 0.15514 | 34689 | | |
| 06 | 34443.57816 | 34140 | 34447 | 3.42184 | 34447 | | |
| 07 | 35686.66521 | 35367 | 35686 | -0.66521 | 35686 | | |
| 08 | 33657.33407 | 33485 | 33660 | 2.66593 | 33660 | | |
| 09 | 32840.24399 | 32637 | 32843 | 2.75601 | 32843 | | |
| 10 | 34851.55528 | 34651 | 34848 | -3.55528 | 34848 | | |

| Dist | HBA CVAP17 DisAggr | HBAC17 Strp | HBA DISAG | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|------|------|------|------|------|------|------|
| 01 | 14892.63910 | 14770 | 14888 | -4.63910 | 14888 | 50.03% | 50.03% |
| 02 | 16414.14826 | 16235 | 16415 | 0.85174 | 16415 | 50.04% | 50.04% |
| 03 | 13364.47424 | 13218 | 13365 | 0.52576 | 13365 | 41.82% | 41.81% |
| 04 | 10612.27770 | 10435 | 10612 | -0.27770 | 10612 | 31.39% | 31.40% |
| 05 | 7131.76589 | 6861 | 7133 | 1.23411 | 7133 | 20.56% | 20.56% |
| 06 | 7428.54973 | 7128 | 7430 | 1.45027 | 7430 | 21.57% | 21.57% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9655.04044 | 9476 | 9658 | 2.95956 | 9658 | 28.69% | 28.69% |
| 09 | 8862.08495 | 8665 | 8863 | 0.91505 | 8863 | 26.99% | 26.99% |
| 10 | 7561.30030 | 7364 | 7559 | -2.30030 | 7559 | 21.69% | 21.70% |

Source: Maptitude for Redistricting census block disaggregated data; U.S. Census Bureau American Community Survey 2013-2017 5-Yr data, 2010 Decennial Population data; Illustrative Plan Block Assignment List; Results from Microsoft Excel's consolidation function

Note: wo/LDB calculates districts's HBA CVAP% using disaggregation without the Largest Populated Block technique.

In addition, analysis for all of the Alternative Plans reveal that at most the majority HBA CVAP district plans using Maptitude's largest populated block only deviate .03% or less (see Appendix B).

15

Finally, the random distribution of the largest populated block tends to reduce its impact. This is due to the overpopulation occurring in a random manner as a district splits block groups. Figure 7 below reveals the random nature of the distribution of the largest populated block. There is no geographic pattern associated with is location.



Source: Maptitude for Redistricting Census Block and Block Group Data

**Figure 7** – Depiction of the Largest Populated Census Block

Further evidence that the assignment of the largest populated block with the fractional population is not an issue centers on Dr. Morrison's own results. First, Dr. Morrison validates Maptitude's disaggregation process by replicating the process using his own IPF method and returning virtually the same results. His results for the Illustrative Plan were a 49.99% CVAP for District 1 and 49.96% for District 2. My results, using Maptitude's disaggregation process, were 50.03% for District 1 and 50.04% for District 2, respectively. This yields a difference of .04% for District 1 and .08%. for District 2. As stated previously in this report, these amounts are extremely negligible, Dr. Morrison's values round to 50%, and he appears to use a different weighting population (total population) than I do (voting age population).[14]

In addition, Dr. Morrison's results tend to validate the actual amounts that I originally calculated. In essence, two different disaggregation processes were used, and the results were extremely close to each other. This duplicated processing verifies that the disaggregation amounts determined using the Maptitude method are the actual CVAP values for the Illustrative Plan's Districts 1 and 2.

Given all of these factors, I conclude that overall the Maptitude disaggregation process produces reliable disaggregated CVAP values. As I noted above, Maptitude is a widely used application for redistricting and its disaggregation method is a commonly used and reliable technique in the field (see Appendix C).

## VI. Response to Dr. Morrison's Claim Regarding an Alleged Assumption of HBA Political Cohesiveness and Communities

Dr. Morrison states that my use of Hispanic, Black, and Asian population data presumes that political cohesiveness exists between Hispanics, Blacks, and Asians. He states that I "*concocted [an] aggregate of three distinct protected minorities (Hispanics, Blacks, and Asians).* He also states that: "*This 'tripart minority coalition' district presumes political cohesion among Hispanics, Blacks, and Asians (an embedded assumption without support).* This argument is nonsensical, for a number of reasons which I outline below.

First, by design, the very purpose of the effort was to focus on whether Hispanic, Black, and Asian CVAP could form a majority in single-member districts. In order to do so, one must consider and aggregate the Hispanic, Black and Asian population data together. It would not make much sense to try to determine whether a majority HBA CVAP district could be drawn by only looking at the black CVAP, for example.

Second, my report provides no opinion on the cohesiveness of minority voters, nor is any proof of the cohesiveness of minority voters necessary to meet the first prong or precondition of *Gingles*.[15] As stated before, the precondition reads:

> "The minority group must be able to demonstrate that it is sufficiently large and geographically compact to constitute a majority in a single-member district."

---

[14] The data provided by Dr. Morrison did not contain label descriptions, but appear to reflect the use of total population and not voting age population.
[15] Thornburg v. Gingles, 478 U.S. 30 (1986)

17

It is my understanding that the political cohesiveness of the HBA population will be addressed by other experts retained by Plaintiffs.

It is also worth stating that Dr. Morrison does not address at all the analysis shown in my initial report that further shows that Hispanics, Blacks, and Asians share common communities and form communities of interest in Virginia Beach. Dr. Morrison's claims seem to suggest that Hispanics, Black, and Asians do not exist in common communities to form a majority minority district. Again, my unrebutted analysis in my initial report shows that is not the case.

Reviewing census tracts from 1990 to recent years shows a growing community of Hispanic, Black and Asians. In 1990, there was only one majority HBA (Total Population) census tract in the city of Virginia Beach.[16] However, according to the 2013 – 2017 5-Year ACS data (2015MP), 10 census tracts now have a combined HBA majority. These 2013-2017 majority HBA communities[17] are located near the western center of Virginia Beach and toward the west and north-west Norfolk & Chesapeake boundary areas of the city (see Figure 8).

A review of the location of these majority HBA census tracts reveals that they are growing only in certain locations of the city. Simply put, HBA persons have chosen to reside in the same areas of the city.

---

[16] 1990 Decennial Census Survey census tract level
[17] A census tract usually contains one or more neighborhoods within its boundary.



**Figure 8** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(1990 Decennial Census & 2013-2017 5Yr ACS)

Note: Race categories are Alone (Single Race) Not Hispanic categories
Source: U.S. Census Bureau PL94-171 data for 1990; 2013 - 2017 5-Year ACS data

Additional evidence is shown by reviewing the dot density maps. This provides a different perspective yet yields similar conclusions.

Figures 9, 10, and 11 depict the distribution of Hispanic, Black, and Asian populations throughout the city. Each red dot on the map represents 500 persons residing within the census tract for each respective race/ethnicity. Collectively, the red dots of Hispanic, Black, or Asian population are centered mostly around census tracts that are greater than 40% or 50% HBA.

In fact, reviewing data that sums each race/ethnicity in the census tracts that have greater than 40% HBA verifies that most Hispanic, Black, and Asian persons reside in the same communities. Table 5 shows that 31 of Virginia Beach's 100 census tracts contain 54.90% of the HBA combined population. The same census tracts contain 45.50% of the Hispanic population, 59.02% of the Black population, and 52.20% of the Asian population.

19



**Figure 9** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(with Hispanic Dot Density Points using 2013-2017 5Yr ACS)



**Figure 10** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(with Black Dot Density Points using 2013-2017 5Yr ACS)



**Figure 11** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(with Asian Dot Density Points using 2013-2017 5Yr ACS)

**Table 4 – VAB Population of HBA Residing in >40% and >50% HBA Census Tracts**

| HBA% CT | # CTs | Hispanic | Black | Asian | HBATTL |
|---|---|---|---|---|---|
| >40% | 31 | 13188 | 49113 | 13735 | 76036 |
| >50% | 10 | 4629 | 22381 | 4102 | 31112 |
| City Total | 100 | 28987 | 83210 | 26312 | 138509 |
| **HBA% CT** | **# CTs** | **Hispanic%** | **Black%** | **Asian%** | **HBATTL%** |
| >40% | 31 | 45.50% | 59.02% | 52.20% | 54.90% |
| >50% | 10 | 15.97% | 26.90% | 15.59% | 22.46% |
| City Total | 100 | 100.00% | 100.00% | 100.00% | 100.00% |

Note: HBATTL – Total Hispanic, Black, and Asian combined persons (Not Hispanic Black and Asian categories); and CT - Census Tract

Source: U.S. Census Bureau 2013-2017 5-Year ACS data using Maptitude for Redistricting Dataview Statistical Summary option

Finally, not only do the maps show that the Hispanic, Black, and Asian populations tend to reside in HBA census tracts, close inspection of the maps reveals a similar pattern outside of the majority HBA census tracts. Thus, even where a census tract is not majority HBA, the HBA population tends to reside in those areas.

**VII. Conclusions**

After addressing all of Dr. Morrison's concerns, I stand by my original conclusion that the minority population in the city of Virginia Beach, VA is sufficiently large and geographically compact to enable the creation of two single-member majority Hispanic, Black and Asian combined districts.

I, Anthony E. Fairfax, am over the age of 18 and fully competent to make this declaration. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Anthony E. Fairfax
August 26, 2019

Appendix A

Alternative Plans

Alternative Plans 1 through 5



**Virginia Beach, VA**
**Illustrative Alternative 1 Plan - 10 Districts Statistics**

| District | Population | Deviation | % Deviation | Hispanic Orig | % Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41708 | -2091 | -4.77% | 4047 | 9.70% | 17702 | 42.44% | 12966 | 31.09% | 4924 | 11.81% | 21937 | 52.60% |
| 02 | 41977 | -1822 | -4.16% | 3060 | 7.29% | 17939 | 42.74% | 17449 | 41.57% | 1872 | 4.46% | 22381 | 53.32% |
| 03 | 43433 | -366 | -0.84% | 2926 | 6.74% | 22810 | 52.52% | 10160 | 23.39% | 5571 | 12.83% | 18657 | 42.96% |
| 04 | 45650 | 1851 | 4.23% | 2559 | 5.61% | 29816 | 65.31% | 8118 | 17.78% | 3343 | 7.32% | 14020 | 30.71% |
| 05 | 42745 | -1054 | -2.41% | 2239 | 5.24% | 33115 | 77.47% | 4162 | 9.74% | 1836 | 4.30% | 8237 | 19.27% |
| 06 | 43282 | -517 | -1.18% | 2584 | 5.97% | 32170 | 74.33% | 5457 | 12.61% | 1592 | 3.68% | 9633 | 22.26% |
| 07 | 44872 | 1073 | 2.45% | 2499 | 5.57% | 36743 | 81.88% | 3429 | 7.64% | 922 | 2.05% | 6850 | 15.27% |
| 08 | 44996 | 1197 | 2.73% | 3475 | 7.72% | 28877 | 64.18% | 8206 | 18.24% | 2403 | 5.34% | 14084 | 31.30% |
| 09 | 44507 | 708 | 1.62% | 3472 | 7.80% | 30186 | 67.82% | 7645 | 17.18% | 1281 | 2.88% | 12398 | 27.86% |
| 10 | 44824 | 1025 | 2.34% | 2126 | 4.74% | 33112 | 73.87% | 5618 | 12.53% | 2568 | 5.73% | 10312 | 23.01% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30303 | -2091 | -4.77% | 2602 | 8.59% | 13837 | 45.66% | 9039 | 29.83% | 3834 | 12.65% | 15475 | 51.07% |
| 02 | 31775 | -1822 | -4.16% | 2021 | 6.36% | 14958 | 47.07% | 12364 | 38.91% | 1529 | 4.81% | 15914 | 50.08% |
| 03 | 32241 | -366 | -0.84% | 1799 | 5.58% | 17630 | 54.68% | 7375 | 22.87% | 4549 | 14.11% | 13723 | 42.56% |
| 04 | 34845 | 1851 | 4.23% | 1657 | 4.76% | 23741 | 68.13% | 5847 | 16.78% | 2690 | 7.72% | 10194 | 29.26% |
| 05 | 33983 | -1054 | -2.41% | 1511 | 4.45% | 27109 | 79.77% | 3171 | 9.33% | 1449 | 4.26% | 6131 | 18.04% |
| 06 | 33263 | -517 | -1.18% | 1744 | 5.24% | 25442 | 76.49% | 4034 | 12.13% | 1264 | 3.80% | 7042 | 21.17% |
| 07 | 36351 | 1073 | 2.45% | 1699 | 4.67% | 30571 | 84.10% | 2562 | 7.05% | 763 | 2.10% | 5024 | 13.82% |
| 08 | 33115 | 1197 | 2.73% | 2166 | 6.54% | 22018 | 66.49% | 5967 | 18.02% | 1944 | 5.87% | 10077 | 30.43% |
| 09 | 33642 | 708 | 1.62% | 2229 | 6.63% | 24028 | 71.42% | 5394 | 16.03% | 1034 | 3.07% | 8657 | 25.73% |
| 10 | 33227 | 1025 | 2.34% | 1337 | 4.02% | 24854 | 74.80% | 4459 | 13.42% | 1922 | 5.78% | 7718 | 23.23% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 40143 | -2091 | -4.77% | 3891 | 9.69% | 15747 | 39.23% | 12446 | 31.00% | 5364 | 13.36% | 21701 | 54.06% |
| 02 | 44354 | -1822 | -4.16% | 4565 | 10.29% | 17832 | 40.20% | 17854 | 40.25% | 2612 | 5.89% | 25031 | 56.43% |
| 03 | 44106 | -366 | -0.84% | 4520 | 10.25% | 22350 | 50.67% | 9160 | 20.77% | 5386 | 12.21% | 19066 | 43.23% |
| 04 | 46533 | 1851 | 4.23% | 3182 | 6.84% | 29096 | 62.53% | 8067 | 17.34% | 4037 | 8.68% | 15286 | 32.85% |
| 05 | 44673 | -1054 | -2.41% | 3022 | 6.76% | 33725 | 75.49% | 4432 | 9.92% | 1589 | 3.56% | 9043 | 20.24% |
| 06 | 44600 | -517 | -1.18% | 3180 | 7.13% | 31184 | 69.92% | 5498 | 12.33% | 2170 | 4.87% | 10848 | 24.32% |
| 07 | 45643 | 1073 | 2.45% | 2098 | 4.60% | 36139 | 79.18% | 4409 | 9.66% | 1224 | 2.68% | 7731 | 16.94% |
| 08 | 47151 | 1197 | 2.73% | 4440 | 9.42% | 30472 | 64.63% | 7445 | 15.79% | 2703 | 5.73% | 14588 | 30.94% |
| 09 | 45704 | 708 | 1.62% | 4135 | 9.05% | 29869 | 65.35% | 7891 | 17.27% | 1488 | 3.26% | 13514 | 29.57% |
| 10 | 47150 | 1025 | 2.34% | 2222 | 4.71% | 34656 | 73.50% | 5785 | 12.27% | 2482 | 5.26% | 10489 | 22.25% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 28300 | -2091 | -4.77% | 2119 | 7.49% | 12609 | 44.55% | 9056 | 32.00% | 3407 | 12.04% | 14575 | 51.50% | 14898 | 52.64% |
| 02 | 32634 | -1822 | -4.16% | 2346 | 7.19% | 15004 | 45.98% | 13141 | 40.27% | 1387 | 4.25% | 16851 | 51.64% | 17171 | 52.62% |
| 03 | 31770 | -366 | -0.84% | 2629 | 8.28% | 17380 | 54.71% | 7171 | 22.57% | 3380 | 10.64% | 13179 | 41.48% | 13368 | 42.08% |
| 04 | 34584 | 1851 | 4.23% | 1811 | 5.24% | 22925 | 66.29% | 6175 | 17.86% | 2689 | 7.78% | 10696 | 30.93% | 10814 | 31.27% |
| 05 | 34580 | -1054 | -2.41% | 1808 | 5.23% | 27115 | 78.41% | 3540 | 10.24% | 1142 | 3.30% | 6511 | 18.83% | 6623 | 19.15% |
| 06 | 33756 | -517 | -1.18% | 1873 | 5.55% | 24990 | 74.03% | 4184 | 12.39% | 1418 | 4.20% | 7460 | 22.10% | 7590 | 22.48% |
| 07 | 35686 | 1073 | 2.45% | 1150 | 3.22% | 29635 | 83.04% | 3279 | 9.19% | 799 | 2.24% | 5228 | 14.65% | 5398 | 15.13% |
| 08 | 34775 | 1197 | 2.73% | 2545 | 7.32% | 23660 | 68.04% | 5408 | 15.55% | 1822 | 5.24% | 9765 | 28.08% | 10185 | 29.29% |
| 09 | 33676 | 708 | 1.62% | 2464 | 7.32% | 23435 | 69.59% | 5628 | 16.71% | 922 | 2.74% | 8998 | 26.72% | 9354 | 27.78% |
| 10 | 34739 | 1025 | 2.34% | 1478 | 4.25% | 25852 | 74.42% | 4546 | 13.09% | 1834 | 5.28% | 7888 | 22.71% | 8092 | 23.29% |

Note:  Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source:  Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v1**
Plan Type:

# Contiguity Report

Sunday, August 18, 2019                                                                                           7:03 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 01 | 1 |
| 02 | 1 |
| 03 | 1 |
| 04 | 1 |
| 05 | 1 |
| 06 | 1 |
| 07 | 1 |
| 08 | 1 |
| 09 | 1 |
| 10 | 1 |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v1**
Plan Type:

# Measures of Compactness Report

Sunday, August 18, 2019                                                                                                    4:34 PM

| Sum | N/A | 0.00 | N/A | N/A |
| Min | 0.20 | N/A | 0.16 | 0.54 |
| Max | 0.57 | N/A | 0.56 | 0.88 |
| Mean | 0.38 | N/A | 0.36 | 0.75 |
| Std. Dev. | 0.12 | N/A | 0.13 | 0.13 |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| 01 | 0.31 | | 0.20 | 0.58 |
| 02 | 0.20 | | 0.16 | 0.54 |
| 03 | 0.41 | | 0.38 | 0.76 |
| 04 | 0.57 | | 0.46 | 0.86 |
| 05 | 0.37 | | 0.40 | 0.86 |
| 06 | 0.28 | | 0.29 | 0.70 |
| 07 | 0.53 | | 0.56 | 0.86 |
| 08 | 0.26 | | 0.23 | 0.62 |
| 09 | 0.41 | | 0.40 | 0.81 |
| 10 | 0.50 | | 0.50 | 0.88 |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v1**
Plan Type:

## Political Subdivison Splits Between Districts

| Monday, August 26, 2019 | 1:36 AM |
|---|---|

Total number of subdivisions:
County                                          0
Voting District                                72

Number of subdivisions split into more than one district:
County                                          1
Voting District                                22

Number of splits involving no population:
County                                          0
Voting District                                0

### Split Counts

*County*
    Cases where an area is split among 10 Districts: 1
*Voting District*
    Cases where an area is split among 2 Districts: 20
    Cases where an area is split among 3 Districts: 2

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Virginia Beach City VA | | 01 | 41,708 |
| Virginia Beach City VA | | 02 | 41,977 |
| Virginia Beach City VA | | 03 | 43,433 |
| Virginia Beach City VA | | 04 | 45,650 |
| Virginia Beach City VA | | 05 | 42,745 |
| Virginia Beach City VA | | 06 | 43,282 |
| Virginia Beach City VA | | 07 | 44,872 |
| Virginia Beach City VA | | 08 | 44,996 |
| Virginia Beach City VA | | 09 | 44,507 |
| Virginia Beach City VA | | 10 | 44,824 |
| *Split  VTDs:* | | | |
| Virginia Beach City VA | Aragona | 02 | 1,141 |
| Virginia Beach City VA | Aragona | 06 | 6,139 |
| Virginia Beach City VA | Arrowhead | 02 | 2,833 |
| Virginia Beach City VA | Arrowhead | 04 | 1,883 |
| Virginia Beach City VA | Avalon | 02 | 3,729 |
| Virginia Beach City VA | Avalon | 04 | 858 |
| Virginia Beach City VA | Bayside | 02 | 804 |
| Virginia Beach City VA | Bayside | 05 | 1,557 |
| Virginia Beach City VA | Bonney | 02 | 688 |
| Virginia Beach City VA | Bonney | 06 | 2,754 |
| Virginia Beach City VA | Buckner | 01 | 4,515 |
| Virginia Beach City VA | Buckner | 03 | 230 |

**Maptitude**
For Redistricting

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Virginia Beach City VA | Cromwell | 01 | 660 |
| Virginia Beach City VA | Cromwell | 10 | 2,561 |
| Virginia Beach City VA | Dahlia | 01 | 6,293 |
| Virginia Beach City VA | Dahlia | 04 | 1,417 |
| Virginia Beach City VA | Glenwood | 01 | 1,203 |
| Virginia Beach City VA | Glenwood | 10 | 3,132 |
| Virginia Beach City VA | Holland | 01 | 4,741 |
| Virginia Beach City VA | Holland | 08 | 3,079 |
| Virginia Beach City VA | Hunt | 08 | 2,022 |
| Virginia Beach City VA | Hunt | 10 | 1,703 |
| Virginia Beach City VA | Kingston | 05 | 1,694 |
| Virginia Beach City VA | Kingston | 06 | 812 |
| Virginia Beach City VA | Magic Hollow | 01 | 3,396 |
| Virginia Beach City VA | Magic Hollow | 08 | 3,913 |
| Virginia Beach City VA | Point O' View | 02 | 180 |
| Virginia Beach City VA | Point O' View | 04 | 3,164 |
| Virginia Beach City VA | Rock Lake | 01 | 4,811 |
| Virginia Beach City VA | Rock Lake | 03 | 315 |
| Virginia Beach City VA | Rock Lake | 10 | 542 |
| Virginia Beach City VA | Rosemont Forest | 01 | 1,770 |
| Virginia Beach City VA | Rosemont Forest | 03 | 3,953 |
| Virginia Beach City VA | Round Hill | 01 | 1,318 |
| Virginia Beach City VA | Round Hill | 03 | 5,890 |
| Virginia Beach City VA | Shannon | 04 | 2,877 |
| Virginia Beach City VA | Shannon | 08 | 451 |
| Virginia Beach City VA | Shelton Park | 02 | 2,322 |
| Virginia Beach City VA | Shelton Park | 05 | 1,672 |
| Virginia Beach City VA | Timberlake | 01 | 4,022 |
| Virginia Beach City VA | Timberlake | 03 | 563 |
| Virginia Beach City VA | Timberlake | 04 | 1,949 |
| Virginia Beach City VA | Upton | 09 | 1,141 |
| Virginia Beach City VA | Upton | 10 | 3,955 |
| Virginia Beach City VA | Windsor Oaks | 01 | 1,197 |
| Virginia Beach City VA | Windsor Oaks | 08 | 5,310 |



Virginia Beach, VA
Illustr Plan Alt 1 Dist 1&2 Subdiv Zoom
Subdivision
Voting District
Districts



**Virginia Beach, VA**
**Illustrative Alternative 2 Plan - 10 Districts Statistics**

| District | Population | Deviation | % Deviation | Hispanic Orig | % Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41681 | -2118 | -4.84% | 4024 | 9.65% | 17709 | 42.49% | 12968 | 31.11% | 4921 | 11.81% | 21913 | 52.57% |
| 02 | 41875 | -1924 | -4.39% | 3013 | 7.20% | 17868 | 42.67% | 17612 | 42.06% | 1725 | 4.12% | 22350 | 53.37% |
| 03 | 44521 | 722 | 1.65% | 3007 | 6.75% | 23324 | 52.39% | 10429 | 23.42% | 5742 | 12.90% | 19178 | 43.08% |
| 04 | 44576 | 777 | 1.77% | 2542 | 5.70% | 28833 | 64.68% | 8091 | 18.15% | 3318 | 7.44% | 13951 | 31.30% |
| 05 | 44624 | 825 | 1.88% | 2370 | 5.31% | 34307 | 76.88% | 4473 | 10.02% | 2025 | 4.54% | 8868 | 19.87% |
| 06 | 42579 | -1220 | -2.79% | 2517 | 5.91% | 32032 | 75.23% | 5010 | 11.77% | 1575 | 3.70% | 9102 | 21.38% |
| 07 | 44872 | 1073 | 2.45% | 2499 | 5.57% | 36743 | 81.88% | 3429 | 7.64% | 922 | 2.05% | 6850 | 15.27% |
| 08 | 44996 | 1197 | 2.73% | 3475 | 7.72% | 28877 | 64.18% | 8206 | 18.24% | 2403 | 5.34% | 14084 | 31.30% |
| 09 | 44507 | 708 | 1.62% | 3472 | 7.80% | 30186 | 67.82% | 7645 | 17.18% | 1281 | 2.88% | 12398 | 27.86% |
| 10 | 43763 | -36 | -0.08% | 2068 | 4.73% | 32591 | 74.47% | 5347 | 12.22% | 2400 | 5.48% | 9815 | 22.43% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30278 | -2118 | -4.84% | 2581 | 8.52% | 13847 | 45.73% | 9021 | 29.79% | 3847 | 12.71% | 15449 | 51.02% |
| 02 | 31584 | -1924 | -4.39% | 1981 | 6.27% | 14864 | 47.06% | 12444 | 39.40% | 1408 | 4.46% | 15833 | 50.13% |
| 03 | 33023 | 722 | 1.65% | 1851 | 5.61% | 18004 | 54.52% | 7590 | 22.98% | 4668 | 14.14% | 14109 | 42.72% |
| 04 | 33982 | 777 | 1.77% | 1646 | 4.84% | 22935 | 67.49% | 5832 | 17.16% | 2668 | 7.85% | 10146 | 29.86% |
| 05 | 35490 | 825 | 1.88% | 1600 | 4.51% | 28119 | 79.23% | 3385 | 9.54% | 1607 | 4.53% | 6592 | 18.57% |
| 06 | 32810 | -1220 | -2.79% | 1706 | 5.20% | 25332 | 77.21% | 3755 | 11.44% | 1249 | 3.81% | 6710 | 20.45% |
| 07 | 36351 | 1073 | 2.45% | 1699 | 4.67% | 30571 | 84.10% | 2562 | 7.05% | 763 | 2.10% | 5024 | 13.82% |
| 08 | 33115 | 1197 | 2.73% | 2166 | 6.54% | 22018 | 66.49% | 5967 | 18.02% | 1944 | 5.87% | 10077 | 30.43% |
| 09 | 33642 | 708 | 1.62% | 2229 | 6.63% | 24028 | 71.42% | 5394 | 16.03% | 1034 | 3.07% | 8657 | 25.73% |
| 10 | 32470 | -36 | -0.08% | 1306 | 4.02% | 24470 | 75.36% | 4262 | 13.13% | 1790 | 5.51% | 7358 | 22.66% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 40060 | -2118 | -4.84% | 3891 | 9.71% | 15972 | 39.87% | 12318 | 30.75% | 5301 | 13.23% | 21510 | 53.69% |
| 02 | 44343 | -1924 | -4.39% | 4424 | 9.98% | 18104 | 40.83% | 17848 | 40.25% | 2391 | 5.39% | 24663 | 55.62% |
| 03 | 45360 | 722 | 1.65% | 4596 | 10.13% | 22807 | 50.28% | 9522 | 20.99% | 5581 | 12.30% | 19699 | 43.43% |
| 04 | 45462 | 777 | 1.77% | 3158 | 6.95% | 28234 | 62.10% | 8035 | 17.67% | 3876 | 8.53% | 15069 | 33.15% |
| 05 | 46679 | 825 | 1.88% | 3232 | 6.92% | 34906 | 74.78% | 4622 | 9.90% | 1971 | 4.22% | 9825 | 21.05% |
| 06 | 43676 | -1220 | -2.79% | 3135 | 7.18% | 30593 | 70.05% | 5346 | 12.24% | 2170 | 4.97% | 10651 | 24.39% |
| 07 | 45643 | 1073 | 2.45% | 2098 | 4.60% | 36139 | 79.18% | 4409 | 9.66% | 1224 | 2.68% | 7731 | 16.94% |
| 08 | 47151 | 1197 | 2.73% | 4440 | 9.42% | 30472 | 64.63% | 7445 | 15.79% | 2703 | 5.73% | 14588 | 30.94% |
| 09 | 45704 | 708 | 1.62% | 4135 | 9.05% | 29869 | 65.35% | 7891 | 17.27% | 1488 | 3.26% | 13514 | 29.57% |
| 10 | 45979 | -36 | -0.08% | 2146 | 4.67% | 33974 | 73.89% | 5551 | 12.07% | 2350 | 5.11% | 10047 | 21.85% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 28225 | -2118 | -4.84% | 2135 | 7.56% | 12750 | 45.17% | 8865 | 31.41% | 3405 | 12.06% | 14405 | 51.04% | 14719 | 52.15% |
| 02 | 32395 | -1924 | -4.39% | 2265 | 6.99% | 15025 | 46.38% | 13080 | 40.38% | 1200 | 3.70% | 16545 | 51.07% | 16885 | 52.12% |
| 03 | 32616 | 722 | 1.65% | 2642 | 8.10% | 17751 | 54.42% | 7494 | 22.98% | 3463 | 10.62% | 13595 | 41.68% | 13799 | 42.31% |
| 04 | 33849 | 777 | 1.77% | 1777 | 5.25% | 22287 | 65.84% | 6150 | 18.17% | 2679 | 7.91% | 10611 | 31.35% | 10729 | 31.70% |
| 05 | 36137 | 825 | 1.88% | 1929 | 5.34% | 28144 | 77.88% | 3732 | 10.33% | 1339 | 3.71% | 7016 | 19.42% | 7130 | 19.73% |
| 06 | 33173 | -1220 | -2.79% | 1867 | 5.63% | 24578 | 74.09% | 4078 | 12.29% | 1418 | 4.27% | 7346 | 22.14% | 7454 | 22.47% |
| 07 | 35686 | 1073 | 2.45% | 1150 | 3.22% | 29635 | 83.04% | 3279 | 9.19% | 799 | 2.24% | 5228 | 14.65% | 5398 | 15.13% |
| 08 | 34775 | 1197 | 2.73% | 2545 | 7.32% | 23660 | 68.04% | 5408 | 15.55% | 1822 | 5.24% | 9765 | 28.08% | 10185 | 29.29% |
| 09 | 33676 | 708 | 1.62% | 2464 | 7.32% | 23435 | 69.59% | 5628 | 16.71% | 922 | 2.74% | 8998 | 26.72% | 9354 | 27.78% |
| 10 | 33968 | -36 | -0.08% | 1449 | 4.27% | 25340 | 74.60% | 4414 | 12.99% | 1753 | 5.16% | 7642 | 22.50% | 7840 | 23.08% |

Note:  Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source:  Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v2**
Plan Type:

# Contiguity Report

Sunday, August 18, 2019                                                                    7:00 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 01 | 1 |
| 02 | 1 |
| 03 | 1 |
| 04 | 1 |
| 05 | 1 |
| 06 | 1 |
| 07 | 1 |
| 08 | 1 |
| 09 | 1 |
| 10 | 1 |

**Maptitude**
For Redistricting

Page 1 of 1

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v2**
Plan Type:

# Measures of Compactness Report

Sunday, August 18, 2019                                                                                                           5:09 PM

| | | | | | |
|---|---|---|---|---|---|
| Sum | N/A | 0.00 | N/A | | N/A |
| Min | 0.20 | N/A | 0.15 | | 0.49 |
| Max | 0.53 | N/A | 0.56 | | 0.87 |
| Mean | 0.38 | N/A | 0.37 | | 0.75 |
| Std. Dev. | 0.11 | N/A | 0.14 | | 0.13 |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| 01 | 0.32 | | 0.21 | 0.61 |
| 02 | 0.20 | | 0.15 | 0.49 |
| 03 | 0.43 | | 0.43 | 0.77 |
| 04 | 0.51 | | 0.46 | 0.84 |
| 05 | 0.39 | | 0.41 | 0.86 |
| 06 | 0.28 | | 0.31 | 0.72 |
| 07 | 0.53 | | 0.56 | 0.86 |
| 08 | 0.26 | | 0.23 | 0.62 |
| 09 | 0.41 | | 0.40 | 0.81 |
| 10 | 0.50 | | 0.50 | 0.87 |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v2**
Plan Type:

## Political Subdivison Splits Between Districts

Sunday, August 18, 2019                                                                      6:52 PM

Total number of subdivisions:
County                                    0
Voting District                          69

Number of subdivisions split into more than one district:
County                                    1
Voting District                          25

Number of splits involving no population:
County                                    0
Voting District                           2

### Split Counts

*County*
  Cases where an area is split among 10 Districts: 1
*Voting District*
  Cases where an area is split among 2 Districts: 23
  Cases where an area is split among 3 Districts: 2

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Virginia Beach City VA | | 01 | 41,681 |
| Virginia Beach City VA | | 02 | 41,875 |
| Virginia Beach City VA | | 03 | 44,521 |
| Virginia Beach City VA | | 04 | 44,576 |
| Virginia Beach City VA | | 05 | 44,624 |
| Virginia Beach City VA | | 06 | 42,579 |
| Virginia Beach City VA | | 07 | 44,872 |
| Virginia Beach City VA | | 08 | 44,996 |
| Virginia Beach City VA | | 09 | 44,507 |
| Virginia Beach City VA | | 10 | 43,763 |
| *Split  VTDs:* | | | |
| Virginia Beach City VA | Aragona | 02 | 1,844 |
| Virginia Beach City VA | Aragona | 06 | 5,436 |
| Virginia Beach City VA | Arrowhead | 02 | 2,324 |
| Virginia Beach City VA | Arrowhead | 04 | 2,392 |
| Virginia Beach City VA | Avalon | 02 | 4,441 |
| Virginia Beach City VA | Avalon | 04 | 146 |
| Virginia Beach City VA | Bayside | 02 | 595 |
| Virginia Beach City VA | Bayside | 05 | 1,766 |
| Virginia Beach City VA | Bonney | 02 | 688 |
| Virginia Beach City VA | Bonney | 06 | 2,754 |
| Virginia Beach City VA | Cromwell | 01 | 660 |
| Virginia Beach City VA | Cromwell | 10 | 2,561 |

**Maptitude**
For Redistricting

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Virginia Beach City VA | Dahlia | 01 | 6,293 |
| Virginia Beach City VA | Dahlia | 04 | 1,417 |
| Virginia Beach City VA | Davis Corner | 02 | 5,998 |
| Virginia Beach City VA | Davis Corner | 05 | 130 |
| Virginia Beach City VA | Fairfield | 02 | 0 |
| Virginia Beach City VA | Fairfield | 04 | 3,299 |
| Virginia Beach City VA | Glenwood | 01 | 2,264 |
| Virginia Beach City VA | Glenwood | 10 | 2,071 |
| Virginia Beach City VA | Holland | 01 | 4,741 |
| Virginia Beach City VA | Holland | 08 | 3,079 |
| Virginia Beach City VA | Hunt | 08 | 2,022 |
| Virginia Beach City VA | Hunt | 10 | 1,703 |
| Virginia Beach City VA | Kingston | 05 | 1,694 |
| Virginia Beach City VA | Kingston | 06 | 812 |
| Virginia Beach City VA | Magic Hollow | 01 | 3,396 |
| Virginia Beach City VA | Magic Hollow | 08 | 3,913 |
| Virginia Beach City VA | Old Donation | 02 | 576 |
| Virginia Beach City VA | Old Donation | 05 | 5,040 |
| Virginia Beach City VA | Point O' View | 02 | 1,051 |
| Virginia Beach City VA | Point O' View | 04 | 2,293 |
| Virginia Beach City VA | Providence | 03 | 0 |
| Virginia Beach City VA | Providence | 04 | 3,920 |
| Virginia Beach City VA | Rock Lake | 01 | 4,811 |
| Virginia Beach City VA | Rock Lake | 03 | 315 |
| Virginia Beach City VA | Rock Lake | 10 | 542 |
| Virginia Beach City VA | Rosemont Forest | 01 | 1,770 |
| Virginia Beach City VA | Rosemont Forest | 03 | 3,953 |
| Virginia Beach City VA | Shannon | 04 | 2,877 |
| Virginia Beach City VA | Shannon | 08 | 451 |
| Virginia Beach City VA | Shell | 02 | 3,256 |
| Virginia Beach City VA | Shell | 05 | 1,260 |
| Virginia Beach City VA | Shelton Park | 02 | 1,466 |
| Virginia Beach City VA | Shelton Park | 05 | 2,528 |
| Virginia Beach City VA | Timberlake | 01 | 4,022 |
| Virginia Beach City VA | Timberlake | 03 | 563 |
| Virginia Beach City VA | Timberlake | 04 | 1,949 |
| Virginia Beach City VA | Upton | 09 | 1,141 |
| Virginia Beach City VA | Upton | 10 | 3,955 |
| Virginia Beach City VA | Windsor Oaks | 01 | 1,197 |
| Virginia Beach City VA | Windsor Oaks | 08 | 5,310 |



Virginia Beach, VA
Illustr Plan Alt 2 Dist 1&2 Subdiv Zoom

Subdivision
Voting District
Districts



**Virginia Beach, VA**
**Illustrative Alternative 3 Plan - 10 Districts Statistics**

| District | Population | Deviation | % Deviation | Hispanic Orig | % Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41660 | -2139 | -4.88% | 3776 | 9.06% | 15978 | 38.35% | 17577 | 42.19% | 2410 | 5.78% | 23763 | 57.04% |
| 02 | 45279 | 1480 | 3.38% | 3779 | 8.35% | 19066 | 42.11% | 15238 | 33.65% | 4995 | 11.03% | 24012 | 53.03% |
| 03 | 45890 | 2091 | 4.77% | 2328 | 5.07% | 31805 | 69.31% | 7224 | 15.74% | 2829 | 6.16% | 12381 | 26.98% |
| 04 | 41890 | -1909 | -4.36% | 2757 | 6.58% | 22334 | 53.32% | 9193 | 21.95% | 5736 | 13.69% | 17686 | 42.22% |
| 05 | 45184 | 1385 | 3.16% | 2164 | 4.79% | 34026 | 75.31% | 5105 | 11.30% | 2458 | 5.44% | 9727 | 21.53% |
| 06 | 45041 | 1242 | 2.84% | 3412 | 7.58% | 31739 | 70.47% | 6732 | 14.95% | 1345 | 2.99% | 11489 | 25.51% |
| 07 | 42833 | -966 | -2.21% | 3225 | 7.53% | 28181 | 65.79% | 7651 | 17.86% | 1886 | 4.40% | 12762 | 29.79% |
| 08 | 43345 | -454 | -1.04% | 2491 | 5.75% | 34424 | 79.42% | 4186 | 9.66% | 916 | 2.11% | 7593 | 17.52% |
| 09 | 41938 | -1861 | -4.25% | 2325 | 5.54% | 32391 | 77.24% | 4415 | 10.53% | 1496 | 3.57% | 8236 | 19.64% |
| 10 | 44934 | 1135 | 2.59% | 2730 | 6.08% | 32526 | 72.39% | 5889 | 13.11% | 2241 | 4.99% | 10860 | 24.17% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 31085 | -2139 | -4.88% | 2449 | 7.88% | 13288 | 42.75% | 12393 | 39.87% | 1960 | 6.31% | 16802 | 54.05% |
| 02 | 33038 | 1480 | 3.38% | 2401 | 7.27% | 15026 | 45.48% | 10612 | 32.12% | 3943 | 11.93% | 16956 | 51.32% |
| 03 | 35159 | 2091 | 4.77% | 1489 | 4.24% | 25337 | 72.06% | 5194 | 14.77% | 2288 | 6.51% | 8971 | 25.52% |
| 04 | 30924 | -1909 | -4.36% | 1737 | 5.62% | 17040 | 55.10% | 6714 | 21.71% | 4592 | 14.85% | 13043 | 42.18% |
| 05 | 33185 | 1385 | 3.16% | 1326 | 4.00% | 25342 | 76.37% | 4044 | 12.19% | 1818 | 5.48% | 7188 | 21.66% |
| 06 | 34197 | 1242 | 2.84% | 2202 | 6.44% | 25080 | 73.34% | 4879 | 14.27% | 1108 | 3.24% | 8189 | 23.95% |
| 07 | 32349 | -966 | -2.21% | 2054 | 6.35% | 22245 | 68.77% | 5524 | 17.08% | 1540 | 4.76% | 9118 | 28.19% |
| 08 | 34211 | -454 | -1.04% | 1672 | 4.89% | 27965 | 81.74% | 3097 | 9.05% | 741 | 2.17% | 5510 | 16.11% |
| 09 | 32822 | -1861 | -4.25% | 1590 | 4.84% | 26023 | 79.29% | 3312 | 10.09% | 1188 | 3.62% | 6090 | 18.55% |
| 10 | 35775 | 1135 | 2.59% | 1845 | 5.16% | 26842 | 75.03% | 4443 | 12.42% | 1800 | 5.03% | 8088 | 22.61% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 42672 | -2139 | -4.88% | 4609 | 10.80% | 16183 | 37.92% | 16180 | 37.92% | 3310 | 7.76% | 24099 | 56.47% |
| 02 | 45428 | 1480 | 3.38% | 4267 | 9.39% | 17986 | 39.59% | 14730 | 32.42% | 5820 | 12.81% | 24817 | 54.63% |
| 03 | 46721 | 2091 | 4.77% | 3026 | 6.48% | 31200 | 66.78% | 7146 | 15.30% | 3471 | 7.43% | 13643 | 29.20% |
| 04 | 43496 | -1909 | -4.36% | 4098 | 9.42% | 22043 | 50.68% | 9681 | 22.26% | 5138 | 11.81% | 18917 | 43.49% |
| 05 | 46650 | 1385 | 3.16% | 2317 | 4.97% | 34186 | 73.28% | 5712 | 12.24% | 2623 | 5.62% | 10652 | 22.83% |
| 06 | 46854 | 1242 | 2.84% | 4129 | 8.81% | 32390 | 69.13% | 6840 | 14.60% | 1434 | 3.06% | 12403 | 26.47% |
| 07 | 45082 | -966 | -2.21% | 4098 | 9.09% | 29596 | 65.65% | 7083 | 15.71% | 2107 | 4.67% | 13288 | 29.48% |
| 08 | 43206 | -454 | -1.04% | 2344 | 5.43% | 32854 | 76.04% | 4735 | 10.96% | 1263 | 2.92% | 8342 | 19.31% |
| 09 | 43243 | -1861 | -4.25% | 2439 | 5.64% | 31879 | 73.72% | 4842 | 11.20% | 1755 | 4.06% | 9036 | 20.90% |
| 10 | 46705 | 1135 | 2.59% | 3928 | 8.41% | 32753 | 70.13% | 6038 | 12.93% | 2134 | 4.57% | 12100 | 25.91% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 31584 | -2139 | -4.88% | 2676 | 8.47% | 13262 | 41.99% | 12239 | 38.75% | 2314 | 7.33% | 17205 | 54.47% | 17600 | 55.72% |
| 02 | 31674 | 1480 | 3.38% | 2277 | 7.19% | 14200 | 44.83% | 10877 | 34.34% | 3311 | 10.45% | 16444 | 51.92% | 16708 | 52.75% |
| 03 | 34699 | 2091 | 4.77% | 1659 | 4.78% | 24721 | 71.24% | 5265 | 15.17% | 2144 | 6.18% | 9090 | 26.20% | 9262 | 26.69% |
| 04 | 31558 | -1909 | -4.36% | 2415 | 7.65% | 17392 | 55.11% | 7180 | 22.75% | 3366 | 10.67% | 12962 | 41.07% | 13154 | 41.68% |
| 05 | 34289 | 1385 | 3.16% | 1535 | 4.48% | 25332 | 73.88% | 4512 | 13.16% | 1909 | 5.57% | 7961 | 23.22% | 8134 | 23.72% |
| 06 | 34205 | 1242 | 2.84% | 2492 | 7.29% | 25142 | 73.50% | 4617 | 13.50% | 943 | 2.76% | 8045 | 23.52% | 8315 | 24.31% |
| 07 | 33820 | -966 | -2.21% | 2368 | 7.00% | 23496 | 69.47% | 5199 | 15.37% | 1326 | 3.92% | 8885 | 26.27% | 9342 | 27.62% |
| 08 | 33514 | -454 | -1.04% | 1327 | 3.96% | 26719 | 79.72% | 3742 | 11.17% | 834 | 2.49% | 5900 | 17.60% | 6106 | 18.22% |
| 09 | 33448 | -1861 | -4.25% | 1436 | 4.29% | 25831 | 77.23% | 3702 | 11.07% | 1231 | 3.68% | 6402 | 19.14% | 6501 | 19.44% |
| 10 | 35709 | 1135 | 2.59% | 2038 | 5.71% | 26510 | 74.24% | 4795 | 13.43% | 1422 | 3.98% | 8257 | 23.12% | 8371 | 23.44% |

Note:  Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source:  Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v3**
Plan Type:

# Contiguity Report

Monday, August 19, 2019                                                                                            11:30 AM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1        | 1                        |
| 2        | 1                        |
| 3        | 1                        |
| 4        | 1                        |
| 5        | 1                        |
| 6        | 1                        |
| 7        | 1                        |
| 8        | 1                        |
| 9        | 1                        |
| 10       | 1                        |

**Maptitude**
For Redistricting

User:

Plan Name: **VAB Illustrative Plan Final 10 Alt v3**

Plan Type:

# Measures of Compactness Report

Monday, August 19, 2019                                                                                                                11:31 AM

| Sum | N/A | 0.00 | N/A | | N/A |
| Min | 0.12 | N/A | 0.12 | | 0.41 |
| Max | 0.59 | N/A | 0.52 | | 0.90 |
| Mean | 0.35 | N/A | 0.33 | | 0.71 |
| Std. Dev. | 0.16 | N/A | 0.15 | | 0.18 |

| District | Reock | Perimeter | Polsby-Popper | | MinConvexPoly |
|---|---|---|---|---|---|
| 1 | 0.14 | | 0.14 | | 0.49 |
| 2 | 0.12 | | 0.12 | | 0.41 |
| 3 | 0.33 | | 0.35 | | 0.75 |
| 4 | 0.29 | | 0.34 | | 0.71 |
| 5 | 0.51 | | 0.52 | | 0.88 |
| 6 | 0.59 | | 0.45 | | 0.90 |
| 7 | 0.29 | | 0.21 | | 0.58 |
| 8 | 0.56 | | 0.49 | | 0.86 |
| 9 | 0.30 | | 0.24 | | 0.60 |
| 10 | 0.38 | | 0.48 | | 0.88 |

User:

Plan Name: **VAB Illustrative Plan Final 10 Alt v3**

Plan Type:

# Political Subdivison Splits Between Districts

Monday, August 19, 2019                                                                11:32 AM

Total number of subdivisions:

| County | 0 |
|---|---|
| Voting District | 73 |

Number of subdivisions split into more than one district:

| County | 1 |
|---|---|
| Voting District | 21 |

Number of splits involving no population:

| County | 0 |
|---|---|
| Voting District | 0 |

### Split Counts

*County*

   Cases where an area is split among 10 Districts: 1

*Voting District*

   Cases where an area is split among 2 Districts: 21

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Virginia Beach City VA | | 1 | 41,660 |
| Virginia Beach City VA | | 2 | 45,279 |
| Virginia Beach City VA | | 3 | 45,890 |
| Virginia Beach City VA | | 4 | 41,890 |
| Virginia Beach City VA | | 5 | 45,184 |
| Virginia Beach City VA | | 6 | 45,041 |
| Virginia Beach City VA | | 7 | 42,833 |
| Virginia Beach City VA | | 8 | 43,345 |
| Virginia Beach City VA | | 9 | 41,938 |
| Virginia Beach City VA | | 10 | 44,934 |
| *Split  VTDs:* | | | |
| Virginia Beach City VA | Aragona | 1 | 2,298 |
| Virginia Beach City VA | Aragona | 9 | 4,982 |
| Virginia Beach City VA | Avalon | 2 | 583 |
| Virginia Beach City VA | Avalon | 3 | 4,004 |
| Virginia Beach City VA | Bonney | 1 | 2,756 |
| Virginia Beach City VA | Bonney | 3 | 686 |
| Virginia Beach City VA | Buckner | 2 | 3,272 |
| Virginia Beach City VA | Buckner | 4 | 1,473 |
| Virginia Beach City VA | Green Run | 1 | 1,810 |
| Virginia Beach City VA | Green Run | 2 | 5,972 |
| Virginia Beach City VA | Holland | 1 | 5,734 |
| Virginia Beach City VA | Holland | 7 | 2,086 |
| Virginia Beach City VA | Homestead | 2 | 2,939 |

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Virginia Beach City VA | Homestead | 3 | 2,788 |
| Virginia Beach City VA | Larkspur | 1 | 1,503 |
| Virginia Beach City VA | Larkspur | 3 | 1,729 |
| Virginia Beach City VA | Lexington | 1 | 913 |
| Virginia Beach City VA | Lexington | 3 | 4,344 |
| Virginia Beach City VA | Magic Hollow | 2 | 3,396 |
| Virginia Beach City VA | Magic Hollow | 7 | 3,913 |
| Virginia Beach City VA | Mt.Trashmore | 1 | 121 |
| Virginia Beach City VA | Mt.Trashmore | 7 | 5,945 |
| Virginia Beach City VA | Pleasant Hill | 1 | 36 |
| Virginia Beach City VA | Pleasant Hill | 3 | 4,338 |
| Virginia Beach City VA | Rosemont Forest | 2 | 1,944 |
| Virginia Beach City VA | Rosemont Forest | 4 | 3,779 |
| Virginia Beach City VA | Round Hill | 2 | 3,859 |
| Virginia Beach City VA | Round Hill | 4 | 3,349 |
| Virginia Beach City VA | Shannon | 1 | 451 |
| Virginia Beach City VA | Shannon | 3 | 2,877 |
| Virginia Beach City VA | Shell | 1 | 1,103 |
| Virginia Beach City VA | Shell | 10 | 3,413 |
| Virginia Beach City VA | Sherry Park | 2 | 585 |
| Virginia Beach City VA | Sherry Park | 3 | 1,914 |
| Virginia Beach City VA | Stratford Chase | 2 | 1,711 |
| Virginia Beach City VA | Stratford Chase | 3 | 2,268 |
| Virginia Beach City VA | Timberlake | 2 | 4,585 |
| Virginia Beach City VA | Timberlake | 3 | 1,949 |
| Virginia Beach City VA | Upton | 5 | 3,627 |
| Virginia Beach City VA | Upton | 6 | 1,469 |
| Virginia Beach City VA | Windsor Oaks | 1 | 1,197 |
| Virginia Beach City VA | Windsor Oaks | 7 | 5,310 |

**Maptitude**
For Redistricting



Virginia Beach, VA
Illustr Plan Alt 3 Dist 1&2 Subdiv Zoom

Subdivision
Voting District
Districts

0   .5   1   1.5
Miles



Virginia Beach, VA
Illustrative Plan Alt 4 District 1
County
Water Area
Streets
Voting District
Districts
0 .5 1 1.5
Miles
Bayside
Thoroughgood
Lake Smith
Hagood
Shell
Witchduck
Newtown
Old Donation
Davis Corner
Kingston
Baker
Thalia
Aragona
Pembroke
Malibu
Edinburgh
264
Bonney
Pinewood
Village
264
Point O' View
Arrowhead
Mt.Trashmore
Pleasant Hill
Plaza
Sherry Park
Shannon
Avalon
Fairfield
Windsor Oaks
Larkspur
Brookwood
Providence
Lexington
Dahlia
Homestead
Holland
Reon
Magic Hollow
Stratford Chase
Manor
64
Timberlake
Brandon
Bellamy
Green Run
Tallwood
Lake Christopher
Rosemont Forest
Buckner
Shelbourne

**Virginia Beach, VA**
**Illustrative Alternative 4 Plan - District 1 Statistics**

| District | Population | Deviation | % Deviation | Hispanic Orig | Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 44790 | 991 | 2.26% | 3465 | 7.74% | 19740 | 44.07% | 16850 | 37.62% | 2796 | 6.24% | 23111 | 51.60% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 33494 | 991 | 2.26% | 2236 | 6.68% | 16315 | 48.71% | 11723 | 35.00% | 2240 | 6.69% | 16199 | 48.36% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 46033 | 991 | 2.26% | 5191 | 11.28% | 19183 | 41.67% | 15251 | 33.13% | 4152 | 9.02% | 24594 | 53.43% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 33523 | 991 | 2.26% | 2759 | 8.23% | 15538 | 46.35% | 11328 | 33.79% | 2859 | 8.53% | 16956 | 50.58% | 17252 | 51.46% |

Note:  Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source:  Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

User:

Plan Name: **VAB Illustrative Plan Final 10 Alt v4**

Plan Type:

# Contiguity Report

Monday, August 19, 2019                                                                    12:48 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1        | 1                        |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v4**
Plan Type:

# Measures of Compactness Report

Monday, August 19, 2019                                                                                                      12:51 PM

| | | | | | |
|---|---|---|---|---|---|
| Sum | N/A | 0.00 | N/A | | N/A |
| Min | 0.19 | N/A | 0.11 | | 0.47 |
| Max | 0.19 | N/A | 0.11 | | 0.47 |
| Mean | 0.19 | N/A | 0.11 | | 0.47 |
| Std. Dev. | | N/A | | | |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| 1 | 0.19 | | 0.11 | 0.47 |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v4**
Plan Type:

## Political Subdivison Splits Between Districts

| Monday, August 19, 2019 | 12:52 PM |
|---|---|

Total number of subdivisions:
County                                 0
Voting District                      94

Number of subdivisions split into more than one district:
County                                 1
Voting District                       0

Number of splits involving no population:
County                                 0
Voting District                       0

**Split Counts**

*County*
    Cases where an area is split among 2 Districts: 1

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Virginia Beach City VA | | 1 | 44,790 |





Virginia Beach, VA
Illustr Plan Alt 4 Dist 1 Subdiv Zoom
Subdivision
Voting District
Districts
0
.5
1
1.5
Miles
Bayside
Lake Smith
Thoroughgo
Hagood
Shell
Witchduc
Old Donation
Newtown
Davis Corner
Kingston
Baker
Thalia
Aragona
Pembroke
Malibu
Edinburgh
Bonney
Pinewood
Village
Point O' View
Arrowhead
Mt.Trashmore
Pleasant Hill
Plaza
Sherry Park
Shannon
Avalon
Windsor Oaks
Fairfield
Brookwood
Larkspur
Providence
Lexington
Dahlia
Homestead
Holland
Reon
Magic Hollow
Stratford Chase
Manor
Timberlake
Brandon
Green Run
Bellamy
Tallwood
Lake Christopher
Rosemont Forest
Buckner
Shelbourne

Virginia Beach, VA
Illustrative Plan Alt 5 District 1

**Virginia Beach, VA**
**Illustrative Alternative 5 Plan - District 1 Statistics**

| District | Population | Deviation | % Deviation | Hispanic Origin | % Hispanic Origin | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBTTL | HBTTL% | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41832 | -1967 | -4.49% | 3774 | 9.02% | 14973 | 35.79% | 18565 | 44.38% | 2633 | 6.29% | 22339 | 53.40% | 24972 | 59.70% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBVAP | HBVAP% | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 43187 | -1967 | -4.49% | 2455 | 7.98% |  |  |  |  |  |  |  |  |  | 56.54% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HB17 | HB17% | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 43187 | -1967 | -4.49% | 5033 | 11.65% | 14312 | 33.14% | 17953 | 41.57% | 3510 | 8.13% | 22986 | 53.22% | 26496 | 61.35% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBCVAP17 | % HBCVAP17 | HBBWCVP17 | % HBBWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30597 | -1967 | -4.49% | 2657 | 8.68% | 11984 | 39.17% | 12960 | 42.36% | 2090 | 6.83% | 15617 | 51.04% | 15962 | 52.17% |

| District | CVAP17 | Deviation | % Deviation | HBACVP17 | % HBACVP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|
| 01 | 30597 | -1967 | -4.49% | 17669 | 57.75% | 18018 | 58.89% |

Note:  Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP combined race persons; HBCVAP Includes Hispanic and Black Alone and is calculated by summing Hispanic and Black fields. HBBWCVP17 includes Hispanic and Black CVAP plus Black and White CVAP combined persons

Source:  Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

User:

Plan Name: **VAB Illustrative Plan Final 10 Alt v5**

Plan Type:

# Contiguity Report

Monday, August 19, 2019                                                                2:35 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1        | 1                        |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v5**
Plan Type:

## Measures of Compactness Report

Monday, August 19, 2019                                                                                                      3:16 PM

| Sum | N/A | 0.00 | N/A | | N/A |
| Min | 0.11 | N/A | 0.09 | | 0.42 |
| Max | 0.11 | N/A | 0.09 | | 0.42 |
| Mean | 0.11 | N/A | 0.09 | | 0.42 |
| Std. Dev. | | N/A | | | |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| 1 | 0.11 | | 0.09 | 0.42 |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v5**
Plan Type:

## Political Subdivison Splits Between Districts

Monday, August 19, 2019                                                                                    3:19 PM

Total number of subdivisions:
County                                          0
Voting District                                78

Number of subdivisions split into more than one district:
County                                          1
Voting District                                16

Number of splits involving no population:
County                                          0
Voting District                                 0

### Split Counts

*County*
   Cases where an area is split among 2 Districts: 1
*Voting District*
   Cases where an area is split among 2 Districts: 16

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Virginia Beach City VA | | 1 | 41,832 |
| *Split VTDs:* | | | |
| Virginia Beach City VA | Aragona | 1 | 2,028 |
| Virginia Beach City VA | Bonney | 1 | 1,581 |
| Virginia Beach City VA | Buckner | 1 | 228 |
| Virginia Beach City VA | Dahlia | 1 | 3,124 |
| Virginia Beach City VA | Davis Corner | 1 | 5,991 |
| Virginia Beach City VA | Green Run | 1 | 5,372 |
| Virginia Beach City VA | Holland | 1 | 906 |
| Virginia Beach City VA | Larkspur | 1 | 1,503 |
| Virginia Beach City VA | Lexington | 1 | 913 |
| Virginia Beach City VA | Magic Hollow | 1 | 3,396 |
| Virginia Beach City VA | Mt.Trashmore | 1 | 121 |
| Virginia Beach City VA | Pleasant Hill | 1 | 36 |
| Virginia Beach City VA | Shannon | 1 | 451 |
| Virginia Beach City VA | Shell | 1 | 3,018 |
| Virginia Beach City VA | Timberlake | 1 | 2,067 |
| Virginia Beach City VA | Windsor Oaks | 1 | 1,197 |



Virginia Beach, VA
Illustr Plan Alt 5 Dist 1 Subdiv Zoom

Subdivision
Voting District
Districts

0     .5     1     1.5
Miles

Appendix B

Disaggregation Analysis

Alternative Plans 1 through 5

## Illustrative Plan Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|------|-------------|-------------|------------|------------|--------|
| 01 | 29766.09305 | 29641 | 29761 | -5.09305 | 29761 |
| 02 | 32803.88821 | 32642 | 32804 | 0.11179 | 32804 |
| 03 | 31961.85648 | 31819 | 31960 | -1.85648 | 31960 |
| 04 | 33799.93322 | 33623 | 33802 | 2.06678 | 33802 |
| 05 | 34688.84486 | 34407 | 34689 | 0.15514 | 34689 |
| 06 | 34443.57816 | 34140 | 34447 | 3.42184 | 34447 |
| 07 | 35686.66521 | 35367 | 35686 | -0.66521 | 35686 |
| 08 | 33657.33407 | 33485 | 33660 | 2.66593 | 33660 |
| 09 | 32840.24399 | 32637 | 32843 | 2.75601 | 32843 |
| 10 | 34851.55528 | 34651 | 34848 | -3.55528 | 34848 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|-------------|-------------|-----------|------------|-----------|------------------|-------------------------|
| 01 | 14892.63910 | 14770 | 14888 | -4.63910 | 14888 | 50.03% | 50.03% |
| 02 | 16414.14826 | 16235 | 16415 | 0.85174 | 16415 | 50.04% | 50.04% |
| 03 | 13364.47424 | 13218 | 13365 | 0.52576 | 13365 | 41.82% | 41.81% |
| 04 | 10612.27770 | 10435 | 10612 | -0.27770 | 10612 | 31.39% | 31.40% |
| 05 | 7131.76589 | 6861 | 7133 | 1.23411 | 7133 | 20.56% | 20.56% |
| 06 | 7428.54973 | 7128 | 7430 | 1.45027 | 7430 | 21.57% | 21.57% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9655.04044 | 9476 | 9658 | 2.95956 | 9658 | 28.69% | 28.69% |
| 09 | 8862.08495 | 8665 | 8863 | 0.91505 | 8863 | 26.99% | 26.99% |
| 10 | 7561.30030 | 7364 | 7559 | -2.30030 | 7559 | 21.69% | 21.70% |

**Illustrative Plan Alternative 1 Disaggregation Analysis**

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|---|---|---|---|---|---|
| 01 | 28294.91925 | 28180 | 28295 | 5.08075 | 28300 |
| 02 | 32619.56148 | 32457 | 32620 | 14.43852 | 32634 |
| 03 | 31767.84965 | 31622 | 31768 | 2.15035 | 31770 |
| 04 | 34596.28074 | 34413 | 34596 | -12.28074 | 34584 |
| 05 | 34593.46698 | 34307 | 34593 | -13.46698 | 34580 |
| 06 | 33748.02261 | 33455 | 33748 | 7.97739 | 33756 |
| 07 | 35686.66521 | 35367 | 35687 | -0.66521 | 35686 |
| 08 | 34767.36566 | 34591 | 34767 | 7.63434 | 34775 |
| 09 | 33669.07549 | 33462 | 33669 | 6.92451 | 33676 |
| 10 | 34756.78546 | 34558 | 34757 | -17.78546 | 34739 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 14568.96817 | 14454 | 14575 | 6.03183 | 14575 | 51.50% | 51.49% |
| 02 | 16834.47508 | 16656 | 16851 | 16.52492 | 16851 | 51.64% | 51.61% |
| 03 | 13176.52580 | 13027 | 13179 | 2.47420 | 13179 | 41.48% | 41.48% |
| 04 | 10709.12832 | 10526 | 10696 | -13.12832 | 10696 | 30.93% | 30.95% |
| 05 | 6521.19601 | 6246 | 6511 | -10.19601 | 6511 | 18.83% | 18.85% |
| 06 | 7456.68305 | 7166 | 7460 | 3.31695 | 7460 | 22.10% | 22.10% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9756.58947 | 9574 | 9765 | 8.41053 | 9765 | 28.08% | 28.06% |
| 09 | 8992.32990 | 8791 | 8998 | 5.67010 | 8998 | 26.72% | 26.71% |
| 10 | 7906.38480 | 7712 | 7888 | -18.38480 | 7888 | 22.71% | 22.75% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

## Illustrative Plan Alternative 2 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|------|--------------|-------------|------------|------------|--------|
| 01 | 28224.99984 | 28106 | 28225 | 0.00016 | 28225 |
| 02 | 32395.00059 | 32237 | 32395 | -0.00059 | 32395 |
| 03 | 32612.66803 | 32467 | 32613 | 3.33197 | 32616 |
| 04 | 33852.65126 | 33678 | 33853 | -3.65126 | 33849 |
| 05 | 36147.09303 | 35845 | 36147 | -10.09303 | 36137 |
| 06 | 33162.58693 | 32872 | 33163 | 10.41307 | 33173 |
| 07 | 35686.66521 | 35367 | 35687 | -0.66521 | 35686 |
| 08 | 34767.36566 | 34591 | 34767 | 7.63434 | 34775 |
| 09 | 33669.07549 | 33462 | 33669 | 6.92451 | 33676 |
| 10 | 33981.88649 | 33787 | 33982 | -13.88649 | 33968 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|--------------|-------------|-----------|------------|------------|------------------|-------------------------|
| 01 | 14404.99995 | 14286 | 14405 | 0.00005 | 14405 | 51.04% | 51.04% |
| 02 | 16545.00019 | 16370 | 16545 | -0.00019 | 16545 | 51.07% | 51.07% |
| 03 | 13591.51763 | 13441 | 13595 | 3.48237 | 13595 | 41.68% | 41.68% |
| 04 | 10614.56649 | 10439 | 10611 | -3.56649 | 10611 | 31.35% | 31.36% |
| 05 | 7023.63545 | 6733 | 7016 | -7.63545 | 7016 | 19.42% | 19.43% |
| 06 | 7338.28033 | 7052 | 7346 | 7.71967 | 7346 | 22.14% | 22.13% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9756.58947 | 9574 | 9765 | 8.41053 | 9765 | 28.08% | 28.06% |
| 09 | 8992.32990 | 8791 | 8998 | 5.67010 | 8998 | 26.72% | 26.71% |
| 10 | 7655.36119 | 7466 | 7642 | -13.36119 | 7642 | 22.50% | 22.53% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

## Illustrative Plan Alternative 3 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|------|------|------|------|------|------|
| 01 | 31587.28131 | 31469 | 31587 | -3.28131 | 31584 |
| 02 | 31665.70626 | 31527 | 31666 | 8.29374 | 31674 |
| 03 | 34705.61224 | 34489 | 34706 | -6.61224 | 34699 |
| 04 | 31558.23867 | 31421 | 31558 | -0.23867 | 31558 |
| 05 | 34292.10237 | 34094 | 34292 | -3.10237 | 34289 |
| 06 | 34203.94757 | 33973 | 34204 | 1.05243 | 34205 |
| 07 | 33811.75044 | 33634 | 33812 | 8.24956 | 33820 |
| 08 | 33502.68562 | 33198 | 33503 | 11.31438 | 33514 |
| 09 | 33462.97047 | 33198 | 33463 | -14.97047 | 33448 |
| 10 | 35709.69757 | 35409 | 35710 | -0.69757 | 35709 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|------|------|------|------|------|------|------|
| 01 | 17197.04206 | 17067 | 17205 | 7.95794 | 17205 | 54.47% | 54.44% |
| 02 | 16435.31021 | 16294 | 16444 | 8.68979 | 16444 | 51.92% | 51.90% |
| 03 | 9093.91607 | 8882 | 9090 | -3.91607 | 9090 | 26.20% | 26.20% |
| 04 | 12963.08539 | 12823 | 12962 | -1.08539 | 12962 | 41.07% | 41.08% |
| 05 | 7964.64672 | 7768 | 7961 | -3.64672 | 7961 | 23.22% | 23.23% |
| 06 | 8045.21025 | 7835 | 8045 | -0.21025 | 8045 | 23.52% | 23.52% |
| 07 | 8879.99670 | 8686 | 8885 | 5.00330 | 8885 | 26.27% | 26.26% |
| 08 | 5887.58880 | 5595 | 5900 | 12.41120 | 5900 | 17.60% | 17.57% |
| 09 | 6427.16387 | 6167 | 6402 | -25.16387 | 6402 | 19.14% | 19.21% |
| 10 | 8257.03843 | 7963 | 8257 | -0.03843 | 8257 | 23.12% | 23.12% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

**Illustrative Plan Alternative 4 Disaggregation Analysis**

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|------|--------------|-------------|------------|------------|--------|
| 01 | 33533.20337 | 33370 | 33533 | -10.20337 | 33523 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|--------------|-------------|-----------|------------|------------|------------------|-------------------------|
| 01 | 16960.87827 | 16799 | 16956 | -4.87827 | 16956 | 50.58% | 50.58% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

## Illustrative Plan Alternative 5 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|---|---|---|---|---|---|
| 01 | 30594.34636 | 30490 | 30594 | 2.65364 | 30597 |

| Dist | HBC17 DisAg | HBC17 Strp | HB DisAg | HBC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 17657.89626 | 17535 | 17669 | 11.10374 | 17669 | 57.75% | 57.72% |

| Dist | HBC17 DisAg | HBC17 Strp | HB DisAg | HBC17 Chg | HB CVAP17 | HB CVAP17% Mapt | HB CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 15590.04023 | 15474 | 15617 | 26.95977 | 15617 | 51.04% | 50.96% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

Appendix C

Maptitude for Redistricting Partial Client List

Maptitude for Redistricting is used by a majority of the state legislatures, both political parties, county and regional governments, city and local governments, educational institutions, and many public interest groups and corporations. Partial list:

## National Government & Party Organizations

Democratic National Committee
Department of Justice, Civil Rights Division
National Committee for an Effective Congress
National Republican Congressional Committee
Republican National Committee

## State Government & Organizations

Alabama Democratic Party
Alabama House Majority
Alaska Division of Elections
Arizona Democratic Party
Arizona House of Representatives
Arizona Independent Electoral Commission
Arizona Redistricting Commission
Arizona Republican Party
Arizona Senate Democrats
California Assembly Rules Committee
California Governor's Office
California Legislative Data Center
California Senate Office of Research
California Senate Minority Reapportionment
California State Assembly
Colorado Department of State
Colorado Governor's Office
Colorado House of Representatives
Colorado Reapportionment Commission
Colorado Republican Party
Delaware Commissioner of Elections
Delaware Legislature
District of Columbia Republican Party
Georgia Democratic Party
Georgia General Assembly
Georgia Office of Planning and Budget
Georgia Redistricting Services
Georgia Republican Party
Idaho Legislative Services
Illinois House Republican Caucus
Illinois Senate Republican Caucus
Kansas Legislative Research Department
Kentucky Legislative Research Commission
Kentucky Republican Party
Louisiana Democratic Party
Louisiana House of Representatives
Louisiana Senate
Maine Democratic Party
Maine Judicial Center
Maine Legislature
Maryland Department of Legislative Services
Maryland General Assembly
Maryland Governor's Census 2000
Maryland Office of Planning
Maryland Republican Party
Massachusetts House of Representatives
Massachusetts Senate
Massachusetts Senate Clerk's Office
Massachusetts Speakers Office
Michigan Democratic Party
Minnesota DFL
Minnesota Governor's Office
Minnesota Land Management Information Center

Minnesota Legislative Coordinating Commission
Minnesota Office of Planning
Minnesota Republican Party
Minnesota Secretary of State
Minnesota Senate
Minnesota Supreme Court
Mississippi Chambers of Hon. E. Gray Jolly
Mississippi Community Policy Research
Mississippi Joint Reapportionment Committee
Mississippi Republican Party
Missouri Democratic Party
Missouri House of Representatives
Missouri Office of Administration
Missouri Office of Management, Budget, and Planning
Missouri Republican Party
Missouri Senate
Nevada Republican Assembly Caucus
Nevada Republican Party
New Hampshire GCIS
New Jersey Office of Legislative Services
New Mexico Republican Party
New York Empire State Development
New York Leg. Task Force on Demographic Research & Reapportionment
New York State Assembly Democratic Majority
New York State Assembly Republican Caucus
New York State Democratic Senate Campaign Committee
New York State Governor's Office
New York State Office of Technology
New York State Republican Assembly Campaign Committee
New York State Senate Majority
New York State Senate Minority
North Carolina Democratic Party
North Carolina General Assembly
North Carolina Republican Party
North Dakota Legislative Council
Ohio Republican Party
Ohio Secretary of State
Oklahoma Governor's Office
Oklahoma Senate
Pennsylvania House Democrats
Pennsylvania Senate Democrats
Puerto Rico Supreme Court
South Carolina Budget and Control Board
South Carolina House of Representatives
South Carolina House Republican Caucus
South Carolina Senate
South Carolina Senate Republican Caucus
Tennessee Attorney General
Tennessee General Assembly
Tennessee Office of Legal Services
Texas Comptroller of Public Accounts
Texas General Land Office
Texas Legislative Council
Utah Republican Party
Vermont Legislative Council
Virginia Democratic Caucus
West Virginia Democratic Legislative Council
West Virginia Legislature
Wyoming Democratic Party
Wyoming Legislature
Wyoming Republican Party

## County Government & Regional Planning Organizations

Acadiana LA Regional Development District
Alabama Association of County Commissioners
Alameda County CA, Community Development

Alamosa County CO, County Clerk
Anne Arundel County MD
Anoka County MN
Assateague Island MD National Seashore
Barton County KS
Becker County MN
Benton County MN
Blount County AL, County Commission
Boone County WV Commission
Brooke County WV, County Commission
Butte County CA
Calvert County MD
Capitol Region LA Planning Commission
Cerro Gordo County IA
Chambers County AL Commission
Chambers County AL, Board of Education
Chaffee County CO
Champaign County IL, County Clerk
Chisago County MN
Clark County NB Manager's Office
Clay County WV, County Commission
Cobb County GA Elections
Comal County TX
Contra Costa CA, Water District
Coweta County GA
Cumberland County ME
Elbert County CO
Forsyth County GA
Glenn County CA, Elections Department
Grand County CO
Hardee County FL
Hardin County KY, County Clerk
Hardy County WV Clerk
Harris County TX, Tax Office
Harris County TX, Republican Party
Hennepin County MN
Hennepin County MN Elections
Hood County TX
Inyo County CA, Planning Department
Jackson County MN
Kanawha County WV, Clerk/Elections
Kent County DE
Kent County MI
Kent County MN
Jackson County MO, Election Board
Jefferson County CO, County Clerk and Recorder
Jefferson County WV Clerk
Johnson County KS, Election Office
Kisatchie-Delta LA Regional Planning and Development
Lewis County WV Clerk
Liberty County GA Board of Commissioners
Lincoln County MT
Logan County CO Clerk and Recorder
Los Angeles CA Superior Court
Louisiana Acadiana Regional Development District
Louisiana Central Regional Planning District
Louisiana Kisatchie-Delta Planning and Development
Louisiana North Delta Regional Development
Louisiana Rapides Area Planning Commission
Louisiana South Central Planning and Development
Lyon County MN
Madison County AL Board of Education
Madison County AL Commission
Marion County WV
Marshall County WV, County Clerk

McCracken County KY
Miami-Dade County FL, Board of County Commissions
Mobile County AL, Engineer's Office
Monongalia County WV, Clerk's Office
Nassau County NY
Navajo Nation AZ
Nevada County CA
New Castle County DE
North Delta LA RPDD
Nowata County OK, Clerk
Pasco County FL, Supervisor of Elections
Pierce County WA, Elections
Pipestone County WV
Pocahontas County WV Commission
Polk County FL, Supervisor of Elections
Putnam County FL, Supervisor of Elections
Putnam County WV, County Clerk
Ramsey County MN
Roane County WV 911
Rapides Area Planning Commission
Saint Louis County MN
Saint Lucie County FL, Community Development
Saint Lucie County FL, Supervisor of Elections
San Benito County CA
San Diego Community College District
San Diego County Data Processing
Sanford/Lee County NC, County Commission
Santa Barbara County CA
Santa Cruz County CA, ISD Department
South Central LA Planning
Stillwater County MT GIS
Summit County NJ Board of Elections
Summit County OH, Republican Party
Sumter County FL, Supervisor of Elections
Tate County MS
Three Rivers MN Park District
Tippecanoe County IN, Republican Party
Trinity County CA
Trinity County TX
Valley Transportation Authority (CA)
Vigo County IN
Walton County FL Board of Commissioners
Westchester County NY
Westchester County NY Republicans
Wicomico County MD
Wood County WV

## City Governments

Albany NY, Common Council
Baltimore MD, City Council
Baltimore MD, Mayor's Office
Bloomington MN
Buffalo NY, City Clerk
Cambridge MD Commissioners
Champlain MN
Columbia MO
Dallas, TX
Denver CO, Election Commission
Douglasville GA
Haverford PA
Jefferson MO
Lake Charles LA
Los Angeles CA Council
Maple Grove MN
Minneapolis MN Metropolitan Council

New York NY City Council
New York NY Redistricting Commission
Pasadena CA
Pensacola FL, Planning and Neighborhood Development
Phoenix AZ
Pocomoke MD
Pueblo y Salud CA
Richfield MN
Robbinsdale MN
Saint Louis Park MN
San Francisco CA, Department of Elections
San Leandro CA
Shorewood MN
Temple TX
Villages FL
Westport CT

## Educational Institutions

Alabama State University Center for Leadership and Public Policy
Benedict College
Claremont McKenna College Rose Institute
Cronkite School of Journalism
CUNY Graduate Center
CUNY, Medgar Evers College
George Mason University
Georgia Institute of Technology
Georgia State University
Jefferson State Community College
MARIS MS
Mississippi State University/Stennis Institute
Norfolk State University
Queens College
Paul Quinn Urban Institute
Princeton University Woodrow Wilson School
Rice University
San Diego Community College
Southern Illinois University
University of Alabama, Dept. of Geography
University of California, Berkeley, Statewide Database
University of California, Los Angeles, Department of Urban Planning
University of Florida
University of Georgia Redistricting Services
University of New Orleans
University of Pennsylvania Law School
University of Texas, Pan American

## Interest Groups and Corporations

Aboussie & Associates
Advance Policy Institute
American Civil Liberties Union
American Public Dialogue
Analytica Research Corp.
Applied Research Coordinates
Arizona State AFL-CIO
Asian American Legal Defense Fund
Asian Law Alliance
Asian Pacific American Legal Center
Assateague Island National Seashore
Barney L. Knight and Associates
Baselice & Associates
Beacon Blue, LLC
Benedict College
BonData
Boyer & Associates
Brock, Clay, Calhoun, Wilson, and Rogers
Capitol Campaign Strategies

CAUSE
CBC Policy and Leadership Institute
Cedric Floyd
Centre d'Entreprises d'Idelux (Luxembourg)
Citizens for Fair Redistricting
Colorado Hispanic Bar Association
Community Cartography
Conservative Opportunities
Coordinating and Development Corporation
Databasics
Datatrends
DCI Group
DelBello Donellan Weingarth Tartallia
Dellums, Barauer, Halterman, and Assoc.
Delta Consulting Association
Democratic Project
DFS Associates
Electoral Geodemographics
EPIC/MRA
ERF and Associates
Fields Communications
Food Research & Action Center
Friends of Dennis Cardoza
Frontier International Electoral Consulting
Gathings, Kennedy and Associates
Geopolitical Solutions
Gilliard Blanning & Associates
Gilmore and Monahan
Girl Scouts of San Jacinto Council
Guinn and Morrison
Harris, Shelton
Heffley & Associates
Hispanic Leadership Institute
Holland and Rigby
Hong Kong Geomatics Consultants
Infinity Group
Integrated Demographic Profiles
James Blacksher
Jewish Community Relations Council
Joe Shumate and Associates
John Stennis Institute at Mississippi State University
Jones, Cork, and Miller LLP
KVUE-TV
Lapkoff & Gobalet Demographic Research
Law Offices of Darryl Piggee
Law Offices of James C. Belt
Law Offices of Rolando Rios
Law Offices of Samuel L. Walters
Lawyers' Committee for Civil Rights Under Law
Legislative Demographic Services
Levine McEvoy
Louisiana Coordinating and Development Corporation
Matrix
MALDEF
Map Applications
McNally Temple Associates
Metro Consulting
Metropolitan Area Research
Metro-Rent, Inc.
Mexican-American Legal Defense Fund (MALDEF)
NAACP Legal Defense Fund
National Demographics
Navajo Nation
Nielson Media Research
Nielson, Merksamer

Oxford Systematics
Pactech Data and Research
Panacea Consulting
PBS&J
PDQ GeoDemographics
Phillips McFall
Polidata
Precision Cartographics
Reapportionment Group 2000
Redistricting LLC
Research Advisory Services
Romero Molina
Sacks Tierney
Shephard and Staats
Smith and Mahoney, PC
Smith, Ellis, & Stuckey
South Carolina Fair Share
Southern Policy Law Center
Southern Regional Council
Teaching That Works
Texans Against Gerrymandering
Texans for Fair Redistricting
Texas Trial Lawyers Association
Tharrington Smith, LLP
USHLI
Voter Solutions
W. Hayword Burns Environmental E.C.
Whitman Soule
William C. Velasquez Institute
Xerox Corporation

# Maptitude Online Redistricting Clients

Arizona Redistricting Commission
City of Los Angeles
Fairfax VA
Idaho Legislature
New York City Districting Commission
Orange County CA