| Median value (dollars) | Census Tract 458.10, Virginia Beach city, Virginia | | Census Tract 460.13, Virginia Beach city, Virginia | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error |
| | 144,400 | +/-13,583 | 163,000 | +/-22,775 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '***' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

94

06/10/2019

# Appendix I3

## Illustrative Plan Socioeconomic Characteristics

### District 2 - Majority HBA Census Tracts (2013-2017 5Yr ACS)

- 402, 404.02, 406, 462.20, and 462.21

AMERICAN
FactFinder

S1903

MEDIAN INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)

2013-2017 American Community Survey 5-Year Estimates

**Note:** This is a modified view of the original table.

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

| Subject | Virginia Beach city, Virginia | | Census Tract 402, Virginia Beach city, Virginia | | Census Tract 404.02, Virginia Beach city, Virginia | |
|---|---|---|---|---|---|---|
| | Median Income (dollars) | | Median Income (dollars) | | Median Income (dollars) | |
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Households | 70,500 | +/-1,124 | 46,952 | +/-5,406 | 41,852 | +/-9,953 |
| White alone, not Hispanic or Latino | 76,547 | +/-1,239 | 53,177 | +/-8,787 | 55,516 | +/-12,877 |

96

06/10/2019

1 of 2

| Subject | Census Tract 406, Virginia Beach city, Virginia | | Census Tract 462.20, Virginia Beach city, Virginia | | Census Tract 462.21, Virginia Beach city, Virginia | |
|---|---|---|---|---|---|---|
| | Median Income (dollars) | | Median Income (dollars) | | Median Income (dollars) | |
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Households | 53,007 | +/-13,152 | 41,898 | +/-9,854 | 54,076 | +/-8,769 |
| White alone, not Hispanic or Latino | 71,027 | +/-9,929 | 55,018 | +/-18,234 | 58,542 | +/-16,490 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

When information is missing or inconsistent, the Census Bureau logically assigns an acceptable value using the response to a related question or questions. If a logical assignment is not possible, data are filled using a statistical process called allocation, which uses a similar individual or household to provide a donor value. The "Allocated" section is the number of respondents who received an allocated value for a particular subject.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '***' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution.
6. An '******' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

06/10/2019

**U.S. Census Bureau**

**AMERICAN FactFinder**

**S1501**  EDUCATIONAL ATTAINMENT

**2013-2017 American Community Survey 5-Year Estimates**

**Note:** This is a modified view of the original table.

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

| Subject | Virginia Beach city, Virginia | | Census Tract 402, Virginia Beach city, Virginia | | Census Tract 404.02, Virginia Beach city, Virginia | |
|---|---|---|---|---|---|---|
| | Percent | | Percent | | Percent | |
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Population 25 years and over | (X) | (X) | (X) | (X) | (X) | (X) |
| Less than 9th grade | 2.0% | +/-0.2 | 5.5% | +/-3.3 | 2.3% | +/-2.0 |
| 9th to 12th grade, no diploma | 4.6% | +/-0.3 | 9.3% | +/-3.9 | 12.8% | +/-4.0 |
| High school graduate (includes equivalency) | 21.9% | +/-0.6 | 27.6% | +/-5.4 | 23.7% | +/-6.4 |
| Some college, no degree | 26.1% | +/-0.6 | 28.9% | +/-5.4 | 29.5% | +/-5.4 |
| Associate's degree | 10.5% | +/-0.4 | 13.0% | +/-4.5 | 12.9% | +/-4.9 |
| Bachelor's degree | 22.7% | +/-0.5 | 9.4% | +/-3.3 | 14.8% | +/-4.6 |
| Graduate or professional degree | 12.1% | +/-0.4 | 6.3% | +/-2.7 | 4.0% | +/-2.5 |
| | | | | | | |
| Percent high school graduate or higher | 93.4% | +/-0.3 | 85.2% | +/-5.6 | 84.9% | +/-3.9 |
| Percent bachelor's degree or higher | 34.8% | +/-0.6 | 15.7% | +/-3.9 | 18.9% | +/-5.0 |
| | | | | | | |
| White alone, not Hispanic or Latino | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | 95.3% | +/-0.3 | 89.8% | +/-5.7 | 93.0% | +/-5.8 |
| Bachelor's degree or higher | 37.7% | +/-0.8 | 10.8% | +/-7.7 | 26.2% | +/-10.9 |

98

06/10/2019

| Subject | Census Tract 406, Virginia Beach city, Virginia Percent | | Census Tract 462.20, Virginia Beach city, Virginia Percent | | Census Tract 462.21, Virginia Beach city, Virginia Percent | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Population 25 years and over | (X) | (X) | (X) | (X) | (X) | (X) |
| Less than 9th grade | 1.0% | +/-1.5 | 2.7% | +/-2.2 | 1.9% | +/-1.7 |
| 9th to 12th grade, no diploma | 3.9% | +/-2.7 | 4.3% | +/-2.1 | 12.3% | +/-6.2 |
| High school graduate (includes equivalency) | 21.1% | +/-5.0 | 24.1% | +/-5.2 | 21.9% | +/-5.8 |
| Some college, no degree | 41.6% | +/-7.2 | 35.6% | +/-7.2 | 38.2% | +/-7.1 |
| Associate's degree | 13.5% | +/-3.8 | 8.8% | +/-4.2 | 12.8% | +/-5.3 |
| Bachelor's degree | 12.8% | +/-4.2 | 14.3% | +/-4.2 | 9.5% | +/-3.8 |
| Graduate or professional degree | 5.9% | +/-2.9 | 10.2% | +/-4.2 | 3.3% | +/-2.3 |
| | | | | | | |
| Percent high school graduate or higher | 95.1% | +/-3.1 | 93.0% | +/-3.5 | 85.7% | +/-6.0 |
| Percent bachelor's degree or higher | 18.8% | +/-5.4 | 24.5% | +/-6.5 | 12.8% | +/-4.6 |
| | | | | | | |
| White alone, not Hispanic or Latino | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | 97.6% | +/-3.2 | 95.5% | +/-3.1 | 78.7% | +/-17.2 |
| Bachelor's degree or higher | 17.3% | +/-6.5 | 28.0% | +/-9.2 | 19.0% | +/-10.6 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

2 of 3

99

06/10/2019



U.S. Census Bureau

AMERICAN
FactFinder

S1701

POVERTY STATUS IN THE PAST 12 MONTHS

2013-2017 American Community Survey 5-Year Estimates

Note: This is a modified view of the original table.

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

| Subject | Virginia Beach city, Virginia | | Census Tract 402, Virginia Beach city, Virginia | | Census Tract 404.02, Virginia Beach city, Virginia | |
|---|---|---|---|---|---|---|
| | Percent below poverty level | | Percent below poverty level | | Percent below poverty level | |
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Population for whom poverty status is determined | 8.0% | +/-0.5 | 19.9% | +/-6.1 | 14.9% | +/-6.2 |
| White alone, not Hispanic or Latino | 5.8% | +/-0.5 | 8.6% | +/-4.9 | 9.3% | +/-5.8 |

100

06/10/2019

| Subject | Census Tract 406, Virginia Beach city, Virginia | | Census Tract 462.20, Virginia Beach city, Virginia | | Census Tract 462.21, Virginia Beach city, Virginia | |
| --- | --- | --- | --- | --- | --- | --- |
| | Percent below poverty level | | Percent below poverty level | | Percent below poverty level | |
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Population for whom poverty status is determined | 20.2% | +/-8.5 | 12.3% | +/-4.1 | 18.1% | +/-9.8 |
| White alone, not Hispanic or Latino | 11.9% | +/-9.5 | 6.7% | +/-4.4 | 2.6% | +/-4.3 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

101

2 of 2

06/10/2019

**U.S. Census Bureau**

AMERICAN

**FactFinder**

B25077

MEDIAN VALUE (DOLLARS)
Universe: Owner-occupied housing units
2013-2017 American Community Survey 5-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

| | Virginia Beach city, Virginia | | Census Tract 402, Virginia Beach city, Virginia | | Census Tract 404.02, Virginia Beach city, Virginia | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Median value (dollars) | 267,300 | +/-2,392 | 124,600 | +/-14,726 | 164,700 | +/-8,297 |

06/10/2019

102

| | Census Tract 406, Virginia Beach city, Virginia | | Census Tract 462.20, Virginia Beach city, Virginia | | Census Tract 462.21, Virginia Beach city, Virginia | |
|---|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate | Margin of Error |
| Median value (dollars) | 153,400 | +/-14,439 | 211,000 | +/-12,003 | 148,300 | +/-10,154 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.

103

06/10/2019

## Anthony E. Fairfax



Anthony E. Fairfax is a Demographic Consultant and President of CensusChannel LLC. For over 20 years, Mr. Fairfax worked as a demographic data & mapping consultant. Specializing in redistricting, he has personally developed hundreds of redistricting plans covering 22 different states.

During the span of his consulting tenure, Mr. Fairfax provided redistricting services and training to numerous non-profit and public sector groups. A partial list of these organizations include:

- Advancement Project;
- African American Redistricting Collaborative of California;
- Congressional Black Caucus Institute;
- Louisiana Legislative Black Caucus;
- National NAACP;
- NAACP Legal Defense Fund (LDF);
- One Voice;
- Southern Coalition for Social Justice;
- Young Elected Officials (YEO) Network.

Mr. Fairfax worked as an expert providing redistricting plans, research and analysis for several court cases. Recently, he was an expert witness for one of the plaintiffs in the recent Texas court case (Perez vs State of Texas). In addition, he was selected as the Project Director and Consulting Demographer for the Congressional Black Caucus Institute's (CBC Institute) Redistricting Project. Ten years prior, during the 2000 redistricting cycle, he was the CBC Institute's Consulting Demographer as well.

Mr. Fairfax has published two unique books: A Step-by-Step Guide to Using Census 2000 Data (2004); and The Democratic Trend Phenomenon (2008). He is an Electrical Engineering graduate of Virginia Tech and resides in Hampton, Virginia.

🔼 Share / Save 📘 🐦 🌀 ✦

# REPORT OF PETER A. MORRISON, PH.D.

In *Holloway, et al. v. City of Virginia Beach, et al.*

August 12, 2019

1. I have been retained as an expert in the case of *Holloway, et al. v. City of Virginia Beach, et al.* by the City of Virginia Beach. I have been asked to evaluate Plaintiffs' November 13, 2018 *Amended Complaint* and the July 15, 2019 *Expert Report of Anthony E. Fairfax* (Plaintiffs' expert). The specific focus of my evaluation is Plaintiffs' claim that "The minority citizen voting age population is sufficiently large and geographically compact to constitute a majority in at least two single-member districts that would be likely able to elect their candidates of choice to the City Council" [Amended Complaint at paragraph 8]. That claim is based upon Mr. Fairfax's findings and his definition of the *minority citizen voting age population* as the combined Hispanic, Black, and Asian citizen voting age citizen population ("the HBA citizen voting age population") of the City of Virginia Beach.

2. My evaluation relies on the following sources: (1) official demographic data from the US Census Bureau; (2) data provided to me at my request by Mr. Kimball Brace; (3) Plaintiffs' *Complaint* and Mr. Fairfax's *Expert Report*; (4) GIS shape files and demographic data that Plaintiffs have provided, which Mr. Fairfax purportedly has used and/or relied upon; (5) US Census Bureau technical documentation pertaining to the American Community Survey.

3. I am an applied demographer and am retired from The RAND Corporation, where I was Senior Demographer and the founding director of RAND's Population Research Center. I have served on the U.S. Census Bureau Advisory Committee on Population Statistics, 1989-1995, and as an invited participant on the Bureau's Working Group on 2010 Race and Ethnicity. I have been elected as President of the Southern Demographic Association and to the Board of Directors of the Population Association of America, which are the two leading associations of professional demographers. I have taught students at the University of Pennsylvania, the RAND Graduate School, and the University of Helsinki. I am being compensated at a rate of $250/hour for my work in reviewing materials and preparing this report. I will be compensated at a rate of $400/hour for any testimony I give in court or by deposition.

4. Attached Appendix A lists all cases in which I have testified by declaration, deposition, or at trial since August 2012. Attached Appendix B summarizes my academic background, including all publications in the last ten years.

5. All conclusions contained within my following Report are to the reasonable degree of scientific certainty (at least 90% certain) that scholars and experts in my field use.

## I. FINDINGS AND CONCLUSIONS

## SUMMARY OF FINDINGS AND CONCLUSIONS

6. ***Plaintiffs base their claim to have satisfied the first of the three necessary "Gingles preconditions" upon Mr. Fairfax's flawed findings.*** This first Gingles prong requires a plaintiff to show that the minority group is "sufficiently large and geographically compact to constitute a majority in a single-member district." Mr. Fairfax's findings themselves are hopelessly flawed by obvious inconsistencies in the data he used, which include numbers that do not add up as they should. He cannot draw conclusions or make estimates with any reasonable degree of scientific certainty.

EXHIBIT
Fairfax
# 3
9-24-19   KBA
PENGAD 800-631-6989

2

7. *Plaintiffs purport to satisfy first Gingles prong by defining a concocted aggregate of three distinct protected minorities (Hispanics, Blacks, and Asians).* Here, Plaintiffs rely upon Mr. Fairfax's definition of the *minority citizen voting age population* as the combined Hispanic, Black, and Asian citizen voting age citizen population ("the HBA citizen voting age population") of the City of Virginia Beach. I replicated Mr. Fairfax's aggregation of his own block-level data to form his two proposed districts (using his GIS shape files to allocate his own defective data). By my calculations, Mr. Fairfax should have obtained "HBA citizen voting age population" shares of CVAP fractionally below those he reports in Table 7 in his *Expert Report* (at page 20). Specifically, I obtain 49.99% for his District 1 (vs. his 50.03%) and 49.96% for his District 2 (vs. his 50.04%). Even were his estimates accepted as accurate, he cannot draw conclusions about the minority CVAP with any reasonable degree of scientific certainty.

8. *Based upon the above findings, I conclude that Plaintiffs have not satisfied the first of the three necessary "Gingles preconditions" for a claim of vote dilution under Section 2, nor could they do so.* Plaintiffs' claim depends upon the opinion that Mr. Fairfax has rendered. I regard his opinion as inherently unreliable. It is based upon his faulty interpretation of a measure that he derived from a defective dataset.

## RESPONSE TO FAIRFAX REPORT: DETAILED FINDINGS

9. Mr. Fairfax was retained by counsel representing the Plaintiffs in this lawsuit to determine whether it is possible to draw an Illustrative Plan with two majority Latino (Hispanic), Black, and Asian ("HBA") combined districts in the City of Virginia Beach, using ten single-member voting districts and one at-large mayoral race.

10. Mr. Fairfax's definition of a majority "HBA" district is one in which the *minority citizen voting age population* is the combined Hispanic, Black, and Asian citizen voting age citizen population ("the HBA citizen voting age population") of the City of Virginia Beach. This "tripart minority coalition" district presumes political cohesion among Hispanics, Blacks, and Asians (an embedded assumption without support).

11. Using that definition, Mr. Fairfax (and Plaintiffs, in turn) claim to have satisfied the first of the three necessary "Gingles preconditions". This first Gingles prong requires a plaintiff to show that the minority group is "sufficiently large and geographically compact to constitute a majority in a single-member district."

## Mr. Fairfax's Demonstrative Districts

12. Plaintiffs claim specifically that "The minority [i.e., "HBA"] citizen voting age population is sufficiently large and geographically compact to constitute a majority in at least two single-member districts that would be likely able to elect their candidates of choice to the City Council" [*Amended Complaint* at paragraph 8]. That claim is based upon Mr. Fairfax's findings (at paragraphs (e) and (h) on pp. 4-5 of his *Expert Report*). There, Mr. Fairfax defines the *minority citizen voting age population* as the combined Hispanic, Black, and Asian citizen voting age population ("the HBA citizen voting age population") of the City of Virginia Beach. Further on (at page 20 of his Report), Mr. Fairfax presents details in his Table 7 (shown below):

3

| Table 7 – Illustrative Plan - Major Race/Ethnicity using CVAP (2013-17 ACS) | | | | | | | |
|---|---|---|---|---|---|---|---|
| District | CVAP 13-17ACS | Dev | HCVAP 13-17ACS | WCVAP 13-17ACS | BCVAP 13-17ACS | ACVAP 13-17ACS | HBACVAP 13-17ACS |
| 1 | 29761 | 157 | 2176 | 13730 | 9135 | 3566 | 14888 |
| 2 | 32804 | -2090 | 2235 | 15543 | 12810 | 1367 | 16415 |
| District | % CVAP 13-17ACS | % Dev | % HCVAP 13-17ACS | % WCVAP 13-17ACS | % BCVAP 13-17ACS | % ACVAP 13-17ACS | % HBACVAP 13-17ACS |
| 1 | 29761 | 0.36% | 7.31% | 46.13% | 30.69% | 11.98% | 50.03% |
| 2 | 32804 | -4.77% | 6.81% | 47.38% | 39.05% | 4.17% | 50.04% |

Note: 13-17ACS - 2013-2017 5-Year ACS

Source: U.S. Census Bureau 2013-2017 5 Year ACS Block Group data, Maptitude for Redistricting Illustrative Plan

13. The above "Table 7" (from his report) derives his working results, which I show below in Table 1. My source of his working results is page 68 in "Fairfax Virginia Beach City Council Illustrative Plan Appendices 7.5.19". Mr. Fairfax's two demonstrative districts are identified in Table 1 as "01" and "02".

Table 1. Fairfax's Demonstrative Districts

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 |
| 01 | 29761 | 157 | 0.36% | 2176 | 7.31% | 13730 | 46.13% | 9135 | 30.69% | 3566 | 11.98% | 14888 | 50.03% |
| 02 | 32804 | -2090 | -4.77% | 2235 | 6.81% | 15543 | 47.38% | 12810 | 39.05% | 1367 | 4.17% | 16415 | 50.04% |
| 03 | 31960 | -156 | -0.36% | 2542 | 7.95% | 17346 | 54.27% | 7413 | 23.19% | 3403 | 10.65% | 13385 | 41.87% |
| 04 | 33802 | 830 | 1.90% | 1839 | 5.44% | 22251 | 65.83% | 6098 | 18.04% | 2684 | 7.94% | 10612 | 31.39% |
| 05 | 34689 | -521 | -1.19% | 1911 | 5.51% | 26622 | 76.74% | 4042 | 11.65% | 1182 | 3.41% | 7133 | 20.56% |
| 06 | 34447 | 474 | 1.08% | 1899 | 5.51% | 25733 | 74.70% | 4107 | 11.92% | 1431 | 4.15% | 7430 | 21.57% |
| 07 | 35586 | 1073 | 2.45% | 1150 | 3.22% | 29635 | 83.04% | 3279 | 9.19% | 799 | 2.24% | 5228 | 14.65% |
| 08 | 33660 | -504 | -1.19% | 2522 | 7.49% | 22645 | 67.28% | 5319 | 15.80% | 1815 | 5.39% | 9658 | 28.69% |
| 09 | 32843 | -433 | -0.99% | 2417 | 7.36% | 22753 | 69.28% | 5572 | 16.97% | 878 | 2.67% | 8863 | 26.99% |
| 10 | 34848 | 1174 | 2.68% | 1532 | 4.40% | 26347 | 75.61% | 4353 | 12.49% | 1675 | 4.81% | 7559 | 21.69% |

Note: Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source: Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

14. Each of the districts featured in Table 1 is composed of individual census *blocks*. The numerical values for each block are not published by the Census Bureau; those values must be derived from the Bureau's published *block group* data (from a special tabulation provided at the request of the US Department of Justice). A census *block* typically includes from zero to several hundred persons; a census *block group* typically encompasses 1,100 persons in two or more census blocks. While there is no one "right" way of deriving these estimates, there are several wrong ways of doing so. A common hallmark of the latter is the appearance of alarming logical inconsistencies among the values for individual census blocks.

4

15.  Demographers favor a methodology that the US Census Bureau itself uses (referred to simply as "raking") for preparing subnational population estimates by demographic characteristic. "Raking" is a particular application of Iterative Proportional Fitting (IPF).[1]

16.  I undertook an evaluation of the quality of the block-level estimates which Mr. Fairfax used to construct his two demonstrative districts. I discovered numerous inconsistencies in his census block-level data. Those inconsistencies lead me to conclude that his derivation method has produced flawed census block data. His flawed data overstate the actual minority share of CVAP in each of his two demonstrative districts shown in col. 14 of Table 1 (D-01: 50.03% and D-02: 50.04%). Although the distortions themselves are quite small, they are alarming in that they show fundamental logical inconsistencies, which signify a defective and unreliable dataset. These defects (shown below in Table 2) are irrefutable. In my opinion, these defects render the dataset untrustworthy for drawing any scientifically reliable conclusions.

## Inconsistencies in Census Block Data Mr. Fairfax Used to Form His Two Demonstrative Districts

17.  The data in Table 2 below illustrate the basis for my concerns. There I show the actual census block-level data that Mr. Fairfax reports having used to form his two proposed demonstrative districts ("01" and "02" shown in Table 1 above). It is these block-level data that Mr. Fairfax used to calculate the district-level percentages he shows in col. 14 of Table 1 ("%HBACVAP17").

18.  For the individual census blocks shown in Table 2, his own data enable me to compare the total citizen voting age population (corresponding to totals shown Table 1, col. 2: "CVAP17") with the sum of its separate parts. For each row of data in Table 2, I compared the value shown in col. 2 for "CVAP17" ("Citizen Voting Age Population") with the value that results from summing the corresponding values shown for:
        col. (5): "HCVAP17" ("Hispanic CVAP")
                plus col. (7):  "WCVAP17" ("nonHispanic White Alone CVAP")
                plus col. (9):  "BCVAP17" ("nonHispanic Black Alone CVAP")
                plus col. (11): "ACVAP17" ("nonHispanic Asian Alone CVAP"),

which I show in col. (c) of Table 2.

19.  Simple logic dictates that the number in col. (c) of Table 2 cannot exceed the number in col. (b). Yet it does, according to Mr. Fairfax's own data, in at least 27 instances which I have highlighted in yellow.

---

[1] See: https://www2.census.gov/programs-surveys/popest/technical-documentation/methodology/2010-2018/2018-natstcopr-meth.pdf . For IPF, see Nik Lomax & Paul Norman (2016) Estimating Population Attribute Values in a Table: "Get Me Started in" Iterative Proportional Fitting, *The Professional Geographer*, 68:3,451-461, DOI: 10.1080/00330124.2015.1099449.

5

Table 2. Logical Impossibilities Detected in Fairfax's Census Block Data

| (a) Census Block | (b) CVAP17 | (c) HCVAP17+ WCVAP17+ BCVAP17+ ACVAP17 | (d) HCVAP17 (Hispanic) | (e) WCVAP17 (White alone NonH) | (f) BCVAP17 (black alone NonH) | (g) ACVAP17 Asian alone NonH) | (h) TOTAL17 (Total Population) |
|---|---|---|---|---|---|---|---|
| 518100402002004 | 1143 | 1146 | 174 | 433 | 499 | 40 | 1278 |
| 518100454065002 | 1085 | 1092 | 106 | 446 | 437 | 103 | 2035 |
| 518100404023008 | 656 | 663 | 66 | 218 | 324 | 55 | 942 |
| 518100460102005 | 634 | 654 | 48 | 394 | 197 | 15 | 1001 |
| 518100462201020 | 579 | 583 | 35 | 257 | 268 | 23 | 738 |
| 518100454052003 | 555 | 560 | 78 | 286 | 186 | 10 | 825 |
| 518100460153005 | 551 | 556 | 45 | 306 | 160 | 45 | 779 |
| 518100462041017 | 502 | 516 | 17 | 427 | 46 | 26 | 659 |
| 518100462042030 | 480 | 537 | 29 | 395 | 76 | 37 | 586 |
| 518100462201027 | 446 | | 21 | 195 | 204 | 11 | 444 |
| 518100458063000 | 411 | 414 | 15 | 153 | 227 | 19 | 529 |
| 518100454063004 | 388 | 398 | 22 | 185 | 144 | 47 | 561 |
| 518100462161003 | 355 | 367 | 21 | 236 | 67 | 43 | 498 |
| 518100460143007 | 351 | 367 | 20 | 191 | 114 | 42 | 516 |
| 518100460123002 | 326 | 338 | 15 | 168 | 64 | 91 | 419 |
| 518100454063002 | 323 | 324 | 15 | 153 | 119 | 37 | 510 |
| 518100460131023 | 295 | 306 | 43 | 154 | 81 | 28 | 310 |
| 518100404042050 | 270 | 300 | 32 | 185 | 40 | 43 | 263 |
| 518100462212003 | 268 | 276 | 22 | 103 | 144 | 7 | 390 |
| 518100462203001 | 241 | 247 | 21 | 61 | 153 | 12 | 289 |
| 518100460132003 | 234 | 239 | 20 | 88 | 105 | 26 | 368 |
| 518100404044003 | 182 | 188 | 0 | 58 | 96 | 34 | 247 |
| 518100402001031 | 176 | 193 | 17 | 103 | 73 | 0 | 329 |
| 518100404043004 | 174 | 188 | 13 | 88 | 65 | 22 | 247 |
| 518100458094005 | 152 | 155 | 0 | 108 | 31 | 16 | 264 |
| 518100460093003 | 126 | 139 | 6 | 97 | 28 | 8 | 141 |
| 518100460101010 | 119 | 124 | 9 | 107 | 8 | 0 | 155 |
| 518100460142005 | 117 | 122 | 20 | 60 | 20 | 22 | 168 |
| 518100404022009 | 17 | | 1 | 2 | 12 | 0 | 16 |
| 518100402003006 | 14 | | 0 | 2 | 10 | 0 | 12 |
| 518100454053004 | 4 | | 0 | 3 | 0 | 0 | 3 |

(These 27 instances of an obvious logical impossibility are merely ones I spotted through a cursory inspection of his data.)

20.  Furthermore, simple logic dictates that the Citizen Voting-Age Population of a census block appearing in col. (b) cannot exceed the Total Population appearing in col. (h).  Yet it does, according to Mr. Fairfax's own data, in at least 5 instances which I have highlighted in red.

6

21.  Clearly, these logical impossibilities cast doubt on the very method Mr. Fairfax used to allocate published block group data to individual census blocks.[2]  In my opinion, these defects render the entire dataset untrustworthy for drawing any scientifically reliable conclusions.

## Mr. Fairfax's Faulty Interpretation of the Measure Derived from His Defective Dataset

22.  The razor-thin purported majorities highlighted in col. 14 ("HBACVAP17") of Table 1 are *point estimates*: 50.03% and 50.04%.  In statistical terms, a "point estimate" is the best estimate of an actual underlying value (assuming the dataset itself is free of defects).  To illustrate: A digital thermometer that registers the outdoor temperature in whole-number degrees ("49", "50", "51", …) is reporting a point estimate.  Strictly speaking, the point estimate of "50" means "between 49.51 and 50.49".

23.  Likewise, statistical reasoning dictates that the point estimates shown in Table 1 ("50.03%" and "50.04%") connote the *range* that surrounds each point estimate itself.  One calculates that corresponding range from the associated margin of error (MOE), which accompanies each point estimate.  This MOE governs the scientific interpretation of the point estimate.[3]  Point estimates and MOEs derive from the American Community Survey.

24.  Mr. Fairfax has disregarded the insurmountable barrier presented by his razor-thin majority point estimates (50.03% and 50.04%).  The MOEs here undermine his ability to make a claim about the minority population with any reasonable scientific certainty.

25.  Even assuming that Mr. Fairfax's flawed data allowed him to estimate the minority population accurately, neither he nor any other expert can estimate with any reasonable scientific certainty whether or not Hispanics plus Blacks plus Asians are a majority of the CVAP in either district."

## My Independent Replication of Mr. Fairfax's Calculations

26.  As a final check, I replicated Mr. Fairfax's aggregation of block-level data in forming his two proposed districts.  I used his own GIS shape files to allocate his own defective block-level data among districts.  The results I obtained are shown in Table 3 below.  By my calculations, Mr. Fairfax should have obtained combined three-group minority shares of CVAP that are fractionally lower than those he has reported.  Specifically, I obtain 49.99% for his District 1 (vs. his 50.03%) and 49.96% for his District 2 (vs. his 50.04%).  Assuming my calculations to be correct, the point estimates themselves merely round *up* fractionally to 50.0% (rather than *down* to 50.0%).

---

[2] This is not the first instance in which I have chanced upon a testifying expert whose faulty methodology has rendered an unsound opinion based upon a defective dataset.  See  SUPPLEMENTAL EXPERT REPORT OF PETER MORRISON, Ph.D. in Montes v. City of Yakima, April 8, 2013, paragraphs 4-14.

[3] As a commonplace example, suppose a survey of 500 adult city residents asks them: "Are you a registered voter?"  The result (51% "yes"; 49% "no") is accompanied by "+/- 3%".  The analyst uses this latter statistic to gauge the level of confidence in concluding that (for example) "yes's" comprise "50% or more" of all adults citywide.  Specifically, "51% (+/- 3%)" dictates the following interpretation: "One can conclude that the true percentage lies somewhere between 48% and 54%, with reasonable scientific certainty.  "Reasonable" here would imply a recognized scientific standard (e.g., "with 90% confidence").  Correctly stated, my conclusion here would be: "We know with reasonable scientific certainty that the 51% point estimate means that the true percentage of all adults citywide who are registered to vote could be as low as 48%."

Table 3.  Minority Shares of CVAP Using Correct CVAP Data

| Minority Share of CVAP in Fairfax's Proposed Districts 1 and 2 (based upon corrected 2013-17 CVAP data) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fairfax's Proposed District | TOTAL CVAP | White NonHisp | Black NH | Asian NH | Hispanic | Blk+Asn+ Hispanic | B+A+H Share |
| **1** | 29,766 | 13,723 | 9,136 | 3,598 | 2,145 | 14,879 | *49.99%* |
| **2** | 32,804 | 15,564 | 12,794 | 1,361 | 2,234 | 16,389 | *49.96%* |
| **Rest of V.B. City** | 271,930 | 193,391 | 40,195 | 13,845 | 15,848 | 69,888 | *25.70%* |
| Source: Morrison's ACS block data derived through iterative porportional fitting (IPF). | | | | | | | |

27.  By both of our calculation, then, his defective dataset yields virtually identical B+A+H shares--essentially "50.0%".   Based upon my data or his, the likelihood of a majority is about 50-50, comparable to the flip of a coin.

28.  All conclusions contained above in my Report are to the reasonable degree of scientific certainty (at least 90% certain) that scholars and experts in my field use.

8

STATEMENT OF COMPENSATION:

I am being compensated at a rate of $250 per hour for time spent assembling and analyzing data, drafting memos/reports/declarations, conferring with the attorney or client, and related work.  I will be compensated at a rate of $400 per hour for all time spent testifying by deposition or at trial.

Signed:

Peter A. Morrison
August 12, 2019

9

## Appendix A

### Peter A. Morrison, Ph. D.

### CASES IN WHICH I HAVE TESTIFIED AT TRIAL OR BY DEPOSITION SINCE AUGUST 2012

1. ZORAIDA RIOS-ANDINO et al. v. ORANGE COUNTY. UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION. Expert Report on behalf of Defendant.

2. JAMES FIGGS AND ROBERT JACKSON v. QUITMAN COUNTY, MS. UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF MISSISSIPPI, GREENVILLE DIVISION. Affidavit in Support of Defendants' Motion for Summary Judgment.

3. Montes and Arteaga v. City of Yakima, WA. U.S. District Court, Eastern District of Washington. Deposition and trial testimony on behalf of Defendant.

4. U.S. v. TOWNHOMES OF KINGS LAKE, HOA, INC. et al. MIDDLE DISTRICT OF FLORIDA. DJ# 175-17M-499. Declaration on behalf of Plaintiff U.S. Department of Justice.

5. EVENWEL v. PERRY, U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. Declaration on behalf of Plaintiffs seeking to enjoin Texas from conducting further state Senate elections under Plan S172 and asking the court to require the Texas Legislature to reapportion state senatorial voting districts in conformity with the Fourteenth Amendment.

6. EVENWEL et al. v. ABBOTT et al., UNITED STATES SUPREME COURT. "Brief of Demographers Peter A. Morrison, et al. as *Amici Curiae* in Support of Appellants," in Evenwel et al. v. Abbott et al.

7. PAULETTE KREMMEL v. FAIRLIFE LLC, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS. Declaration on behalf of Defendant.

8. DR. PANKAJ JAIN, Plaintiff v. COPPELL INDEPENDENT SCHOOL DISTRICT, et al., U.S. District Court, Northern District of Texas, Dallas Division. Declaration on behalf of Defendant.

9. Glatt v. City of Pasco, et al., U.S. District Court, Eastern District of Washington. Declaration on behalf of Defendant. (Court ruled in favor of Defendant)

10. Bishop, et al. v. Shorter University, Inc., Civil Action No. 4:15-CV-0033-HLM, United States District Court for the Northern District of Georgia, Rome Division. Declaration on behalf of Defendant.

11. Feldman et al. v. Arizona Secretary of State's Office et al., United States District Court, District of Arizona. Declaration on behalf of Defendant.

12. Timothy Dadey et al. v. City of Costa Mesa, Case No. 30-2014-00757962-CU-CR-CJC and Timothy Dadey et al. v. City of Costa Mesa, Case No. 30-2014-00758104, pending in the Superior Court of the State of California for the County of Orange. Deposition testimony.

13. Anne Harding et al. v. County of Dallas, Texas et al. U.S. District Court, Northern District of Texas, Dallas Division. C.A. No. 3: 15-CV-00131-D. Deposition and trial testimony on behalf of Plaintiffs.

14. Pico Neighborhood, et al. v. City of Santa Monica, et al. Superior Court of the State of California for the County of Los Angeles, No. BC616804. Deposition and trial testimony on behalf of Defendant.

10

15. Joseph Thomas et al. v. Phil Bryant et al., Civil Action No. 3: 18cv 441-CWR-FKB in United States District Court for the Southern District of Mississippi, Northern Division.  Deposition and trial testimony on behalf of Defendants.

16. S&R Development Estates, LLC v. Town of Greenburgh et al. in United States District Court, Southern District of New York.  Declaration on behalf of Defendant.

(Updated: August 7, 2019)

11

## Appendix B

### Peter A. Morrison
### C. V. and PUBLICATIONS

## EDUCATION

B.A., Sociology, 1962, Dartmouth College
Ph.D., Sociology, 1967, Brown University

## PROFESSIONAL EXPERIENCE

2009-present — President, Peter A. Morrison & Associates, Inc., Nantucket, MA
1969-2009 — Senior Staff Demographer and Resident Consultant, The RAND Corporation, Santa Monica, California
1979-1990 — Founding Director, Population Research Center, RAND
1967-1969 — Assistant Professor, Department of Sociology, and Research Associate, Population Studies Center, University of Pennsylvania, Philadelphia

## AREAS OF EXPERTISE

Dr. Morrison's principal expertise centers on applications of demographic analysis in tracking socioeconomic trends and envisioning their consequences for public policy and business.

Domestic applications include demographic analysis for electoral redistricting; store site selection; human resource analysis; evaluating employment discrimination claims, minority representation within jury pools, and school desegregation remedies; forecasting school enrollments; and using census and administrative data to monitor local community demographic contexts.

International applications include business concerns with corporate strategic planning, globally emerging middle-class consumer markets, and demographic precursors of expanding consumer markets; comparing and evaluating individual markets; and identifying potential business opportunities spurred by forthcoming demographic change.

Dr. Morrison conducts studies for the private sector and offers executive briefings on these topics through his consulting firm, founded in 1984. Clients have included American Express, American Stores, Corning, Inc., Ford Motor Co., Marriott International, NBC, New Directions for News, Times Mirror, University of California, and CIBC Securities (Canada).

Previously, Dr. Morrison was a faculty member at the University of Pennsylvania. He also has taught periodically at UCLA, the RAND Graduate School, and the Helsinki School of Economics. He also lectures before academic and business audiences and gives invited testimony before subcommittees of the U.S. Senate and House of Representatives. He has made invited presentations to the National Science Board, the Conference Board, the National League of Cities, the National Conference of State Legislatures, the University of California Management Institute, the American Bar Association, American Society of Newspaper Editors, newsroom seminars for the Casey Journalism Center, County Counsels Association of California, American College of Surgeons, National Association of Homebuilders, Missouri Legislative Forum, World Future Society, and Volunteers of America.

He has served as advisor to the Committee for Economic Development, the Congressional Research Service, and committees of the National Academy of Sciences, U.S. Census Bureau, Department of Agriculture, National Institutes of Health, California Energy Commission, California Governor's Council on Growth Management, Center for California Studies, and United Way.

## PROFESSIONAL ORGANIZATIONS/HONORS

Invited participant, U.S. Census Bureau Working Group on 2010 Race and Ethnicity

Member, L.A. Unified School District Enrollment Analysis Technical Advisory Committee

Visiting Lecturer, Helsinki School of Economics and Business Administration, summer 2001

U.S. Census Bureau Advisory Committee on Population Statistics, 1989-1995 (Chair, 1990).

Population Association of America: Board of Directors, 1978-1980; Public Affairs Committee, 1979-1986; Chair, Nominations Committee, 1981-1982; annual Program Organizing Committee, 1995, 1998; Local Arrangements Committee, 2000; Committee on Applied Demography, 1995-1999, Chair, 1998; Development Committee, 2006-2012.

Southern Demographic Association: Board of Directors, 1999-present; Vice President, 2001; President, 2003.

International Association of Applied Demographers (officer)

Center for Spatially Integrated Social Science, UC Santa Barbara: Advisory Board, 2000-

Research Advisory Board, Committee for Economic Development, 1988-1991.

Regents' Lecturer, UCLA, Spring 1987.

Social Science Research Council's Committee on the Survey of Income and Program Participation, 1985-1988.

National Advisory Child Health and Human Development Council, National Institute of Health, 1984-1987.

Population Research Committee, National Institute of Child Health and Human Development, 1977-1979.

Committee on Behavioral and Social Aspects of Energy Consumption and Production, National Academy of Sciences, 1980-1982.

Committee on Urbanization and Population Redistribution, International Union for Scientific Study of Population, Chairman, 1976-1979.

Advisory Subcommittee for Applied Social and Behavioral Sciences, National Science Foundation, 1978-1981.

13

Future of Rural America Advisory Committee, FHA, 1978-1981.
Editorial Advisory Committee, *Urban Studies,* 1985-1995.
Editorial Advisory Board, *J. Australian Population Assoc., 1995-1998.*

## RECENT MEDIA APPEARANCES/COVERAGE:

*Interviews*: CNBC; New York Times; Los Angeles Times; USA Today; Time Magazine; Seattle Times; AMA/Marketing News

*Commentary*: New York Times; Wall Street Journal; Washington Post; International Herald Tribune; Pittsburgh Post-Gazette; Los Angeles Times; Atlanta Constitution; Houston Chronicle; San Jose Mercury News; Providence Journal; San Antonio Express-News

*Articles:* "United Nations of Nantucket," *N Magazine* (Winter 2016). (access at: www.n-magazine.com/united-nations-nantucket/ )

## RECENT PRESENTATIONS:

- 01/24/2019: **"Big Data for a Small Island,"** lunch hour talk at Nantucket Saltmarsh Center
    https://www.youtube.com/watch?v=ZqqJ9STcMwE

- 10/13/2016: "A Demographic Accounting Model for Class Action Litigation," presented at 2016 Southern Demographic Association meetings, Athens, GA. (coauthored with Thomas Bryan).

- 10/22/2015:  At Nantucket Historical Association's "Food for Thought" series:
    **"Immigration on Nantucket: What You Should Know"**
    https://www.youtube.com/watch?v=u17rINVweZs  (Morrison presentation starts at minute 2:10)

- 01/08/2015: To Waterbury, CT **"Alderman by District Reapportionment Commission"** Meeting
    https://www.youtube.com/watch?v=aj6qE3JECg0&feature=youtu.be
    (Morrison presentation start at minute 23:10)

- 01/14/2015: To Waterbury, CT **"Aldermen by District Reapportionment Commission"** meeting:
    https://www.youtube.com/watch?v=98Vp4y11_sc  (Morrison presentation starts at minute 9:10)

- 12/2014: **"Investing in Nantucket's Future"**  http://vp.telvue.com/preview?id=T02542&video=223735
    (Morrison presentation starts at minute 1:30)

- 11/2013:  **"Growing Old: How Aging Populations Will Transform Our Lives and Times"**
    http://www.youtube.com/watch?v=kJvS_hhgLDk&feature=c4-overview-
    vl&list=PLjgJVmnztYsTqYVn_ijBhCGxA5-7DMtGw (Morrison presentation starts at minute 1:05)

## BOOKS

Morrison, P. A. and T. M. Bryan, ***REDISTRICTING: A Manual for Analysts, Practitioners, and Citizens*** (Springer, forthcoming 2020).

Morrison, P. A., ed. ***A Taste of the Country:  A Collection of Calvin Beale's Writings*** (Penn State Univ. Press, 1990).

Morrison, P. A., co-ed. *Demographics: A Casebook for Business and Government* (Westview Press, 1994). Access at: https://www.rand.org/pubs/monograph_reports/MR904.html

Morrison, P. A., ed. *Population Movements: Their Forms and Functions in Urbanization and Development* (IUSSP, Ordina Editions, Liege, Belgium, 1983).

Morrison, P. A. *Demographic Information for Cities: A Manual for Estimating and Projecting Local Population Characteristics* (Santa Monica, CA: RAND Corporation, R-618, 1971). Access at: https://www.rand.org/pubs/reports/R0618.html

## SELECTED PUBLICATIONS/PAPERS/POLICY BRIEFS/OP-EDs

*Most of my publications (or abstracts) are accessible at these sites:*

https://www.researchgate.net/profile/Peter_Morrison2/publications?sorting=newest&page=2

www.rand.org/pubs/authors/m/morrison_peter_a.html

"Sanctuary Cities Get a Census Bonus," op-ed in *The Wall Street Journal*, July 16, 2019. https://www.wsj.com/articles/sanctuary-cities-get-a-census-bonus-11563318817?fbclid=IwAR3Ygf2TAegLisUc_hbu3GS1775Zd9iGG3dIgWcMF1DQPv95jsTFBPtdHQY

"Small-Area and Business Demography" (coauthor) Chapter 31 in Dudley L. Poston, Jr. (editor). *Handbook of Population*. 2nd edition. Cham, Switzerland: Springer Nature.

"A border wall won't stop people from coming here illegally," op-ed in *The Bryan-College Station (TX) Eagle,* March 19, 2019 (co-author). *Access at:* https://www.theeagle.com/opinion/columnists/a-border-wall-won-t-stop-people-from-coming-here/article_5b5e7216-4551-582c-9e82-0f5adf37896d.html

"Demographic Approaches to Unveiling a Partisan Gerrymander," presented at the 2019 Population and Public Policy Conference, Albuquerque, NM.

"Estimating Nantucket's Effective Population," under review by *Population Research & Policy Review* (coauthor).

"Small-Area and Business Demography," chapter in D. Poston, ed., *Handbook of Population (*Springer, 2019), coauthored with Stan Smith & Thomas Bryan.

"Distinguishing 'False Positives' Among Majority-Minority Election Districts in Statewide Congressional Redistricting," 2017 Southern Demographic Association meetings (coauthor).

"A Comparison of Methods for Classifying and Modeling Respondents Who Endorse Multiple Racial/Ethnic Categories: A Healthcare Experience Application," (coauthor) *Medical Care* (2019) *Access at:* https://www.ncbi.nlm.nih.gov/pubmed/30439794

"Can Puerto Ricans Spark a Latino Political Backlash?" op-ed in *San Antonio Express-News*, February 13, 2018 (coauthored with Charles S. Bullock, III). *Access at:* https://www.researchgate.net/publication/323200663_Can_Puerto_Ricans_spark_a_Latino_political_backlash

"Focus on Teaching: The Legend of the Calamity-Induced Baby Boom," PAA Affairs, Spring 2017. *Access at:* https://www.researchgate.net/publication/315683457_Focus_on_Teaching_The_Legend_of_the_Calamity-Induced_Baby_Boom

15

"The Demography of Trump's Wall," *N-IUSSP*, April 3, 2017 (coauthor).
Access at: www.niussp.org/article/demography-trumps-wallle-mur-de-trump-et-ses-consequences-demographiques/
Russian translation: https://demreview.hse.ru/article/download/8667/9249/

"Three Myths of U.S. Immigration," op-ed in *San Antonio Express-News*, March 4, 2017 (coauthored with Dudley L. Poston, Jr.).
Access at: www.mysanantonio.com/opinion/commentary/article/Three-myths-of-U-S-immigration-10975928.php

"From Legal Theory to Practical Application: A How-To for Performing Vote Dilution Analysis," *Social Science Quarterly* (2017), coauthor.
Assess at: https://www.researchgate.net/publication/315631377_From_Legal_Theory_to_Practical_Application_A_How-To_for_Performing_Vote_Dilution_Analyses_From_Legal_Theory_to_Practical_Application

"Foreward" to D. A. Swanson, ed., *The Frontiers of Applied Demography* (2017)
Assess at: https://www.researchgate.net/publication/311486631_Foreward_to_The_Frontiers_of_Applied_Demography_2017

"Projecting Future Demand for Assisted Living in the US: A Case Study," chapter 6 in D. A. Swanson, ed., *The Frontiers Applied Demography* (2017).
Access at:
https://www.researchgate.net/publication/311800586_Projecting_Future_Demand_for_Assisted_Living_chap_6_in_THE_FRONTIERS_OF_APPLIED_DEMOGRAPHY

"Health Care Access: The Hollow Promise," op-ed in *Starkville Daily News*, 10/18/2016 (coauthored with Ron Cossman).
Access at:   https://www.researchgate.net/publication/309458235_Health_Care_Access_The_Hollow_Promise

"We have the data to make voting fair. Let's use it." op-ed in *The Washington Post,* 10/22/2015
Access at:   http://www.washingtonpost.com/news/in-theory/wp/2015/10/22/we-have-the-data-to-make-voting-fair-lets-use-it/

Supreme Court of the United States.  "Brief of Demographers Peter A. Morrison, Thomas M. Bryan, William A. V. Clark, Jacob S. Siegel, David A. Swanson, and The Pacific Research Institute as *Amici Curiae* in Support of Appellants," in Evenwel et al. v. Abbott et al.
Access at: http://www.scotusblog.com/wp-content/uploads/2015/08/Demographers-Amicus.pdf

"Exploring the Blizzard Babies Phenomenon," op-ed in *Providence Journal*, March 3, 2015.
Access at: www.providencejournal.com/article/20150303/OPINION/150309836

"A Method to Forecast Hispanic Voting Strength at Local Scales," presented at Applied Demography Conference, San Antonio, Texas, January 8-10, 2014.

"Quantifying the Effect of Age Structure on Voter Registration," *Social Science Quarterly* (2014).
Access at: http://onlinelibrary.wiley.com/doi/10.1111/ssqu.12059/abstract

"Forecasting Hispanics' Ripening Voting Strength at Local Scales," presented at 2012 Annual Meeting of Southern Demographic Association, Williamsburg, VA

"Gauging Hispanics' Effective Voting Strength in Proposed Redistricting Plans: Lessons Learned Using ACS Data," (coauthored with T. Bryan), for National Academy of Sciences Workshop on the Benefits (and Burdens) of the American Community Survey, Case Studies/Agenda Book, chap. 5 (2012). Access at: http://sites.nationalacademies.org/cs/groups/dbassesite/documents/webpage/dbasse_073124.pdf

16

"Chinese Workers Could Replace Mexican Immigrants," op-ed in *Houston Chronicle*, Aug. 12, 2011 (coauthored with Dudley Poston, Jr.).
  *Access at:* www.chron.com/opinion/outlook/article/Chinese-workers-could-replace-Mexican-immigrants-2077827.php

"Integrating Census Data to Support a Motion for Change of Venue," *Population Research & Policy Review* (coauthored with Dean Judson), 2011. *Access at:* http://paa2011.princeton.edu/papers/111043

"An Evaluation of Additive and Hierarchical Classifications of Race/Ethnicity as Measured on Census 2000," coauthor (under review).

"Using the Census Bureau's Surname List to Improve Estimates of Race/Ethnicity and Associated Disparities," *Health Services and Outcomes Research Methodology* 9(2), pp.69-83 (coauthor). *Access at:* www.rand.org/pubs/external_publications/EP20090611.html

"Teaching Business Demography Using Case Studies," presented at the International Union for the Scientific Study of Population Seminar on Applications of Demography in Business, Sydney Australia, October 2007 (coauthor). Appears in *Population Research & Policy Review*.
    *Access at:* http://link.springer.com/article/10.1007/s11113-009-9155-4

"Targeting Spatial Clusters of Elderly Consumers in the USA," presented at the International Union for the Scientific Study of Population Seminar on Applications of Demography in Business, Sydney Australia, October 2007 (coauthored with Thomas Bryan). Appears in *Population Research & Policy Review.* *Access at:* http://link.springer.com/article/10.1007/s11113-009-9149-2

"Assessing the Need for a New Medical School: A Case Study in Applied Demography," *Population Research & Policy Review* (coauthor).

 "A New Method for Estimating Race/Ethnicity and Associated Disparities Where Administrative Records Lack Self-Reported Race/Ethnicity," coauthor, *Health Services Research Journal* 43(5), Oct. 2008. *Access at:* http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2653886/

"Forecasting the Supply of and Demand for Physicians in the Inland Southern California Area" (coauthor), RAND Technical Report TR524, 2007.

"Evaluating a Claim of Discriminatory Annexation Using Demographic Analysis: An Instructional Case," at 2005 annual Southern Demographic Association meetings.

"Evaluating Evidence of Discrimination in Multi-Ethnic Housing Markets," *Population Research & Policy Review,* 2008 (coauthored with William A. V. Clark).

"Methods for Gauging the Target Populations that Community Colleges Serve," *Population Research & Policy Review* 26(1), 2007 (coauthored with L. Santibañez, G. Gonzalez, S. J. Carroll).

"Lingering Effects of Discrimination: Tracing Persistence Over Time in Local Populations," *Population Research & Policy Review*, 2006.

"Understanding the Antecedents of Underage Drinking," at 2005 annual Southern Demographic Association meetings, Durham, NC (coauthored with Allan Abrahamse).

17

"China: Bachelor Bomb," *New York Times*, op-ed 09/14/2005 (coauthored with Dudley Poston)
*Access at:* http://www.rand.org/blog/2005/09/china-bachelor-bomb.html

"Small-Area and Business Demography," chapter in D. Poston and M. Micklin, *Handbook of Population*, 2005 (coauthored with Stan Smith).

"Future Demographic Challenges to California School Districts," presented at 2005 annual Population Association of America meetings, session on School Demography.

"Demographic Overview of California's K-12 Public School Student Population," chap. 2 in S. J. Carroll et al., *California's K-12 Public Schools: How Are They Doing?* RAND MG-186, 2005.

"Counting on Demography: Fostering Applications of the Social Sciences," invited plenary address at the 2005 Southwestern Social Science Association meetings, New Orleans

"How Migration Flows Shape the Elderly Population of Metropolitan Pittsburgh," at 2004 annual Southern Demographic Association meetings, Hilton Head, SC (coauthored with Chris Briem)

"The Bright Lights in Pittsburgh's Future," op ed appearing in *Pittsburgh Post-Gazette*, Sept. 19, 2004 (coauthored with Barry Balmat)

"New Approaches to Spotting Enclaves of the Elderly Who Have Aged in Place," presented at 2004 Population Association of America meetings (coauthored with Tom Bryan).

"Developing an Arab-American Surname List: Potential Demographic and Health Research Applications," at 2003 Southern Demographic Association meetings (coau. with B. Kestenbaum, D. Lauderdale, A. Abrahamse, S. El-Badry).

"A Demographic Overview of Metropolitan Pittsburgh," RAND Issue Paper IP-256 (2003).

"Confronting a Race-Based School Admissions Policy," *Chance* 16(1), 2003.

"An Overview of Business Demography in the U.S.A.," invited paper for the Australian Population Association's 11th Biennial Conference, Sydney, October 2002.

"Internal Migration and Short-Distance Mobility," Chapter 19 in D. Swanson, et al., *The Methods and Materials of Demography*, rev. ed., 2003 (coau. with T.M. Bryan and D.A. Swanson).

"Business Demography," in P. Demeny and J. McNicholl, eds., *Encyclopedia of Population*, 2003 (coauthored with Stan Smith).

"A National Legacy of Migration," in Carla Blank, *Rediscovering America* (2003).

Review of J. S. Siegel, *Applied Demography: Applications to Business, Government, Law, and Public Policy* in *Population and Development Review* 28(1), 2002.

"A Demographic Perspective on Our Nation's Future," RAND Documented Briefing, 2001.

"Using First Names to Estimate Racial Proportions in Populations," presented at the 2001 Population Association of America meetings.

"At-Large Elections Under Legal Challenge: Where Demographic Analysis Fits In," presented at the 2000 Population Association of America meetings.

"Meeting Local Information Needs: A Case Study in Team Applied Demography," *Applied Demography Newsletter*, Population Association of America, Spring 2002 (coauthored).

"Gauging Future Prospects for a Neighborhood Vehicle: Where Demographic Analysis Fits In," at 1999 Southern Demographic Association meetings, San Antonio.

"Forecasting Enrollments for Immigrant Entry-Port School Districts," *Demography*, Nov. 2000.

"Charting Alternatives to a Segregated School Admissions Policy: Where Demographic Analysis Fits In," at 1998 Population Association of America meetings, Chicago (abridged version appears in *Chance*).

"Unveiling the Demographic 'Action' in Class Actions," *Population Research and Policy Review*, 1999.

"Family Policies and Demographic Realities," chapter in J.W. Hughes and J.J. Seneca, eds., *America's Demographic Tapestry: Baseline for the New Millennium*, Rutgers Univ. Press, 1999.

"Applying Demographic Analysis in Affirmative Action Disputes: An Instructional Case," *Population Research and Policy Review*, 1998.

"Demographic Influences on Latinos' Political Empowerment: Comparative Local Illustrations," *Population Research and Policy Review*, 1998.

"Demographic Change and School District Response: Assessing Alleged Discriminatory Effects of Boundary Changes," under review (with W.A.V. Clark).

"Forecasting Enrollments During Court-Ordered Desegregation," *Population Research and Policy Review*, 1996.

"Applying Demographic Analysis to Store Site Selection," *Population Research and Policy Review,* 1996 (with A. F. Abrahamse).

"Tracking Growth of Emerging Consumer Markets Worldwide: Where Demographic Analysis Fits In," presented at Sixth International Conference on Applied and Business Demography, Bowling Green, OH (coauthored).

"Tying Knots in the American Tapestry," Op-ed article, *Los Angeles Times,* Sept. 18, 1995.
    *Access at:* http://articles.latimes.com/1995-09-18/local/me-47167_1_ethnic-identity

"Broadening Client Perspectives on Business Concerns," *Applied Demography*, Summer 1995.

"Demographic Foundations of Political Empowerment in Multi-Minority Cities," *Demography*, May, 1995 (with W.A.V. Clark).

"Demographic Perspectives on the Voting Rights Act," RAND P-7905, 1995 (briefing cohosted by U. S. House Subcommittee on Census and The Population Resource Center, Oct.19,1994).

*Demographics: A Casebook for Business and Government*, Westview Press, 1994 (coeditor).

"Empowered or Disadvantaged?  Applications of Demographic Analysis to Political Redistricting," chapter in *Demographics* (cited above).

"A Riot of Color: The Demographic Setting of Civil Disturbance in Los Angeles," RAND P-7819 (with Ira S. Lowry).  Condensed version appears in Mark Baldassare (ed.), *The Los Angeles Riots:  Lessons for the Urban Future*, Westview, 1994.
*Access at:*
https://www.researchgate.net/publication/311800927_A_Riot_of_Color_The_Demographic_Setting

"Surname Analysis for Estimating Local Concentration of Hispanics and Asians," *Population Research and Policy Review*, 1994 (with A. F. Abrahamse).
*Access at:* https://www.researchgate.net/publication/270279296_Surname_Analysis_for_Estimating_Local_Concentrations

"The Demographic Context of Army Family Support Policy," chapter in M.J. Eitelberg and S.L. Mehay (eds.), *Marching Toward the 21st Century* (Greenwood Press, 1994).

"Strategic Sleuths," *Forecast Magazine*, Nov/Dec 1993.

"Congress and the Year 2000:  Peering into the Demographic Future," *Business Horizons*, Nov/Dec 1993 (condensation of RAND N-3279 cited below).

"A California That Can Work: People, Productivity, and Energy," RAND P-7828 (invited testimony before the California Energy Commission, June 1993).

"Goodbye Past, Hello Future:  California's Demographic Shift," Op-ed article, *Los Angeles Times*, September 13, 1993.

"More than Meets the Eye," *Chance*, May 1993.

"Employment Discrimination:   How Demographic Analysis Fits In," presented at Fourth International Conf. on Applied Demography, Bowling Green, Ohio, September 1992.

"Is 'Aging in Place' a Blueprint for the Future?"  Association of American Geographers Meeting, San Diego, RAND, P-7794, 1992.

"Gauging Hispanic Voting Strength:  Pitfalls and Paradoxes," *Population Research and Policy Review*, 1992 (with W.A.V. Clark).

"Local Redistricting: The Demographic Context of Local Boundary Drawing," *National Civic Review*, Winter/Spring 1992 (with W.A.V. Clark).

"Mirroring the Mosaic:  Redistricting in a Context of Cultural Pluralism," RAND, P-7789, 1992.

"Testimony before House Subcommittee on Census and Population," RAND, P-7784, 1992.

20

"Healthier Childhoods and Family Responsibility:  Two Issue Papers," RAND, P-7788, 1992.

"How Demographic Analysis Supports Redistricting," for Mandatory Continuing Legal Education course sponsored by County Counsels Association of California, January 1992.

"California's Future:  More to Come," Op-ed article, *The Los Angeles Times*, Dec. 3, 1991.
    *Access at:* http://articles.latimes.com/1991-12-03/local/me-416_1_future-growth

*Soldiers' Families:  Tracking Their Well-Being During Peacetime and War*, RAND, N-3405-A, 1992 (coauthor).

"California's Demographic Outlook:  Implications for Growth Management," RAND, P-7738, 1991.

"The Changing Demographic Context of Postsecondary Education," RAND, P-7737, 1991.

"The Demographer's Role in the Local Boundary-Drawing Process," RAND, P-7711, 1991 (coauthor).

"Looking In From Outside:  Enhancing Demographic Perspectives on Business Concerns," given at 1991 Population Association of America meetings.

"Demographic Paradoxes in the Los Angeles Voting Rights Case," *Evaluation Review*, 1991 (with W.A.V. Clark).

"Future Images—Childhood, The Workplace, Our Communities," RAND  P-7656, 1990.

"The Changing Demographic Context of Municipal Governance," RAND P-7654, 1990.

"Pitfalls in Estimating Eligible Voters Among Hispanics," coauthored, given at 1990 Population Association of America meetings.

"Demographic Factors Reshaping Ties to Family and Place," *Research on Aging*, Dec. 1990.

"Applied Demography:  Its Growing Scope and Future Direction," *The Futurist,* March/April 1990.

"A Demographic Perspective on Future Issues," *Congressional Research Service CRS Review*, Jan/Feb 1990.

"Leaving School Early:  'Stopping Out' and Dropping Out Among American Youth," given at the 1989 American Sociological Association meetings (with Jane Mauldon).

*Families in the Army:  Looking Ahead*, RAND, R-3691-A, 1989 (coauthor).

"Quantifying Legal Standards in Section 2 Voting Rights Cases," paper given at Population Association of America.

*Congress and the Year 2000:  A Demographic Perspective on Future Issues*, RAND, N-3279, March 1991.

21

"What Tomorrow's Demographers Will Be Called Upon to Do," RAND  P-7469, 1988.

*Beyond Stereotypes: Who Becomes a Single Teenage Mother?*, RAND R-3489, 1988 (coau.).

"Government Must Help Families With Long-term Care for Elderly," op-ed article, *The Atlanta Constitution*, April 19, 1988.

"Teens Willing  to Consider Single Parenthood:  Who is at Greatest Risk?" *Family Planning Perspectives*, Jan/Feb, 1988 (coauthor).

*The Current Demographic Context of Federal Social Programs*, RAND, N-2785, 1988.

"Demographic Factors Reshaping the U.S. Market for New Housing," RAND, P-7467, 1988.

"Applied Demography:  Its Current Scope and Future Direction in the United States," RAND Paper, 1988.

*Public Libraries Face California's Ethnic and Racial Diversity*, RAND, R-3656, 1988 (coauthor, Chapter 4).

"Changing Demographics:  What to Watch For," *Business Economics*, 1987.

"Continuity and Change Across the Population Sciences," RAND, P-7281, 1986.

"Pro-Family Laws May Miss the Mark," op-ed article in *The Wall Street Journal*, Dec. 5, 1986.

*Changing Family Structure:  Who Cares for America's Dependents?* RAND, N-2518, 1986.

"Accounting for the Educational Shortfalls of Mothers," *Journal of Marriage and the Family*, 1986 (coauthored).

"The Prism of Migration," *Social Science Quarterly*, 1986 (with Julie DaVanzo).
*Access at:* https://www.researchgate.net/publication/284957921_The_prism_of_migration_Dissimilarities_between_return_and_onward_movers

*How Demographic Shifts Will Affect the IRS and Its Mission*, RAND, P-7170, 1985.
     *Access at:*  http://www.popline.org/node/421417

"Characteristics of Migrants from Metropolitan to Nonmetropolitan Areas in the U.S.A.," *Espace Populations Societes*, 1985 (with Kevin McCarthy).

*Demographics and Business Decisionmaking:  Prospects and Possibilities for the 1980s*, RAND, P-7017, 1984. Appears in *Marketing Review*, Fall 1985.

"Tracking People," *Group Practice Journal*, July/August 1984.

*Demographic Forces Reshaping Small Communities in the 1980s*, RAND, N-1887, 1982 (coauthor).  Appears in *Southwestern Review of Management and Economics*, 1984.

22

*Population Movements: Their Forms and Functions in Urbanization and Development*, published by Ordina for International Union for the Scientific Study of Population, 1983 (editor and author of Chap. 1).

*Current Demographic Trends and Federal Policy: An Overview*, RAND, N-2030, 1983.

"Is Population Deconcentration Lengthening Commuting Distances?" *Population Research and Policy Review*, 1983 (with Kevin McCarthy).

*Migration Sequences: Who Moves Back and Who Moves On?*, RAND, R-2548-NICHD, 1982 (with Julie DaVanzo).

*Demographic Challenges in America's Future*, RAND, R-2911, 1982 (with William P. Butz).

"Different Approaches to Monitoring Local Demographic Change," chapter in E. S. Lee and H. F. Goldsmith, eds., *Population Estimates: Methods for Small Area Analysis*, Sage, 1982.

"The Energy Situation and the World of Californians," in *Regional Perspectives on Energy Issues*, (The Conference Board, July 1982).

*Demographic Certainties and Uncertainties in the Future of Social Security*, RAND, N-1742-NICHD, 1981 (invited Senate testimony). Appears in *Challenge: The Magazine of Economic Affairs*, Jan.-Feb., 1982.

"There Are Just Too Many Uncertainties," op-ed article, *The Sacramento Bee*, 9/20/81.

*Teenage Parenthood: A Review of Risks and Consequences*, RAND N-1714, 1981 (coau.).

*Teenage Parents: Their Ambitions and Attainments*, RAND, R-2771, 1981 (coau.).

"Return and Other Sequences of Migration in the U.S.," *Demography*, 18 (1): 85-101 1981 (coau.).

"How Demographers Can Help Legislators," *Policy Analysis*, 1980.

*Accommodating the Demography of the 1980s*, Midcontinent Perspective Series, Midwest Research Institute, December 1980.

*City Data: A Catalog of Data Sources for Small Cities*, RAND, R-2612, 1980 (coauthored).
    *Access at: https://www.rand.org/content/dam/rand/pubs/reports/2008/R2612.pdf*

*Effects of Postsecondary Experiences on Aspirations, Attitudes, and Self-Conceptions,* RAND R-2616, 1980 (coauthor).

*Consequences of Parenthood in Late Adolescence: Findings from the National Longitudinal Study of High School Seniors,* RAND, N-1343-NICHD, 1979 (coauthored).

23

"Demographic Trends Impinging on Energy Use," chapter in Charles T. Unseld et al., *Sociopolitical Effects of Energy Use and Policy*, National Academy of Sciences, Washington, D.C., 1979.

*The Future Demographic Context of the Health Care Delivery System*, RAND, N-1347, 1979.

"The Transition to Zero Population Growth in the Midwest," chapter in C. C. Roseman (ed.), *Population Redistribution in the Midwest*.

"Current Demographic Change in Regions of the United States," chapter in V. L. Arnold (ed.), *Alternatives to Confrontation:  A National Policy Toward Regional Change*; condensed version appears in *American Demographics*, May 1979.

*Overview of Demographic Trends Shaping the Nation's Future*, RAND, P-6128, 1978 (testimony before Joint Economic Committee of Congress).
   *Access at:* http://www.popline.org/node/440950

*The Current Demographic Context of National Growth and Development*, RAND, P-5514, 1975 (Congressional testimony); published in condensed form in L. S. Bourne and J. W. Simmons (eds.), *Systems of Cities*, Oxford Univ. Press, 1978, Chap. 6.6.

"Emerging Public Concerns Over U.S. Population Movements in an Era of Slowing Growth," in T. Espenshade and W. Serow (eds.), *The Economic Consequences of Slowing Population Growth*, 1978.

"The Image of 'Elsewhere' in the American Tradition of Migration" (coauthored), in W. H. McNeill and R. S. Adams (eds.), *Human Migration:  Patterns, Policies, Implications*, Indiana University Press, Bloomington, Indiana, 1978.

"New York State's Transition to Stability:  The Demographic Outlook," in Ben Chinitz (ed.), *The Declining of New York in the 1970s:  A Demographic and Economic Analysis*, Praeger, 1978.

*Toward A Policy Planner's View of the Urban Settlement System*, RAND, P-5357, 1975; condensed version appears in L. S. Bourne and J. W. Simmons (eds.), *Systems of Cities*, Oxford University Press, 1978, Chap. 7.3.

"The Changing Demographic and Economic Structure of Nonmetropolitan Areas in the U.S.," *International Regional Science Review*, 2(2), 1977 (with Kevin McCarthy).

"Forecasting Population of Small Areas:  An Overview," in *Population Forecasting for Small Areas*, Oak Ridge Associated Universities, Oak Ridge, Tennessee, 1977.

"Demographic Trends That Will Shape Future Housing Demand," *Policy Sciences*, 1977.

"The Functions and Dynamics of the Migration Process" (Chap. 4); and "Urban Growth and Decline in the U.S.:  A Study of Migration's Effects in Two Cities" (Chap. 14), in A. Brown and E. Neuberger (eds.), *Internal Migration:  A Comparative Perspective*, Academic Press, 1977.

24

*San Jose and St. Louis in the 1960s: A Case Study of Changing Urban Populations*, RAND, R-1313-NSF, 1973; adaptation appears in S. Goldstein and D. Sly (eds.), *Patterns of Urbanization: Comparative Country Studies*, International Union for Scientific Study of Population, Liege, Belgium, 1977.

*Rural Renaissance in America? The Revival of Population Growth in Remote Areas*, Population Reference Bureau, Inc., 1976.

*National Longitudinal Study of High School Seniors: An Agenda for Policy Research*, RAND, R-1964-HEW, 1976 (coauthored).

*The Demographic Context of Educational Policy Planning*, Occasional Paper of the Aspen Institute for Humanistic Studies, 1976.

"A Method for Monitoring Small-Area Population Changes in Cities," *Review of Public Data Use*, April 1975 (coauthored).

*Recent Research Insights into Local Migration Flows*, RAND, P-5379, 1975 (coauthored).

*Population Movements and the Shape of Urban Growth: Implications for Public Policy*, RAND, R-1072-CPG, 1972 (Commission on Population Growth and the American Future, *Research Reports*, Vol. V, 1973); adaptation appears in J. Friedmann and W. Alonso, *Regional Policy: Readings in Theory and Applications*, MIT Press, 1975.

"Urban Growth and Decline: San Jose and St. Louis in the 1960s," *Science*, 1974.

*Review of Federal Programs to Alleviate Rural Deprivation*, RAND, R-1651, 1974 (coauth.).

"Guiding Urban Growth: Policy Issues and Demographic Constraints," RAND P-5212, 1974.
*Access at:*  https://www.academia.edu/29836028/Guiding_urban_growth_Policy_issues_and_demographic_constraints

"A Demographic Assessment of New Cities and Growth Centers as Population Redistribution Strategies," *Public Policy*, 1973.

*Dimensions of the Population Problem in the United States* RAND, R-864-CPG, 1972 (Comm. on Population Growth and the Amer. Future, *Research Reports*, Vol. V, 1973).

*How Population Movements Shape National Growth*, RAND, P-5007, 1973 (Congressional Seminar on National Growth Policy).

*Migration from Distressed Areas: Its Meaning for Regional Policy*, RAND, R-1103, 1973.

"Theoretical Issues in the Design of Population Mobility Models," *Environment and Planning*, 1973.

*The Impact and Significance of the Rural-Urban Migration in the United States*, RAND, P-4752, 1972 (testimony before U.S. Senate Subcommittee on Migratory Labor and Public Welfare).

"Chronic Movers and the Future Redistribution of Population," *Demography*, 1971.

"The Role of Migration in California's Growth," in K. Davis and F. Styles (eds.), *California's Twenty Million: Research Contributions to Public Policy*, Institute of International Studies, University of California, Berkeley, 1971.

"Duration of Residence and Prospective Migration," *Demography*, 1967.

(Updated: 07/27/2019)

Expert Report of Anthony E. Fairfax

Response to Peter Morrison's Report

Anthony E. Fairfax

16 Castle Haven Road

Hampton, VA 23666

August 26, 2019



## I. Introduction

I have been retained by counsel representing the Plaintiffs in this lawsuit *(Holloway, et al v City of Virginia Beach et al)* to determine whether it is possible to draw an Illustrative Plan with one or more majority Latino (Hispanic), Black, and Asian ("HBA") combined districts in the City of Virginia Beach, VA. In addition, I was also asked to review past and recent demographics pertaining to the city.

This additional report serves as a response to Dr. Peter A. Morrison's report (dated August 12, 2019) which evaluated my initial July 15th report expert report.

My qualifications can be found in my prior expert report and I am being compensated at a rate of $180 per hour.

## II. Background

The City of Virginia Beach, VA currently has an eleven-member City Council structure. Three (3) Council members and the Mayor serve "at large" with no district residency requirement. The other seven (7) council members are required to live in the district that they represent. However, all city council members are elected at large and not within the district that they represent.

On July 15, 2019 I submitted an expert report for this case that presented my finding that the minority population in the city of Virginia Beach, Virginia was sufficiently large and geographically compact to constitute two majority Hispanic, Black, and Asian ("HBA") combined districts. On August 12, 2019, Dr. Peter A. Morrison submitted his evaluation of my initial expert report.

## III. Summary of Dr. Morrison's Findings and Response

The report of Dr. Morrison outlines several disagreements with my initial report. The first is that he claims the Illustrative Plan's majority minority districts' Total HBA Citizen Voting Age Populations ("CVAP") do not constitute a majority. Using an Iterative Proportional Fitting (IPF) technique, he calculates the CVAP of the two districts as 49.9% (District 1) and 49.6% (District 2) versus my calculations of 50.03% for District 1 and 50.04% for District 2. The second disagreement centers around alleged inconsistencies in the census block data reflecting the CVAP values. Finally, his last disagreement with my initial report lies with the use of Hispanic, Black and Asian populations combined. He states that this presumes that political cohesiveness exists between Hispanics, Blacks, and Asians. I address each of Dr. Morrison's claims below.

Dr. Morrison's three claims pertaining to my initial report are incorrect, and do not change my conclusions in this case. First, several illustrative plan districts that significantly exceed a majority (50%) of CVAP can be drawn, and the initial Illustrative Plan was shown to further exceed 50% CVAP when the addition of the Black and White combined race category data is included (51.11% and 51.08% for District 1 and 2, respectively).[1] Several alternative plans were found to exceed 50% by almost 6% (55.7%) for District 1 and almost 3% (52.7%) for District 2.

---

[1] The Black and White race category includes those persons who select both Black (or African American) and White race categories on the census survey form.

A single majority HBA district was also developed that exceeded 50% by more than 8% (58.9%). These alternative plans clearly verify that at least one majority HBA CVAP district can be developed and developed to eliminate any "point" estimate issues.

Dr. Morrison's claim of inconsistent data is inaccurate and irrelevant. If districts were made up of a few census blocks, Dr. Morrison's point might carry more weight. However, the Illustrative Plan's districts and alternative plans' districts are made up of hundreds of census blocks, which diminishes the census block data variations to virtually nil. The change in final district's HBA CVAP percentages were found to be extremely small and, in most cases, significant only to the third decimal place.

Finally, Dr. Morrison's claim that I presume cohesiveness among Hispanic, Black, and Asian voters was simple to address, since considering it is not part of the *Gingles* first prong precondition, and thus is not analyzed in this report. Also, the data indicates that the Hispanic, Black, and Asian populations tend to reside in the same communities. This analysis was shown in my initial expert report, is unrebutted by Dr. Morrison, and is reiterated in this response report.

Despite Dr. Morrison's claims, the HBA population in Virginia Beach is sufficiently large and geographically compact to constitute a majority in two single-member districts that would likely be able to elect their candidates of choice.

Although Dr. Morrison may prefer the IFP method for disaggregation, the Maptitude method of disaggregation that I used is also a commonly used and reliable technique that produces accurate results. Further, when black and white combined data is considered, Districts 1 and 2 in the Illustrative Plan have even higher CVAP percentages.

In addition to the Illustrative Plan that I included in my initial report, it is possible to draw a number of additional alternative plans with two majority HBA CVAP districts. When analyzing all of the plans using total population, VAP, and CVAP, there are only two instances where the HBA percentage are below 50% (Both of these instances are using 2010 VAP data that were surveyed years ago (the Illustrative Plan and Alternative 4 plan)).

It is also possible to draw plans with at least one HBA majority CVAP district, which is still more than contained in the current City Council plan (which has zero). It is also possible to draw a majority Hispanic and Black CVAP district.

Dr. Morrison's conclusion about the inconsistent disaggregation of data at the census block level is meritless in practice. The Illustrative Plan's districts consist of hundreds of census blocks, which diminishes any variation from the disaggregation process, and the differences are minute with no practical impact on my results or conclusions.

3

**IV. Response to Dr. Morrison's Claim Regarding CVAP of Districts 1 and 2 in Illustrative Plan**

Dr. Morrison's claim that the Illustrative Plan's Districts 1 and 2 do not have a majority HBA CVAP relies on his use of an alternative disaggregation method, Iterative Proportional Fitting ("IPF"), that he alleges results in CVAP values of 49.99% for District 1 and 49.96% for District 2. He also argues that the majority HBA CVAP percentages of 50.03% (District 1) and 50.04% (District 2) that I report are "point estimates" and "razor-thin."

First, it is important to note that assuming that Dr. Morrison's IPF disaggregation process is correct, it only yields a difference of .04% for District 1 and .08%. for District 2.[2] These amounts on their face are extremely negligible, especially when considering that two different techniques were used. Dr. Morrison's calculated amounts also clearly round to 50%. Further, the Maptitude disaggregation process that I utilized is a commonly used and accepted method in the field, and it provides accurate estimates.[3] However, even if Dr. Morrison calculated his estimates correctly and even if his preferred method for disaggregation were accepted, his point is also ultimately irrelevant, because it is possible to produce a number of additional alternative plans with two majority HBA CVAP districts with higher percentages.

In addition, the initial Illustrative Plan's HBA CVAP percentages for District 1 and District 2 are higher when considering the Black and White combined race categories, as presented on page 21 and Appendix D of my initial report, and Table 1 below. District 1 increases to 51.11% while District 2 increases to 51.08% (see Table 1). Given the small differences (.04% and .08%) in the two disaggregation processes, if Dr. Morrison added the Black and White race categories using the IPF techniques, his calculations should yield similar outcomes to the ones that I obtained. Consequently, adding Black and White race categories, Districts 1 and 2 clearly exceed 50% majority-minority HBA CVAP.

| Table 1 – Illustrative Plan - HBA & HBA plus B/W using CVAP (2013-17 ACS) | | | |
|---|---|---|---|
| **District** | **CVAP 13-17ACS** | **HBA CVAP 13-17ACS** | **HBA CVAP plus Black/White 13-17ACS** |
| 1 | 29761 | 14888 | 15210 |
| 2 | 32804 | 16415 | 16755 |
| **District** | **% CVAP 13-17ACS** | **% HBA CVAP 13-17ACS** | **% HBA CVAP plus Black/White 13-17ACS** |
| 1 | 29761 | 50.03% | 51.11% |
| 2 | 32804 | 50.04% | 51.08% |

Source: U.S. Census Bureau 2013-2017 5 Year ACS Block Group data, Maptitude for Redistricting Illustrative Plan
Note: 13-17ACS - 2013-2017 5-Year ACS; Black/White included Black and White combined race persons

---

[2] Even this amount may be explained due to Dr. Morrison apparently using Total Population as the weighted census block to block group ratio instead of Voting Age Population (VAP) as I used, which is not an apples-to-apples comparison. For the analysis I present here, VAP is the more accurate weighted ratio to use since it is closer to the true citizen voting age population.
[3] Further discussion of Maptitude's disaggregation techniques is included in the section of my report below addressing Dr. Morrison's claim regarding alleged inconsistent census block values (see Section V).

4

Second, as I mentioned above, the Illustrative Plan is not the only possible way to draw two single-member majority HBA CVAP districts for the city of Virginia Beach, VA. As stated in the conclusions of my initial report, the Illustrative Plan is only demonstrative and a number of other configurations that result in two majority HBA CVAP districts can be drawn. I include three additional plans with two majority HBA-CVAP districts below.

For instance, with only minor changes to the districts, an alternative plan (Alternative 1) can be created with an HBA CVAP percentage of 51.50% for District 1 and 51.63% for District 2 (see Table 2 and Figure 1).[4]

In addition to containing a majority of single race alone HBA CVAP, the HBA CVAP% including persons that identify as *both* Black and White in Districts 1 and 2 in the Alternative 1 plan yields percentages of 52.64% and 52.62% HBACVAP, respectively (see Appendix A).

| Table 2 – Illustrative Alternative 1 Plan - Major Race/Ethnicity using CVAP (2013-17 ACS) | | | | | | | |
|---|---|---|---|---|---|---|---|
| District | CVAP 13-17ACS | Dev | HCVAP 13-17ACS | WCVAP 13-17ACS | BCVAP 13-17ACS | ACVAP 13-17ACS | HBACVAP 13-17ACS |
| 1 | 28300 | -2091 | 2119 | 12609 | 9056 | 3407 | 14575 |
| 2 | 32634 | -1822 | 2346 | 15004 | 13141 | 1387 | 16851 |
| District | % CVAP 13-17ACS | % Dev | % HCVAP 13-17ACS | % WCVAP 13-17ACS | % BCVAP 13-17ACS | % ACVAP 13-17ACS | % HBACVAP 13-17ACS |
| 1 | 28300 | -4.77% | 7.49% | 44.55% | 32.00% | 12.04% | 51.50% |
| 2 | 32634 | -4.16% | 7.19% | 45.98% | 40.27% | 4.25% | 51.64% |

Note: 13-17ACS - 2013-2017 5-Year ACS
Source: U.S. Census Bureau 2013-2017 5 Year ACS Block Group data, Maptitude for Redistricting Illustrative Plan

---

[4] As with the initial Illustrative Plan, the alternative plan's HBA CVAP totals were summed prior to disaggregation, thus minimizing the potential disaggregation error from three (Hispanic, Black, and Asian CVAP summed together) to one HBA CVAP total. This technique minimizes the disaggregation error associated with the totals, specifically when the total is the focal point (as with a majority minority determination). Thus, the disaggregated totals for Hispanic, Black and Asian combined may not add to the HBA CVAP totals. The Total Pop HBA using the 2013-2017 was calculated by summing the three fields together (See Appendix A).

5



Source: Illustrative Alternative 1 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 1** – Virginia Beach Illustrative Alternative 1 Plan with
Two Majority HBA CVAP Districts with slight changes

It is also possible to draw a second alternative plan (Alternative 2) with two single-member
majority HBA CVAP districts, using census block groups only (see Figure 2). Alternative 2 has a
HBA CVAP of 51.04% for District 1 and 51.07% for District 2, respectively (increased to
52.15% for District 1 and 52.12% District 2 when Black and White combined data is
considered). This plan will be discussed further in Section V.

6



Source: Illustrative Alternative 2 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 2** – Virginia Beach Illustrative Alternative 2 Plan with
Two Majority HBA CVAP Districts using Block Groups Only

A third alternative plan (Alternative 3) includes two districts with HBA majority CVAP percentages and encompass different geographic locations than the initial Illustrative Plan (see Figure 3). The total HBA CVAP percentages in Alternative 3 are 54.47% for District 1 and 51.92% for District 2. When the Black and White combined data is considered, the percentages increase to 55.72% for District 1 and 52.75% for District 2.

Alternative 3 also reveals that a Majority Hispanic, Black, and Asian combined district using the 2010 Voting Age Population (VAP) data could have been developed. The HBA VAP in 2010 would have been the likely dataset that would have been used if the city of Virginia Beach chose to develop a majority HBA VAP district during the 2010 redistricting cycle.[5] District 1's VAP in 2010 is 54.05% and District 2 is 51.32% using 2010 VAP census data (see Appendix A).

---

[5] The CVAP data that would have also been available during the 2010 redistricting cycle would have been the 2005-2009 5-Year ACS. This dataset would most likely have been too old to use (since it midpoint is 2007) and thus reliance on 2010 VAP would have been more likely.

7



Source: Illustrative Alternative 3 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 3** – Virginia Beach Illustrative Alternative 3 Plan with Two Majority HBA CVAP
Districts in different geographic locations

Further, given that it is possible to draw multiple plans with two majority HBA combined CVAP
districts, it is also possible to draw a plan that at the very least contains one majority HBA CVAP
district. The current City Council plan has zero majority HBA combined CVAP districts (see
Appendix D in my initial report). Nothing in Dr. Morrison's report disputes this point. The first
*Gingles* precondition reads:

> "The minority group must be able to demonstrate that it is sufficiently large and
> geographically compact to constitute a majority in **a** single-member district."[6]

---

[6] *Thornburg v. Gingles*, 478 U.S. 30 (1986)

8

Therefore, as long as at least *one* majority HBA combined CVAP district can be drawn, the first *Gingles* precondition would be satisfied. It is possible to draw several plans with one HBA combined CVAP district, and I include an example, Alternative 4, below.

Alternative 4 (Figure 4) includes a single member district with an HBA CVAP percentage of 50.58% (51.46% with the addition of Black and White combined data). This Majority HBA CVAP district did <u>not</u> split any Voting Tabulation Districts (VTDs).[7]



Source: Illustrative Alternative 4 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 4** – Virginia Beach Illustrative Alternative 4 Plan with
a Majority HBA CVAP District w/No Split VTDs

---

[7] Voting Tabulation Districts are generated by the Census Bureau and commonly used synonymously as precincts during the redistricting process. VTDs follow census block boundaries while precincts may not.

In addition, although the focus of the analysis was to draw majority Hispanic, Black and Asian combined districts, another plan alternative was generated that verifies that, at a minimum, a majority Hispanic and Black CVAP district can be drawn (see Figure 5). Alternative 5 shows a majority district with a Hispanic and Black CVAP of 51.04%. When Black and White combined data is considered, the district's CVAP increases to 52.17%.[8]



Source: Illustrative Alternative 5 Plan for Virginia Beach, VA using Maptitude for Redistricting

**Figure 5** – Virginia Beach Illustrative Alternative 5 Plan with
a Majority Hispanic and Black CVAP District

Finally, the analysis that I performed utilized 2013-2017 5-Year ACS as the most recent data to determine district HBA CVAP percentages. These data as well as the 2010 decennial data provide numbers that occur in the past and not current demographics. Comparing the 2013-2017 5-Year ACS with the 2008-2012 5-Year ACS, the city of Virginia Beach increased 1.55% in its HBA CVAP percentage. The one-year 2017 ACS data for the city shows that there was an additional 1.75% increase in HBA CVAP percentage. Given that the HBA CVAP population in

---

[8] Alternative Plan 5 has a HBA CVAP percentage of 57.75% (58.89% with the addition of Black and White race combined data).

10

Virginia Beach has grown considerably over the past two decades and continues to increase, the Illustrative and alternative plans' current HBA CVAP percentages for the majority-minority districts are ultimately likely to be higher than the values shown in this report's analysis.

## V. Response to Dr. Morrison's Claim of Inconsistent Disaggregated Data

Dr. Morrison claims that the disaggregated census block data used to generate the total Hispanic, Black and Asian combined CVAP is "untrustworthy." This claim is meritless. Dr. Morrison points to examples where the block level data shows instances where the CVAP is exceeded by the combined values of Hispanic, Black, and Asian CVAP populations. However, the CVAP may exceed the combined values of Hispanic, Black, and Asian CVAP populations at the census block level and still be trustworthy data at the district and other geographic levels.

If we were interested in analyzing a district the size of a single census block or a small number of census blocks, it is possible that errors in the disaggregation process may be worth considering. However, that is not the case here. Each city council district in the illustrative plans consists of *hundreds* of census blocks, not a handful that would amplify the disaggregation error.

In order to demonstrate why the CVAP data totals occasionally have census blocks that are exceeded by the combined values of Hispanic, Black, and Asian CVAP populations, I will explain the Maptitude for Redistricting ("Maptitude") disaggregation process.[9]

The Maptitude software includes a process that disaggregates a population value of a larger geographic area to a lower sub geographic area.[10] This disaggregation is necessary when drawing a redistricting plan in order to assess the CVAP populations within the district. In this particular case, Maptitude was used to disaggregate CVAP data from the block group level to the census block level. Census blocks are the building blocks of districts.

The following is a simple example to calculate CVAP for a census block. If the VAP of a census block group contains 1,000 people and a census block contained within the block group contains 100 people, Maptitude would use 10% or multiply by .1 to determine the CVAP at the block level. Thus, if 500 persons was the CVAP for the block group, 50 would be the estimated CVAP for the census block.

This straightforward example provides the first step in Maptitude's disaggregation process. However, there are many instances when the estimate for the census block equals an integer (a positive whole number) plus a fraction of persons (e,g, 4.5 persons). Because of this occurrence, Maptitude adds a second step. The second step ensures that all blocks contain whole numbers.

[9] Maptitude is one of the most commonly used software systems by state and local governments, educational institutions, and interest groups for drawing redistricting plans (See Appendix C for partial client list via Caliper website. Source: https://www.caliper.com/mtrnews/clients.htm).
[10] Maptitude has two different disaggregation functions. One for wholly contained matching census geography (which was used in this effort) and the other for non-wholly contained and overlapping geographic areas.

The second step[11] strips the fractions of persons and assigns them to the largest populated block within the block group. The assignment of these persons eliminates the fractions of persons and increases the population of the largest populated block, but not by a significant amount in most cases.

Figure 6 below shows an actual and typical example of Maptitude's disaggregation process. Figure 6 shows block group 518100422024 in Virginia Beach, VA. It consists of 5 census blocks. The bright red color highlights the largest populated block. The number within each block contains the disaggregated CVAP for each census block.



Source: Maptitude for Redistricting data for Virginia Beach, VA

**Figure 6** – Block Group 518100422024 Highlighting Largest Populated Block

---

[11] Regarding this second step, the Maptitude for Redistricting Documentation states: *Each user attribute field is disaggregated to the Census Block level by distributing the count for each higher-level district to its component blocks or block pieces. The portion assigned to each piece is determined using a weighting field (e.g. Population). These values are truncated to integers, any block count below the minimum threshold is changed to zero, and finally any remainder is then assigned to the largest component block in the district. Where two or more districts intersect a block, each will contribute to the block. The result is an attribute field at the block level containing the disaggregated data.* The documentation uses the term "district" in place of the commonly used geographic area such as block group or VTD.

The disaggregation process of Maptitude that determines the CVAP for each block is shown in tabular form in Table 3. The first column is the short label of the block ID. Each row represents a different census block with the largest populated block at the bottom. The second column contains the VAP for each census block while the third column contains the VAP for the block group. The fourth column is the weighted amount that will be used to determine the CVAP at the block level. This is calculated by using the block VAP divided by the block group VAP.

The fifth column shows the CVAP for the block group that will be divided up to each census block. The sixth column (Step 1 DisAggr) contains the calculated CVAP for each census block. It is calculated by multiplying the Weighted % by the block/block group CVAP.

The seventh column displays whole CVAP without the fractional amount for each census block. The eighth column provides the fractional change in each census block population due to stripping away or adding to the largest populated block (1.26012 persons). The ninth column shows the stripped away disaggregated CVAP amount for each block except for the largest populated block that includes the added fractional amount totaling the whole number of 226 (224.73988 plus 1.26012 equals 226).

| Table 3 – Block Disaggregation Process for Block Group 518100422021 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BlockID | VAP Block | VAP BG | Weight % | CVAP BG | Step 1 DisAgg1 | Stripped | Fraction Change | Step 2 DisAgg2 |
| 004 | 26 | 692 | 3.8% | 540 | 20.28902 | 20 | -0.28902 | 20 |
| 003 | 43 | 692 | 6.2% | 540 | 33.55491 | 33 | -0.55491 | 33 |
| 002 | 104 | 692 | 15.0% | 540 | 81.15607 | 81 | -0.15607 | 81 |
| 001 | 231 | 692 | 33.4% | 540 | 180.26012 | 180 | -0.26012 | 180 |
| 000 | 288 | 692 | 41.6% | 540 | **224.73988** | | 1.26012 | **226** |
| Sum of fractions of persons that are added to largest Pop block (000) | | | | | | | 1.26012 | |

Source: Maptitude for Redistricting census block disaggregated data; U.S. Census Bureau American Community Survey 2013-2017 5-Yr data, 2010 Decennial Population data; Report calculations using Maptitude for Redistricting disaggregation technique.

Measuring the Impact of the Largest Populated Block Disaggregation Technique

The increase in the largest populated block would be worrisome if the city council districts were made up of only a few census blocks. However, the Illustrative Plan's districts are made up of hundreds of census blocks (400 census blocks for District 1 and 633 for District 2 in the initial Illustrative Plan).[12] Thus, aggregating hundreds of census blocks reduces or eliminates any error associated with the assignment of the largest populated block.

---

[12] Calculated by counting the district's census blocks that are contained within the district plan block assignment or equivalency file.

In order to truly grasp the minute impact of Maptitude's disaggregation technique, I analyzed the entire district to measure the difference. Instead of performing the disaggregation process that was mentioned in Table 3 for a single block group, I perform this analysis on the entire Illustrative Plan.

To perform the analysis, an Excel spreadsheet was setup with all census blocks and the relevant data fields as shown in Table 3. As before, the same calculation of weight%, the first step of disaggregation, the conversion of all census population to integers, and the calculations of the total amount fraction change amount are included.

The key to analyzing the effect of adding the largest populated census block lies with summing all of the fractional population pieces that are contained within each district. If an area contains a split block group containing the largest populated census block it will be slightly higher and if the district contains only the remaining census blocks (where the stripped fraction population occurred), it will be slightly lower. However, because the vast majority of split block groups that contain the largest populated block also contain the census blocks that had their population fractions stripped off, the two offset each other.

The proof of this offset lies with the final change in population when all of the fractions of persons and the largest populated block are added together in a district. Table 4 demonstrates that District 1's CVAP was lowered by a little over five (5) people for the entire district (-5.09305). The HBA CVAP was lowered a little less than five persons (-4.63910). District 2 had even less of an impact, with 0.11179 persons for the CVAP and 0.85174 for the HBA CVAP. Given the minute differences, the impact is thus trivial.

Further evidence of this practically non-existent change is seen when the HBA CVAP% is calculated using the values without using the largest populated block and comparing it to Maptitude's disaggregation values (using the largest populated block technique). Calculating disaggregation without using the largest populated block technique is achieved by dividing the HBACVAP17 DisAggr column by the CVAP17 DisAggr column for each district.

The HBA CVAP% calculation appears to be exactly the same when they are compared using two (2) decimal places. Both processes, calculated to 50.03% for District 1 and 50.04% for District 2. In order to view any difference, at least three (3) decimal places must be taken in consideration.[13]

---

[13] Three of the other districts (Districts 3-10), showed a difference of .01%.

#### Table 4 -Illustrative Plan's Population Impact of Largest Populated Block Technique

| Dist | CVAP17 DisAggr | CVAP17 Strp | CVAP DISAG | CVAP17 Chg | CVAP17 | | |
|---|---|---|---|---|---|---|---|
| 01 | 29766.09305 | 29641 | 29761 | -5.09305 | 29761 | | |
| 02 | 32803.88821 | 32642 | 32804 | 0.11179 | 32804 | | |
| 03 | 31961.85648 | 31819 | 31960 | -1.85648 | 31960 | | |
| 04 | 33799.93322 | 33623 | 33802 | 2.06678 | 33802 | | |
| 05 | 34688.84486 | 34407 | 34689 | 0.15514 | 34689 | | |
| 06 | 34443.57816 | 34140 | 34447 | 3.42184 | 34447 | | |
| 07 | 35686.66521 | 35367 | 35686 | -0.66521 | 35686 | | |
| 08 | 33657.33407 | 33485 | 33660 | 2.66593 | 33660 | | |
| 09 | 32840.24399 | 32637 | 32843 | 2.75601 | 32843 | | |
| 10 | 34851.55528 | 34651 | 34848 | -3.55528 | 34848 | | |

| Dist | HBA CVAP17 DisAggr | HBAC17 Strp | HBA DISAG | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 14892.63910 | 14770 | 14888 | -4.63910 | 14888 | 50.03% | 50.03% |
| 02 | 16414.14826 | 16235 | 16415 | 0.85174 | 16415 | 50.04% | 50.04% |
| 03 | 13364.47424 | 13218 | 13365 | 0.52576 | 13365 | 41.82% | 41.81% |
| 04 | 10612.27770 | 10435 | 10612 | -0.27770 | 10612 | 31.39% | 31.40% |
| 05 | 7131.76589 | 6861 | 7133 | 1.23411 | 7133 | 20.56% | 20.56% |
| 06 | 7428.54973 | 7128 | 7430 | 1.45027 | 7430 | 21.57% | 21.57% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9655.04044 | 9476 | 9658 | 2.95956 | 9658 | 28.69% | 28.69% |
| 09 | 8862.08495 | 8665 | 8863 | 0.91505 | 8863 | 26.99% | 26.99% |
| 10 | 7561.30030 | 7364 | 7559 | -2.30030 | 7559 | 21.69% | 21.70% |

Source: Maptitude for Redistricting census block disaggregated data; U.S. Census Bureau American Community Survey 2013-2017 5-Yr data, 2010 Decennial Population data; Illustrative Plan Block Assignment List; Results from Microsoft Excel's consolidation function

Note: wo/LDB calculates districts's HBA CVAP% using disaggregation without the Largest Populated Block technique.

In addition, analysis for all of the Alternative Plans reveal that at most the majority HBA CVAP district plans using Maptitude's largest populated block only deviate .03% or less (see Appendix B).

Finally, the random distribution of the largest populated block tends to reduce its impact. This is due to the overpopulation occurring in a random manner as a district splits block groups. Figure 7 below reveals the random nature of the distribution of the largest populated block. There is no geographic pattern associated with is location.



Source: Maptitude for Redistricting Census Block and Block Group Data

**Figure 7** – Depiction of the Largest Populated Census Block

Further evidence that the assignment of the largest populated block with the fractional population is not an issue centers on Dr. Morrison's own results. First, Dr. Morrison validates Maptitude's disaggregation process by replicating the process using his own IPF method and returning virtually the same results. His results for the Illustrative Plan were a 49.99% CVAP for District 1 and 49.96% for District 2. My results, using Maptitude's disaggregation process, were 50.03% for District 1 and 50.04% for District 2, respectively. This yields a difference of .04% for District 1 and .08%. for District 2. As stated previously in this report, these amounts are extremely negligible, Dr. Morrison's values round to 50%, and he appears to use a different weighting population (total population) than I do (voting age population).[14]

In addition, Dr. Morrison's results tend to validate the actual amounts that I originally calculated. In essence, two different disaggregation processes were used, and the results were extremely close to each other. This duplicated processing verifies that the disaggregation amounts determined using the Maptitude method are the actual CVAP values for the Illustrative Plan's Districts 1 and 2.

Given all of these factors, I conclude that overall the Maptitude disaggregation process produces reliable disaggregated CVAP values. As I noted above, Maptitude is a widely used application for redistricting and its disaggregation method is a commonly used and reliable technique in the field (see Appendix C).

## VI. Response to Dr. Morrison's Claim Regarding an Alleged Assumption of HBA Political Cohesiveness and Communities

Dr. Morrison states that my use of Hispanic, Black, and Asian population data presumes that political cohesiveness exists between Hispanics, Blacks, and Asians. He states that I "*concocted [an] aggregate of three distinct protected minorities (Hispanics, Blacks, and Asians).* He also states that: "*This 'tripart minority coalition' district presumes political cohesion among Hispanics, Blacks, and Asians (an embedded assumption without support).* This argument is nonsensical, for a number of reasons which I outline below.

First, by design, the very purpose of the effort was to focus on whether Hispanic, Black, and Asian CVAP could form a majority in single-member districts. In order to do so, one must consider and aggregate the Hispanic, Black and Asian population data together. It would not make much sense to try to determine whether a majority HBA CVAP district could be drawn by only looking at the black CVAP, for example.

Second, my report provides no opinion on the cohesiveness of minority voters, nor is any proof of the cohesiveness of minority voters necessary to meet the first prong or precondition of *Gingles*.[15] As stated before, the precondition reads:

> "The minority group must be able to demonstrate that it is sufficiently large and geographically compact to constitute a majority in a single-member district."

---

[14] The data provided by Dr. Morrison did not contain label descriptions, but appear to reflect the use of total population and not voting age population.
[15] Thornburg v. Gingles, 478 U.S. 30 (1986)

It is my understanding that the political cohesiveness of the HBA population will be addressed by other experts retained by Plaintiffs.

It is also worth stating that Dr. Morrison does not address at all the analysis shown in my initial report that further shows that Hispanics, Blacks, and Asians share common communities and form communities of interest in Virginia Beach. Dr. Morrison's claims seem to suggest that Hispanics, Black, and Asians do not exist in common communities to form a majority minority district. Again, my unrebutted analysis in my initial report shows that is not the case.

Reviewing census tracts from 1990 to recent years shows a growing community of Hispanic, Black and Asians. In 1990, there was only one majority HBA (Total Population) census tract in the city of Virginia Beach.[16] However, according to the 2013 – 2017 5-Year ACS data (2015MP), 10 census tracts now have a combined HBA majority. These 2013-2017 majority HBA communities[17] are located near the western center of Virginia Beach and toward the west and north-west Norfolk & Chesapeake boundary areas of the city (see Figure 8).

A review of the location of these majority HBA census tracts reveals that they are growing only in certain locations of the city. Simply put, HBA persons have chosen to reside in the same areas of the city.

---

[16] 1990 Decennial Census Survey census tract level
[17] A census tract usually contains one or more neighborhoods within its boundary.

18



**Figure 8** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(1990 Decennial Census & 2013-2017 5Yr ACS)

Note: Race categories are Alone (Single Race) Not Hispanic categories
Source: U.S. Census Bureau PL94-171 data for 1990; 2013 - 2017 5-Year ACS data

Additional evidence is shown by reviewing the dot density maps. This provides a different perspective yet yields similar conclusions.

Figures 9, 10, and 11 depict the distribution of Hispanic, Black, and Asian populations throughout the city. Each red dot on the map represents 500 persons residing within the census tract for each respective race/ethnicity. Collectively, the red dots of Hispanic, Black, or Asian population are centered mostly around census tracts that are greater than 40% or 50% HBA.

In fact, reviewing data that sums each race/ethnicity in the census tracts that have greater than 40% HBA verifies that most Hispanic, Black, and Asian persons reside in the same communities. Table 5 shows that 31 of Virginia Beach's 100 census tracts contain 54.90% of the HBA combined population. The same census tracts contain 45.50% of the Hispanic population, 59.02% of the Black population, and 52.20% of the Asian population.

19



**Figure 9** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(with Hispanic Dot Density Points using 2013-2017 5Yr ACS)



**Figure 10** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(with Black Dot Density Points using 2013-2017 5Yr ACS)



**Figure 11** – Virginia Beach, VA Maj. HBA (Total Race) Census Tracts
(with Asian Dot Density Points using 2013-2017 5Yr ACS)

**Table 4 – VAB Population of HBA Residing in >40% and >50% HBA Census Tracts**

| HBA% CT | # CTs | Hispanic | Black | Asian | HBATTL |
|---|---|---|---|---|---|
| >40% | 31 | 13188 | 49113 | 13735 | 76036 |
| >50% | 10 | 4629 | 22381 | 4102 | 31112 |
| City Total | 100 | 28987 | 83210 | 26312 | 138509 |
| **HBA% CT** | **# CTs** | **Hispanic%** | **Black%** | **Asian%** | **HBATTL%** |
| >40% | 31 | 45.50% | 59.02% | 52.20% | 54.90% |
| >50% | 10 | 15.97% | 26.90% | 15.59% | 22.46% |
| City Total | 100 | 100.00% | 100.00% | 100.00% | 100.00% |

Note: HBATTL – Total Hispanic, Black, and Asian combined persons (Not Hispanic Black and Asian categories);
and CT - Census Tract

Source: U.S. Census Bureau 2013-2017 5-Year ACS data using Maptitude for Redistricting Dataview Statistical
Summary option

Finally, not only do the maps show that the Hispanic, Black, and Asian populations tend to reside in HBA census tracts, close inspection of the maps reveals a similar pattern outside of the majority HBA census tracts. Thus, even where a census tract is not majority HBA, the HBA population tends to reside in those areas.

## VII. Conclusions

After addressing all of Dr. Morrison's concerns, I stand by my original conclusion that the minority population in the city of Virginia Beach, VA is sufficiently large and geographically compact to enable the creation of two single-member majority Hispanic, Black and Asian combined districts.

23

I, Anthony E. Fairfax, am over the age of 18 and fully competent to make this declaration. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.


Anthony E. Fairfax
August 26, 2019

Appendix A

Alternative Plans

Alternative Plans 1 through 5



Virginia Beach, VA
Illustrative Plan Alt 1 Districts 1 & 2

County
Water Area
Voting District
Streets
Districts

Miles
0   1   2   3

26

**Virginia Beach, VA**
**Illustrative Alternative 1 Plan - 10 Districts Statistics**

| District | Population | Deviation | % Deviation | Hispanic Orig | % Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATL | HBATL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41708 | -2091 | -4.77% | 4047 | 9.70% | 17702 | 42.44% | 12966 | 31.09% | 4924 | 11.81% | 21937 | 52.60% |
| 02 | 41977 | -1822 | -4.16% | 3060 | 7.29% | 17939 | 42.74% | 17449 | 41.57% | 1872 | 4.46% | 22381 | 53.32% |
| 03 | 43433 | -366 | -0.84% | 2926 | 6.74% | 22810 | 52.52% | 10160 | 23.39% | 5571 | 12.83% | 18657 | 42.96% |
| 04 | 45650 | 1851 | 4.23% | 2559 | 5.61% | 29816 | 65.31% | 8118 | 17.78% | 3343 | 7.32% | 14020 | 30.71% |
| 05 | 42745 | -1054 | -2.41% | 2239 | 5.24% | 33115 | 77.47% | 4162 | 9.74% | 1836 | 4.30% | 8237 | 19.27% |
| 06 | 43282 | -517 | -1.18% | 2584 | 5.97% | 32170 | 74.33% | 5457 | 12.61% | 1592 | 3.68% | 9633 | 22.26% |
| 07 | 44872 | 1073 | 2.45% | 2499 | 5.57% | 36743 | 81.88% | 3429 | 7.64% | 922 | 2.05% | 6850 | 15.27% |
| 08 | 44996 | 1197 | 2.73% | 3475 | 7.72% | 28877 | 64.18% | 8206 | 18.24% | 2403 | 5.34% | 14084 | 31.30% |
| 09 | 44507 | 708 | 1.62% | 3472 | 7.80% | 30186 | 67.82% | 7645 | 17.18% | 1281 | 2.88% | 12398 | 27.86% |
| 10 | 44824 | 1025 | 2.34% | 2126 | 4.74% | 33112 | 73.87% | 5618 | 12.53% | 2568 | 5.73% | 10312 | 23.01% |

| District | 18+ Pop | Deviation | % Deviation | H18+ Pop | % H18+ Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30303 | -2091 | -4.77% | 2602 | 8.59% | 13837 | 45.66% | 9039 | 29.83% | 3834 | 12.65% | 15475 | 51.07% |
| 02 | 31775 | -1822 | -4.16% | 2021 | 6.36% | 14958 | 47.07% | 12364 | 38.91% | 1529 | 4.81% | 15914 | 50.08% |
| 03 | 32241 | -366 | -0.84% | 1799 | 5.58% | 17630 | 54.68% | 7375 | 22.87% | 4549 | 14.11% | 13723 | 42.56% |
| 04 | 34845 | 1851 | 4.23% | 1657 | 4.76% | 23741 | 68.13% | 5847 | 16.78% | 2690 | 7.72% | 10194 | 29.26% |
| 05 | 33983 | -1054 | -2.41% | 1511 | 4.45% | 27109 | 79.77% | 3171 | 9.33% | 1449 | 4.26% | 6131 | 18.04% |
| 06 | 33263 | -517 | -1.18% | 1744 | 5.24% | 25442 | 76.49% | 4034 | 12.13% | 1264 | 3.80% | 7042 | 21.17% |
| 07 | 36351 | 1073 | 2.45% | 1699 | 4.67% | 30571 | 84.10% | 2562 | 7.05% | 763 | 2.10% | 5024 | 13.82% |
| 08 | 33115 | 1197 | 2.73% | 2166 | 6.54% | 22018 | 66.49% | 5967 | 18.02% | 1944 | 5.87% | 10077 | 30.43% |
| 09 | 33642 | 708 | 1.62% | 2229 | 6.63% | 24028 | 71.42% | 5394 | 16.03% | 1034 | 3.07% | 8657 | 25.73% |
| 10 | 33227 | 1025 | 2.34% | 1337 | 4.02% | 24854 | 74.80% | 4459 | 13.42% | 1922 | 5.78% | 7718 | 23.23% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 40143 | -2091 | -4.77% | 3891 | 9.69% | 15747 | 39.23% | 12446 | 31.00% | 5364 | 13.36% | 21701 | 54.06% |
| 02 | 44354 | -1822 | -4.16% | 4565 | 10.29% | 17832 | 40.20% | 17854 | 40.25% | 2612 | 5.89% | 25031 | 56.43% |
| 03 | 44106 | -366 | -0.84% | 4520 | 10.25% | 22350 | 50.67% | 9160 | 20.77% | 5386 | 12.21% | 19066 | 43.23% |
| 04 | 46533 | 1851 | 4.23% | 3182 | 6.84% | 29096 | 62.53% | 8067 | 17.34% | 4037 | 8.68% | 15286 | 32.85% |
| 05 | 44673 | -1054 | -2.41% | 3022 | 6.76% | 33725 | 75.49% | 4432 | 9.92% | 1589 | 3.56% | 9043 | 20.24% |
| 06 | 44600 | -517 | -1.18% | 3180 | 7.13% | 31184 | 69.92% | 5498 | 12.33% | 2170 | 4.87% | 10848 | 24.32% |
| 07 | 45643 | 1073 | 2.45% | 2098 | 4.60% | 36139 | 79.18% | 4409 | 9.66% | 1224 | 2.68% | 7731 | 16.94% |
| 08 | 47151 | 1197 | 2.73% | 4440 | 9.42% | 30472 | 64.63% | 7445 | 15.79% | 2703 | 5.73% | 14588 | 30.94% |
| 09 | 45704 | 708 | 1.62% | 4135 | 9.05% | 29869 | 65.35% | 7891 | 17.27% | 1488 | 3.26% | 13514 | 29.57% |
| 10 | 47150 | 1025 | 2.34% | 2222 | 4.71% | 34656 | 73.50% | 5785 | 12.27% | 2482 | 5.26% | 10489 | 22.25% |

| District | CVAP17 | Deviation | % Deviation | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 28300 | -2091 | -4.77% | 12609 | 44.55% | 9056 | 32.00% | 3407 | 12.04% | 14575 | 51.50% | 14898 | 52.64% |
| 02 | 32634 | -1822 | -4.16% | 15004 | 45.98% | 13141 | 40.27% | 1387 | 4.25% | 16851 | 51.64% | 17171 | 52.62% |
| 03 | 31770 | -366 | -0.84% | 17380 | 54.71% | 7171 | 22.57% | 3380 | 10.64% | 13179 | 41.48% | 13368 | 42.08% |
| 04 | 34584 | 1851 | 4.23% | 27115 | 78.41% | 3540 | 10.24% | 2689 | 7.78% | 10696 | 30.93% | 10814 | 31.27% |
| 05 | 34580 | -1054 | -2.41% | 25601 | 74.03% | 3869 | 11.19% | 1142 | 3.30% | 6511 | 18.83% | 6623 | 19.15% |
| 06 | 33756 | -517 | -1.18% | 26990 | 79.96% | 4184 | 12.39% | 1418 | 4.20% | 7460 | 22.10% | 7590 | 22.48% |
| 07 | 35686 | 1073 | 2.45% | 29635 | 83.04% | 3279 | 9.19% | 799 | 2.24% | 5228 | 14.65% | 5398 | 15.13% |
| 08 | 34775 | 1197 | 2.73% | 23660 | 68.04% | 5408 | 15.55% | 1822 | 5.24% | 9765 | 28.08% | 10185 | 29.29% |
| 09 | 33676 | 708 | 1.62% | 23435 | 69.59% | 5628 | 16.71% | 922 | 2.74% | 8998 | 26.72% | 9354 | 27.78% |
| 10 | 34739 | 1025 | 2.34% | 25852 | 74.42% | 4546 | 13.09% | 1834 | 5.28% | 7888 | 22.71% | 8092 | 23.29% |

Note: Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source: Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v1**
Plan Type:

# Contiguity Report

Sunday, August 18, 2019                                           7:03 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 01 | 1 |
| 02 | 1 |
| 03 | 1 |
| 04 | 1 |
| 05 | 1 |
| 06 | 1 |
| 07 | 1 |
| 08 | 1 |
| 09 | 1 |
| 10 | 1 |

User:
Plan Name: VAB Illustrative Plan Final 10 Alt v1
Plan Type:

# Measures of Compactness Report

Sunday, August 18, 2019                                                                                     4:34 PM.

| | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| Sum | N/A | 0.00 | N/A | N/A |
| Min | 0.20 | N/A | 0.16 | 0.54 |
| Max | 0.57 | N/A | 0.56 | 0.88 |
| Mean | 0.38 | N/A | 0.36 | 0.75 |
| Std. Dev. | 0.12 | N/A | 0.13 | 0.13 |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| 01 | 0.31 | | 0.20 | 0.58 |
| 02 | 0.20 | | 0.16 | 0.54 |
| 03 | 0.41 | | 0.38 | 0.76 |
| 04 | 0.57 | | 0.46 | 0.86 |
| 05 | 0.37 | | 0.40 | 0.86 |
| 06 | 0.28 | | 0.29 | 0.70 |
| 07 | 0.53 | | 0.56 | 0.86 |
| 08 | 0.26 | | 0.23 | 0.62 |
| 09 | 0.41 | | 0.40 | 0.81 |
| 10 | 0.50 | | 0.50 | 0.88 |

Magnitude

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v1**
Plan Type:

# Political Subdivison Splits Between Districts

| Monday, August 26, 2019 | 1:36 AM |
|---|---|

Total number of subdivisions:

| | |
|---|---|
| County | 0 |
| Voting District | 72 |

Number of subdivisions split into more than one district:

| | |
|---|---|
| County | 1 |
| Voting District | 22 |

Number of splits involving no population:

| | |
|---|---|
| County | 0 |
| Voting District | 0 |

**Split Counts**

*County*
   Cases where an area is split among 10 Districts: 1
*Voting District*
   Cases where an area is split among 2 Districts: 20
   Cases where an area is split among 3 Districts: 2

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Virginia Beach City VA | | 01 | 41,708 |
| Virginia Beach City VA | | 02 | 41,977 |
| Virginia Beach City VA | | 03 | 43,433 |
| Virginia Beach City VA | | 04 | 45,650 |
| Virginia Beach City VA | | 05 | 42,745 |
| Virginia Beach City VA | | 06 | 43,282 |
| Virginia Beach City VA | | 07 | 44,872 |
| Virginia Beach City VA | | 08 | 44,996 |
| Virginia Beach City VA | | 09 | 44,507 |
| Virginia Beach City VA | | 10 | 44,824 |
| *Split VTDs:* | | | |
| Virginia Beach City VA | Aragona | 02 | 1,141 |
| Virginia Beach City VA | Aragona | 06 | 6,139 |
| Virginia Beach City VA | Arrowhead | 02 | 2,833 |
| Virginia Beach City VA | Arrowhead | 04 | 1,883 |
| Virginia Beach City VA | Avalon | 02 | 3,729 |
| Virginia Beach City VA | Avalon | 04 | 858 |
| Virginia Beach City VA | Bayside | 02 | 804 |
| Virginia Beach City VA | Bayside | 05 | 1,557 |
| Virginia Beach City VA | Bonney | 02 | 688 |
| Virginia Beach City VA | Bonney | 06 | 2,754 |
| Virginia Beach City VA | Buckner | 01 | 4,515 |
| Virginia Beach City VA | Buckner | 03 | 230 |

## Political Subdivison Splits Between Districts

VAB Illustrative Plan Final 10

| County | Voting District | District | Population |
|--------|-----------------|----------|-----------|
| Virginia Beach City VA | Cromwell | 01 | 660 |
| Virginia Beach City VA | Cromwell | 10 | 2,561 |
| Virginia Beach City VA | Dahlia | 01 | 6,293 |
| Virginia Beach City VA | Dahlia | 04 | 1,417 |
| Virginia Beach City VA | Glenwood | 01 | 1,203 |
| Virginia Beach City VA | Glenwood | 10 | 3,132 |
| Virginia Beach City VA | Holland | 01 | 4,741 |
| Virginia Beach City VA | Holland | 08 | 3,079 |
| Virginia Beach City VA | Hunt | 08 | 2,022 |
| Virginia Beach City VA | Hunt | 10 | 1,703 |
| Virginia Beach City VA | Kingston | 05 | 1,694 |
| Virginia Beach City VA | Kingston | 06 | 812 |
| Virginia Beach City VA | Magic Hollow | 01 | 3,396 |
| Virginia Beach City VA | Magic Hollow | 08 | 3,913 |
| Virginia Beach City VA | Point O' View | 02 | 180 |
| Virginia Beach City VA | Point O' View | 04 | 3,164 |
| Virginia Beach City VA | Rock Lake | 01 | 4,811 |
| Virginia Beach City VA | Rock Lake | 03 | 315 |
| Virginia Beach City VA | Rock Lake | 10 | 542 |
| Virginia Beach City VA | Rosemont Forest | 01 | 1,770 |
| Virginia Beach City VA | Rosemont Forest | 03 | 3,953 |
| Virginia Beach City VA | Round Hill | 01 | 1,318 |
| Virginia Beach City VA | Round Hill | 03 | 5,890 |
| Virginia Beach City VA | Shannon | 04 | 2,877 |
| Virginia Beach City VA | Shannon | 08 | 451 |
| Virginia Beach City VA | Shelton Park | 02 | 2,322 |
| Virginia Beach City VA | Shelton Park | 05 | 1,672 |
| Virginia Beach City VA | Timberlake | 01 | 4,022 |
| Virginia Beach City VA | Timberlake | 03 | 563 |
| Virginia Beach City VA | Timberlake | 04 | 1,949 |
| Virginia Beach City VA | Upton | 09 | 1,141 |
| Virginia Beach City VA | Upton | 10 | 3,955 |
| Virginia Beach City VA | Windsor Oaks | 01 | 1,197 |
| Virginia Beach City VA | Windsor Oaks | 08 | 5,310 |



Virginia Beach, VA
Illustr Plan Alt 1 Dist 1&2 Subdiv Zoom

Subdivision
Voting District
Districts

0    1    2    3
Miles

32



Virginia Beach, VA
Illustrative Plan Alt 2 Districts 1 & 2

County
Water Area
Voting District
Streets
Districts

Miles
0   1   2   3

**Virginia Beach, VA**
**Illustrative Alternative 2 Plan - 10 Districts Statistics**

| District | Population | Deviation | % Deviation | Hispanic Orig | Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41681 | -2118 | -4.84% | 4024 | 9.65% | 17709 | 42.49% | 12968 | 31.11% | 4921 | 11.81% | 21913 | 52.57% |
| 02 | 41875 | -1924 | -4.39% | 3013 | 7.20% | 17868 | 42.67% | 17612 | 42.06% | 1725 | 4.12% | 22350 | 53.37% |
| 03 | 44521 | 722 | 1.65% | 3007 | 6.75% | 23324 | 52.39% | 10429 | 23.42% | 5742 | 12.90% | 19178 | 43.08% |
| 04 | 44576 | 777 | 1.77% | 2542 | 5.70% | 28833 | 64.68% | 8091 | 18.15% | 3318 | 7.44% | 13951 | 31.30% |
| 05 | 44624 | 825 | 1.88% | 2370 | 5.31% | 34307 | 76.88% | 4473 | 10.02% | 2025 | 4.54% | 8868 | 19.87% |
| 06 | 42579 | -1220 | -2.79% | 2517 | 5.91% | 32032 | 75.23% | 5010 | 11.77% | 1575 | 3.70% | 9102 | 21.38% |
| 07 | 44872 | 1073 | 2.45% | 2499 | 5.57% | 36743 | 81.88% | 3429 | 7.64% | 922 | 2.05% | 6850 | 15.27% |
| 08 | 44996 | 1197 | 2.73% | 3475 | 7.72% | 28877 | 64.18% | 8206 | 18.24% | 2403 | 5.34% | 14084 | 31.30% |
| 09 | 44507 | 708 | 1.62% | 3472 | 7.80% | 30186 | 67.83% | 7645 | 17.18% | 1281 | 2.88% | 12398 | 27.86% |
| 10 | 43763 | -36 | -0.08% | 2068 | 4.73% | 32591 | 74.47% | 5347 | 12.22% | 2400 | 5.48% | 9815 | 22.43% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30278 | -2118 | -4.84% | 2581 | 8.52% | 13847 | 45.73% | 9021 | 29.79% | 3847 | 12.71% | 15449 | 51.02% |
| 02 | 31584 | -1924 | -4.39% | 1981 | 6.27% | 14864 | 47.06% | 12444 | 39.40% | 1408 | 4.46% | 15833 | 50.13% |
| 03 | 33023 | 722 | 1.65% | 1851 | 5.61% | 18004 | 54.52% | 7590 | 22.98% | 4668 | 14.14% | 14109 | 42.72% |
| 04 | 33982 | 777 | 1.77% | 1646 | 4.84% | 22935 | 67.49% | 5832 | 17.16% | 2668 | 7.85% | 10146 | 29.86% |
| 05 | 35490 | 825 | 1.88% | 1600 | 4.51% | 28119 | 79.23% | 3385 | 9.54% | 1607 | 4.53% | 6592 | 18.57% |
| 06 | 32810 | -1220 | -2.79% | 1706 | 5.20% | 25332 | 77.21% | 3755 | 11.44% | 1249 | 3.81% | 6710 | 20.45% |
| 07 | 36351 | 1073 | 2.45% | 1699 | 4.67% | 30571 | 84.10% | 2562 | 7.05% | 763 | 2.10% | 5024 | 13.82% |
| 08 | 33115 | 1197 | 2.73% | 2166 | 6.54% | 22018 | 66.49% | 5967 | 18.02% | 1944 | 5.87% | 10077 | 30.43% |
| 09 | 33642 | 708 | 1.62% | 2229 | 6.63% | 24028 | 71.42% | 5394 | 16.03% | 1034 | 3.07% | 8657 | 25.73% |
| 10 | 32470 | -36 | -0.08% | 1306 | 4.02% | 24470 | 75.36% | 4262 | 13.13% | 1790 | 5.51% | 7358 | 22.66% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 40060 | -2118 | -4.84% | 3891 | 9.71% | 15972 | 39.87% | 12318 | 30.75% | 5301 | 13.23% | 21510 | 53.69% |
| 02 | 44343 | -1924 | -4.39% | 4424 | 9.98% | 18104 | 40.83% | 17848 | 40.25% | 2391 | 5.39% | 24663 | 55.62% |
| 03 | 45360 | 722 | 1.65% | 4596 | 10.13% | 22807 | 50.28% | 9522 | 20.99% | 5581 | 12.30% | 19699 | 43.43% |
| 04 | 45462 | 777 | 1.77% | 3158 | 6.95% | 28234 | 62.10% | 8035 | 17.67% | 3876 | 8.53% | 15069 | 33.15% |
| 05 | 46679 | 825 | 1.88% | 3232 | 6.92% | 34906 | 74.78% | 4622 | 9.90% | 1971 | 4.22% | 9825 | 21.05% |
| 06 | 43676 | -1220 | -2.79% | 3135 | 7.18% | 30593 | 70.05% | 5346 | 12.24% | 2170 | 4.97% | 10651 | 24.39% |
| 07 | 45643 | 1073 | 2.45% | 2098 | 4.60% | 36139 | 79.18% | 4409 | 9.66% | 1224 | 2.68% | 7731 | 16.94% |
| 08 | 47151 | 1197 | 2.73% | 4440 | 9.42% | 30472 | 64.63% | 7445 | 15.79% | 2703 | 5.73% | 14588 | 30.94% |
| 09 | 45704 | 708 | 1.62% | 4135 | 9.05% | 29869 | 65.35% | 7891 | 17.27% | 1488 | 3.26% | 13514 | 29.57% |
| 10 | 45979 | -36 | -0.08% | 2146 | 4.67% | 33974 | 73.89% | 5551 | 12.07% | 2350 | 5.11% | 10047 | 21.85% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 28225 | -2118 | -4.84% | 2135 | 7.56% | 12750 | 45.17% | 8865 | 31.41% | 3405 | 12.06% | 14405 | 51.04% | 14719 | 52.15% |
| 02 | 32395 | -1924 | -4.39% | 2265 | 6.99% | 15025 | 46.38% | 13080 | 40.38% | 1200 | 3.70% | 16545 | 51.07% | 16885 | 52.12% |
| 03 | 32616 | 722 | 1.65% | 2642 | 8.10% | 17751 | 54.42% | 7494 | 22.98% | 3463 | 10.62% | 13595 | 41.68% | 13799 | 42.31% |
| 04 | 33849 | 777 | 1.77% | 1777 | 5.25% | 22287 | 65.84% | 6150 | 18.17% | 2679 | 7.91% | 10611 | 31.35% | 10729 | 31.70% |
| 05 | 36137 | 825 | 1.88% | 1929 | 5.34% | 28144 | 77.88% | 3732 | 10.33% | 1339 | 3.71% | 7016 | 19.42% | 7130 | 19.73% |
| 06 | 33173 | -1220 | -2.79% | 1867 | 5.63% | 24578 | 74.09% | 4078 | 12.29% | 1418 | 4.27% | 7346 | 22.14% | 7454 | 22.47% |
| 07 | 35686 | 1073 | 2.45% | 1150 | 3.22% | 29635 | 83.04% | 3279 | 9.19% | 799 | 2.24% | 5228 | 14.65% | 5398 | 15.13% |
| 08 | 34775 | 1197 | 2.73% | 2545 | 7.32% | 23660 | 68.04% | 5408 | 15.55% | 1822 | 5.24% | 9765 | 28.08% | 10185 | 29.29% |
| 09 | 33676 | 708 | 1.62% | 2464 | 7.32% | 23435 | 69.59% | 5628 | 16.71% | 922 | 2.74% | 8998 | 26.72% | 9354 | 27.78% |
| 10 | 33968 | -36 | -0.08% | 1449 | 4.27% | 25340 | 74.60% | 4414 | 12.99% | 1753 | 5.16% | 7642 | 22.50% | 7840 | 23.08% |

34

Note: Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source: Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v2**
Plan Type:

## Contiguity Report

Sunday, August 18, 2019                                                                      7:00 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 01 | 1 |
| 02 | 1 |
| 03 | 1 |
| 04 | 1 |
| 05 | 1 |
| 06 | 1 |
| 07 | 1 |
| 08 | 1 |
| 09 | 1 |
| 10 | 1 |

User:
Plan Name: VAB Illustrative Plan Final 10 Alt v2
Plan Type:

# Measures of Compactness Report

Sunday, August 18, 2019                                                                 5:09 PM

|            | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|------------|-------|-----------|---------------|---------------|
| Sum        | N/A   | 0.00      | N/A           | N/A           |
| Min        | 0.20  | N/A       | 0.15          | 0.49          |
| Max        | 0.53  | N/A       | 0.56          | 0.87          |
| Mean       | 0.38  | N/A       | 0.37          | 0.75          |
| Std. Dev.  | 0.11  | N/A       | 0.14          | 0.13          |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|----------|-------|-----------|---------------|---------------|
| 01       | 0.32  |           | 0.21          | 0.61          |
| 02       | 0.20  |           | 0.15          | 0.49          |
| 03       | 0.43  |           | 0.43          | 0.77          |
| 04       | 0.51  |           | 0.46          | 0.84          |
| 05       | 0.39  |           | 0.41          | 0.86          |
| 06       | 0.28  |           | 0.31          | 0.72          |
| 07       | 0.53  |           | 0.56          | 0.86          |
| 08       | 0.26  |           | 0.23          | 0.62          |
| 09       | 0.41  |           | 0.40          | 0.81          |
| 10       | 0.50  |           | 0.50          | 0.87          |

Maptitude

36

Page 1 of 1

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v2**
Plan Type:

# Political Subdivison Splits Between Districts

Sunday, August 18, 2019                                                    6:52 PM

Total number of subdivisions:
County                                    0
Voting District                          69

Number of subdivisions split into more than one district:
County                                    1
Voting District                          25

Number of splits involving no population:
County                                    0
Voting District                           2

**Split Counts**

*County*
  Cases where an area is split among 10 Districts: 1
*Voting District*
  Cases where an area is split among 2 Districts: 23
  Cases where an area is split among 3 Districts: 2

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Virginia Beach City VA | | 01 | 41,681 |
| Virginia Beach City VA | | 02 | 41,875 |
| Virginia Beach City VA | | 03 | 44,521 |
| Virginia Beach City VA | | 04 | 44,576 |
| Virginia Beach City VA | | 05 | 44,624 |
| Virginia Beach City VA | | 06 | 42,579 |
| Virginia Beach City VA | | 07 | 44,872 |
| Virginia Beach City VA | | 08 | 44,996 |
| Virginia Beach City VA | | 09 | 44,507 |
| Virginia Beach City VA | | 10 | 43,763 |
| *Split  VTDs:* | | | |
| Virginia Beach City VA | Aragona | 02 | 1,844 |
| Virginia Beach City VA | Aragona | 06 | 5,436 |
| Virginia Beach City VA | Arrowhead | 02 | 2,324 |
| Virginia Beach City VA | Arrowhead | 04 | 2,392 |
| Virginia Beach City VA | Avalon | 02 | 4,441 |
| Virginia Beach City VA | Avalon | 04 | 146 |
| Virginia Beach City VA | Bayside | 02 | 595 |
| Virginia Beach City VA | Bayside | 05 | 1,766 |
| Virginia Beach City VA | Bonney | 02 | 688 |
| Virginia Beach City VA | Bonney | 06 | 2,754 |
| Virginia Beach City VA | Cromwell | 01 | 660 |
| Virginia Beach City VA | Cromwell | 10 | 2,561 |

**Maptitude**
For Redistricting

Page 1 of 2

37

## Political Subdivison Splits Between Districts

VAB Illustrative Plan Final 10

| County | Voting District | District | Population |
|---|---|---|---|
| Virginia Beach City VA | Dahlia | 01 | 6,293 |
| Virginia Beach City VA | Dahlia | 04 | 1,417 |
| Virginia Beach City VA | Davis Corner | 02 | 5,998 |
| Virginia Beach City VA | Davis Corner | 05 | 130 |
| Virginia Beach City VA | Fairfield | 02 | 0 |
| Virginia Beach City VA | Fairfield | 04 | 3,299 |
| Virginia Beach City VA | Glenwood | 01 | 2,264 |
| Virginia Beach City VA | Glenwood | 10 | 2,071 |
| Virginia Beach City VA | Holland | 01 | 4,741 |
| Virginia Beach City VA | Holland | 08 | 3,079 |
| Virginia Beach City VA | Hunt | 08 | 2,022 |
| Virginia Beach City VA | Hunt | 10 | 1,703 |
| Virginia Beach City VA | Kingston | 05 | 1,694 |
| Virginia Beach City VA | Kingston | 06 | 812 |
| Virginia Beach City VA | Magic Hollow | 01 | 3,396 |
| Virginia Beach City VA | Magic Hollow | 08 | 3,913 |
| Virginia Beach City VA | Old Donation | 02 | 576 |
| Virginia Beach City VA | Old Donation | 05 | 5,040 |
| Virginia Beach City VA | Point O' View | 02 | 1,051 |
| Virginia Beach City VA | Point O' View | 04 | 2,293 |
| Virginia Beach City VA | Providence | 03 | 0 |
| Virginia Beach City VA | Providence | 04 | 3,920 |
| Virginia Beach City VA | Rock Lake | 01 | 4,811 |
| Virginia Beach City VA | Rock Lake | 03 | 315 |
| Virginia Beach City VA | Rock Lake | 10 | 542 |
| Virginia Beach City VA | Rosemont Forest | 01 | 1,770 |
| Virginia Beach City VA | Rosemont Forest | 03 | 3,953 |
| Virginia Beach City VA | Shannon | 04 | 2,877 |
| Virginia Beach City VA | Shannon | 08 | 451 |
| Virginia Beach City VA | Shell | 02 | 3,256 |
| Virginia Beach City VA | Shell | 05 | 1,260 |
| Virginia Beach City VA | Shelton Park | 02 | 1,466 |
| Virginia Beach City VA | Shelton Park | 05 | 2,528 |
| Virginia Beach City VA | Timberlake | 01 | 4,022 |
| Virginia Beach City VA | Timberlake | 03 | 563 |
| Virginia Beach City VA | Timberlake | 04 | 1,949 |
| Virginia Beach City VA | Upton | 09 | 1,141 |
| Virginia Beach City VA | Upton | 10 | 3,955 |
| Virginia Beach City VA | Windsor Oaks | 01 | 1,197 |
| Virginia Beach City VA | Windsor Oaks | 08 | 5,310 |





Virginia Beach, VA
Illustrative Plan Alt 3 Districts 1 & 2

County
Water Area
Voting District
Streets
Districts

Miles
0    1    2    3

40

Virginia Beach, VA
Illustrative Alternative 3 Plan - 10 Districts Statistics

| District | Population | Deviation | Hispanic Orig | % Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41660 | -2139 | 3776 | 9.06% | 15978 | 38.35% | 17577 | 42.19% | 2410 | 5.78% | 23763 | 57.04% |
| 02 | 45279 | 1480 | 3779 | 8.35% | 19066 | 42.11% | 15238 | 33.65% | 4995 | 11.03% | 24012 | 53.03% |
| 03 | 45890 | 2091 | 2328 | 5.07% | 31805 | 69.31% | 7224 | 15.74% | 2829 | 6.16% | 12381 | 26.98% |
| 04 | 41890 | -1909 | 2757 | 6.58% | 22334 | 53.32% | 9193 | 21.95% | 5736 | 13.69% | 17686 | 42.22% |
| 05 | 45184 | 1385 | 2164 | 4.79% | 34026 | 75.31% | 5105 | 11.30% | 2458 | 5.44% | 9727 | 21.53% |
| 06 | 45041 | 1242 | 3412 | 7.58% | 31739 | 70.47% | 6732 | 14.95% | 1345 | 2.99% | 11489 | 25.51% |
| 07 | 42833 | -966 | 3225 | 7.53% | 28181 | 65.79% | 7651 | 17.86% | 1886 | 4.40% | 12762 | 29.79% |
| 08 | 43345 | -454 | 2491 | 5.75% | 34424 | 79.42% | 4186 | 9.66% | 916 | 2.11% | 7593 | 17.52% |
| 09 | 41938 | -1861 | 2325 | 5.54% | 32391 | 77.24% | 4415 | 10.53% | 1496 | 3.57% | 8236 | 19.64% |
| 10 | 44934 | 1135 | 2730 | 6.08% | 32526 | 72.39% | 5889 | 13.11% | 2241 | 4.99% | 10860 | 24.17% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 31085 | -2139 | -4.88% | 2449 | 7.88% | 13288 | 42.75% | 12393 | 39.87% | 1960 | 6.31% | 16802 | 54.05% |
| 02 | 33038 | 1480 | 3.38% | 2401 | 7.27% | 15026 | 45.48% | 10612 | 32.12% | 3943 | 11.93% | 16956 | 51.32% |
| 03 | 35159 | 2091 | 4.77% | 1489 | 4.24% | 25337 | 72.06% | 5194 | 14.77% | 2288 | 6.51% | 8971 | 25.52% |
| 04 | 30924 | -1909 | -4.36% | 1737 | 5.62% | 17040 | 55.10% | 6714 | 21.71% | 4592 | 14.85% | 13043 | 42.18% |
| 05 | 33185 | 1385 | 3.16% | 1326 | 4.00% | 25342 | 76.37% | 4044 | 12.19% | 1818 | 5.48% | 7188 | 21.66% |
| 06 | 34197 | 1242 | 2.84% | 2202 | 6.44% | 25080 | 73.34% | 4879 | 14.27% | 1108 | 3.24% | 8189 | 23.95% |
| 07 | 32349 | -966 | -2.21% | 2054 | 6.35% | 22245 | 68.77% | 5524 | 17.08% | 1540 | 4.76% | 9118 | 28.19% |
| 08 | 34211 | -454 | -1.04% | 1672 | 4.89% | 27965 | 81.74% | 3097 | 9.05% | 741 | 2.17% | 5510 | 16.11% |
| 09 | 32822 | -1861 | -4.25% | 1590 | 4.84% | 26023 | 79.29% | 3312 | 10.09% | 1188 | 3.62% | 6090 | 18.55% |
| 10 | 35775 | 1135 | 2.59% | 1845 | 5.16% | 26842 | 75.03% | 4443 | 12.42% | 1800 | 5.03% | 8088 | 22.61% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 42672 | -2139 | -4.88% | 4609 | 10.80% | 16183 | 37.92% | 16180 | 37.92% | 3310 | 7.76% | 24099 | 56.47% |
| 02 | 45428 | 1480 | 3.38% | 4267 | 9.39% | 17986 | 39.59% | 14730 | 32.42% | 5820 | 12.81% | 24817 | 54.63% |
| 03 | 46721 | 2091 | 4.77% | 3026 | 6.48% | 31200 | 66.78% | 7146 | 15.30% | 3471 | 7.43% | 13643 | 29.20% |
| 04 | 43496 | -1909 | -4.36% | 4098 | 9.42% | 22043 | 50.68% | 9681 | 22.26% | 5138 | 11.81% | 18917 | 43.49% |
| 05 | 46650 | 1385 | 3.16% | 2317 | 4.97% | 34186 | 73.28% | 5712 | 12.24% | 2623 | 5.62% | 10652 | 22.83% |
| 06 | 46854 | 1242 | 2.84% | 4129 | 8.81% | 32390 | 69.13% | 6840 | 14.60% | 1434 | 3.06% | 12403 | 26.47% |
| 07 | 45082 | -966 | -2.21% | 4098 | 9.09% | 29596 | 65.65% | 7083 | 15.71% | 2107 | 4.67% | 13288 | 29.48% |
| 08 | 43206 | -454 | -1.04% | 2344 | 5.43% | 32854 | 76.04% | 4735 | 10.96% | 1263 | 2.92% | 8342 | 19.31% |
| 09 | 43243 | -1861 | -4.25% | 2439 | 5.64% | 31879 | 73.72% | 4842 | 11.20% | 1755 | 4.06% | 9036 | 20.90% |
| 10 | 46705 | 1135 | 2.59% | 3928 | 8.41% | 32753 | 70.13% | 6038 | 12.93% | 2134 | 4.57% | 12100 | 25.91% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 31584 | -2139 | -4.88% | 2676 | 8.47% | 13262 | 41.99% | 12239 | 38.75% | 2314 | 7.33% | 17205 | 54.47% | 17600 | 55.72% |
| 02 | 31674 | 1480 | 3.38% | 2277 | 7.19% | 14200 | 44.83% | 10877 | 34.34% | 3311 | 10.45% | 16444 | 51.92% | 16708 | 52.75% |
| 03 | 34699 | 2091 | 4.77% | 1659 | 4.78% | 24721 | 71.24% | 5265 | 15.17% | 2144 | 6.18% | 9090 | 26.20% | 9262 | 26.69% |
| 04 | 31558 | -1909 | -4.36% | 2415 | 7.65% | 17392 | 55.11% | 7180 | 22.75% | 3366 | 10.67% | 12962 | 41.07% | 13154 | 41.68% |
| 05 | 34289 | 1385 | 3.16% | 1535 | 4.48% | 25332 | 73.88% | 4512 | 13.16% | 1909 | 5.57% | 7961 | 23.22% | 8134 | 23.72% |
| 06 | 34205 | 1242 | 2.84% | 2492 | 7.29% | 25142 | 73.50% | 4617 | 13.50% | 943 | 2.76% | 8045 | 23.52% | 8315 | 24.31% |
| 07 | 33820 | -966 | -2.21% | 2368 | 7.00% | 23496 | 69.47% | 5199 | 15.37% | 1326 | 3.92% | 8885 | 26.27% | 9342 | 27.62% |
| 08 | 33514 | -454 | -1.04% | 1327 | 3.96% | 26719 | 79.72% | 3742 | 11.17% | 834 | 2.49% | 5900 | 17.60% | 6106 | 18.22% |
| 09 | 33448 | -1861 | -4.25% | 1436 | 4.29% | 25831 | 77.23% | 3702 | 11.07% | 1231 | 3.68% | 6402 | 19.14% | 6501 | 19.44% |
| 10 | 35709 | 1135 | 2.59% | 2038 | 5.71% | 26510 | 74.24% | 4795 | 13.43% | 1422 | 3.98% | 8257 | 23.12% | 8371 | 23.44% |

Note: Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source: Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

41

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v3**
Plan Type:

## Contiguity Report

Monday, August 19, 2019                                                                                   11:30 AM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1        | 1                        |
| 2        | 1                        |
| 3        | 1                        |
| 4        | 1                        |
| 5        | 1                        |
| 6        | 1                        |
| 7        | 1                        |
| 8        | 1                        |
| 9        | 1                        |
| 10       | 1                        |

**Maptitude**
For Redistricting

Page 1 of 1

User:
Plan Name: VAB Illustrative Plan Final 10 Alt v3
Plan Type:

# Measures of Compactness Report

Monday, August 19, 2019                                                                        11:31 AM

| | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| Sum | N/A | 0.00 | N/A | N/A |
| Min | 0.12 | N/A | 0.12 | 0.41 |
| Max | 0.59 | N/A | 0.52 | 0.90 |
| Mean | 0.35 | N/A | 0.33 | 0.71 |
| Std. Dev. | 0.16 | N/A | 0.15 | 0.18 |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| 1 | 0.14 | | 0.14 | 0.49 |
| 2 | 0.12 | | 0.12 | 0.41 |
| 3 | 0.33 | | 0.35 | 0.75 |
| 4 | 0.29 | | 0.34 | 0.71 |
| 5 | 0.51 | | 0.52 | 0.88 |
| 6 | 0.59 | | 0.45 | 0.90 |
| 7 | 0.29 | | 0.21 | 0.58 |
| 8 | 0.56 | | 0.49 | 0.86 |
| 9 | 0.30 | | 0.24 | 0.60 |
| 10 | 0.38 | | 0.48 | 0.88 |

Maptitude
for Redistricting

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v3**
Plan Type:

## Political Subdivison Splits Between Districts

| Monday, August 19, 2019 | 11:32 AM |
|---|---|

Total number of subdivisions:
County 0
Voting District 73

Number of subdivisions split into more than one district:
County 1
Voting District 21

Number of splits involving no population:
County 0
Voting District 0

**Split Counts**

*County*
    Cases where an area is split among 10 Districts: 1
*Voting District*
    Cases where an area is split among 2 Districts: 21

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Virginia Beach City VA | | 1 | 41,660 |
| Virginia Beach City VA | | 2 | 45,279 |
| Virginia Beach City VA | | 3 | 45,890 |
| Virginia Beach City VA | | 4 | 41,890 |
| Virginia Beach City VA | | 5 | 45,184 |
| Virginia Beach City VA | | 6 | 45,041 |
| Virginia Beach City VA | | 7 | 42,833 |
| Virginia Beach City VA | | 8 | 43,345 |
| Virginia Beach City VA | | 9 | 41,938 |
| Virginia Beach City VA | | 10 | 44,934 |
| *Split VTDs:* | | | |
| Virginia Beach City VA | Aragona | 1 | 2,298 |
| Virginia Beach City VA | Aragona | 9 | 4,982 |
| Virginia Beach City VA | Avalon | 2 | 583 |
| Virginia Beach City VA | Avalon | 3 | 4,004 |
| Virginia Beach City VA | Bonney | 1 | 2,756 |
| Virginia Beach City VA | Bonney | 3 | 686 |
| Virginia Beach City VA | Buckner | 2 | 3,272 |
| Virginia Beach City VA | Buckner | 4 | 1,473 |
| Virginia Beach City VA | Green Run | 1 | 1,810 |
| Virginia Beach City VA | Green Run | 2 | 5,972 |
| Virginia Beach City VA | Holland | 1 | 5,734 |
| Virginia Beach City VA | Holland | 7 | 2,086 |
| Virginia Beach City VA | Homestead | 2 | 2,939 |

**Maptitude**

## Political Subdivison Splits Between Districts

VAB Illustrative Plan Final 10

| County | Voting District | District | Population |
|--------|-----------------|----------|-----------|
| Virginia Beach City VA | Homestead | 3 | 2,788 |
| Virginia Beach City VA | Larkspur | 1 | 1,503 |
| Virginia Beach City VA | Larkspur | 3 | 1,729 |
| Virginia Beach City VA | Lexington | 1 | 913 |
| Virginia Beach City VA | Lexington | 3 | 4,344 |
| Virginia Beach City VA | Magic Hollow | 2 | 3,396 |
| Virginia Beach City VA | Magic Hollow | 7 | 3,913 |
| Virginia Beach City VA | Mt.Trashmore | 1 | 121 |
| Virginia Beach City VA | Mt.Trashmore | 7 | 5,945 |
| Virginia Beach City VA | Pleasant Hill | 1 | 36 |
| Virginia Beach City VA | Pleasant Hill | 3 | 4,338 |
| Virginia Beach City VA | Rosemont Forest | 2 | 1,944 |
| Virginia Beach City VA | Rosemont Forest | 4 | 3,779 |
| Virginia Beach City VA | Round Hill | 2 | 3,859 |
| Virginia Beach City VA | Round Hill | 4 | 3,349 |
| Virginia Beach City VA | Shannon | 1 | 451 |
| Virginia Beach City VA | Shannon | 3 | 2,877 |
| Virginia Beach City VA | Shell | 1 | 1,103 |
| Virginia Beach City VA | Shell | 10 | 3,413 |
| Virginia Beach City VA | Sherry Park | 2 | 585 |
| Virginia Beach City VA | Sherry Park | 3 | 1,914 |
| Virginia Beach City VA | Stratford Chase | 2 | 1,711 |
| Virginia Beach City VA | Stratford Chase | 3 | 2,268 |
| Virginia Beach City VA | Timberlake | 2 | 4,585 |
| Virginia Beach City VA | Timberlake | 3 | 1,949 |
| Virginia Beach City VA | Upton | 5 | 3,627 |
| Virginia Beach City VA | Upton | 6 | 1,469 |
| Virginia Beach City VA | Windsor Oaks | 1 | 1,197 |
| Virginia Beach City VA | Windsor Oaks | 7 | 5,310 |



Virginia Beach, VA
Illustr Plan Alt 3 Dist 1&2 Subdiv Zoom

Subdivision
Voting District
Districts

0    .5    1    1.5
Miles



**Virginia Beach, VA**
**Illustrative Alternative 4 Plan – District 1 Statistics**

| District | Population | % Deviation | Deviation | Hspanic Orig | % Hispanic Orig | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 44790 | 2.26% | 991 | 3465 | 7.74% | 19740 | 44.07% | 16850 | 37.62% | 2796 | 6.24% | 23111 | 51.60% |

| District | 18+ Pop | % Deviation | Deviation | H18+ Pop | % H18+ Pop | NH18+ Wht | % NH18+ Wht | NH18+ Blk | % NH18+ Blk | NH18+ Asn | % NH18+ Asn | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 33494 | 2.26% | 991 | 2236 | 6.68% | 16315 | 48.71% | 11723 | 35.00% | 2240 | 6.69% | 16199 | 48.36% |

| District | Total17 | % Deviation | Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 46033 | 2.26% | 991 | 5191 | 11.28% | 19183 | 41.67% | 15251 | 33.13% | 4152 | 9.02% | 24594 | 53.43% |

| District | CVAP17 | % Deviation | Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBACVAP17 | % HBACVAP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 33523 | 2.26% | 991 | 2759 | 8.23% | 15538 | 46.35% | 11328 | 33.79% | 2859 | 8.53% | 16956 | 50.58% | 17252 | 51.46% |

Note: Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP mixed persons

Source: Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

48

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v4**
Plan Type:

## Contiguity Report

Monday, August 19, 2019                                             12:48 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1        | 1                        |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v4**
Plan Type:

# Measures of Compactness Report

Monday, August 19, 2019                                    12:51 PM

|            | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|------------|-------|-----------|---------------|---------------|
| Sum        | N/A   | 0.00      | N/A           | N/A           |
| Min        | 0.19  | N/A       | 0.11          | 0.47          |
| Max        | 0.19  | N/A       | 0.11          | 0.47          |
| Mean       | 0.19  | N/A       | 0.11          | 0.47          |
| Std. Dev.  | N/A   | N/A       | N/A           | N/A           |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|----------|-------|-----------|---------------|---------------|
| 1        | 0.19  |           | 0.11          | 0.47          |

Maptitude

50

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v4**
Plan Type:

# Political Subdivison Splits Between Districts

Monday, August 19, 2019                                                                                                        12:52 PM

Total number of subdivisions:
County                                    0
Voting District                          94

Number of subdivisions split into more than one district:
County                                    1
Voting District                          0

Number of splits involving no population:
County                                    0
Voting District                          0

**Split Counts**

*County*
   Cases where an area is split among 2 Districts: 1

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Virginia Beach City VA | | 1 | 44,790 |





Virginia Beach, VA
Illustrative Plan Alt 5 District 1

County
Water Area
Voting District
Streets
Districts

0 .5 1 1.5
Miles

53

**Virginia Beach, VA**
**Illustrative Alternative 5 Plan - District 1 Statistics**

| District | Population | Deviation | % Deviation | Hispanic Origin | % Hispanic Origin | NH_Wht | % NH_Wht | NH_Blk | % NH_Blk | NH_Asn | % NH_Asn | HBTTL | HBTTL% | HBATTL | HBATTL% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 41832 | -1967 | -4.49% | 3774 | 9.02% | 14973 | 35.79% | 18565 | 44.38% | 2633 | 6.29% | 22339 | 53.40% | 24972 | 59.70% |

| District | 18+_Pop | Deviation | % Deviation | H18+_Pop | % H18+_Pop | NH18+_Wht | % NH18+_Wht | NH18+_Blk | % NH18+_Blk | NH18+_Asn | % NH18+_Asn | HBVAP | HBVAP% | HBAVAP | HBAVAP% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30747 | -1967 | -4.49% | 2455 | 7.98% | 12395 | 40.31% | 12851 | 41.80% | 2077 | 6.76% | 15306 | 49.78% | 17383 | 56.54% |

| District | Total17 | Deviation | % Deviation | Hisp17 | % Hisp17 | White17 | % White17 | Black17 | % Black17 | Asian17 | % Asian17 | HB17 | HB17% | HBA17 | HBA17% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 43187 | -1967 | -4.49% | 5033 | 11.65% | 14312 | 33.14% | 17953 | 41.57% | 3510 | 8.13% | 22986 | 53.22% | 26496 | 61.35% |

| District | CVAP17 | Deviation | % Deviation | HCVAP17 | % HCVAP17 | WCVAP17 | % WCVAP17 | BCVAP17 | % BCVAP17 | ACVAP17 | % ACVAP17 | HBCVAP17 | % HBCVAP17 | HBBWCVP17 | % HBBWCVP17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 30597 | -1967 | -4.49% | 2657 | 8.68% | 11984 | 39.17% | 12960 | 42.36% | 2090 | 6.83% | 15617 | 51.04% | 15962 | 52.17% |

| District | CVAP17 | Deviation | % Deviation | HBACVP17 | % HBACVP17 | HBAWCVP17 | % HBAWCVP17 |
|---|---|---|---|---|---|---|---|
| 01 | 30597 | -1967 | -4.49% | 17669 | 57.75% | 18018 | 58.89% |

Note: Variables with 17 suffix denote 2013-2017 5-Year ACS; HBAWCVP17 includes Hispanic, Black, and Asian CVAP plus Black and White CVAP combined race persons; HBCVAP includes Hispanic and Black Alone and is calculated by summing Hispanic and Black fields. HBBWCVP17 includes Hispanic and Black CVAP plus Black and White CVAP combined persons

Source: Maptitude for Redistricting District Statistics window using U.S. Census Bureau 2010 Census Data and 2013-2017 5-Year ACS Data

54

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v5**
Plan Type:

## Contiguity Report

Monday, August 19, 2019                                                2:35 PM

| District | Number of Distinct Areas |
|----------|--------------------------|
| 1        | 1                        |

User:
Plan Name: VAB Illustrative Plan Final 10 Alt v5
Plan Type:

# Measures of Compactness Report

Monday, August 19, 2019                                                      3:16 PM

| | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| Sum | N/A | 0.00 | N/A | N/A |
| Min | 0.11 | N/A | 0.09 | 0.42 |
| Max | 0.11 | N/A | 0.09 | 0.42 |
| Mean | 0.11 | N/A | 0.09 | 0.42 |
| Std. Dev. | | N/A | | |

| District | Reock | Perimeter | Polsby-Popper | MinConvexPoly |
|---|---|---|---|---|
| 1 | 0.11 | | 0.09 | 0.42 |

User:
Plan Name: **VAB Illustrative Plan Final 10 Alt v5**
Plan Type:

## Political Subdivison Splits Between Districts

| Monday, August 19, 2019 | | | 3:19 PM |
|---|---|---|---|

Total number of subdivisions:
County　　　　　　　　　　0
Voting District　　　　　78

Number of subdivisions split into more than one district:
County　　　　　　　　　　1
Voting District　　　　　16

Number of splits involving no population:
County　　　　　　　　　　0
Voting District　　　　　0

**Split Counts**

*County*
　Cases where an area is split among 2 Districts: 1
*Voting District*
　Cases where an area is split among 2 Districts: 16

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Virginia Beach City VA | | 1 | 41,832 |
| *Split  VTDs:* | | | |
| Virginia Beach City VA | Aragona | 1 | 2,028 |
| Virginia Beach City VA | Bonney | 1 | 1,581 |
| Virginia Beach City VA | Buckner | 1 | 228 |
| Virginia Beach City VA | Dahlia | 1 | 3,124 |
| Virginia Beach City VA | Davis Corner | 1 | 5,991 |
| Virginia Beach City VA | Green Run | 1 | 5,372 |
| Virginia Beach City VA | Holland | 1 | 906 |
| Virginia Beach City VA | Larkspur | 1 | 1,503 |
| Virginia Beach City VA | Lexington | 1 | 913 |
| Virginia Beach City VA | Magic Hollow | 1 | 3,396 |
| Virginia Beach City VA | Mt.Trashmore | 1 | 121 |
| Virginia Beach City VA | Pleasant Hill | 1 | 36 |
| Virginia Beach City VA | Shannon | 1 | 451 |
| Virginia Beach City VA | Shell | 1 | 3,018 |
| Virginia Beach City VA | Timberlake | 1 | 2,067 |
| Virginia Beach City VA | Windsor Oaks | 1 | 1,197 |

**Maptitude**

Page 1 of 1

57



Virginia Beach, VA
Illustr Plan Alt 5 Dist 1 Subdiv Zoom

Subdivision
Voting District
Districts

0   .5   1   1.5
Miles

58

# Appendix B

# Disaggregation Analysis

## Alternative Plans 1 through 5

## Illustrative Plan Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|------|------|------|------|------|------|
| 01 | 29766.09305 | 29641 | 29761 | -5.09305 | 29761 |
| 02 | 32803.88821 | 32642 | 32804 | 0.11179 | 32804 |
| 03 | 31961.85648 | 31819 | 31960 | -1.85648 | 31960 |
| 04 | 33799.93322 | 33623 | 33802 | 2.06678 | 33802 |
| 05 | 34688.84486 | 34407 | 34689 | 0.15514 | 34689 |
| 06 | 34443.57816 | 34140 | 34447 | 3.42184 | 34447 |
| 07 | 35686.66521 | 35367 | 35686 | -0.66521 | 35686 |
| 08 | 33657.33407 | 33485 | 33660 | 2.66593 | 33660 |
| 09 | 32840.24399 | 32637 | 32843 | 2.75601 | 32843 |
| 10 | 34851.55528 | 34651 | 34848 | -3.55528 | 34848 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|------|------|------|------|------|------|------|
| 01 | 14892.63910 | 14770 | 14888 | -4.63910 | 14888 | 50.03% | 50.03% |
| 02 | 16414.14826 | 16235 | 16415 | 0.85174 | 16415 | 50.04% | 50.04% |
| 03 | 13364.47424 | 13218 | 13365 | 0.52576 | 13365 | 41.82% | 41.81% |
| 04 | 10612.27770 | 10435 | 10612 | -0.27770 | 10612 | 31.39% | 31.40% |
| 05 | 7131.76589 | 6861 | 7133 | 1.23411 | 7133 | 20.56% | 20.56% |
| 06 | 7428.54973 | 7128 | 7430 | 1.45027 | 7430 | 21.57% | 21.57% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9655.04044 | 9476 | 9658 | 2.95956 | 9658 | 28.69% | 28.69% |
| 09 | 8862.08495 | 8665 | 8863 | 0.91505 | 8863 | 26.99% | 26.99% |
| 10 | 7561.30030 | 7364 | 7559 | -2.30030 | 7559 | 21.69% | 21.70% |

## Illustrative Plan Alternative 1 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|------|------------|-----------|----------|-----------|--------|
| 01 | 28294.91925 | 28180 | 28295 | 5.08075 | 28300 |
| 02 | 32619.56148 | 32457 | 32620 | 14.43852 | 32634 |
| 03 | 31767.84965 | 31622 | 31768 | 2.15035 | 31770 |
| 04 | 34596.28074 | 34413 | 34596 | -12.28074 | 34584 |
| 05 | 34593.46698 | 34307 | 34593 | -13.46698 | 34580 |
| 06 | 33748.02261 | 33455 | 33748 | 7.97739 | 33756 |
| 07 | 35686.66521 | 35367 | 35687 | -0.66521 | 35686 |
| 08 | 34767.36566 | 34591 | 34767 | 7.63434 | 34775 |
| 09 | 33669.07549 | 33462 | 33669 | 6.92451 | 33676 |
| 10 | 34756.78546 | 34558 | 34757 | -17.78546 | 34739 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|------------|-----------|----------|-----------|-----------|-----------------|------------------------|
| 01 | 14568.96817 | 14454 | 14575 | 6.03183 | 14575 | 51.50% | 51.49% |
| 02 | 16834.47508 | 16656 | 16851 | 16.52492 | 16851 | 51.64% | 51.61% |
| 03 | 13176.52580 | 13027 | 13179 | 2.47420 | 13179 | 41.48% | 41.48% |
| 04 | 10709.12832 | 10526 | 10696 | -13.12832 | 10696 | 30.93% | 30.95% |
| 05 | 6521.19601 | 6246 | 6511 | -10.19601 | 6511 | 18.83% | 18.85% |
| 06 | 7456.68305 | 7166 | 7460 | 3.31695 | 7460 | 22.10% | 22.10% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9756.58947 | 9574 | 9765 | 8.41053 | 9765 | 28.08% | 28.06% |
| 09 | 8992.32990 | 8791 | 8998 | 5.67010 | 8998 | 26.72% | 26.71% |
| 10 | 7906.38480 | 7712 | 7888 | -18.38480 | 7888 | 22.71% | 22.75% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

## Illustrative Plan Alternative 2 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|---|---|---|---|---|---|
| 01 | 28224.99984 | 28106 | 28225 | 0.00016 | 28225 |
| 02 | 32395.00059 | 32237 | 32395 | -0.00059 | 32395 |
| 03 | 32612.66803 | 32467 | 32613 | 3.33197 | 32616 |
| 04 | 33852.65126 | 33678 | 33853 | -3.65126 | 33849 |
| 05 | 36147.09303 | 35845 | 36147 | -10.09303 | 36137 |
| 06 | 33162.58693 | 32872 | 33163 | 10.41307 | 33173 |
| 07 | 35686.66521 | 35367 | 35687 | -0.66521 | 35686 |
| 08 | 34767.36566 | 34591 | 34767 | 7.63434 | 34775 |
| 09 | 33669.07549 | 33462 | 33669 | 6.92451 | 33676 |
| 10 | 33981.88649 | 33787 | 33982 | -13.88649 | 33968 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 14404.99995 | 14286 | 14405 | 0.00005 | 14405 | .51.04% | 51.04% |
| 02 | 16545.00019 | 16370 | 16545 | -0.00019 | 16545 | 51.07% | 51.07% |
| 03 | 13591.51763 | 13441 | 13595 | 3.48237 | 13595 | 41.68% | 41.68% |
| 04 | 10614.56649 | 10439 | 10611 | -3.56649 | 10611 | 31.35% | 31.36% |
| 05 | 7023.63545 | 6733 | 7016 | -7.63545 | 7016 | 19.42% | 19.43% |
| 06 | 7338.28033 | 7052 | 7346 | 7.71967 | 7346 | 22.14% | 22.13% |
| 07 | 5228.71792 | 4928 | 5228 | -0.71792 | 5228 | 14.65% | 14.65% |
| 08 | 9756.58947 | 9574 | 9765 | 8.41053 | 9765 | 28.08% | 28.06% |
| 09 | 8992.32990 | 8791 | 8998 | 5.67010 | 8998 | 26.72% | 26.71% |
| 10 | 7655.36119 | 7466 | 7642 | -13.36119 | 7642 | 22.50% | 22.53% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

## Illustrative Plan Alternative 3 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|---|---|---|---|---|---|
| 01 | 31587.28131 | 31469 | 31587 | -3.28131 | 31584 |
| 02 | 31665.70626 | 31527 | 31666 | 8.29374 | 31674 |
| 03 | 34705.61224 | 34489 | 34706 | -6.61224 | 34699 |
| 04 | 31558.23867 | 31421 | 31558 | -0.23867 | 31558 |
| 05 | 34292.10237 | 34094 | 34292 | -3.10237 | 34289 |
| 06 | 34203.94757 | 33973 | 34204 | 1.05243 | 34205 |
| 07 | 33811.75044 | 33634 | 33812 | 8.24956 | 33820 |
| 08 | 33502.68562 | 33198 | 33503 | 11.31438 | 33514 |
| 09 | 33462.97047 | 33198 | 33463 | -14.97047 | 33448 |
| 10 | 35709.69757 | 35409 | 35710 | -0.69757 | 35709 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 17197.04206 | 17067 | 17205 | 7.95794 | 17205 | 54.47% | 54.44% |
| 02 | 16435.31021 | 16294 | 16444 | 8.68979 | 16444 | 51.92% | 51.90% |
| 03 | 9093.91607 | 8882 | 9090 | -3.91607 | 9090 | 26.20% | 26.20% |
| 04 | 12963.08539 | 12823 | 12962 | -1.08539 | 12962 | 41.07% | 41.08% |
| 05 | 7964.64672 | 7768 | 7961 | -3.64672 | 7961 | 23.22% | 23.23% |
| 06 | 8045.21025 | 7835 | 8045 | -0.21025 | 8045 | 23.52% | 23.52% |
| 07 | 8879.99670 | 8686 | 8885 | 5.00330 | 8885 | 26.27% | 26.26% |
| 08 | 5887.58880 | 5595 | 5900 | 12.41120 | 5900 | 17.60% | 17.57% |
| 09 | 6427.16387 | 6167 | 6402 | -25.16387 | 6402 | 19.14% | 19.21% |
| 10 | 8257.03843 | 7963 | 8257 | -0.03843 | 8257 | 23.12% | 23.12% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

## Illustrative Plan Alternative 4 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|------|-------------|-------------|------------|------------|--------|
| 01 | 33533.20337 | 33370 | 33533 | -10.20337 | 33523 |

| Dist | HBAC17 DisAg | HBAC17 Strp | HBA DisAg | HBAC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|------|-------------|-------------|-----------|------------|-----------|------------------|-------------------------|
| 01 | 16960.87827 | 16799 | 16956 | -4.87827 | 16956 | 50.58% | 50.58% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

## Illustrative Plan Alternative 5 Disaggregation Analysis

| Dist | CVAP17 DisAg | CVAP17 Strp | CVAP DisAg | CVAP17 Chg | CVAP17 |
|---|---|---|---|---|---|
| 01 | 30594.34636 | 30490 | 30594 | 2.65364 | 30597 |

| Dist | HBC17 DisAg | HBC17 Strp | HB DisAg | HBC17 Chg | HBA CVAP17 | HBA CVAP17% Mapt | HBA CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 17657.89626 | 17535 | 17669 | 11.10374 | 17669 | 57.75% | 57.72% |

| Dist | HBC17 DisAg | HBC17 Strp | HB DisAg | HBC17 Chg | HB CVAP17 | HB CVAP17% Mapt | HB CVAP17% Mapt wo/LPB |
|---|---|---|---|---|---|---|---|
| 01 | 15590.04023 | 15474 | 15617 | 26.95977 | 15617 | 51.04% | 50.96% |

Source: U.S. Census Bureau 2013-2017 5-Year ACS; Maptitude for Redistricting Disaggregated CVAP data and Disaggregation data wo/Largest Populated Block technique

65

Appendix C

Maptitude for Redistricting Partial Client List

Maptitude for Redistricting is used by a majority of the state legislatures, both political parties, county and regional governments, city and local governments, educational institutions, and many public interest groups and corporations. Partial list:

## National Government & Party Organizations

Democratic National Committee
Department of Justice, Civil Rights Division
National Committee for an Effective Congress
National Republican Congressional Committee
Republican National Committee

## State Government & Organizations

Alabama Democratic Party
Alabama House Majority
Alaska Division of Elections
Arizona Democratic Party
Arizona House of Representatives
Arizona Independent Electoral Commission
Arizona Redistricting Commission
Arizona Republican Party
Arizona Senate Democrats
California Assembly Rules Committee
California Governor's Office
California Legislative Data Center
California Senate Office of Research
California Senate Minority Reapportionment
California State Assembly
Colorado Department of State
Colorado Governor's Office
Colorado House of Representatives
Colorado Reapportionment Commission
Colorado Republican Party
Delaware Commissioner of Elections
Delaware Legislature
District of Columbia Republican Party
Georgia Democratic Party
Georgia General Assembly
Georgia Office of Planning and Budget
Georgia Redistricting Services
Georgia Republican Party
Idaho Legislative Services
Illinois House Republican Caucus
Illinois Senate Republican Caucus
Kansas Legislative Research Department
Kentucky Legislative Research Commission
Kentucky Republican Party
Louisiana Democratic Party
Louisiana House of Representatives
Louisiana Senate
Maine Democratic Party
Maine Judicial Center
Maine Legislature
Maryland Department of Legislative Services
Maryland General Assembly
Maryland Governor's Census 2000
Maryland Office of Planning
Maryland Republican Party
Massachusetts House of Representatives
Massachusetts Senate
Massachusetts Senate Clerk's Office
Massachusetts Speakers Office
Michigan Democratic Party
Minnesota DFL
Minnesota Governor's Office
Minnesota Land Management Information Center

Minnesota Legislative Coordinating Commission
Minnesota Office of Planning
Minnesota Republican Party
Minnesota Secretary of State
Minnesota Senate
Minnesota Supreme Court
Mississippi Chambers of Hon. E. Gray Jolly
Mississippi Community Policy Research
Mississippi Joint Reapportionment Committee
Mississippi Republican Party
Missouri Democratic Party
Missouri House of Representatives
Missouri Office of Administration
Missouri Office of Management, Budget, and Planning
Missouri Republican Party
Missouri Senate
Nevada Republican Assembly Caucus
Nevada Republican Party
New Hampshire GCIS
New Jersey Office of Legislative Services
New Mexico Republican Party
New York Empire State Development
New York Leg. Task Force on Demographic Research & Reapportionment
New York State Assembly Democratic Majority
New York State Assembly Republican Caucus
New York State Democratic Senate Campaign Committee
New York State Governor's Office
New York State Office of Technology
New York State Republican Assembly Campaign Committee
New York State Senate Majority
New York State Senate Minority
North Carolina Democratic Party
North Carolina General Assembly
North Carolina Republican Party
North Dakota Legislative Council
Ohio Republican Party
Ohio Secretary of State
Oklahoma Governor's Office
Oklahoma Senate
Pennsylvania House Democrats
Pennsylvania Senate Democrats
Puerto Rico Supreme Court
South Carolina Budget and Control Board
South Carolina House of Representatives
South Carolina House Republican Caucus
South Carolina Senate
South Carolina Senate Republican Caucus
Tennessee Attorney General
Tennessee General Assembly
Tennessee Office of Legal Services
Texas Comptroller of Public Accounts
Texas General Land Office
Texas Legislative Council
Utah Republican Party
Vermont Legislative Council
Virginia Democratic Caucus
West Virginia Democratic Legislative Council
West Virginia Legislature
Wyoming Democratic Party
Wyoming Legislature
Wyoming Republican Party

## County Government & Regional Planning Organizations

Acadiana LA Regional Development District
Alabama Association of County Commissioners
Alameda County CA, Community Development

Alamosa County CO, County Clerk
Anne Arundel County MD
Anoka County MN
Assateague Island MD National Seashore
Barton County KS
Becker County MN
Benton County MN
Blount County AL, County Commission
Boone County WV Commission
Brooke County WV, County Commission
Butte County CA
Calvert County MD
Capitol Region LA Planning Commission
Cerro Gordo County IA
Chambers County AL Commission
Chambers County AL, Board of Education
Chaffee County CO
Champaign County IL, County Clerk
Chisago County MN
Clark County NB Manager's Office
Clay County WV, County Commission
Cobb County GA Elections
Comal County TX
Contra Costa CA, Water District
Coweta County GA
Cumberland County ME
Elbert County CO
Forsyth County GA
Glenn County CA, Elections Department
Grand County CO
Hardee County FL
Hardin County KY, County Clerk
Hardy County WV Clerk
Harris County TX, Tax Office
Harris County TX, Republican Party
Hennepin County MN
Hennepin County MN Elections
Hood County TX
Inyo County CA, Planning Department
Jackson County MN
Kanawha County WV, Clerk/Elections
Kent County DE
Kent County MI
Kent County MN
Jackson County MO, Election Board
Jefferson County CO, County Clerk and Recorder
Jefferson County WV Clerk
Johnson County KS, Election Office
Kisatchie-Delta LA Regional Planning and Development
Lewis County WV Clerk
Liberty County GA Board of Commissioners
Lincoln County MT
Logan County CO Clerk and Recorder
Los Angeles CA Superior Court
Louisiana Acadiana Regional Development District
Louisiana Central Regional Planning District
Louisiana Kisatchie-Delta Planning and Development
Louisiana North Delta Regional Development
Louisiana Rapides Area Planning Commission
Louisiana South Central Planning and Development
Lyon County MN
Madison County AL Board of Education
Madison County AL Commission
Marion County WV
Marshall County WV, County Clerk

McCracken County KY
Miami-Dade County FL, Board of County Commissions
Mobile County AL, Engineer's Office
Monongalia County WV, Clerk's Office
Nassau County NY
Navajo Nation AZ
Nevada County CA
New Castle County DE
North Delta LA RPDD
Nowata County OK, Clerk
Pasco County FL, Supervisor of Elections
Pierce County WA, Elections
Pipestone County WV
Pocahontas County WV Commission
Polk County FL, Supervisor of Elections
Putnam County FL, Supervisor of Elections
Putnam County WV, County Clerk
Ramsey County MN
Roane County WV 911
Rapides Area Planning Commission
Saint Louis County MN
Saint Lucie County FL, Community Development
Saint Lucie County FL, Supervisor of Elections
San Benito County CA
San Diego Community College District
San Diego County Data Processing
Sanford/Lee County NC, County Commission
Santa Barbara County CA
Santa Cruz County CA, ISD Department
South Central LA Planning
Stillwater County MT GIS
Summit County NJ Board of Elections
Summit County OH, Republican Party
Sumter County FL, Supervisor of Elections
Tate County MS
Three Rivers MN Park District
Tippecanoe County IN, Republican Party
Trinity County CA
Trinity County TX
Valley Transportation Authority (CA)
Vigo County IN
Walton County FL Board of Commissioners
Westchester County NY
Westchester County NY Republicans
Wicomico County MD
Wood County WV

## City Governments

Albany NY, Common Council
Baltimore MD, City Council
Baltimore MD, Mayor's Office
Bloomington MN
Buffalo NY, City Clerk
Cambridge MD Commissioners
Champlain MN
Columbia MO
Dallas, TX
Denver CO, Election Commission
Douglasville GA
Haverford PA
Jefferson MO
Lake Charles LA
Los Angeles CA Council
Maple Grove MN
Minneapolis MN Metropolitan Council

New York NY City Council
New York NY Redistricting Commission
Pasadena CA
Pensacola FL, Planning and Neighborhood Development
Phoenix AZ
Pocomoke MD
Pueblo y Salud CA
Richfield MN
Robbinsdale MN
Saint Louis Park MN
San Francisco CA, Department of Elections
San Leandro CA
Shorewood MN
Temple TX
Villages FL
Westport CT

## Educational Institutions

Alabama State University Center for Leadership and Public Policy
Benedict College
Claremont McKenna College Rose Institute
Cronkite School of Journalism
CUNY Graduate Center
CUNY, Medgar Evers College
George Mason University
Georgia Institute of Technology
Georgia State University
Jefferson State Community College
MARIS MS
Mississippi State University/Stennis Institute
Norfolk State University
Queens College
Paul Quinn College Urban Institute
Princeton University Woodrow Wilson School
Rice University
San Diego Community College
Southern Illinois University
University of Alabama, Dept. of Geography
University of California, Berkeley, Statewide Database
University of California, Los Angeles, Department of Urban Planning
University of Florida
University of Georgia Redistricting Services
University of New Orleans
University of Pennsylvania Law School
University of Texas, Pan American

## Interest Groups and Corporations

Aboussie & Associates
Advance Policy Institute
American Civil Liberties Union
American Public Dialogue
Analytica Research Corp.
Applied Research Coordinates
Arizona State AFL-CIO
Asian American Legal Defense Fund
Asian Law Alliance
Asian Pacific American Legal Center
Assateague Island National Seashore
Barney L. Knight and Associates
Baselice & Associates
Beacon Blue, LLC
Benedict College
BonData
Boyer & Associates
Brock, Clay, Calhoun, Wilson, and Rogers
Capitol Campaign Strategies

CAUSE
CBC Policy and Leadership Institute
Cedric Floyd
Centre d'Entreprises d'Idelux (Luxembourg)
Citizens for Fair Redistricting
Colorado Hispanic Bar Association
Community Cartography
Conservative Opportunities
Coordinating and Development Corporation
Databasics
Datatrends
DCI Group
DelBello Donellan Weingarth Tartallia
Dellums, Barauer, Halterman, and Assoc.
Delta Consulting Association
Democratic Project
DFS Associates
Electoral Geodemographics
EPIC/MRA
ERF and Associates
Fields Communications
Food Research & Action Center
Friends of Dennis Cardoza
Frontier International Electoral Consulting
Gathings, Kennedy and Associates
Geopolitical Solutions
Gilliard Blanning & Associates
Gilmore and Monahan
Girl Scouts of San Jacinto Council
Guinn and Morrison
Harris, Shelton
Heffley & Associates
Hispanic Leadership Institute
Holland and Rigby
Hong Kong Geomatics Consultants
Infinity Group
Integrated Demographic Profiles
James Blacksher
Jewish Community Relations Council
Joe Shumate and Associates
John Stennis Institute at Mississippi State University
Jones, Cork, and Miller LLP
KVUE-TV
Lapkoff & Gobalet Demographic Research
Law Offices of Darryl Piggee
Law Offices of James C. Belt
Law Offices of Rolando Rios
Law Offices of Samuel L. Walters
Lawyers' Committee for Civil Rights Under Law
Legislative Demographic Services
Levine McEvoy
Louisiana Coordinating and Development Corporation
Matrix
MALDEF
Map Applications
McNally Temple Associates
Metro Consulting
Metropolitan Area Research
Metro-Rent, Inc.
Mexican-American Legal Defense Fund (MALDEF)
NAACP Legal Defense Fund
National Demographics
Navajo Nation
Nielson Media Research
Nielson, Merksamer

Oxford Systematics
Pactech Data and Research
Panacea Consulting
PBS&J
PDQ GeoDemographics
Phillips McFall
Polidata
Precision Cartographics
Reapportionment Group 2000
Redistricting LLC
Research Advisory Services
Romero Molina
Sacks Tierney
Shephard and Staats
Smith and Mahoney, PC
Smith, Ellis, & Stuckey
South Carolina Fair Share
Southern Policy Law Center
Southern Regional Council
Teaching That Works
Texans Against Gerrymandering
Texans for Fair Redistricting
Texas Trial Lawyers Association
Tharrington Smith, LLP
USHLI
Voter Solutions
W. Hayword Burns Environmental E.C.
Whitman Soule
William C. Velasquez Institute
Xerox Corporation

# Maptitude Online Redistricting Clients

Arizona Redistricting Commission
City of Los Angeles
Fairfax VA
Idaho Legislature
New York City Districting Commission
Orange County CA

# Anthony E. Fairfax



Anthony E. Fairfax is a Demographic Consultant and President of CensusChannel LLC. For over 20 years, Mr. Fairfax worked as a demographic data & mapping consultant. Specializing in redistricting, he has personally developed hundreds of redistricting plans covering 22 different states.

During the span of his consulting tenure, Mr. Fairfax provided redistricting services and training to numerous non-profit and public sector groups. A partial list of these organizations include:

- Advancement Project;
- African American Redistricting Collaborative of California;
- Congressional Black Caucus Institute;
- Louisiana Legislative Black Caucus;
- National NAACP;
- NAACP Legal Defense Fund (LDF);
- One Voice;
- Southern Coalition for Social Justice;
- Young Elected Officials (YEO) Network.

Mr. Fairfax worked as an expert providing redistricting plans, research and analysis for several court cases. Recently, he was an expert witness for one of the plaintiffs in the recent Texas court case (Perez vs State of Texas). In addition, he was selected as the Project Director and Consulting Demographer for the Congressional Black Caucus Institute's (CBC Institute) Redistricting Project. Ten years prior, during the 2000 redistricting cycle, he was the CBC Institute's Consulting Demographer as well.

Mr. Fairfax has published two unique books: A Step-by-Step Guide to Using Census 2000 Data (2004); and The Democratic Trend Phenomenon (2008). He is an Electrical Engineering graduate of Virginia Tech and resides in Hampton, Virginia.



