IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, et al., <br><br> Plaintiffs, <br><br> v. <br> City of Virginia Beach, et al., <br><br> Defendants. | Civil Action No. 2:18-cv-0069 |

**Defendants' Memorandum of Law in Support of Motion for Summary Judgment**

# EXHIBIT SEVEN
Data Set by Douglas M. Spencer, Ph.D.

| Year | Seat | Candidate | Threshold | Black est. | se | Hispanic est. | se | Asian est. | se |
|---|---|---|---|---|---|---|---|---|---|
| **Minority Candidates** | | | | | | | | | |
| 2018 | At-large | Rouse | 45.2 | 83.0 | 6.4 | 33.3 | 21.0 | 53.0 | 15.2 |
| 2018 | Centerville | Wooten | 62.1 | 90.3 | 14.9 | 79.9 | 25.1 | 73.4 | 18.4 |
| 2016 | Kempsville | Ross-Hammond | 59.4 | 81.2 | 4.7 | 49.0 | 18.8 | 26.2 | 10.7 |
| 2014 | Rose Hall | Cabiness | 48.3 | 70.2 | 4.5 | 13.0 | 11.0 | 9.4 | 7.4 |
| 2012 | Kempsville | Ross-Hammond | 32.2 | 82.6 | 4.4 | 53.9 | 20.5 | 33.6 | 12.6 |
| 2011 | At-large | Sherrod | 37.0 | 90.2 | 4.3 | 49.5 | 22.0 | 27.2 | 12.7 |
| 2010 | At-large | Jackson | 44.8 | 52.9 | 2.5 | 11.6 | 8.6 | 6.9 | 5.0 |
| 2010 | Princess Anne | Bullock | 54.4 | 79.0 | 3.6 | 67.1 | 17.7 | 87.9 | 8.1 |
| 2008 | At-large | Allen | 44.1 | 79.4 | 3.4 | 77.0 | 14.6 | 29.8 | 9.9 |
| 2008 | Kempsville | Flores | 48.7 | 52.9 | 2.4 | 40.4 | 13.0 | 33.9 | 7.0 |
| **White Candidates** | | | | | | | | | |
| 2018 | At-large | White | 45.2 | 61.1 | 10.7 | 53.3 | 40.4 | 19.6 | 20.4 |
| 2014 | Princess Anne | Henley | 76.7 | 62.4 | 2.8 | 69.5 | 12.4 | 82.9 | 6.9 |
| 2010 | At-large | Bellitto | 44.8 | 8.4 | 2.3 | 45.2 | 12.2 | 47.2 | 6.4 |