IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway**, *et al.*,<br><br>    **Plaintiffs**,<br><br>v.<br>**City of Virginia Beach**, *et al.*,<br><br>    **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 3
Dr. Allan Lichtman's Supplemental Table R3-A and Chart R3-A

| TABLE R3-A, NEW AFRICAN AMERICAN CITY COUNCIL CANDIDATES IN VIRGINIA BEACH, 2008 TO 2018, REVISION OF KIDD TABLES 1 AND 2, CANDIDATES OF CHOICE OF MINORITY VOTERS | | | |
|---|---|---|---|
| **Black Candidates of Choice of Minority Voters, Would Have Won With Minority Votes Only** | **Actual Outcome** | **Not Candidate of Choice of Minority Voters** | **Outcome** |
| Wooten 2018 | **Won** | Wray 2018 | **Lost** |
| Rouse 2018 | **Won** | Bright 2018 | **Lost** |
| Ross-Hammond 2016 | **Lost** | Furman 2016 | **Lost** |
| Cabiness 2014 | **Lost** | Burton 2014 | **Lost** |
| Ross-Hammond 2012 | **Won** | Furman 2014 | **Lost** |
| Sherrod 2011 | **Lost** | Smith 2012 | **Lost** |
| Jackson 2010 | **Lost** | Cabiness 2010 | **Lost** |
| Bullock 2010 | **Lost** | Furman 2010 | **Lost** |
| Allen 2008 | **Lost** | Flores 2008 | **Lost** |
| Jackson 2008 | **Lost** | | |
| All assessments of minority candidate of choice are confirmed by both Ecological Regression and Ecological Inference estimates provided by Dr. Spencer. | | | |

**CHART R3-A: VICTORIES AND DEFEATS FOR BLACK CITY COUNCIL CANDIDATES OF CHOICE OF MINORITY VOTERS, VIRGINIA BEACH, 2008-2018**

