IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br> **City of Virginia Beach**, *et al.*, <br><br> Defendants | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 4
August 26, 2019 Email Disclosing Spencer Reliance Material

| | |
|---|---|
| **Subject:** | Re: Plaintiffs' Expert Rebuttal Disclosures |
| **Date:** | Monday, August 26, 2019 at 5:53:18 PM Central Daylight Time |
| **From:** | Annabelle Harless <aharless@campaignlegalcenter.org> |
| **To:** | Gerald L. Harris <GLHarris@vbgov.com>, Joseph M. Kurt <jKurt@vbgov.com>, Christopher S. Boynton <CBoynton@vbgov.com>, Gerry Hebert <ghebert@campaignlegalcenter.org>, Danielle Lang <dlang@campaignlegalcenter.org>, Christopher Lamar <CLamar@campaignlegalcenter.org>, Paul Smith <psmith@campaignlegalcenter.org> |
| **Attachments:** | Fairfax - VAB Illustrative Plan Alternative Plans Block Assignment List.zip, Fairfax - VAB_DisAggr_Analysis.zip, hartman & hidalgo.pdf, spencer_script.R |

Counsel,

Attached is the underlying data that Plaintiffs' experts relied upon in conducting their analyses, as provided by Plaintiffs' experts.

Best,

**Annabelle Harless**
Senior Legal Counsel, Voting Rights & Redistricting
O: 312.561.5508 | @a_harless
Campaign Legal Center
73 W. Monroe St., Suite 302
Chicago, IL 60603
campaignlegalcenter.org

Facebook | Twitter

---

**From:** Annabelle Harless <aharless@campaignlegalcenter.org>
**Date:** Monday, August 26, 2019 at 5:45 PM
**To:** "Gerald L. Harris" <GLHarris@vbgov.com>, "Joseph M. Kurt" <jKurt@vbgov.com>, "Christopher S. Boynton" <CBoynton@vbgov.com>, Gerry Hebert <ghebert@campaignlegalcenter.org>, Danielle Lang <dlang@campaignlegalcenter.org>, Christopher Lamar <CLamar@campaignlegalcenter.org>, Paul Smith <psmith@campaignlegalcenter.org>
**Subject:** Plaintiffs' Expert Rebuttal Disclosures

Counsel,

Pursuant to the scheduling order in this case, attached are the disclosures of Plaintiffs' rebuttal expert reports.

In a following email, I will send you the underlying data that our quantitative experts relied upon in conducting their analyses.

Best,

**Annabelle Harless**
Senior Legal Counsel, Voting Rights & Redistricting
O: 312.561.5508 | @a_harless
Campaign Legal Center
73 W. Monroe St., Suite 302
Chicago, IL 60603
campaignlegalcenter.org

Facebook | Twitter