# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

**Latasha Holloway,** *et al.*,

    **Plaintiffs,**

v.

**City of Virginia Beach,** *et al.*,

    **Defendants**

**Civil Action No. 2:18-cv-0069**

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 6
August 30, 2019 Email from Defs. Counsel Chris Boynton

| | |
|---|---|
| **Subject:** | Re: Holloway - Data referenced in Spencer rebuttal report but not provided |
| **Date:** | Monday, November 4, 2019 at 2:23:09 PM Central Standard Time |
| **From:** | Annabelle Harless <aharless@campaignlegalcenter.org> |
| **To:** | Danielle Lang <dlang@campaignlegalcenter.org> |
| **Attachments:** | image001.png, image002.png |

**From:** Christopher S. Boynton <CBoynton@vbgov.com>
**Sent:** Thursday, August 29, 2019 12:13 PM
**To:** Danielle Lang <dlang@campaignlegalcenter.org>
**Cc:** Gerald L. Harris <GLHarris@vbgov.com>; Joseph M. Kurt <jKurt@vbgov.com>
**Subject:** Holloway - Data referenced in Spencer rebuttal report but not provided

Danielle,

In Dr. Spencer's rebuttal report, he explains that his utilization of 'equivalence testing' to determine whether there is cohesion among Blacks, Asians, and Hispanics relies upon estimates of Hispanic (alone) and Asian (alone) support (and the corresponding confidence intervals) for each candidate. Although he provides those numbers for one example candidate—Mr. Rouse in 2018—he has not provided his Asian and Hispanic estimated vote totals for any other candidates. We request that you promptly provide us with that underlying data in chart format. Most appreciated.

Regards,

Chris



Christopher S. Boynton
*Deputy City Attorney*
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive
Virginia Beach, VA 23456-9004
Main Phone: (757) 385-4531
Direct Dial: (757) 385-5061
Facsimile: (757) 385-5687
email: cboynton@vbgov.com

