**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.*,<br><br>     **Plaintiffs,**<br><br>**v.**<br>**City of Virginia Beach,** *et al.*,<br><br>     **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 10
August 23, 2011 Virginian Pilot Article re: 2011 Redistricting (DEF02186)

Publication: The Virginian-Pilot; Date: Aug 23, 2011; Section: Hampton Roads; Page: B3

# Beach map angles for diversity bo

**A VOTE IS SET FOR TODAY** on a proposal that would create the first district in Virginia Beach with a majority of voters who are not white.

By Deirdre Fernandes
*The Virginian-Pilot*

**VIRGINIA BEACH**

The city soon could have its first majority-minority electoral district. Barely.

But because voters citywide still would pick the representative of that district, it's unlikely by itself to mean greater racial diversity on the City Council, council members and activists said.

The City Council will vote today on a map aimed at balancing the population in Virginia Beach's seven representative districts. The council members who have worked most closely on redrawing the lines are recommending the City Council adopt a map that would turn Centerville, near the Chesapeake border, into a majority-minority district.

The district would have 50.28 percent of voters who are nonwhite. Getting over 50 percent of minority voters in one district has been a challenge in Virginia Beach, where black, Asian and Hispanic residents are spread throughout the city.

That map, unlike the nearly dozen others proposed this summer, also addresses concerns of neighborhoods that didn't want to be split, council members who wanted to retain certain pockets of the city, and elected officials who asked that their homes be included in the districts they currently represent, Vice Mayor Louis Jones said.

"It satisfies as many of the concerns that have come to us as we could satisfy," Jones said.

But the new boundaries are unlikely to transform the City Council, which some residents have criticized for failing to reflect the diversity of the city.

A third of the city's residents are minorities, but Virginia Beach has elected two blacks and one Filipino to the City Council in its nearly 50-year history.

"I don't think the shift in any of the district lines will have an impact on future City Council elections," Councilman Glenn Davis said.

The NAACP has pushed for a voting system where only a district's residents choose the representative.

"Even if you change the voting districts, you still have the same problem," said Andrew Jackson, who was part of a community group that worked with the NAACP to develop its own map proposals.

The coalition's maps tried to keep neighborhoods together so if the city ever adopted a ward system, the boundary lines already would be in place.

But a switch to that voting system would require the General Assembly to change the city charter. Some civic groups tried unsuccessfully to change the system in the 1990s and voters defeated a referendum specifically on wards in 1996.

"That's not what the general public wants," Jones said.

Deirdre Fernandes, (757) 222-5121,
deirdre.fernandes@pilotonline.com

DEF022186