IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:18-cv-0069 |
| City of Virginia Beach, *et al.*, | |
| Defendants | |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 11
Deposition Transcript of Virginia Beach Mayor Robert Dyer



# Transcript of Robert M. Dyer

**Date:** September 11, 2019
**Case:** Holloway, et al. -v- City of Virginia Beach, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF VIRGINIA

 3                      NORFOLK DIVISION

 4     -------------------------------x

 5     LATASHA HOLLOWAY and            :

 6     GEORGIA ALLEN,                  :

 7                     Plaintiffs,  :     CASE NO.

 8     v.                          :      2:18cv00069

 9     CITY OF VIRGINIA BEACH, et al.,:

10                     Defendants.  :

11     -------------------------------x

12

13

14          Deposition of ROBERT M. DYER

15           Virginia Beach, Virginia

16        Wednesday, September 11, 2019

17                 2:10 p.m.

18

19

20     Job No. 261325

21     Pages 1 - 105

22     Reported by:  Penny C. Wile, RPR, RMR, CRR
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                2

```
1          Deposition of ROBERT M. DYER, held at the
2   offices of:
3
4
5          VIRGINIA BEACH CITY ATTORNEY
6          2401 Courthouse Drive
7          Municipal Center, Building One
8          Room 260
9          Virginia Beach, VA 23456
10         (757)385-4351
11
12
13
14
15
16
17         Pursuant to Notice, before Penny C. Wile,
18  RPR, RMR, CRR, Notary Public of the Commonwealth
19  of Virginia.
20
21
22
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                        3

```
1              A P P E A R A N C E S

2   ON BEHALF OF THE PLAINTIFFS, LATASHA HOLLOWAY

3   AND GEORGIA ALLEN:

4        DANIELLE LANG, ESQUIRE

5        CHRISTOPHER LAMAR, ESQUIRE

6        CAMPAIGN LEGAL CENTER

7        1101 14th Street NW

8        Suite 400

9        Washington, DC 20005

10       (202)736-2200

11

12   ON BEHALF OF THE DEFENDANTS, CITY OF VIRGINIA

13   BEACH, ET AL.:

14       CHRISTOPHER S. BOYNTON, ESQUIRE

15       OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY

16       2401 Courthouse Drive

17       Municipal Center, Building One

18       Room 260

19       Virginia Beach, VA 23456

20       (757)385-4351

21

22
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    4

```
 1                C O N T E N T S

 2   EXAMINATION OF ROBERT M. DYER          PAGE

 3        By Mr. Lamar                        5

 4

 5

 6

 7

 8

 9                E X H I B I T S

10   DYER DEPOSITION EXHIBIT               PAGE

11   Exhibit 1    City Council Agenda 4/19/11   42

12   Exhibit 2    Letter dated 11/2/16,

13                PLS000004                  63

14   Exhibit 3    Disparity Study excerpt    68

15   Exhibit 4    Minority Business Council

16                Minutes, 1/14/11           82

17   Exhibit 5    City Manager letter        92

18   Exhibit 6    Email from Anna Alfaro     94

19

20

21

22
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    5

```
 1              P R O C E E D I N G S
 2    Whereupon,
 3               ROBERT M. DYER,
 4    after having been first duly sworn, was examined
 5    and did testify under oath as follows:
 6     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
 7    BY MR. LAMAR:
 8        Q. Good afternoon, Mr. Dyer.  My name is
 9    Chris Lamar, and I represent the plaintiffs in
10    this case.
11        A. Okay.
12        Q. I'm going to be asking you a couple of
13    questions today.
14        A. Sure.
15        Q. But before I do, I want to get a couple of
16    ground rules out of the way before we start --
17        A. Not a problem at all.
18        Q. -- so we understand each other.
19            As you can see, the court reporter is
20    transcribing everything we say.  So the court
21    reporter is able to get everything on the record,
22    please let me finish asking my question before you
```

1    start answering, and I'll try to give you the

2    grace of letting you finish your answer before I

3    ask another question.

4            The court reporter can only record verbal

5    responses, and so when you're answering questions

6    please use verbal responses, like yes and no and

7    those kind of things.

8            We can take a break at any time.  I only

9    ask that we only take breaks after you've answered

10   a question, not while a question is pending.

11           Could you please state your name for the

12   record?

13      A.  Robert M. Dyer, D-Y-E-R.

14      MR. BOYNTON:  Just before we get going,

15   there's been some question about how we handle

16   legislative privilege in the context of the

17   depositions with the various Council members.

18           Just so we're all on the same page, do

19   you, sir, wish to assert legislative privilege as

20   to your testimony in this case?

21           THE DEPONENT:  Yes.

22      MR. BOYNTON:  So we will just address that

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    7

1    on a question-by-question basis as it comes up.

2           MR. LAMAR:  Right.

3           And let the record also reflect that

4    legislative privilege is a qualified privilege,

5    not an absolute privilege.

6           MR. BOYNTON:  The law says what the law

7    is.

8           MR. LAMAR:  It says it's a qualified

9    privilege.

10          MR. BOYNTON:  The assertion of it is in

11   play here today.

12      Q. Mr. Dyer, for the record, what is your

13   race?

14      A. Caucasian.

15      Q. All right.  Do you understand that you are

16   under oath today?

17      A. Yes, I do.

18      Q. Is there any reason why you cannot give

19   truthful answers to my questions today?

20      A. I will give truthful answers.

21      Q. Have you ever been deposed before?

22      A. Yes.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    8

1        Q. In those cases, were they related to
2    voting rights litigation?
3        A. No.
4        Q. Were they related to racial
5    discrimination?
6        A. No.
7        Q. What cases were you being deposed in?
8        A. The arena case.
9        Q. The arena case?  And what was that case
10   about?
11       A. You know, the folks that were looking to
12   build the arena, you know.  They had a lawsuit
13   against the city.
14       Q. All right.  When was that?
15       A. About a year ago.
16          MR. BOYNTON:  Are you asking him when was
17   he deposed?
18       Q. When were you deposed?
19       A. I'm not sure.
20       Q. Would you say in the past two to five
21   years?
22       A. Within the last year.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    9

1        Q. Okay.

2            MR. BOYNTON:  And even on innocuous stuff

3     I'm not supposed to fill in blanks.  That's why

4     I'm looking away when you are looking at me to

5     answer.

6            THE DEPONENT:  Not a problem.  Not a

7     problem.

8            MR. LAMAR:  Thank you for that.

9        Q. When did you first learn about this

10    lawsuit?

11       A. I would say, yes, maybe six months ago.

12       Q. So I'm going to ask you a couple of

13    questions.  And while I'm asking these questions I

14    do not want to know about communications that are

15    protected between you and your attorney.

16       A. Okay.

17       Q. What did you do to prepare for this

18    deposition?

19       A. You know, basically, I went through

20    whatever emails I had and, you know, texts.  And I

21    found no communications whatsoever.

22       Q. What email addresses did you look through?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    10

1      A. I looked through my Bob --

2  bdyer@vbgov.com, but I also have a bob.dyer which

3  is mostly my campaign account.

4      Q. bob.dyer; is that correct?

5      A. bob.dyer@cox.net.

6      Q. Okay.  You also have a -- it was a Gmail

7  account, I believe?

8      A. That was set up with my cellphone.  I

9  never use it.

10     Q. All right.  Did you also check the Gmail

11 account?

12     A. No.  Like I said, I never use it.

13     Q. All right.  I just want to back up really

14 quickly.  So you're saying that you weren't made

15 aware about this -- of this lawsuit before six

16 months ago; is that correct?

17     A. I'm just trying to guess.  Once again, you

18 know -- since, you know, May, a lot on the plate.

19     Q. Yeah.

20        When did you become Mayor?

21     A. Last November.

22     Q. Last November.  All right.  Thank you for

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    11

1    that.

2          Outside of communications protected by

3    attorney-client privilege, did you meet with

4    anyone?

5          MR. BOYNTON:  In preparation for his

6    deposition?

7       Q. In preparation for --

8       A. I met with the attorney.

9       Q. Who was present at that meeting?

10      A. Myself, Mr. Boynton, and one other

11   attorney.

12      Q. All right.  Anyone else?

13      A. That was it.

14      Q. Did you review any documents at that --

15      A. No, I did not.

16      Q. Did you take any notes at that meeting?

17      A. No, I did not.

18      Q. Did you discuss your deposition with any

19   members of the City Council?

20      A. No.

21      Q. Did you discuss your deposition with

22   former City Manager Hansen?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    12

1        A. No.

2        Q. Did you have any other meetings to prepare

3    for this deposition?

4        A. No.

5        Q. Have you had any conversations with anyone

6    else to prepare for this deposition?

7        A. No.

8        Q. Any communications:  phone, email, about

9    preparing for this deposition?

10       A. No.

11       Q. You kind of answered this before.  But did

12   you review any documents in preparation for this

13   deposition?

14       A. No.

15       Q. So no court documents, trial transcripts,

16   motions, anything?

17       A. No.

18       Q. All right.  Did you bring any documents

19   with you to this deposition today?

20       A. No.

21       Q. Is there any reason you could not be in

22   Norfolk, Virginia during the week of January 14th,

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    13

```
1    2020?  That's the week of trial.

2         A. No.

3         Q. No, you --

4         A. No.  I will be available.  No.

5         Q. Like any vacation planned or anything like

6    that?

7              MR. BOYNTON:  Mr. Wood had the best

8    answer.  He has a grandchild being born in

9    Belgium.

10        A. I'll be around.

11        Q. All right.  So what is your position now

12   with the City of Virginia Beach?

13        A. I am Mayor of Virginia Beach.

14        Q. And how long have you held that position?

15        A. Since November of 2018.

16        Q. Before you became Mayor of Virginia Beach,

17   did you hold any other positions?

18        A. I was on Virginia Beach City Council,

19   Centerville rep, since 2004.

20        Q. Have you held any other city government

21   positions?

22        A. No.
```

1      Q. Have you held any other state government

2    positions?

3      A. I was on the State Board of Physical

4    Therapy Examiners in New Jersey in -- sometime in

5    the 1980s.  That was it.

6      Q. That was in New Jersey?

7      A. That is correct.

8      Q. So it's correct to say that you were the

9    Council member for the Centerville district and

10   you ran for Mayor --

11     A. That is correct, when the Mayor stepped

12   down.

13     Q. Got it.  Okay.

14       When did you move to Virginia Beach?

15     A. 1990.  August of 1990.

16       MR. BOYNTON:  They're supposed to stick.

17       I'm referring to Post-Its, for the record.

18     Q. Tell me about your job as Mayor for

19   Virginia Beach.  What job duties do you have?

20     A. Oh.  That's rather eclectic.  It goes

21   everywhere from presiding over City Council,

22   approving the agenda, you know, budgetary matters,

1   passing -- enabling ordinances and resolutions,

2   making policy decisions, providing direction to

3   Council appointees, and, in addition, you know,

4   being -- public appearances and, you know, whether

5   it be proclamations, ribbon cuttings, that kind of

6   thing.  That's, kind of, the crux of it.

7        Q. Got it.

8          So when you say presiding over City

9   Council, are you referring to meetings?

10       A. Yes.

11       Q. Like, when there is a workshop?

12       A. I'm the guy with the gavel.

13       Q. Got it.

14         And when you say approving the agenda, do

15   you determine what's on the agenda; is that right?

16       A. Yes.

17       Q. Okay.  Is that for the City Council agenda

18   or does that also -- my understanding is that the

19   City Manager also has an agenda in certain

20   instances?

21       A. No.  These are for the city -- I just came

22   from, you know, approving the agenda for this

1    coming Tuesday.

2        Q. Okay.  Got it.

3            And, then, that goes into the Friday

4    packet?

5        A. Yeah.  It goes into the Friday packet.

6    And, then, it, you know, gets distributed to the

7    press for public announcement.

8        Q. Got it.

9            Talk to me about the budgetary matters.

10   What does that involve?

11       A. Well, the Manager, you know, presents a,

12   you know, preliminary budget, at which time we

13   then conduct public hearings, we have discussions

14   among Council members, and then, at the

15   appropriate time, you know, vote on the budget.

16       Q. Okay.  How often does this take place?

17       A. Once a year.

18       MR. BOYNTON:  Thank God, once a year.

19       A. That is the truth.

20       Q. So -- all right.  So the budgetary

21   process, is it the City Manager -- like, walk me

22   through that.  How does the budgetary process work

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    17

1    with the city?

2        A. The City Manager and his staff prepare the

3    budget for review.

4        Q. Okay.

5        A. At which time the Council assumes

6    responsibility for the disposition of the budget.

7    We conduct public hearings, three public hearings.

8    And, then, we among ourselves decide what the

9    final budget would be and vote on it.

10       Q. Okay.  So outside of this budgetary

11   process, if there is a question about what to do

12   in terms of something that relates to a budgetary

13   issue, is that the City Manager's decision?  Is

14   that correct?

15       A. Well, the City Manager -- we have a

16   Council/Manager form of government.  They're

17   responsible for a lot of the execution.  City

18   Council are the policy people.

19       Q. Okay.

20       A. The execution goes with the City Manager.

21       Q. So -- this is a hypothetical.

22       A. Sure.

Case 2:18-cv-00069-RAJ-DEM   Document 118-11   Filed 11/05/19   Page 20 of 134 PageID#

Transcript of Robert M. Dyer
Conducted on September 11, 2019                              18

```
 1        Q. Kind of follow me for a second.  So if the

 2   City Council says we're giving the City Manager a

 3   thousand dollars to, you know, construct a

 4   sidewalk, it's, then, the City Manager's job to

 5   dictate --

 6        A. To execute.

 7        Q. Yeah.

 8        A. To determine the contracts and make sure

 9   it's -- it gets done.

10        Q. Okay.  All right.  Thank you.

11           I want to back up one more second.

12        A. Sure.

13        Q. With approving the agenda, how does

14   someone get something on the agenda for City

15   Council meetings?  Let's say I want to talk about

16   a problem that I'm having in, you know, my

17   neighborhood or district or whatever.  Like, how

18   does that -- how does that work?

19        A. Okay.  Once again, it would not be an

20   agenda item.  These are ordinances and

21   resolutions.  A lot of them has to do with

22   transfer of money, allocation of different monies,
```

1    but also approving building projects, variances,

2    you know, things of that order.  If a member of

3    the community would like to speak to us on the

4    first Tuesday of the month, anybody can come

5    forward at open mic night and bring forward any

6    individual item --

7         Q. Okay.

8         A. -- without having to go through the

9    process.

10        Q. So if I'm a Council member and I want

11   to -- and I want to --

12        A. A Council member has the ability to submit

13   a resolution or an ordinance.

14        Q. Okay.  And, then, would the vote on the

15   ordinance and, then, the resolution, that happens

16   on every other Tuesday; would that be correct?

17        A. That would be -- yeah.  We have, too, we

18   have --

19        Q. Is that the workshops?

20        A. -- workshops.  Yeah.

21        Q. Okay.  So, I mean, you could -- this seems

22   like it's very straightforward.  Like, public

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                    20

1    appearances, that's more so just going out,

2    shaking hands, meeting with people?

3        A. Yeah.  You know, I have town hall

4    meetings.

5        Q. Uh-huh.

6        A. I do ribbon cuttings.  I show up at

7    people's hundredth birthdays, you know, try,

8    and -- you know -- just, you know, being

9    accessible to the public.

10       Q. What's a town hall meeting?

11       A. You know, that's where any individual

12   Council member could reserve a space.  You know,

13   like, I used to do it at Tallwood High School.

14       Q. Uh-huh.

15       A. And city management would bring in various

16   department heads and things of that nature.

17       Q. Okay.

18       A. And, then, we would invite the public at

19   large to come in and, you know, to explain to them

20   what projects are going on, explain to them -- but

21   also give them the ability to, you know, voice

22   concerns or suggestions or things.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    21

1        Q. Okay.

2        A. It's a public forum.

3        Q. So you were doing these -- I'm assuming

4    you are doing these town hall meetings as Mayor;

5    is that correct?

6        A. I did them --

7        Q. Yeah.

8        A. -- also as a Council rep.

9        Q. I guess my question is as Mayor are you

10   doing these town hall meetings around the city?

11       A. I did a series of meetings right after I

12   got sworn in, before, you know, 2019 happened.

13   And I'm planning on doing them again.

14       Q. All right.

15       A. But I do get out.  But I, also, attend

16   other Council members' meetings.

17       Q. Got it.

18          When you say 2019 happened, are you

19   saying --

20       A. I have -- between -- I got sworn in on

21   November 20th.  By December 21st, I was in every

22   district.

1      Q. Got it.  Okay.

2         I just didn't know if there was an event

3    that happened in 2019, like you were referring to.

4    But that makes sense.

5      A. Okay.

6      Q. And I'm guessing you holding -- were you

7    holding these town hall meetings -- when you were

8    the Centerville rep, were you holding these

9    meetings in Centerville?

10     A. Yes.

11     Q. Besides those things you've listed so far:

12   presiding over City Council meetings, approving

13   the agenda, budgetary matters, enabling

14   ordinances, public policy decisions, and public

15   appearances, do you have any other job duties as

16   Mayor?

17     A. But, once again, the Mayor and Council are

18   responsible for our Council appointees, which is

19   City Manager, City Attorney, City Clerk, Auditor,

20   and Real Estate Assessor.

21     Q. How often do those -- does the City

22   Council vote to approve -- can you say those names

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                23

1    one more time:  the Clerk, Attorney --

2         A. We have a City Manager, City Attorney,

3    City Clerk, Auditor, and Tax Assessor.

4         Q. Okay.  And how often -- when does the City

5    Council approve or, I guess, appoint people to

6    these positions?  Is it -- just give me -- like,

7    walk me through, like, the appointment process for

8    these positions.

9         A. When a vacancy occurs.

10        Q. Okay.  So hypothetically, if I'm City

11   Auditor, assuming I'm doing a good job, that

12   position continues until the City Council

13   finally --

14        A. Every year we do a review at the time and,

15   then, make an award of, if necessary, a pay

16   increase.

17        Q. So there is -- you know, is this annual

18   review, is that more like, sort of, a check-in

19   sort of review kind of assessment?

20        A. Yes.  Yes.

21        Q. All right.  Would you say that in your

22   position as Mayor and Council member you have a

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          24

1    lot of responsibilities?

2        A. Yes.

3        Q. Would you say that in your position as

4    Mayor does your position -- is your position

5    different compared to other Council members?

6        A. Yes.

7        Q. How so?

8        A. You know, once again, I preside over the

9    meetings.

10       Q. Uh-huh.

11       A. And, you know, the -- you know, the public

12   demand for me to make appearances, you know, is a

13   lot greater.  And, you know, I still have to work

14   a full-time job.

15       Q. So is the Mayor position also a part-time

16   position, like the --

17       A. Yes, it is.

18       Q. You believe the public demand for your

19   appearances is greater because you're Mayor; is

20   that correct?

21       A. Correct.

22       Q. What's your -- the full-time job?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          25

1        A. I am a home care physical therapist.

2        Q. Can you talk to me about that a little

3    bit?

4        A. I work for Encompass Home Care.  And I

5    am -- my service area is, you know, Virginia

6    Beach, Chesapeake, Norfolk, Suffolk.  So, you

7    know, I actually go into people's homes after they

8    had joint replacements, had a stroke, been in a

9    car wreck, or whatever.

10        Q. So it sounds like you're traveling a lot

11    around --

12        A. Quite a bit, yes.

13        Q. -- this area at least?

14        A. Yes.

15        Q. Okay.  You've talked a lot about these

16    town hall meetings.  And you've talked about the,

17    sort of, like the ribbon cuttings, and appearing

18    before -- you know, just meeting with your

19    constituents?

20        A. Then we also meet with, you know,

21    potential people that want to do business with the

22    city.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    26

```
 1        Q. Okay.

 2        A. Economic development initiatives.

 3        Q. When do those meetings happen?

 4        A. You know, parsed throughout any one of

 5   seven days a week.

 6        Q. Yeah.

 7           These are for business concerns, like

 8   across the city I'm presuming?  Like, it's not

 9   necessarily related to one district; is that

10   correct?

11        A. Correct.

12        Q. Would you say there are certain City

13   Council members who attend these business

14   meetings?

15        A. At times.

16        Q. All right.  Who are they?

17        A. You know, it depends on the meeting.

18        Q. Okay.  That's fair enough.

19           So you've been Mayor since November 2018;

20   is that correct?

21        A. That is correct.

22        Q. Since November 2018, how many of these
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    27

1   types of, sort of, like informal business meetings

2   would you say you've had?

3       A. All contexts?

4       Q. Uh-huh.

5       A. Between November 20th and May 1st, staff

6   calculated I did 155 events.  And I am probably up

7   around, I'm just guessing, 250 appearances,

8   meetings with various people.

9       Q. Okay.

10      A. Not including -- not including my City

11  Council meetings.

12      Q. Right.

13          And these are, like, more informal?  Are

14  these more like dinners, kind of like coffee shop

15  kind of settings?

16      A. All the above.

17      Q. Yeah.

18          Okay.  So you've talked a lot about some

19  of the ways you interact with your constituents.

20  Are there any other ways you interact with your

21  constituents?  Like, do you send out letters, send

22  out emails?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    28

```
1        A. I'm not an email or text person.  I'm a

2    personal contact person.

3        Q. So would you say more phone calls with

4    folks?

5        A. I prefer face-to-face, but, if necessary,

6    I do things by phone.

7        Q. Yeah.  Okay.

8            Do you use a cellphone for those calls?

9        A. Yes, I do.

10       Q. Is it the city-provided cellphone?

11       A. No.

12       Q. Is it your personal phone?

13       A. Personal phone.

14       Q. In your role as Mayor you would say you

15   work closely with the City Manager, correct?

16       A. Yes.

17       Q. In what ways do you work closely with the

18   City Manager, like outside of, like, sort of the

19   ways you've talked about with --

20           MR. BOYNTON:  I'm going to ask you, are

21   you asking generally or with respect to a specific

22   City Manager over a period of time?
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    29

1        Q. In what ways have you worked closely with

2    Dave Hansen?

3        A. You know, on a daily basis.  In a

4    Council/Manager form of government it's essential,

5    you know, that we have good communications and

6    working relations.

7        Q. Would you say the same applies now to the

8    interim City Manager?

9        A. Yes.

10       Q. Would you say -- I guess do you know if

11   the ways in which you interacted with former City

12   Manager Dave Hansen was any different from the way

13   former Mayor Sessoms interacted with Dave Hansen?

14       A. Not to my knowledge.  I wouldn't know

15   about that, to be honest with you.

16       Q. In your time on City Council do you know

17   if any other of the previous Mayors interacted

18   with any other previous City Managers in a way

19   that's different than the way you communicate?

20       A. I wouldn't have that knowledge.

21       Q. Okay.  Would you -- do you know if the way

22   you communicate with former City Manager Hansen

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          30

```
 1    and current City Manager Leahy -- is that the
 2    correct pronunciation?
 3        A. Tom Leahy.
 4        Q. Would you say that's any different from
 5    the way that the current City Council members
 6    interact with the City Manager?
 7        A. I am not aware of, you know, the way the
 8    other Council members interact.
 9        Q. All right.  Have you endorsed a candidate
10    running for a seat on the City Council?
11        A. Yes.
12        Q. Who?  I guess let me back up.
13        A. Yeah.
14        Q. Have you endorsed any candidates for City
15    Council since 2010?
16        A. Yes.  Quite a -- yes.
17        Q. All right.  Who?
18        A. Well, all right.  That would be Louis
19    Jones, Jim Wood, Rosemary Wilson.  And I did help
20    Sabrina Wooten.  She's a former student.  Just
21    trying to think along the way.  Meyera Oberndorf.
22    That's, basically, it.
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                    31

1        Q. In the 2018 election, do you remember

2    which candidates you supported or which candidates

3    you endorsed for City Council?

4        A. We kind of took a hands-off approach, you

5    know, when you run for City Council.  But like I

6    said, you know, I was -- I tried to be helpful to

7    Sabrina, but we made the election that when you

8    run, you know, best to stay in your own lane.

9        Q. So did you endorse any of the slates, I

10   guess, that were out in 2018?

11       A. No.  No, I didn't.  No.

12       Q. Okay.  Have you ever actively opposed a

13   candidate running for City Council?

14       A. No.

15       Q. Have you ever contributed money to a

16   candidate running for a seat on City Council?

17       A. To my knowledge, I have not given money to

18   anybody.

19       Q. Have you ever volunteered for the campaign

20   of a candidate for City Council?

21       A. There have been times I've gone out.  I --

22   recently Rosemary Wilson, you know, I showed up at

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    32

1    her events.  I'd show up at Michael Berlucchi's

2    events.  You know, they're both running currently.

3        Q. Uh-huh.

4          When you say show up at events, what does

5    that mean?

6        A. Sometimes they ask me to come and

7    introduce them.

8        Q. You said this was Rosemary Wilson and

9    Michael Berlucchi?

10       A. Yes.  They're both up in the special

11   election.

12       Q. Have you ever put up a yard sign for a

13   candidate running for City Council in your yard?

14       A. In my yard?  I'm just trying to think.  To

15   be honest with you, I don't believe so.

16       Q. Okay.  Have you provided any other support

17   for Virginia Beach City Council candidates?

18       A. Outside of, you know, endorsements, no.

19       Q. Okay.  Have you made any contributions for

20   Virginia state Senate races?

21       A. To my knowledge -- I'm not a big giver to

22   political campaigns.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                33

1      Q. Any other campaign contributions for

2  Virginia state elections?

3      A. I think I gave a contribution years ago

4  for Ron Villanueva, but that was years ago.

5      Q. Do you know if it was for the Delegate

6  seat?

7      A. Delegate seat, yeah.

8      Q. All right.  Did you provide any other kind

9  of support for Virginia state candidates, like

10  showing up at events?

11      A. Showing up at events, yes.

12      Q. That was for Ron?

13      A. Yes.

14      Q. When was that?

15      A. Oh, boy.  You know, I forget how many

16  years ago that was.

17      Q. Okay.  Is there anyone else you provided

18  this kind of, like, showing up at events and

19  introducing support for?

20      A. I'm trying to think.  I went to something

21  for Bill DeSteph.  He had an event.  I just showed

22  up.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                    34

1        Q. Can you spell that last name for me?

2        A. D-E and then S-T-E-P-H.

3        Q. P-H.

4        A. And, then, also recently for Tina Sinnen

5    who is running for Clerk of Court.

6        Q. Can you spell that last name for me?

7        A. S-I-N-N-E-N.

8        Q. Thank you.

9          These are the folks you're saying you've

10   shown up and done introduction for; is that

11   correct?

12       A. Yes.

13       Q. Did Louis Jones win his race, the one you

14   endorsed him for?

15       A. Yes.

16       Q. Did Jim Wood win the race you endorsed him

17   for?

18       A. Yes.

19       Q. And Rosemary Wilson did, as well?

20       A. Yes.

21       Q. And Sabrina Wooten, as well?

22       A. Yes.

```
1        Q. Did Meyera Oberndorf win her election?

2        A. No.  That's when Will Sessoms defeated

3    her.

4        Q. Was that for the Mayoral race?

5        A. That was for the Mayoral race.  Those are

6    the ones I remember.

7        Q. You said you lived in Virginia Beach

8    since --

9        A. 1990.

10       Q. 1990.

11          Since 1990, were you working as the --

12   refresh my memory.

13       A. I was a physical therapist.

14       Q. So when you first came, you were a

15   physical therapist; is that right?

16       A. Yes.

17       Q. Between 1990 and today, would you say that

18   the minority population in Virginia Beach has

19   grown?

20       A. Yes.

21       Q. Today, would you say that minorities tend

22   to live close to each other in Virginia Beach?
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    36

1          MR. BOYNTON:  I'm going to object to the

2     form of the question.  I think close is a

3     difficult thing to define.  I'd ask you to

4     rephrase to be more specific.

5          Q. Do you understand the question?

6          A. No.

7          Q. Which part don't you understand?

8          A. What do you mean by close with minority?

9          Q. What does close mean to you?

10         A. You know, together, you know, in clusters,

11    that type of thing.

12         Q. So going with that --

13         A. Okay.

14         Q. -- would you say minorities live close to

15    each other?

16         A. The way I see, you know, being a home care

17    physical therapist, minorities are distributed all

18    over the city.

19         Q. Okay.

20         A. They're representative in every district.

21         Q. All right.  Would you say they are more or

22    less distributed compared to white residents in

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    37

1   Virginia Beach?

2        A. You know, I think there is a good blend of

3   the neighborhoods, you know, different people.

4   For instance, Centerville neighborhood, you know,

5   I did volunteer.  That is the first majority

6   minority district in the city.  And I can speak to

7   Centerville and say it is a very diverse and

8   integrated area.

9        Q. Have there been any minority candidates to

10  win the election from Centerville?

11       A. Sabrina Wooten.

12       Q. Sabrina Wooten?

13       A. Yes.

14       Q. That was in 2018, right?

15       A. Yes.

16       Q. Okay.  Are there any neighborhoods that

17  you would classify as predominantly black?

18       A. Yes.

19       Q. Which ones are those?

20       A. Seatack, Level Green, College Park, Lake

21  Edward.

22       Q. I want to make sure I got them.  Seatack,

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          38

1   Level Green, College Park.  And what was the last

2   one?

3       A. Lake Edward.

4       Q. Lake Edward.

5           Are there any neighborhoods you would

6   classify as predominantly Latino?

7       A. No.

8       Q. Are there any that you would classify --

9   any neighborhoods you would classify as

10  predominantly Asian?

11      A. You know, once again, I think, you know,

12  Virginia Beach is a very blended community.

13      Q. Okay.  Are there any neighborhoods you

14  would classify as predominantly Filipino?

15      A. Good distribution.

16      Q. Same distribution.  Okay.

17          All right.  So following the 2010 census

18  the City of Virginia Beach redistricted the city's

19  seven residency districts; is that correct?

20      A. Yes.

21      Q. And you were a City Council member at that

22  time, right?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    39

1        A. Yes.

2        Q. In your role as a City Council member were

3    you involved in the redistricting that took place

4    after the 2010 census?

5        A. Yes.

6        Q. How so?

7        A. They were trying to identify a majority

8    minority district, and I stepped forward and I

9    said bring it to Centerville.

10       Q. And there were no majority minority

11   districts before the 2010 census?

12       A. Not to my knowledge.

13       Q. Did that happen?  So is Centerville now --

14       A. Yes.

15       Q. -- a majority minority district?

16       A. Yes.

17       MR. BOYNTON:  I would just ask, for the

18   court reporter's sake, to let him finish his

19   questions.

20       A. My apologies.

21       MR. BOYNTON:  You're agreeing in

22   sympathicum.  It's great, but it's hard for her to

1    take down.

2          MS. LANG:  Why don't we redo that

3    question?

4        A. Please.  Not a problem at all.

5          MR. BOYNTON:  That sounds better to me.

6    Now you're making me --

7        A. You have to forgive me.  It's New Jersey.

8        Q. Is Centerville a majority minority

9    district?

10       A. Yes.

11       Q. And it was not a majority minority

12   district before the 2010 census?

13       A. That is correct.

14       Q. Thank you.

15         Were you involved in the hiring of any

16   consultants for the redistricting after the 2010

17   census?

18       A. No.

19       Q. Did you have any conversations with anyone

20   regarding redistricting?

21       A. I spoke to then it was Vice Mayor Jones

22   and Glen Davis who were the two Council liaisons

Transcript of Robert M. Dyer
Conducted on September 11, 2019                              41

1   doing that.

2       Q. Earlier you said -- you were saying they

3   were looking for a majority minority district and

4   you said to bring it to you.  You meaning

5   Centerville?

6       A. Centerville.

7       Q. Who were those conversations with?

8          MR. BOYNTON:  I'm going to object at this

9   point.  I think we're getting in the exact type of

10  conversations that are protected by legislative

11  privilege to the extent they are not public

12  conversations --

13      A. Right.

14         MR. BOYNTON:  -- and they are limited to

15  members of City Council.  To the extent that they

16  are public conversations or they are conversations

17  with other than fellow members of City Council,

18  you're free to answer.

19      A. Okay.

20      Q. You can proceed.

21      A. You know, like I said, you know, I don't

22  remember any other conversations.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                               42

```
1        Q. All right.
2            MS. LANG:  You kind of identified who you
3    spoke to.
4            MR. BOYNTON:  He did.  That was the last
5    question, I thought.  Davis and --
6        Q. And Jones.
7            Do you know who Kimball Brace is?
8        A. No.
9        Q. All right.
10                          (Exhibit 1 was marked and
11                          attached to the transcript.)
12       Q. This is Exhibit 1.  Give you some time to
13   look over it.
14       A. Thank you.
15       Q. Are you ready?
16           So the document I've handed you is a City
17   Council agenda.  The date listed is April 19th,
18   2011; is that correct?
19       A. Yes.
20       Q. Does this City Council agenda look
21   familiar to you at all?
22       A. To be honest with you, no.  It's been a
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    43

1    while ago.

2        Q. Totally fair.

3            So in the briefing section on item agenda

4    number 1, do you see the item agenda number 1 is

5    2011 redistricting of City Council residence

6    districts?

7        A. Yes.

8        Q. Mr. Kimball Brace, president of Election

9    Data Services, do you see that?

10       A. Yes, I do.

11       Q. Do you have any knowledge of what

12   Mr. Brace's role in the redistricting process was

13   in 2011?

14       A. Quite frankly, I don't remember.

15       Q. All right.  Do you remember at any point

16   in 2011 were there any conversations regarding

17   switching to single member districts instead of

18   the current at-large system?

19       A. I have no recollection of that.

20       Q. All right.  Do you know what Election Data

21   Services is?

22       A. Quite frankly, no.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    44

1       Q. Talk to me about electing to make
2    Centerville a majority minority district.  Why
3    were you so willing to volunteer Centerville as a
4    place where the majority minority district would
5    be?
6       A. You know, to be honest with you, being a
7    healthcare, you know, professional, I just wanted
8    to see equal representation.
9       Q. With the at-large -- with the way the
10   elections work with the at-large system, do you
11   think the minority community in Centerville have
12   equal representation?
13      A. I wouldn't know how to answer that.
14      Q. All right.  So I guess my question is -- I
15   think choosing -- like, saying Centerville should
16   be a majority minority district is commendable.
17   The -- my question is, like, why do that if that
18   doesn't necessarily change who -- if minority
19   votes are still diluted?  Does that -- does that
20   make sense?
21      A. But once again -- I understand this is a
22   while ago -- there were conversations, you know,

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                    45

1    to have a majority minority district.  And based

2    on the composition that I had between African

3    Americans, Filipinos, and everything, I thought it

4    would lend itself favorably to that.

5        Q. All right.  So I guess my question is why

6    have a majority minority district if the elections

7    are still at large?

8        A. Right.  You know, once again -- you

9    know -- you know, I'm confused.  I don't -- I

10   would not know how to answer that question.

11       Q. Is it fair to say that the voters in

12   Centerville -- the majority minority district of

13   Centerville, their votes -- the people in those --

14   in that district, their voice can be drowned out

15   through the at-large system; is that fair to say?

16       A. I can't answer that.  No.  I can't answer

17   that.

18       Q. Do you know if there have been any

19   elections where the candidate that the Centerville

20   district chose was different than the candidate

21   that won the election, so, like, for example, if

22   candidate A gets, you know, 55 percent of the vote

1    out of Centerville district but candidate B gets,

2    you know, 60 percent from the rest of the city,

3    and so then candidate B wins?

4        A. Centerville district was a newly created

5    district.  It's only, if I'm not mistaken, you

6    know, 17-, 18-years-old.  And there have only been

7    three Council representatives.

8        Q. Okay.  When was Centerville created as a

9    district?

10       A. I'm not exactly sure of the date.

11       Q. Okay.  Were you the first Council member

12   to represent Centerville?

13       A. No.  Margaret Eure was the first.  I was

14   the second.  And now Ms. Wooten.

15       Q. Okay.  In order to create a majority

16   minority district you combine -- what populations

17   did you combine?

18       A. I wasn't involved in the process.

19       Q. But you just -- you just told Vice Mayor

20   Jones and, I think it was, Council Member Davis to

21   do what they need to do to create a majority

22   minority district?  Does that sound right?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    47

1       A. Yes.

2       Q. Have you -- do you recall having any

3   conversations with any former City Council members

4   about changing to a district-based system?

5       A. Not to my knowledge.

6       Q. Are you aware if any City Council members

7   have had conversations with Mr. Brace about

8   changing to a district-based system?

9       A. Not to my knowledge.

10      Q. Do you think the city should change its

11  method of electing City Council members?

12      A. Right now -- I have no opinion.

13      Q. Do you vote in City Council elections?

14      A. Yes, I do.

15      Q. Which residency district do you currently

16  live in?

17      A. I live in Lake Christopher, Centerville

18  district.

19      Q. I don't remember Lake Christopher

20  district.  Thank you.

21          Have you lived in any other residency --

22  residential district in Virginia Beach?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                      48

```
1        A. No.

2        Q. You mentioned this earlier.  But did you

3    know Sabrina Wooten before she ran for City

4    Council?

5        A. She was one of my students at Regent

6    University.

7        Q. Was that when you first met her?

8        A. Yes.

9        Q. How long has that been?

10       A. I want to say I've probably known her for

11   at least six years.

12       Q. What were you teaching?

13       A. Government.

14       Q. What do you mean by Government?  Just

15   like --

16       A. Public administration.

17       Q. Is it a specific class or is it Government

18   kind of generally, like city policies?

19       A. City policies, political management, you

20   know, other courses.

21       Q. Was this a master's program?

22       A. Master's program.
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    49

1        Q. Master's program.  Okay.

2           How long have you been teaching at Regent?

3        A. Oh, I gave that up a couple years ago.  I

4     taught there 12 years.

5        Q. Okay.  Were you mostly teaching Government

6     or was it --

7        A. Government.

8        Q. Okay.  And you supported Sabrina's

9     candidacy for City Council, right?

10       A. Let me put -- not an outward endorsement.

11    As I said, we were -- you know, we did assist her.

12       Q. Okay.  Talk to me about how you assisted

13    her.  Like, what does that look like?

14       A. I showed up at her kickoff event.

15       Q. Okay.

16       A. And, you know, she came to me for advice.

17       Q. All right.  About the --

18       A. Campaign.

19       Q. About the --

20       A. About running, when she expressed an

21    interest in running and everything.

22       Q. Okay.  When did Sabrina first approach you

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          50

1    about running for City Council?

2         A. (Moved head up and down.)

3         Q. When was this?

4           MS. LANG:  You nodded your head.

5           MR. BOYNTON:  I think his -- split your

6    questions in two.

7         A. Please.

8           MS. LANG:  So did Sabrina Wooten approach

9    you?

10        A. Yes.

11   BY MR. LAMAR:

12        Q. Did Sabrina Wooten approach you about

13   running for City Council?

14        A. Yes.

15        Q. And when was this?

16        A. I have -- it was sometime before election

17   season.  I'm not sure when.

18        Q. Would you say, you know -- over six years.

19   Would you say three years ago?

20        A. It was -- no.  It was -- I'm not -- like I

21   said -- see, I was Centerville rep, and then I ran

22   as -- you know, for the election, and then the

Transcript of Robert M. Dyer
Conducted on September 11, 2019                         51

1    vacancy came up.

2        Q. So when does election season for, like,

3    the 2018 election, when does election season

4    start?

5        A. It depends.  But the Mayor resigned in

6    April of 2018, and that's when I -- I declared May

7    1st of 2018.

8        Q. And when was the launch of her event?

9        A. I don't recall.

10       Q. Okay.  Would you -- was the launch of her

11   event after you announced your candidacy for

12   Mayor?

13       A. Yes.

14       Q. In preparation for her candidacy, how many

15   times did you-guys meet?

16       A. Just -- I really don't recall.

17       Q. All right.  When you-guys were meeting,

18   did you encourage her to run?

19       A. Yes.

20       Q. Did you have any -- so you talked about

21   with Sabrina -- you had these meetings for the

22   kickoff, you showed up at the kickoff event, and

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    52

1   you had meetings with her outside of that.  Did

2   you do any of those activities for any other

3   candidates?

4         MR. BOYNTON:  Are you asking for that

5   election cycle?

6         MR. LAMAR:  Yes.

7      A. Like I said, you know, we -- I focused on

8   my own race.

9      Q. Okay.  When Sabrina -- all right.  So

10  backing up, when Sabrina reached out to you to

11  express her interest in running for City Council,

12  how did -- how did she do that?  Was it phone

13  call, email?

14     A. You know, I forget what it was, but, you

15  know -- like I said, it was -- I don't recall

16  exactly when or how.

17     Q. Yeah.

18        When you were having the discussions about

19  her running for City Council, was that in-person?

20     A. Yes.

21     Q. Did you know Aaron Rouse before he ran for

22  City Council?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                   53

1        A. Yes.

2        Q. How long did you know him?

3        A. That's when I met him.

4        Q. When he ran for City Council is when you

5    met him?

6        A. Yes.

7        Q. All right.  Had you ever heard of him

8    before he ran for City Council?  Like, had you

9    heard the name before?

10       A. Not really.

11       Q. All right.  Did you support his candidacy

12   at all?

13       A. No.

14           Oh.  Wait a minute.  God.  It's still no.

15   No.

16       Q. Okay.

17       A. I'm just trying to think back then.

18       Q. Did you show up at any kickoff events?

19       A. I did show up at his kickoff event, yes.

20       Q. Do you know if any Latino candidates have

21   ever been elected to City Council?

22       A. Not to my knowledge.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    54

1      Q. Do you know if any Asians have been

2   elected to City Council?

3      A. Ron Villanueva.

4      Q. Did you support Ron's candidacy when he

5   was running for City Council?

6      A. I actually ran against him in 2002.

7      Q. That's a no, I'm assuming?

8         MR. BOYNTON:  At least in that one.

9      Q. Do you recall there being an incident

10  where there were two sets of sample ballots being

11  passed out by poll workers?  Does that sound

12  familiar to you at all?

13     A. (Moved head from side to side.)

14        MR. BOYNTON:  You need to answer verbally.

15     A. No, I did not.

16     Q. And so there were concerns that at a

17  polling station a candidate -- it's not

18  particularly clear who, but a candidate was

19  passing out or workers for a candidate were

20  passing out two sets of sample ballots, one -- and

21  they were based on color.  One Aaron Rouse's name

22  was on the sample ballot, but on the other sample

1    ballot Aaron Rouse's name was not on it, and that

2    was the only difference between the two sets of

3    sample ballots.  Does that sound familiar to you

4    at all?  Have you heard this before?

5        A. I have not heard that, no.

6        Q. All right.

7           MS. LANG:  Should we take a break before

8    you launch into the next section?

9           MR. BOYNTON:  Are you going to launch,

10   really, a full launch?

11          MS. LANG:  A full launch.

12          MR. LAMAR:  Above the clouds.

13          (A recess was taken.)

14       Q. Continuing on.

15       A. Okay.

16       Q. So talk to me about how do you communicate

17   with other Council members.  If you want to reach

18   out to another Council member, how do you do so?

19       A. I prefer face-to-face, phone.

20       Q. Anything else?

21       A. That's, basically, it.

22       Q. What would you say is the breakdown

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          56

1    between face-to-face and phone conversations?

2          A. It depends.  It really does.

3          Q. What does it depend on, would you say?

4          A. On the issue, what it's about, you know.

5    It's, you know -- but, you know, I prefer voice --

6    you know, voice interaction.

7          Q. All right.  When you're doing

8    face-to-face, where do you meet them?

9          A. Now that I have an office, in my office.

10   Council -- district people don't have offices

11   where we would meet.

12         MR. BOYNTON:  That came up this morning.

13         A. Yeah.

14         Q. And I'm guessing you also discuss city

15   business with face-to-face and phone

16   conversations?

17         A. Yes.

18         Q. Is that right?

19         Do you discuss city business with other

20   Council members via text message?

21         A. No.  I prefer, you know, voice.

22         Q. All right.

1      A. You know --

2      Q. It's understandable.

3      A. Yeah.

4      Q. So you -- I want to be clear about this.

5   You've never, like, sent an email or a text

6   message to a Council member about city business?

7      A. On rare occasions.  I prefer not to.  If I

8   get a text -- sometimes if I get a text, I'll call

9   back.  That's the way I prefer to do it.

10     Q. Just guessing, when was the last time you

11  think you sent a text message about -- to a City

12  Council member about city business?

13     A. I tell you what, I can't really recall

14  because I really, you know -- like, you know, a

15  member will -- like I said, they'll text me, and

16  I'll call back.

17     Q. Okay.  What was the last time you would

18  say you received a text message from a Council

19  member about city business?

20     A. You know, one Councilman sent me a

21  message, but then I spoke to him face-to-face.

22     Q. Got it.  Okay.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    58

1        Did you produce any of the relevant text

2   messages to plaintiffs, if there are any relevant

3   text messages?

4        MR. BOYNTON:   That assumes there are any.

5        Q. First question, are there any relevant

6   text messages?

7        A. No.

8        Q. When you were -- you recall looking at the

9   Rule 45 subpoena, correct?

10       A. Yes.

11       Q. What accounts did you search for when you

12   produced the documents pursuant to the subpoena?

13       A. Well, just -- you know, once again, I --

14   first of all, I had no recall of any, you know,

15   that type of thing.

16       MR. BOYNTON:   I believe he offered some

17   testimony earlier on in deposition.

18       MR. LAMAR:   That's fine.  I was getting

19   there.  That's fine.

20       A. Yeah.

21       Q. Do you have any -- when you were running

22   for Mayor and when you were running for Council

1    member, did you have any campaign materials?

2        A. Yes.

3        Q. Did you produce any of those campaign

4    materials, like flyers or anything like that?

5        A. No.

6        Q. Why not?

7        A. I just, basically, had a website and, you

8    know, things of that nature, and some of the other

9    things.

10       Q. When you were running for Mayor and as

11   Council member, did you have the same campaign

12   staff for both -- for, like, those elections?

13       A. For the most part.

14       Q. Okay.  How large was your staff?

15       A. Two paid.  That was it.  And, then,

16   volunteers.

17       Q. So two paid staff and --

18       A. Volunteers.

19       Q. Everyone else are volunteer staff?

20       A. Yes.

21       Q. Do you think your campaign staff kept your

22   campaign materials?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    60

1        A. You know, basically, I had signs and the

2    website.

3        Q. What was on the website?

4        A. You know, just my bio and, you know, what

5    I intended to do and, you know, pledged to do,

6    things of that nature.

7        Q. Did you have any social media?

8        A. Yeah.  We did have social media.

9        Q. Which social media -- I guess which -- I'm

10   sorry.  Which social media websites did you have

11   an account?

12       A. Facebook.

13       Q. Facebook?

14       A. Yeah.

15       Q. Were there any -- were you using any other

16   social media accounts:  Twitter, Instagram?

17       A. I think we did use -- let me put it this

18   way.  I had somebody do my -- I am not a tech

19   person at all.  I loved my beeper so much back in

20   the day, but, you know...

21       Q. What were the names of your -- the paid

22   campaign staff?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    61

1        A. Okay.  Brian Kirwin.

2        Q. Can you spell that?

3        A. K-I-R-W-I-N.  And Jimmy Frost, F-R-O-S-T.

4    He was my web designer.

5        Q. Jimmy Frost was the web designer?

6        A. Yes.  And social media.

7        Q. What was Brian's title?

8        A. Campaign Manager.

9        Q. All right.

10       A. Those were the paid people.

11       Q. Yeah.

12          Did you have Jimmy Frost look through the

13   website to see if there were any responsive

14   documents?

15       A. Frankly, no, because, like I said, I don't

16   remember anything that had to do with that topic.

17   I think a question or two may have came up during

18   forums, but that was it, but I had no, you know,

19   position on that.

20       Q. All right.  Do you remember your account

21   name for -- on Facebook?

22       A. Bob Dyer for Mayor.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    62

1    Q. All right.

2    A. Bobby Dyer for Mayor.  I'm sorry.

3    Q. No problem.

4       Okay.  All right.  Let's talk a little bit

5    about the disparity study.

6    A. Okay.

7       MR. BOYNTON:  Can we move these?  Are we

8    done with these?

9       MR. LAMAR:  We're done with those.  I'm

10   sorry.

11      MR. BOYNTON:  Those go to him.  And she

12   keeps the one with the sticker on it.

13   A. There you go.

14   Q. Isn't it true that minority members of the

15   community had been asking for a disparity study

16   for a while?

17   A. Yes.

18   Q. What is the Virginia Beach

19   Interdenominational Ministers Conference?

20   A. You know, that's comprised of Gary

21   McCollum, Reverend Allen, and a few others.

22   Q. I'm sorry?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    63

1        A. Pardon?

2        Q. Who is Bruce Smith?

3        A. Bruce Smith is, you know, a friend and

4    colleague of mine that I've been working with for

5    three-and-a-half years now.

6        Q. Had you heard of Bruce Smith before three

7    years ago?

8        A. Obviously, yes.

9        Q. Outside of football, had you heard of

10   Bruce Smith in Virginia Beach?

11       A. Yes.

12       Q. Isn't it true that groups, such as the

13   Ministers Conference, and individuals, such as

14   Mr. Smith, were asking for a disparity study

15   before you became Mayor?

16       A. Yes.

17       Q. Is it true November 2016 Bruce Smith sent

18   a letter to Mayor Sessoms calling for a disparity

19   study?

20       A. To my recollection, yes.

21                    (Exhibit 2 was marked and

22               attached to the transcript.)

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                64

1        Q. So I'm handing you what has been marked as

2    Exhibit 2 by the court reporter.

3        A. Uh-huh.

4        Q. Have you seen this document before?

5        A. Yes, I have.

6        Q. What is it?

7        A. It's a request for a disparity study.

8        Q. What were your thoughts when you saw this

9    letter?

10       A. You know, I agreed that Mr. Smith had

11   difficulty doing business with the city and it was

12   of a contractual nature, inability to get, you

13   know, some of his projects through.

14       Q. Why do you believe he was having

15   difficulty in getting contracts with the city?

16       A. Tell you what, I'm not -- I am not aware

17   of the specific reason.

18       Q. All right.  Are you testifying that

19   Mr. Smith was only requesting a disparity study

20   because of his personal inability to get city

21   contracts?

22       A. Mr. Smith and I had a number of

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          65

1    conversations --

2        Q. Uh-huh.

3        A. -- and concerned, you know, providing a

4    better level playing field to, you know, be

5    able -- for anybody to do business with the City

6    of Virginia Beach.  We have been in those

7    conversations for a number of years.

8        Q. Do you believe at least part of

9    Mr. Smith's difficulty in getting contracts with

10   the city was because of his race?

11       A. I don't think it was necessarily -- I

12   really don't know how to answer that.  It was --

13   you know, a number of developers have experienced

14   frustrations doing business with the city.

15       Q. Would you say it's difficult for a lot of

16   developers to get contracts with the city?

17       A. Perception-wise this is a common thing

18   I've heard since I've been on Council.

19       Q. Do you think that's the reality?

20       A. To a degree, yes.

21       Q. All right.  What do you think is the

22   difference between, I guess, the perception and

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    66

1    reality?

2        A. Well, you know, one of the -- you know, I

3    started a Process Improvement Task Force years ago

4    to help improve the processes that people are able

5    to do business, you know, with the city.  And

6    we've been working on that for seven years.

7        Q. Would you say a lot of minority developers

8    have trouble getting contracts with the city?

9        A. We actually did a study and found out that

10   it was an across-the-board difficulty in doing,

11   you know, business.

12       Q. So if everyone is having difficulty in

13   getting contracts with the city, who isn't having

14   difficulty in getting contracts with the city?

15       A. You know, there might be -- you know, once

16   again, there is a perception that some developers,

17   you know, get carte blanche and others have more

18   difficulty.

19       Q. Why did it take so long for a disparity

20   study to happen?

21       A. You know, a couple reasons.  And, you

22   know, I was with the Minority Business Council at

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    67

1    the beginning.  And there were some minorities

2    that wanted a disparity study.  Others did not

3    think it was necessary.  And, you know, once

4    again, the city through the Minority Business

5    Council initiatives with the Purchasing Department

6    were making some good gains going forward.  And,

7    you know, so -- you know, but, once again, it was

8    a mix.  Not everybody wanted it.

9       Q. Okay.  By not everyone wanting it, who are

10   you -- are you referring to members on the

11   Minority Business Council?

12      A. Minority Business Council and some people

13   in the community at large.

14      Q. Why -- okay.  First question is why were

15   there people on the Minority Business Council who

16   did not want the disparity study?

17         MR. BOYNTON:  If they expressed it to you

18   or you know for some reason, you can answer.

19   Don't speculate.

20      A. I really can't speculate as to the reason.

21   But, you know, it was -- you know, I think, once

22   again, I think some people in the Minority

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    68

1    Business Council felt we were making progress --

2    you know, significant progress, which we were.

3         MR. BOYNTON:  You're almost out of Post-It

4    notes.

5       A. Yeah.

6       Q. Which City Council members didn't want the

7    disparity study?

8       A. I don't think I could, you know, respond

9    to that with, you know...

10      Q. Were there any City Council -- do you

11   remember any City Council members publicly stating

12   they did not want a disparity study?

13      A. I don't recall, you know, publicly, but --

14        MR. BOYNTON:  Again, I'd ask you not to

15   answer to the extent it relates to private

16   conversations with other Council members.

17      Q. Which is why I said publicly.

18        MR. BOYNTON:  I'm just --

19      A. Yeah.  It wasn't a public thing.

20        MR. LAMAR:  This is Exhibit 3.

21                   (Exhibit 3 was marked and

22               attached to the transcript.)

1     Q. Okay.  I've handed you what the court

2  reporter has marked as Exhibit 3.

3     A. Okeydokey.

4     Q. Have you seen this document before?

5     A. I've seen excerpts of this, yes.

6     Q. I'll represent to you this is the

7  executive summary --

8     A. Okay.

9     Q. -- and not the complete document because I

10  think the whole document is almost 500 pages.

11        So the city revealed the final disparity

12  report in October 2018?  Does that sound about

13  right to you?

14     A. That is correct.

15     Q. And the study found that "Overall, the

16  participation of minority- and woman-owned

17  businesses in contracts that the city awarded

18  during the study period was substantially lower

19  than one might expect based on availability of

20  those businesses for that work."  Is that correct?

21     A. That is correct.

22     Q. Why weren't there procedures in place

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          70

1    before the disparity study to ensure the adequate

2    participation of minority-owned businesses in city

3    contracts?

4            MR. BOYNTON:  Objection.  Assumes facts

5    not in evidence.

6            You can answer.

7        Q. You can answer.

8        A. As I said, we were working diligently

9    through the Minority Business Council, you know,

10   to -- you know, to make those strides.  And over

11   the last couple of years we hired an individual by

12   the name of Taylor Adams, who came in with just a

13   plethora of knowledge and ideas.  And we have made

14   significant progress in the last couple of years.

15       Q. All right.  Were there procedures in place

16   before the -- were there procedures in place to

17   assure the adequate participation of

18   minority-owned businesses before the disparity

19   study was --

20       A. Let me -- we were moving in that

21   direction.

22       Q. Okay.  Okay.  Have there been any reports

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    71

1    on the updated status of the participation of

2    minority-owned businesses since the disparity

3    report was released?

4        A. From my knowledge, we had a briefing by

5    Taylor Adams that over the last I forget how many

6    years substantial progress has been made in moving

7    in that direction.

8        Q. You said the last several years?

9        A. Yes.

10       Q. Can you give me a timeframe?

11       A. I can't give you an exact timeframe.

12       Q. I mean, just a ballpark?

13       A. It is available.  I would say the last

14   three years, approximately.

15       Q. Okay.

16       A. I can't guarantee that.  But a number of

17   innovative initiatives have been put in place to

18   address this.

19       Q. Tell me about those initiatives.

20       A. Oh, my goodness.  We've been doing things

21   like Contractors Institute.  Hampton University

22   put out a report where a number of the minority --

1    Hampton University put out a report that a number

2    of minority contractors lacked capacity to do the

3    work.  So what we did, we tried -- we had these

4    things called the Contractors Institute where we

5    would put people together and try to line up so,

6    two things, people could actually, you know, work

7    conjointly to qualify for the work or, you know,

8    better ways to, you know, fill out the

9    applications and do things.

10          And, you know, we changed, you know, the

11   bond requirements and, you know, things along that

12   line.  But it was also educating the community,

13   you know, on better ways -- on how to more

14   effectively work with the city.

15       Q. All right.  So the -- correct me if I'm

16   wrong.  Are you saying the Contractor Institute,

17   did that -- would you say that came up as a part

18   of the report released by Hampton?

19       A. It was -- we actually started that a

20   little bit before.

21       Q. Okay.

22       A. But, once again, we realized some of the

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    73

1    frustrations people were, you know, encountering

2    doing business with the city.

3        Q. So you -- kind of correct me if -- I just

4    want to make sure I understand, sort of, like the

5    role of the Contractor Institute.  If I'm -- if

6    I'm a contractor company A and I can do things 1,

7    2, and 3 --

8        A. Right.

9        Q. -- and, then, there is contractor B that

10   can do things 4, 5, and 6, and the contract asks

11   for -- the contract from the city is a joint

12   contract asking for items 1, 2, 3, 4, 5, 6, is the

13   point of the Contractor Institute, is it to bring,

14   like, A and B --

15       A. The system is to bring together -- oh.

16   I'm sorry.  My apologies.

17            MR. BOYNTON:  You're good.

18       Q. I can just -- do you need me to ask it

19   again?

20            Is the point of the Institute to sort of

21   bring contractor A along to, like, introduce them

22   to contractor B and they can sort of submit a

Transcript of Robert M. Dyer
Conducted on September 11, 2019                            74

1    joint --

2        A. That would be a representation.

3        Q. Okay.

4        A. The idea is to, you know -- to, you know,

5    find methods and ways that various businesses can

6    come together, maybe file it conjointly to qualify

7    to do the work.

8        Q. Okay.  Thank you.

9            I want you to turn to pages 11 through 14.

10       A. Uh-huh.

11       Q. Please.

12       A. Sure.

13       Q. I believe it's page 11, but I'm not 100

14   percent sure.

15           Actually, let's start on page 12.

16       A. Okay.

17       Q. So what we're looking at is the

18   suggestions for program implementation; is that

19   correct?  So on the previous page, on page 11 --

20       A. Okay.

21       Q. -- Section E says program implementation?

22       A. Uh-huh.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    75

1          MR. BOYNTON:  Take enough time to make

2    sure you know where you are.

3          Actually, that's not -- that's the report

4    page 11, not --

5       Q. DEF10920.

6          MR. BOYNTON:  I think I zipped past it.

7    There you go.

8       Q. On DEF10920, that says program

9    implementation, section E.  Do you see that?

10      A. Section E.  Yep.

11      Q. And, then, turning the page, it looks like

12   a couple of recommendations from the company

13   responsible for drafting this report; is that

14   correct?

15      A. That is correct.

16      Q. You see the -- one of the suggestions is

17   the creation of a SwaM office.  Do you see that

18   part?

19      A. Yes.

20      Q. Has a SWaM office been created?

21      A. To be honest, I am not sure.

22      Q. All right.  SWaM stands for --

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    76

1        A. Yes.  I know.  Small, Woman- and -- yes.

2        Q. Just get on the record, Small, Woman- and

3    Minority-Owned Businesses; is that correct?

4        A. Yes.  That is correct.

5        Q. The next suggestion is data collection.

6    The second sentence, which is the third line down

7    in that paragraph, says, "However, the city does

8    not maintain an adequate link between its

9    contracting and payment information and could

10   easily do so in its current system."

11        Has there been any changes to the data

12   collection method done by the city?

13        A. To my knowledge and understanding, there

14   were moves made in this regard, but I'm not

15   exactly sure of the specifics.

16        Q. Okay.  We can turn to the next page.  And

17   we see subcontract opportunities?

18        A. Uh-huh.

19        Q. The first sentence reads, "Subcontracts

20   often represent accessible opportunities for small

21   and diverse businesses to become involved in

22   contracting."

Transcript of Robert M. Dyer
Conducted on September 11, 2019                               77

1          Have you seen -- do you know if there's

2    been an increase in subcontracting opportunities

3    with the city?

4        A. Not to -- not to my knowledge.

5        Q. All right.  We can go down to the next one

6    of unbundling -- I'm sorry -- to -- skip contract

7    goals and go down to unbundling large contracts.

8        A. Uh-huh.

9        Q. Do you see the first sentence reads, "In

10   general, minority- and woman-owned businesses

11   exhibited reduced availability for relatively

12   large contracts that the city awarded during the

13   study period."

14         And this -- the paragraph continues, "In

15   addition, as part of the in-depth interviews and

16   public meetings, several business owners reported

17   that the size of government contracts often serves

18   as a barrier to their success.  To further

19   encourage the participation of small and diverse

20   businesses, the city should consider making

21   efforts to unbundle relatively large prime

22   contracts and even subcontracts into several

1    smaller contracts."

2          To your knowledge, has the City of

3    Virginia Beach done that so far?

4       A. To my knowledge, I believe Taylor Adams

5    did make recommendations in that regard.

6       Q. So talk to me about the Taylor Adams

7    recommendations.  When were they made?

8       A. He has been -- you know, since he came on

9    board, I guess, maybe around three years ago now,

10   I'm not sure, he's been -- he's been building

11   positive bridges with the Minority Business

12   Council and coming up with ways and means.  And if

13   I'm not mistaken, I do believe unbundling was one

14   of recommendations.

15      Q. What's Taylor Adams' -- do you know Taylor

16   Adams' official title?

17      A. Right now -- he was over Purchasing, but

18   now he has been promoted to our Director of

19   Economic Development.

20      Q. All right.  Have any of those -- okay.  So

21   how many recommendations has Taylor Adams made so

22   far, to your knowledge?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                          79

1        A. I cannot, you know, give you an exact

2    account.

3        Q. Can you give me a ballpark?  Three?  Four

4    to three?

5        A. I'm sure the information is available.  I

6    can't supply it at this time.

7        Q. Of the ones -- can you just tell me about

8    the recommendations Taylor Adams has made -- that

9    you know that Taylor Adams has made?

10       A. There was a detailed presentation that he

11   made at one point where he articulated those, but

12   I can't recall specifically.

13       Q. All right.  To your knowledge, of the

14   recommendations that Taylor Adams has made, have

15   any of them been implemented?

16       A. I can't guarantee it, but, from what I

17   understand, they were moving in that positive

18   direction.

19       Q. So as -- I just want to kind of back up

20   for a quick second.

21            As a City Council member and as Mayor --

22   as now Mayor, you're saying that the

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    80

1    responsibilities are -- your responsibilities are

2    presiding over City Council?

3         A. Right.

4         Q. Approving the agenda, budgetary matters,

5    and policy decisions?

6         A. Right.

7         Q. When Taylor Adams makes any of his

8    recommendations, does that have to go through City

9    Council or can he do those sort of unilaterally?

10        A. Well, in a Council/Manager form of

11   government he would move forward, but he does

12   brief Council on his actions.

13        Q. All right.  Do you know how often he has

14   to brief Council?

15        A. As needed.

16        Q. All right.  Would he have to -- when he's

17   briefing Council, is he briefing -- let me back up

18   for a second.

19            Would he have to brief Council for both

20   the policy decisions for the recommendations and

21   the budgetary requests or would it just --

22        A. A couple of areas.  First of all, the

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    81

1    Minority Business Council gives us their annual,

2    you know, review about, you know, what was going

3    on, what was kind of accomplished.  But, also,

4    certainly there were other briefings associated

5    with the disparity study, you know, results.  And

6    I believe he did do a follow-up briefing right

7    after the -- when the disparity study was

8    presented.

9        Q. All right.  All right.  Do you recall if

10   any of his recommendations would require budgetary

11   adjustments?

12       A. I don't recall.

13       Q. Would you say a disparity still exists in

14   the procurement of city contracts for

15   minority-owned businesses?

16       A. To a degree.  I'm not sure, but be assured

17   we are working diligently, you know, to correct.

18       Q. Yeah.

19       A. And if I'm not mistaken, we actually

20   increased, you know, the requirement -- I'm not

21   sure -- maybe from, you know, a goal of 10 percent

22   to 12 or 14 percent, you know.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    82

1       Q. All right.

2       A. You know, we're moving in that.  We are

3   moving positively.

4       Q. Has the city previously reached a goal of

5   10 percent?  Has the city ever -- to your

6   knowledge, has the city ever reached a goal of 10

7   percent?

8       A. No.  To my knowledge, no.

9       Q. Yeah.

10      All right.  I think we're done with the

11  disparity study.

12      MR. BOYNTON:  I'll be the housekeeper.

13      A. Thank you.

14      MR. BOYNTON:  Give her the Post-Its.  She

15  can recycle them.  A tree died for these

16  scribbles.

17      A. I still like paper a lot better.

18                  (Exhibit 4 was marked and

19              attached to the transcript.)

20      Q. All right.  So I have handed you what has

21  been marked Exhibit 4 by the court reporter.

22      A. Uh-huh.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    83

1        Q. Have you seen this document before?

2        A. I don't recall this one in particular.

3        Q. All right.  To you, what does it look

4   like?

5        A. It looks like the minutes from a Minority

6   Business Council meeting from 2011.

7        Q. Okay.  Were you a liaison with the

8   Minority Business Council?

9        A. Yes, I was.

10       Q. How long were you a liaison with them?

11       A. Fourteen years.

12       Q. Did you step down from being a liaison

13   when you became Mayor; is that correct?

14       A. Yes.

15       Q. So from 2004 to 2018?

16       A. Yes.

17       Q. Who was the liaison after you?

18       A. Shannon Kane and -- I'm trying to think.

19   I believe that Aaron Rouse is now.

20       Q. That's right.  Okay.

21          All right.  So talk to me a little bit

22   about the Minority Business Council.  Who was on

1    it?  Like, how do you become a member of the

2    Minority Business Council?

3         A. Basically, if there is a vacancy the chair

4    of the Minority Business Council would make

5    recommendations.  And, then, we would, you know,

6    approve the recommendations in closed session

7    during our Council appointments phase.

8         Q. So everyone who is on the Council has been

9    approved by City Council --

10        A. That is correct.

11        Q. -- at some point?

12        A. But they also have affiliate members.  But

13   the actual members are approved by City Council.

14        Q. Like, the actual -- the actual, like,

15   Minority --

16        A. Yes.

17        Q. -- Business Council is approved by City

18   Council?

19        A. Correct.

20        Q. Are the -- looking at this page, are the

21   associates also approved by City Council, do you

22   know?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                              85

```
 1        A. No.  No.
 2        Q. All right.  To your knowledge, how do
 3   vacancies on the Minority Business Council
 4   generally occur?  Is it someone steps down or is
 5   it, like, someone resigns or --
 6        A. Two basic reasons.  First of all, you get
 7   cycled off after so many years of appointment.
 8        Q. Okay.
 9        A. And the other thing is somebody may
10   voluntarily step down.
11        Q. All right.  Is there a term limit for
12   Council members or -- for the Minority Business
13   Council members?
14        A. I'm going to say it's four years or two
15   years.  I'm not -- it just, you know, skips my
16   mind right now.  But almost every Council
17   appointee, you know, does have a limit.  And that
18   has to be neither reappointed -- and, then, after
19   so many reappointments they're not eligible
20   anymore.
21        Q. All right.  When you were a liaison to the
22   Minority Business Council, did you believe
```

1   minorities had an equal opportunity to do business

2   with the city?

3       A. There were definite areas of improvement

4   that were needed.

5       Q. All right.  What would you say those areas

6   were?

7       A. You know, just to make sure that, you

8   know, people were qualified, and, you know -- you

9   know -- you know, we were, you know, to help them,

10  you know, be able to provide the capacity to, you

11  know, to do the work and things of that nature.

12        There was a lot of -- Minority Business

13  Council would run expos and different types of

14  events, you know, to -- you know, to encourage

15  people to come forward and -- you know, that type

16  of thing.

17      Q. Would you say there was sort of -- at this

18  time, I guess -- I guess sticking with sort of

19  around this time when you're on the Council, would

20  you say there is a difference between the

21  capabilities of minority businesses versus what

22  capabilities the city needed in terms of handing

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    87

1     out contracts?

2         A. I believe that, you know, a lot of folks

3     were -- you know, were struggling with capacities

4     and being able to do.  That was across the board.

5     But, you know, we certainly wanted to -- we were

6     actively pursuing increasing minority

7     participation.  That was one of our goals.

8         Q. All right.  Okay.  So this document says

9     that there was a Minority Business Council meeting

10    on January 14th, 2011.  Do you see that?

11        A. Uh-huh.  Yes.

12        Q. And it has your name listed as a liaison.

13    Do you see that?

14        A. Yes.

15        Q. It also says you were absent?

16        A. That is correct.

17        Q. If you were absent from a meeting, would

18    you see the minutes from the meeting after that?

19        A. We usually get the minutes at the next

20    meeting.  And we always like to try to make sure

21    one of the liaisons is there.

22        Q. Okay.  I want to direct your attention to

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    88

1    DEF12945.

2        A. Okay.

3        Q. All right.  Do you see that this is a

4    PowerPoint presentation?

5        A. That is correct.

6        Q. You see that this presentation is titled

7    Small, Woman-Owned and Minority Business

8    Procurement?

9        A. Yes.

10       Q. Do you see the next line which says

11   Today's Agenda?

12       A. Yes.

13       Q. Do you see the agenda items are minority

14   procurement trends in Virginia Beach, state

15   disparity study review, current city practices,

16   alternatives, and recommendations, respectively?

17       A. Correct.

18       Q. Do you see the slide titled Introduction?

19       A. Yes.

20       Q. Do you see the slide that states MBC

21   created by Council in 1995 --

22       A. Correct.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                     89

1          Q. -- to encourage small, woman-owned and
2     minority-owned businesses to participate in city
3     contacting?
4          A. Yes.
5          Q. Do you see the next bullet point where it
6     says minority participation has not grown
7     significantly?
8          A. That is correct.
9          Q. All right.  Let's turn to the next page.
10    Do you see the slide titled Commonwealth
11    Procurement Disparity Study?
12         A. Yes.
13         Q. Do you see that the conclusion is M/WBE
14    utilization was low at 1.27 percent; MBE was only
15    .44 percent?
16         A. Uh-huh.
17         Q. M/WBE stands for minority- or woman-owned
18    business enterprises; is that correct?
19         A. Uh-huh.  To my knowledge, yes.
20         Q. And MBE stands for minority-owned business
21    enterprises, correct?
22         A. Yes.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    90

1      Q. Let's turn to the next page.  Do you see

2    the slide titled Recommendations, bottom left

3    corner?

4      A. Yes.

5      Q. Do you see the recommendation that the

6    City Council adopt a "resolution that acknowledges

7    and supports the Commonwealth Disparity Study as

8    representative of Virginia Beach's results and,

9    therefore, a disparity study is not necessary"?

10     A. Yes.

11     Q. To your knowledge, did the City Council

12   adopt this resolution?

13     A. To my knowledge, I don't remember, to be

14   honest with you.

15     Q. Do you know if you advocated for adopting

16   or not adopting this resolution?

17     A. I don't recall.

18     Q. Did you believe that the minority- and

19   woman-owned business enterprise utilization of

20   1.27 percent was sufficient?

21         MR. BOYNTON:  Objection.  Are you asking

22   about the state rate?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    91

1          MR. LAMAR:  Yes.

2       A. The only thing I generically recall about

3    this time was we were aware that there were some,

4    you know, barriers and other considerations out

5    there and that we were proactively working with

6    our Purchasing Department, you know, to overcome,

7    you know, these things.  It's been a work in

8    progress over the years.

9       Q. Do you believe minority-owned businesses

10   in Virginia Beach were having similar problems as

11   minority-owned businesses in the rest of the State

12   of Virginia?

13      A. You know, I don't know if I can make that

14   assumption.

15      Q. All right.  Looking at the next slide, do

16   you see the one that says "This is a beginning"?

17      A. Yes.

18      Q. Do you see that the Minority Business

19   Council stated that the Council may need -- "May

20   need to consider a disparity study"?

21      A. Yes.

22      Q. Do you recall if you advocated or didn't

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    92

1     advocate for a disparity study in 2011?

2         A. You know, at the time my thought was that

3     we were trying to make progress.  I was just going

4     to say just wait a reasonable time to see if we

5     were going to be able to make the progress.

6         Q. All right.  Do you recall what a

7     reasonable time would have been for you?

8             MR. BOYNTON:  You're asking his opinion in

9     2011.

10            MR. LAMAR:  Yes.  That's what he said.

11        A. I'm not -- once again, my recollection

12    back there was, you know, this was at a time that

13    there was significant conversation among, you

14    know, members of the Minority Business Council and

15    community where some wanted it and some didn't.

16        Q. Yeah.  Okay.  We can put this document to

17    the side.

18                        (Exhibit 5 was marked and

19                    attached to the transcript.)

20        Q. Are you ready?

21        A. Oh, sure.

22        Q. So I'm handing you what has been marked

Transcript of Robert M. Dyer
Conducted on September 11, 2019                        93

1    Exhibit 5 by the court reporter.  Do you know if

2    you've seen this document before?

3        A. It looks familiar.  I don't remember

4    specifically, but it does look familiar.

5        Q. What does it look like?

6        A. It looks like a letter from, you know, the

7    City Manager to the Mayor about a number of

8    accomplishments moving toward, you know, the goal

9    of addressing the problems we've been discussing.

10       Q. Okay.  I'd like to direct your attention

11   to the first paragraph.  It states, "Attached is

12   the Annual Report of Expenditures and Purchase

13   Order Awards to Minority, Woman, and Service

14   Disabled Veteran-owned businesses in the City of

15   Virginia Beach for the period beginning July 1,

16   2015 and ending June 30, 2016."

17       A. Uh-huh.

18       Q. "As detailed within the report, awards to

19   minority contractors reached 6.9% or $12.5

20   million, most of which occurred in the second half

21   of the fiscal year."

22       A. Uh-huh.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                94

```
1        Q. Do you see that?

2        A. Yes, I do.

3        Q. Do you think minority communities

4    receiving 6.9 percent of city contracts in a given

5    year is sufficient?

6        A. That was not the goal that we were

7    aspiring to.

8        Q. Would you say at this time -- in the

9    fiscal year 2016 would you say the goal you were

10   aspiring to was about 10 percent?

11       A. I believe it's higher now.

12       Q. It's now higher, right?

13       A. Yes.

14       Q. But at the time would you say it was 10

15   percent?

16       A. It was 10 percent at that time, I believe,

17   yes.

18       Q. Okay.

19                    (Exhibit 6 was marked and

20              attached to the transcript.)

21       Q. So I'm handing you what has been marked

22   Exhibit 6 by the court reporter.  Do you know if
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                     95

1    you've seen this document before?

2         A. I don't remember seeing this particular

3    document.

4         Q. All right.  Do you see -- so I guess,

5    first, what is a Virginia Beach City Clip?

6         A. Boy.

7         Q. I was looking at the subject line.  It

8    reads Virginia Beach --

9              MR. BOYNTON:  Attention right there.

10        Q. Do you know what a Virginia Beach City

11   Clip is?

12        A. I haven't seen this, to be honest with

13   you.

14        Q. So it's true, though, that it's an email

15   from Anna Alfaro to City Manager -- to the City

16   Manager, Constitutional Officers and Appointed

17   Officials, Department Directors, Communications

18   Network, and Executive Assistants; is that right?

19        A. That looks like what it is.

20        Q. Do you see the -- I guess the title in the

21   email on the first page on DEF07731 says Beach

22   City Council approves providing nearly $425,000

Transcript of Robert M. Dyer
Conducted on September 11, 2019                96

1   for disparity study?

2       A. That is correct.

3       Q. I'd like you to turn to the next page.

4       A. Uh-huh.

5       Q. It states -- the first complete paragraph

6   that begins with "Councilman Bobby Dyer..."  Do

7   you see that paragraph?

8       A. Sure do.

9       Q. It states, Councilman Bobby Dyer -- it

10  says, "Councilman Bobby Dyer, a member of the

11  Minority Business Council and Human Rights

12  Commission, told 10 On Your Side that already he

13  believes the city has made 'very bold attempts to

14  level the playing field...to give everyone equal

15  opportunity to do business with the city.'"

16      A. Yes.

17      Q. "Dyer, who spoke out in support of the

18  study Tuesday, believes its results will serve to,

19  'vindcate' the city."  Do you see that?

20      A. Yes, I do.

21      Q. Why did you believe the disparity results

22  would serve to "vindicate" the city?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    97

1      A. It would show the -- it would document the

2  attempts we made over the years that we have, you

3  know, to correct the deficiencies that -- you

4  know, that were there.

5      Q. Okay.  I mean, I know we've talked a lot

6  about the work and the attempts that the city has

7  made to improve the percentage of city contracts

8  that have gone to minority communities.  Would you

9  say these attempts have been effective?

10     A. They have been effective, but we have not

11 reached our optimal goal.

12     Q. Do you believe the statistics -- the stats

13 we've discussed today vindicate the city's record?

14     A. To a degree, yes.

15     Q. Why so?

16     A. Because it would show that we are -- we

17 are -- granted, we are moving slowly, but we are

18 moving in the right direction.

19     Q. You would agree that the disparity

20 results -- the disparity study results, in fact,

21 did not serve to vindicate the city?

22         MR. BOYNTON:  Objection.  Argumentative.

1      A. But, once again, I think it shows that

2  we -- a positive trend over the years in terms of

3  moving in the right direction.

4      Q. All right.  So I just, kind of, want to

5  make sure I understand --

6      A. Oh, sure.

7      Q. -- understand something.

8        So the goal of the city has been to have

9  approximately 10 percent of city contracts --

10     A. Correct.

11     Q. -- to go to --

12        MR. BOYNTON:  Let him finish.

13     A. No problem.

14     Q. The goal of the city is to have at least

15  10 percent of city contracts --

16     A. Yes.

17     Q. -- to go to minority communities; is that

18  correct?

19     A. Yes.

20     Q. And in the year previously you knew or at

21  least it was reported that less than 7 percent of

22  city contracts were going to minority communities;

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    99

1    is that correct?

2         A. Correct.

3         Q. Do you believe the improvement in the

4    amount of city contracts awarded to minority

5    communities that still falls short of the goal

6    that the city set for itself vindicates the city?

7         A. Let me -- let me just think about how to

8    say this.

9              The initiatives that we took, you know,

10   became known to members of the Hampton Roads

11   community where cities like Portsmouth and other

12   ones called us for help on how to do it.  And it's

13   my knowledge that a lot of cities were having

14   significant problems, you know, meeting these

15   quotas.

16             And I will say that -- I will give you a

17   name.  Wes Bellamy, who is Vice Mayor of

18   Charlottesville, came out and met with us to ask

19   how we did things.  He was Vice Mayor -- African

20   American, Vice Mayor of that city.

21             What I saw in the workings, in the mix,

22   with, you know -- with the cordial relationship

1  that the city had with members of the Minority

2  Business Council, I felt that we were making

3  tremendous strides that a lot of cities weren't.

4      Q. All right.  Okay.  Let me just take a

5  break.

6          MR. BOYNTON:  Sure.

7          (A recess was taken.)

8      Q. All right.  We only have a couple more

9  questions for you --

10     A. Not a problem.  Not a problem.

11     Q. -- before I let you go.

12     A. You've got a job to do.

13     Q. Thank you.

14         So I guess the last bit of questions, I

15  want to talk to you about Dave Hansen.

16     A. Yes.

17     Q. Before Dave Hansen resigned, did you

18  believe that he was performing his job

19  satisfactorily?

20     A. Satisfactory, yes.

21     Q. Before Dave Hansen resigned, he had a

22  couple of incidents with -- in the newspaper?

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    101

1    Would you say that's correct?

2        A. That is correct.

3        Q. After any of those incidents, did you make

4    any calls for Dave Hansen to resign?

5        A. No.

6        Q. Why not?

7        A. Sometimes we all say things that we want

8    to take back.  But, you know, he was remarkably

9    effective in many other areas, you know, within

10   the city.

11       Q. What areas would you say he was effective

12   in?

13       A. You know, especially in the areas of storm

14   water, infrastructure, things of that nature, you

15   know, helping me with my town hall meetings,

16   getting an essential road project down in my

17   district that reduced response time, emergency

18   response time, to that area of the city.

19       Q. All right.  After any of his incidents,

20   did you ever make any calls for him to be

21   reprimanded in any way?

22       A. That's a personal item.

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    102

1       Q. Did you ever make any public calls for him

2   to be reprimanded in any way?

3       A. No.

4       Q. Why not?

5       A. You know, it was a judgment call.  And I

6   addressed it in a private, personal, you know,

7   environment.

8       Q. Did you vote to accept Dave Hansen's

9   resignation?

10      A. That's a matter of record.  Yes.

11      Q. Why?

12      A. You know, he submitted the -- his

13  resignation.  We had the duty to honor it and to

14  move forward quickly in a new direction for the

15  benefit of the city.

16      Q. All right.  I think that's it.

17        MR. BOYNTON:  Okay.  You have the right to

18  read and sign this deposition transcript when it's

19  transcribed --

20        THE DEPONENT:  Okay.

21        MR. BOYNTON:  -- to make sure it's been

22  transcribed accurately.  We've been recommending

1  to everyone they go ahead and read.  Just tell the

2  lady you read.

3          THE DEPONENT:  (Moved head up and down.)

4          MR. BOYNTON:  He'll read.

5          You ended non-verbally after all that.

6          THE DEPONENT:  There we go.

7

8          (Signature having not been waived, the

9  deposition of ROBERT M. DYER was concluded at 4:07

10  p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    104

```
1              ACKNOWLEDGMENT OF DEPONENT

2          I, ROBERT M. DYER, do hereby acknowledge

3     that I have read and examined the foregoing

4     testimony, and the same is a true, correct, and

5     complete transcription of the testimony given by

6     me and any corrections appear on the attached

7     Errata Sheet signed by me.

8

9

10    _____     _____

11          (DATE)                         (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22
```

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    105

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2            I, Penny C. Wile, RPR, RMR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my direction; that reading and

9    signing was requested; and that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this 16th day of

15   September, 2019.

16           My commission expires:  January 31, 2021.

17

18

19

20   _____

21    NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA

Transcript of Robert M. Dyer
Conducted on September 11, 2019

106

| A |
|---|

**aaron**
52:21, 54:21,
55:1, 83:19
**ability**
19:12, 20:21
**able**
5:21, 65:5,
66:4, 86:10,
87:4, 92:5
**about**
6:15, 8:10,
8:15, 9:9, 9:14,
10:15, 12:8,
14:18, 16:9,
17:11, 18:15,
25:2, 25:15,
25:16, 27:18,
28:19, 29:15,
44:1, 47:4,
47:7, 49:12,
49:17, 49:19,
49:20, 50:1,
50:12, 51:20,
52:18, 55:16,
56:4, 57:4,
57:6, 57:11,
57:12, 57:19,
62:5, 69:12,
71:19, 78:6,
79:7, 81:2,
83:22, 90:22,
91:2, 93:7,
94:10, 97:6,
99:7, 100:15
**above**
27:16, 55:12
**absent**
87:15, 87:17
**absolute**
7:5
**accept**
102:8
**accessible**
20:9, 76:20
**accomplished**
81:3

**accomplishments**
93:8
**account**
10:3, 10:7,
10:11, 60:11,
61:20, 79:2
**accounts**
58:11, 60:16
**accurately**
102:22
**acknowledge**
104:2
**acknowledges**
90:6
**acknowledgment**
104:1
**across**
26:8, 87:4
**across-the-board**
66:10
**actions**
80:12
**actively**
31:12, 87:6
**activities**
52:2
**actual**
84:13, 84:14
**actually**
25:7, 54:6,
66:9, 72:6,
72:19, 74:15,
75:3, 81:19
**adams**
70:12, 71:5,
78:4, 78:6,
78:15, 78:16,
78:21, 79:8,
79:9, 79:14,
80:7
**addition**
15:3, 77:15
**address**
6:22, 71:18
**addressed**
102:6
**addresses**
9:22

**addressing**
93:9
**adequate**
70:1, 70:17,
76:8
**adjustments**
81:11
**administration**
48:16
**adopt**
90:6, 90:12
**adopting**
90:15, 90:16
**advice**
49:16
**advocate**
92:1
**advocated**
90:15, 91:22
**affiliate**
84:12
**affixed**
105:14
**african**
45:2, 99:19
**after**
5:4, 6:9,
21:11, 25:7,
39:4, 40:16,
51:11, 81:7,
83:17, 85:7,
85:18, 87:18,
101:3, 101:19,
103:5
**afternoon**
5:8
**again**
10:17, 18:19,
21:13, 22:17,
24:8, 38:11,
44:21, 45:8,
58:13, 66:16,
67:4, 67:7,
67:22, 68:14,
72:22, 73:19,
92:11, 98:1
**against**
8:13, 54:6

**agenda**
4:11, 14:22,
15:14, 15:15,
15:17, 15:19,
15:22, 18:13,
18:14, 18:20,
22:13, 42:17,
42:20, 43:3,
43:4, 80:4,
88:11, 88:13
**ago**
8:15, 9:11,
10:16, 33:3,
33:4, 33:16,
43:1, 44:22,
49:3, 50:19,
63:7, 66:3, 78:9
**agree**
97:19
**agreed**
64:10
**agreeing**
39:21
**ahead**
103:1
**al**
1:9, 3:13
**alfaro**
4:18, 95:15
**all**
5:17, 6:18,
7:15, 8:14,
10:10, 10:13,
10:22, 11:12,
12:18, 13:11,
16:20, 18:10,
21:14, 23:21,
26:16, 27:3,
27:16, 30:9,
30:17, 30:18,
33:8, 36:17,
36:21, 38:17,
40:4, 42:1,
42:9, 42:21,
43:15, 43:20,
44:14, 45:5,
49:17, 51:17,
52:9, 53:7,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

53:11, 53:12,
54:12, 55:4,
55:6, 56:7,
56:22, 58:14,
60:19, 61:9,
61:20, 62:1,
62:4, 64:18,
65:21, 70:15,
72:15, 75:22,
77:5, 78:20,
79:13, 80:13,
80:16, 80:22,
81:9, 82:1,
82:10, 82:20,
83:3, 83:21,
85:2, 85:6,
85:11, 85:21,
86:5, 87:8,
88:3, 89:9,
91:15, 92:6,
95:4, 98:4,
100:4, 100:8,
101:7, 101:19,
102:16, 103:5
**allen**
1:6, 3:3, 62:21
**allocation**
18:22
**almost**
68:3, 69:10,
85:16
**along**
30:21, 72:11,
73:21
**already**
96:12
**also**
7:3, 10:2,
10:6, 10:10,
15:18, 15:19,
19:1, 20:21,
21:8, 21:15,
24:15, 25:20,
34:4, 56:14,
72:12, 81:3,
84:12, 84:21,
87:15
**alternatives**
88:16

**always**
87:20
**american**
99:20
**americans**
45:3
**among**
16:14, 17:8,
92:13
**amount**
99:4
**anna**
4:18, 95:15
**announced**
51:11
**announcement**
16:7
**annual**
23:17, 81:1,
93:12
**another**
6:3, 55:18
**answer**
6:2, 9:5, 13:8,
41:18, 44:13,
45:10, 45:16,
54:14, 65:12,
67:18, 68:15,
70:6, 70:7
**answered**
6:9, 12:11
**answering**
6:1, 6:5
**answers**
7:19, 7:20
**any**
6:8, 7:18,
11:14, 11:16,
11:18, 12:2,
12:5, 12:8,
12:12, 12:18,
12:21, 13:5,
13:17, 13:20,
14:1, 19:5,
20:11, 22:15,
26:4, 27:20,
29:12, 29:17,
29:18, 30:4,

30:14, 31:9,
32:16, 32:19,
33:1, 33:8,
37:9, 37:16,
38:5, 38:8,
38:9, 38:13,
40:15, 40:19,
41:22, 43:11,
43:15, 43:16,
45:18, 47:2,
47:3, 47:6,
47:21, 51:20,
52:2, 53:18,
53:20, 54:1,
58:1, 58:2,
58:4, 58:5,
58:14, 58:21,
59:1, 59:3,
60:7, 60:15,
61:13, 68:10,
68:11, 70:22,
76:11, 78:20,
79:15, 80:7,
81:10, 101:3,
101:4, 101:19,
101:20, 101:21,
102:1, 102:2,
104:6, 105:10
**anybody**
19:4, 31:18,
65:5
**anymore**
85:20
**anyone**
11:4, 11:12,
12:5, 33:17,
40:19
**anything**
12:16, 13:5,
55:20, 59:4,
61:16
**apologies**
39:20, 73:16
**appear**
104:6
**appearances**
15:4, 20:1,
22:15, 24:12,

24:19, 27:7
**appearing**
25:17
**applications**
72:9
**applies**
29:7
**appoint**
23:5
**appointed**
95:16
**appointee**
85:17
**appointees**
15:3, 22:18
**appointment**
23:7, 85:7
**appointments**
84:7
**approach**
31:4, 49:22,
50:8, 50:12
**appropriate**
16:15
**approve**
22:22, 23:5,
84:6
**approved**
84:9, 84:13,
84:17, 84:21
**approves**
95:22
**approving**
14:22, 15:14,
15:22, 18:13,
19:1, 22:12,
80:4
**approximately**
71:14, 98:9
**april**
42:17, 51:6
**area**
25:5, 25:13,
37:8, 101:18
**areas**
80:22, 86:3,
86:5, 101:9,
101:11, 101:13

Transcript of Robert M. Dyer
Conducted on September 11, 2019

108

arena
8:8, 8:9, 8:12
argumentative
97:22
around
13:10, 21:10,
25:11, 27:7,
78:9, 86:19
articulated
79:11
asian
38:10
asians
54:1
asking
5:12, 5:22,
8:16, 9:13,
28:21, 52:4,
62:15, 63:14,
73:12, 90:21,
92:8
asks
73:10
aspiring
94:7, 94:10
assert
6:19
assertion
7:10
assessment
23:19
assessor
22:20, 23:3
assist
49:11
assistants
95:18
assisted
49:12
associated
81:4
associates
84:21
assumes
17:5, 58:4,
70:4
assuming
21:3, 23:11,

54:7
assumption
91:14
assure
70:17
assured
81:16
at-large
43:18, 44:9,
44:10, 45:15
attached
42:11, 63:22,
68:22, 82:19,
92:19, 93:11,
94:20, 104:6
attempts
96:13, 97:2,
97:6, 97:9
attend
21:15, 26:13
attention
87:22, 93:10,
95:9
attorney
2:5, 3:15,
9:15, 11:8,
11:11, 22:19,
23:1, 23:2
attorney-client
11:3
auditor
22:19, 23:3,
23:11
august
14:15
availability
69:19, 77:11
available
13:4, 71:13,
79:5
award
23:15
awarded
69:17, 77:12,
99:4
awards
93:13, 93:18
aware
10:15, 30:7,

47:6, 64:16,
91:3
away
9:4

**B**

back
10:13, 18:11,
30:12, 53:17,
57:9, 57:16,
60:19, 79:19,
80:17, 92:12,
101:8
backing
52:10
ballot
54:22, 55:1
ballots
54:10, 54:20,
55:3
ballpark
71:12, 79:3
barrier
77:18
barriers
91:4
based
45:1, 54:21,
69:19
basic
85:6
basically
9:19, 30:22,
55:21, 59:7,
60:1, 84:3
basis
7:1, 29:3
bdyer@vbgov
10:2
beach
1:9, 1:15, 2:5,
2:9, 3:13, 3:15,
3:19, 13:12,
13:13, 13:16,
13:18, 14:14,
14:19, 25:6,
32:17, 35:7,
35:18, 35:22,

37:1, 38:12,
38:18, 47:22,
62:18, 63:10,
65:6, 78:3,
88:14, 91:10,
93:15, 95:5,
95:8, 95:10,
95:21
beach's
90:8
became
13:16, 63:15,
83:13, 99:10
because
24:19, 57:14,
61:15, 64:20,
65:10, 69:9,
97:16
become
10:20, 76:21,
84:1
been
5:4, 6:15,
7:21, 25:8,
26:19, 31:21,
37:9, 42:22,
45:18, 46:6,
48:9, 49:2,
53:21, 54:1,
62:15, 63:4,
64:1, 65:6,
65:18, 66:6,
70:22, 71:6,
71:17, 71:20,
75:20, 76:11,
77:2, 78:8,
78:10, 78:18,
79:15, 82:21,
84:8, 91:7,
92:7, 92:22,
93:9, 94:21,
97:9, 97:10,
98:8, 102:21,
102:22, 103:8
beeper
60:19
before
2:17, 5:15,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

109

5:16, 5:22, 6:2,
6:14, 7:21,
10:15, 12:11,
13:16, 21:12,
25:18, 39:11,
40:12, 48:3,
50:16, 52:21,
53:8, 53:9,
55:4, 55:7,
63:6, 63:15,
64:4, 69:4,
70:1, 70:16,
70:18, 72:20,
83:1, 93:2,
95:1, 100:11,
100:17, 100:21,
105:3
**beginning**
67:1, 91:16,
93:15
**begins**
96:6
**behalf**
3:2, 3:12
**being**
8:7, 13:8,
15:4, 20:8,
36:16, 44:6,
54:9, 54:10,
83:12, 87:4
**belgium**
13:9
**believe**
10:7, 24:18,
32:15, 58:16,
64:14, 65:8,
74:13, 78:4,
78:13, 81:6,
83:19, 85:22,
87:2, 90:18,
91:9, 94:11,
94:16, 96:21,
97:12, 99:3,
100:18
**believes**
96:13, 96:18
**bellamy**
99:17

**benefit**
102:15
**berlucchi**
32:9
**berlucchi's**
32:1
**besides**
22:11
**best**
13:7, 31:8
**better**
40:5, 65:4,
72:8, 72:13,
82:17
**between**
9:15, 21:20,
27:5, 35:17,
45:2, 55:2,
56:1, 65:22,
76:8, 86:20
**big**
32:21
**bill**
33:21
**bio**
60:4
**birthdays**
20:7
**bit**
25:3, 25:12,
62:4, 72:20,
83:21, 100:14
**black**
37:17
**blanche**
66:17
**blanks**
9:3
**blend**
37:2
**blended**
38:12
**board**
14:3, 78:9,
87:4
**bob**
10:1, 10:2,
10:4, 10:5,

61:22
**bobby**
62:2, 96:6,
96:9, 96:10
**bold**
96:13
**bond**
72:11
**born**
13:8
**both**
32:2, 32:10,
59:12, 80:19
**bottom**
90:2
**boy**
33:15, 95:6
**boynton**
3:14, 6:14,
6:22, 7:6, 7:10,
8:16, 9:2, 11:5,
11:10, 13:7,
14:16, 16:18,
28:20, 36:1,
39:17, 39:21,
40:5, 41:8,
41:14, 42:4,
50:5, 52:4,
54:8, 54:14,
55:9, 56:12,
58:4, 58:16,
62:7, 62:11,
67:17, 68:3,
68:14, 68:18,
70:4, 73:17,
75:1, 75:6,
82:12, 82:14,
90:21, 92:8,
95:9, 97:22,
98:12, 100:6,
102:17, 102:21,
103:4
**brace**
42:7, 43:8,
47:7
**brace's**
43:12
**break**
6:8, 55:7,

100:5
**breakdown**
55:22
**breaks**
6:9
**brian**
61:1
**brian's**
61:7
**bridges**
78:11
**brief**
80:12, 80:14,
80:19
**briefing**
43:3, 71:4,
80:17, 81:6
**briefings**
81:4
**bring**
12:18, 19:5,
20:15, 39:9,
41:4, 73:13,
73:15, 73:21
**bruce**
63:2, 63:3,
63:6, 63:10,
63:17
**budget**
16:12, 16:15,
17:3, 17:6, 17:9
**budgetary**
14:22, 16:9,
16:20, 16:22,
17:10, 17:12,
22:13, 80:4,
80:21, 81:10
**build**
8:12
**building**
2:7, 3:17,
19:1, 78:10
**bullet**
89:5
**business**
4:15, 25:21,
26:7, 26:13,
27:1, 56:15,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

110

56:19, 57:6,
57:12, 57:19,
64:11, 65:5,
65:14, 66:5,
66:11, 66:22,
67:4, 67:11,
67:12, 67:15,
68:1, 70:9,
73:2, 77:16,
78:11, 81:1,
83:6, 83:8,
83:22, 84:2,
84:4, 84:17,
85:3, 85:12,
85:22, 86:1,
86:12, 87:9,
88:7, 89:18,
89:20, 90:19,
91:18, 92:14,
96:11, 96:15,
100:2
**businesses**
69:17, 69:20,
70:2, 70:18,
71:2, 74:5,
76:3, 76:21,
77:10, 77:20,
81:15, 86:21,
89:2, 91:9,
91:11, 93:14

**C**

**calculated**
27:6
**call**
52:13, 57:8,
57:16, 102:5
**called**
72:4, 99:12
**calling**
63:18
**calls**
28:3, 28:8,
101:4, 101:20,
102:1
**came**
15:21, 35:14,
49:16, 51:1,

56:12, 61:17,
70:12, 72:17,
78:8, 99:18
**campaign**
3:6, 10:3,
31:19, 33:1,
49:18, 59:1,
59:3, 59:11,
59:21, 59:22,
60:22, 61:8
**campaigns**
32:22
**can't**
45:16, 57:13,
67:20, 71:11,
71:16, 79:6,
79:12, 79:16
**candidacy**
49:9, 51:11,
51:14, 53:11,
54:4
**candidate**
30:9, 31:13,
31:16, 31:20,
32:13, 45:19,
45:20, 45:22,
46:1, 46:3,
54:17, 54:18,
54:19
**candidates**
30:14, 31:2,
32:17, 33:9,
37:9, 52:3,
53:20
**cannot**
7:18, 79:1
**capabilities**
86:21, 86:22
**capacities**
87:3
**capacity**
72:2, 86:10
**car**
25:9
**care**
25:1, 25:4,
36:16
**carte**
66:17

**case**
1:7, 5:10,
6:20, 8:8, 8:9,
105:11
**cases**
8:1, 8:7
**caucasian**
7:14
**cellphone**
10:8, 28:8,
28:10
**census**
38:17, 39:4,
39:11, 40:12,
40:17
**center**
2:7, 3:6, 3:17
**centerville**
13:19, 14:9,
22:8, 22:9,
37:4, 37:7,
37:10, 39:9,
39:13, 40:8,
41:5, 41:6,
44:2, 44:3,
44:11, 44:15,
45:12, 45:13,
45:19, 46:1,
46:4, 46:8,
46:12, 47:17,
50:21
**certain**
15:19, 26:12
**certainly**
81:4, 87:5
**certificate**
105:1
**certify**
105:4
**chair**
84:3
**change**
44:18, 47:10
**changed**
72:10
**changes**
76:11
**changing**
47:4, 47:8

**charlottesville**
99:18
**check**
10:10
**check-in**
23:18
**chesapeake**
25:6
**choosing**
44:15
**chose**
45:20
**chris**
5:9
**christopher**
3:5, 3:14,
47:17, 47:19
**cities**
99:11, 99:13,
100:3
**city's**
38:18, 97:13
**city-provided**
28:10
**class**
48:17
**classify**
37:17, 38:6,
38:8, 38:9,
38:14
**clear**
54:18, 57:4
**clerk**
22:19, 23:1,
23:3, 34:5
**clip**
95:5, 95:11
**close**
35:22, 36:2,
36:8, 36:9,
36:14
**closed**
84:6
**closely**
28:15, 28:17,
29:1
**clouds**
55:12

Transcript of Robert M. Dyer
Conducted on September 11, 2019

111

| | | | |
|---|---|---|---|
| **clusters**<br>36:10<br>**coffee**<br>27:14<br>**colleague**<br>63:4<br>**collection**<br>76:5, 76:12<br>**college**<br>37:20, 38:1<br>**color**<br>54:21<br>**com**<br>10:2<br>**combine**<br>46:16, 46:17<br>**come**<br>19:4, 20:19,<br>32:6, 74:6,<br>86:15<br>**comes**<br>7:1<br>**coming**<br>16:1, 78:12<br>**commendable**<br>44:16<br>**commission**<br>96:12, 105:16<br>**common**<br>65:17<br>**commonwealth**<br>2:18, 89:10,<br>90:7, 105:22<br>**communicate**<br>29:19, 29:22,<br>55:16<br>**communications**<br>9:14, 9:21,<br>11:2, 12:8,<br>29:5, 95:17<br>**communities**<br>94:3, 97:8,<br>98:17, 98:22,<br>99:5<br>**community**<br>19:3, 38:12,<br>44:11, 62:15,<br>67:13, 72:12, | **92:15, 99:11<br>company**<br>73:6, 75:12<br>**compared**<br>24:5, 36:22<br>**complete**<br>69:9, 96:5,<br>104:5<br>**composition**<br>45:2<br>**comprised**<br>62:20<br>**concerned**<br>65:3<br>**concerns**<br>20:22, 26:7,<br>54:16<br>**concluded**<br>103:9<br>**conclusion**<br>89:13<br>**conduct**<br>16:13, 17:7<br>**conference**<br>62:19, 63:13<br>**confused**<br>45:9<br>**conjointly**<br>72:7, 74:6<br>**consider**<br>77:20, 91:20<br>**considerations**<br>91:4<br>**constituents**<br>25:19, 27:19,<br>27:21<br>**constitutional**<br>95:16<br>**construct**<br>18:3<br>**consultants**<br>40:16<br>**contact**<br>28:2<br>**contacting**<br>89:3<br>**context**<br>6:16 | **contexts**<br>27:3<br>**continues**<br>23:12, 77:14<br>**continuing**<br>55:14<br>**contract**<br>73:10, 73:11,<br>73:12, 77:6<br>**contracting**<br>76:9, 76:22<br>**contractor**<br>72:16, 73:5,<br>73:6, 73:9,<br>73:13, 73:21,<br>73:22<br>**contractors**<br>71:21, 72:2,<br>72:4, 93:19<br>**contracts**<br>18:8, 64:15,<br>64:21, 65:9,<br>65:16, 66:8,<br>66:13, 66:14,<br>69:17, 70:3,<br>77:7, 77:12,<br>77:17, 77:22,<br>78:1, 81:14,<br>87:1, 94:4,<br>97:7, 98:9,<br>98:15, 98:22,<br>99:4<br>**contractual**<br>64:12<br>**contributed**<br>31:15<br>**contribution**<br>33:3<br>**contributions**<br>32:19, 33:1<br>**conversation**<br>92:13<br>**conversations**<br>12:5, 40:19,<br>41:7, 41:10,<br>41:12, 41:16,<br>41:22, 43:16,<br>44:22, 47:3, | **47:7, 56:1,<br>56:16, 65:1,<br>65:7, 68:16<br>cordial**<br>99:22<br>**corner**<br>90:3<br>**correct**<br>10:4, 10:16,<br>14:7, 14:8,<br>14:11, 17:14,<br>19:16, 21:5,<br>24:20, 24:21,<br>26:10, 26:11,<br>26:20, 26:21,<br>28:15, 30:2,<br>34:11, 38:19,<br>40:13, 42:18,<br>58:9, 69:14,<br>69:20, 69:21,<br>72:15, 73:3,<br>74:19, 75:14,<br>75:15, 76:3,<br>76:4, 81:17,<br>83:13, 84:10,<br>84:19, 87:16,<br>88:5, 88:17,<br>88:22, 89:8,<br>89:18, 89:21,<br>96:2, 97:3,<br>98:10, 98:18,<br>99:1, 99:2,<br>101:1, 101:2,<br>104:4, 105:5<br>**corrections**<br>104:6<br>**could**<br>6:11, 12:21,<br>19:21, 20:12,<br>68:8, 72:6, 76:9<br>**councilman**<br>57:20, 96:6,<br>96:9, 96:10<br>**counsel**<br>5:6, 105:10<br>**couple**<br>5:12, 5:15,<br>9:12, 49:3, |

Transcript of Robert M. Dyer
Conducted on September 11, 2019

112

66:21, 70:11,
70:14, 75:12,
80:22, 100:8,
100:22
**courses**
48:20
**court**
1:1, 5:19,
5:20, 6:4,
12:15, 34:5,
39:18, 64:2,
69:1, 82:21,
93:1, 94:22
**courthouse**
2:6, 3:16
**create**
46:15, 46:21
**created**
46:4, 46:8,
75:20, 88:21
**creation**
75:17
**crr**
1:22, 2:18,
105:2
**crux**
15:6
**current**
30:1, 30:5,
43:18, 76:10,
88:15
**currently**
32:2, 47:15
**cuttings**
15:5, 20:6,
25:17
**cycle**
52:5
**cycled**
85:7

**D**

**d-e**
34:2
**d-y-e-r**
6:13
**daily**
29:3

**danielle**
3:4
**data**
43:9, 43:20,
76:5, 76:11
**date**
42:17, 46:10,
104:11
**dated**
4:12
**dave**
29:2, 29:12,
29:13, 100:15,
100:17, 100:21,
101:4, 102:8
**davis**
40:22, 42:5,
46:20
**day**
60:20, 105:14
**days**
26:5
**dc**
3:9
**december**
21:21
**decide**
17:8
**decision**
17:13
**decisions**
15:2, 22:14,
80:5, 80:20
**declared**
51:6
**def**
75:5, 75:8,
88:1, 95:21
**defeated**
35:2
**defendants**
1:10, 3:12
**deficiencies**
97:3
**define**
36:3
**definite**
86:3

**degree**
65:20, 81:16,
97:14
**delegate**
33:5, 33:7
**demand**
24:12, 24:18
**department**
20:16, 67:5,
91:6, 95:17
**depend**
56:3
**depends**
26:17, 51:5,
56:2
**deponent**
6:21, 9:6,
102:20, 103:3,
103:6, 104:1
**deposed**
7:21, 8:7,
8:17, 8:18
**deposition**
1:14, 2:1,
4:10, 9:18,
11:6, 11:18,
11:21, 12:3,
12:6, 12:9,
12:13, 12:19,
58:17, 102:18,
103:9, 105:3
**depositions**
6:17
**designer**
61:4, 61:5
**desteph**
33:21
**detailed**
79:10, 93:18
**determine**
15:15, 18:8
**developers**
65:13, 65:16,
66:7, 66:16
**development**
26:2, 78:19
**dictate**
18:5

**died**
82:15
**difference**
55:2, 65:22,
86:20
**different**
18:22, 24:5,
29:12, 29:19,
30:4, 37:3,
45:20, 86:13
**difficult**
36:3, 65:15
**difficulty**
64:11, 64:15,
65:9, 66:10,
66:12, 66:14,
66:18
**diligently**
70:8, 81:17
**diluted**
44:19
**dinners**
27:14
**direct**
87:22, 93:10
**direction**
15:2, 70:21,
71:7, 79:18,
97:18, 98:3,
102:14, 105:8
**director**
78:18
**directors**
95:17
**disabled**
93:14
**discrimination**
8:5
**discuss**
11:18, 11:21,
56:14, 56:19
**discussed**
97:13
**discussing**
93:9
**discussions**
16:13, 52:18
**disparity**
4:14, 62:5,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

113

62:15, 63:14,
63:18, 64:7,
64:19, 66:19,
67:2, 67:16,
68:7, 68:12,
69:11, 70:1,
70:18, 71:2,
81:5, 81:7,
81:13, 82:11,
88:15, 89:11,
90:7, 90:9,
91:20, 92:1,
96:1, 96:21,
97:19, 97:20
**disposition**
17:6
**distributed**
16:6, 36:17,
36:22
**distribution**
38:15, 38:16
**district**
1:1, 1:2, 14:9,
18:17, 21:22,
26:9, 36:20,
37:6, 39:8,
39:15, 40:9,
40:12, 41:3,
44:2, 44:4,
44:16, 45:1,
45:6, 45:12,
45:14, 45:20,
46:1, 46:4,
46:5, 46:9,
46:16, 46:22,
47:15, 47:18,
47:20, 47:22,
56:10, 101:17
**district-based**
47:4, 47:8
**districts**
38:19, 39:11,
43:6, 43:17
**diverse**
37:7, 76:21,
77:19
**division**
1:3

**document**
42:16, 64:4,
69:4, 69:9,
69:10, 83:1,
87:8, 92:16,
93:2, 95:1,
95:3, 97:1
**documents**
11:14, 12:12,
12:15, 12:18,
58:12, 61:14
**doing**
21:3, 21:4,
21:10, 21:13,
23:11, 41:1,
56:7, 64:11,
65:14, 66:10,
71:20, 73:2
**dollars**
18:3
**done**
18:9, 34:10,
62:8, 62:9,
76:12, 78:3,
82:10
**down**
14:12, 40:1,
50:2, 76:6,
77:5, 77:7,
83:12, 85:4,
85:10, 101:16,
103:3
**drafting**
75:13
**drive**
2:6, 3:16
**drowned**
45:14
**duly**
5:4
**during**
12:22, 61:17,
69:18, 77:12,
84:7
**duties**
14:19, 22:15
**duty**
102:13

**dyer**
1:14, 2:1, 4:2,
4:10, 5:3, 5:8,
6:13, 7:12,
10:2, 10:4,
61:22, 62:2,
96:6, 96:9,
96:10, 96:17,
103:9, 104:2
**dyer@cox**
10:5

**E**

**each**
5:18, 35:22,
36:15
**earlier**
41:2, 48:2,
58:17
**easily**
76:10
**eastern**
1:2
**eclectic**
14:20
**economic**
26:2, 78:19
**educating**
72:12
**edward**
37:21, 38:3,
38:4
**effective**
97:9, 97:10,
101:9, 101:11
**effectively**
72:14
**efforts**
77:21
**elected**
53:21, 54:2
**electing**
44:1, 47:11
**election**
31:1, 31:7,
32:11, 35:1,
37:10, 43:8,
43:20, 45:21,

50:16, 50:22,
51:2, 51:3, 52:5
**elections**
33:2, 44:10,
45:6, 45:19,
47:13, 59:12
**eligible**
85:19
**else**
11:12, 12:6,
33:17, 55:20,
59:19
**email**
4:18, 9:22,
12:8, 28:1,
52:13, 57:5,
95:14, 95:21
**emails**
9:20, 27:22
**emergency**
101:17
**employed**
105:10
**enabling**
15:1, 22:13
**encompass**
25:4
**encountering**
73:1
**encourage**
51:18, 77:19,
86:14, 89:1
**ended**
103:5
**ending**
93:16
**endorse**
31:9
**endorsed**
30:9, 30:14,
31:3, 34:14,
34:16
**endorsement**
49:10
**endorsements**
32:18
**enough**
26:18, 75:1

Transcript of Robert M. Dyer
Conducted on September 11, 2019

114

| | | | |
|---|---|---|---|
| ensure | 85:16 | 94:19, 94:22 | 78:22 |
| 70:1 | everybody | exhibited | favorably |
| enterprise | 67:8 | 77:11 | 45:4 |
| 90:19 | everyone | exists | fellow |
| enterprises | 59:19, 66:12, | 81:13 | 41:17 |
| 89:18, 89:21 | 67:9, 84:8, | expect | felt |
| environment | 96:14, 103:1 | 69:19 | 68:1, 100:2 |
| 102:7 | everything | expenditures | few |
| equal | 5:20, 5:21, | 93:12 | 62:21 |
| 44:8, 44:12, | 45:3, 49:21 | experienced | field |
| 86:1, 96:14 | everywhere | 65:13 | 65:4, 96:14 |
| errata | 14:21 | expires | file |
| 104:7 | evidence | 105:16 | 74:6 |
| especially | 70:5 | explain | filipino |
| 101:13 | exact | 20:19, 20:20 | 38:14 |
| esquire | 41:9, 71:11, | expos | filipinos |
| 3:4, 3:5, 3:14 | 79:1 | 86:13 | 45:3 |
| essential | exactly | express | fill |
| 29:4, 101:16 | 46:10, 52:16, | 52:11 | 9:3, 72:8 |
| estate | 76:15 | expressed | final |
| 22:20 | examination | 49:20, 67:17 | 17:9, 69:11 |
| et | 4:2, 5:6 | extent | finally |
| 1:9, 3:13 | examined | 41:11, 41:15, | 23:13 |
| eure | 5:4, 104:3 | 68:15 | financial |
| 46:13 | examiners | | 105:12 |
| even | 14:4 | **F** | find |
| 9:2, 77:22 | example | f-r-o-s-t | 74:5 |
| event | 45:21 | 61:3 | fine |
| 22:2, 33:21, | excerpt | face-to-face | 58:18, 58:19 |
| 49:14, 51:8, | 4:14 | 28:5, 55:19, | finish |
| 51:11, 51:22, | excerpts | 56:1, 56:8, | 5:22, 6:2, |
| 53:19 | 69:5 | 56:15, 57:21 | 39:18, 98:12 |
| events | execute | facebook | first |
| 27:6, 32:1, | 18:6 | 60:12, 60:13, | 5:4, 9:9, 19:4, |
| 32:2, 32:4, | execution | 61:21 | 35:14, 37:5, |
| 33:10, 33:11, | 17:17, 17:20 | fact | 46:11, 46:13, |
| 33:18, 53:18, | executive | 97:20 | 48:7, 49:22, |
| 86:14 | 69:7, 95:18 | facts | 58:5, 58:14, |
| ever | exhibit | 70:4 | 67:14, 76:19, |
| 7:21, 31:12, | 4:10, 4:11, | fair | 77:9, 80:22, |
| 31:15, 31:19, | 4:12, 4:14, | 26:18, 43:2, | 85:6, 93:11, |
| 32:12, 53:7, | 4:15, 4:17, | 45:11, 45:15 | 95:5, 95:21, |
| 53:21, 82:5, | 4:18, 42:10, | falls | 96:5 |
| 82:6, 101:20, | 42:12, 63:21, | 99:5 | fiscal |
| 102:1 | 64:2, 68:20, | familiar | 93:21, 94:9 |
| every | 68:21, 69:2, | 42:21, 54:12, | five |
| 19:16, 21:21, | 82:18, 82:21, | 55:3, 93:3, 93:4 | 8:20 |
| 23:14, 36:20, | 92:18, 93:1, | far | flyers |
| | | 22:11, 78:3, | 59:4 |

Transcript of Robert M. Dyer
Conducted on September 11, 2019

115

focused
52:7
folks
8:11, 28:4,
34:9, 87:2
follow
18:1
follow-up
81:6
following
38:17
follows
5:5
football
63:9
force
66:3
foregoing
104:3, 105:3,
105:4
forget
33:15, 52:14,
71:5
forgive
40:7
form
17:16, 29:4,
36:2, 80:10
former
11:22, 29:11,
29:13, 29:22,
30:20, 47:3
forum
21:2
forums
61:18
forward
19:5, 39:8,
67:6, 80:11,
86:15, 102:14
found
9:21, 66:9,
69:15
four
79:3, 85:14
fourteen
83:11
frankly
43:14, 43:22,

61:15
free
41:18
friday
16:3, 16:5
friend
63:3
frost
61:3, 61:5,
61:12
frustrations
65:14, 73:1
full
55:10, 55:11
full-time
24:14, 24:22
further
77:18

**G**

gains
67:6
gary
62:20
gave
33:3, 49:3
gavel
15:12
general
77:10
generally
28:21, 48:18,
85:4
generically
91:2
georgia
1:6, 3:3
getting
41:9, 58:18,
64:15, 65:9,
66:8, 66:13,
66:14, 101:16
give
6:1, 7:18,
7:20, 20:21,
23:6, 42:12,
71:10, 71:11,
79:1, 79:3,

82:14, 96:14,
99:16
given
31:17, 94:4,
104:5, 105:6
giver
32:21
gives
81:1
giving
18:2
glen
40:22
gmail
10:6, 10:10
go
19:8, 25:7,
62:11, 62:13,
75:7, 77:5,
77:7, 80:8,
98:11, 98:17,
100:11, 103:1,
103:6
goal
81:21, 82:4,
82:6, 93:8,
94:6, 94:9,
97:11, 98:8,
98:14, 99:5
goals
77:7, 87:7
god
16:18, 53:14
goes
14:20, 16:3,
16:5, 17:20
going
5:12, 6:14,
9:12, 20:1,
20:20, 28:20,
36:1, 36:12,
41:8, 55:9,
67:6, 81:2,
85:14, 92:3,
92:5, 98:22
gone
31:21, 97:8
good
5:8, 23:11,

29:5, 37:2,
38:15, 67:6,
73:17
goodness
71:20
government
13:20, 14:1,
17:16, 29:4,
48:13, 48:14,
48:17, 49:5,
49:7, 77:17,
80:11
grace
6:2
grandchild
13:8
granted
97:17
great
39:22
greater
24:13, 24:19
green
37:20, 38:1
ground
5:16
groups
63:12
grown
35:19, 89:6
guarantee
71:16, 79:16
guess
10:17, 21:9,
23:5, 29:10,
30:12, 31:10,
44:14, 45:5,
60:9, 65:22,
78:9, 86:18,
95:4, 95:20,
100:14
guessing
22:6, 27:7,
56:14, 57:10
guy
15:12

**H**

half
93:20

Transcript of Robert M. Dyer
Conducted on September 11, 2019

116

| | | | |
|---|---|---|---|
| **hall**<br>20:3, 20:10, 21:4, 21:10, 22:7, 25:16, 101:15<br>**hampton**<br>71:21, 72:1, 72:18, 99:10<br>**hand**<br>105:14<br>**handed**<br>42:16, 69:1, 82:20<br>**handing**<br>64:1, 86:22, 92:22, 94:21<br>**handle**<br>6:15<br>**hands**<br>20:2<br>**hands-off**<br>31:4<br>**hansen**<br>11:22, 29:2, 29:12, 29:13, 29:22, 100:15, 100:17, 100:21, 101:4<br>**hansen's**<br>102:8<br>**happen**<br>26:3, 39:13, 66:20<br>**happened**<br>21:12, 21:18, 22:3<br>**happens**<br>19:15<br>**hard**<br>39:22<br>**he'll**<br>103:4<br>**head**<br>50:2, 50:4, 54:13, 103:3<br>**heads**<br>20:16<br>**healthcare**<br>44:7 | **heard**<br>53:7, 53:9, 55:4, 55:5, 63:6, 63:9, 65:18<br>**hearings**<br>16:13, 17:7<br>**held**<br>2:1, 13:14, 13:20, 14:1<br>**help**<br>30:19, 66:4, 86:9, 99:12<br>**helpful**<br>31:6<br>**helping**<br>101:15<br>**here**<br>7:11<br>**hereby**<br>104:2, 105:4<br>**hereunto**<br>105:13<br>**high**<br>20:13<br>**higher**<br>94:11, 94:12<br>**hired**<br>70:11<br>**hiring**<br>40:15<br>**hold**<br>13:17<br>**holding**<br>22:6, 22:7, 22:8<br>**holloway**<br>1:5, 3:2<br>**home**<br>25:1, 25:4, 36:16<br>**homes**<br>25:7<br>**honest**<br>29:15, 32:15, 42:22, 44:6, 75:21, 90:14, 95:12 | **honor**<br>102:13<br>**housekeeper**<br>82:12<br>**however**<br>76:7<br>**human**<br>96:11<br>**hundredth**<br>20:7<br>**hypothetical**<br>17:21<br>**hypothetically**<br>23:10<br><br>**I**<br><br>**idea**<br>74:4<br>**ideas**<br>70:13<br>**identified**<br>42:2<br>**identify**<br>39:7<br>**implementation**<br>74:18, 74:21, 75:9<br>**implemented**<br>79:15<br>**improve**<br>66:4, 97:7<br>**improvement**<br>66:3, 86:3, 99:3<br>**in-depth**<br>77:15<br>**in-person**<br>52:19<br>**inability**<br>64:12, 64:20<br>**incident**<br>54:9<br>**incidents**<br>100:22, 101:3, 101:19<br>**including**<br>27:10<br>**increase**<br>23:16, 77:2 | **increased**<br>81:20<br>**increasing**<br>87:6<br>**individual**<br>19:6, 20:11, 70:11<br>**individuals**<br>63:13<br>**informal**<br>27:1, 27:13<br>**information**<br>76:9, 79:5<br>**infrastructure**<br>101:14<br>**initiatives**<br>26:2, 67:5, 71:17, 71:19, 99:9<br>**innocuous**<br>9:2<br>**innovative**<br>71:17<br>**instagram**<br>60:16<br>**instance**<br>37:4<br>**instances**<br>15:20<br>**instead**<br>43:17<br>**institute**<br>71:21, 72:4, 72:16, 73:5, 73:13, 73:20<br>**integrated**<br>37:8<br>**intended**<br>60:5<br>**interact**<br>27:19, 27:20, 30:6, 30:8<br>**interacted**<br>29:11, 29:13, 29:17<br>**interaction**<br>56:6<br>**interdenominatio-nal**<br>62:19 |

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                   117

| | | | |
|---|---|---|---|
| **interest** 49:21, 52:11, 105:11 | 100:12, 100:18 **joint** 25:8, 73:11, 74:1 | 53:22, 70:13, 71:4, 76:13, 77:4, 78:2, 78:4, 78:22, | 100:14 **latasha** 1:5, 3:2 **latino** |
| **interim** 29:8 | **jones** 30:19, 34:13, | 79:13, 82:6, 82:8, 85:2, | 38:6, 53:20 **launch** |
| **interviews** 77:15 | 40:21, 42:6, 46:20 | 89:19, 90:11, 90:13, 99:13 | 51:8, 51:10, 55:8, 55:9, |
| **introduce** 32:7, 73:21 | **judgment** 102:5 | **known** 48:10, 99:10 | 55:10, 55:11 **law** |
| **introducing** 33:19 | **july** 93:15 | **L** | 7:6 **lawsuit** |
| **introduction** 34:10, 88:18 | **june** 93:16 | **lacked** 72:2 | 8:12, 9:10, 10:15 |
| **invite** 20:18 | **K** | **lady** 103:2 | **leahy** 30:1, 30:3 |
| **involve** 16:10 | **k-i-r-w-i-n** 61:3 | **lake** 37:20, 38:3, | **learn** 9:9 |
| **involved** 39:3, 40:15, 46:18, 76:21 | **kane** 83:18 **keeps** 62:12 | 38:4, 47:17, 47:19 **lamar** 3:5, 4:3, 5:7, | **least** 25:13, 48:11, 54:8, 65:8, |
| **issue** 17:13, 56:4 | **kept** 59:21 | 5:9, 7:2, 7:8, 9:8, 50:11, | 98:14, 98:21 **left** |
| **item** 18:20, 19:6, 43:3, 43:4, | **kickoff** 49:14, 51:22, 53:18, 53:19 | 52:6, 55:12, 58:18, 62:9, 68:20, 91:1, | 90:2 **legal** 3:6 |
| 101:22 **items** | **kimball** 42:7, 43:8 | 92:10 **lane** | **legislative** 6:16, 6:19, |
| 73:12, 88:13 **itself** | **kind** 6:7, 12:11, | 31:8 **lang** | 7:4, 41:10 **lend** |
| 45:4, 99:6 | 15:5, 15:6, 18:1, 23:19, | 3:4, 40:2, 42:2, 50:4, | 45:4 **less** |
| **J** | 27:14, 27:15, 31:4, 33:8, | 50:8, 55:7, 55:11 | 36:22, 98:21 **let's** |
| **january** 12:22, 87:10, 105:16 | 33:18, 42:2, 48:18, 73:3, 79:19, 81:3, | **large** 20:19, 45:7, 59:14, 67:13, | 18:15, 62:4, 74:15, 89:9, 90:1 |
| **jersey** 14:4, 14:6, 40:7 | 98:4 **kirwin** 61:1 | 77:7, 77:12, 77:21 **last** | **letter** 4:12, 4:17, 63:18, 64:9, |
| **jim** 30:19, 34:16 | **knew** 98:20 | 8:22, 10:21, 10:22, 34:1, | 93:6 **letters** |
| **jimmy** 61:3, 61:5, 61:12 | **knowledge** 29:14, 29:20, 31:17, 32:21, | 34:6, 38:1, 42:4, 57:10, 57:17, 70:11, | 27:21 **letting** 6:2 |
| **job** 1:20, 14:18, 14:19, 18:4, | 39:12, 43:11, 47:5, 47:9, | 70:14, 71:5, 71:8, 71:13, | **level** 37:20, 38:1, 65:4, 96:14 |
| 22:15, 23:11, 24:14, 24:22, | | | |

Transcript of Robert M. Dyer
Conducted on September 11, 2019

118

liaison
83:7, 83:10,
83:12, 83:17,
85:21, 87:12
liaisons
40:22, 87:21
limit
85:11, 85:17
limited
41:14
line
72:5, 72:12,
76:6, 88:10,
95:7
link
76:8
listed
22:11, 42:17,
87:12
litigation
8:2
little
25:2, 62:4,
72:20, 83:21
live
35:22, 36:14,
47:16, 47:17
lived
35:7, 47:21
long
13:14, 48:9,
49:2, 53:2,
66:19, 83:10
look
9:22, 42:13,
42:20, 49:13,
61:12, 83:3,
93:4, 93:5
looked
10:1
looking
8:11, 9:4,
41:3, 58:8,
74:17, 84:20,
91:15, 95:7
looks
75:11, 83:5,
93:3, 93:6,

95:19
lot
10:18, 17:17,
18:21, 24:1,
24:13, 25:10,
25:15, 27:18,
65:15, 66:7,
82:17, 86:12,
87:2, 97:5,
99:13, 100:3
louis
30:18, 34:13
loved
60:19
low
89:14
lower
69:18

M

made
10:14, 31:7,
32:19, 70:13,
71:6, 76:14,
78:7, 78:21,
79:8, 79:9,
79:11, 79:14,
96:13, 97:2,
97:7
maintain
76:8
majority
37:5, 39:7,
39:10, 39:15,
40:8, 40:11,
41:3, 44:2,
44:4, 44:16,
45:1, 45:6,
45:12, 46:15,
46:21
make
18:8, 23:15,
24:12, 37:22,
44:1, 44:20,
70:10, 73:4,
75:1, 78:5,
84:4, 86:7,
87:20, 91:13,

92:3, 92:5,
98:5, 101:3,
101:20, 102:1,
102:21
makes
22:4, 80:7
making
15:2, 40:6,
67:6, 68:1,
77:20, 100:2
management
20:15, 48:19
manager
4:17, 11:22,
15:19, 16:11,
16:21, 17:2,
17:15, 17:16,
17:20, 18:2,
22:19, 23:2,
28:15, 28:18,
28:22, 29:4,
29:8, 29:12,
29:22, 30:1,
30:6, 61:8,
80:10, 93:7,
95:15, 95:16
manager's
17:13, 18:4
managers
29:18
many
26:22, 33:15,
51:14, 71:5,
78:21, 85:7,
85:19, 101:9
margaret
46:13
marked
42:10, 63:21,
64:1, 68:21,
69:2, 82:18,
82:21, 92:18,
92:22, 94:19,
94:21
master's
48:21, 48:22,
49:1
materials
59:1, 59:4,

59:22
matter
102:10
matters
14:22, 16:9,
22:13, 80:4
maybe
9:11, 74:6,
78:9, 81:21
mayor
10:20, 13:13,
13:16, 14:10,
14:11, 14:18,
21:4, 21:9,
22:16, 22:17,
23:22, 24:4,
24:15, 24:19,
26:19, 28:14,
29:13, 40:21,
46:19, 51:5,
51:12, 58:22,
59:10, 61:22,
62:2, 63:15,
63:18, 79:21,
79:22, 83:13,
93:7, 99:17,
99:19, 99:20
mayoral
35:4, 35:5
mayors
29:17
mbc
88:20
mbe
89:14, 89:20
mccollum
62:21
mean
19:21, 32:5,
36:8, 36:9,
48:14, 71:12,
97:5
meaning
41:4
means
78:12
media
60:7, 60:8,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

119

60:9, 60:10,
60:16, 61:6
**meet**
11:3, 25:20,
51:15, 56:8,
56:11
**meeting**
11:9, 11:16,
20:2, 20:10,
25:18, 26:17,
51:17, 83:6,
87:9, 87:17,
87:18, 87:20,
99:14
**meetings**
12:2, 15:9,
18:15, 20:4,
21:4, 21:10,
21:11, 21:16,
22:7, 22:9,
22:12, 24:9,
25:16, 26:3,
26:14, 27:1,
27:8, 27:11,
51:21, 52:1,
77:16, 101:15
**member**
14:9, 19:2,
19:10, 19:12,
20:12, 23:22,
38:21, 39:2,
43:17, 46:11,
46:20, 55:18,
57:6, 57:12,
57:15, 57:19,
59:1, 59:11,
79:21, 84:1,
96:10
**members**
6:17, 11:19,
16:14, 21:16,
24:5, 26:13,
30:5, 30:8,
41:15, 41:17,
47:3, 47:6,
47:11, 55:17,
56:20, 62:14,
67:10, 68:6,

68:11, 68:16,
84:12, 84:13,
85:12, 85:13,
92:14, 99:10,
100:1
**memory**
35:12
**mentioned**
48:2
**message**
56:20, 57:6,
57:11, 57:18,
57:21
**messages**
58:2, 58:3,
58:6
**met**
11:8, 48:7,
53:3, 53:5,
99:18
**method**
47:11, 76:12
**methods**
74:5
**meyera**
30:21, 35:1
**mic**
19:5
**michael**
32:1, 32:9
**might**
66:15, 69:19
**million**
93:20
**mind**
85:16
**mine**
63:4
**ministers**
62:19, 63:13
**minorities**
35:21, 36:14,
36:17, 67:1,
86:1
**minority**
4:15, 35:18,
36:8, 37:6,
37:9, 39:8,

39:10, 39:15,
40:8, 40:11,
41:3, 44:2,
44:4, 44:11,
44:16, 44:18,
45:1, 45:6,
45:12, 46:16,
46:22, 62:14,
66:7, 66:22,
67:4, 67:11,
67:12, 67:15,
67:22, 69:16,
70:9, 71:22,
72:2, 77:10,
78:11, 81:1,
83:5, 83:8,
83:22, 84:2,
84:4, 84:15,
85:3, 85:12,
85:22, 86:12,
86:21, 87:6,
87:9, 88:7,
88:13, 89:6,
89:17, 90:18,
91:18, 92:14,
93:13, 93:19,
94:3, 96:11,
97:8, 98:17,
98:22, 99:4,
100:1
**minority-owned**
70:2, 70:18,
71:2, 76:3,
81:15, 89:2,
89:20, 91:9,
91:11
**minute**
53:14
**minutes**
4:16, 83:5,
87:18, 87:19
**mistaken**
46:5, 78:13,
81:19
**mix**
67:8, 99:21
**money**
18:22, 31:15,

31:17
**monies**
18:22
**month**
19:4
**months**
9:11, 10:16
**more**
18:11, 20:1,
23:1, 23:18,
27:13, 27:14,
28:3, 36:4,
36:21, 66:17,
72:13, 100:8
**morning**
56:12
**most**
59:13, 93:20
**mostly**
10:3, 49:5
**motions**
12:16
**move**
14:14, 62:7,
80:11, 102:14
**moved**
50:2, 54:13,
103:3
**moves**
76:14
**moving**
70:20, 71:6,
79:17, 82:2,
82:3, 93:8,
97:17, 97:18,
98:3
**much**
60:19
**municipal**
2:7, 3:17
**myself**
11:10

---
**N**
---
**name**
5:8, 6:11,
34:1, 34:6,
53:9, 54:21,

55:1, 61:21,
70:12, 87:12,
99:17
**names**
22:22, 60:21
**nature**
20:16, 59:8,
60:6, 64:12,
86:11, 101:14
**nearly**
95:22
**necessarily**
26:9, 44:18,
65:11
**necessary**
23:15, 28:5,
67:3, 90:9
**need**
46:21, 54:14,
73:18, 91:19,
91:20
**needed**
80:15, 86:4,
86:22
**neighborhood**
18:17, 37:4
**neighborhoods**
37:3, 37:16,
38:5, 38:9,
38:13
**neither**
85:18, 105:9
**net**
10:5
**network**
95:18
**never**
10:9, 10:12,
57:5
**new**
14:4, 14:6,
40:7, 102:14
**newly**
46:4
**newspaper**
100:22
**next**
55:8, 76:5,

76:16, 77:5,
87:19, 88:10,
89:5, 89:9,
90:1, 91:15,
96:3
**night**
19:5
**nodded**
50:4
**non-verbally**
103:5
**norfolk**
1:3, 12:22,
25:6
**notarial**
105:14
**notary**
2:18, 105:21
**notes**
11:16, 68:4
**notice**
2:17
**november**
10:21, 10:22,
13:15, 21:21,
26:19, 26:22,
27:5, 63:17
**number**
43:4, 64:22,
65:7, 65:13,
71:16, 71:22,
72:1, 93:7
**nw**
3:7

---
**O**

**oath**
5:5, 7:16
**oberndorf**
30:21, 35:1
**object**
36:1, 41:8
**objection**
70:4, 90:21,
97:22
**obviously**
63:8
**occasions**
57:7

**occur**
85:4
**occurred**
93:20
**occurs**
23:9
**october**
69:12
**offered**
58:16
**office**
3:15, 56:9,
75:17, 75:20
**officer**
105:3
**officers**
95:16
**offices**
2:2, 56:10
**official**
78:16
**officials**
95:17
**often**
16:16, 22:21,
23:4, 76:20,
77:17, 80:13
**oh**
14:20, 33:15,
49:3, 53:14,
71:20, 73:15,
92:21, 98:6
**okay**
5:11, 9:1,
9:16, 10:6,
14:13, 15:17,
16:2, 16:16,
17:4, 17:10,
17:19, 18:10,
18:19, 19:7,
19:14, 19:21,
20:17, 21:1,
22:1, 22:5,
23:4, 23:10,
25:15, 26:1,
26:18, 27:9,
27:18, 28:7,
29:21, 31:12,

32:16, 32:19,
33:17, 36:13,
36:19, 37:16,
38:13, 38:16,
41:19, 46:8,
46:11, 46:15,
49:1, 49:5,
49:8, 49:12,
49:15, 49:22,
51:10, 52:9,
53:16, 55:15,
57:17, 57:22,
59:14, 61:1,
62:4, 62:6,
67:9, 67:14,
69:1, 69:8,
70:22, 71:15,
72:21, 74:3,
74:8, 74:16,
74:20, 76:16,
78:20, 83:7,
83:20, 85:8,
87:8, 87:22,
88:2, 92:16,
93:10, 94:18,
97:5, 100:4,
102:17, 102:20
**okeydokey**
69:3
**once**
10:17, 16:17,
16:18, 18:19,
22:17, 24:8,
38:11, 44:21,
45:8, 58:13,
66:15, 67:3,
67:7, 67:21,
72:22, 92:11,
98:1
**one**
2:7, 3:17,
11:10, 18:11,
23:1, 26:4,
26:9, 34:13,
38:2, 48:5,
54:8, 54:20,
54:21, 57:20,
62:12, 66:2,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

121

69:19, 75:16,
77:5, 78:13,
79:11, 83:2,
87:7, 87:21,
91:16
**ones**
35:6, 37:19,
79:7, 99:12
**only**
6:4, 6:8, 6:9,
46:5, 46:6,
55:2, 64:19,
89:14, 91:2,
100:8
**open**
19:5
**opinion**
47:12, 92:8
**opportunities**
76:17, 76:20,
77:2
**opportunity**
86:1, 96:15
**opposed**
31:12
**optimal**
97:11
**order**
19:2, 46:15,
93:13
**ordinance**
19:13, 19:15
**ordinances**
15:1, 18:20,
22:14
**other**
5:18, 11:10,
12:2, 13:17,
13:20, 14:1,
19:16, 21:16,
22:15, 24:5,
27:20, 29:17,
29:18, 30:8,
32:16, 33:1,
33:8, 35:22,
36:15, 41:17,
41:22, 47:21,
48:20, 52:2,

54:22, 55:17,
56:19, 59:8,
60:15, 68:16,
81:4, 85:9,
91:4, 99:11,
101:9
**others**
62:21, 66:17,
67:2
**otherwise**
105:12
**ourselves**
17:8
**out**
5:16, 20:1,
21:15, 27:21,
27:22, 31:10,
31:21, 45:14,
46:1, 52:10,
54:11, 54:19,
54:20, 55:18,
66:9, 68:3,
71:22, 72:1,
72:8, 87:1,
91:4, 96:17,
99:18
**outcome**
105:12
**outside**
11:2, 17:10,
28:18, 32:18,
52:1, 63:9
**outward**
49:10
**over**
14:21, 15:8,
22:12, 24:8,
28:22, 36:18,
42:13, 50:18,
70:10, 71:5,
78:17, 80:2,
91:8, 97:2, 98:2
**overall**
69:15
**overcome**
91:6
**own**
31:8, 52:8

**owners**
77:16

**P**

**p-h**
34:3
**packet**
16:4, 16:5
**page**
4:2, 4:10,
6:18, 74:13,
74:15, 74:19,
75:4, 75:11,
76:16, 84:20,
89:9, 90:1,
95:21, 96:3
**pages**
1:21, 69:10,
74:9
**paid**
59:15, 59:17,
60:21, 61:10
**paper**
82:17
**paragraph**
76:7, 77:14,
93:11, 96:5,
96:7
**pardon**
63:1
**park**
37:20, 38:1
**parsed**
26:4
**part**
36:7, 59:13,
65:8, 72:17,
75:18, 77:15
**part-time**
24:15
**participate**
89:2
**participation**
69:16, 70:2,
70:17, 71:1,
77:19, 87:7,
89:6
**particular**
83:2, 95:2

**particularly**
54:18
**parties**
105:11
**passed**
54:11
**passing**
15:1, 54:19,
54:20
**past**
8:20, 75:6
**pay**
23:15
**payment**
76:9
**pending**
6:10
**penny**
1:22, 2:17,
105:2
**people**
17:18, 20:2,
23:5, 25:21,
27:8, 37:3,
45:13, 56:10,
61:10, 66:4,
67:12, 67:15,
67:22, 72:5,
72:6, 73:1,
86:8, 86:15
**people's**
20:7, 25:7
**percent**
45:22, 46:2,
74:14, 81:21,
81:22, 82:5,
82:7, 89:14,
89:15, 90:20,
94:4, 94:10,
94:15, 94:16,
98:9, 98:15,
98:21
**percentage**
97:7
**perception**
65:22, 66:16
**perception-wise**
65:17

Transcript of Robert M. Dyer
Conducted on September 11, 2019

122

**performing**
100:18
**period**
28:22, 69:18,
77:13, 93:15
**person**
28:1, 28:2,
60:19
**personal**
28:2, 28:12,
28:13, 64:20,
101:22, 102:6
**phase**
84:7
**phone**
12:8, 28:3,
28:6, 28:12,
28:13, 52:12,
55:19, 56:1,
56:15
**physical**
14:3, 25:1,
35:13, 35:15,
36:17
**place**
16:16, 39:3,
44:4, 69:22,
70:15, 70:16,
71:17
**plaintiffs**
1:7, 3:2, 5:6,
5:9, 58:2
**planned**
13:5
**planning**
21:13
**plate**
10:18
**play**
7:11
**playing**
65:4, 96:14
**please**
5:22, 6:6,
6:11, 40:4,
50:7, 74:11
**pledged**
60:5

**plethora**
70:13
**pls**
4:13
**point**
41:9, 43:15,
73:13, 73:20,
79:11, 84:11,
89:5
**policies**
48:18, 48:19
**policy**
15:2, 17:18,
22:14, 80:5,
80:20
**political**
32:22, 48:19
**poll**
54:11
**polling**
54:17
**population**
35:18
**populations**
46:16
**portsmouth**
99:11
**position**
13:11, 13:14,
23:12, 23:22,
24:3, 24:4,
24:15, 24:16,
61:19
**positions**
13:17, 13:21,
14:2, 23:6, 23:8
**positive**
78:11, 79:17,
98:2
**positively**
82:3
**post-it**
68:3
**post-its**
14:17, 82:14
**potential**
25:21
**powerpoint**
88:4

**practices**
88:15
**predominantly**
37:17, 38:6,
38:10, 38:14
**prefer**
28:5, 55:19,
56:5, 56:21,
57:7, 57:9
**preliminary**
16:12
**preparation**
11:5, 11:7,
12:12, 51:14
**prepare**
9:17, 12:2,
12:6, 17:2
**preparing**
12:9
**present**
11:9
**presentation**
79:10, 88:4,
88:6
**presented**
81:8
**presents**
16:11
**preside**
24:8
**president**
43:8
**presiding**
14:21, 15:8,
22:12, 80:2
**press**
16:7
**presuming**
26:8
**previous**
29:17, 29:18,
74:19
**previously**
82:4, 98:20
**prime**
77:21
**private**
68:15, 102:6

**privilege**
6:16, 6:19,
7:4, 7:5, 7:9,
11:3, 41:11
**proactively**
91:5
**probably**
27:6, 48:10
**problem**
5:17, 9:6, 9:7,
18:16, 40:4,
62:3, 98:13,
100:10
**problems**
91:10, 93:9,
99:14
**procedures**
69:22, 70:15,
70:16
**proceed**
41:20
**process**
16:21, 16:22,
17:11, 19:9,
23:7, 43:12,
46:18, 66:3
**processes**
66:4
**proclamations**
15:5
**procurement**
81:14, 88:8,
88:14, 89:11
**produce**
58:1, 59:3
**produced**
58:12
**professional**
44:7
**program**
48:21, 48:22,
49:1, 74:18,
74:21, 75:8
**progress**
68:1, 68:2,
70:14, 71:6,
91:8, 92:3, 92:5
**project**
101:16

Transcript of Robert M. Dyer
Conducted on September 11, 2019

123

projects
19:1, 20:20,
64:13
promoted
78:18
pronunciation
30:2
protected
9:15, 11:2,
41:10
provide
33:8, 86:10
provided
32:16, 33:17
providing
15:2, 65:3,
95:22
public
2:18, 15:4,
16:7, 16:13,
17:7, 19:22,
20:9, 20:18,
21:2, 22:14,
24:11, 24:18,
41:11, 41:16,
48:16, 68:19,
77:16, 102:1,
105:1, 105:21
publicly
68:11, 68:13,
68:17
purchase
93:12
purchasing
67:5, 78:17,
91:6
pursuant
2:17, 58:12
pursuing
87:6
put
32:12, 49:10,
60:17, 71:17,
71:22, 72:1,
72:5, 92:16

Q

qualified
7:4, 7:8, 86:8

qualify
72:7, 74:6
question
5:22, 6:3,
6:10, 6:15,
17:11, 21:9,
36:2, 36:5,
40:3, 42:5,
44:14, 44:17,
45:5, 45:10,
58:5, 61:17,
67:14
question-by-ques-
tion
7:1
questions
5:13, 6:5,
7:19, 9:13,
39:19, 50:6,
100:9, 100:14
quick
79:20
quickly
10:14, 102:14
quite
25:12, 30:16,
43:14, 43:22
quotas
99:15

R

race
7:13, 34:13,
34:16, 35:4,
35:5, 52:8,
65:10
races
32:20
racial
8:4
ran
14:10, 48:3,
50:21, 52:21,
53:4, 53:8, 54:6
rare
57:7
rate
90:22

rather
14:20
reach
55:17
reached
52:10, 82:4,
82:6, 93:19,
97:11
read
102:18, 103:1,
103:2, 103:4,
104:3
reading
105:8
reads
76:19, 77:9,
95:8
ready
42:15, 92:20
real
22:20
reality
65:19, 66:1
realized
72:22
really
10:13, 51:16,
53:10, 55:10,
56:2, 57:13,
57:14, 65:12,
67:20
reappointed
85:18
reappointments
85:19
reason
7:18, 12:21,
64:17, 67:18,
67:20
reasonable
92:4, 92:7
reasons
66:21, 85:6
recall
47:2, 51:9,
51:16, 52:15,
54:9, 57:13,
58:8, 58:14,

68:13, 79:12,
81:9, 81:12,
83:2, 90:17,
91:2, 91:22,
92:6
received
57:18
receiving
94:4
recently
31:22, 34:4
recess
55:13, 100:7
recollection
43:19, 63:20,
92:11
recommendation
90:5
recommendations
75:12, 78:5,
78:7, 78:14,
78:21, 79:8,
79:14, 80:8,
80:20, 81:10,
84:5, 84:6,
88:16, 90:2
recommending
102:22
record
5:21, 6:4,
6:12, 7:3, 7:12,
14:17, 76:2,
97:13, 102:10,
105:5
recycle
82:15
redistricted
38:18
redistricting
39:3, 40:16,
40:20, 43:5,
43:12
redo
40:2
reduced
77:11, 101:17,
105:7
referring
14:17, 15:9,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

124

22:3, 67:10
**reflect**
7:3
**refresh**
35:12
**regard**
76:14, 78:5
**regarding**
40:20, 43:16
**regent**
48:5, 49:2
**related**
8:1, 8:4, 26:9,
105:10
**relates**
17:12, 68:15
**relations**
29:6
**relationship**
99:22
**relatively**
77:11, 77:21
**released**
71:3, 72:18
**relevant**
58:1, 58:2,
58:5
**remarkably**
101:8
**remember**
31:1, 35:6,
41:22, 43:14,
43:15, 47:19,
61:16, 61:20,
68:11, 90:13,
93:3, 95:2
**rep**
13:19, 21:8,
22:8, 50:21
**rephrase**
36:4
**replacements**
25:8
**report**
69:12, 71:3,
71:22, 72:1,
72:18, 75:3,
75:13, 93:12,

93:18
**reported**
1:22, 77:16,
98:21
**reporter**
5:19, 5:21,
6:4, 64:2, 69:2,
82:21, 93:1,
94:22
**reporter's**
39:18
**reporter-notary**
105:1
**reports**
70:22
**represent**
5:9, 46:12,
69:6, 76:20
**representation**
44:8, 44:12,
74:2
**representative**
36:20, 90:8
**representatives**
46:7
**reprimanded**
101:21, 102:2
**request**
64:7
**requested**
105:9
**requesting**
64:19
**requests**
80:21
**require**
81:10
**requirement**
81:20
**requirements**
72:11
**reserve**
20:12
**residence**
43:5
**residency**
38:19, 47:15,
47:21

**residential**
47:22
**residents**
36:22
**resign**
101:4
**resignation**
102:9, 102:13
**resigned**
51:5, 100:17,
100:21
**resigns**
85:5
**resolution**
19:13, 19:15,
90:6, 90:12,
90:16
**resolutions**
15:1, 18:21
**respect**
28:21
**respectively**
88:16
**respond**
68:8
**response**
101:17, 101:18
**responses**
6:5, 6:6
**responsibilities**
24:1, 80:1
**responsibility**
17:6
**responsible**
17:17, 22:18,
75:13
**responsive**
61:13
**rest**
46:2, 91:11
**results**
81:5, 90:8,
96:18, 96:21,
97:20
**revealed**
69:11
**reverend**
62:21

**review**
11:14, 12:12,
17:3, 23:14,
23:18, 23:19,
81:2, 88:15
**ribbon**
15:5, 20:6,
25:17
**right**
7:2, 7:15,
8:14, 10:10,
10:13, 10:22,
11:12, 12:18,
13:11, 15:15,
16:20, 18:10,
21:11, 21:14,
23:21, 26:16,
27:12, 30:9,
30:17, 30:18,
33:8, 35:15,
36:21, 37:14,
38:17, 38:22,
41:13, 42:1,
42:9, 43:15,
43:20, 44:14,
45:5, 45:8,
46:22, 47:12,
49:9, 49:17,
51:17, 52:9,
53:7, 53:11,
55:6, 56:7,
56:18, 56:22,
61:9, 61:20,
62:1, 62:4,
64:18, 65:21,
69:13, 70:15,
72:15, 73:8,
75:22, 77:5,
78:17, 78:20,
79:13, 80:3,
80:6, 80:13,
80:16, 81:6,
81:9, 82:1,
82:10, 82:20,
83:3, 83:20,
83:21, 85:2,
85:11, 85:16,
85:21, 86:5,

Transcript of Robert M. Dyer
Conducted on September 11, 2019                    125

87:8, 88:3,
89:9, 91:15,
92:6, 94:12,
95:4, 95:9,
95:18, 97:18,
98:3, 98:4,
100:4, 100:8,
101:19, 102:16,
102:17
**rights**
8:2, 96:11
**rmr**
1:22, 2:18,
105:2
**road**
101:16
**roads**
99:10
**robert**
1:14, 2:1, 4:2,
5:3, 6:13,
103:9, 104:2
**role**
28:14, 39:2,
43:12, 73:5
**ron**
33:4, 33:12,
54:3
**ron's**
54:4
**room**
2:8, 3:18
**rosemary**
30:19, 31:22,
32:8, 34:19
**rouse**
52:21, 83:19
**rouse's**
54:21, 55:1
**rpr**
1:22, 2:18,
105:2
**rule**
58:9
**rules**
5:16
**run**
31:5, 31:8,

51:18, 86:13
**running**
30:10, 31:13,
31:16, 32:2,
32:13, 34:5,
49:20, 49:21,
50:1, 50:13,
52:11, 52:19,
54:5, 58:21,
58:22, 59:10

---
**S**
---
**s-i-n-n-e-n**
34:7
**s-t-e-p-h**
34:2
**sabrina**
30:20, 31:7,
34:21, 37:11,
37:12, 48:3,
49:22, 50:8,
50:12, 51:21,
52:9, 52:10
**sabrina's**
49:8
**said**
10:12, 31:6,
32:8, 35:7,
39:9, 41:2,
41:4, 41:21,
49:11, 50:21,
52:7, 52:15,
57:15, 61:15,
68:17, 70:8,
71:8, 92:10,
105:6
**sake**
39:18
**same**
6:18, 29:7,
38:16, 59:11,
104:4
**sample**
54:10, 54:20,
54:22, 55:3
**satisfactorily**
100:19
**satisfactory**
100:20

**saw**
64:8, 99:21
**say**
5:20, 8:20,
9:11, 14:8,
15:8, 15:14,
18:15, 21:18,
22:22, 23:21,
24:3, 26:12,
27:2, 28:3,
28:14, 29:7,
29:10, 30:4,
32:4, 35:17,
35:21, 36:14,
36:21, 37:7,
45:11, 45:15,
48:10, 50:18,
50:19, 55:22,
56:3, 57:18,
65:15, 66:7,
71:13, 72:17,
81:13, 85:14,
86:5, 86:17,
86:20, 92:4,
94:8, 94:9,
94:14, 97:9,
99:8, 99:16,
101:1, 101:7,
101:11
**saying**
10:14, 21:19,
34:9, 41:2,
44:15, 72:16,
79:22
**says**
7:6, 7:8, 18:2,
74:21, 75:8,
76:7, 87:8,
87:15, 88:10,
89:6, 91:16,
95:21, 96:10
**school**
20:13
**scribbles**
82:16
**seal**
105:14
**search**
58:11

**season**
50:17, 51:2,
51:3
**seat**
30:10, 31:16,
33:6, 33:7
**seatack**
37:20, 37:22
**second**
18:1, 18:11,
46:14, 76:6,
79:20, 80:18,
93:20
**section**
43:3, 55:8,
74:21, 75:9,
75:10
**see**
5:19, 36:16,
43:4, 43:9,
44:8, 50:21,
61:13, 75:9,
75:16, 75:17,
76:17, 77:9,
87:10, 87:13,
87:18, 88:3,
88:6, 88:10,
88:13, 88:18,
88:20, 89:5,
89:10, 89:13,
90:1, 90:5,
91:16, 91:18,
92:4, 94:1,
95:4, 95:20,
96:7, 96:19
**seeing**
95:2
**seems**
19:21
**seen**
64:4, 69:4,
69:5, 77:1,
83:1, 93:2,
95:1, 95:12
**senate**
32:20
**send**
27:21

Transcript of Robert M. Dyer
Conducted on September 11, 2019

126

sense
22:4, 44:20
sent
57:5, 57:11,
57:20, 63:17
sentence
76:6, 76:19,
77:9
september
1:16, 105:15
series
21:11
serve
96:18, 96:22,
97:21
serves
77:17
service
25:5, 93:13
services
43:9, 43:21
session
84:6
sessoms
29:13, 35:2,
63:18
set
10:8, 99:6,
105:13
sets
54:10, 54:20,
55:2
settings
27:15
seven
26:5, 38:19,
66:6
several
71:8, 77:16,
77:22
shaking
20:2
shannon
83:18
sheet
104:7
shop
27:14

short
99:5
shorthand
105:1
should
44:15, 47:10,
55:7, 77:20
show
20:6, 32:1,
32:4, 53:18,
53:19, 97:1,
97:16
showed
31:22, 33:21,
49:14, 51:22
showing
33:10, 33:11,
33:18
shown
34:10
shows
98:1
side
54:13, 92:17,
96:12
sidewalk
18:4
sign
32:12, 102:18
signature
103:8, 104:11
signature-7dmpd
105:18
signed
104:7
significant
68:2, 70:14,
92:13, 99:14
significantly
89:7
signing
105:9
signs
60:1
similar
91:10
since
10:18, 13:15,

13:19, 26:19,
26:22, 30:15,
35:8, 35:11,
65:18, 71:2,
78:8
single
43:17
sinnen
34:4
sir
6:19
six
9:11, 10:15,
48:11, 50:18
size
77:17
skip
77:6
skips
85:15
slates
31:9
slide
88:18, 88:20,
89:10, 90:2,
91:15
slowly
97:17
small
76:1, 76:2,
76:20, 77:19,
88:7, 89:1
smaller
78:1
smith
63:2, 63:3,
63:6, 63:10,
63:14, 63:17,
64:10, 64:19,
64:22
smith's
65:9
social
60:7, 60:8,
60:9, 60:10,
60:16, 61:6
some
6:15, 27:18,

42:12, 58:16,
59:8, 64:13,
66:16, 67:1,
67:6, 67:12,
67:18, 67:22,
72:22, 84:11,
91:3, 92:15
somebody
60:18, 85:9
someone
18:14, 85:4,
85:5
something
17:12, 18:14,
33:20, 98:7
sometime
14:4, 50:16
sometimes
32:6, 57:8,
101:7
sorry
60:10, 62:2,
62:10, 62:22,
73:16, 77:6
sort
23:18, 23:19,
25:17, 27:1,
28:18, 73:4,
73:20, 73:22,
80:9, 86:17,
86:18
sound
46:22, 54:11,
55:3, 69:12
sounds
25:10, 40:5
space
20:12
speak
19:3, 37:6
special
32:10
specific
28:21, 36:4,
48:17, 64:17
specifically
79:12, 93:4
specifics
76:15

Transcript of Robert M. Dyer
Conducted on September 11, 2019

127

speculate
67:19, 67:20
spell
34:1, 34:6,
61:2
split
50:5
spoke
40:21, 42:3,
57:21, 96:17
st
21:21
staff
17:2, 27:5,
59:12, 59:14,
59:17, 59:19,
59:21, 60:22
stands
75:22, 89:17,
89:20
start
5:16, 6:1,
51:4, 74:15
started
66:3, 72:19
state
6:11, 14:1,
14:3, 32:20,
33:2, 33:9,
88:14, 90:22,
91:11
stated
91:19
states
1:1, 88:20,
93:11, 96:5,
96:9
stating
68:11
station
54:17
statistics
97:12
stats
97:12
status
71:1
stay
31:8

stenographically
105:7
step
83:12, 85:10
stepped
14:11, 39:8
steps
85:4
stick
14:16
sticker
62:12
sticking
86:18
still
24:13, 44:19,
45:7, 53:14,
81:13, 82:17,
99:5
storm
101:13
straightforward
19:22
street
3:7
strides
70:10, 100:3
stroke
25:8
struggling
87:3
student
30:20
students
48:5
study
4:14, 62:5,
62:15, 63:14,
63:19, 64:7,
64:19, 66:9,
66:20, 67:2,
67:16, 68:7,
68:12, 69:15,
69:18, 70:1,
70:19, 77:13,
81:5, 81:7,
82:11, 88:15,
89:11, 90:7,

90:9, 91:20,
92:1, 96:1,
96:18, 97:20
stuff
9:2
subcontract
76:17
subcontracting
77:2
subcontracts
76:19, 77:22
subject
95:7
submit
19:12, 73:22
submitted
102:12
subpoena
58:9, 58:12
substantial
71:6
substantially
69:18
success
77:18
sufficient
90:20, 94:5
suffolk
25:6
suggestion
76:5
suggestions
20:22, 74:18,
75:16
suite
3:8
summary
69:7
supply
79:6
support
32:16, 33:9,
33:19, 53:11,
54:4, 96:17
supported
31:2, 49:8
supports
90:7

supposed
9:3, 14:16
sure
5:14, 8:19,
17:22, 18:8,
18:12, 37:22,
46:10, 50:17,
73:4, 74:12,
74:14, 75:2,
75:21, 76:15,
78:10, 79:5,
81:16, 81:21,
86:7, 87:20,
92:21, 96:8,
98:5, 98:6,
100:6, 102:21
swam
75:17, 75:20,
75:22
switching
43:17
sworn
5:4, 21:12,
21:20
sympathicum
39:22
system
43:18, 44:10,
45:15, 47:4,
47:8, 73:15,
76:10

T

take
6:8, 6:9,
11:16, 16:16,
40:1, 55:7,
66:19, 75:1,
100:4, 101:8
taken
55:13, 100:7,
105:4, 105:6
talk
16:9, 18:15,
25:2, 44:1,
49:12, 55:16,
62:4, 78:6,
83:21, 100:15

Transcript of Robert M. Dyer
Conducted on September 11, 2019

128

| | | | |
|---|---|---|---|
| **talked** 25:15, 25:16, 27:18, 28:19, 51:20, 97:5 | **texts** 9:20 | 50:5, 53:17, 57:11, 59:21, 60:17, 61:17, | 94:14, 94:16, 101:17, 101:18 |
| **tallwood** 20:13 | **th** 3:7, 12:22, 21:21, 27:5, 42:17, 87:10, 105:14 | 65:11, 65:19, 65:21, 67:3, 67:21, 67:22, 68:8, 69:10, | **timeframe** 71:10, 71:11 |
| **task** 66:3 | | 75:6, 82:10, 83:18, 94:3, | **times** 26:15, 31:21, 51:15 |
| **taught** 49:4 | **thank** 9:8, 10:22, 16:18, 18:10, | 98:1, 99:7, 102:16 | **tina** 34:4 |
| **tax** 23:3 | 34:8, 40:14, 42:14, 47:20, | **third** 76:6 | **title** 61:7, 78:16, 95:20 |
| **taylor** 70:12, 71:5, 78:4, 78:6, | 74:8, 82:13, 100:13 | **thought** 42:5, 45:3, 92:2 | **titled** 88:6, 88:18, 89:10, 90:2 |
| 78:15, 78:21, 79:8, 79:9, | **therapist** 25:1, 35:13, 35:15, 36:17 | **thoughts** 64:8 | **today** 5:13, 7:11, 7:16, 7:19, |
| 79:14, 80:7 | **therapy** 14:4 | **thousand** 18:3 | 12:19, 35:17, 35:21, 97:13 |
| **teaching** 48:12, 49:2, 49:5 | **thereafter** 105:7 | **three** 17:7, 46:7, 50:19, 63:6, | **today's** 88:11 |
| **tech** 60:18 | **therefore** 90:9 | 71:14, 78:9, 79:3, 79:4 | **together** 36:10, 72:5, 73:15, 74:6 |
| **tell** 14:18, 57:13, 64:16, 71:19, | **thing** 15:6, 36:3, 36:11, 58:15, | **three-and-a-half** 63:5 | **told** 46:19, 96:12 |
| 79:7, 103:1 | 65:17, 68:19, 85:9, 86:16, 91:2 | **through** 9:19, 9:22, 10:1, 16:22, | **tom** 30:3 |
| **tend** 35:21 | **things** 6:7, 19:2, | 19:8, 23:7, 45:15, 61:12, | **took** 31:4, 39:3, 99:9 |
| **term** 85:11 | 20:16, 20:22, 22:11, 28:6, 59:8, 59:9, | 64:13, 67:4, 70:9, 74:9, 80:8 | **topic** 61:16 |
| **terms** 17:12, 86:22, 98:2 | 60:6, 71:20, 72:4, 72:6, 72:9, 72:11, | **throughout** 26:4 | **totally** 43:2 |
| **testify** 5:5 | 73:6, 73:10, 86:11, 91:7, | **time** 6:8, 16:12, 16:15, 17:5, | **toward** 93:8 |
| **testifying** 64:18 | 99:19, 101:7, 101:14 | 23:1, 23:14, 28:22, 29:16, | **town** 20:3, 20:10, 21:4, 21:10, |
| **testimony** 6:20, 58:17, 104:4, 104:5, | **think** 30:21, 32:14, 33:3, 33:20, | 38:22, 42:12, 57:10, 57:17, | 22:7, 25:16, 101:15 |
| 105:6 | 36:2, 37:2, 38:11, 41:9, | 75:1, 79:6, 86:18, 86:19, | **transcribed** 102:19, 102:22 |
| **text** 28:1, 56:20, 57:5, 57:8, | 44:11, 44:15, 46:20, 47:10, | 91:3, 92:2, 92:4, 92:7, | **transcribing** 5:20 |
| 57:11, 57:15, 57:18, 58:1, 58:3, 58:6 | | 92:12, 94:8, | **transcript** 42:11, 63:22, |

Transcript of Robert M. Dyer
Conducted on September 11, 2019

129

68:22, 82:19,
92:19, 94:20,
102:18, 105:5
**transcription**
104:5
**transcripts**
12:15
**transfer**
18:22
**traveling**
25:10
**tree**
82:15
**tremendous**
100:3
**trend**
98:2
**trends**
88:14
**trial**
12:15, 13:1
**tried**
31:6, 72:3
**trouble**
66:8
**true**
62:14, 63:12,
63:17, 95:14,
104:4, 105:5
**truth**
16:19
**truthful**
7:19, 7:20
**try**
6:1, 20:7,
72:5, 87:20
**trying**
10:17, 30:21,
32:14, 33:20,
39:7, 53:17,
83:18, 92:3
**tuesday**
16:1, 19:4,
19:16, 96:18
**turn**
74:9, 76:16,
89:9, 90:1, 96:3
**turning**
75:11

**twitter**
60:16
**two**
8:20, 40:22,
50:6, 54:10,
54:20, 55:2,
59:15, 59:17,
61:17, 72:6,
85:6, 85:14
**type**
36:11, 41:9,
58:15, 86:15
**types**
27:1, 86:13
**typewriting**
105:8

### U
**uh-huh**
20:5, 20:14,
24:10, 27:4,
32:3, 64:3,
65:2, 74:10,
74:22, 76:18,
77:8, 82:22,
87:11, 89:16,
89:19, 93:17,
93:22, 96:4
**unbundle**
77:21
**unbundling**
77:6, 77:7,
78:13
**under**
5:5, 7:16,
105:8
**understand**
5:18, 7:15,
36:5, 36:7,
44:21, 73:4,
79:17, 98:5,
98:7
**understandable**
57:2
**understanding**
15:18, 76:13
**unilaterally**
80:9

**united**
1:1
**university**
48:6, 71:21,
72:1
**until**
23:12
**updated**
71:1
**use**
6:6, 10:9,
10:12, 28:8,
60:17
**using**
60:15
**usually**
87:19
**utilization**
89:14, 90:19

### V
**va**
2:9, 3:19
**vacancies**
85:3
**vacancy**
23:9, 51:1,
84:3
**vacation**
13:5
**variances**
19:1
**various**
6:17, 20:15,
27:8, 74:5
**verbal**
6:4, 6:6
**verbally**
54:14
**versus**
86:21
**veteran-owned**
93:14
**via**
56:20
**vice**
40:21, 46:19,
99:17, 99:19,

99:20
**villanueva**
33:4, 54:3
**vindcate**
96:19
**vindicate**
96:22, 97:13,
97:21
**vindicates**
99:6
**virginia**
1:2, 1:9, 1:15,
2:5, 2:9, 2:19,
3:12, 3:15,
3:19, 12:22,
13:12, 13:13,
13:16, 13:18,
14:14, 14:19,
25:5, 32:17,
32:20, 33:2,
33:9, 35:7,
35:18, 35:22,
37:1, 38:12,
38:18, 47:22,
62:18, 63:10,
65:6, 78:3,
88:14, 90:8,
91:10, 91:12,
93:15, 95:5,
95:8, 95:10,
105:22
**voice**
20:21, 45:14,
56:5, 56:6,
56:21
**voluntarily**
85:10
**volunteer**
37:5, 44:3,
59:19
**volunteered**
31:19
**volunteers**
59:16, 59:18
**vote**
16:15, 17:9,
19:14, 22:22,
45:22, 47:13,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

130

102:8
**voters**
45:11
**votes**
44:19, 45:13
**voting**
8:2

**W**

**wait**
53:14, 92:4
**waived**
103:8
**walk**
16:21, 23:7
**want**
5:15, 9:14,
10:13, 18:11,
18:15, 19:10,
19:11, 25:21,
37:22, 48:10,
55:17, 57:4,
67:16, 68:6,
68:12, 73:4,
74:9, 79:19,
87:22, 98:4,
100:15, 101:7
**wanted**
44:7, 67:2,
67:8, 87:5,
92:15
**wanting**
67:9
**washington**
3:9
**water**
101:14
**way**
5:16, 29:12,
29:18, 29:19,
29:21, 30:5,
30:7, 30:21,
36:16, 44:9,
57:9, 60:18,
101:21, 102:2
**ways**
27:19, 27:20,
28:17, 28:19,

29:1, 29:11,
72:8, 72:13,
74:5, 78:12
**wbe**
89:13, 89:17
**we're**
6:18, 18:2,
41:9, 62:9,
74:17, 82:2,
82:10
**we've**
66:6, 71:20,
93:9, 97:5,
97:13, 102:22
**web**
61:4, 61:5
**website**
59:7, 60:2,
60:3, 61:13
**websites**
60:10
**wednesday**
1:16
**week**
12:22, 13:1,
26:5
**went**
9:19, 33:20
**weren't**
10:14, 69:22,
100:3
**wes**
99:17
**whatever**
9:20, 18:17,
25:9
**whatsoever**
9:21
**whereof**
105:13
**whereupon**
5:2
**whether**
15:4
**white**
36:22
**whole**
69:10

**wile**
1:22, 2:17,
105:2
**willing**
44:3
**wilson**
30:19, 31:22,
32:8, 34:19
**win**
34:13, 34:16,
35:1, 37:10
**wins**
46:3
**wish**
6:19
**within**
8:22, 93:18,
101:9
**without**
19:8
**witness**
105:13
**woman**
76:1, 76:2,
93:13
**woman-owned**
69:16, 77:10,
88:7, 89:1,
89:17, 90:19
**won**
45:21
**wood**
13:7, 30:19,
34:16
**wooten**
30:20, 34:21,
37:11, 37:12,
46:14, 48:3,
50:8, 50:12
**work**
16:22, 18:18,
24:13, 25:4,
28:15, 28:17,
44:10, 69:20,
72:3, 72:6,
72:7, 72:14,
74:7, 86:11,
91:7, 97:6

**worked**
29:1
**workers**
54:11, 54:19
**working**
29:6, 35:11,
63:4, 66:6,
70:8, 81:17,
91:5
**workings**
99:21
**workshop**
15:11
**workshops**
19:19, 19:20
**wouldn't**
29:14, 29:20,
44:13
**wreck**
25:9
**wrong**
72:16

**Y**

**yard**
32:12, 32:13,
32:14
**yeah**
10:19, 16:5,
18:7, 19:17,
19:20, 20:3,
21:7, 26:6,
27:17, 28:7,
30:13, 33:7,
52:17, 56:13,
57:3, 58:20,
60:8, 60:14,
61:11, 68:5,
68:19, 81:18,
82:9, 92:16
**year**
8:15, 8:22,
16:17, 16:18,
23:14, 93:21,
94:5, 94:9,
98:20
**years**
8:21, 33:3,

Transcript of Robert M. Dyer
Conducted on September 11, 2019

131

33:4, 33:16,
48:11, 49:3,
49:4, 50:18,
50:19, 63:5,
63:7, 65:7,
66:3, 66:6,
70:11, 70:14,
71:6, 71:8,
71:14, 78:9,
83:11, 85:7,
85:14, 85:15,
91:8, 97:2, 98:2
**years-old**
46:6
**yep**
75:10
**you-guys**
51:15, 51:17

**Z**

**zipped**
75:6

**$**

**$12.5**
93:19
**$425,000**
95:22

**.**

**.44**
89:15

**0**

**000004**
4:13
**00069**
1:8
**07**
103:9
**07731**
95:21

**1**

**1.27**
89:14, 90:20
**1/2/16**
4:12

**10**
1:17, 81:21,
82:5, 82:6,
94:10, 94:14,
94:16, 96:12,
98:9, 98:15
**100**
74:13
**105**
1:21
**10920**
75:5, 75:8
**11**
1:16, 4:11,
4:16, 74:9,
74:13, 74:19,
75:4
**1101**
3:7
**12**
49:4, 74:15,
81:22
**12945**
88:1
**14**
3:7, 4:16,
12:22, 74:9,
81:22, 87:10
**155**
27:6
**16**
105:14
**17**
46:6
**18**
1:8, 46:6
**19**
4:11, 42:17
**1980**
14:5
**1990**
14:15, 35:9,
35:10, 35:11,
35:17
**1995**
88:21
**1st**
27:5, 51:7

**2**

**2**
1:17
**20**
21:21, 27:5
**20005**
3:9
**2002**
54:6
**2004**
13:19, 83:15
**2010**
30:15, 38:17,
39:4, 39:11,
40:12, 40:16
**2011**
42:18, 43:5,
43:13, 43:16,
83:6, 87:10,
92:1, 92:9
**2015**
93:16
**2016**
63:17, 93:16,
94:9
**2018**
13:15, 26:19,
26:22, 31:1,
31:10, 37:14,
51:3, 51:6,
51:7, 69:12,
83:15
**2019**
1:16, 21:12,
21:18, 22:3,
105:15
**202**
3:10
**2020**
13:1
**2021**
105:16
**21**
21:21
**2200**
3:10
**23456**
2:9, 3:19

**2**

**2401**
2:6, 3:16
**250**
27:7
**260**
2:8, 3:18
**261325**
1:20
**2:cv**
1:8

**3**

**30**
93:16
**31**
105:16
**385**
2:10, 3:20

**4**

**4**
103:9
**400**
3:8
**42**
4:11
**4351**
2:10, 3:20
**45**
58:9

**5**

**500**
69:10
**55**
45:22

**6**

**6.9**
93:19, 94:4
**60**
46:2
**63**
4:13
**68**
4:14

**7**

**736**
3:10

Transcript of Robert M. Dyer
Conducted on September 11, 2019                                              132

**757**
2:10, 3:20

| **8** |
|---|

**82**
4:16

| **9** |
|---|

**92**
4:17
**94**
4:18