**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway**, *et al.*, | |
| **Plaintiffs**, | |
| **v.** | **Civil Action No. 2:18-cv-0069** |
| **City of Virginia Beach**, *et al.*, | |
| **Defendants** | |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 13
Virginia Beach Fire Dept. EEO Plan (DEF11870-11898)

# VIRGINIA BEACH FIRE DEPARTMENT



## Equal Employment Opportunity, Diversity and Inclusion Plan

**January 1, 2010 – December 31, 2014**

Approved By: _____     Date: _____
                         Steven R. Cover
                         Fire Chief

Prepared By: _____     Date: _____
                         Cathy B. Anderson
                         Fire Human Resources Manager

_____     Date: _____
                         Susan A. Salafranca
                         Fire Recruiter

DEF11870

**Virginia Beach Fire Department**
**Equal Employment Opportunity, Diversity and Inclusion Plan**

**Table of Contents**

**Section I:  Introduction**     **3-6**

    A.  Mission & Overview     4
    B.  Division Description     6

**Section II: EEO Commitment to Race, National Origin and Gender**     **7-16**

    A.  Current Reality     8
       1.  Utilization Analysis     9
       2.  Identification of Areas of Underutilization     9
       3.  Turnover     12
    B.  Accomplishments / Best Practices     13
    C.  Future Strategies / Initiatives     16

**Section III:  EEO, Diversity and Inclusion Commitment to All**     **17-19**

    A.  Current Reality     18
    B.  Accomplishments / Best Practices     19
    C.  Future Strategies / Initiatives     19

**Section IV:  Dissemination of Plan**     **20-21**

    A.  Implementation     21

**Section V:  Appendices**     **22-35**

    Chart A:  Job Classification (Job Titles)     23-24
    Chart B:  Workforce by Budget Unit     25
    Chart C:  Workforce Utilization     26
    Chart C-U:  Workforce Utilization (Uniform Only)     27
    Chart D:  2008-2009 Firefighter Recruit Applicant EEO Information     28
    Chart E:  2009 Account Clerk I Applicant EEO Information     29
    Organizational Chart     30
    Recruitment Flyers     31-35

DEF11871

# SECTION I:

# INTRODUCTION





VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11872

## A. **MISSION STATEMENT & DEPARTMENT OVERVIEW**

**Mission**
The Virginia Beach Fire Department is a customer service organization partnering with communities, members, citizens and visitors to foster the feeling of safety any place, any time, through planning, mitigation, response and restoration.

**Vision**
The vision of the Virginia Beach Fire Department is as an aligned system comprised of members who are committed to ensuring the City's destination of "feeling safe, any place, any time."

**Values**
The values of the Virginia Beach Fire Department are based upon a belief of providing our customers (internal and external) with a better quality of life.  Our values center on Caring, Integrity, Trust and Honesty.

**Department History**

The Virginia Beach Fire Department began as an all volunteer department in 1907 when the Town Council noted the need to provide fire equipment to protect the rapidly growing resort location.  During the next 20 years, the volunteer department met the many challenges it faced, but proclaimed that 24-hour fire protection was desperately needed.  In 1928, the town hired a paid staff of firefighters who also performed the duties of police officers. This dual duty system was necessary as the town did not have the funding to hire single function employees. With the help of volunteers, this combination system maintained fire protection for the Town of Virginia Beach from one fire station located at 20th and Arctic Avenue and numerous "volunteer" departments that sprang up during the 1940's and 1950's that maintained fire protection in Princess Anne County.

In 1963, the Town of Virginia Beach merged with Princess Anne County to form the City of Virginia Beach and the Virginia Beach Fire Department.  The volunteer departments maintained their volunteer Fire Chief and Chief E.B.  Bayne maintained his position as the Fire Chief of the Beach Borough Fire Department.  On September 1, 1971, Chief Bayne was appointed as the first Chief of the City of Virginia Beach Fire Department. Chief Bayne's early focus was to secure funding to transform the county's all volunteer system into a modern career fire department.   This required a concerted focus on staffing and apparatus for existing volunteer facilities as well as addressing a rapidly expanding population, business centers and residential communities.  Human, physical and fiscal resources were stretched to their limits to address service delivery demands.

Since the merger in 1963, the department has grown to 19 stations staffed by 20 companies.  Additionally, the department has grown from a career/uniform staff of 11 budgeted positions in 1963 to 435 budgeted career/uniform positions, 39 budgeted

DEF11873

civilian staff positions, 60 volunteer firefighters/ support tech team members and over 600 Community Emergency Response Team (CERT) volunteer members in 2009.

Today, the Virginia Beach Fire Department is recognized as a metropolitan sized organization that provides an all-hazard response that includes: Fire Suppression, Emergency Management, Hazardous Materials, Technical Rescue, Marine, Fire Inspections, Fire Investigations, Life Safety Education, Fire Training, Safety, Health and Wellness and disaster response from Virginia Task Force II, FEMA Urban Search and Rescue Team.   In addition, the department is a member of the Virginia Beach Emergency Response System and provides emergency medical technicians and paramedics to assist the Department of Emergency Medical Services with Advanced Life Support response to the community.   The Virginia Beach Fire Department has established itself as a local, regional, state and national leader in numerous areas and continues to strive for excellence in delivering services to the city.

**Strategic Plan**

In 2008 Senior Staff presented a revised 2009-2010 strategic plan to be included in the department's ten year 2006-2016 Strategic Plan. The strategic plan focuses on four areas of the department:

- Community Relations and Service Delivery:  VBFD must have strong ties to the community and must be focused on the services it delivers.
- Leadership:  VBFD must focus on continuous improvement of leadership and management practices through the clarification of positions, roles and responsibilities, performance expectations and a dedication to maintaining an organizational culture of excellence.
- Influence:  VBFD must focus on establishing and maintaining influence relationships and marketing strategies in order to have an impact on the local, regional, state and federal levels.
- Resources – VBFD must strategically acknowledge, identify, plan for and sustain the critical role of human and physical resources in the delivery of internal and external customer services.

**Accreditation**

In 2001 the Virginia Beach Fire Department was awarded accreditation by the Commission on Fire Accreditation International (CFAI), a division of the Center for Public Safety Excellence.  The department received accreditation status again in 2006 to remain in effect through 2011.  A Battalion Chief (Accreditation Manager) and Public Safety Analyst were appointed to oversee the 2011 application process. Both individuals recently completed the CFAI Accreditation Manager's Workshop and will guide the department into its next accreditation process.

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11874

## B.  DIVISION DESCRIPTION

The Fire Department's organizational structure is comprised of the following divisions: Chief's Office, Operations and Services.  An organizational chart is provided in the Appendices.

**Chief's Office (7)**:  Members of the Chief's Office include his Battalion Aide, Executive Assistant and 4 Office of Emergency Management civilian personnel.

**Operations (407)**:  Members of the Operations Division include the Deputy Chief of Operations, three District Chiefs, and twelve Battalion Chiefs who oversee the management of three operational shifts for twenty fire suppression companies and 384 uniform personnel throughout the City of Virginia Beach. This division also includes two Battalion Chiefs who manage the Federal Emergency Management Agency (FEMA) Task Force II grant office, Emergency Communications, and 5 civilian personnel.

**Services (60)**:  Members of the Services Division include the Deputy Chief of Services, two District Chiefs, four Battalion Chiefs and 24 uniform and 29 civilian personnel who work in the department's Finance & Budget Office, Resource Management Office, Fire Marshal's Office, Research & Analysis, Human Resources, Training, and Safety & Wellness.

Note: The description above reflects budgeted positions (474) assigned to each division as of December 31, 2009.

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11875

# SECTION II:

# EEO COMMITMENT TO

# RACE, NATIONAL ORIGIN AND GENDER



DEF11876

## A. <u>CURRENT REALITY</u>

The Department of Fire is responsible for providing immediate response to all reported emergencies including fires, technical rescues, medical assistance, hazardous spills, marine rescues and weather related emergency preparedness and response.  In order to provide the exemplary services our citizens and visitors expect the department relies on the diverse knowledge, skills and abilities of its workforce.  Consistent with the City of Virginia Beach's mission to create a workforce that reflects the diversity of its community, the Fire Department has prepared this Equal Employment Opportunity, Diversity and Inclusion Plan.

The Fire Department is dedicated to developing and maintaining a diverse workforce that reflects the regional community.  This plan will provide an analysis of the department's current workforce (472 employees as of December 31, 2009) by job categories established by the Equal Employment Opportunity Commission (EEOC).  In addition, this report will provide an overview of the Fire Department's commitment to its Members, Applicants and Citizens through our Current Reality, Accomplishments/Best Practices, and Future Strategies/Initiatives.  All referenced charts are provided in the Appendices.

**Chart A** lists full time and part time job titles currently used within the department as of December 31, 2009.  Job titles are assigned according to EEO job categories as established by the EEOC.

**Chart B** offers a detailed analysis of the department's workforce by budget unit.  The departmental budget units identified are Fire Marshal's Office, Emergency Management, Fire Operations, Fire Training Staff, Fire Grants and Fire Programs.

**Chart C** provides a statistical analysis of the department's workforce utilization by race, national origin, gender, and EEO job categories with the relevant labor market (RLM) based on 2000 US Census Data.

**Chart C-U** provides a statistical analysis of the Uniform Personnel (434) who make up 92% of the department's workforce.

**Chart D** offers an analysis of 2008-2009 Firefighter Recruit applicants.

**Chart E** offers an analysis of 2009 Account Clerk I applicants.

DEF11877

## Utilization Analysis

A comparison of the department's uniform personnel against the labor statistics indicates the highest areas of underutilization are Black/African American males and White and Black/African American females.  Males in the Hispanic/Latino, Native Hawaiian/Pacific Islander, American Indian/Alaska Native and Two or More Races EEOC categories are representative of the region's relevant labor market.  Additionally, females in the Hispanic/Latino and Two or More Races meet the region's relevant labor market standards.  Underrepresentation is at zero or less than one percent for Asian Males and Hispanic/Latino, Asian, Native Hawaiian/Pacific Islander, and American Indian/Native Alaska Native females.

A review of the department's other occupational groups confirm that minorities meet relative labor market standards in the Professionals and Technicians categories and females exceed RLM utilization standards in the Professional category.  In contrast, minorities are underutilized in the Officials & Administrators, Administrative Support and Skilled Craft job categories.  Females are also underrepresented in the same categories as minorities with additional underutilization in the Technicians job category.

A more detailed analysis of the department's workforce utilization is provided in Chart C and Chart C-U.

## Identification of Areas of Underutilization

Statistics used for the identification of areas of underutilization will be based on workforce availability rates in the relevant labor market and EEOC job groupings of the department's full time and part time staff (472 employees).

A statistical analysis is conducted comparing the department's workforce demographics with US 2000 Census availability rates.  Only six of the seven EEOC job categories are used within the Fire Department.  One category, Skilled Craft, has only one position.  Overall female and minority representation as of December 31, 2009 is provided in the following analysis:

## Officials and Administrators – 4 positions

Underutilization of females (-38.1%) is based on an availability rate of 38.1%; Underutilization of minorities (-16.2%) is based on the availability rate of 16.2%.

Race and gender underutilization within specific ethnic groups:

- Black/African American males: -2.9% based on an availability rate of 2.9%
- Hispanic/Latino males: -3.5% based on an availability rate of 3.5%
- Asian males: -2.2% based on availability rate of 2.2%
- Native Hawaiian/Pacific Islander males: 0.0% based on an availability rate of 0.0%

DEF11878

- American Indian/Alaskan Native males: -0.2% based on an availability rate of 0.2%
- Two or More Races males: -0.5% based on an availability rate of 0.5%
- White females: -30.7% based on an availability rate of -30.7%
- Black/African American females: -3.4% based on an availability rate of 3.4%
- Hispanic/Latino females: -2.5% based on an availability rate of 2.5%
- Asian females: -1.3% based on an availability rate of 1.3%
- Native Hawaiian/Pacific Islander females: 0.0% based on an availability rate of 0.0%
- American Indian/Alaskan Native females: -0.2% based on an availability rate of 0.2%
- Two or More Races females: -0.3% based on an availability rate of 0.3%

### Professionals – 14 positions

Utilization of females (64.3%) is above the availability rate of 51.9%; overall utilization of minorities (21.4%) is above the availability rate of 19%.

Race and gender underutilization within specific ethnic groups:
- White males: -2.4% based on an availability rate of 38.1%
- Black/African American males: -3.8% based on an availability rate of 3.8%
- Hispanic/Latino males: -1.2% based on an availability rate of 1.2%
- Asian males: -3.3% based on an availability rate of 3.3%
- Native Hawaiian/Pacific Islander males: 0.0 % based on an availability rate of 0.0%.
- Hispanic/Latino females: -1.3% based on availability rate of 1.3%
- Native Hawaiian/Pacific Islander females: 0.0% based on an availability rate of 0.0%
- American Indian/Alaskan Native females: -0.1% based on an availability rate of 0.1%
- Two or More Races females: -0.3% based on an availability rate of 0.3%

### Technicians – 5 positions

Underutilization of females (-53.1%) is based on an availability rate of 53.1%; overall utilization of minorities (60%) is above the availability rate of 32.2%.

Race and gender underutilization within specific ethnic groups:

- Native Hawaiian/Pacific Islander males: -0.1% based on an availability rate of 0.1%
- American Indian/Alaskan Native males: -0.2% based on an availability rate of 0.2%
- Two or More Races males: -0.1% based on an availability rate of 0.1%
- White females: -32.3% based on availability rate of –32.3%

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11879

- Black/African American females: -17.7% based on an availability rate of 17.7%
- Hispanic/Latino females: -1.0% based on an availability rate of 1.0%
- Asian females: -2.1% based on an availability rate of 2.1%
- Native Hawaiian/Pacific Islander males: 0.0% based on an availability rate of 0.0%
- American Indian/Alaskan Native females: -0.3% based on an availability rate of 0.3%
- Two or More Races females: -0.5% based on an availability rate of 0.5%

## Protective Services – 431 positions

Underutilization of females is (–15.6%) based on the availability rate of 21.4%. Underutilization of minorities is (–14.5%) based on an availability rate of 28.0%. The department meets relevant labor market standards for males in the Hispanic/Latino, Native Hawaiian/Pacific Islander, American Indian/Alaskan Native and Two or More Races categories.

Race and gender underutilization within specific ethnic groups:

- Black/African American males: -12.3% based on an availability rate of 16.0%
- Asian males: -0.3% based on an availability rate of 1.0%
- White females: -7.7% based on an availability rate of 12.6%
- Black/African American females: -7.6% based on an availability rate of 7.8%
- Hispanic/Latino females: -0.7% based on an availability rate of 0.7%
- Asian females: -0.1% based on an availability rate of 0.3%
- Native Hawaiian/Pacific Islander females: 0.0% based on an availability rate of 0.0%
- American Indian/Alaskan Native females: 0.0% based on an availability rate of 0.0%

## Administrative Support – 17 positions

Underutilization of females (-0.9%) is based on the availability rate of 71.5%; underutilization of minorities (-24.1%) is based on an availability rate of 35.9%

Race and gender underutilization within specific ethnic groups:

- Black/African American males: -1.8% based on an availability rate of 7.7%
- Hispanic/Latino males: -0.7% based on an availability rate of 0.7%
- Asian males: -0.8% based on an availability rate of 0.8%
- Native Hawaiian/Pacific Islander males: 0.0% based on an availability rate of 0.0%
- American Indian/Alaskan Native males: -0.1% based on an availability rate of 0.1%
- Two or More Races males: -0.2% based on an availability of 0.2%

DEF11880

- Black/African American females: -16.7% based on an availability rate of 22.6%
- Hispanic/Latino females: -1.9% based on an availability rate of 1.9%
- Asian females: -1.8% based on an availability rate of 1.8%
- Native Hawaiian/Pacific Islander females: 0.0% based on an availability of 0.0%
- American Indian/Alaskan Native females: -0.3% based on an availability rate of 0.3%
- Two or More Races females: -0.4% based on an availability of 0.4%

**Skilled Craft – 1 position**

Underutilization of females (-71.5%) is based on an availability rate of 71.5%; underutilization of minorities (-35.9%) is based on an availability rate of 35.9%). Since this job category has only one position, underutilization is insignificant.

**Turnover**

As of December 31, 2009, the Fire Department's employee turnover rate was 4% with a total of 19 terminations (voluntary and involuntary). Employee retirements account for 63.2% of the department's turnover while voluntary resignations due to relocation and employment opportunities elsewhere account for 31.6% of terminations. The chart below provides an analysis of the department's turnover.

| Fire Department Turnover | | |
|---|---|---|
| Effective December 31, 2009 | | |
| TOTAL | 19 | % |
| White | 15 | 78.95% |
| Black | 3 | 15.79% |
| Asian | 1 | 5.26% |
| Male | 19 | 100.00% |
| Female | 0 | 0.00% |
| Minority | 4 | 21.05% |
| Retirements | 12 | 63.16% |
| Resignations - Voluntary | 6 | 31.58% |
| Resignations - Involuntary | 1 | 5.26% |

DEF11881

## B. ACCOMPLISHMENTS / BEST PRACTICES

**Accomplishments**

Recruitment:

The department opened the 2008–2009 Firefighter Recruit application and hiring process in September 2008.  Approximately 1300 online applications were submitted for consideration.  27% of applicants were minorities and 7.7% applicants were female.  Chart D listed in the Appendices illustrates the applicant demographics in more detail.

Unfortunately, in response to the City's economic condition, the Firefighter Recruit hiring process and March 2009 Training Academy was placed on hold.  The hiring process resumed in July 2009.  Twenty four Firefighter Recruits were hired and began the Tidewater Regional Fire Academy #125 on September 16, 2009.   The chart below offers a visual analysis of the Firefighter Recruit EEO information.

| TRFA #125 | White | Black/ African American | Hispanic/ Latino | Asian | Native Hawaiian/ Pacific Islander | American Indian/ Alaskan Native | Two or More Races | Total | % |
|---|---|---|---|---|---|---|---|---|---|
| Male | 20 | 1 | 2 | 0 | 0 | 0 | 0 | 23 | 95.8% |
| Female | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 4.2% |
| Total | 20 | 2 | 2 | 0 | 0 | 0 | 0 | 24 | |
| % | 83.3% | 8.3% | 8.3% | 0 | 0 | 0 | 0 | | |
| Minority | | | | | | | | 4 | 16.7% |

The department also filled one civilian position - Account Clerk I on September 16, 2009.  The Account Clerk I position is an entry level position requiring a minimum of six months relevant experience.   The department received 89 applications for review.  Approximately 48% of applicants were minority and 76% of applicants were female.  Chart E listed in the Appendices provides the applicant demographics.

In January 2009, the department opened the Volunteer Support Technician (VST) application process.  The eight week VST program began with 19 candidates, 11% minority and 5% female.  Volunteer members spoke to approximately 100 students in the Tidewater Community College Health Professions - Emergency Medical Services program.  Volunteers also set up an Information Table at Lynnhaven Mall Center court.  This venue proved to be very successful in our efforts to speak directly with a large diverse group of potential volunteer applicants.   Finally, flyers were distributed to applicants taking the 2008-2009 Career Firefighter Written Test.  Many of those not selected for a career Firefighter position applied for the VST program to gain experience in the Fire Service.

DEF11882

Workforce:

In 2009, 37 employees were promoted or career progressed.  Chief Cover promoted one Deputy Chief, two District Chiefs, two Battalion Chiefs and three Captains. Females accounted for 10.8% of promotions/career progressions while 13.5% were minorities.  The chart below provides a list of job title changes as a result of promotion or career progression.

| Old Job Title | New Job Title | TOTAL | % |
|---|---|---|---|
| Administrative Analyst | Public Safety Analyst II | 1 | 2.70% |
| Firefighter | Firefighter Medic | 8 | 21.62% |
| Firefighter | Master Firefighter | 11 | 29.73% |
| Firefighter Medic | Master Firefighter Medic | 8 | 21.62% |
| Master Firefighter | Master Firefighter Medic | 1 | 2.70% |
| Master Firefighter | Captain | 3 | 8.11% |
| Captain | Battalion Chief | 2 | 5.41% |
| Battalion Chief | District Chief | 2 | 5.41% |
| District Chief | Deputy Chief | 1 | 2.70% |
| **TOTAL** | | **37** | |
| **Male** | | **33** | **89.19%** |
| **Female** | | **4** | **10.81%** |
| **Minority** | | **5** | **13.51%** |



VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11883

**Best Practices**

The department continued to pursue relationship-building opportunities with community outreach events/programs sponsored by the military's Fleet & Family Support Centers (Transition Assistance Program, Employer Panel, Job Network, Employer Advisory Board), National Association for the Advancement of Colored People (NAACP), Black Pages (Black Expo), Philippine Cultural Center (Filipino American Friendship Picnic), Young Filipino Professionals of Hampton Roads/Connecting Business & Community (BizNet Expo), Conference of Minority Public Administrators (COMPA), Hispanic Hampton Roads Chamber of Commerce (Latino Business Expo), and KRA Workforce Development. In addition, Recruitment Team members participated in local career fairs and information sessions held at Norfolk State University, Old Dominion University, Hampton University, Tidewater Community College, ECPI, and Virginia Beach City Public School's Adult Learning Center.

Research indicates that one way to influence women and minorities of career opportunities in the Fire Service is to begin recruitment efforts during school age years. This year's focus began with the middle school students. With the assistance of school guidance counselors, the Fire Recruiter and assigned Firefighters delivered class presentations to AVID students. The AVID program targets students in the academic middle B, C and D students who have the desire to go to college and the willingness to work hard. Many are from low income or minority families. According to the program description, AVID pulls these students out of their unchallenging courses and puts them on the college track: acceleration instead of remediation.

At the high school level, the department continued to participate at annual career fairs. This year, Recruitment Members met with students at Salem High School, Tallwood High School, Green Run High School, Kempsville High School, Landstown High School, Ocean Lakes High School, Kellam High School, First Colonial High School, Cox High School, Advanced Technology Center, and Virginia Beach Career and Technical Center and St. Mark's High School in Wilmington, DE.

Additionally, the department's Life Safety Educators and uniform personnel conducted annual Fire Safety programs at elementary schools throughout the year. Some fire companies developed partnerships (Partners-In-Education) with elementary schools and actively assist with school sponsored events when available. Individual firefighters have even volunteered their time to serve as mentors. Their presence and interaction increases the visibility of our Firefighters as role models and is an opportunity to positively influence our young citizens' future career choices.

Finally, the Fire Department continues to update all recruitment materials annually to ensure the literature reflects of the diverse members of its workforce. This includes advertisements posted on targeted job minority publications, web sites, display boards, and flyers. In addition, the Fire Department created a social networking account with Facebook and activated the account in November 2009. To date, the Virginia Beach Fire Department has approximately 1180 fans.

DEF11884

## C. __FUTURE STRATEGIES / INITIATIVES__

Achieving and retaining a diverse and inclusive workforce environment is paramount to the department's success of providing every community member "the feeling of safety any place, any time, through planning, mitigation, response and restoration." Organizational succession planning will embrace a philosophy of lifelong learning, mentorship, proactive training programs and diversity and inclusion.

Consistent with the City's Equal Employment Opportunity, Diversity and Inclusion Plan to ensure equal employment opportunities to qualified applicants and employees, the Fire Department will continue to participate in recruitment activities that target the department's areas of underutilization, specifically, females and minorities.  Efforts to develop stronger relationships with minority and community organizations continue to be a goal for the Fire HR Staff, Fire Chief and Senior Staff members.  Targeted recruitment activities and advertisements will continue and/or include when fiscally possible with the following:

- Minority based publications – Black Pages, Filipino Pages, Tidewater Hispanic, and Hampton Roads Messenger

- Minority based media – Z104, 103 Jamz, and Selecta 1050 AM

- Minority based websites – Young Filipino Professionals of Hampton Roads and Sabor HR

- Military Websites & Publications – Fleet & Family Support Centers, _The FlagShip_

- Women based publications – Tidewater _Women_ and Tidewater _Skirt_

- Historically Black Colleges (HBC) – Norfolk State University, Hampton University, Virginia State University, and Virginia Union University

- Minority based organizations and communities – NAACP, Urban League of Hampton Roads, Philippine Cultural Center, and Hampton Roads Chamber of Commerce

DEF11885

# SECTION II:

# EEO, DIVERSITY AND INCLUSION

# COMMITMENT TO ALL

  

 

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11886

## A. <u>CURRENT REALITY</u>

Commitment and Engagement of Members:

All new employees complete the City's three day New Member Orientation Program. During this on boarding process, new members review the City's policies & procedures, EEO/Workplace Harassment, Information Security & Privacy, Integrity Connection, Payroll, Benefits and Defensive Driving courses.  Uniform personnel receive additional training in the seven months Training Academy.  The Fire Chief and Senior Staff welcome Recruits and review the department's mission and vision statements, including the importance of achieving a diverse workforce in order to successfully deliver quality service  to our City's diverse community.  Master Firefighters serve as mentors for new Firefighter Recruits providing additional guidance and instruction during the recruits' first few years on the job.

Outreach to Members:

In 2009 the City officially introduced the Inclusion and Diversity Council (IDC) at the October Directors Leadership Meeting.  The Fire Department's Recruiter is a founding council member and is actively working with the group to review data, make recommendations and implement educational/awareness opportunities to promote inclusion and diversity within the organization.  The department will support, promote and implement those programs recommended by the IDC and approved by the City Manager's Office.

Community Awareness:

The Life Safety Education staff developed and delivered programs to meet the needs of a diverse audience.  For example, in 2009, Life Safety Educators delivered 41 programs for older adults, 59 programs for preschool age children, and 6 programs for people with disabilities.   In addition, smoke detectors were installed in homes for the hearing impaired, older adults, citizens with young children (Child Safety Seat program) and citizens with disabilities.

As stated in the Fire Department's 2006-2016 Strategic Plan, the department will actively solicit inclusion and maintain active membership on local, regional state and federal policy making committees, boards and teams that have been identified with have a direct link with the organization's Mission Statement and Strategic Plan.  In doing so, the department regularly attends the quarterly Citizens Advisory Commissions (CAC) for each precinct and makes every effort to participate at neighborhood events when requested.

In addition, the department continues to seek out, develop and maintain relationships with citizens, businesses, public and private agencies to continually assess customer needs and insure correlation with service delivery programs and the mission of the organization.  Some examples of successful programs as a result of these relationships

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11887

are the Emergency Management/Storm Awareness Guides, Safe Generator Use/Carbon Monoxide Danger, and Juvenile and Geriatric Fire Programs.

## B.  ACCOMPLISHMENTS / BEST PRACTICES

The narrative provided in Section A – Current Reality already illustrates some of the department's many accomplishments / best practices.  The department strives to maintain visibility in the community and is dedicated to quality service for our customers.

## C.  FUTURE STRATEGIES / INITIATIVES

The Fire Department will continually assess its progress on the Strategic and Operational Goals outlined in the 2006-2016 Strategic Plan.  The focus areas are:

- Community Relationships and Service Delivery
- Leadership
- Influence
- Resources



E.D.I.T.H., Deb, Firefighter Deb, Stryker, Cookie, Bucket's, Freddie, Elayne

DEF11888

# SECTION III:

# DISSEMINATION OF PLAN



DEF11889

**Implementation**

The Virginia Beach Fire Department is committed to adhering to all federal, state, and local legislation in all personnel decisions regarding race, creed, color, religion, age, gender, disability, marital status, and national origin.  The department's goal is to reflect the race and gender of our community.  The Fire Human Resources Manager and Recruiter continue assess the department's recruitment and promotional processes to ensure that procedures are equitable and fair for all applicants and members.   In addition, Fire HR will review and design recruitment literature and materials annually to target female and minority audiences.

The Fire Department will support the City-wide effort in dissemination of the Equal Employment Opportunity, Diversity and Inclusion Plan through formal discussions at staff meetings and training events, informal discussions at fire stations and within office meetings, and posting the plan on BeachNet and VBgov.com.





DEF11890

# SECTION IV:

# APPENDICES



VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11891

**CHART A**

| Job Classification (Job Title) Listing by EEO Job Category for Race, National Origin, and Gender – Full Time and Part Time | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective December 31, 2009 | | TOTAL | | | | W | | | B/AA | | | H/L | | | A | | | NH/PI | | | AI/AN | | | Two + | | |
| EEO Job Category | Total | M | F | MIN | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F |
| **Officials & Administrators** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fire Chief | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deputy Chief of Operations | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deputy Chief of Services | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deputy Emergency Services Coord | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | 4 | 4 | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Professionals** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Administrative Specialist I | 2 | 0 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Specialist II | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Life Safety Education Supervisor | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Life Safety Education Specialists | 5 | 2 | 3 | 0 | 5 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Public Safety Analyst II | 2 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Public Safety Resource Manager | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Recreation Specialist II | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Storekeeper Supervisor | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | 14 | 5 | 9 | 3 | 11 | 5 | 6 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Technicians** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Code Inspector II | 4 | 4 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Multimedia Comm Specialist II | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | 5 | 5 | 0 | 3 | 2 | 2 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Protective Services** | | | | | | | | | | | | | | | | | | | | | | | | | |
| District Chief | 5 | 5 | 0 | 0 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Battalion Chief | 19 | 18 | 1 | 0 | 19 | 18 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Captain | 95 | 91 | 4 | 14 | 81 | 77 | 4 | 4 | 4 | 0 | 3 | 3 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 4 | 4 | 0 |
| Master Firefighter/Medic | 33 | 30 | 3 | 9 | 24 | 21 | 3 | 1 | 1 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 0 |
| Master Firefighter | 148 | 142 | 6 | 12 | 136 | 131 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 4 | 3 | 1 |
| Firefighter/Medic | 23 | 20 | 3 | 6 | 17 | 14 | 3 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 |
| Firefighter | 88 | 81 | 7 | 14 | 74 | 69 | 5 | 3 | 3 | 0 | 4 | 4 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 4 | 1 |
| Firefighter Recruit | 20 | 19 | 1 | 3 | 17 | 17 | 0 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | 431 | 406 | 25 | 58 | 373 | 352 | 21 | 17 | 16 | 1 | 14 | 14 | 0 | 4 | 3 | 1 | 2 | 2 | 0 | 2 | 2 | 0 | 19 | 17 | 2 |

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11892

| Administrative Support | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Clerk I | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Account Clerk III | 2 | 0 | 2 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Assistant | 6 | 0 | 6 | 0 | 6 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Technician | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Executive Assistant II | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Office Assistant I | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Storekeeper I | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Storekeeper II | 2 | 2 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Storekeeper III | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | 17 | 5 | 12 | 2 | 15 | 4 | 11 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Skilled Craft** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mechanic II | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **DEPARTMENT TOTAL:** | 472 | 426 | 46 | 66 | 406 | 368 | 38 | 21 | 18 | 3 | 15 | 15 | 0 | 7 | 4 | 3 | 2 | 2 | 0 | 2 | 2 | 0 | 19 | 17 | 2 |

| Legend: | | | |
|---|---|---|---|
| M = Male | B/AA = Black or African American | AI/AN = American Indian or Alaska Native | |
| F = Female | H/L = Hispanic or Latino | Two + = Two or More Races | |
| MIN = Minorities | A = Asian | | |
| W = White | NH/PI = Native Hawaiian or Pacific Islander | | |

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11893

## CHART B

| EEO Job Category | Total | TOTAL | | | W | | | B/AA | | | H/L | | | A | | | NH/PI | | | AI/AN | | | Two + | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Workforce by Budget Unit for Race, National Origin, and Gender – Full Time and Part Time | | | | | | | | | | | | | | | | | | | | | | | | | |
| Effective December 31, 2009 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | M | F | MIN | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F | Total | M | F |
| Fire Marshal's Office | 54 | 37 | 17 | 9 | 46 | 32 | 13 | 4 | 3 | 1 | 1 | 1 | 0 | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| | | 69% | 31% | 17% | 85% | 59% | 24% | 7% | 6% | 2% | 2% | 2% | 0% | 6% | 2% | 4% | 0% | 0% | 0% | 0% | 0% | 0% | 2% | 0% | 2% |
| Emergency Management | 3 | 2 | 1 | 0 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 67% | 33% | 0% | 100% | 67% | 33% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Fire Operations | 402 | 379 | 23 | 54 | 348 | 328 | 20 | 15 | 14 | 1 | 13 | 13 | 0 | 4 | 3 | 1 | 2 | 2 | 0 | 2 | 2 | 0 | 18 | 17 | 1 |
| | | 94% | 6% | 14% | 87% | 82% | 5% | 4% | 3% | 0% | 3% | 3% | 0% | 1% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 4% | 4% | 0% |
| Fire Training Staff | 9 | 5 | 4 | 1 | 8 | 4 | 4 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 56% | 44% | 11% | 89% | 44% | 44% | 0% | 0% | 0% | 11% | 11% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Fire Grants | 3 | 2 | 1 | 1 | 2 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 67% | 33% | 33% | 67% | 67% | 0% | 33% | 0% | 33% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Fire Programs | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 100% | 0% | 100% | 0% | 0% | 0% | 100% | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Department Total: | 472 | 426 | 46 | 66 | 407 | 368 | 38 | 21 | 18 | 3 | 15 | 15 | 0 | 7 | 4 | 3 | 2 | 2 | 0 | 2 | 2 | 0 | 19 | 17 | 2 |

| Legend: | | |
|---|---|---|
| M = Male | W = White | NH/PI = Native Hawaiian or Pacific Islander |
| F = Female | B/AA - Black or African American | AI/AN = American Indian or Alaska Native |
| MIN = Minorities | H/L = Hispanic or Latino | Two + = Two or More Races |
| | A = Asian | |

DEF11894

## CHART C

**Workforce Utilization Analysis by Race, National Origin, and Gender and by EEO Job Category – Full Time and Part Time**

Population percentages for the workforce, relevant labor market (RLM), and utilization of the total employee population by gender within each job category are also indicated.
RLM is based on 2000 Census Bureau.

| Effective December 31, 2009 | Total | | | Male | | | | | | | Female | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EEO Category | FT & PT | Male | Female | Min | W | B/AA | H/L | A | NH/PI | AI/AN | Two + | W | B/AA | H/L | A | NH/PI | AI/AN | Two + |
| **Officials & Administrators** | 4 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Workforce % | | 100.0% | 0.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| RLM % | | 60.3% | 38.1% | 16.2% | 51.5% | 2.9% | 3.5% | 2.2% | 0.0% | 0.2% | 0.5% | 30.7% | 3.4% | 2.5% | 1.3% | 0.0% | 0.2% | 0.3% |
| Utilization % | | 39.7% | -38.1% | -16.2% | 48.5% | -2.9% | -3.5% | -2.2% | 0.0% | -0.2% | -0.5% | -30.7% | -3.4% | -2.5% | -1.3% | 0.0% | -0.2% | -0.3% |
| **Professionals** | 14 | 8 | 9 | 3 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 1 | 0 | 2 | 0 | 0 | 0 |
| Workforce % | | 35.7% | 64.3% | 21.4% | 35.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0 | 42.9% | 7.1% | 0.0% | 14.3% | 0.0% | 0.0% | 0 |
| RLM % | | 46.5% | 51.9% | 19.0% | 38.1% | 3.8% | 1.2% | 3.3% | 0.0% | 0.1% | 0.4% | 41.3% | 7.0% | 1.3% | 2.2% | 0.0% | 0.1% | 0.3% |
| Utilization % | | -10.8% | 12.4% | 2.4% | -2.4% | -3.8% | -1.2% | -3.3% | 0.0% | 0.1% | 0.4% | 1.6% | 0.1% | -1.3% | 12.1% | 0.0% | -0.1% | -0.3% |
| **Technicians** | 5 | 5 | 0 | 3 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Workforce % | | 100.0% | 0.0% | 60.0% | 40.0% | 20.0% | 20.0% | 20.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| RLM % | | 45.3% | 53.1% | 32.2% | 34.2% | 8.2% | 0.9% | 1.8% | 0.0% | 0.2% | 0.1% | 32.3% | 17.7% | 1.0% | 2.1% | 0.0% | 0.3% | 0.5% |
| Utilization % | | 54.7% | -53.1% | 27.8% | 5.8% | 11.8% | 19.1% | 18.2% | -0.1% | -0.2% | -0.1% | -32.3% | -17.7% | -1.0% | -2.1% | 0.0% | -0.3% | -0.5% |
| **Protective Services - Sworn** | 431 | 406 | 25 | 58 | 352 | 16 | 14 | 3 | 2 | 2 | 17 | 21 | 1 | 0 | 1 | 0 | 0 | 2 |
| Workforce % | | 94.2% | 5.8% | 13.5% | 81.7% | 3.7% | 3.2% | 0.7% | 0.5% | 0.5% | 3.9% | 4.9% | 0.2% | 0.0% | 0.2% | 0.0% | 0.0% | 0.5% |
| RLM % | | 77.2% | 21.4% | 28.0% | 58.0% | 16.0% | 2.0% | 1.0% | 0.0% | 0.2% | 0.5% | 12.6% | 7.8% | 0.7% | 0.3% | 0.0% | 0.0% | 0.2% |
| Utilization % | | 17.0% | -15.6% | -14.5% | 23.7% | -12.3% | 1.2% | -0.3% | 0.5% | 0.3% | 3.4% | -7.7% | -7.6% | -0.7% | -0.1% | 0.0% | 0.0% | 0.3% |
| **Administrative Support** | 17 | 5 | 12 | 2 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 11 | 1 | 0 | 0 | 0 | 0 | 0 |
| Workforce % | | 29.4% | 70.6% | 11.8% | 23.5% | 5.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0 | 64.7% | 5.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0 |
| RLM % | | 27.2% | 71.5% | 35.9% | 17.4% | 7.7% | 0.7% | 0.8% | 0.0% | 0.1% | 0.2% | 44.9% | 22.6% | 1.9% | 1.8% | 0.0% | 0.3% | 0.4% |
| Utilization % | | 2.2% | -0.9% | -24.1% | 6.1% | -1.8% | -0.7% | -0.8% | 0.0% | -0.1% | -0.2% | 19.8% | -16.7% | -1.9% | -1.8% | 0.0% | -0.3% | -0.4% |
| **Skilled Craft** | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Workforce % | | 100.0% | 0.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0 |
| RLM % | | 27.2% | 71.5% | 35.9% | 17.4% | 7.7% | 0.7% | 0.8% | 0.0% | 0.1% | 0.2% | 44.9% | 22.6% | 1.9% | 1.8% | 0.1% | 0.3% | 0.5% |
| Utilization % | | 72.8% | -71.5% | -35.9% | 82.6% | -7.7% | -0.7% | -0.8% | 0.0% | -0.1% | -0.2% | -44.9% | -22.6% | -1.9% | -1.8% | -0.1% | -0.3% | -0.5% |
| **Total #** | 472 | 426 | 46 | 66 | 368 | 18 | 15 | 4 | 2 | 2 | 17 | 38 | 3 | 0 | 3 | 0 | 0 | 2 |
| **Total %** | | 90.3% | 9.7% | 14.0% | 78.0% | 3.8% | 3.2% | 0.8% | 0.4% | 0.4% | 3.6% | 8.1% | 0.6% | 0.0% | 0.6% | 0.0% | 0.0% | 0.4% |

DEF11895

## CHART C-U

| Workforce Utilization Analysis by Race, National Origin, and Gender and by EEO Job Category - UNIFORM PERSONNEL ONLY | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Effective December 31, 2009** | | Total | | | Male | | | | | | | Female | | | | | | |
| **EEO Category** | F/T | Male | Female | Min | W | B/AA | H/L | A | NH/PI | AI/AN | Two+ | W | B/AA | H/L | A | NH/PI | AI/AN | Two+ |
| **Officials & Administrators** | 3 | 3 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Workforce % | | 100.0% | 0.0% | 0.0% | 100.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| RLM % | | 60.3% | 38.1% | 16.2% | 51.5% | 2.9% | 3.5% | 2.2% | 0.0% | 0.2% | 0.5% | 30.7% | 3.4% | 2.5% | 1.3% | 0.0% | 0.2% | 0.3% |
| Utilization % | | 39.7% | -38.1% | -16.2% | 48.5% | -2.9% | -3.5% | -2.2% | 0.0% | -0.2% | -0.5% | -30.7% | -3.4% | -2.5% | -1.3% | 0.0% | -0.2% | -0.3% |
| **Protective Services - Sworn** | 431 | 406 | 25 | 58 | 352 | 16 | 14 | 3 | 2 | 2 | 17 | 21 | 1 | 0 | 1 | 0 | 0 | 2 |
| Workforce % | | 94.20% | 5.80% | 13.46% | 81.67% | 3.71% | 3.25% | 0.70% | 0.46% | 0.46% | 3.94% | 4.87% | 0.23% | 0.00% | 0.23% | 0.00% | 0.00% | 0.46% |
| RLM % | | 77.2% | 21.4% | 28.0% | 58.0% | 16.0% | 2.0% | 1.0% | 0.0% | 0.2% | 0.5% | 12.6% | 7.8% | 0.7% | 0.3% | 0.0% | 0.0% | 0.2% |
| Utilization % | | 17.0% | -15.6% | -14.5% | 23.7% | -12.3% | 1.2% | -0.3% | 0.5% | 0.3% | 3.4% | -7.7% | -7.6% | -0.7% | -0.1% | 0.0% | 0.0% | 0.3% |
| **Total #** | 434 | 409 | 25 | 58 | 355 | 16 | 14 | 3 | 2 | 2 | 17 | 21 | 1 | 0 | 1 | 0 | 0 | 2 |
| **Total %** | | 94.24% | 5.76% | 13.36% | 81.80% | 3.69% | 3.23% | 0.69% | 0.46% | 0.46% | 3.92% | 4.84% | 0.23% | 0.00% | 0.23% | 0.00% | 0.00% | 0.46% |

| Legend: | W = White | NH/PI = Native Hawaiian or Pacific Islander |
|---|---|---|
| M = Male | B/AA = Black or African American | AI/AN = American Indian or Alaska Native |
| F = Female | H/L = Hispanic or Latino | Two+ = Two or More Races |
| MIN = Minorities | A = Asian | |

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11896

## CHART D

| | Not Disclosed | Asian, not Hispanic or Latino | Asian and White, not Hispanic or Latino | Balance 2 + Races, not Hispanic or Latino | Other Hispanic or Latino | White, Hispanic or Latino | American Indian/Alaskan Native, not Hispanic or Latino (AIAN) | White, not Hispanic or Latino | Black, not Hispanic or Latino | Native Hawaiian or Other Pacific Islander, not Hispanic or Latino (NHOPI) | Black & White, not Hispanic or Latino | AIAN & White, not Hispanic or Latino | AIAN & Black, not Hispanic or Latino | TOTAL | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2008-2009 Firefighter Recruit Applicant EEO Information** | | | | | | | | | | | | | | | |
| **Not Disclosed** | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | **17** | 1.33% |
| **Male** | 27 | 11 | 13 | 7 | 23 | 51 | 6 | 837 | 172 | 7 | 11 | 1 | 0 | **1166** | 90.95% |
| **Female** | 2 | 1 | 1 | 0 | 3 | 1 | 1 | 64 | 23 | 1 | 2 | 0 | 0 | **99** | 7.72% |
| **TOTAL** | 44 | 12 | 14 | 7 | 26 | 52 | 7 | 903 | 195 | 8 | 13 | 1 | 0 | **1282** | |
| **%** | 3.43% | 0.94% | 1.09% | 0.55% | 2.03% | 4.06% | 0.55% | 70.44% | 15.21% | 0.62% | 1.01% | 0.08% | 0.00% | | |

Source:  City of Virginia Beach WAVE applicant database

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11897

## CHART E

| 2009 Account Clerk I Applicant EEO Information | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul-09 | Not Disclosed | Asian, not Hispanic or Latino | Asian and White, not Hispanic or Latino | Balance 2 + Races, not Hispanic or Latino | Other Hispanic or Latino | White, Hispanic or Latino | American Indian/Alaskan Native, not Hispanic or Latino (AIAN) | White, not Hispanic or Latino | Black, not Hispanic or Latino | Native Hawaiian or Other Pacific Islander, not Hispanic or Latino (NHOPI) | Black & White, not Hispanic or Latino | AIAN & White, not Hispanic or Latino | AIAN & Black, not Hispanic or Latino | Total | % |
| Not Disclosed | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2.25% |
| Male | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 14 | 6 | 0 | 0 | 0 | 0 | 21 | 23.60% |
| Female | 0 | 3 | 1 | 4 | 3 | 1 | 2 | 30 | 18 | 2 | 1 | 0 | 1 | 66 | 74.16% |
| Total | 2 | 4 | 1 | 4 | 3 | 1 | 2 | 44 | 24 | 2 | 1 | 0 | 1 | 89 | |
| % | 2.25% | 4.49% | 1.12% | 4.49% | 3.37% | 1.12% | 2.25% | 49.44% | 26.97% | 2.25% | 1.12% | 0.00% | 1.12% | | |
| | | | | | | | | | | | | | | | |
| Source:  City of Virginia Beach WAVE applicant database | | | | | | | | | | | | | | | |

VBFD:  Equal Employment Opportunity, Diversity and Inclusion Plan

DEF11898