**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway**, *et al.*,<br><br>     **Plaintiffs,**<br><br>v.<br>**City of Virginia Beach**, *et al.*,<br><br>     **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 15
City of Virginia Beach EEO Plan (DEF11552-11568)

# City of Virginia Beach





## *"A Community for a Lifetime"*







**Equal Employment Opportunity Plan (EEOP)**
**January 1, 2006 – December 31, 2010**

DEF11552

## Section IV

## Workforce Analysis and Statistical Charts

The comparison of incumbency to availability contained in the City's Equal Employment Opportunity Plan (EEOP) is required by federal government regulations to be based on certain statistical comparisons. Geographic areas and sources of statistics used herein for these comparisons are in compliance with government regulations.

The use of certain geographic areas and sources of statistics does not indicate that the City of Virginia Beach agrees that the geographic areas are appropriate in all instances of use, or that the sources of statistics are the most relevant. The use of such geographic areas and statistics may have no significance outside of the context of this EEOP. Additionally, the EEOP is not intended to create any contractual or other rights in any person or entity as a result of these analyses.

The City's fulltime employment data (effective 11/01/05) and census data for the year 2000 (published by the US Census Bureau) are sources used for comparisons in this section of the EEOP.*

### A. Workforce Analysis

The workforce analysis provides the City with a listing of fulltime employees for each organizational unit as it appears in the City's payroll records dated November 1, 2005. For each organizational unit, the analysis identifies the total number of employees by gender, the total number of minority employees, and the number of male and female employees within each of the racial and ethnic groups (White, Black/African American, Hispanic, Asian/Pacific Islander, and American Indian/Alaskan Native).



### Chart A-1
### Workforce Analysis Matrix

As of 11/01/05, the fulltime workforce for the City of Virginia Beach totaled 5,619 employees. The workforce is divided into 32 organizational units, outlined in the following Workforce Analysis Matrix by race, sex, and ethnic group/national origin. Percentages are included in the totals reflecting overall representation of females and minority groups.

---

*2000 census occupation data received from the EEOC includes two additional race categories listed as "Other" which did not exist in 1990 census information. These two race categories were added to the count for "total minority" in the 2000 census data. Therefore, when reviewing statistical data in the City's EEOP, at times, adding the final availability figures for the categories "white" and "total minority" will not always equal 100%.

Section IV - continued
*Workforce Analysis and Statistical Charts*

Chart A-1
City of Virginia Beach Workforce Analysis by Race, Sex, and Ethnic Group/National Origin

As of 11/01/05, the fulltime employee workforce for the City of Virginia Beach totaled 5,619. The workforce is divided into 32 organizational units displayed in the Workforce Analysis matrix below by race, sex, and ethnic group/national origin. Percentages are included in the totals reflecting overall representation of females and minority groups.

| | | Total | | | Male | | | | | Female | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Organizational Unit | F/T | Male | Female | Min | W | B/AA | H | A/PI | AI/AN | W | B/AA | H | A/PI | AI/AN |
| 1. Agriculture | 11 | 3 | 8 | 1 | 3 | 0 | 0 | 0 | 0 | 7 | 1 | 0 | 0 | 0 |
| 2. Audit Services | 6 | 2 | 4 | 1 | 2 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 0 | 0 |
| 3. Circuit Court | 12 | 2 | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 |
| 4. City Real Estate Assessor | 33 | 16 | 17 | 3 | 15 | 1 | 0 | 0 | 0 | 15 | 2 | 0 | 0 | 0 |
| 5. City Treasurer | 74 | 13 | 61 | 12 | 12 | 0 | 0 | 1 | 0 | 50 | 9 | 1 | 1 | 0 |
| 6. Clerk of the Circuit Court | 5 | 0 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 0 |
| 7. Commissioner of the Revenue | 64 | 12 | 52 | 12 | 10 | 2 | 0 | 0 | 0 | 42 | 7 | 0 | 3 | 0 |
| 8. Commonwealth's Attorney | 86 | 29 | 57 | 9 | 28 | 1 | 0 | 0 | 0 | 49 | 8 | 0 | 0 | 0 |
| 9. Communications & Info Tech | 281 | 104 | 177 | 50 | 87 | 13 | 0 | 4 | 0 | 144 | 29 | 1 | 3 | 0 |
| 10. Convention and Visitor Bureau | 112 | 46 | 66 | 33 | 25 | 20 | 0 | 1 | 0 | 54 | 9 | 1 | 2 | 0 |
| 11. Economic Development | 14 | 9 | 5 | 3 | 8 | 1 | 0 | 0 | 0 | 3 | 0 | 2 | 0 | 0 |
| 12. Emergency Medical Services | 55 | 30 | 25 | 4 | 29 | 0 | 0 | 1 | 0 | 22 | 1 | 1 | 1 | 0 |
| 13. Executive (City Managers) | 15 | 2 | 13 | 2 | 2 | 0 | 0 | 0 | 0 | 11 | 1 | 0 | 1 | 0 |
| 14. Finance | 58 | 14 | 44 | 8 | 12 | 2 | 0 | 0 | 0 | 38 | 6 | 0 | 0 | 0 |
| 15. Fire | 449 | 404 | 45 | 47 | 362 | 19 | 11 | 7 | 5 | 40 | 3 | 0 | 2 | 0 |
| 16. General Registrar | 11 | 1 | 10 | 2 | 1 | 0 | 0 | 0 | 0 | 8 | 2 | 0 | 0 | 0 |
| 17. Health | 14 | 0 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 10 | 4 | 0 | 0 | 0 |
| 18. Housing & Neighborhood Preservation | 66 | 30 | 36 | 23 | 26 | 3 | 0 | 1 | 0 | 17 | 19 | 0 | 0 | 0 |
| 19. Human Resources | 53 | 8 | 45 | 16 | 5 | 3 | 0 | 0 | 0 | 32 | 10 | 2 | 1 | 0 |
| 20. Human Services | 955 | 184 | 771 | 449 | 82 | 97 | 1 | 4 | 0 | 424 | 308 | 17 | 17 | 5 |
| 21. Juvenile Probation | 5 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 |
| 22. Law (City Attorney) | 41 | 6 | 35 | 7 | 6 | 0 | 0 | 0 | 0 | 28 | 7 | 0 | 0 | 0 |
| 23. Legislative (City Clerk) | 6 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| 24. Library | 302 | 36 | 266 | 58 | 33 | 1 | 1 | 1 | 0 | 211 | 35 | 8 | 12 | 0 |
| 25. Management Services | 20 | 6 | 14 | 2 | 5 | 0 | 0 | 1 | 0 | 13 | 1 | 0 | 0 | 0 |

DEF11554

14

| Organizational Unit | F/T | Total | | | | Male | | | | | Female | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | Min | W | B/AA | H | A/PI | AI/AN | W | B/AA | H | A/PI | AI/AN |
| 26. Parks & Recreation | 488 | 309 | 179 | 169 | 195 | 100 | 7 | 7 | 0 | 124 | 45 | 5 | 5 | 0 |
| 27. Planning | 126 | 83 | 43 | 23 | 70 | 7 | 3 | 3 | 0 | 33 | 8 | 0 | 2 | 0 |
| 28. Police | 960 | 718 | 242 | 137 | 610 | 70 | 17 | 17 | 4 | 213 | 23 | 3 | 2 | 1 |
| 29. Public Utilities | 381 | 287 | 94 | 155 | 162 | 116 | 5 | 3 | 1 | 64 | 23 | 3 | 3 | 1 |
| 30. Public Works | 807 | 678 | 129 | 347 | 377 | 269 | 14 | 14 | 4 | 83 | 42 | 2 | 2 | 0 |
| 31. Sheriff's Office | 43 | 9 | 34 | 9 | 7 | 0 | 0 | 2 | 0 | 27 | 5 | 2 | 0 | 0 |
| 32. Virginia Aquarium & Marine Science Center (Museums and Cultural Arts) | 66 | 21 | 45 | 10 | 16 | 4 | 0 | 1 | 0 | 40 | 4 | 1 | 0 | 0 |
| Total # | 5619 | 3062 | 2557 | 1598 | 2192 | 729 | 59 | 68 | 14 | 1829 | 615 | 49 | 57 | 7 |
| Total % | | 54.5 | 45.5 | 28.4 | 39.0 | 13.0 | 1.1 | 1.2 | 0.2 | 32.6 | 10.9 | 0.9 | 1.0 | 0.1 |

**Legend:**
Min — Minority
W — White
B/AA — Black/African American
H — Hispanic
A/PI — Asian/Pacific Islander
AI/AN — American Indian or Alaskan Native

Section IV – Workforce Analysis and Statistical Charts
Chart A-1: Workforce Analysis
Page 2

15

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

## B. Relevant Labor Market

The Relevant Labor Market (RLM) reflects that portion of the labor force within the job recruitment area(s) for the City of Virginia Beach identified as possessing the requisite knowledge, skills, and abilities for job placement. The chart below uses the US Census Bureau's year 2000 census data to compile statistics used to identify areas of underutilization.

Race Code Legend:
B/AA – Black/African American
A/PI – Asian/Pacific Islander
AI/AN – American Indian/Alaskan Native
Other – No Specific Race Code Identified

**Chart B-1**
**Relevant Labor Market (RLM)**
**Source: 2000 Census Data**

| Job Category | | RLM Availability | B/AA | Male | | | | | Female | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | White | Hispanic | A/PI | AI/AN | Other | B/AA | White | Hispanic | A/PI | AI/AN | Other |
| Officials/Administrators | | 19,124,565 | 545,530 | 9,845,535 | 675,470 | 426,535 | 43,960 | 166,110 | 645,905 | 5,875,420 | 485,280 | 256,175 | 41,025 | 117,620 |
| | | | 2.9% | 51.5% | 3.5% | 2.2% | 0.2% | 0.9% | 3.4% | 30.7% | 2.5% | 1.3% | 0.2% | 0.6% |
| Professionals | | 755,215 | 28,515 | 287,790 | 9,350 | 24,690 | 815 | 5,975 | 53,075 | 311,700 | 10,020 | 16,725 | 840 | 5,720 |
| | | | 3.8% | 38.1% | 1.2% | 3.3% | 0.1% | 0.8% | 7.0% | 41.3% | 1.3% | 2.2% | 0.1% | 0.8% |
| Technicians | | 20,273 | 1,665 | 6,925 | 175 | 360 | 45 | 70 | 3,590 | 6,540 | 200 | 425 | 55 | 223 |
| | | | 8.2% | 34.2% | 0.9% | 1.8% | 0.2% | 0.3% | 17.7% | 32.3% | 1.0% | 2.1% | 0.3% | 1.1% |
| Protective Services | Sworn | 70,820 | 11,375 | 42,080 | 1,385 | 660 | 190 | 895 | 5,630 | 7,670 | 445 | 175 | 10 | 305 |
| | | | 16.1% | 59.4% | 2.0% | 0.9% | 0.3% | 1.3% | 8.0% | 10.8% | 0.6% | 0.2% | 0.0% | 0.4% |
| | Non Sworn (Civilian Labor) | 4,267 | 305 | 1,655 | 75 | 15 | 4 | 39 | 240 | 1,760 | 80 | 30 | 4 | 60 |
| | | | 7.1% | 38.8 | 1.8% | 0.4% | 0.1% | 0.9% | 5.6% | 41.2% | 1.9% | 0.7% | 0.1% | 1.4% |
| Administrative Support | | 189,745 | 14,535 | 32,975 | 1,300 | 1,440 | 130 | 1035 | 42,935 | 85,200 | 3,530 | 3,335 | 620 | 2,170 |
| | | | 7.7% | 17.4% | 0.7% | 0.8% | 0.1% | 0.5% | 22.6% | 44.9% | 1.9% | 1.8% | 0.3% | 1.4% |

16

DEF11556

17

Section IV - Workforce Analysis and Statistical Charts
Chart B-1: Relevant Labor Market
Page 2

| Job Category | RLM Availability | Male | | | | | | Female | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B/AA | White | Hispanic | A/PI | AI/AN | Other | B/AA | White | Hispanic | A/PI | AI/AN | Other |
| Skilled Craft | 80,599 | 16,830 | 53,580 | 1,575 | 1040 | 440 | 1,300 | 1,935 | 3,220 | 150 | 335 | 50 | 144 |
| | | 20.9% | 66.5% | 2.0% | 1.3% | 0.5% | 1.6% | 2.4% | 4.0% | 0.2% | 0.4% | 0.1% | 0.2% |
| Service/Maintenance | 181,660 | 38,035 | 50,850 | 2,785 | 3,065 | 495 | 1,990 | 35,250 | 40,480 | 2,565 | 3,885 | 480 | 1,780 |
| | | 21.0% | 28.0% | 1.5% | 1.7% | 0.3% | 1.1% | 19.4% | 22.3% | 1.4% | 2.1% | 0.3% | 1.0% |

**Relevant Labor Markets:**
Officials/Administrators: National
Professionals: State
Technicians: Metropolitan Statistical Area (MSA)
Protective Services: State
Administrative Support: MSA
Skilled Craft: MSA
Service Maintenance: MSA

DEF11557

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

## C. Availability Rates

Workforce availability rates are reviewed in order to determine the number of minorities and women available in the recruitment population to work in the various job groups specified in the Equal Employment Opportunity Commission's (EEOC) regulations. Several charts are included in this section of the EEOP reflecting the use of relevant labor market (RLM) data to display statistical analyses and comparisons when identifying female and minority recruitment and utilization. Additional data sources include 2000 census data from the US Census Bureau and fulltime workforce statistics for the City effective 11/01/05.

### *Minorities*

In determining whether minorities are underutilized in any job group, the City of Virginia Beach will consider (based on available data) the following:

1. The minority population of the labor force within the relevant labor market (RLM).

2. The size of the minority unemployment force in the surrounding labor area.

3. The percentage of the City's minority workforce when compared with the total workforce in the relevant labor market.

4. The general availability of minorities possessing the requisite skills in the relevant labor market.

5. The availability of minorities possessing the requisite skills in an area in which the City can reasonably recruit.

6. The availability of minorities seeking employment in the labor or recruiting area of the City.

7. The availability of minorities eligible for promotion or transfer within the City's workforce.

8. The existence of training institutions capable of training persons in the requisite skills (based on available data), and the percentage of minorities enrolled.

9. The degree of training which the City is reasonably able to undertake as a means of making all job classes available to minorities.

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

### *Females*

In determining whether females are underutilized in any job group, the City of Virginia Beach will consider (based on available data) the following:

1. The size of the female population of the labor force within the relevant labor market.

2. The size of the female unemployment force in the surrounding labor area.

3. The percentage of the City's female work force when compared with the total work force in the relevant labor market.

4. The general availability of women possessing the requisite skills in the relevant labor market.

5. The availability of women possessing the requisite skills in an area in which the City can reasonably recruit.



6. The availability of women seeking employment in the labor or recruiting area of the City.

7. The availability of women within the City's organization eligible for promotion or transfer.

8. The existence of training institutions capable of training persons in the requisite skills (based on data availability) and the percentage of females enrolled.

9. The degree of training which the City is reasonably able to undertake as a means of making all job classes available to women.

The City's fulltime employment data (effective 11/01/05) and census data for the year 2000 (published by the US Census Bureau) are additional sources of information used for comparisons when determining areas of underutilization.

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

Statistics displayed in Chart C-1 below reflect workforce availability rates for females and minorities using Relevant Labor Market (RLM) data.

### Chart C-1
### RLM Availability Rates – Minorities and Females
*(Based on 2000 US Census Data)*

| Job Group | % Minority | | % Female | |
|---|---|---|---|---|
| | A | B* | A | B* |
| **Officials/Managers** | 16.2 | 17.7 | 38.1 | 38.7 |
| **Professionals** | 19.0 | 20.6 | 51.9 | 52.7 |
| **Technicians** | 32.2 | 33.6 | 53.1 | 54.5 |
| **Protective Services** | 27.5 | 30.0 | 21.4 | 22.8 |
| **Administrative Support** | 35.9 | 37.8 | 71.5 | 72.9 |
| **Skilled Craft** | 27.8 | 29.6 | 7.1 | 7.3 |
| **Service Maintenance** | 47.6 | 49.8 | 45.5 | 46.5 |

\* *NOTE: Percentages in Column A include the following ethnic groups for females and minorities: Black/African American, Hispanic, Asian/Pacific Islanders, and American Indian/Alaskan Native. Percentages in Column B include the same ethnic groups in Column A with the addition of the 2000 US Census data's listing of "Other" as an "ethnic group" for females and minorities. The "Other" category is indistinguishable as an ethnic job group for the purpose of analyzing and comparing the City's fulltime workforce data. Therefore, the figures reflected in Column B above for females and minorities are not used in Chart A-3: Workforce Utilization Analysis.*

*The figures in Column B are used in data comparisons when analyzing <u>overall</u> availability rates for females and minorities as reflected in Chart A-2: Availability vs. Utilization Matrix, Chart F-1: Job Group Summary Comparison, Graph B-1: Female Availability/Utilization and Graph B-2: Minority Availability/Utilization. Use of the data in Column B with these charts and graphs provide an additional level of assessment for the City's fulltime workforce.*

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

### D. Workforce by EEO Category

EEO categories are established by the Equal Employment Opportunity Commission (EEOC) and used in required reports submitted by the City. Figures displayed in the following Chart D-1 highlight the City's fulltime workforce as of 11/01/05 by race, sex, ethnic group/national origin, and EEO job category. Percentages of the total employee population within each job category are also indicated.

NOTE: Positions listed in the paraprofessional job category will soon be merged into other job groups.

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

## Chart D-1
### City of Virginia Beach Workforce
### By Race, Sex, Ethnic Group/National Origin, and EEO Job Category

Figures in Chart D-1 reflect the total number of the City's fulltime employees by race, sex, and ethnic group/national origin within each EEO job category as of November 1, 2005. Percentages of the total employee population within each job category are also indicated. (Positions currently listed in the paraprofessional job category will soon be merged into other job groups.)

| EEO Category | Total F/T | Total |  |  | Male |  |  |  |  | Female |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Male | Female | Min | W | B/AA | H | A/PI | AI/AN | W | B/AA | H | A/PI | AI/AN |
| Officials & Administrators | 91 | 66 72.5% | 25 27.5% | 6 6.6% | 63 69.2% | 3 3.3% | 0 0.0% | 0 0.0% | 0 0.0% | 22 24.2% | 3 3.3% | 0 0.0% | 0 0.0% | 0 0.0% |
| Professionals | 1395 | 523 37.5% | 872 62.5% | 372 26.7% | 381 27.3% | 119 8.5% | 8 0.6% | 14 1.0% | 1 0.1% | 642 46.0% | 190 13.6% | 14 1.0% | 24 1.7% | 2 0.1% |
| Technicians | 747 | 326 43.6% | 421 56.4% | 164 22.0% | 277 37.1% | 34 4.6% | 4 0.5% | 8 1.1% | 3 0.4% | 306 41.0% | 90 12.0% | 10 1.3% | 14 1.9% | 1 0.1% |
| Protective Services | 1234 | 1096 88.8% | 138 11.2% | 157 12.7% | 950 77.0% | 86 7.0% | 28 2.3% | 24 1.9% | 8 0.6% | 127 10.3% | 7 0.6% | 3 0.2% | 1 0.1% | 0 0.0% |
| Para-Professionals | 198 | 38 19.2% | 160 80.8% | 82 41.4% | 23 11.6% | 15 7.6% | 0 0.0% | 0 0.0% | 0 0.0% | 93 47.0% | 60 30.3% | 4 2.0% | 2 1.0% | 1 0.5% |
| Administrative Support | 904 | 87 9.6% | 817 90.4% | 243 26.9% | 65 7.2% | 14 1.5% | 1 0.1% | 7 0.8% | 0 0.0% | 596 65.9% | 186 20.6% | 17 1.9% | 15 1.7% | 3 0.3% |
| Skilled Craft | 566 | 531 93.8% | 35 6.2% | 259 45.8% | 291 51.4% | 223 39.4% | 5 0.9% | 10 1.8% | 2 0.4% | 16 2.8% | 19 3.4% | 0 0.0% | 0 0.0% | 0 0.0% |
| Service Maintenance | 484 | 395 81.6% | 89 18.4% | 315 65.1% | 142 29.3% | 235 48.6% | 13 2.7% | 5 1.0% | 0 0.0% | 27 5.6% | 60 12.4% | 1 0.2% | 1 0.2% | 0 0.0% |
| TOTAL # TOTAL % | 5619 | 3062 54.5% | 2557 45.5% | 1598 28.4% | 2192 39.0% | 729 13.0% | 59 1.1% | 68 1.2% | 14 0.2% | 1829 32.6% | 615 10.9% | 49 0.9% | 57 1.0% | 7 0.1% |

**Legend:**
Min — Minority
W — White
B/AA — Black/African American
H — Hispanic
A/PI — Asian/Pacific Islander
AI/AN — American Indian or Alaskan Native

DEF11562

22

### E. EEO Job Group - Summary

The following Chart displays statistics of the City's fulltime workforce distribution as of 11/01/05 using EEO job categories.



Additionally, Chart E-1 displays the City's workforce distribution using EEO job categories and the total number of fulltime incumbents within each category by race, sex, and ethnic group/national origin.

To prepare this data, a workforce analysis was conducted individually for all existing job titles in the City's workforce. After the analysis was completed, job titles were grouped together for the comparison of incumbency to availability and will be used to assist with establishing recruitment and promotional goals in areas identified as underutilized for female and minority groups.

Many job titles are so similar in content that handling them individually in the EEOP is not necessary. Grouping together very similar titles is appropriate for the comparison of incumbency to availability. For many job titles, the availability data that can be collected is limited, and the same data must be used for several related jobs. Additionally, many job titles have so few incumbents that identifying disparities between incumbency and availability by job title is meaningless. Furthermore, positions currently listed in the paraprofessional job category will soon be merged into other job groups.

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

By grouping several similar titles together and thus increasing the number of positions reviewed, a meaningful comparison can be conducted, i.e., identified problem areas are more likely to be represented by meaningful data. It is logical to group related titles together and display the results using EEO categories.

NOTE: Statistical data used in the EEOP does not reflect combining job titles with different content, wages, or opportunities if doing so would obscure problem areas.

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

**Chart E-1**
**Job Group Summary Chart**
**By EEO Category, Race, Sex, and Ethnic Group/National Origin**

All job titles are assigned a job group category established by the Equal Employment Opportunity Commission (EEOC). Chart E-1 displays the total number of fulltime incumbents in the City of Virginia Beach and the total number of males, females, and minorities within these job categories. This data includes all fulltime City employees as of November 1, 2005. (Positions currently listed in the paraprofessional job category will soon be merged into other job groups.)

| EEO Job Category | Total Fulltime | Total | | | | Ethnic Group/National Origin | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | Minority | White | Black/African American | Hispanic | Asian/Pacific Islander | American Indian/Alaskan Native |
| Officials & Administrators | 91 | 66 | 25 | 6 | 85 | 6 | 0 | 0 | 0 |
| Professionals | 1395 | 523 | 872 | 372 | 1023 | 309 | 22 | 38 | 3 |
| Technicians | 747 | 326 | 421 | 164 | 583 | 124 | 14 | 22 | 4 |
| Protective Services | 1234 | 1096 | 138 | 157 | 1077 | 93 | 31 | 25 | 8 |
| Para-Professionals | 198 | 38 | 160 | 82 | 116 | 75 | 4 | 2 | 1 |
| Administrative Support | 904 | 87 | 817 | 243 | 661 | 200 | 18 | 22 | 3 |
| Skilled Craft | 566 | 531 | 35 | 259 | 307 | 242 | 5 | 10 | 2 |
| Service Maintenance | 484 | 395 | 89 | 315 | 169 | 295 | 14 | 6 | 0 |
| **TOTAL** | **5619** | **3062** | **2557** | **1598** | **4021** | **1344** | **108** | **125** | **21** |

DEF11565

*Section IV - continue*
*Workforce Analysis and Statistical Charts*

### F. Job Group Summary Comparison

The following Chart F-1 represents a statistical comparison of the City's job group summary data as of 11/01/05 with relevant labor market (RLM) availability rates. Data displayed reflects race, sex, and ethnic group/national origin. (NOTE: Positions listed in the paraprofessional job category will soon be merged into other job groups.)

*Section IV - continued*
*Workforce Analysis and Statistical Charts*

## Chart F-1
### Job Group Summary Comparison by EEO Category, Race, Sex, and Ethnic Group/National Origin

The Job Group Summary Comparison Chart is designed to provide an overall picture of the City's total fulltime workforce as of November 1, 2005 by race, sex, and ethnic group/national origin within job categories. Utilization percentages of the total workforce population are provided. These figures are then compared to relevant labor market (RLM) availability rates. (Jobs for the City previously listed in the paraprofessional job category will soon be merged with other job groups. Therefore, no availability or utilization rates are reflected.)

| EEO Job Category | Total Fulltime | Total | | | | Ethnic Group/National Origin | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | Minority | White | Black/African American | Hispanic | Asian/ Pacific Islander | American Indian/Alaskan Native | Other |
| Officials & Administrators | 91 | 66 (72.5%) | 25 (27.5%) | 6 (6.6%) | 85 (93.4%) | 6 (6.6%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| *Availability Rate* | | *61.2%* | *38.7%* | *17.7%* | *82.2%* | *6.3%* | *6.0%* | *3.5%* | *0.4%* | *1.5%* |
| Professionals | 1395 | 523 (37.5%) | 872 (62.5%) | 372 (26.7%) | 1023 (73.3%) | 309 (22.2%) | 22 (1.5%) | 38 (2.7%) | 3 (0.2%) | 0 (0.0%) |
| *Availability Rate* | | *47.3%* | *52.7%* | *20.6%* | *79.4%* | *10.8%* | *2.5%* | *5.5%* | *0.2%* | *1.6%* |
| Technicians | 747 | 326 (43.6%) | 421 (56.4%) | 164 (22.0%) | 583 (78.1%) | 124 (16.6%) | 14 (1.9%) | 22 (2.9%) | 4 (0.5%) | 0 (0.0%) |
| *Availability Rate* | | *45.6%* | *54.5%* | *33.6%* | *66.5%* | *25.9%* | *1.9%* | *3.9%* | *0.5%* | *1.4%* |
| Protective Services | 1234 | 1096 (88.8%) | 138 (11.2%) | 157 (12.7%) | 1077 (87.3%) | 93 (7.5%) | 31 (2.5%) | 25 (2.0%) | 8 (0.6%) | 0 (0.0%) |
| *Availability Rate* | | *78.2%* | *22.8%* | *30.0%* | *70.8%* | *23.4%* | *2.6%* | *1.2%* | *0.3%* | *2.5%* |

27

DEF11567

| EEO Job Category | Total Fulltime | Total Male | Total Female | Minority | Ethnic Group/National Origin White | Black/African American | Hispanic | Asian/Pacific Islander | American Indian/Alaskan Native | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Para-Professionals | 198 | 38 (19.2%) | 160 (80.8%) | 82 (41.4%) | 116 (58.6%) | 75 (37.9%) | 4 (2.0%) | 2 (1.0%) | 1 (0.5%) | 0 (0.0%) |
| *Availability Rate* | | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* | *n/a* |
| Administrative Support | 904 | 87 (9.6%) | 817 (90.4%) | 243 (26.9%) | 661 (73.1%) | 200 (22.1%) | 18 (2.0%) | 22 (2.4%) | 3 (0.3%) | 0 (0.0%) |
| *Availability Rate* | | *27.2%* | *72.9%* | *37.8%* | *62.3%* | *30.3%* | *2.6%* | *2.6%* | *0.4%* | *1.9%* |
| Skilled Craft | 566 | 531 (93.8%) | 35 (6.2%) | 259 (45.8%) | 307 (54.2%) | 242 (42.8%) | 5 (0.9%) | 10 (1.8%) | 2 (0.4%) | 0 (0.0%) |
| *Availability Rate* | | *92.8%* | *7.3%* | *29.6%* | *70.5%* | *23.3%* | *2.2%* | *1.7%* | *0.7%* | *1.8%* |
| Service Maintenance | 484 | 395 (81.6%) | 89 (18.4%) | 315 (65.1%) | 169 (34.9%) | 295 (61.0%) | 14 (2.9%) | 6 (1.2%) | 0 (0.0%) | 0 (0.0%) |
| *Availability Rate* | | *53.5%* | *46.5%* | *49.8%* | *50.3%* | *40.4%* | *2.9%* | *3.8%* | *0.6%* | *2.1%* |
| TOTAL | 5619 | 3062 | 2557 | 1598 | 4021 | 1344 | 108 | 125 | 21 | 0 |