IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway,** *et al.*, <br><br>     **Plaintiffs,** <br><br> v. <br> **City of Virginia Beach,** *et al.*, <br><br>     **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 16

Virginia Beach Dept. of Housing and Neighborhood Preservation Document on Citizen Participation (DEF10609-10613)

## PR-15 Citizen Participation

**1.     Summary of citizen participation process/Efforts made to broaden citizen participation**
**Summarize citizen participation process and how it impacted goal-setting**

The Department of Housing and Neighborhood Preservation utilizes multiple media arrangements to engage citizens throughout the entire year.  In addition to the mandatory civic hearings required for needs assessment and the annual action plan, we held additional meetings within the organizations located in the City of Virginia Beach to keep them abreast of our plans, activities and funding recommendations.  In April 2013, we completed a study of our Housing Crisis Response System with a guidance committee composed of professionals and citizens throughout the region.  We held civic hearings to explain the study findings and the actions that would take place in the future as a result of the study.

Another major component of the civic participation is the citizen involvement in the design process for The Housing Resource Center to be located within the city.  City Council appropriated funding for the design phase of this program.

As the lead agency, we are also deeply involved in the evolution of the Continuum of Care and its impacts on homelessness and the Emergency Solutions Grants.  During this year, the Continuum of Care was incorporated into the BEACH Community Partnership to utilize this asset as a governing board as required by the new 24 CFR Part 574 requirements.  As the lead agency for both organizations, this opportunity has helped us stay engaged with a major cross section of interested parties that have impacted the goal setting process of the department.

## Citizen Participation Outreach

| Sort Order | Mode of Outreach | Target of Outreach | Summary of response/attendance | Summary of comments received | Summary of comments not accepted and reasons | URL (If applicable) |
|---|---|---|---|---|---|---|
| 1 | Public Meeting | Minorities<br><br>Persons with disabilities<br><br>Non-targeted/broad community<br><br>Residents of Public and Assisted Housing | Meeting held on 1/13/2015; 37 people attended. | None | None | |

| Sort Order | Mode of Outreach | Target of Outreach | Summary of response/attendance | Summary of comments received | Summary of comments not accepted and reasons | URL (If applicable) |
|---|---|---|---|---|---|---|
| 2 | Public Hearing | Minorities<br><br>Persons with disabilities<br><br>Non-targeted/broad community<br><br>Residents of Public and Assisted Housing<br><br>elderly | Hearing Held on 4/2/2015; one citizen attended. | Citizen had (4) questions: Have we worked with Hope House and CAMG in the past? Response: Yes, in various capacities. Is Rehab also considered sticks and bricks? Response: Yes. Are all of the requests presented in the handout? Response: Yes. When does the public comment period ends? Response: April 20th 2015. | We accepted all comments | |

| Sort Order | Mode of Outreach | Target of Outreach | Summary of response/attendance | Summary of comments received | Summary of comments not accepted and reasons | URL (If applicable) |
|---|---|---|---|---|---|---|
| 3 | Newspaper Ad | Minorities<br><br>Persons with disabilities<br><br>Non-targeted/broad community<br><br>Residents of Public and Assisted Housing | none | none | none | |
| 4 | Newspaper Ad | Minorities<br><br>Persons with disabilities<br><br>Non-targeted/broad community<br><br>Residents of Public and Assisted Housing | none | none | none | |

| Sort Order | Mode of Outreach | Target of Outreach | Summary of response/attendance | Summary of comments received | Summary of comments not accepted and reasons | URL (If applicable) |
|---|---|---|---|---|---|---|
| 5 | Internet Outreach | Minorities<br><br>Persons with disabilities<br><br>Non-targeted/broad community<br><br>Residents of Public and Assisted Housing | 3 responses | The responses we received asked for more specificity regarding our outcomes. Response: We informed/provided the citizens with the information they requested. Additional breakdown is attached in appendices. | All comments accepted. | |

Table 4 – Citizen Participation Outreach