**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 2:18-cv-0069** |
| **City of Virginia Beach,** *et al.*, | |
| **Defendants** | |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 17

Deposition Transcript of Virginia Beach City Council Member Aaron Rouse



# Transcript of Aaron R. Rouse

**Date:** September 11, 2019
**Case:** Holloway, et al. -v- City of Virginia Beach, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF VIRGINIA

 3                    NORFOLK DIVISION

 4    -------------------------------x

 5    LATASHA HOLLOWAY and           :

 6    GEORGIA ALLEN,                 :

 7                   Plaintiffs,  :    CASE NO.

 8    v.                         :      2:18cv00069

 9    CITY OF VIRGINIA BEACH, et al.,:

10                   Defendants.  :

11    -------------------------------x

12

13

14            Deposition of AARON R. ROUSE

15             Virginia Beach, Virginia

16           Wednesday, September 11, 2019

17                   9:12 a.m.

18

19

20    Job No. 261325

21    Pages 1 - 127

22    Reported by:  Penny C. Wile, RPR, RMR, CRR
```

1          Deposition of AARON R. ROUSE, held at the

2    offices of:

3

4

5          VIRGINIA BEACH CITY ATTORNEY

6          2401 Courthouse Drive

7          Municipal Center, Building One

8          Room 260

9          Virginia Beach, VA 23456

10         (757)385-4351

11

12

13

14

15

16

17         Pursuant to Notice, before Penny C. Wile,

18   RPR, RMR, CRR, Notary Public of the Commonwealth

19   of Virginia.

20

21

22

```
1                A P P E A R A N C E S

2        ON BEHALF OF THE PLAINTIFFS, LATASHA HOLLOWAY

3        AND GEORGIA ALLEN:

4             DANIELLE LANG, ESQUIRE

5             CHRISTOPHER LAMAR, ESQUIRE

6             CAMPAIGN LEGAL CENTER

7             1101 14th Street NW

8             Suite 400

9             Washington, DC 20005

10            (202)736-2200

11

12   ON BEHALF OF THE DEFENDANTS, CITY OF VIRGINIA

13   BEACH, ET AL.:

14            CHRISTOPHER S. BOYNTON, ESQUIRE

15            OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY

16            2401 Courthouse Drive

17            Municipal Center, Building One

18            Room 260

19            Virginia Beach, VA 23456

20            (757)385-4351

21

22
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                          4

```
1                    C O N T E N T S

2    EXAMINATION OF AARON R. ROUSE            PAGE

3          By Ms. Lang                          5

4

5

6

7

8

9                    E X H I B I T S

10   ROUSE DEPOSITION EXHIBIT                 PAGE

11   Exhibit 1    Subpoena, Aaron Rouse        26

12   Exhibit 2    Subpoena, James Wood         64

13   Exhibit 3    Disparity Study excerpt     101

14   Exhibit 4    Email string, DEF08175-8185 116

15

16

17

18

19

20

21

22
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                         5

```
1               P R O C E E D I N G S
2    Whereupon,
3               AARON R. ROUSE,
4    after having been first duly sworn, was examined
5    and did testify under oath as follows:
6     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
7    BY MS. LANG:
8        Q. Good morning, Mr. Rouse.  I'm going to do
9    a few, kind of, basic instructions for
10   depositions.
11           Have you ever been deposed before?
12       A. I have.
13       Q. So some of this might be familiar to you.
14           So we'll try to speak with verbal answers
15   and cues.  It's easy in normal conversation to say
16   uh-huh or uh-uh or shake your head, but it's hard
17   for the court reporter to take that down, so I'll
18   ask you to say yes or no.
19           It's also important we don't speak over
20   each other.  In normal conversation we often
21   finish each other's sentences, we know where
22   you're going with something.  Again, it's hard for
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    6

1    the court reporter to have a clean record.  So I'm

2    going to do my very best to always let you answer

3    your questions.  And I'll ask that you, kind of,

4    let me finish my questions.

5         If you don't understand any of my

6    questions, feel free to ask me to restate them.

7         A. Okay.

8         Q. If you don't ask me, I'll assume that you

9    understood the question.  Is that all right?

10        A. Yes.

11        Q. Okay.  From time to time your attorney may

12   object to some of my questions.  Unless he

13   instructs you not to answer, that objection is

14   only for the record and you can go ahead and

15   answer the question.  Okay?

16        A. Yes.

17        Q. All right.

18        MR. BOYNTON:  And toward that end, there

19   was an email that was received yesterday evening

20   from Mr. Hebert, who is your colleague, that,

21   quite candidly, mischaracterized the deposition

22   that took place two days ago that we will

1    ultimately have a transcript of.  Nevertheless, in

2    light of his email, I want to first ask the

3    deponent if he wishes to assert legislative

4    privilege today to the extent it applies to any

5    specific questions that are asked?

6            THE DEPONENT:  I do.

7            MR. BOYNTON:  Thank you.

8            And you may proceed.

9        Q. We can take breaks whenever you'd like.

10   The only thing I ask is that if you -- if I've

11   asked a question, that you answer the question

12   first and then we can take a break.

13           Do you know of any reason why you can't

14   answer questions truthfully today?

15       A. No.

16       Q. You mentioned you've been deposed before.

17   How many times have you been deposed?

18       A. Once.

19       Q. Okay.  And what -- and what case was that?

20       A. Traffic accident.

21       Q. Okay.  And can you just state your full

22   name and position for the record?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    8

1      A. Aaron Roosevelt Rouse, City Councilman at

2  large.

3      Q. And are you originally from Virginia

4  Beach?

5      A. I am originally from Norfolk, but I moved

6  to Virginia Beach around fifth grade, so I would

7  say yes and no.

8      Q. Fair enough.

9          And how long have you been living in

10  Virginia Beach currently?

11     A. Twenty-some-plus years.

12     Q. Okay.  And what district do you currently

13  live in within Virginia Beach?

14     A. That would be Princess Anne now.

15     Q. Okay.  And how long have you lived in that

16  district?

17     A. Five months now.

18     Q. Okay.  And where were you living before?

19     A. Bayside district.

20     Q. And can you tell me a little bit about

21  your educational background?

22     A. Graduate of First Colonial High School.  A

1   graduate of Virginia Tech; Bachelor of Science

2   degree in Sociology.

3       Q. And after college, what did you do for a

4   living?

5       A. Professional football player, National

6   Football League.

7       Q. And how long were you playing for them?

8       A. Four years.

9       Q. Then what did you do after that?

10      A. Played Minor League for two years.  And,

11  then, started my non-profit.

12      Q. What is your non-profit?

13      A. Rouse's House.

14      Q. What does Rouse's House do?

15      A. It is a non-profit that looks forth to

16  giving back to the community but based on

17  education.

18      Q. And so what, specifically, does Rouse's

19  House do with respect to education?

20      A. Every year we give away school supplies

21  not only to the youth but teachers, as well.  And,

22  then, this year we're looking forward to actually

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    10

1    helping kids out with college application fees.

2        Q. Does Rouse's House have any employees

3    other than you?

4        A. Yes.  One assistant.  She, basically, does

5    everything.

6        Q. And when did you found Rouse's House?

7        A. Got our non-profit designation in 2018.

8        Q. Okay.  When did you stop playing for the

9    Minor Leagues?

10       A. 2012, I would say.

11       Q. Okay.  And what were you doing for a

12   living between 2012 and 2018?

13       A. I was actually studying.  Didn't actually

14   have a job per se, so I was studying.

15       Q. Okay.  At an institution or self-study?

16       A. Actually, in the General Assembly.

17       Q. I'm sorry?

18       A. The state General Assembly.

19       Q. Okay.  When did you first learn about the

20   lawsuit that brings us here today?

21       A. A couple months, probably, ago.

22   Earlier -- earlier this year, I think, it may have

1    been.

2        Q. Okay.  So you weren't aware of this

3    lawsuit prior to your election to City Council?

4        A. No.

5        Q. Okay.  What did you do to prepare for this

6    deposition today?  And I'll preface the whole

7    series of questions I'm going to ask you with

8    please don't tell me anything your attorneys told

9    you.  You can tell me you met with them and who

10   was there, how long, but please don't tell me any

11   of the contents of the conversation.

12        So with all of that preface, what did you

13   do to prepare for this lawsuit?

14       A. Just met with my attorneys.

15       Q. And which attorneys?

16       A. Mr. Boynton and -- I forgot the --

17       MR. BOYNTON:  Mr. Harris.

18       A. Mr. Harris.  I'm sorry.

19       Q. That's okay.

20        And was anyone else present at that

21   meeting?

22       A. No.

1    Q. And when did you meet with them?

2    A. A couple of days ago.

3    Q. For how long?

4         MR. BOYNTON:  We've been objecting for how

5    long because I think that goes into the level and

6    content of preparation.  So that's where we have

7    drawn a line in prior depositions, and we'll be

8    consistent with that.

9         MS. LANG:  Are you going to instruct him?

10        MR. BOYNTON:  I just did.  Yes.

11        MS. LANG:  For clarity of the record, I'd

12   like you, if you're instructing a client not to

13   answer, to instruct him not to answer.

14        MR. BOYNTON:  Happy to.

15        We object to the witness answering to how

16   long he met with his attorneys to prepare as

17   invading attorney-client privilege, and,

18   accordingly, will instruct him not to answer.

19        MS. LANG:  Thank you.

20   Q. Did you talk to anybody else about your

21   appearance at this deposition today?

22   A. No.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    13

1        Q. No?

2            Did you review any documents in

3    preparation for this deposition today?

4        A. I had no documents.

5        Q. Did you -- have you discussed this lawsuit

6    with other Council members?

7        A. Executive session.

8        Q. Okay.  Outside of executive session, have

9    you discussed this lawsuit with any Council

10   members?

11       A. No.

12       Q. Okay.  Have you discussed the lawsuit with

13   the Mayor?

14       A. No.

15       Q. With other city officials?

16       A. No.

17       Q. Do you know of any reason right now that

18   you couldn't be in Norfolk, Virginia during the

19   week of January 14th, 2020?

20           MR. BOYNTON:  The question is are you

21   available for trial?

22       A. No.  I don't know.  I have nothing on the

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    14

1    schedule.

2         Q. Okay.  Thank you.

3         Are you aware that we've asked for some

4    documents, official documents, in this case?

5         A. Yes.

6         Q. Okay.  And we're going to get to the

7    subpoena that I know that you received in a

8    moment, but for now I'm just speaking about our

9    request for official documents the Virginia

10   Beach -- that you have in your official capacity.

11        A. Uh-huh.

12        Q. Is that clear?

13        A. Yes.

14        Q. Did your -- were you involved at all in

15   the collection of documents to produce in this

16   case?

17        A. Clarify.

18        Q. Did you assist in identifying documents

19   that would be relevant to this case and should be

20   produced to the plaintiffs?

21        A. If I'm understanding your question

22   correctly, was I asked if I had documents to

1  provide?

2      Q. Sure.  Or did you help identify search

3  terms or any number of ways in which you may have

4  assisted?

5      A. Oh.  No.  No.  I don't --

6      Q. No?

7         Were you asked if you had documents?

8      A. Yes.

9      Q. And did you collect documents yourself?

10     A. If I had documents.

11     Q. Okay.

12        MR. BOYNTON:  Go ahead.

13     Q. When conducting business as a City Council

14  member, do you have an official email account?

15     A. Yes.

16     Q. And what is that?

17     A. arouse@vbgov.com.

18     Q. Do you ever use your personal email to

19  conduct Virginia Beach business?

20     A. No.

21     Q. Do any of your colleagues sometimes use

22  personal emails?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    16

1        A. I don't know.

2        Q. When you get emails at your vbgov --

3    vb.gov account, are they sometimes from Gmail

4    accounts or Yahoo accounts or other non-vbgov

5    accounts?

6        A. I don't ever pay attention to that.  I

7    don't know.  It just comes through as City

8    Council.  And I just read the internal subject.  I

9    don't look at the email accounts, where they come

10   from.

11       Q. Okay.  Are you aware of any of your

12   colleagues using personal email?

13       A. No.  I don't -- I just know about my own

14   email.  I don't look at their accounts.

15       Q. And as far as documents you hold as a City

16   Council member, how do you store those documents?

17   Do you have an office laptop or how do you store

18   electronic documents for your city business?

19       A. They're stored on -- I have a city

20   cellphone, and they're stored -- everything is

21   forwarded, so everything that comes on my city

22   account is already stored, so I don't, you know...

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    17

1        Q. If you need to find a document, for
2    example, how do you go about doing that?
3        A. I just go on my phone, just my email
4    account, and look at it.  I guess that's what
5    you're asking me.
6        Q. I think so.
7            So is it the case that the only place that
8    you have any City Council documents is on your
9    email?
10       A. Yes.
11       Q. Okay.  You don't -- do you have a laptop
12   computer?
13       A. I have an iPad, but, unfortunately, I
14   haven't synched my email account from that, from
15   our city email account.
16       Q. So are there any documents at all on your
17   iPad that might relate to your campaign or --
18       A. No.  The only thing that would be on mine
19   is the email account, is my city email account.
20   That's the -- it's a city-issued iPad.
21       Q. Okay.  Do you have a personal laptop?
22       A. Yes, I do.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    18

1       Q. Do you ever exchange text messages with

2   City Council members?

3       A. Very rarely, but cellphone.

4       Q. But you have exchanged text messages to

5   City Council members?

6       A. Very rarely, yes.

7       Q. Okay.  Do you know who?

8       A. Not off -- not offhand.  It would be -- I

9   don't want to speculate, but not offhand.

10      Q. Okay.  Do you keep a calendar?

11      A. Yes.

12      Q. And where do you keep that calendar?

13      A. On the phone.

14      Q. Okay.  Do you have any handwritten

15  notepads that you ever use?

16      A. During the meeting.

17      Q. And where do you keep those?

18      A. I don't keep the record.

19      Q. So where are those now?

20      A. Disposed of.

21      Q. They're in the trash?

22      A. Yes.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    19

1      Q. All of them?

2      A. I would imagine they're disposed of.  I

3  mean, take notes throughout the meeting, and then

4  they would be disposed of.  I didn't keep anything

5  per se.

6      Q. So do you leave them in the room when you

7  leave executive meetings?

8      A. Yes.

9      Q. Okay.  Do you have an office?

10      A. No.  I don't even -- no.  I don't have an

11  office.

12      Q. The city doesn't provide offices to

13  Council members?

14      A. No.  We have a shared room we can use.

15      Q. Among all the City Council members?

16      A. Yeah.

17      Q. Okay.

18      A. I wish I had an office.

19      Q. Do you have a social media -- any social

20  media accounts?

21      A. I do.

22      Q. What kinds of social media do you have?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    20

1        A. Instagram, Facebook, Twitter.

2        Q. If I wanted to find you on Twitter, how

3    would I do that?  What's your handle, I think is

4    the proper term?

5        A. Aaron Rouse.

6          On Twitter?

7        Q. Yeah.

8        A. AaronRouseVB -- VaBch.

9        Q. Is that the same handle for Instagram?

10       A. AaronRouse.  Aaron, underscore, Rouse.

11       Q. And are you on Facebook just as Aaron

12   Rouse, as well?

13       A. Yes.

14       Q. Okay.  Do you use your Facebook or

15   Instagram or Twitter to talk about your position

16   as City Council member?

17       A. No, but I post -- I post pictures of -- I

18   post pictures throughout the community, but never

19   about business of the City Council.

20       Q. Okay.  And that's for your Instagram?

21       A. That's for everything.  Facebook, if I

22   post something -- I have a Councilman Aaron Rouse

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                           21

1    Facebook page that I consider my, you know -- if

2    I'm speaking as a Councilman, I'm updating the

3    public.

4        Q. So you do have, like, an official Facebook

5    account?

6        A. Yes.  All those are personal.

7        Q. Okay.

8        A. So it's just Councilman Aaron Rouse is my

9    city -- it's not city-issued, but it's --

10       Q. I understand.

11          Do you have any official accounts on

12   Twitter, Instagram?

13       A. No.

14       Q. In addition to your work phone, do you

15   have a personal cellphone?

16       A. I do.

17       Q. I imagined the answer was yes.

18       A. Yes.

19       Q. And have you ever text messaged with any

20   city officials on your personal phone?

21       A. No.

22       Q. Do you use any cloud services to store

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    22

1   documents, such as Box or Dropbox or Google Drive?

2       A. No.  I'm not a Google Drive type person.

3       Q. Okay.

4       A. I've used Dropbox before, but I don't -- I

5   don't pay for any cloud services.

6       Q. If you need to keep a document for your

7   personal use, where do you keep it?

8       A. For personal use?  I only keep what comes

9   in my packet.

10      Q. I'm sorry?

11      A. Our Friday packet.  I only keep the --

12  what is it?  The agenda.

13          MR. BOYNTON:  The city provides Council --

14          MS. LANG:  I don't need your testimony.

15          MR. BOYNTON:  I'm trying to help you.

16          MS. LANG:  That's okay.  I don't need it.

17      A. I only receive the agenda package every

18  Friday.  That's the only thing I keep.

19      Q. So say --

20      A. I don't keep --

21      Q. Say you have personal documents.  Where do

22  you keep your personal documents, you know, in

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                              23

1    life?  Sometimes we're given --

2         A. Oh.  Personal documents?

3         Q. Yeah.

4         A. I would keep them in a file.  I would just

5    keep it.

6         Q. Like, in a filing cabinet or --

7         A. Like, a safe box.

8         Q. Okay.  And you mentioned the Friday

9    packet.  Can you explain to me a little bit about

10   what that is?

11        A. So every Friday we receive a packet

12   letting us know the agenda for the upcoming

13   Tuesday.

14        Q. Okay.  And who provides that to you?

15        A. It's sent out through the City Clerk and

16   city staff.

17        Q. In this case one of the things we do in

18   lawsuits is we exchange requests for documents and

19   we, also, exchange questions.  We call them

20   interrogatories.  Fancy name for questions.  In

21   this case plaintiffs have served a number of

22   interrogatories on the City Council and all the

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    24

1    City Council members.  Have you reviewed those

2    interrogatories?

3         A. I have.

4         Q. Okay.  And how did you assist in answering

5    them?

6         A. By answering them.

7         Q. Okay.  So you wrote out answers to the

8    interrogatories?

9         A. What was applicable, if that's what you

10   mean.

11        Q. And how many of those were applicable,

12   that you recall?

13        A. I can't recall.

14        Q. One?  More than one?

15        A. I don't recall.  I mean, I would have to

16   see them.  I don't recall.

17        Q. Do you remember if there were any in which

18   you actually provided answers directly?

19        A. Not offhand.  Not offhand.  I think my

20   biggest was I was searching for any documents for

21   the subpoena, which I didn't have any.

22        Q. Okay.  But just focusing on the

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    25

```
1    interrogatories for a minute --
2        A. I don't recall the questions.
3        Q. Right.  But do you remember if you looked
4    at them and said, no, I don't have any answers or
5    did you look at them and were you able to provide
6    any answers whatsoever?
7        A. I don't recall the questions.  I mean, I
8    answered what I knew, what I -- but I really -- I
9    would have to see them again.
10       Q. Okay.  What did you do to look for
11   documents that would be responsive to the
12   subpoena?
13       A. Searched my government account.  I
14   searched my other account, my personal account.  I
15   searched through everything, documents.  And I
16   didn't have anything.
17       Q. And how did you search?
18       A. Go through the account.  You search
19   digitally.
20       Q. I guess what I mean is I imagine that you
21   did not review every email you've ever received in
22   your life; is that right?
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                      26

1          A. Yeah.  But you -- you know, there is -- I

2     think we're all technologically -- understand how

3     to use it.  Go to the account.  You put in

4     keywords.  You search all kinds of things.

5          Q. That's what I was trying to get at.

6          A. Okay.

7          Q. So what kind of keywords did you use?

8          A. I searched for voting system.  I searched

9     for my campaign.  I searched for questions that

10    related to the forum.  I searched anything that

11    would pop up that could have something to do with

12    this case.

13         Q. Did you look at all of the questions in

14    the subpoena or did you just look for documents

15    related to the case generally?

16         A. Well, I've read through it, and I searched

17    for any documents that would have anything to do

18    with it.

19         Q. Okay.  I'm going to introduce as Exhibit 1

20    the subpoena you received.

21                         (Exhibit 1 was marked and

22                    attached to the transcript.)

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    27

1        Q. So is this document familiar to you?

2        A. Yes.

3        Q. Okay.  And at the end you indicated you

4    don't have any responsive documents; is that

5    right?

6        A. Yes.

7        Q. Okay.  If you could look at number 8 on

8    Exhibit 1.  It says, "Provide any and all

9    documents, communications, and things related to

10   the lack of minority representation on Virginia

11   Beach City Council from January 1, 2000 to the

12   present."

13        Do you see that?

14        A. Yes.

15        Q. What do you recall -- like, how did you

16   search for responsive documents to that question?

17        A. Well, I don't know exactly how I did it,

18   but I -- nothing popped up for me for -- about

19   minority representation in any documents.

20        Q. You've commented on minority

21   representation?

22        A. I have.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    28

1        Q. Okay.  So you didn't have anything that

2    indicated your comments about minority

3    representation in Virginia Beach?

4        A. No, I didn't.  No.

5        Q. During your campaign did you have election

6    materials that you used to pass out to

7    constituents?

8        A. Yes.

9        Q. Okay.  Where are those materials now?

10       A. Gone, thank God.

11       Q. They're not stored anywhere?

12       A. No.

13       Q. You couldn't find them if you needed to?

14       A. No.  I don't -- all of them are gone.

15       Q. But the digital copies of those documents,

16   where do those live now?

17       A. I would imagine with my campaign -- my at

18   the time campaign manager.

19       Q. And who was your campaign manager?

20       A. Esmel Meeks.

21       Q. And did you ask -- is that a woman or a

22   man?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    29

1        A. It's a man.

2        Q. Did you ask Mr. Meeks to look for

3    responsive documents to the subpoena?

4        A. No.

5        Q. Okay.  But he has your campaign materials?

6        A. No.  I didn't say he has my campaign

7    materials.  You asked me if he would have them.

8        Q. Okay.

9        A. Everything was disposed of.  The campaign

10   is over.  All the material we had we passed out,

11   gave away everything.  We wouldn't keep anything.

12       Q. But you mentioned that the digital copies

13   would likely be with Mr. Meeks; is that correct?

14       A. I don't know.  I don't know.  He may or

15   may not have it.

16       Q. But you didn't ask him?

17       A. No.

18       Q. Okay.  So it's your testimony there isn't

19   a single campaign document on your personal email,

20   on your personal laptop, on your cloud services,

21   anywhere else?

22       A. Document, like a picture or Aaron Rouse

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    30

1   for City Council?

2       Q. Yeah.

3       A. Yeah.  Sure.

4       Q. Okay.  Were you endorsed by the Hampton

5   Roads Chamber?

6       A. I was.

7       Q. Okay.  And do you have any campaign

8   documents, pictures, flyers, et cetera that

9   include that endorsement?

10      A. Yes.  I'm sure there is a picture.

11      Q. Okay.  Did you -- did you look for those?

12      A. Yes.  Well, I didn't -- I didn't

13  understand if a picture was a document.

14      Q. Fair enough.

15          So in the definitions, it's all electronic

16  stored information, objects, and/or materials.  So

17  if we were asking for things including pictures,

18  would that maybe change your response to the

19  subpoena?

20      A. Yeah.  I've got pictures.

21      Q. Okay.  During your campaign did you

22  interact at all with the Virginia Beach

1    Interdenominational Ministers Conference?

2         A. Not -- not the Conference per se, no.

3         Q. With members of the Conference?

4         A. Yes.

5         Q. Okay.  What about with the NAACP chapter?

6         A. Members, not --

7         Q. Okay.

8         A. -- per se.

9         Q. Or the Virginia Beach African American

10   Leadership Forum?

11        A. Yes.  I believe so.

12        Q. So would you have any materials at all,

13   including pictures, that might represent your

14   communication or appearance with members of those

15   groups?

16        A. Yes.

17        Q. Okay.  During your campaign I imagine you

18   talked to a lot of different constituencies; is

19   that right?

20        A. Yes.  Entire city.

21        Q. And did you make any effort specifically

22   to reach out to the minority communities in

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                                    32

1    Virginia Beach?

2        A. Yes.

3        Q. Okay.  And might you have some materials,

4    including pictures, documents, or otherwise,

5    showing your outreach to the minority communities

6    in Virginia Beach?

7        A. Yes, but it wouldn't be anything that

8    would stand out.  I'm from a minority community.

9    I grew up here.  So...

10       Q. I understand.

11       A. My whole Instagram account, you could look

12   at that.

13       Q. Fair enough.  Thank you.

14          So you were elected in November 2018; is

15   that right?

16       A. Yes.

17       Q. And when were you sworn in?

18       A. January 8th, 2019.

19       Q. And your current position is as an

20   at-large City Council member; is that right?

21       A. Yes.

22       Q. When did you decide to run for office?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    33

1      A. 20 -- I announced earlier 2018.

2      Q. Do you remember the month?

3      A. Maybe March.  I'm sorry.  I don't recall.

4  Maybe March.

5      Q. That's okay.  I'm just trying to get a

6  general idea.  Your best memory is always going to

7  be okay with me.

8      A. Right.

9      Q. And how did you announce your candidacy?

10     A. Through -- what do you call it --

11  announcement event.

12     Q. You have a press event or something along

13  those lines?

14     A. I wouldn't call it a press event.

15     Q. Okay.  Where was it?

16     A. The Westin.

17     Q. Okay.  And who was there?

18     A. A lot of people were there.

19     Q. About how many people?

20     A. Eighty to -- about 80 to 100.

21     Q. Okay.  What groups of people did you

22  invite to that event?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    34

1        A. All groups.

2        Q. How did you -- how did you send out those

3    invitations?

4        A. I think it was event -- social media

5    event.  And it wasn't an invitation per se.  It

6    was open.

7        Q. You announced it on social media?

8        A. Yes.

9        Q. Okay.  How did you decide to run for

10   office?

11       A. How?

12       Q. I mean, what made you decide to run for

13   office?

14       A. I'm from here.  I grew up here.  And I

15   wanted to improve our city.

16       Q. Uh-huh.

17          And for how long were you thinking about

18   running for office before you announced in early

19   2018?

20       A. 2018 -- I didn't decide I was going to run

21   for office probably until 2015, I want to say,

22   2016.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                              35

1        Q. Uh-huh.

2            So you were thinking about it or you were

3    sure you wanted to in 2015 or 2016?

4        A. I was thinking about it.

5        Q. And why did you decide on City Council

6    rather than some other position?

7        A. I decided on City Council, you know, after

8    I did my studying and work -- I didn't have an

9    official title, but working with people in the

10   General Assembly.

11       Q. Uh-huh.

12       A. I decided on City Council because I felt I

13   would be most needed, I got the most impact.

14       Q. During the time period you were thinking

15   about running for office, who did you talk to

16   about that possibility?

17       A. Everyone that will listen.

18       Q. Fair enough.

19       A. Everyone.

20       Q. Were there any, kind of, city officials

21   that you were able to speak to about the

22   possibility of running?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                          36

1        A. No.

2        Q. No?

3        A. No.  I didn't speak to any -- no one from

4    the city.

5        Q. Did you speak to members of the Ministers

6    Conference?

7        A. No.

8        Q. Okay.  So what are some examples of people

9    that you asked for counsel as you were considering

10   whether or not to run for office?

11       A. Personal mentors and people whose opinions

12   I really respect at the state level.

13       Q. And who are some of those people?

14       A. It's just general.

15       Q. But could you provide me with some

16   examples of mentors of yours?

17       A. I'm trying to, you know -- I'll say

18   certain delegates, just on the thought of running

19   and what their experience is.  Like, it could,

20   literally, be the entire General Assembly.

21       Q. Right.

22          Could you provide examples of people you

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                          37

1   had, maybe, longer conversations with?

2        A. Terry Austin.  That's probably the one I

3   had the longest conversation with.

4        Q. Okay.  Who else would you consider to be a

5   personal mentor for you?

6        A. My mom.

7        Q. Anyone else?

8        A. No.

9        Q. At any time did anybody ever approach you

10  and say, I think you should maybe run for office?

11       A. No.  But once I -- no.  But once the

12  announcement was made, you know, I got a lot of

13  support.

14       Q. That's great.

15          How did you go about hiring your campaign

16  manager?

17       A. Experience, recommendations.

18       Q. Did you have a job posting or was it more

19  informal?

20       A. More informal.

21       Q. Okay.  So who recommended him?

22       A. I can't -- I don't know entirely who

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    38

1   recommended him.  I know his name just kept

2   popping up throughout informal meetings and things

3   like that.

4        Q. And when did you first meet with him?

5        A. I don't recall.

6        Q. 2017?  2018?  2016?

7        A. Probably early 2018.

8        Q. Was he the first person you hired for your

9   campaign?

10       A. Yes.

11       Q. Okay.  Did you have any other staff for

12  your campaign?

13       A. Yeah.

14       Q. Okay.  How large was your staff?

15       A. We had a media guy and, obviously, like an

16  assistant, so three, four.

17       Q. Who was the media person?

18       A. Lucas Anderson.

19       Q. And who was the assistant?

20       A. Chanel Blackwell -- Blackman.

21       Q. Okay.  Did you -- once you announced your

22  candidacy, you mentioned you got a lot of support?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019          39

1      A. Uh-huh.

2      Q. Who on the City Council did you receive

3  support from?

4      A. I would say none.  None.  When I

5  announced, you know, no one reached out to me from

6  Council.

7      Q. Okay.  At any point during your campaign

8  did someone from Council reach out to you?

9      A. The later part, I think I may have had a

10  conversation with Jessica about a possible

11  endorsement, but I don't think she did endorse me.

12  I can't remember.

13      Q. Anyone else?

14      A. Yes.  John Moss.

15      Q. And when was that?

16      A. Late in the campaign, probably a month

17  out.

18      Q. And did he endorse you?

19      A. Not that I'm aware of.

20      Q. And anyone else?

21      A. No.

22      Q. Okay.  Did any other city officials,

1    outside of Council members, reach out to you at

2    any point?

3        A. No.

4        Q. Okay.  So the only city officials you

5    spoke to during the campaign were Jessica Abbott

6    and John Moss?

7        A. Uh-huh.

8            MR. BOYNTON:  Just respond verbally, yes

9    or no.

10       A. Yes.  I'm sorry.

11       Q. Thank you.

12           So did Ms. Abbott reach out to you or you

13   reached out to her?

14       A. Reached out to me.

15       Q. Mr. Moss, did you reach out to him or did

16   he reach out to you?

17       A. Actually, reached out to my campaign

18   manager.  I wouldn't say it was him directly.

19       Q. Fair enough.

20           His campaign --

21       A. Yeah.

22       Q. -- or his people reached out to your

1   campaign manager?

2       A. Yes.

3       Q. Thank you.

4          And Ms. Abbott, did she reach out to you

5   by email, phone?

6       A. Phone call.

7       Q. Okay.  And when, about, was that?

8       A. It was late in the campaign year where

9   endorsements were coming in.

10      Q. Who were you endorsed by, that you can

11  remember?

12      A. Fire Department, Police Department, the

13  Chamber, the Black Caucus I want to say.

14      Q. Black Caucus did you say?

15      A. I believe so.

16         Senator Warner.  Governor Ralph Northam.

17  I'm sure I'm missing some.

18      Q. Fair enough.

19         How did your endorsement by the Chamber of

20  Commerce come about?

21      A. You interview.  You have an interview

22  process.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    42

1        Q. And who was that with?  Who did you

2    interview with?

3        A. The Chamber board.

4        Q. Do you remember when, abouts, that was?

5        A. I do not.

6        Q. And what kind of questions did they ask

7    you?

8        A. Questions on the economy.  That was

9    primarily the focus, I would say.

10       Q. And did you have to fill out any kind of

11   survey or was it just an in-person interview?

12       A. It was an in-person interview.  In-person

13   interview.

14       Q. Okay.  No survey?

15       A. Not that I recall.

16       Q. And how about your endorsements by the

17   Fire and the Police Departments, how did that come

18   about?

19       A. Meetings.

20       Q. Uh-huh.

21          Who did you meet with?

22       A. The president at the time.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    43

1        Q. The president of the Fire Department?

2        A. Uh-huh.

3        Q. And, then, did you also meet with the

4    president of the Police Department?

5        A. Yes, but I believe it's the Police FOP.  I

6    don't believe it's the actual Police Department.

7    I think it's their -- their union or their

8    representative group, so to speak.

9        Q. I understand that.

10         So it was the union that supported you?

11       A. Yes, if that's their union.  I don't -- I

12   don't know how you would classify that.

13       Q. Fair enough.

14         But it was their -- the Fire and

15   Policemen's representative group?

16       A. Yes.

17       Q. Okay.  Are those two separate groups?

18       A. They are separate.

19       Q. Okay.  And how did you -- how did your

20   endorsement by Senator Warner come about?

21       A. That's a good question.  I don't know,

22   quite frankly, but I was happy to have it.  I was

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    44

1   happy to have it.

2       Q. How did you find out about it?

3       A. My campaign manager.

4       Q. And how did he find out about it, if you

5   know?

6       A. I do not know.

7       Q. Did somebody from Senator Warner's office

8   reach out?

9       A. I'm sure they did, but I do not know.  I

10  know I'm thankful for my campaign manager, I'll

11  tell you that much.

12      Q. Did you ever meet with Senator Warner?

13      A. I've met him once -- well, yeah, once or

14  twice prior.

15      Q. And when was that?

16      A. I spoke at a Democratic breakfast meeting,

17  I want to say.

18      Q. When was that?  2018?  2017?

19      A. 2018.  I'm sorry.

20      Q. Fair enough.

21          And, then, was there a second time that

22  you met with him, that you can recall?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    45

1        A. No.

2        Q. Is it unusual for City Council members to

3    get endorsements from statewide officeholders?

4        A. Very unusual.

5        Q. And you were also endorsed by Governor

6    Northam?

7        A. Yes.

8        Q. How did that come about?

9        A. I would say by Bruce Smith.

10       Q. Okay.  Who is Bruce Smith?

11       A. Bruce Smith is a good friend I've known

12   since college.

13       Q. And professionally?

14       A. Professionally, Hall of Fame football

15   player, NFL football player.

16       Q. And Mr. Smith has been a pretty outspoken

17   critic of some issues in Virginia Beach, political

18   issues in Virginia Beach; is that right?

19       A. Yes.

20       Q. How did Mr. Bruce have a connection to

21   Governor Northam?

22       A. He's a businessman, I guess.  I don't know

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                              46

1    that.

2        Q. So did he introduce you to Governor

3    Northam directly?

4        A. Yes.

5        Q. Okay.  When did you meet with Governor

6    Northam?

7        A. '18.

8        Q. Did you meet him up in Richmond or did he

9    come out here?

10       A. I believe it was a function.  He held some

11   function here.  And as all candidates do, shake

12   the Governor's hand and hopefully get an

13   endorsement.  For me, it was a far stretch, but we

14   did get it.

15       Q. That's great.

16           Do you know what might have led him to

17   give you an endorsement?

18       A. I think my reputation, my acumen of being

19   a community leader, the changes I spoke about, my

20   platform.

21       Q. Uh-huh.

22           Did you ask any other City Council members

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    47

1   for endorsements?

2       A. No.

3       Q. Who else did you reach out to for

4   endorsements?

5       A. That was pretty much it.

6       Q. Okay.

7       A. Whoever wanted to endorse me, we were

8   welcome to have it.

9       Q. Fair enough.

10          So this might be a little bit more within

11  your ordinary wheelhouse.

12          Can you tell me a little bit about what

13  your platform was when you were running?

14      A. So public safety was my huge platform, as

15  well as a level playing field economically was

16  one.  Having more diverse Council, I spoke about

17  that numerous times.  Public safety and -- and

18  transportation.

19      Q. I'm going to ask you to elaborate on some

20  of those things.

21      A. Okay.

22      Q. So what, specifically, were you hoping to

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                            48

1    do around the issue of public safety?

2        A. I wanted our police officers and our first

3    responders and our teachers to be paid a fair wage

4    and to have more importance or -- have more value

5    throughout our community, so I wanted to help them

6    get the tools and things they needed.

7        Q. Did you ever talk about diversity in

8    the -- for the police force and teachers, as well?

9        A. No.  Not particularly, no.

10       Q. Okay.

11       A. But it was -- it did come up, I mean,

12   question, but I never...

13       Q. And what kind of policies did you support

14   to support a level playing field economically?

15       A. Debundling contracts, have more of

16   minority participation in city contracts,

17   increasing -- I mean, it would be the same thing.

18   Increasing minority participation throughout the

19   city.

20       Q. Uh-huh.

21           What do you mean by debundling contracts?

22       A. Making sure that we have -- you're going

1    to issue a huge contract, that you have basic

2    set-asides for minority participation, so kind of

3    debundling that, minorities can participate in

4    specific areas of a contract.

5         Q. Diversity of the Council is pretty

6    self-explanatory, so I'll move on to what kind of

7    policies or initiatives were you supporting around

8    the issue of transportation?

9         A. Light rail.  Whether it be the financing

10   of light rail that got everyone up in a bunch, I

11   still wanted to have a suitable transportation

12   plan in place.  It didn't necessarily have to be

13   light rail.  But I still think a regional

14   transportation plan should be implemented and put

15   in place.  So I wanted to improve that.

16        I wanted to improve the roads.  Obviously,

17   bussing schedules, that as well.  I wanted to be

18   more open to new and advanced technologies as far

19   as, you know, Uber and Lyft, things like that.

20        Q. And, finally, what kind of policies were

21   you supporting to further affordable housing?

22        A. To me, it's -- I could go on all day about

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    50

1    this, but a livable wage, affordable housing

2    throughout the City of Virginia Beach where we

3    need to invest more in that.  I know we have a lot

4    of single family homes which -- you know, look at

5    the trends, that most people aren't moving towards

6    because of the affordability of wage.  So I wanted

7    to look at that, as well.  But that was on par

8    with increasing jobs.

9        Q. As far as a livable wage, does that mean

10   you support an increase in the minimum wage?

11       A. I do.

12       Q. Okay.  To what?

13           Fair enough.

14       A. You know, you don't have to decide that.

15   But, obviously, not what it is today.

16       Q. Okay.  Between March 2018 and November

17   2018 you were campaigning for City Council, right?

18       A. Yes.

19       Q. How many hours a week did that take up in

20   your life?

21       A. Is 40 hours a full work week?

22       Q. Yes.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                              51

1      A. Then I would say double, triple that.

2      Q. Fair enough.

3          So it was more than a full-time job?

4      A. Yes.  Way more, on a shoestring budget.

5      Q. What took up your time day-to-day while

6  you were campaigning?

7      A. Everything.  We didn't -- we really were

8  doing it ourselves, grassroots type of campaign,

9  you know.  I don't want to say I put up myself,

10  but my campaign manager and I would put up all our

11  own signs, go try to be at every forum, every City

12  Council meeting, shaking as many hands as we can.

13     Q. Did you do a lot of door-knocking?

14     A. We did.  But we found that wasn't the best

15  strategy for small --

16     Q. Okay.

17     A. -- small staff.

18     Q. Was that strategy particularly difficult

19  because you have to span all of Virginia Beach?

20     A. Yes.

21     Q. I imagine that you had fundraisers; is

22  that right?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    52

```
1        A. Yes.

2        Q. How many fundraisers would you say that

3   you had?

4        A. Three.

5        Q. And where were they?

6        A. Various places.  Personal homes.

7   Obviously, my announcement we were fundraising.

8   That was one.

9        Q. So the Westin was one of them?

10       A. Yes.

11       Q. Who hosted a fundraiser at their personal

12   home?

13       A. I believe Mike Standing, Sr.

14       Q. Mike Stanley?

15       A. Standing, Sr.

16       Q. And who is he?

17       A. A local resident staying here forever.

18       Q. What neighborhood in Virginia Beach did

19   you grow up when you moved here in fifth grade?

20       A. Friendship Village.  Seatack.

21       Q. Seatack.

22          We talked about putting up signs and going
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    53

1    to City Council meetings and some door-knocking

2    and fundraisers.  What other activities were you

3    up to during your campaign?

4         A. Everything.  I mean, to me, campaigning

5    wasn't as different as what I did in my normal

6    life.  It just was more of the same, you know.  I

7    always ran with local groups.  I always spoke at

8    the schools.  I've always been a speaker because

9    of my professional background.  So I've always

10   been asked to come and, you know, speak, whether

11   it's to the Sports Hall of Fame or different -- it

12   wasn't anything different; it was just more of it.

13   And now that I was running for office, it was more

14   demand.

15        Q. Yeah.  That makes sense to me.

16           Did your campaign do anything specifically

17   to reach out to the Asian community in Virginia

18   Beach?

19        A. Yes.  We ran an open, clean campaign.  One

20   of the things I feel as though in politics -- I

21   wanted to -- politics is so polarized today.  We

22   wanted to run a common ground campaign for

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    54

1    everyone to partake in.  So everything -- we did

2    it all.  We didn't exclude anyone.  We included

3    everyone.  We met with anyone who wanted to meet

4    with us.  We outreached.  We -- there was no rock

5    left unturned.

6        Q. I understand.  I've worked on a couple

7    campaigns before, so I know that story.

8            Are there any Asian community groups in

9    particular that you recall meeting with?

10       A. No.  I want -- do you consider Filipinos

11   Asians?

12       Q. Sure.

13           Did you work with Filipino groups in

14   particular?

15       A. Yes.

16       Q. With what groups?

17       A. FILAD -- CAB.  CAB.

18       Q. What does that stand for?

19       A. Filipinos Advancement Group.  It's pretty

20   long.

21       Q. Fair enough.  I can probably figure it out

22   from there.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    55

1        A. Yeah.

2        Q. Any other groups?

3        A. As far as Asian groups?

4        Q. Yeah.

5        A. No.

6        Q. Do you recall meeting with any Asian

7    community leaders?

8        A. Not anyone in particular that stands out.

9        Q. Any Hispanic or Latino groups you recall

10   meeting with?

11       A. I met with -- I met with so many people,

12   it's hard for me to say I remember meeting with

13   this person, this person, because, again, I think

14   the difference in my campaign is I already had a

15   visible face because of my professional career, so

16   I met with tons of people everywhere.

17       Q. I entirely understand that.

18           Like I said, just give me your best

19   recollection.

20       A. I don't have anyone in particular from the

21   Hispanic group.

22       Q. How did you decide to run for this

1    particular at-large opening rather than a

2    district-based seat?

3        A. That's a good question.  I wanted to

4    represent the entire city.  I wanted to represent

5    everyone's interest.  I really felt as though we

6    needed to balance -- a good balance to our city.

7    So that's why I decided to run at large.  I didn't

8    want to be confined to one area.

9        Q. But the district-based City Council

10   members, they are elected at large, as well,

11   right?

12       A. They are.  They have a focus.  They have a

13   seat to represent their particular district.  Me,

14   I want to represent our entire city.

15       Q. And you've moved in between districts?

16       A. I have.

17       Q. Were there incumbents in both the Princess

18   Anne and Bayside districts at the time you ran in

19   2018?

20       A. Yes.  Yeah.

21          MR. BOYNTON:  Are you asking were they on

22   the ballot for that election or people in the

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    57

1    seats?  I think you need to clarify your question,

2    please.

3             MS. LANG:  Thank you.

4        Q. Was the incumbent running in Princess

5    Anne?

6        A. Yes.

7        Q. And was the incumbent running in Bayside?

8        A. Yes.

9        Q. Were two incumbents running for the

10   at-large seats?

11       A. One was open, and -- one and one.  Yes.

12       Q. So there were incumbents running for both

13   seats?

14       A. There was -- there is two at-large seats.

15   There was one incumbent, and one was vacated.

16       Q. Okay.

17       A. So one was open, and was one incumbent.

18       Q. So only one incumbent was running for the

19   two at-large seats; is that right?

20       A. Yes.  Yes.

21       Q. Okay.  We already touched on this a little

22   bit.  But what challenges do candidates face

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    58

1    running an at-large campaign in Virginia Beach?

2        A. Time, money, and the issues because we

3    have a very unique and diverse community, so...

4        Q. Uh-huh.

5            And Virginia Beach is a pretty big city;

6    is that right?

7        A. Yes.

8        Q. It's the largest --

9        A. Populated city in the State of Virginia.

10       Q. Yes.

11           Is the media market expensive to run ads

12   across all of Virginia Beach?

13       A. Yes.

14       Q. Did you run ads on television?

15       A. The last week, yes.  Yes.  We were very

16   social media driven.

17       Q. Okay.  So you had social media ads?

18       A. Uh-huh.

19       Q. But you did run some TV ads?

20       A. Yes.  Not some.  One.

21       Q. One?

22       A. Yes.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                          59

1        Q. Okay.

2        A. Yes.

3        Q. And was that towards the end of your

4    campaign?

5        A. Yes.

6        Q. Okay.  Did you do billboards?

7        A. No.

8        Q. No?

9        A. Can't afford that.

10       Q. Any other forms of paid advertising?

11       A. Radio.

12       Q. Okay.  Anything else?

13       A. No.

14       Q. All right.  So door-knocking was not

15   particularly effective, in part because Virginia

16   Beach is so big; is that right?

17       A. I wouldn't -- yes, but, also, I think it

18   determines how many volunteers you can actually

19   get out to knock the doors.

20       Q. Uh-huh.  Yeah.

21           I think I understand your general

22   testimony to be it's very expensive to run an

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    60

1    at-large election in Virginia Beach?

2       A. Yes.

3       Q. And do you think that that expense

4    probably makes it so that some people can't

5    effectively run a campaign in Virginia Beach that

6    might otherwise?

7          MR. BOYNTON:  I want to object to the form

8    of the question.  It calls for speculation.  The

9    witness can answer as he is able to.

10      A. Can you repeat the question?

11      Q. My question is given it is very expensive

12   to run a campaign in Virginia Beach, does that

13   mean that not everyone will be able to run a

14   campaign in Virginia Beach?

15      A. No.  It doesn't mean that.  Politics, in

16   general, is expensive.

17      Q. Uh-huh.

18          But the more expensive it is, the less

19   large -- would you agree that the more expensive a

20   campaign is, the smaller pool of people that will

21   feel equipped to run a campaign?

22          MR. BOYNTON:  Again, I'm going to object

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    61

```
 1   because I think it calls for speculation.
 2          MS. LANG:  The objection is fine.
 3          MR. BOYNTON:  But thank you.
 4      A. It could -- yeah.  I don't know how to
 5   answer that, so I don't --
 6      Q. Okay.  You mentioned that because of your
 7   past career as a football player you had some
 8   significant name recognition in Virginia Beach
 9   already; is that right?
10      A. Yes, but not because of my past.  I've
11   always been in the community, so I like to
12   attribute that.
13      Q. Fair enough.
14          But you did testify earlier that the
15   combination of you being in the community --
16      A. Yes.  And --
17      Q. -- and being a football player, people
18   asked you to come speak places?
19      A. Yes.
20      Q. And so among people in Virginia Beach that
21   have been there their whole lives, you have more
22   name recognition than many?
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                               62

1        A. Yes.

2        Q. Okay.  And do you think that helped you

3    kick-start your campaign, that name recognition in

4    the community?

5        A. Yes.

6        Q. And none of this is to undermine the hard

7    work of your campaign?

8        A. No.

9        Q. I just mean to, kind of, understand the --

10   the atmosphere that you were going into your

11   campaign with.

12       A. Yeah.

13       Q. You came in with, you know, some

14   confidence that the community already knew you --

15       A. Yes.

16       Q. -- and who you were?

17       A. I came in with that confidence because

18   since I was going to high school here, school

19   here, I've always been -- I was, like, a community

20   leader.  I've always given back.  So when you add

21   that with a professional career, particularly

22   where you come from, you run for office, I think

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                                    63

1    it's like a -- probably added to this.  Fair

2    enough?  A lot of support.

3        Q. Yeah.

4            And do you think that recognition as a

5    community leader and a well-known community leader

6    because of your professional career helped you

7    fundraise, as well?

8        A. No.  I think what helped me fundraise was

9    the -- was my political acumen.  I think people,

10   when they came out, they were like we want to see

11   Aaron Rouse.  But when you start talking about the

12   issues, your policies, people then start believing

13   in Aaron Rouse.  So my football career just got

14   them in the door.

15       Q. Fair enough.  That makes sense.

16           But it did get them in the door; is that

17   right?

18       A. Yeah.

19       Q. Given your prior testimony, I think I know

20   the answer to this, but during your 2018 campaign

21   did you ever campaign with any other candidates

22   that were going to be on the ballot in November?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                64

1       A. No.

2       Q. Did you support a slate of candidates for

3    the 2018 election?

4       A. No.

5       Q. Do you know if any other candidates

6    included you on their slate of candidates?

7       A. No.

8       Q. I'm going to mark Exhibit 2.

9                         (Exhibit 2 was marked and

10                      attached to the transcript.)

11      Q. So this is a subpoena response from

12   Councilman Wood.  He's a current Council member;

13   is that right?

14      A. Yes.

15      Q. So I ask you to turn to what says

16   Attachment A.  It's in about the middle of the

17   packet.

18          The page before that.

19          MR. BOYNTON:  A is there (indicating).

20      Q. So Attachment A reads this is a

21   "screenshot of a text message where a candidate

22   reported to me that poll workers for another

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    65

1    candidate were handing out different color

2    handouts depending upon the race of the person

3    they encountered at the polling place."

4          And the following page is some pictures of

5    text messages.  Do you see that?

6      A. Yes.

7      Q. These are not particularly legible.  But

8    my understanding is that there was testimony from

9    Council Member Wood about these text messages, and

10   he indicated that what was told to him was that

11   handouts were being given out on the basis of

12   voters' race and your name was included on the

13   handout that was given to African American voters

14   but not to white voters.

15         Have you heard about this?

16     A. I have on the day of the election.

17     Q. Okay.  Who reported it to you on the day

18   of the election?

19     A. Workers.  Poll workers.

20     Q. Your volunteers or actual poll -- or the

21   official poll workers?

22     A. Actual volunteers or -- and people who

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                              66

1    were just...

2         Q. Uh-huh.

3            Did they report it to you directly?

4         A. No.

5         Q. To your campaign?

6         A. Yes.

7         Q. And at what polling location was this?  Do

8    you remember?

9         A. I do not.  I do not.

10        Q. And what Council member staff was handing

11   out these different handouts?

12        A. I don't -- I don't know who it was handing

13   them out.  I know when I heard of it I was like,

14   what are you going to do?  What can you do about

15   it?  You know, I kind of dismissed all the

16   negative things I heard throughout the campaign.

17   What can you do?

18        Q. Fair enough.  I imagine that's all you can

19   do.

20           But is it discouraging to think there are

21   some candidates that are targeting voters based on

22   their race?

1      A. Yeah.

2      Q. Okay.  What do you think the strategy was

3  of including your name on one slate of candidates

4  for African American voters but not on the slate

5  for white voters?

6          MR. BOYNTON:  I'm going to object that it

7  calls for speculation.

8          But you can answer.

9      A. To boost -- I guess to get the black vote,

10  I would think.

11      Q. That's my assumption, as well.

12          Okay.  To this day you're not aware which

13  Council member was handing these out?

14      A. No.

15      Q. Did your campaign respond in any way to

16  this activity?

17      A. No.

18          MS. LANG:  You want to take a break?

19          MR. BOYNTON:  Take a five-minute break.

20          (A recess was taken.)

21      Q. Prior to the 2018 campaign, did you know

22  Sabrina Wooten at all?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    68

1          A. No.

2          Q. Okay.  Did you get to know her during the

3     campaign at all?

4          A. No.

5          Q. Okay.  When was the first time you met

6     Ms. Wooten?

7          A. On the campaign trail.

8          Q. Okay.

9          A. One of the forums somewhere.

10         Q. Do you know what City Council members, if

11    any, supported Ms. Wooten in her campaign?

12         A. I do not.

13         Q. Do you know if any Hispanic or Latino

14    candidates have ever been elected to Virginia

15    Beach City Council?

16         A. No.  I do know of --

17         Q. Ron Villanueva?

18         A. Ron Villanueva, yes.

19         Q. Okay.  And he's Filipino; is that correct?

20         A. Yes.

21         Q. Do you know of any other Asian --

22         A. No.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                     69

```
1        Q. -- or Hispanic or Latino City Council
2    members?
3        A. No.
4        Q. So just Ron Villanueva?
5        A. Uh-huh.
6        Q. Okay.
7        A. Yes.  Sorry.
8        Q. Fair enough.
9            How long have you been registered to vote?
10       A. As long as I could have, I believe.
11       Q. Since you were 18?
12       A. Yes.
13       Q. Okay.  And you vote regularly?
14       A. Yes.
15       Q. Have you always voted regularly?
16       A. Yes.
17       Q. Have you always voted in Virginia Beach or
18   did you vote -- did you move your residency
19   elsewhere when you were playing football
20   professionally or did you always keep your
21   residency here?
22       A. My residency is in Virginia Beach.
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019      70

1      Q. I think you've touched on this a little

2 bit in your prior testimony.  But were you

3 politically active prior to your 2018 candidacy?

4      A. Yes.

5      Q. How so?

6      A. Learning legislative process, learning the

7 issues, the process how to implement bills, bring

8 them to the floor, what committees do, commissions

9 do.

10      Q. You mentioned you were kind of working

11 informally with the General Assembly in order to

12 gain those skills; is that right?

13      A. Yes.

14      Q. Were there specific delegates you were

15 working with?

16      A. No.  I -- no.  I met -- it was so

17 informal.  I didn't have a title or anything.  It

18 was just, Hey, teach me what you know.  And what

19 do you do here?  What do you do here?  What is

20 this?  It's open to the public.  I was always up

21 there just trying to learn.

22      Q. Okay.  Fair enough.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    71

1          So this was kind of a self --

2      A. Yes.

3      Q. -- created program for yourself?

4      A. Yes.  It was self-improvement.  I was -- I

5  was intrigued about the legislative process.

6      Q. Okay.  So you didn't have any kind of

7  official volunteer position?

8      A. I didn't have any official voluntary

9  position.

10     Q. And had you ever run for public office

11  before this campaign in 2018?

12     A. No.

13     Q. And have you ever been appointed to any

14  public position before --

15     A. No.

16     Q. -- your 2018 campaign?

17     A. No.

18     Q. Prior to 2018, had you ever worked on any

19  political campaigns for other candidates?

20     A. No.

21     Q. All right.  Had you ever endorsed anyone

22  for City Council?

1        A. No.

2        Q. Or supported a City Council candidate with

3    donations?

4        A. No.

5        Q. Did you ever volunteer for any candidates?

6        A. No.

7        Q. Okay.  Any other way in which you may have

8    been politically active in supporting a candidate,

9    other than voting?

10       A. No.

11       Q. Just voting?

12       A. Just voting.

13       Q. Did you talk about politics on your social

14   media ever?

15       A. I'm sure I commented here and there.

16       Q. Okay.  Did you ever do any work to support

17   a presidential campaign?

18       A. No.  Not officially, no.

19       Q. Okay.

20       A. Obviously, everyone has their choice who

21   they're going to vote for, but, no, nothing

22   official.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                     73

1        Q. Okay.  Have you ever given money in any

2    political campaign?

3        A. Yes.

4        Q. Which ones?

5        A. State Delegate Jay Jones is the only

6    candidate.  I think I gave, maybe, 50 bucks.

7        Q. And when was that?

8        A. The year he ran.  His first year when he

9    ran.

10        Q. Okay.

11        A. I think it was 2017, I think.

12        Q. No other races you've donated to?

13        A. No.  I may have given 20 bucks to

14    President Obama.

15        Q. Okay.

16        A. Or $10, whatever the tax records say.

17            MR. BOYNTON:  I need it now, the records.

18        Q. There is a few special elections in

19    Virginia Beach this year, right?

20        A. I believe there is only -- there is no top

21    of the ticket.  I believe there is just, I think

22    Senator -- Senate.  Senate.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    74

1      Q. And some Virginia Beach special elections?

2      A. Yes.  Yes.  Virginia Beach special

3   elections.

4      Q. And are you currently supporting any

5   candidates for those special elections?

6      A. I am not.

7      Q. Okay.  So you haven't endorsed anyone for

8   those races?

9      A. No.

10     Q. Do you plan to?

11     A. No.  I stay out of political races.  I

12  haven't endorsed anyone.

13     Q. Okay.  When will you be up for reelection?

14     A. Four-year term.  This is 2019.  So 2022.

15     Q. It's a few years away, but do you have any

16  plans to run for reelection?

17     A. It really depends.  If -- if it holds

18  that, yes.  If God has me do other things, then

19  I'll do that.

20     Q. Are you fundraising currently for your

21  campaign?

22     A. No.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    75

1      Q. Okay.

2      A. But I probably should start.

3      Q. You've been in Virginia Beach a long time.

4  Over the course of your life the minority

5  population in Virginia Beach has grown; is that

6  right?

7      A. I don't know if it's -- I can't answer

8  that.  I don't know if it's grown, but...

9      Q. Okay.  Fair enough.

10         Do you know approximately the percentage

11  of the minority population in Virginia Beach now?

12      A. Yes.

13      Q. What is it?

14      A. Nineteen percent, I think.  Nineteen

15  percent.

16      Q. Nineteen percent African American?

17      A. Yes.

18      Q. Okay.  Do you know the approximate

19  percentages for Latinos and Asian Americans?

20      A. No.

21      Q. Okay.  As a native Virginia Beacher, what

22  neighborhoods are the kind of historically black

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                76

1    neighborhoods in Virginia Beach?

2        A. Seatack.  I'd say Lake Edwards.  There

3    is -- still the one I -- I can't think of the one

4    off Diamond Springs.

5        Q. Burton Station?

6        A. Burton Station.  I'm even learning some.

7    Queen City.  I don't know what particularly Queen

8    City is, but I've been learning a lot of that.

9        Q. Are there any neighborhoods that you would

10   consider to be predominantly Latino or Asian

11   neighborhoods?

12       A. I don't -- we don't necessarily say

13   neighborhoods.  We would say areas, like Salem

14   area.

15       Q. And Salem area is predominantly Asian or

16   Latino or both?

17       A. From our own interpretation or -- some

18   would say Salem area usually has the highest

19   percentage of Hispanic and Filipinos.

20       Q. This is all in generalizations?

21       A. Yes.

22       Q. Which I know is uncomfortable for me and

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                          77

1    for everyone else, I think.

2       A. Correct.

3       Q. That's kind of how the law around these

4    issues works is to think about communities as a

5    group even though we know that they are --

6       A. Right.

7       Q. -- actually made up of lots of different

8    people with different racial makeups --

9       A. Right.

10      Q. -- and identities.  I'm only speaking that

11   way because it's, also, how the world works.

12          I imagine the answer to this is no.  But

13   were you involved in any way in the redistricting

14   in Virginia Beach after the 2010 census?  That

15   would have been around 2011.

16      A. No.

17      Q. Do you know who Kimball Brace is?

18      A. No.

19      Q. Just saved yourself a whole page of

20   questions.

21          MR. BOYNTON:  Zipping along.

22      Q. You talked about the importance of having

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    78

1    increased diversity on the City Council as part of

2    your platform and part of your priorities for the

3    city.  Can you explain for me in your own words

4    why it's important to increase the diversity of

5    the City Council?

6         A. I think it's important to increase the

7    diversity on the Council to allow different

8    perspectives to have a voice, whether that is

9    ethnicity or that's your sexual preference or your

10   business acumen.  The more diverse we can be, the

11   stronger community, I feel, as though we can

12   build.

13        Q. And historically, not talking about right

14   now but historically, the Virginia Beach City

15   Council has struggled to have proportionate

16   minority representation; is that right?

17        A. Yes.

18        Q. Have you seen that as a frustration for

19   the minority community that you're from in

20   Virginia Beach?

21        A. Yes.

22        Q. Why do you think it is that historically

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    79

1   Virginia Beach City Council has had few, if any,

2   African Americans be Council members?

3        MR. BOYNTON:  I'm going to object to the

4   form as it calls for speculation.

5        You can answer the question.

6      A. Repeat the question.

7      Q. What reasons do you think there might be

8   that historically Virginia Beach has struggled to

9   have African American representation on City

10  Council?

11     A. I think it would be a number of issues.

12  Economics is one.  Suitable candidates, one.  The

13  voting, as far as minorities probably haven't seen

14  anyone do it before, so it's just having that

15  boldness to step up and run.  And, then, the

16  issues.

17     Q. What do you mean by the issues?

18     A. I mean, by issue, is what may particularly

19  have been an issue for minority population may be

20  overlooked by the majority.

21     Q. And so those issues might not resonate

22  with the rest of the white voters in Virginia

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    80

1    Beach?

2         A. With the rest of the city, yeah.

3         Q. Going forward, what obstacles do you see

4    to maintaining minority representation on the City

5    Council and increasing it?

6         A. I think getting more people involved, I

7    think, would be an obstacle.  And I mean that

8    across the board, not just Virginia Beach.  But

9    having more -- engaging more youth and getting

10   involved in the civic process, that may be an

11   obstacle.

12        But that's really a tough question for me

13   to answer.

14        Q. Fair enough.

15        Are you aware that voting in Virginia

16   Beach is, unfortunately, still pretty racially

17   polarized?

18        MR. BOYNTON:  Object to the form of the

19   question.  I think it assumes --

20        MS. LANG:  That's okay.  Your objection is

21   as stated.

22        Q. Are you aware that there continues to be

1    racially polarized voting in Virginia Beach?

2         A. Yes.

3         Q. Putting aside the lawsuit that brings us

4    here today, are you aware of any proposals to

5    change the Virginia Beach electoral scheme to a

6    single member district system?

7         A. Say that again.

8         Q. Outside of this lawsuit, are you aware of

9    any proposals to change the Virginia Beach

10   electoral scheme to a single member district

11   system, meaning that there would be 10 districts

12   or 11 districts and each -- and voters in each

13   district would elect a candidate for that

14   district?

15        A. We've spoke about it.

16        Q. When have you spoken about it?

17            MR. BOYNTON:  I am going to at this point

18   interject an objection to the extent it gets into

19   conversations about legislative discussions

20   dealing with -- between Council members as to the

21   establishment of policy, that that would be within

22   legislative privilege.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                              82

1          Beyond that, if you have other pieces of

2    information you can give, you can answer.

3       A. That's about it.

4          MS. LANG:  Okay.  And are you instructing

5    him not to answer even with respect to when

6    conversations have happened?

7          MR. BOYNTON:  He can answer, certainly,

8    when because it would only apply as to his time on

9    Council.  So anything before on Council, certainly

10   he can answer the question.

11      Q. When have you had conversations about

12   potentially changing to a single member district

13   system?

14      A. After my election on Council.

15      Q. Uh-huh.

16         And when, specifically, during your time

17   on Council?

18      A. I don't know specifically when.  I don't

19   have a date, but it would be right after the

20   election on Council, obviously, having the first

21   two African Americans elected on Council in

22   Virginia Beach, so it was a topic of discussion.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    83

1      Q. Did you have a City Council retreat this

2   year?

3      A. We did.

4      Q. When was that?

5      A. February, I believe.

6      Q. And was that issue on the agenda for the

7   retreat?

8      A. I do not -- I'm not sure.  I do not

9   recall.

10      Q. Okay.  Has the issue ever been discussed

11   in open session since you've been City Council

12   member, available to the public?

13      A. Yes.  On the dais, yes.

14      Q. On what?

15      A. On -- yes.  In chambers.

16      Q. When?

17      A. I can't -- I don't remember, but I'm sure

18   it's public record.

19      Q. Fair enough.

20         So there was a City Council meeting in

21   which it was discussed since you've been on the

22   Council; is that right?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                               84

1        A. Yes.  In the public --

2        Q. Public?

3        A. Yes.

4        Q. And during that public session, who spoke

5    in support of a potential change?

6        A. Jessica Abbott.

7        Q. Who else?

8        A. I remember her specifically being in

9    support of it.

10       Q. What about Council Member Moss?

11       A. Yes.  But I only say yes because I think

12   he spoke -- Council Member Moss speaks in a way

13   you have to discern what he is saying.  So in my

14   opinion, yes.  Someone else may take it as he's

15   not -- he may even say he's not in support of it,

16   but he recognizes it may be somewhat of an

17   importance to him.  I'm not speaking for him.  I'm

18   just saying the way Council Member Moss words

19   things sometimes, you have to listen very closely.

20       Q. Do you support a change to a single member

21   district?

22       A. If that's what the people want.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                85

1        Q. And what do you mean by that?

2        A. If the people recognize that this may

3    be -- the system we have is currently not working

4    to serve the entirety of our city, yes, I believe

5    the people should have that.

6        Q. And so how would the people make that

7    determination rather than the City Council

8    members?

9        A. Just put it in a referendum.  Put it on

10   the ballot.

11       Q. So you support putting it on the ballot?

12       A. Yes.

13       Q. Okay.  Has that been a topic of

14   conversation with City Council members?

15       MR. BOYNTON:  Same objection as to

16   individual non-public conversation among Council

17   members.

18       Beyond that, you can answer.

19       A. It was a topic of discussion.

20       Q. Do you know who supports that?

21       A. No.  I mean, other than who spoke out in

22   the public section, other than that, everything

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    86

1    else I'll consider executive.

2        Q. And what's the current status of the

3    proposal to put it on the ballot as a referendum?

4        A. I'm not sure we've taken it up anymore

5    since.

6        Q. And there was no vote at that time?

7        A. It was never a vote.  It was just a

8    discussion.

9        Q. It was just a discussion?

10           And it hasn't been discussed since?

11       A. Not that I'm aware of.

12       Q. Okay.  Are you aware that in the past

13   minority communities in Virginia Beach have

14   advocated for single member districts?

15       A. I'm aware of minority communities want

16   representation, you know.  That's what I'm aware

17   of.

18       Q. Uh-huh.

19           And that one way that they have sought

20   representation is by a change in the electoral

21   system; is that right?

22       A. I only became aware of that after I was

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    87

1    elected.

2        Q. Okay.  But you're now aware that minority

3    communities have asked for single member districts

4    or a change in the electoral scheme?

5        A. I'm not aware minority communities were

6    saying that.  I'm aware of minority communities

7    want more representatives.  But as far as how we

8    get there, I haven't necessarily heard directly

9    from the community per se to say, hey.

10       Q. Okay.

11       A. Not saying they don't want it.  I'm just

12   saying I haven't spoken to...

13       Q. That makes sense to me.

14           Was there anyone during public session who

15   spoke out against changing the electoral system?

16       A. There was.  I believe a now deceased

17   George Minns.  I believe, possibly, Andrew Jackson

18   spoke.

19       Q. Against changing the system?

20       A. Oh.  Against changing the system?

21       Q. Yes.

22       A. I'm sorry.  My bad.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                88

1      Q. That's okay.

2      A. So you can erase those two.  I thought you

3    meant that was for.

4      Q. Who spoke against a single member district

5    system, including Council members?

6      A. I believe Council members -- it's hard to

7    say.  I think everyone voiced their -- no one

8    voted.  We never voted.

9      Q. Right.

10     A. Everyone voiced their concerns about

11   changing the current system.  So I would surmise,

12   you know --

13     Q. Who voiced concerns about a change?

14     A. Everyone had concerns.  I would say --

15   surmise that those that were probably against it

16   was Louis Jones, Barbara Henley, Rosemary.

17     Q. Okay.

18     A. But no one -- they didn't actually say

19   they were actually against it.  It was just

20   concerns about changing it.  So I just want to

21   make sure that's very clear.

22     Q. Fair enough.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    89

1            And what kind of concerns did they have?

2       A. Just if we changed the system, what system

3   would we go to?  Are we sure this is the best

4   system to go to?  And this is a matter of public

5   record, so...

6       Q. Fair enough.

7       A. Yeah.

8       Q. So you recall at this public hearing

9   George Minns testified in support of a change?

10      A. If I can recall correctly, yes.

11      Q. And I know that Mr. Minns has now passed

12  away.  Was Mr. Minns considered a prominent leader

13  in the minority community?

14      A. Yes.

15      Q. You mentioned maybe Andrew Jackson spoke,

16  as well?

17      A. Yes.

18      Q. Is Mr. Jackson also a prominent community

19  leader or --

20      A. He would like to think he is, you know.

21  With all due respect, he would like to think he

22  is.  But he's an out-spoken -- out-spoken person

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    90

1    of the community.

2         Q. Okay.

3         A. He doesn't speak for the entire community.

4    I don't think no one did, other than George,

5    Mr. Minns, yes.

6         Q. Do you know what a numbered post system

7    is?

8         A. No.

9         Q. I didn't either.

10        So Virginia Beach has a numbered post

11   system in that it's this hybrid system, right?

12        A. Uh-huh --

13        Q. Right.  Where there are -- putting aside

14   your two positions that are at large, there are

15   districts where there are individual races for

16   each of those districts but, then, they are

17   elected at-large.

18        A. Uh-huh.

19        Q. And that is a relatively unusual system to

20   have, kind of, these specific races rather than

21   having everyone run at large --

22        A. Right.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    91

1        Q. -- for an at-large election as you did?

2        A. Uh-huh.

3        Q. Do you see any downsides to having that

4    kind of individual districting system if the

5    elections are going to continue to be at large?

6        A. So you're asking me do I support the way

7    the voting system is now?  Is that what you're

8    asking?  Can you clarify that?

9        Q. I mean, I would be interested in your

10   answer to that question.  I think my question is a

11   little more specific, which is can you see any --

12   do you know of or do you think there are any

13   downsides to having a system in which everybody

14   votes at large --

15       A. Okay.

16       Q. -- but there are individual races by

17   district?

18       A. Yes.

19       Q. And what are those?

20       A. The fact that someone else in a far part

21   of the city can vote for representatives for

22   someone on the opposite side.  To me, I think

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                     92

1    that's an issue.  I don't base it on race.  I base

2    it on the specific issues that are confined to

3    that district --

4         Q. Uh-huh.

5         A. -- that I consider an issue.  We have an

6    agricultural part of our community.  And someone

7    who lives in a more urban side or community gets

8    to vote on who represents someone in that more

9    agricultural side of our city, to me that's a

10   problem.

11        Q. Right.  Uh-huh.

12        A. So I say this is -- the issue is confined

13   to those specific districts.

14        Q. Uh-huh.  Right.

15            And there is a particular complication, I

16   think -- you could have a system where there are

17   10 at-large members and they are all elected at

18   large, right?

19        A. Yeah.

20        Q. And if you had such a system, communities

21   that want to elect candidates could funnel all of

22   their support to the candidates they feel

1    represent them the most; is that right?

2         MR. BOYNTON:  I want to object as it calls

3    for speculation.

4         You can answer.

5      A. I'm not -- I'm not understanding your

6    question.

7      Q. Fair enough.

8         What I'm trying to get at -- and I'll try

9    to rephrase the question.  Does it make it hard

10   for, kind of, constituencies, minority or

11   otherwise, to kind of band together if they have

12   to vote in each individual -- vote in individual

13   races of districts rather than all at-large

14   elections?

15     A. Does it make it hard for constituents to

16   vote -- I'm confused.

17     Q. I understand.  It's a bit of -- political

18   science is the problem.

19     A. Technically, everyone is at large already.

20     Q. Right.  But they have to vote -- so when

21   you ran for office --

22     A. Uh-huh.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    94

1        Q. -- there were two positions, and everybody

2   got to run for both of those positions, right?

3        A. Right.

4        Q. Whereas, in -- for the districts --

5        A. You have to live in the district.

6        Q. And it's just one position for each of

7   those districts, right?

8        A. Uh-huh.

9        Q. There is a concept called bullet voting.

10  Are you familiar with that?

11       A. Yes.

12       Q. So you can't do that when you have these

13  numbered posts; is that right?

14       A. Okay.  I think I understand what you mean.

15       Q. Yeah.

16          So you can't engage in bullet voting when

17  you have all these numbered posts; is that right?

18          Let's move on.  It's political science.

19  We don't need to do that to you.  I apologize.

20          As you noted before, Ms. Abbott is a

21  supporter of a change to single member districts?

22       A. Uh-huh.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    95

1      Q. And she has written the following:

2   "Incumbents would find themselves to be less

3   insulated from the competition of challengers

4   because it is easier and less costly to run a

5   grassroots campaign in a district consisting of

6   roughly 30,000 neighbors rather than to 300,000

7   voters in the largest city of Virginia."

8          Would you agree with that statement?

9      A. Yes.

10     Q. What do you understand to be the goal of

11  this lawsuit?

12     A. To implement district voting.

13     Q. And for what purpose?

14     A. For the advantage of having an equal

15  voting system for minorities.

16     Q. And do you support that goal?

17     A. I support a goal of having everyone

18  participate.  Whatever the people decide, that's

19  what I support.

20     Q. Under the current system, the requirement

21  is that you reside in a district.  But you could

22  actually lose your own district, but -- elsewhere

1   in the city and still get elected under the

2   current system; is that right?

3       A. No.  You have to -- you have to live in a

4   district in which you run for unless you run at

5   large.

6       Q. Right.  My question was unclear.

7           So you have to live in the district?

8       A. Right.

9       Q. But you could lose the popular vote in

10  your district but still win at large and still win

11  that district seat; is that right?

12      A. That's two different things.  At large is

13  different from --

14      Q. No.

15      A. I'm sorry if I'm not following you.

16      Q. That's okay.

17          The district elections are still --

18  everyone gets to vote for them, right?

19      A. Right.

20      Q. So I could live in the district where I'm

21  running --

22      A. Right.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    97

1        Q. -- but my district doesn't like me much --

2        A. Right.

3        Q. -- and doesn't vote for me --

4        A. Right.

5        Q. -- but the city does like me, and so I win

6    the popular vote of the whole city --

7        A. Yes.

8        Q. -- and I would still win, right?

9        A. Yes.

10       Q. So I could win a district seat even

11   without the support of my own district?

12       A. Yes.

13       Q. Okay.  Have you ever talked to anyone

14   about changing the current electoral scheme not to

15   single member districts but to another form of

16   voting, like ranked choice voting or cumulative

17   voting?

18       A. No.

19       Q. Are you familiar with those systems?

20       A. No.

21       Q. In addition to endorsing you for City

22   Council, Governor Northam has spoken a bit about

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    98

1    concerns with the politics in Virginia Beach; is

2    that right?

3        A. Yes.

4        Q. And what has he spoken about?

5        A. The level playing field, so to speak, the

6    cronyism.

7        Q. And do you agree that there have been

8    problems with cronyism in Virginia Beach?

9        A. Yes.

10       Q. And what does that look -- how so?

11       A. It has minority participation in doing

12   business with the city, also the perception of --

13   or not enough representatives on City Council.

14       Q. Uh-huh.

15           So just to make sure I am clear, your

16   testimony is that you think that the cronyism,

17   what Governor Northam called the good ol' boy

18   system, led to a lack of minority representation

19   in city contracts?

20       A. Yes.

21       Q. Okay.  And perhaps that good ol' boy

22   system led to lack of representation on City

1    Council?  Is that your testimony?

2        A. My testimony, it could possibly have an

3    effect on it, indirect effect on it.

4        Q. Fair enough.

5           There was a disparity study conducted in

6    Virginia Beach recently; is that right?

7        A. Yes.

8        Q. Are you aware of how long the minority

9    community was asking for a disparity study before

10   it was conducted?

11       A. I'm not aware how long.  I know they've

12   been asking for one for a while.

13       Q. Uh-huh.

14          Do you know what finally led the City

15   Council to agree to conduct one?

16       A. Public outreach, marching.

17       Q. There was a march to support?

18       A. Yes.  I don't know if protest -- but

19   public engagement.

20       Q. And what were the basic findings of that

21   disparity study?

22       A. That there was substantial

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                          100

1   underutilization of minority businesses at the

2   beach.

3       Q. Uh-huh.

4          And did the study find any reasons for

5   that?

6       A. The way contracts were structured, the

7   goal percentage.  I think it had a lot to do

8   with -- I'm having a blank -- the way the

9   contracts were issued, the way they were

10  structured, and the actual advertisement, as well.

11  And what's the word I'm looking for?  I can't

12  think of the word I'm looking for, but the actual

13  participation to get minorities to participate in.

14      Q. Okay.  Outreach?

15      A. Outreach.  Thank you.

16      Q. No problem.

17         Does the City Council have any role in

18  determining how contracts are structured or

19  issued?

20      A. Yes.  City Council has a role in the way

21  contracts are -- Economic Development actually

22  decides those contracts, but City Council has a

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    101

1    way of outreach and debundling the contracts and

2    setting goals to reach and maintain minority

3    participation.

4        Q. Okay.  What has the reaction on City

5    Council been to the issuing of the 2018 Disparity

6    Study?

7        A. It's been well-received.  I would say we

8    have empirical data that you can no longer -- you

9    can't overlook it.

10       Q. I'm going to mark Exhibit 3.

11                      (Exhibit 3 was marked and

12                      attached to the transcript.)

13       MR. BOYNTON:  Is there any portion of it

14   you wish him to review or focus his review on?

15       MS. LANG:  I'm getting there.

16       Q. So I've included just the executive

17   summary here since the report is much longer.  And

18   I'd like to turn to pages 11 and 12 through -- 11

19   through 14 which focuses on program

20   implementation.

21          So the first recommendation that I see

22   here is the overall annual aspirational goal for

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                              102

```
1    minority-owned business participation should be

2    adjusted; is that right?  It's on the top of page

3    12.  It says, "The city should consider adjusting

4    its overall aspirational goal based on that

5    information and information about local

6    marketplace conditions presented in Chapter 3."

7         A. Okay.  Second sentence.

8            Yes.

9         Q. Has the City Council adjusted its overall

10   aspirational goal for minority-owned business

11   participation?

12        A. Yes, we have.

13        Q. And what is it now?

14        A. It's 12 percent.  Minority participation,

15   myself along with Councilman Wooten drafted an

16   ordinance to get that goal erased.

17        Q. And when did that happen?

18        A. Earlier this year.  I don't know the exact

19   date.

20        Q. Summer?  Spring?

21        A. Spring.

22        Q. Okay.  It also -- the next section
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                                     103

1    suggests that the city create a dedicated office

2    for the SWaM program.

3         Has the City Council done that?

4       A. No, we haven't.

5       Q. Has there been any movement towards doing

6    that?

7       A. No, but I also think there is always --

8    this is a goal.  But they all have to have a plan

9    to get to that goal.  So I'm the liaison for the

10   Minority Business Council.  So once we define what

11   that is, I think the next step will actually

12   happen in office.

13      Q. Okay.  Can you tell me a little bit about

14   your work as a liaison for the Minority Business

15   Council?

16      A. To always find a way to strengthen

17   minority participation within our city.  What is

18   the outlook?  What is the goal?  How do we

19   increase it?  What has the disparity shown us in

20   areas we can improve minority participation in our

21   city?

22        And so as the liaison, my job is to take

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    104

1    those concerns and those issues and bring them
2    back to Council to implement them.
3         Q. Uh-huh.
4            So you mentioned that you're working with
5    the Council to -- or with the Minority Business
6    Group to come up with a plan for implementation of
7    this study; is that right?
8         A. Based off the recommendations of the
9    disparity study.
10        Q. And where are you in that planning
11   process?
12        A. Oh.  We have some great ideas.  We are --
13   have an event coming up this fall where we are
14   making minority businesses at the forefront
15   instead of an afterthought.
16        Q. Uh-huh.
17           Has City Council taken any other actions
18   related to these recommendations, other than the
19   adjustment of the aspirational goal?
20        A. I think -- well, we actually promoted a
21   city worker to head the Economic Development
22   Department who understands that is a goal for our

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    105

1   city.  He's doing a great job.
2       Q. Who is that person?
3       A. Taylor Adams.  He's been doing a great job
4   of helping us get to that goal.
5       Q. And when was he appointed?
6       A. That's a good question.  I don't make that
7   decision.
8       Q. Who makes that decision?
9       A. Our City Manager makes that.  But we
10  currently don't have one, so...
11      Q. So who decided to appoint Taylor Adams?
12      A. He answers to the City Manager, so that
13  would be --
14      Q. Was it Dave Hansen who would have
15  appointed him?
16      A. Dave or one of the Deputy City Managers.
17  I don't --
18      Q. Okay.  Do you know of any other City
19  Council actions that have been done to implement
20  this program, other than the changing of the
21  aspirational goal?
22      A. No.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    106

1        Q. Okay.  Are there any actions that you

2    proposed related to the disparity study that

3    haven't been acted on yet?

4        A. Not yet.  Not as of yet, no.

5        Q. Okay.  How long have you been the liaison

6    to the Minority Business Council?

7        A. Since March.  Since March.

8        Q. Who was the prior liaison to the Minority

9    Business Council?

10       A. I believe it was Shannon Kane, I want to

11   say.

12       Q. Okay.  Who else is on the Minority

13   Business Council?

14       A. As far as?

15       Q. Who are you liaising with?

16       A. Louis Jones.  Councilman Louis Jones.  You

17   mean like that?

18       Q. No, although that's helpful.

19          I think this question is so basic that you

20   think I'm asking something more.

21       A. Okay.

22       Q. What is the Minority Business Council, and

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    107

1    who is on that?

2        A. Okay.  The Minority Business Council, it's

3    a makeup of minority business owners throughout

4    our city who come together to have a focus on how

5    do we, basically, improve minorities'

6    participation through our city.  So that's who's

7    on that business -- minority business owners are

8    on there, as well as staff from the Economic

9    Development is there.

10       Q. Okay.

11       A. And, of course, because it's a city -- a

12   city -- what's the word I'm looking for?  Not an

13   approved committee but approved committee.  Then,

14   obviously, you've got an attorney that comes to

15   it, as well, so...

16       Q. And are the -- who are, kind of, the

17   leaders on the Minority Business Council from the

18   business community?

19       A. There is president Sheila Johnson.  There

20   is -- there are so many members on there.

21       Q. Fair enough.

22           Is Bruce Smith on it?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019          108

```
1        A. No.

2        Q. Any other officeholders other than the

3    president?

4        A. I see all their faces right now.  I'm

5    drawing a blank.  They're going to kill me.  Yeah.

6    There is Olga -- Olga.  I don't remember her last

7    name.  I should.

8        Q. Okay.  They probably won't read the

9    deposition transcript.

10       A. Yeah.  It's a very diverse makeup.

11       Q. Fair enough.

12          What's your understanding of your job

13   responsibilities as City Council member?

14       A. To improve our city, to grow our city, to

15   balance all the perspectives of our city, and to

16   listen to the people.  That's how I think our

17   first duty and loyalty is to -- is to the people.

18       Q. And what kind of more day-to-day

19   functions?

20       A. Help spur economic development, help

21   protect our community as far as listening to

22   issues, find ways to expand tax revenue for our
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    109

1   city, to improve, actually, the communication from

2   government to the public, outreach.

3        Day-to-day is trying to find solutions to

4   all the things you can imagine, and to be -- to

5   be -- to be -- what's the word I'm looking for?

6   To be seen, so to speak, to always be, for me

7   personally, a Councilman that's easily accessible.

8        Q. Yeah.

9        And the City Council passes the budget for

10  the city; is that right?

11       A. Yes.

12       Q. And you can draft ordinances --

13       A. Yes.

14       Q. -- to pass laws; is that right?

15       A. Yes.

16       Q. What other kind of daily business do you

17  conduct at City Council meetings?  What types of

18  things do you vote on and approve?

19       A. We vote on everything from, obviously,

20  ordinances, resolutions, to planning items, to

21  minority participation goals, to policing, to

22  everything that encompasses the city.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                        110

1       Q. So it's a very broad role; is that right?

2       A. Yes.  And as an at-large member it's a

3   very demanding role.

4       Q. I'm sure.

5       A. Yes.

6       Q. How regularly do you have public City

7   Council meetings?

8       A. Every Tuesday.  Every other Tuesday is a

9   formal, and in between is their workshop.

10      Q. How often do you have an executive

11  session?

12      A. Every other Tuesday.

13      Q. Okay.

14      A. Yeah.  So twice a month.

15      Q. What are the primary ways in which you try

16  to be seen and communicate and interact with your

17  constituents?

18      A. I go meet them where they are.  I don't --

19  I don't wait until they come to Council and voice

20  their concern.  I go to their public events.  I go

21  to their City Council meetings.  I'm already,

22  like, just, you know -- I'm just in their

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    111

1    community already.  Answer the emails, although I

2    get inundated with tons of emails.  Listen to

3    their concerns.  I hold town halls.  I try to make

4    myself accessible and seen as much as possible.  I

5    run with them.  Like, I'm there.  I'm there.  This

6    is -- I'd like to note, though, they say it's a

7    part-time job, but it is full-time.  Yes.

8         Q. Fair enough.

9            So are you paid as though it's a part-time

10   job?  Is that the idea?

11        A. I am.

12        Q. What's the salary for City Council?

13        A. 28.  28.  Yes, but it is a full-time.  And

14   I enjoy it, though.  I don't do it for the money.

15   I want people -- I know no one is going to read

16   it, but people say, oh, it's part-time.  No.  It's

17   full-time.

18        Q. You don't have any other job that -- well,

19   you have Rouse's House?

20        A. Right.

21        Q. We talked a lot about your platform and

22   your priorities more broadly.  Are there kind of

1    specific proposals or issues that you're trying to

2    move forward right now in the City Council?

3        A. Well, as liaison to the MBC, that's

4    something to me that's very important to increase

5    that, to increase our regional aspect of our

6    economy.  Affordable housing is definitely

7    important to me, and transportation.  So those are

8    all issues.  But as you can imagine, this year has

9    been unlike any other year ever.

10        I was liaison for the Something in the

11   Water Festival.  I was the only liaison for that.

12   And that took a lot of -- a lot of work to really

13   pull that through.  And if it wasn't for staff

14   and -- city staff and employees and everyone to

15   help make that such a success -- I can't wait to

16   see the economic impact it has, but I know that's

17   going to be great.  So that's one thing.

18        And, then, having -- obviously, dealing

19   with the tragedy we had on May 31st, that's been,

20   you know -- so me, I take my role on Council very

21   seriously, bringing our city together even in this

22   hyperpolarized type of political atmosphere.  I

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                                113

1   don't -- we have some politics in my position, but

2   I don't consider myself as that.  I consider

3   myself as just a member of this community who

4   lives -- who grew up here, who loves it, and who

5   has a vision to make our community as healthy and

6   as strong as possible.  So I try to balance all

7   the perspectives and be my own person.  I don't --

8   I stand on my own two feet, so to speak.

9        Q. How did you end up as the only liaison to

10  the Something in the Water Festival?

11       A. I was appointed to it.  It was very --

12  festival approach, a very diverse festival which

13  talks about the strength of Virginia Beach from

14  every aspect of the arts, farming, to athletes, to

15  the youth, all those aspects.

16         And it was going to happen in the Beach

17  district, so there was a Beach district liaison,

18  as well, but because of the, you know, recount and

19  different things they were removed from that, and

20  we never replaced another.  So the task fell in my

21  lap, and -- yeah.

22       Q. Do you know if the NAACP conducted any

1    voter registration at the Something in the Water

2    Festival?

3        A. Not -- not specifically the NAACP.

4        Q. Okay.  Do you know if anyone was

5    conducting voter registration at the Something in

6    the Water concert?

7        A. I know we had plans to conduct one, but

8    the building was going to be -- the building

9    wasn't going to be ready to have actual voter

10   registration, so I'm not sure if they still did it

11   or not.

12       Q. What building are you referring to?

13       A. There was -- obviously, within the

14   footprint of the festival there was going to be a

15   specific location, just like we had for Tim

16   Minchin and other -- and there was going to be a

17   specific location for voter registration that was

18   going to be led on by certain artists.  And

19   because the building, the way they were going to

20   structure the building, the footprint of getting

21   people safely in and out, it wasn't ready in time.

22   So I don't know if they moved it or didn't have

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    115

```
 1   it, but that location never...
 2       Q. Were there other tables, dedicated tables,
 3   to be there?
 4       A. Not that I'm aware of.
 5       Q. Okay.  And who was in charge of, kind of,
 6   setting up the building?
 7       A. Well, obviously, there is --
 8       Q. Coordinating it?
 9       A. When you talk about voter registration,
10   there is a group who's supposed to be handling it.
11   Then there is permitting, that we get the proper
12   permits.  And how many people -- especially
13   dealing with artists, how many people will be
14   inside the building.  So it was a thought, and it
15   just never -- because of time, it just never
16   worked itself out.  So it was -- just didn't have
17   it.  I don't know if those groups threw aside,
18   hey, we don't need a building, just kind of walk
19   around.
20       Q. But they weren't able to get building
21   space to do it --
22       A. Right.
```

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                          116

1        Q. -- unfortunately?

2        A. Only because of time.  There just wasn't

3    enough time to get that done.

4            MS. LANG:  I'll mark Exhibit 4.

5                      (Exhibit 4 was marked and

6                      attached to the transcript.)

7        Q. This is a series of emails about the

8    budget process for this year's Virginia Beach

9    budget; is that right?

10           MR. BOYNTON:  Take your time to review it

11   so you know what you're looking at.

12       A. All right.

13       Q. On DEF08179, that's just one example, at

14   bottom of the page --

15       A. I'm sorry?

16       Q. 179.  At the bottom of the page it

17   indicates Rouse -- that's you -- had requested

18   additional parking at Seatack Park; is that right?

19       A. Yes.

20       Q. Had the budget been voted on yet or

21   finalized?

22       A. Yes.

1      Q. And did it include additional parking at

2   Seatack?

3      A. No.

4      Q. And you also requested signage for the

5   Historic Seatack Community; is that right?

6      A. Yes.

7      Q. And was that included in the final budget?

8      A. No.

9      Q. And Ms. Wooten asked to add $84,000 to the

10  Summer Youth Employment Program.  Do you know if

11  that made it into the final budget?

12     A. I believe it was funded.  I'm not sure how

13  much it was funded.

14     Q. She also asked to increase funding for a

15  staff member for the implementation of the

16  disparity study.  Did that make it into the

17  budget?

18     A. Not that I recall.

19     Q. Okay.  City Manager Hansen recently

20  resigned; is that right?

21     A. Yes.

22     Q. Okay.  Prior to his resignation some

1   members of the minority community were calling for

2   him to resign or be fired; is that right?

3       A. Yes.

4       Q. Did you support that position, that he

5   should either resign or be let go?

6       A. Yes, but not based off of the -- their

7   single perspective.

8       Q. Okay.  And what were the reasons why you

9   felt that he should resign or be let go?

10      A. I think it was a culmination of things.  I

11  thought it was because of his history that he had,

12  as well.

13      Q. What kind of history?

14      A. Well, saying things -- this is before my

15  tenure, but public statements that didn't show the

16  city in a -- in a -- in a respectable manner, so

17  to speak.

18      Q. Some of them were racially insensitive?

19      A. Some were very offensive.

20      Q. Yes.

21      A. Yes.  Very offensive.

22          And so -- but that -- even still, for me,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    119

1    it came down to -- the tragedy on May 31st played

2    a big part in it.  It's not that I -- I don't

3    think he -- I blame the shooter.  I don't blame

4    Mr. Hansen for anything that has to do with that.

5         But I thought in order for us to go

6    forward as a city we needed a fresh start.  We

7    didn't need the baggage of offensive remarks

8    laying around that would prevent us from

9    continuing taking a step forward.  I felt it would

10   always be a point of contention with the city of

11   not really trusting that -- you know, our Council.

12   And we are working hard to earn and keep the trust

13   up to the public.

14        I think Mr. Hansen, he handled himself

15   well throughout the tragedy, I think throughout

16   Something in the Water.  I mean, I have a lot of

17   respect for him.  But as -- again, as I look at

18   the city going forward -- and, then, his latest

19   comment with -- we had the latest issue that came

20   up just prior to the tragedy.  I thought it would

21   be incumbent upon us to go in a different

22   direction.

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    120

1          Q. Has someone new been appointed to that

2     role yet?

3          A. We just got started with the process,

4     so -- we have an interim City Manager.

5          Q. And who is that?

6          A. It's Tom Leahy.

7          Q. And who made that decision?  Was that a

8     City Council decision?

9          A. Yes.

10         Q. Who else was in the running for that

11    position of interim City Manager?

12         A. That's just it.  I would say that's

13    private.

14         Q. You're invoking the privilege for that?

15         A. Yes.

16         Q. Okay.  Are you familiar with the Virginia

17    Beach Interdenominational Ministers Conference,

18    like, five point plan on policing?

19         A. I'm -- I know they have a plan.  I don't

20    know if it's five points on policing, but I know

21    they have interests that they are interested in.

22         Q. And have you -- are you aware of any

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    121

1    action City Council has taken on that plan?

2        A. Not in particular, no.

3        Q. Okay.  Do you agree that Virginia Beach,

4    like many places in the United States, has a

5    history of racial discrimination?

6        A. Yes.

7        Q. And many people in Virginia Beach minority

8    communities are still suffering the downstream

9    effects of that discrimination in poverty levels

10   or education outcomes or homeownership?

11       A. Yes.

12           MR. BOYNTON:  I would interpose a general

13   objection.  He can certainly testify to his own

14   understandings or beliefs.  We're not offering him

15   as an expert in this.

16           MS. LANG:  Of course not.

17           MR. BOYNTON:  I don't want it to be

18   construed that way.

19           Thank you.

20       Q. Are you aware of concerns in the minority

21   community that black homeownership has decreased

22   in recent years?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    122

1      A. Yes.

2      Q. And do you share that concern?

3      A. Yes.

4      Q. And can you tell me a little bit more

5  about why you believe that homeownership in the

6  black community has decreased in recent years?

7      A. I think it's a culmination of a lot of

8  factors.  I think that the disparity between the

9  income equality between, you know -- for black --

10  African Americans in general in the nation is

11  disproportionately huge, not in favor of African

12  Americans.  So it's not so particularly Virginia

13  Beach; it's just -- it's our country.

14      And so I think it's important in our city

15  that African Americans can obtain homeownership

16  because, to me, it shows the health of your

17  community.  If you have a diverse community, you

18  want everyone to be able to have access and be

19  able to have affordability here, as well.

20      Q. Uh-huh.

21      A. So --

22      Q. And you've noticed a decrease, actually,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                123

1   in homeownership in the black community in recent

2   years; is that right?

3        A. Yes.  Across our nation, yes.

4        Q. Right.  Uh-huh.

5            So would you agree that Virginia Beach

6   still has a long way to go to achieve racial

7   equity?

8        A. I say we have a lot.  Yes, we have a lot

9   of work to do to receive not racial equity but

10  economic equity, as well, social equity.  I mean,

11  yes, we have a lot of work to do, but that's not

12  to say we're not trying, though.

13       Q. No.  Of course not.

14       A. Okay.

15       Q. I'm not saying that.

16       A. All right.

17       Q. And would you agree that increasing

18  representation on City Council and in other key

19  city roles would help move Virginia Beach toward

20  racial equity?

21       A. Absolutely.

22           MS. LANG:  Can we take a quick break?

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    124

1            MR. BOYNTON:  Sure.

2            (A recess was taken.)

3        Q. Mr. Rouse, we'll go back on the record.

4            I really don't have many questions left

5    for you.

6            Do you know about how much money you were

7    able to raise during your campaign?

8        A. I think around $90,000, I want to say.

9        Q. Uh-huh.

10           And what were your biggest expenses for

11   your campaign?

12       A. Media.

13       Q. Uh-huh.

14       A. The four-by-eights -- was it the

15   four-by-eights?  The huge -- I think they're

16   four-by-eights, four-by-four, something, the huge

17   signs, were hard.  The printing, and the media.

18   The TV ads were ridiculous.  Gas.  All the

19   literature you have to pass out, stickers.  Yeah.

20       Q. Do you know how your fundraising fared as

21   compared to the typical City Council candidate?

22       A. Well, I only know about my competitive

1    race, it's in the bucket.  Like, I know we were

2    outspent by a couple candidates, like -- the top

3    three candidates.  We were outspent heavily,

4    like -- they reached, like, six figures, so...

5         Q. I don't have any further questions for

6    you.

7              MS. LANG:  Do you have any questions?

8              MR. BOYNTON:  I don't.

9              You have the right to read and sign this

10   deposition transcript when it's transcribed to

11   provide any comments as to whether it was

12   transcribed accurately.  We've been advising our

13   people to read and sign.  So if you'd just tell

14   the lady.

15             He'll read.

16             THE DEPONENT:  Yes.  I'll read and sign

17   once we get it out.

18

19             (Signature having not been waived, the

20   deposition of AARON R. ROUSE was concluded at

21   11:50 a.m.)

22

1                ACKNOWLEDGMENT OF DEPONENT

2      I, AARON R. ROUSE, do hereby acknowledge that I

3   have read and examined the foregoing testimony,

4   and the same is a true, correct, and complete

5   transcription of the testimony given by me and any

6   corrections appear on the attached Errata Sheet

7   signed by me.

8

9

10   _____        _____

11          (DATE)                          (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2           I, Penny C. Wile, RPR, RMR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my direction; that reading and

9    signing was requested; and that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13          IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this 16th day of

15   September, 2019.

16          My commission expires:  January 31, 2021.

17

18

19

20   _____

21    NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

128

| A | | | |
|---|---|---|---|
| **aaron** 1:14, 2:1, 4:2, 4:11, 5:3, 8:1, 20:5, 20:10, 20:11, 20:22, 21:8, 29:22, 63:11, 63:13, 125:20, 126:2 **aaronrouse** 20:10 **aaronrousevb** 20:8 **abbott** 40:5, 40:12, 41:4, 84:6, 94:20 **able** 25:5, 35:21, 60:9, 60:13, 115:20, 122:18, 122:19, 124:7 **about** 8:20, 10:19, 12:20, 14:8, 16:13, 17:2, 20:15, 20:19, 23:9, 27:18, 28:2, 31:5, 33:19, 33:20, 34:17, 35:2, 35:4, 35:15, 35:16, 35:21, 37:15, 39:10, 41:7, 41:20, 42:16, 42:18, 43:20, 44:2, 44:4, 45:8, 46:19, 47:12, 47:16, 48:7, 49:22, 52:22, 63:11, 64:16, 65:9, 65:15, 66:14, 71:5, 72:13, 77:4, 77:22, 78:13, 81:15, 81:16, | 81:19, 82:3, 82:11, 84:10, 88:10, 88:13, 88:20, 97:14, 97:22, 98:4, 102:5, 103:13, 111:21, 113:13, 115:9, 116:7, 122:5, 124:6, 124:22 **abouts** 42:4 **absolutely** 123:21 **access** 122:18 **accessible** 109:7, 111:4 **accident** 7:20 **accordingly** 12:18 **account** 15:14, 16:3, 16:22, 17:4, 17:14, 17:15, 17:19, 21:5, 25:13, 25:14, 25:18, 26:3, 32:11 **accounts** 16:4, 16:5, 16:9, 16:14, 19:20, 21:11 **accurately** 125:12 **achieve** 123:6 **acknowledge** 126:2 **acknowledgment** 126:1 **across** 58:12, 80:8, 123:3 **acted** 106:3 **action** 121:1 | **actions** 104:17, 105:19, 106:1 **active** 70:3, 72:8 **activities** 53:2 **activity** 67:16 **actual** 43:6, 65:20, 65:22, 100:10, 100:12, 114:9 **actually** 9:22, 10:13, 10:16, 24:18, 40:17, 59:18, 77:7, 88:18, 88:19, 95:22, 100:21, 103:11, 104:20, 109:1, 122:22 **acumen** 46:18, 63:9, 78:10 **adams** 105:3, 105:11 **add** 62:20, 117:9 **added** 63:1 **addition** 21:14, 97:21 **additional** 116:18, 117:1 **adjusted** 102:2, 102:9 **adjusting** 102:3 **adjustment** 104:19 **ads** 58:11, 58:14, 58:17, 58:19, 124:18 **advanced** 49:18 **advancement** 54:19 | **advantage** 95:14 **advertisement** 100:10 **advertising** 59:10 **advising** 125:12 **advocated** 86:14 **affixed** 127:14 **afford** 59:9 **affordability** 50:6, 122:19 **affordable** 49:21, 50:1, 112:6 **african** 31:9, 65:13, 67:4, 75:16, 79:2, 79:9, 82:21, 122:10, 122:11, 122:15 **after** 5:4, 9:3, 9:9, 35:7, 77:14, 82:14, 82:19, 86:22 **afterthought** 104:15 **again** 5:22, 25:9, 55:13, 60:22, 81:7, 119:17 **against** 87:17, 87:19, 87:20, 88:4, 88:15, 88:19 **agenda** 22:12, 22:17, 23:12, 83:6 **ago** 6:22, 10:21, 12:2 **agree** 60:19, 95:8, |

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

129

98:7, 99:15,
121:3, 123:5,
123:17
**agricultural**
92:6, 92:9
**ahead**
6:14, 15:12
**al**
1:9, 3:13
**all**
6:9, 6:17,
11:12, 14:14,
17:16, 19:1,
19:15, 21:6,
23:22, 26:2,
26:4, 26:13,
27:8, 28:14,
29:10, 30:15,
30:22, 31:12,
34:1, 46:11,
49:22, 51:10,
51:19, 54:2,
58:12, 59:14,
66:15, 66:18,
67:22, 68:3,
71:21, 76:20,
89:21, 92:17,
92:21, 93:13,
94:17, 103:8,
108:4, 108:15,
109:4, 112:8,
113:6, 113:15,
116:12, 123:16,
124:18
**allen**
1:6, 3:3
**allow**
78:7
**along**
33:12, 77:21,
102:15
**already**
16:22, 55:14,
57:21, 61:9,
62:14, 93:19,
110:21, 111:1
**also**
5:19, 23:19,

43:3, 45:5,
59:17, 77:11,
89:18, 98:12,
102:22, 103:7,
117:4, 117:14
**although**
106:18, 111:1
**always**
6:2, 33:6,
53:7, 53:8,
53:9, 61:11,
62:19, 62:20,
69:15, 69:17,
69:20, 70:20,
103:7, 103:16,
109:6, 119:10
**american**
31:9, 65:13,
67:4, 75:16,
79:9
**americans**
75:19, 79:2,
82:21, 122:10,
122:12, 122:15
**among**
19:15, 61:20,
85:16
**anderson**
38:18
**andrew**
87:17, 89:15
**anne**
8:14, 56:18,
57:5
**announce**
33:9
**announced**
33:1, 34:7,
34:18, 38:21,
39:5
**announcement**
33:11, 37:12,
52:7
**annual**
101:22
**another**
64:22, 97:15,
113:20

**answer**
6:2, 6:13,
6:15, 7:11,
7:14, 12:13,
12:18, 21:17,
60:9, 61:5,
63:20, 67:8,
75:7, 77:12,
79:5, 80:13,
82:2, 82:5,
82:7, 82:10,
85:18, 91:10,
93:4, 111:1
**answered**
25:8
**answering**
12:15, 24:4,
24:6
**answers**
5:14, 24:7,
24:18, 25:4,
25:6, 105:12
**any**
6:5, 7:4, 7:13,
10:2, 11:10,
13:2, 13:9,
13:17, 15:3,
15:21, 16:11,
17:8, 17:16,
18:14, 19:19,
21:11, 21:19,
21:22, 22:5,
24:17, 24:20,
24:21, 25:4,
25:6, 26:17,
27:4, 27:8,
27:19, 30:7,
31:12, 31:21,
35:20, 36:3,
37:9, 38:11,
39:7, 39:22,
40:2, 42:10,
46:22, 54:8,
55:2, 55:6,
55:9, 59:10,
63:21, 64:5,
67:15, 68:11,
68:13, 68:21,

71:6, 71:8,
71:13, 71:18,
72:5, 72:7,
72:16, 73:1,
74:4, 74:15,
76:9, 77:13,
79:1, 81:4,
81:9, 91:3,
91:11, 91:12,
100:4, 100:17,
101:13, 103:5,
104:17, 105:18,
106:1, 108:2,
111:18, 112:9,
113:22, 120:22,
125:5, 125:7,
125:11, 126:5,
127:10
**anybody**
12:20, 37:9
**anymore**
86:4
**anyone**
11:20, 37:7,
39:13, 39:20,
54:2, 54:3,
55:8, 55:20,
71:21, 74:7,
74:12, 79:14,
87:14, 97:13,
114:4
**anything**
11:8, 19:4,
25:16, 26:10,
26:17, 28:1,
29:11, 32:7,
53:12, 53:16,
59:12, 70:17,
82:9, 119:4
**anywhere**
28:11, 29:21
**apologize**
94:19
**appear**
126:6
**appearance**
12:21, 31:14
**applicable**
24:9, 24:11

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

130

application
10:1
applies
7:4
apply
82:8
appoint
105:11
appointed
71:13, 105:5,
105:15, 113:11,
120:1
approach
37:9, 113:12
approve
109:18
approved
107:13
approximate
75:18
approximately
75:10
area
56:8, 76:14,
76:15, 76:18
areas
49:4, 76:13,
103:20
aren't
50:5
around
8:6, 48:1,
49:7, 77:3,
77:15, 115:19,
119:8, 124:8
arouse@vbgov
15:17
artists
114:18, 115:13
arts
113:14
asian
53:17, 54:8,
55:3, 55:6,
68:21, 75:19,
76:10, 76:15
asians
54:11

aside
81:3, 90:13,
115:17
asked
7:5, 7:11,
14:3, 14:22,
15:7, 29:7,
36:9, 53:10,
61:18, 87:3,
117:9, 117:14
asking
17:5, 30:17,
56:21, 91:6,
91:8, 99:9,
99:12, 106:20
aspect
112:5, 113:14
aspects
113:15
aspirational
101:22, 102:4,
102:10, 104:19,
105:21
assembly
10:16, 10:18,
35:10, 36:20,
70:11
assert
7:3
assist
14:18, 24:4
assistant
10:4, 38:16,
38:19
assisted
15:4
assume
6:8
assumes
80:19
assumption
67:11
at-large
32:20, 56:1,
57:10, 57:14,
57:19, 58:1,
60:1, 90:17,
91:1, 92:17,

93:13, 110:2
athletes
113:14
atmosphere
62:10, 112:22
attached
26:22, 64:10,
101:12, 116:6,
126:6
attachment
64:16, 64:20
attention
16:6
attorney
2:5, 3:15,
6:11, 107:14
attorney-client
12:17
attorneys
11:8, 11:14,
11:15, 12:16
attribute
61:12
austin
37:2
available
13:21, 83:12
aware
11:2, 14:3,
16:11, 39:19,
67:12, 80:15,
80:22, 81:4,
81:8, 86:11,
86:12, 86:15,
86:16, 86:22,
87:2, 87:5,
87:6, 99:8,
99:11, 115:4,
120:22, 121:20
away
9:20, 29:11,
74:15, 89:12

B
bachelor
9:1
back
9:16, 62:20,

104:2, 124:3
background
8:21, 53:9
bad
87:22
baggage
119:7
balance
56:6, 108:15,
113:6
ballot
56:22, 63:22,
85:10, 85:11,
86:3
band
93:11
barbara
88:16
base
92:1
based
9:16, 66:21,
102:4, 104:8,
118:6
basic
5:9, 49:1,
99:20, 106:19
basically
10:4, 107:5
basis
65:11
bayside
8:19, 56:18,
57:7
beach
1:9, 1:15, 2:5,
2:9, 3:13, 3:15,
3:19, 8:4, 8:6,
8:10, 8:13,
14:10, 15:19,
27:11, 28:3,
30:22, 31:9,
32:1, 32:6,
45:17, 45:18,
50:2, 51:19,
52:18, 53:18,
58:1, 58:5,
58:12, 59:16,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

131

60:1, 60:5,
60:12, 60:14,
61:8, 61:20,
68:15, 69:17,
69:22, 73:19,
74:1, 74:2,
75:3, 75:5,
75:11, 76:1,
77:14, 78:14,
78:20, 79:1,
79:8, 80:1,
80:8, 80:16,
81:1, 81:5,
81:9, 82:22,
86:13, 90:10,
98:1, 98:8,
99:6, 100:2,
113:13, 113:16,
113:17, 116:8,
120:17, 121:3,
121:7, 122:13,
123:5, 123:19

**beacher**
75:21

**became**
86:22

**because**
12:5, 35:12,
50:6, 51:19,
53:8, 55:13,
55:15, 58:2,
59:15, 61:1,
61:6, 61:10,
62:17, 63:6,
77:11, 82:8,
84:11, 95:4,
107:11, 113:18,
114:19, 115:15,
116:2, 118:11,
122:16

**been**
5:4, 5:11,
7:16, 7:17, 8:9,
11:1, 12:4,
45:16, 53:8,
53:10, 61:11,
61:21, 62:19,
68:14, 69:9,

71:13, 72:8,
75:3, 76:8,
77:15, 79:19,
83:10, 83:11,
83:21, 85:13,
86:10, 98:7,
99:12, 101:5,
101:7, 103:5,
105:3, 105:19,
106:3, 106:5,
112:9, 112:19,
116:20, 120:1,
125:12, 125:19

**before**
2:17, 5:11,
7:16, 8:18,
22:4, 34:18,
54:7, 64:18,
71:11, 71:14,
79:14, 82:9,
94:20, 99:9,
118:14, 127:3

**behalf**
3:2, 3:12

**being**
46:18, 61:15,
61:17, 65:11,
84:8

**beliefs**
121:14

**believe**
31:11, 41:15,
43:5, 43:6,
46:10, 52:13,
69:10, 73:20,
73:21, 83:5,
85:4, 87:16,
87:17, 88:6,
106:10, 117:12,
122:5

**believing**
63:12

**best**
6:2, 33:6,
51:14, 55:18,
89:3

**between**
10:12, 50:16,

56:15, 81:20,
110:9, 122:8,
122:9

**beyond**
82:1, 85:18

**big**
58:5, 59:16,
119:2

**biggest**
24:20, 124:10

**billboards**
59:6

**bills**
70:7

**bit**
8:20, 23:9,
47:10, 47:12,
57:22, 70:2,
93:17, 97:22,
103:13, 122:4

**black**
41:13, 41:14,
67:9, 75:22,
121:21, 122:6,
122:9, 123:1

**blackman**
38:20

**blackwell**
38:20

**blame**
119:3

**blank**
100:8, 108:5

**board**
42:3, 80:8

**boldness**
79:15

**boost**
67:9

**both**
56:17, 57:12,
76:16, 94:2

**bottom**
116:14, 116:16

**box**
22:1, 23:7

**boy**
98:17, 98:21

**boynton**
3:14, 6:18,
7:7, 11:16,
11:17, 12:4,
12:10, 12:14,
13:20, 15:12,
22:13, 22:15,
40:8, 56:21,
60:7, 60:22,
61:3, 64:19,
67:6, 67:19,
73:17, 77:21,
79:3, 80:18,
81:17, 82:7,
85:15, 93:2,
101:13, 116:10,
121:12, 121:17,
124:1, 125:8

**brace**
77:17

**break**
7:12, 67:18,
67:19, 123:22

**breakfast**
44:16

**breaks**
7:9

**bring**
70:7, 104:1

**bringing**
112:21

**brings**
10:20, 81:3

**broad**
110:1

**broadly**
111:22

**bruce**
45:9, 45:10,
45:11, 45:20,
107:22

**bucket**
125:1

**bucks**
73:6, 73:13

**budget**
51:4, 109:9,
116:8, 116:9,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

132

116:20, 117:7,
117:11, 117:17
**build**
78:12
**building**
2:7, 3:17,
114:8, 114:12,
114:19, 114:20,
115:6, 115:14,
115:18, 115:20
**bullet**
94:9, 94:16
**bunch**
49:10
**burton**
76:5, 76:6
**business**
15:13, 15:19,
16:18, 20:19,
78:10, 98:12,
102:1, 102:10,
103:10, 103:14,
104:5, 106:6,
106:9, 106:13,
106:22, 107:2,
107:3, 107:7,
107:17, 107:18,
109:16
**businesses**
100:1, 104:14
**businessman**
45:22
**bussing**
49:17

**C**

**cab**
54:17
**cabinet**
23:6
**calendar**
18:10, 18:12
**call**
23:19, 33:10,
33:14, 41:6
**called**
94:9, 98:17
**calling**
118:1

**calls**
60:8, 61:1,
67:7, 79:4, 93:2
**came**
62:13, 62:17,
63:10, 119:1,
119:19
**campaign**
3:6, 17:17,
26:9, 28:5,
28:17, 28:18,
28:19, 29:5,
29:6, 29:9,
29:19, 30:7,
30:21, 31:17,
37:15, 38:9,
38:12, 39:7,
39:16, 40:5,
40:17, 40:20,
41:1, 41:8,
44:3, 44:10,
51:8, 51:10,
53:3, 53:16,
53:19, 53:22,
55:14, 58:1,
59:4, 60:5,
60:12, 60:14,
60:20, 60:21,
62:3, 62:7,
62:11, 63:20,
63:21, 66:5,
66:16, 67:15,
67:21, 68:3,
68:7, 68:11,
71:11, 71:16,
72:17, 73:2,
74:21, 95:5,
124:7, 124:11
**campaigning**
50:17, 51:6,
53:4
**campaigns**
54:7, 71:19
**can't**
7:13, 24:13,
37:22, 39:12,
59:9, 60:4,
75:7, 76:3,

83:17, 94:12,
94:16, 100:11,
101:9, 112:15
**candidacy**
33:9, 38:22,
70:3
**candidate**
64:21, 65:1,
72:2, 72:8,
73:6, 81:13,
124:21
**candidates**
46:11, 57:22,
63:21, 64:2,
64:5, 64:6,
66:21, 67:3,
68:14, 71:19,
72:5, 74:5,
79:12, 92:21,
92:22, 125:2,
125:3
**candidly**
6:21
**capacity**
14:10
**career**
55:15, 61:7,
62:21, 63:6,
63:13
**case**
1:7, 7:19,
14:4, 14:16,
14:19, 17:7,
23:17, 23:21,
26:12, 26:15,
127:11
**caucus**
41:13, 41:14
**cellphone**
16:20, 18:3,
21:15
**census**
77:14
**center**
2:7, 3:6, 3:17
**certain**
36:18, 114:18
**certainly**
82:7, 82:9,

121:13
**certificate**
127:1
**certify**
127:4
**cetera**
30:8
**challengers**
95:3
**challenges**
57:22
**chamber**
30:5, 41:13,
41:19, 42:3
**chambers**
83:15
**chanel**
38:20
**change**
30:18, 81:5,
81:9, 84:5,
84:20, 86:20,
87:4, 88:13,
89:9, 94:21
**changed**
89:2
**changes**
46:19
**changing**
82:12, 87:15,
87:19, 87:20,
88:11, 88:20,
97:14, 105:20
**chapter**
31:5, 102:6
**charge**
115:5
**choice**
72:20, 97:16
**christopher**
3:5, 3:14
**city-issued**
17:20, 21:9
**civic**
80:10
**clarify**
14:17, 57:1,
91:8

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

133

clarity
12:11
classify
43:12
clean
6:1, 53:19
clear
14:12, 88:21,
98:15
clerk
23:15
client
12:12
closely
84:19
cloud
21:22, 22:5,
29:20
colleague
6:20
colleagues
15:21, 16:12
collect
15:9
collection
14:15
college
9:3, 10:1,
45:12
colonial
8:22
color
65:1
com
15:17
combination
61:15
come
16:9, 41:20,
42:17, 43:20,
45:8, 46:9,
48:11, 53:10,
61:18, 62:22,
104:6, 107:4,
110:19
comes
16:7, 16:21,
22:8, 107:14

coming
41:9, 104:13
comment
119:19
commented
27:20, 72:15
comments
28:2, 125:11
commerce
41:20
commission
127:16
commissions
70:8
committee
107:13
committees
70:8
common
53:22
commonwealth
2:18, 127:22
communicate
110:16
communication
31:14, 109:1
communications
27:9
communities
31:22, 32:5,
77:4, 86:13,
86:15, 87:3,
87:5, 87:6,
92:20, 121:8
community
9:16, 20:18,
32:8, 46:19,
48:5, 53:17,
54:8, 55:7,
58:3, 61:11,
61:15, 62:4,
62:14, 62:19,
63:5, 78:11,
78:19, 87:9,
89:13, 89:18,
90:1, 90:3,
92:6, 92:7,
99:9, 107:18,

108:21, 111:1,
113:3, 113:5,
117:5, 118:1,
121:21, 122:6,
122:17, 123:1
compared
124:21
competition
95:3
competitive
124:22
complete
126:4
complication
92:15
computer
17:12
concept
94:9
concern
110:20, 122:2
concerns
88:10, 88:13,
88:14, 88:20,
89:1, 98:1,
104:1, 111:3,
121:20
concert
114:6
concluded
125:20
conditions
102:6
conduct
15:19, 99:15,
109:17, 114:7
conducted
99:5, 99:10,
113:22
conducting
15:13, 114:5
conference
31:1, 31:2,
31:3, 36:6,
120:17
confidence
62:14, 62:17
confined
56:8, 92:2,

92:12
confused
93:16
connection
45:20
consider
21:1, 37:4,
54:10, 76:10,
86:1, 92:5,
102:3, 113:2
considered
89:12
considering
36:9
consistent
12:8
consisting
95:5
constituencies
31:18, 93:10
constituents
28:7, 93:15,
110:17
construed
121:18
content
12:6
contention
119:10
contents
11:11
continue
91:5
continues
80:22
continuing
119:9
contract
49:1, 49:4
contracts
48:15, 48:16,
48:21, 98:19,
100:6, 100:9,
100:18, 100:21,
100:22, 101:1
conversation
5:15, 5:20,
11:11, 37:3,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

134

39:10, 85:14,
85:16
**conversations**
37:1, 81:19,
82:6, 82:11
**coordinating**
115:8
**copies**
28:15, 29:12
**correct**
29:13, 68:19,
77:2, 126:4,
127:5
**corrections**
126:6
**correctly**
14:22, 89:10
**costly**
95:4
**could**
26:11, 27:7,
32:11, 36:15,
36:19, 36:22,
49:22, 61:4,
69:10, 92:16,
92:21, 95:21,
96:9, 96:20,
97:10, 99:2
**couldn't**
13:18, 28:13
**councilman**
8:1, 20:22,
21:2, 21:8,
64:12, 102:15,
106:16, 109:7
**counsel**
5:6, 36:9,
127:10
**country**
122:13
**couple**
10:21, 12:2,
54:6, 125:2
**course**
75:4, 107:11,
121:16, 123:13
**court**
1:1, 5:17, 6:1

**courthouse**
2:6, 3:16
**create**
103:1
**created**
71:3
**critic**
45:17
**cronyism**
98:6, 98:8,
98:16
**crr**
1:22, 2:18,
127:2
**cues**
5:15
**culmination**
118:10, 122:7
**cumulative**
97:16
**current**
32:19, 64:12,
86:2, 88:11,
95:20, 96:2,
97:14
**currently**
8:10, 8:12,
74:4, 74:20,
85:3, 105:10

**D**

**daily**
109:16
**dais**
83:13
**danielle**
3:4
**data**
101:8
**date**
82:19, 102:19,
126:11
**dave**
105:14, 105:16
**day**
49:22, 65:16,
65:17, 67:12,
127:14

**day-to-day**
51:5, 108:18,
109:3
**days**
6:22, 12:2
**dc**
3:9
**dealing**
81:20, 112:18,
115:13
**debundling**
48:15, 48:21,
49:3, 101:1
**deceased**
87:16
**decide**
32:22, 34:9,
34:12, 34:20,
35:5, 50:14,
55:22, 95:18
**decided**
35:7, 35:12,
56:7, 105:11
**decides**
100:22
**decision**
105:7, 105:8,
120:7, 120:8
**decrease**
122:22
**decreased**
121:21, 122:6
**dedicated**
103:1, 115:2
**def**
4:14, 116:13
**defendants**
1:10, 3:12
**define**
103:10
**definitely**
112:6
**definitions**
30:15
**degree**
9:2
**delegate**
73:5

**delegates**
36:18, 70:14
**demand**
53:14
**demanding**
110:3
**democratic**
44:16
**department**
41:12, 43:1,
43:4, 43:6,
104:22
**departments**
42:17
**depending**
65:2
**depends**
74:17
**deponent**
7:3, 7:6,
125:16, 126:1
**deposed**
5:11, 7:16,
7:17
**deposition**
1:14, 2:1,
4:10, 6:21,
11:6, 12:21,
13:3, 108:9,
125:10, 125:20,
127:3
**depositions**
5:10, 12:7
**deputy**
105:16
**designation**
10:7
**determination**
85:7
**determines**
59:18
**determining**
100:18
**development**
100:21, 104:21,
107:9, 108:20
**diamond**
76:4

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

135

difference
55:14
different
31:18, 53:5,
53:11, 53:12,
65:1, 66:11,
77:7, 77:8,
78:7, 96:12,
96:13, 113:19,
119:21
difficult
51:18
digital
28:15, 29:12
digitally
25:19
direction
119:22, 127:8
directly
24:18, 40:18,
46:3, 66:3, 87:8
discern
84:13
discouraging
66:20
discrimination
121:5, 121:9
discussed
13:5, 13:9,
13:12, 83:10,
83:21, 86:10
discussion
82:22, 85:19,
86:8, 86:9
discussions
81:19
dismissed
66:15
disparity
4:13, 99:5,
99:9, 99:21,
101:5, 103:19,
104:9, 106:2,
117:16, 122:8
disposed
18:20, 19:2,
19:4, 29:9
disproportionate-
ly
122:11

district
1:1, 1:2, 8:12,
8:16, 8:19,
56:13, 81:6,
81:10, 81:13,
81:14, 82:12,
84:21, 88:4,
91:17, 92:3,
94:5, 95:5,
95:12, 95:21,
95:22, 96:4,
96:7, 96:10,
96:11, 96:17,
96:20, 97:1,
97:10, 97:11,
113:17
district-based
56:2, 56:9
districting
91:4
districts
56:15, 56:18,
81:11, 81:12,
86:14, 87:3,
90:15, 90:16,
92:13, 93:13,
94:4, 94:7,
94:21, 97:15
diverse
47:16, 58:3,
78:10, 108:10,
113:12, 122:17
diversity
48:7, 49:5,
78:1, 78:4, 78:7
division
1:3
document
17:1, 22:6,
27:1, 29:19,
29:22, 30:13
documents
13:2, 13:4,
14:4, 14:9,
14:15, 14:18,
14:22, 15:7,
15:9, 15:10,
16:15, 16:16,

16:18, 17:8,
17:16, 22:1,
22:21, 22:22,
23:2, 23:18,
24:20, 25:11,
25:15, 26:14,
26:17, 27:4,
27:9, 27:16,
27:19, 28:15,
29:3, 30:8, 32:4
doing
10:11, 17:2,
51:8, 98:11,
103:5, 105:1,
105:3
donated
73:12
donations
72:3
done
103:3, 105:19,
116:3
door
63:14, 63:16
door-knocking
51:13, 53:1,
59:14
doors
59:19
double
51:1
down
5:17, 119:1
downsides
91:3, 91:13
downstream
121:8
draft
109:12
drafted
102:15
drawing
108:5
drawn
12:7
drive
2:6, 3:16,
22:1, 22:2

driven
58:16
dropbox
22:1, 22:4
due
89:21
duly
5:4
during
13:18, 18:16,
28:5, 30:21,
31:17, 35:14,
39:7, 40:5,
53:3, 63:20,
68:2, 82:16,
84:4, 87:14,
124:7
duty
108:17

**E**

each
5:20, 5:21,
81:12, 90:16,
93:12, 94:6
earlier
10:22, 33:1,
61:14, 102:18
early
34:18, 38:7
earn
119:12
easier
95:4
easily
109:7
eastern
1:2
easy
5:15
economic
100:21, 104:21,
107:8, 108:20,
112:16, 123:10
economically
47:15, 48:14
economics
79:12

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

136

economy
42:8, 112:6
education
9:17, 9:19,
121:10
educational
8:21
edwards
76:2
effect
99:3
effective
59:15
effectively
60:5
effects
121:9
effort
31:21
eighty
33:20
either
90:9, 118:5
elaborate
47:19
elect
81:13, 92:21
elected
32:14, 56:10,
68:14, 82:21,
87:1, 90:17,
92:17, 96:1
election
11:3, 28:5,
56:22, 60:1,
64:3, 65:16,
65:18, 82:14,
82:20, 91:1
elections
73:18, 74:1,
74:3, 74:5,
91:5, 93:14,
96:17
electoral
81:5, 81:10,
86:20, 87:4,
87:15, 97:14
electronic
16:18, 30:15

else
11:20, 12:20,
29:21, 37:4,
37:7, 39:13,
39:20, 47:3,
59:12, 77:1,
84:7, 84:14,
86:1, 91:20,
106:12, 120:10
elsewhere
69:19, 95:22
email
4:14, 6:19,
7:2, 15:14,
15:18, 16:9,
16:12, 16:14,
17:3, 17:9,
17:14, 17:15,
17:19, 25:21,
29:19, 41:5
emails
15:22, 16:2,
111:1, 111:2,
116:7
empirical
101:8
employed
127:10
employees
10:2, 112:14
employment
117:10
encompasses
109:22
encountered
65:3
end
6:18, 27:3,
59:3, 113:9
endorse
39:11, 39:18,
47:7
endorsed
30:4, 41:10,
45:5, 71:21,
74:7, 74:12
endorsement
30:9, 39:11,

41:19, 43:20,
46:13, 46:17
endorsements
41:9, 42:16,
45:3, 47:1, 47:4
endorsing
97:21
engage
94:16
engagement
99:19
engaging
80:9
enjoy
111:14
enough
8:8, 30:14,
32:13, 35:18,
40:19, 41:18,
43:13, 44:20,
47:9, 50:13,
51:2, 54:21,
61:13, 63:2,
63:15, 66:18,
69:8, 70:22,
75:9, 80:14,
83:19, 88:22,
89:6, 93:7,
98:13, 99:4,
107:21, 108:11,
111:8, 116:3
entire
31:20, 36:20,
56:4, 56:14,
90:3
entirely
37:22, 55:17
entirety
85:4
equal
95:14
equality
122:9
equipped
60:21
equity
123:7, 123:9,
123:10, 123:20

erase
88:2
erased
102:16
errata
126:6
esmel
28:20
especially
115:12
esquire
3:4, 3:5, 3:14
establishment
81:21
et
1:9, 3:13, 30:8
ethnicity
78:9
even
19:10, 76:6,
77:5, 82:5,
84:15, 97:10,
112:21, 118:22
evening
6:19
event
33:11, 33:12,
33:14, 33:22,
34:4, 34:5,
104:13
events
110:20
ever
5:11, 15:18,
16:6, 18:1,
18:15, 21:19,
25:21, 37:9,
44:12, 48:7,
63:21, 68:14,
71:10, 71:13,
71:18, 71:21,
72:5, 72:14,
72:16, 73:1,
83:10, 97:13,
112:9
every
9:20, 22:17,
23:11, 25:21,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

137

51:11, 110:8,
110:12, 113:14
**everybody**
91:13, 94:1
**everyone**
35:17, 35:19,
49:10, 54:1,
54:3, 60:13,
72:20, 77:1,
88:7, 88:10,
88:14, 90:21,
93:19, 95:17,
96:18, 112:14,
122:18
**everyone's**
56:5
**everything**
10:5, 16:20,
16:21, 20:21,
25:15, 29:9,
29:11, 51:7,
53:4, 54:1,
85:22, 109:19,
109:22
**everywhere**
55:16
**exact**
102:18
**exactly**
27:17
**examination**
4:2, 5:6
**examined**
5:4, 126:3
**example**
17:2, 116:13
**examples**
36:8, 36:16,
36:22
**excerpt**
4:13
**exchange**
18:1, 23:18,
23:19
**exchanged**
18:4
**exclude**
54:2

**executive**
13:7, 13:8,
19:7, 86:1,
101:16, 110:10
**exhibit**
4:10, 4:11,
4:12, 4:13,
4:14, 26:19,
26:21, 27:8,
64:8, 64:9,
101:10, 101:11,
116:4, 116:5
**expand**
108:22
**expense**
60:3
**expenses**
124:10
**expensive**
58:11, 59:22,
60:11, 60:16,
60:18, 60:19
**experience**
36:19, 37:17
**expert**
121:15
**expires**
127:16
**explain**
23:9, 78:3
**extent**
7:4, 81:18

---
**F**
---
**face**
55:15, 57:22
**facebook**
20:1, 20:11,
20:14, 20:21,
21:1, 21:4
**faces**
108:4
**fact**
91:20
**factors**
122:8
**fair**
8:8, 30:14,

32:13, 35:18,
40:19, 41:18,
43:13, 44:20,
47:9, 48:3,
50:13, 51:2,
54:21, 61:13,
63:1, 63:15,
66:18, 69:8,
70:22, 75:9,
80:14, 83:19,
88:22, 89:6,
93:7, 99:4,
107:21, 108:11,
111:8
**fall**
104:13
**fame**
45:14, 53:11
**familiar**
5:13, 27:1,
94:10, 97:19,
120:16
**family**
50:4
**fancy**
23:20
**far**
16:15, 46:13,
49:18, 50:9,
55:3, 79:13,
87:7, 91:20,
106:14, 108:21
**fared**
124:20
**farming**
113:14
**favor**
122:11
**february**
83:5
**feel**
6:6, 53:20,
60:21, 78:11,
92:22
**fees**
10:1
**feet**
113:8

**fell**
113:20
**felt**
35:12, 56:5,
118:9, 119:9
**festival**
112:11, 113:10,
113:12, 114:2,
114:14
**few**
5:9, 73:18,
74:15, 79:1
**field**
47:15, 48:14,
98:5
**fifth**
8:6, 52:19
**figure**
54:21
**figures**
125:4
**filad**
54:17
**file**
23:4
**filing**
23:6
**filipino**
54:13, 68:19
**filipinos**
54:10, 54:19,
76:19
**fill**
42:10
**final**
117:7, 117:11
**finalized**
116:21
**finally**
49:20, 99:14
**financial**
127:12
**financing**
49:9
**find**
17:1, 20:2,
28:13, 44:2,
44:4, 95:2,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

138

100:4, 103:16,
108:22, 109:3
**findings**
99:20
**fine**
61:2
**finish**
5:21, 6:4
**fire**
41:12, 42:17,
43:1, 43:14
**fired**
118:2
**first**
5:4, 7:2, 7:12,
8:22, 10:19,
38:4, 38:8,
48:2, 68:5,
73:8, 82:20,
101:21, 108:17
**five**
8:17, 120:18,
120:20
**five-minute**
67:19
**floor**
70:8
**flyers**
30:8
**focus**
42:9, 56:12,
101:14, 107:4
**focuses**
101:19
**focusing**
24:22
**following**
65:4, 95:1,
96:15
**follows**
5:5
**football**
9:5, 9:6,
45:14, 45:15,
61:7, 61:17,
63:13, 69:19
**footprint**
114:14, 114:20

**fop**
43:5
**force**
48:8
**forefront**
104:14
**foregoing**
126:3, 127:3,
127:4
**forever**
52:17
**forgot**
11:16
**form**
60:7, 79:4,
80:18, 97:15
**formal**
110:9
**forms**
59:10
**forth**
9:15
**forum**
26:10, 31:10,
51:11
**forums**
68:9
**forward**
9:22, 80:3,
112:2, 119:6,
119:9, 119:18
**forwarded**
16:21
**found**
10:6, 51:14
**four**
9:8, 38:16
**four-by-eights**
124:14, 124:15,
124:16
**four-by-four**
124:16
**four-year**
74:14
**frankly**
43:22
**free**
6:6

**fresh**
119:6
**friday**
22:11, 22:18,
23:8, 23:11
**friend**
45:11
**friendship**
52:20
**frustration**
78:18
**full**
7:21, 50:21
**full-time**
51:3, 111:7,
111:13, 111:17
**function**
46:10, 46:11
**functions**
108:19
**funded**
117:12, 117:13
**funding**
117:14
**fundraise**
63:7, 63:8
**fundraiser**
52:11
**fundraisers**
51:21, 52:2,
53:2
**fundraising**
52:7, 74:20,
124:20
**funnel**
92:21
**further**
49:21, 125:5

**G**

**gain**
70:12
**gas**
124:18
**gave**
29:11, 73:6
**general**
10:16, 10:18,

33:6, 35:10,
36:14, 36:20,
59:21, 60:16,
70:11, 121:12,
122:10
**generalizations**
76:20
**generally**
26:15
**george**
87:17, 89:9,
90:4
**georgia**
1:6, 3:3
**getting**
80:6, 80:9,
101:15, 114:20
**give**
9:20, 46:17,
55:18, 82:2
**given**
23:1, 60:11,
62:20, 63:19,
65:11, 65:13,
73:1, 73:13,
126:5, 127:6
**giving**
9:16
**gmail**
16:3
**go**
6:14, 15:12,
17:2, 17:3,
25:18, 26:3,
37:15, 49:22,
51:11, 89:3,
89:4, 110:18,
110:20, 118:5,
118:9, 119:5,
119:21, 123:6,
124:3
**goal**
95:10, 95:16,
95:17, 100:7,
101:22, 102:4,
102:10, 102:16,
103:8, 103:9,
103:18, 104:19,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

139

104:22, 105:4,
105:21
**goals**
101:2, 109:21
**god**
28:10, 74:18
**goes**
12:5
**going**
5:8, 5:22, 6:2,
11:7, 12:9,
14:6, 26:19,
33:6, 34:20,
47:19, 48:22,
52:22, 60:22,
62:10, 62:18,
63:22, 64:8,
66:14, 67:6,
72:21, 79:3,
80:3, 81:17,
91:5, 101:10,
108:5, 111:15,
112:17, 113:16,
114:8, 114:9,
114:14, 114:16,
114:18, 114:19,
119:18
**gone**
28:10, 28:14
**good**
5:8, 43:21,
45:11, 56:3,
56:6, 98:17,
98:21, 105:6
**google**
22:1, 22:2
**gov**
16:3
**government**
25:13, 109:2
**governor**
41:16, 45:5,
45:21, 46:2,
46:5, 97:22,
98:17
**governor's**
46:12
**grade**
8:6, 52:19

**graduate**
8:22, 9:1
**grassroots**
51:8, 95:5
**great**
37:14, 46:15,
104:12, 105:1,
105:3, 112:17
**grew**
32:9, 34:14,
113:4
**ground**
53:22
**group**
43:8, 43:15,
54:19, 55:21,
77:5, 104:6,
115:10
**groups**
31:15, 33:21,
34:1, 43:17,
53:7, 54:8,
54:13, 54:16,
55:2, 55:3,
55:9, 115:17
**grow**
52:19, 108:14
**grown**
75:5, 75:8
**guess**
17:4, 25:20,
45:22, 67:9
**guy**
38:15

**H**
**hall**
45:14, 53:11
**halls**
111:3
**hampton**
30:4
**hand**
46:12, 127:14
**handing**
65:1, 66:10,
66:12, 67:13
**handle**
20:3, 20:9

**handled**
119:14
**handling**
115:10
**handout**
65:13
**handouts**
65:2, 65:11,
66:11
**hands**
51:12
**handwritten**
18:14
**hansen**
105:14, 117:19,
119:4, 119:14
**happen**
102:17, 103:12,
113:16
**happened**
82:6
**happy**
12:14, 43:22,
44:1
**hard**
5:16, 5:22,
55:12, 62:6,
88:6, 93:9,
93:15, 119:12,
124:17
**harris**
11:17, 11:18
**he'll**
125:15
**head**
5:16, 104:21
**health**
122:16
**healthy**
113:5
**heard**
65:15, 66:13,
66:16, 87:8
**hearing**
89:8
**heavily**
125:3
**hebert**
6:20

**held**
2:1, 46:10
**help**
15:2, 22:15,
48:5, 108:20,
112:15, 123:19
**helped**
62:2, 63:6,
63:8
**helpful**
106:18
**helping**
10:1, 105:4
**henley**
88:16
**here**
10:20, 32:9,
34:14, 46:9,
46:11, 52:17,
52:19, 62:18,
62:19, 69:21,
70:19, 72:15,
81:4, 101:17,
101:22, 113:4,
122:19
**hereby**
126:2, 127:4
**hereunto**
127:13
**hey**
70:18, 87:9,
115:18
**high**
8:22, 62:18
**highest**
76:18
**himself**
119:14
**hired**
38:8
**hiring**
37:15
**hispanic**
55:9, 55:21,
68:13, 69:1,
76:19
**historic**
117:5

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

140

| | | | |
|---|---|---|---|
| **historically** | **ideas** | 32:4, 67:3, 88:5 | **instagram** |
| 75:22, 78:13, | 104:12 | **income** | 20:1, 20:9, |
| 78:14, 78:22, | **identify** | 122:9 | 20:15, 20:20, |
| 79:8 | 15:2 | **increase** | 21:12, 32:11 |
| **history** | **identifying** | 50:10, 78:4, | **instead** |
| 118:11, 118:13, | 14:18 | 78:6, 103:19, | 104:15 |
| 121:5 | **identities** | 112:4, 112:5, | **institution** |
| **hold** | 77:10 | 117:14 | 10:15 |
| 16:15, 111:3 | **imagine** | **increased** | **instruct** |
| **holds** | 19:2, 25:20, | 78:1 | 12:9, 12:13, |
| 74:17 | 28:17, 31:17, | **increasing** | 12:18 |
| **holloway** | 51:21, 66:18, | 48:17, 48:18, | **instructing** |
| 1:5, 3:2 | 77:12, 109:4, | 50:8, 80:5, | 12:12, 82:4 |
| **home** | 112:8 | 123:17 | **instructions** |
| 52:12 | **imagined** | **incumbent** | 5:9 |
| **homeownership** | 21:17 | 57:4, 57:7, | **instructs** |
| 121:10, 121:21, | **impact** | 57:15, 57:17, | 6:13 |
| 122:5, 122:15, | 35:13, 112:16 | 57:18, 119:21 | **insulated** |
| 123:1 | **implement** | **incumbents** | 95:3 |
| **homes** | 70:7, 95:12, | 56:17, 57:9, | **interact** |
| 50:4, 52:6 | 104:2, 105:19 | 57:12, 95:2 | 30:22, 110:16 |
| **hopefully** | **implementation** | **indicated** | **interdenominatio-** |
| 46:12 | 101:20, 104:6, | 27:3, 28:2, | **nal** |
| **hoping** | 117:15 | 65:10 | 31:1, 120:17 |
| 47:22 | **implemented** | **indicates** | **interest** |
| **hosted** | 49:14 | 116:17 | 56:5, 127:11 |
| 52:11 | **importance** | **indicating** | **interested** |
| **hours** | 48:4, 77:22, | 64:19 | 91:9, 120:21 |
| 50:19, 50:21 | 84:17 | **indirect** | **interests** |
| **house** | **important** | 99:3 | 120:21 |
| 9:13, 9:14, | 5:19, 78:4, | **individual** | **interim** |
| 9:19, 10:2, | 78:6, 112:4, | 85:16, 90:15, | 120:4, 120:11 |
| 10:6, 111:19 | 112:7, 122:14 | 91:4, 91:16, | **interject** |
| **housing** | **improve** | 93:12 | 81:18 |
| 49:21, 50:1, | 34:15, 49:15, | **informal** | **internal** |
| 112:6 | 49:16, 103:20, | 37:19, 37:20, | 16:8 |
| **huge** | 107:5, 108:14, | 38:2, 70:17 | **interpose** |
| 47:14, 49:1, | 109:1 | **informally** | 121:12 |
| 122:11, 124:15, | **in-person** | 70:11 | **interpretation** |
| 124:16 | 42:11, 42:12 | **information** | 76:17 |
| **hybrid** | **include** | 30:16, 82:2, | **interrogatories** |
| 90:11 | 30:9, 117:1 | 102:5 | 23:20, 23:22, |
| **hyperpolarized** | **included** | **initiatives** | 24:2, 24:8, 25:1 |
| 112:22 | 54:2, 64:6, | 49:7 | **interview** |
| | 65:12, 101:16, | **insensitive** | 41:21, 42:2, |
| **I** | 117:7 | 118:18 | 42:11, 42:12, |
| **idea** | **including** | **inside** | 42:13 |
| 33:6, 111:10 | 30:17, 31:13, | 115:14 | **intrigued** |
| | | | 71:5 |

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

141

| | | | |
|---|---|---|---|
| **introduce** | 89:18 | **kids** | 63:19, 64:5, |
| 26:19, 46:2 | **james** | 10:1 | 66:12, 66:13, |
| **inundated** | 4:12 | **kill** | 66:15, 67:21, |
| 111:2 | **january** | 108:5 | 68:2, 68:10, |
| **invading** | 13:19, 27:11, | **kimball** | 68:13, 68:16, |
| 12:17 | 32:18, 127:16 | 77:17 | 68:21, 70:18, |
| **invest** | **jay** | **kind** | 75:7, 75:8, |
| 50:3 | 73:5 | 5:9, 6:3, 26:7, | 75:10, 75:18, |
| **invitation** | **jessica** | 35:20, 42:6, | 76:7, 76:22, |
| 34:5 | 39:10, 40:5, | 42:10, 48:13, | 77:5, 77:17, |
| **invitations** | 84:6 | 49:2, 49:6, | 82:18, 85:20, |
| 34:3 | **job** | 49:20, 62:9, | 86:16, 88:12, |
| **invite** | 1:20, 10:14, | 66:15, 70:10, | 89:11, 89:20, |
| 33:22 | 37:18, 51:3, | 71:1, 71:6, | 90:6, 91:12, |
| **invoking** | 103:22, 105:1, | 75:22, 77:3, | 99:11, 99:14, |
| 120:14 | 105:3, 108:12, | 89:1, 90:20, | 99:18, 102:18, |
| **involved** | 111:7, 111:10, | 91:4, 93:10, | 105:18, 110:22, |
| 14:14, 77:13, | 111:18 | 93:11, 107:16, | 111:15, 112:16, |
| 80:6, 80:10 | **jobs** | 108:18, 109:16, | 112:20, 113:18, |
| **ipad** | 50:8 | 111:22, 115:5, | 113:22, 114:4, |
| 17:13, 17:17, | **john** | 115:18, 118:13 | 114:7, 114:22, |
| 17:20 | 39:14, 40:6 | **kinds** | 115:17, 116:11, |
| **issue** | **johnson** | 19:22, 26:4 | 117:10, 119:11, |
| 48:1, 49:1, | 107:19 | **knew** | 120:19, 120:20, |
| 49:8, 79:18, | **jones** | 25:8, 62:14 | 122:9, 124:6, |
| 79:19, 83:6, | 73:5, 88:16, | **knock** | 124:20, 124:22, |
| 83:10, 92:1, | 106:16 | 59:19 | 125:1 |
| 92:5, 92:12, | | **know** | **known** |
| 119:19 | **K** | 5:21, 7:13, | 45:11 |
| **issued** | **kane** | 13:17, 13:22, | |
| 100:9, 100:19 | 106:10 | 14:7, 16:1, | **L** |
| **issues** | **keep** | 16:7, 16:13, | **lack** |
| 45:17, 45:18, | 18:10, 18:12, | 16:22, 18:7, | 27:10, 98:18, |
| 58:2, 63:12, | 18:17, 18:18, | 21:1, 22:22, | 98:22 |
| 70:7, 77:4, | 19:4, 22:6, | 23:12, 26:1, | **lady** |
| 79:11, 79:16, | 22:7, 22:8, | 27:17, 29:14, | 125:14 |
| 79:17, 79:21, | 22:11, 22:18, | 35:7, 36:17, | **lake** |
| 92:2, 104:1, | 22:20, 22:22, | 37:12, 37:22, | 76:2 |
| 108:22, 112:1, | 23:4, 23:5, | 38:1, 39:5, | **lamar** |
| 112:8 | 29:11, 69:20, | 43:12, 43:21, | 3:5 |
| **issuing** | 119:12 | 44:5, 44:6, | **lang** |
| 101:5 | **kept** | 44:9, 44:10, | 3:4, 4:3, 5:7, |
| **items** | 38:1 | 45:22, 46:16, | 12:9, 12:11, |
| 109:20 | **key** | 49:19, 50:3, | 12:19, 22:14, |
| **itself** | 123:18 | 50:4, 50:14, | 22:16, 57:3, |
| 115:16 | **keywords** | 51:9, 53:6, | 61:2, 67:18, |
| | 26:4, 26:7 | 53:10, 54:7, | 80:20, 82:4, |
| **J** | **kick-start** | 61:4, 62:13, | 101:15, 116:4, |
| **jackson** | 62:3 | | |
| 87:17, 89:15, | | | |

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

142

121:16, 123:22,
125:7
**lap**
113:21
**laptop**
16:17, 17:11,
17:21, 29:20
**large**
8:2, 38:14,
56:7, 56:10,
60:19, 90:14,
90:21, 91:5,
91:14, 92:18,
93:19, 96:5,
96:10, 96:12
**largest**
58:8, 95:7
**last**
58:15, 108:6
**latasha**
1:5, 3:2
**late**
39:16, 41:8
**later**
39:9
**latest**
119:18, 119:19
**latino**
55:9, 68:13,
69:1, 76:10,
76:16
**latinos**
75:19
**law**
77:3
**laws**
109:14
**lawsuit**
10:20, 11:3,
11:13, 13:5,
13:9, 13:12,
81:3, 81:8,
95:11
**lawsuits**
23:18
**laying**
119:8
**leader**
46:19, 62:20,

63:5, 89:12,
89:19
**leaders**
55:7, 107:17
**leadership**
31:10
**league**
9:6, 9:10
**leagues**
10:9
**leahy**
120:6
**learn**
10:19, 70:21
**learning**
70:6, 76:6,
76:8
**leave**
19:6, 19:7
**led**
46:16, 98:18,
98:22, 99:14,
114:18
**left**
54:5, 124:4
**legal**
3:6
**legible**
65:7
**legislative**
7:3, 70:6,
71:5, 81:19,
81:22
**less**
60:18, 95:2,
95:4
**let's**
94:18
**letting**
23:12
**level**
12:5, 36:12,
47:15, 48:14,
98:5
**levels**
121:9
**liaising**
106:15

**liaison**
103:9, 103:14,
103:22, 106:5,
106:8, 112:3,
112:10, 112:11,
113:9, 113:17
**life**
23:1, 25:22,
50:20, 53:6,
75:4
**light**
7:2, 49:9,
49:10, 49:13
**likely**
29:13
**line**
12:7
**lines**
33:13
**listen**
35:17, 84:19,
108:16, 111:2
**listening**
108:21
**literally**
36:20
**literature**
124:19
**little**
8:20, 23:9,
47:10, 47:12,
57:21, 70:1,
91:11, 103:13,
122:4
**livable**
50:1, 50:9
**live**
8:13, 28:16,
94:5, 96:3,
96:7, 96:20
**lived**
8:15
**lives**
61:21, 92:7,
113:4
**living**
8:9, 8:18, 9:4,
10:12

**local**
52:17, 53:7,
102:5
**location**
66:7, 114:15,
114:17, 115:1
**long**
8:9, 8:15, 9:7,
11:10, 12:3,
12:5, 12:16,
34:17, 54:20,
69:9, 69:10,
75:3, 99:8,
99:11, 106:5,
123:6
**longer**
37:1, 101:8,
101:17
**longest**
37:3
**look**
16:9, 16:14,
17:4, 25:5,
25:10, 26:13,
26:14, 27:7,
29:2, 30:11,
32:11, 50:4,
50:7, 98:10,
119:17
**looked**
25:3
**looking**
9:22, 100:11,
100:12, 107:12,
109:5, 116:11
**looks**
9:15
**lose**
95:22, 96:9
**lot**
31:18, 33:18,
37:12, 38:22,
50:3, 51:13,
63:2, 76:8,
100:7, 111:21,
112:12, 119:16,
122:7, 123:8,
123:11

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

143

**lots**
77:7
**louis**
88:16, 106:16
**loves**
113:4
**loyalty**
108:17
**lucas**
38:18
**lyft**
49:19

**M**

**made**
34:12, 37:12,
77:7, 117:11,
120:7
**maintain**
101:2
**maintaining**
80:4
**majority**
79:20
**make**
31:21, 85:6,
88:21, 93:9,
93:15, 98:15,
105:6, 111:3,
112:15, 113:5,
117:16
**makes**
53:15, 60:4,
63:15, 87:13,
105:8, 105:9
**makeup**
107:3, 108:10
**makeups**
77:8
**making**
48:22, 104:14
**man**
28:22, 29:1
**manager**
28:18, 28:19,
37:16, 40:18,
41:1, 44:3,
44:10, 51:10,

105:9, 105:12,
117:19, 120:4,
120:11
**managers**
105:16
**manner**
118:16
**many**
7:17, 24:11,
33:19, 50:19,
51:12, 52:2,
55:11, 59:18,
61:22, 107:20,
115:12, 115:13,
121:4, 121:7,
124:4
**march**
33:3, 33:4,
50:16, 99:17,
106:7
**marching**
99:16
**mark**
64:8, 101:10,
116:4
**marked**
26:21, 64:9,
101:11, 116:5
**market**
58:11
**marketplace**
102:6
**material**
29:10
**materials**
28:6, 28:9,
29:5, 29:7,
30:16, 31:12,
32:3
**matter**
89:4
**maybe**
30:18, 33:3,
33:4, 37:1,
37:10, 73:6,
89:15
**mayor**
13:13

**mbc**
112:3
**mean**
19:3, 24:10,
24:15, 25:7,
25:20, 34:12,
48:11, 48:17,
48:21, 50:9,
53:4, 60:13,
60:15, 62:9,
79:17, 79:18,
80:7, 85:1,
85:21, 91:9,
94:14, 106:17,
119:16, 123:10
**meaning**
81:11
**meant**
88:3
**media**
19:19, 19:20,
19:22, 34:4,
34:7, 38:15,
38:17, 58:11,
58:16, 58:17,
72:14, 124:12,
124:17
**meeks**
28:20, 29:2,
29:13
**meet**
12:1, 38:4,
42:21, 43:3,
44:12, 46:5,
46:8, 54:3,
110:18
**meeting**
11:21, 18:16,
19:3, 44:16,
51:12, 54:9,
55:6, 55:10,
55:12, 83:20
**meetings**
19:7, 38:2,
42:19, 53:1,
109:17, 110:7,
110:21
**member**
15:14, 16:16,

20:16, 32:20,
64:12, 65:9,
66:10, 67:13,
81:6, 81:10,
82:12, 83:12,
84:10, 84:12,
84:18, 84:20,
86:14, 87:3,
88:4, 94:21,
97:15, 108:13,
110:2, 113:3,
117:15
**members**
13:6, 13:10,
18:2, 18:5,
19:13, 19:15,
24:1, 31:3,
31:6, 31:14,
36:5, 40:1,
45:2, 46:22,
56:10, 68:10,
69:2, 79:2,
81:20, 85:8,
85:14, 85:17,
88:5, 88:6,
92:17, 107:20,
118:1
**memory**
33:6
**mentioned**
7:16, 23:8,
29:12, 38:22,
61:6, 70:10,
89:15, 104:4
**mentor**
37:5
**mentors**
36:11, 36:16
**message**
64:21
**messaged**
21:19
**messages**
18:1, 18:4,
65:5, 65:9
**met**
11:9, 11:14,
12:16, 44:13,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

144

44:22, 54:3,
55:11, 55:16,
68:5, 70:16
**middle**
64:16
**might**
5:13, 17:17,
31:13, 32:3,
46:16, 47:10,
60:6, 79:7,
79:21
**mike**
52:13, 52:14
**minchin**
114:16
**mine**
17:18
**minimum**
50:10
**ministers**
31:1, 36:5,
120:17
**minns**
87:17, 89:9,
89:11, 89:12,
90:5
**minor**
9:10, 10:9
**minorities**
49:3, 79:13,
95:15, 100:13,
107:5
**minority**
27:10, 27:19,
27:20, 28:2,
31:22, 32:5,
32:8, 48:16,
48:18, 49:2,
75:4, 75:11,
78:16, 78:19,
79:19, 80:4,
86:13, 86:15,
87:2, 87:5,
87:6, 89:13,
93:10, 98:11,
98:18, 99:8,
100:1, 101:2,
102:14, 103:10,

103:14, 103:17,
103:20, 104:5,
104:14, 106:6,
106:8, 106:12,
106:22, 107:2,
107:3, 107:7,
107:17, 109:21,
118:1, 121:7,
121:20
**minority-owned**
102:1, 102:10
**minute**
25:1
**mischaracterized**
6:21
**missing**
41:17
**mom**
37:6
**moment**
14:8
**money**
58:2, 73:1,
111:14, 124:6
**month**
33:2, 39:16,
110:14
**months**
8:17, 10:21
**more**
24:14, 37:18,
37:20, 47:10,
47:16, 48:4,
48:15, 49:18,
50:3, 51:3,
51:4, 53:6,
53:12, 53:13,
60:18, 60:19,
61:21, 78:10,
80:6, 80:9,
87:7, 91:11,
92:7, 92:8,
106:20, 108:18,
111:22, 122:4
**morning**
5:8
**moss**
39:14, 40:6,

40:15, 84:10,
84:12, 84:18
**most**
35:13, 50:5,
93:1
**move**
49:6, 69:18,
94:18, 112:2,
123:19
**moved**
8:5, 52:19,
56:15, 114:22
**movement**
103:5
**moving**
50:5
**much**
44:11, 47:5,
97:1, 101:17,
111:4, 117:13,
124:6
**municipal**
2:7, 3:17
**myself**
51:9, 102:15,
111:4, 113:2,
113:3

**N**

**naacp**
31:5, 113:22,
114:3
**name**
7:22, 23:20,
38:1, 61:8,
61:22, 62:3,
65:12, 67:3,
108:7
**nation**
122:10, 123:3
**national**
9:5
**native**
75:21
**necessarily**
49:12, 76:12,
87:8
**need**
17:1, 22:6,

22:14, 22:16,
50:3, 57:1,
73:17, 94:19,
115:18, 119:7
**needed**
28:13, 35:13,
48:6, 56:6,
119:6
**negative**
66:16
**neighborhood**
52:18
**neighborhoods**
75:22, 76:1,
76:9, 76:11,
76:13
**neighbors**
95:6
**neither**
127:9
**never**
20:18, 48:12,
86:7, 88:8,
113:20, 115:1,
115:15
**nevertheless**
7:1
**new**
49:18, 120:1
**next**
102:22, 103:11
**nfl**
45:15
**nineteen**
75:14, 75:16
**non-profit**
9:11, 9:12,
9:15, 10:7
**non-public**
85:16
**non-vbgov**
16:4
**none**
39:4, 62:6
**norfolk**
1:3, 8:5, 13:18
**normal**
5:15, 5:20,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

145

53:5
**northam**
41:16, 45:6,
45:21, 46:3,
46:6, 97:22,
98:17
**notarial**
127:14
**notary**
2:18, 127:21
**note**
111:6
**noted**
94:20
**notepads**
18:15
**notes**
19:3
**nothing**
13:22, 27:18,
72:21
**notice**
2:17
**noticed**
122:22
**november**
32:14, 50:16,
63:22
**number**
15:3, 23:21,
27:7, 79:11
**numbered**
90:6, 90:10,
94:13, 94:17
**numerous**
47:17
**nw**
3:7

---
O
---

**oath**
5:5
**obama**
73:14
**object**
6:12, 12:15,
60:7, 60:22,
67:6, 79:3,

80:18, 93:2
**objecting**
12:4
**objection**
6:13, 61:2,
80:20, 81:18,
85:15, 121:13
**objects**
30:16
**obstacle**
80:7, 80:11
**obstacles**
80:3
**obtain**
122:15
**obviously**
38:15, 49:16,
50:15, 52:7,
72:20, 82:20,
107:14, 109:19,
112:18, 114:13,
115:7
**offensive**
118:19, 118:21,
119:7
**offering**
121:14
**offhand**
18:8, 18:9,
24:19
**office**
3:15, 16:17,
19:9, 19:11,
19:18, 32:22,
34:10, 34:13,
34:18, 34:21,
35:15, 36:10,
37:10, 44:7,
53:13, 62:22,
71:10, 93:21,
103:1, 103:12
**officeholders**
45:3, 108:2
**officer**
127:3
**officers**
48:2
**offices**
2:2, 19:12

**official**
14:4, 14:9,
14:10, 15:14,
21:4, 21:11,
35:9, 65:21,
71:7, 71:8,
72:22
**officially**
72:18
**officials**
13:15, 21:20,
35:20, 39:22,
40:4
**often**
5:20, 110:10
**oh**
15:5, 23:2,
87:20, 104:12,
111:16
**ol**
98:17, 98:21
**olga**
108:6
**once**
7:18, 37:11,
38:21, 44:13,
103:10, 125:17
**one**
2:7, 3:17,
10:4, 23:17,
24:14, 36:3,
37:2, 39:5,
47:16, 52:8,
52:9, 53:19,
56:8, 57:11,
57:15, 57:17,
57:18, 58:20,
58:21, 67:3,
68:9, 76:3,
79:12, 86:19,
88:7, 88:18,
90:4, 94:6,
99:12, 99:15,
105:10, 105:16,
111:15, 112:17,
114:7, 116:13
**ones**
73:4

**only**
6:14, 7:10,
9:21, 17:7,
17:18, 22:8,
22:11, 22:17,
22:18, 40:4,
57:18, 73:5,
73:20, 77:10,
82:8, 84:11,
86:22, 112:11,
113:9, 116:2,
124:22
**open**
34:6, 49:18,
53:19, 57:11,
57:17, 70:20,
83:11
**opening**
56:1
**opinion**
84:14
**opinions**
36:11
**opposite**
91:22
**order**
70:11, 119:5
**ordinance**
102:16
**ordinances**
109:12, 109:20
**ordinary**
47:11
**originally**
8:3, 8:5
**other**
5:20, 10:3,
13:6, 13:15,
16:4, 25:14,
35:6, 38:11,
39:22, 46:22,
53:2, 55:2,
59:10, 63:21,
64:5, 68:21,
71:19, 72:7,
72:9, 73:12,
74:18, 82:1,
85:21, 85:22,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

146

90:4, 104:17,
104:18, 105:18,
105:20, 108:2,
109:16, 110:8,
110:12, 111:18,
112:9, 114:16,
115:2, 123:18
**other's**
5:21
**otherwise**
32:4, 60:6,
93:11, 127:12
**ourselves**
51:8
**out**
10:1, 23:15,
24:7, 28:6,
29:10, 31:22,
32:8, 34:2,
39:5, 39:8,
39:17, 40:1,
40:12, 40:13,
40:14, 40:15,
40:16, 40:17,
40:22, 41:4,
42:10, 44:2,
44:4, 44:8,
46:9, 47:3,
53:17, 54:21,
55:8, 59:19,
63:10, 65:1,
65:11, 66:11,
66:13, 67:13,
74:11, 85:21,
87:15, 114:21,
115:16, 124:19,
125:17
**out-spoken**
89:22
**outcome**
127:12
**outcomes**
121:10
**outlook**
103:18
**outreach**
32:5, 99:16,
100:14, 100:15,

101:1, 109:2
**outreached**
54:4
**outside**
13:8, 40:1,
81:8
**outspent**
125:2, 125:3
**outspoken**
45:16
**over**
5:19, 29:10,
75:4
**overall**
101:22, 102:4,
102:9
**overlook**
101:9
**overlooked**
79:20
**own**
16:13, 51:11,
76:17, 78:3,
95:22, 97:11,
113:7, 113:8,
121:13
**owners**
107:3, 107:7

| P |
| --- |

**package**
22:17
**packet**
22:9, 22:11,
23:9, 23:11,
64:17
**page**
4:2, 4:10,
21:1, 64:18,
65:4, 77:19,
102:2, 116:14,
116:16
**pages**
1:21, 101:18
**paid**
48:3, 59:10,
111:9
**par**
50:7

**park**
116:18
**parking**
116:18, 117:1
**part**
39:9, 59:15,
78:1, 78:2,
91:20, 92:6,
119:2
**part-time**
111:7, 111:9,
111:16
**partake**
54:1
**participate**
49:3, 95:18,
100:13
**participation**
48:16, 48:18,
49:2, 98:11,
100:13, 101:3,
102:1, 102:11,
102:14, 103:17,
103:20, 107:6,
109:21
**particular**
54:9, 54:14,
55:8, 55:20,
56:1, 56:13,
92:15, 121:2
**particularly**
48:9, 51:18,
59:15, 62:21,
65:7, 76:7,
79:18, 122:12
**parties**
127:11
**pass**
28:6, 109:14,
124:19
**passed**
29:10, 89:11
**passes**
109:9
**past**
61:7, 61:10,
86:12
**pay**
16:6, 22:5

**penny**
1:22, 2:17,
127:2
**people**
33:18, 33:19,
33:21, 35:9,
36:8, 36:11,
36:13, 36:22,
40:22, 50:5,
55:11, 55:16,
56:22, 60:4,
60:20, 61:17,
61:20, 63:9,
63:12, 65:22,
77:8, 80:6,
84:22, 85:2,
85:5, 85:6,
95:18, 108:16,
108:17, 111:15,
111:16, 114:21,
115:12, 115:13,
121:7, 125:13
**percent**
75:14, 75:15,
75:16, 102:14
**percentage**
75:10, 76:19,
100:7
**percentages**
75:19
**perception**
98:12
**perhaps**
98:21
**period**
35:14
**permits**
115:12
**permitting**
115:11
**person**
22:2, 38:8,
38:17, 55:13,
65:2, 89:22,
105:2, 113:7
**personal**
15:18, 15:22,
16:12, 17:21,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

147

21:6, 21:15,
21:20, 22:7,
22:8, 22:21,
22:22, 23:2,
25:14, 29:19,
29:20, 36:11,
37:5, 52:6,
52:11
**personally**
109:7
**perspective**
118:7
**perspectives**
78:8, 108:15,
113:7
**phone**
17:3, 18:13,
21:14, 21:20,
41:5, 41:6
**picture**
29:22, 30:10,
30:13
**pictures**
20:17, 20:18,
30:8, 30:17,
30:20, 31:13,
32:4, 65:4
**pieces**
82:1
**place**
6:22, 17:7,
49:12, 49:15,
65:3
**places**
52:6, 61:18,
121:4
**plaintiffs**
1:7, 3:2, 5:6,
14:20, 23:21
**plan**
49:12, 49:14,
74:10, 103:8,
104:6, 120:18,
120:19, 121:1
**planning**
104:10, 109:20
**plans**
74:16, 114:7

**platform**
46:20, 47:13,
47:14, 78:2,
111:21
**played**
9:10, 119:1
**player**
9:5, 45:15,
61:7, 61:17
**playing**
9:7, 10:8,
47:15, 48:14,
69:19, 98:5
**please**
11:8, 11:10,
57:2
**point**
39:7, 40:2,
81:17, 119:10,
120:18
**points**
120:20
**polarized**
53:21, 80:17,
81:1
**police**
41:12, 42:17,
43:4, 43:5,
43:6, 48:2, 48:8
**policemen's**
43:15
**policies**
48:13, 49:7,
49:20, 63:12
**policing**
109:21, 120:18,
120:20
**policy**
81:21
**political**
45:17, 63:9,
71:19, 73:2,
74:11, 93:17,
94:18, 112:22
**politically**
70:3, 72:8
**politics**
53:20, 53:21,

60:15, 72:13,
98:1, 113:1
**poll**
64:22, 65:19,
65:20, 65:21
**polling**
65:3, 66:7
**pool**
60:20
**pop**
26:11
**popped**
27:18
**popping**
38:2
**popular**
96:9, 97:6
**populated**
58:9
**population**
75:5, 75:11,
79:19
**portion**
101:13
**position**
7:22, 20:15,
32:19, 35:6,
71:7, 71:9,
71:14, 94:6,
113:1, 118:4,
120:11
**positions**
90:14, 94:1,
94:2
**possibility**
35:16, 35:22
**possible**
39:10, 111:4,
113:6
**possibly**
87:17, 99:2
**post**
20:17, 20:18,
20:22, 90:6,
90:10
**posting**
37:18
**posts**
94:13, 94:17

**potential**
84:5
**potentially**
82:12
**poverty**
121:9
**predominantly**
76:10, 76:15
**preface**
11:6, 11:12
**preference**
78:9
**preparation**
12:6, 13:3
**prepare**
11:5, 11:13,
12:16
**present**
11:20, 27:12
**presented**
102:6
**president**
42:22, 43:1,
43:4, 73:14,
107:19, 108:3
**presidential**
72:17
**press**
33:12, 33:14
**pretty**
45:16, 47:5,
49:5, 54:19,
58:5, 80:16
**prevent**
119:8
**primarily**
42:9
**primary**
110:15
**princess**
8:14, 56:17,
57:4
**printing**
124:17
**prior**
11:3, 12:7,
44:14, 63:19,
67:21, 70:2,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

148

70:3, 71:18,
106:8, 117:22,
119:20
**priorities**
78:2, 111:22
**private**
120:13
**privilege**
7:4, 12:17,
81:22, 120:14
**probably**
10:21, 34:21,
37:2, 38:7,
39:16, 54:21,
60:4, 63:1,
75:2, 79:13,
88:15, 108:8
**problem**
92:10, 93:18,
100:16
**problems**
98:8
**proceed**
7:8
**process**
41:22, 70:6,
70:7, 71:5,
80:10, 104:11,
116:8, 120:3
**produce**
14:15
**produced**
14:20
**professional**
9:5, 53:9,
55:15, 62:21,
63:6
**professionally**
45:13, 45:14,
69:20
**program**
71:3, 101:19,
103:2, 105:20,
117:10
**prominent**
89:12, 89:18
**promoted**
104:20

**proper**
20:4, 115:11
**proportionate**
78:15
**proposal**
86:3
**proposals**
81:4, 81:9,
112:1
**proposed**
106:2
**protect**
108:21
**protest**
99:18
**provide**
15:1, 19:12,
25:5, 27:8,
36:15, 36:22,
125:11
**provided**
24:18
**provides**
22:13, 23:14
**public**
2:18, 21:3,
47:14, 47:17,
48:1, 70:20,
71:10, 71:14,
83:12, 83:18,
84:1, 84:2,
84:4, 85:22,
87:14, 89:4,
89:8, 99:16,
99:19, 109:2,
110:6, 110:20,
118:15, 119:13,
127:1, 127:21
**pull**
112:13
**purpose**
95:13
**pursuant**
2:17
**put**
26:3, 49:14,
51:9, 51:10,
85:9, 86:3

**putting**
52:22, 81:3,
85:11, 90:13

**Q**

**queen**
76:7
**question**
6:9, 6:15,
7:11, 13:20,
14:21, 27:16,
43:21, 48:12,
56:3, 57:1,
60:8, 60:10,
60:11, 79:5,
79:6, 80:12,
80:19, 82:10,
91:10, 93:6,
93:9, 96:6,
105:6, 106:19
**questions**
6:3, 6:4, 6:6,
6:12, 7:5, 7:14,
11:7, 23:19,
23:20, 25:2,
25:7, 26:9,
26:13, 42:6,
42:8, 77:20,
124:4, 125:5,
125:7
**quick**
123:22
**quite**
6:21, 43:22

**R**

**race**
65:2, 65:12,
66:22, 92:1,
125:1
**races**
73:12, 74:8,
74:11, 90:15,
90:20, 91:16,
93:13
**racial**
77:8, 121:5,
123:6, 123:9,

123:20
**racially**
80:16, 81:1,
118:18
**radio**
59:11
**rail**
49:9, 49:10,
49:13
**raise**
124:7
**ralph**
41:16
**ran**
53:7, 53:19,
56:18, 73:8,
73:9, 93:21
**ranked**
97:16
**rarely**
18:3, 18:6
**rather**
35:6, 56:1,
85:7, 90:20,
93:13, 95:6
**reach**
31:22, 39:8,
40:1, 40:12,
40:15, 40:16,
41:4, 44:8,
47:3, 53:17,
101:2
**reached**
39:5, 40:13,
40:14, 40:17,
40:22, 125:4
**reaction**
101:4
**read**
16:8, 26:16,
108:8, 111:15,
125:9, 125:13,
125:15, 125:16,
126:3
**reading**
127:8
**reads**
64:20

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

149

**ready**
114:9, 114:21
**really**
25:8, 36:12,
51:7, 56:5,
74:17, 80:12,
112:12, 119:11,
124:4
**reason**
7:13, 13:17
**reasons**
79:7, 100:4,
118:8
**recall**
24:12, 24:13,
24:15, 24:16,
25:2, 25:7,
27:15, 33:3,
38:5, 42:15,
44:22, 54:9,
55:6, 55:9,
83:9, 89:8,
89:10, 117:18
**receive**
22:17, 23:11,
39:2, 123:9
**received**
6:19, 14:7,
25:21, 26:20
**recent**
121:22, 122:6,
123:1
**recently**
99:6, 117:19
**recess**
67:20, 124:2
**recognition**
61:8, 61:22,
62:3, 63:4
**recognize**
85:2
**recognizes**
84:16
**recollection**
55:19
**recommendation**
101:21
**recommendations**
37:17, 104:8,

104:18
**recommended**
37:21, 38:1
**record**
6:1, 6:14,
7:22, 12:11,
18:18, 83:18,
89:5, 124:3,
127:5
**records**
73:16, 73:17
**recount**
113:18
**redistricting**
77:13
**reduced**
127:7
**reelection**
74:13, 74:16
**referendum**
85:9, 86:3
**referring**
114:12
**regional**
49:13, 112:5
**registered**
69:9
**registration**
114:1, 114:5,
114:10, 114:17,
115:9
**regularly**
69:13, 69:15,
110:6
**relate**
17:17
**related**
26:10, 26:15,
27:9, 104:18,
106:2, 127:10
**relatively**
90:19
**relevant**
14:19
**remarks**
119:7
**remember**
24:17, 25:3,

33:2, 39:12,
41:11, 42:4,
55:12, 66:8,
83:17, 84:8,
108:6
**removed**
113:19
**repeat**
60:10, 79:6
**rephrase**
93:9
**replaced**
113:20
**report**
66:3, 101:17
**reported**
1:22, 64:22,
65:17
**reporter**
5:17, 6:1
**reporter-notary**
127:1
**represent**
31:13, 56:4,
56:13, 56:14,
93:1
**representation**
27:10, 27:19,
27:21, 28:3,
78:16, 79:9,
80:4, 86:16,
86:20, 98:18,
98:22, 123:18
**representative**
43:8, 43:15
**representatives**
87:7, 91:21,
98:13
**represents**
92:8
**reputation**
46:18
**request**
14:9
**requested**
116:17, 117:4,
127:9
**requests**
23:18

**requirement**
95:20
**reside**
95:21
**residency**
69:18, 69:21,
69:22
**resident**
52:17
**resign**
118:2, 118:5,
118:9
**resignation**
117:22
**resigned**
117:20
**resolutions**
109:20
**resonate**
79:21
**respect**
9:19, 36:12,
82:5, 89:21,
119:17
**respectable**
118:16
**respond**
40:8, 67:15
**responders**
48:3
**response**
30:18, 64:11
**responsibilities**
108:13
**responsive**
25:11, 27:4,
27:16, 29:3
**rest**
79:22, 80:2
**restate**
6:6
**retreat**
83:1, 83:7
**revenue**
108:22
**review**
13:2, 25:21,
101:14, 116:10

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

150

| | | | |
|---|---|---|---|
| **reviewed**<br>24:1<br>**richmond**<br>46:8<br>**ridiculous**<br>124:18<br>**right**<br>6:9, 6:17,<br>13:17, 25:3,<br>25:22, 27:5,<br>31:19, 32:15,<br>32:20, 33:8,<br>36:21, 45:18,<br>50:17, 51:22,<br>56:11, 57:19,<br>58:6, 59:14,<br>59:16, 61:9,<br>63:17, 64:13,<br>70:12, 71:21,<br>73:19, 75:6,<br>77:6, 77:9,<br>78:13, 78:16,<br>82:19, 83:22,<br>86:21, 88:9,<br>90:11, 90:13,<br>90:22, 92:11,<br>92:14, 92:18,<br>93:1, 93:20,<br>94:2, 94:3,<br>94:7, 94:13,<br>94:17, 96:2,<br>96:6, 96:8,<br>96:11, 96:18,<br>96:19, 96:22,<br>97:2, 97:4,<br>97:8, 98:2,<br>99:6, 102:2,<br>104:7, 108:4,<br>109:10, 109:14,<br>110:1, 111:20,<br>112:2, 115:22,<br>116:9, 116:12,<br>116:18, 117:5,<br>117:20, 118:2,<br>123:2, 123:4,<br>123:16, 125:9<br>**rmr**<br>1:22, 2:18, | 127:2<br>**roads**<br>30:5, 49:16<br>**rock**<br>54:4<br>**role**<br>100:17, 100:20,<br>110:1, 110:3,<br>112:20, 120:2<br>**roles**<br>123:19<br>**ron**<br>68:17, 68:18,<br>69:4<br>**room**<br>2:8, 3:18,<br>19:6, 19:14<br>**roosevelt**<br>8:1<br>**rosemary**<br>88:16<br>**roughly**<br>95:6<br>**rouse**<br>1:14, 2:1, 4:2,<br>4:10, 4:11, 5:3,<br>5:8, 8:1, 20:5,<br>20:10, 20:12,<br>20:22, 21:8,<br>29:22, 63:11,<br>63:13, 116:17,<br>124:3, 125:20,<br>126:2<br>**rouse's**<br>9:13, 9:14,<br>9:18, 10:2,<br>10:6, 111:19<br>**rpr**<br>1:22, 2:18,<br>127:2<br>**run**<br>32:22, 34:9,<br>34:12, 34:20,<br>36:10, 37:10,<br>53:22, 55:22,<br>56:7, 58:11,<br>58:14, 58:19,<br>59:22, 60:5, | 60:12, 60:13,<br>60:21, 62:22,<br>71:10, 74:16,<br>79:15, 90:21,<br>94:2, 95:4,<br>96:4, 111:5<br>**running**<br>34:18, 35:15,<br>35:22, 36:18,<br>47:13, 53:13,<br>57:4, 57:7,<br>57:9, 57:12,<br>57:18, 58:1,<br>96:21, 120:10<br>**S**<br>**sabrina**<br>67:22<br>**safe**<br>23:7<br>**safely**<br>114:21<br>**safety**<br>47:14, 47:17,<br>48:1<br>**said**<br>25:4, 55:18,<br>127:6<br>**salary**<br>111:12<br>**salem**<br>76:13, 76:15,<br>76:18<br>**same**<br>20:9, 48:17,<br>53:6, 85:15,<br>126:4<br>**saved**<br>77:19<br>**say**<br>5:15, 5:18,<br>8:7, 10:10,<br>22:19, 22:21,<br>29:6, 34:21,<br>36:17, 37:10,<br>39:4, 40:18,<br>41:13, 41:14,<br>42:9, 44:17, | 45:9, 51:1,<br>51:9, 52:2,<br>55:12, 73:16,<br>76:2, 76:12,<br>76:13, 76:18,<br>81:7, 84:11,<br>84:15, 87:9,<br>88:7, 88:14,<br>88:18, 92:12,<br>101:7, 106:11,<br>111:6, 111:16,<br>120:12, 123:8,<br>123:12, 124:8<br>**saying**<br>84:13, 84:18,<br>87:6, 87:11,<br>87:12, 118:14,<br>123:15<br>**says**<br>27:8, 64:15,<br>102:3<br>**schedule**<br>14:1<br>**schedules**<br>49:17<br>**scheme**<br>81:5, 81:10,<br>87:4, 97:14<br>**school**<br>8:22, 9:20,<br>62:18<br>**schools**<br>53:8<br>**science**<br>9:1, 93:18,<br>94:18<br>**screenshot**<br>64:21<br>**se**<br>10:14, 19:5,<br>31:2, 31:8,<br>34:5, 87:9<br>**seal**<br>127:14<br>**search**<br>15:2, 25:17,<br>25:18, 26:4,<br>27:16 |

Transcript of Aaron R. Rouse
Conducted on September 11, 2019                    151

searched
25:13, 25:14,
25:15, 26:8,
26:9, 26:10,
26:16
searching
24:20
seat
56:2, 56:13,
96:11, 97:10
seatack
52:20, 52:21,
76:2, 116:18,
117:2, 117:5
seats
57:1, 57:10,
57:13, 57:14,
57:19
second
44:21, 102:7
section
85:22, 102:22
see
24:16, 25:9,
27:13, 63:10,
65:5, 80:3,
91:3, 91:11,
101:21, 108:4,
112:16
seen
78:18, 79:13,
109:6, 110:16,
111:4
self
71:1
self-explanatory
49:6
self-improvement
71:4
self-study
10:15
senate
73:22
senator
41:16, 43:20,
44:7, 44:12,
73:22
send
34:2

sense
53:15, 63:15,
87:13
sent
23:15
sentence
102:7
sentences
5:21
separate
43:17, 43:18
september
1:16, 127:15
series
11:7, 116:7
seriously
112:21
serve
85:4
served
23:21
services
21:22, 22:5,
29:20
session
13:7, 13:8,
83:11, 84:4,
87:14, 110:11
set
127:13
set-asides
49:2
setting
101:2, 115:6
sexual
78:9
shake
5:16, 46:11
shaking
51:12
shannon
106:10
share
122:2
shared
19:14
sheet
126:6

sheila
107:19
shoestring
51:4
shooter
119:3
shorthand
127:1
should
14:19, 37:10,
49:14, 75:2,
85:5, 102:1,
102:3, 108:7,
118:5, 118:9
show
118:15
showing
32:5
shown
103:19
shows
122:16
side
91:22, 92:7,
92:9
sign
125:9, 125:13,
125:16
signage
117:4
signature
125:19, 126:11
signature-k9lvk
127:17
signed
126:7
significant
61:8
signing
127:9
signs
51:11, 52:22,
124:17
since
45:12, 62:18,
69:11, 83:11,
83:21, 86:5,
86:10, 101:17,

106:7
single
29:19, 50:4,
81:6, 81:10,
82:12, 84:20,
86:14, 87:3,
88:4, 94:21,
97:15, 118:7
six
125:4
skills
70:12
slate
64:2, 64:6,
67:3, 67:4
small
51:15, 51:17
smaller
60:20
smith
45:9, 45:10,
45:11, 45:16,
107:22
social
19:19, 19:22,
34:4, 34:7,
58:16, 58:17,
72:13, 123:10
sociology
9:2
solutions
109:3
some
5:13, 6:12,
14:3, 32:3,
35:6, 36:8,
36:13, 36:15,
41:17, 45:17,
46:10, 47:19,
53:1, 58:19,
58:20, 60:4,
61:7, 62:13,
65:4, 66:21,
74:1, 76:6,
76:17, 104:12,
113:1, 117:22,
118:18, 118:19
somebody
44:7

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

152

someone
39:8, 84:14,
91:20, 91:22,
92:6, 92:8,
120:1
something
5:22, 20:22,
26:11, 33:12,
106:20, 112:4,
112:10, 113:10,
114:1, 114:5,
119:16, 124:16
sometimes
15:21, 16:3,
23:1, 84:19
somewhat
84:16
somewhere
68:9
sorry
10:17, 11:18,
22:10, 33:3,
40:10, 44:19,
69:7, 87:22,
96:15, 116:15
sought
86:19
space
115:21
span
51:19
speak
5:14, 5:19,
35:21, 36:3,
36:5, 43:8,
53:10, 61:18,
90:3, 98:5,
109:6, 113:8,
118:17
speaker
53:8
speaking
14:8, 21:2,
77:10, 84:17
speaks
84:12
special
73:18, 74:1,

74:2, 74:5
specific
7:5, 49:4,
70:14, 90:20,
91:11, 92:2,
92:13, 112:1,
114:15, 114:17
specifically
9:18, 31:21,
47:22, 53:16,
82:16, 82:18,
84:8, 114:3
speculate
18:9
speculation
60:8, 61:1,
67:7, 79:4, 93:3
spoke
40:5, 44:16,
46:19, 47:16,
53:7, 81:15,
84:4, 84:12,
85:21, 87:15,
87:18, 88:4,
89:15
spoken
81:16, 87:12,
97:22, 98:4
sports
53:11
spring
102:20, 102:21
springs
76:4
spur
108:20
sr
52:13, 52:15
st
112:19, 119:1
staff
23:16, 38:11,
38:14, 51:17,
66:10, 107:8,
112:13, 112:14,
117:15
stand
32:8, 54:18,

113:8
standing
52:13, 52:15
stands
55:8
stanley
52:14
start
63:11, 63:12,
75:2, 119:6
started
9:11, 120:3
state
7:21, 10:18,
36:12, 58:9,
73:5
stated
80:21
statement
95:8
statements
118:15
states
1:1, 121:4
statewide
45:3
station
76:5, 76:6
status
86:2
stay
74:11
staying
52:17
stenographically
127:7
step
79:15, 103:11,
119:9
stickers
124:19
still
49:11, 49:13,
76:3, 80:16,
96:1, 96:10,
96:17, 97:8,
114:10, 118:22,
121:8, 123:6

stop
10:8
store
16:16, 16:17,
21:22
stored
16:19, 16:20,
16:22, 28:11,
30:16
story
54:7
strategy
51:15, 51:18,
67:2
street
3:7
strength
113:13
strengthen
103:16
stretch
46:13
string
4:14
strong
113:6
stronger
78:11
structure
114:20
structured
100:6, 100:10,
100:18
struggled
78:15, 79:8
study
4:13, 99:5,
99:9, 99:21,
100:4, 101:6,
104:7, 104:9,
106:2, 117:16
studying
10:13, 10:14,
35:8
subject
16:8
subpoena
4:11, 4:12,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

153

14:7, 24:21,
25:12, 26:14,
26:20, 29:3,
30:19, 64:11
**substantial**
99:22
**success**
112:15
**suffering**
121:8
**suggests**
103:1
**suitable**
49:11, 79:12
**suite**
3:8
**summary**
101:17
**summer**
102:20, 117:10
**supplies**
9:20
**support**
37:13, 38:22,
39:3, 48:13,
48:14, 50:10,
63:2, 64:2,
72:16, 84:5,
84:9, 84:15,
84:20, 85:11,
89:9, 91:6,
92:22, 95:16,
95:17, 95:19,
97:11, 99:17,
118:4
**supported**
43:10, 68:11,
72:2
**supporter**
94:21
**supporting**
49:7, 49:21,
72:8, 74:4
**supports**
85:20
**supposed**
115:10
**sure**
15:2, 30:3,

30:10, 35:3,
41:17, 44:9,
48:22, 54:12,
72:15, 83:8,
83:17, 86:4,
88:21, 89:3,
98:15, 110:4,
114:10, 117:12,
124:1
**surmise**
88:11, 88:15
**survey**
42:11, 42:14
**swam**
103:2
**sworn**
5:4, 32:17
**synched**
17:14
**system**
26:8, 81:6,
81:11, 82:13,
85:3, 86:21,
87:15, 87:19,
87:20, 88:5,
88:11, 89:2,
89:4, 90:6,
90:11, 90:19,
91:4, 91:7,
91:13, 92:16,
92:20, 95:15,
95:20, 96:2,
98:18, 98:22
**systems**
97:19

---
**T**

---

**tables**
115:2
**take**
5:17, 7:9,
7:12, 19:3,
50:19, 67:18,
67:19, 84:14,
103:22, 112:20,
116:10, 123:22
**taken**
67:20, 86:4,

104:17, 121:1,
124:2, 127:4,
127:6
**taking**
119:9
**talk**
12:20, 20:15,
35:15, 48:7,
72:13, 115:9
**talked**
31:18, 52:22,
77:22, 97:13,
111:21
**talking**
63:11, 78:13
**talks**
113:13
**targeting**
66:21
**task**
113:20
**tax**
73:16, 108:22
**taylor**
105:3, 105:11
**teach**
70:18
**teachers**
9:21, 48:3,
48:8
**tech**
9:1
**technically**
93:19
**technologically**
26:2
**technologies**
49:18
**television**
58:14
**tell**
8:20, 11:8,
11:9, 11:10,
44:11, 47:12,
103:13, 122:4,
125:13
**tenure**
118:15

**term**
20:4, 74:14
**terms**
15:3
**terry**
37:2
**testified**
89:9
**testify**
5:5, 61:14,
121:13
**testimony**
22:14, 29:18,
59:22, 63:19,
65:8, 70:2,
98:16, 99:1,
99:2, 126:3,
126:5, 127:2
**text**
18:1, 18:4,
21:19, 64:21,
65:5, 65:9
**th**
3:7, 13:19,
127:14
**thank**
7:7, 12:19,
14:2, 28:10,
32:13, 40:11,
41:3, 57:3,
61:3, 100:15,
121:19
**thankful**
44:10
**themselves**
95:2
**thereafter**
127:7
**thing**
7:10, 17:18,
22:18, 48:17,
112:17
**things**
23:17, 26:4,
27:9, 30:17,
38:2, 47:20,
48:6, 49:19,
53:20, 66:16,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

154

74:18, 84:19,
96:12, 109:4,
109:18, 113:19,
118:10, 118:14
**think**
10:22, 12:5,
17:6, 20:3,
24:19, 26:2,
34:4, 37:10,
39:9, 39:11,
43:7, 46:18,
49:13, 55:13,
57:1, 59:17,
59:21, 60:3,
61:1, 62:2,
62:22, 63:4,
63:8, 63:9,
63:19, 66:20,
67:2, 67:10,
70:1, 73:6,
73:11, 73:21,
75:14, 76:3,
77:1, 77:4,
78:6, 78:22,
79:7, 79:11,
80:6, 80:7,
80:19, 84:11,
88:7, 89:20,
89:21, 90:4,
91:10, 91:12,
91:22, 92:16,
94:14, 98:16,
100:7, 100:12,
103:7, 103:11,
104:20, 106:19,
106:20, 108:16,
118:10, 119:3,
119:14, 119:15,
122:7, 122:8,
122:14, 124:8,
124:15
**thinking**
34:17, 35:2,
35:4, 35:14
**thought**
36:18, 88:2,
115:14, 118:11,
119:5, 119:20

**three**
38:16, 52:4,
125:3
**threw**
115:17
**through**
16:7, 23:15,
25:15, 25:18,
26:16, 33:10,
101:18, 101:19,
107:6, 112:13
**throughout**
19:3, 20:18,
38:2, 48:5,
48:18, 50:2,
66:16, 107:3,
119:15
**ticket**
73:21
**tim**
114:15
**time**
6:11, 28:18,
35:14, 37:9,
42:22, 44:21,
51:5, 56:18,
58:2, 68:5,
75:3, 82:8,
82:16, 86:6,
114:21, 115:15,
116:2, 116:3,
116:10
**times**
7:17, 47:17
**title**
35:9, 70:17
**today**
7:4, 7:14,
10:20, 11:6,
12:21, 13:3,
50:15, 53:21,
81:4
**together**
93:11, 107:4,
112:21
**told**
11:8, 65:10
**tom**
120:6

**tons**
55:16, 111:2
**took**
6:22, 51:5,
112:12
**tools**
48:6
**top**
73:20, 102:2,
125:2
**topic**
82:22, 85:13,
85:19
**touched**
57:21, 70:1
**tough**
80:12
**toward**
6:18, 123:19
**towards**
50:5, 59:3,
103:5
**town**
111:3
**traffic**
7:20
**tragedy**
112:19, 119:1,
119:15, 119:20
**trail**
68:7
**transcribed**
125:10, 125:12
**transcript**
7:1, 26:22,
64:10, 101:12,
108:9, 116:6,
125:10, 127:5
**transcription**
126:5
**transportation**
47:18, 49:8,
49:11, 49:14,
112:7
**trash**
18:21
**trends**
50:5

**trial**
13:21
**triple**
51:1
**true**
126:4, 127:5
**trust**
119:12
**trusting**
119:11
**truthfully**
7:14
**try**
5:14, 51:11,
93:8, 110:15,
111:3, 113:6
**trying**
22:15, 26:5,
33:5, 36:17,
70:21, 93:8,
109:3, 112:1,
123:12
**tuesday**
23:13, 110:8,
110:12
**turn**
64:15, 101:18
**tv**
58:19, 124:18
**twenty-some-plus**
8:11
**twice**
44:14, 110:14
**twitter**
20:1, 20:2,
20:6, 20:15,
21:12
**two**
6:22, 9:10,
43:17, 57:9,
57:14, 57:19,
82:21, 88:2,
90:14, 94:1,
96:12, 113:8
**type**
22:2, 51:8,
112:22
**types**
109:17

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

155

**typewriting**
127:8
**typical**
124:21

---
### U

**uber**
49:19
**uh-huh**
5:16, 14:11,
34:16, 35:1,
35:11, 39:1,
40:7, 42:20,
43:2, 46:21,
48:20, 58:4,
58:18, 59:20,
60:17, 66:2,
69:5, 82:15,
86:18, 90:12,
90:18, 91:2,
92:4, 92:11,
92:14, 93:22,
94:8, 94:22,
98:14, 99:13,
100:3, 104:3,
104:16, 122:20,
123:4, 124:9,
124:13
**uh-uh**
5:16
**ultimately**
7:1
**unclear**
96:6
**uncomfortable**
76:22
**under**
5:5, 95:20,
96:1, 127:8
**undermine**
62:6
**underscore**
20:10
**understand**
6:5, 21:10,
26:2, 30:13,
32:10, 43:9,
54:6, 55:17,

59:21, 62:9,
93:17, 94:14,
95:10
**understanding**
14:21, 65:8,
93:5, 108:12
**understandings**
121:14
**understands**
104:22
**understood**
6:9
**underutilization**
100:1
**unfortunately**
17:13, 80:16,
116:1
**union**
43:7, 43:10,
43:11
**unique**
58:3
**united**
1:1, 121:4
**unless**
6:12, 96:4
**unlike**
112:9
**until**
34:21, 110:19
**unturned**
54:5
**unusual**
45:2, 45:4,
90:19
**upcoming**
23:12
**updating**
21:2
**urban**
92:7
**use**
15:18, 15:21,
18:15, 19:14,
20:14, 21:22,
22:7, 22:8,
26:3, 26:7
**using**
16:12

**usually**
76:18

---
### V

**va**
2:9, 3:19
**vabch**
20:8
**vacated**
57:15
**value**
48:4
**various**
52:6
**vb**
16:3
**vbgov**
16:2
**verbal**
5:14
**verbally**
40:8
**village**
52:20
**villanueva**
68:17, 68:18,
69:4
**virginia**
1:2, 1:9, 1:15,
2:5, 2:9, 2:19,
3:12, 3:15,
3:19, 8:3, 8:6,
8:10, 8:13, 9:1,
13:18, 14:9,
15:19, 27:10,
28:3, 30:22,
31:9, 32:1,
32:6, 45:17,
45:18, 50:2,
51:19, 52:18,
53:17, 58:1,
58:5, 58:9,
58:12, 59:15,
60:1, 60:5,
60:12, 60:14,
61:8, 61:20,
68:14, 69:17,
69:22, 73:19,

74:1, 74:2,
75:3, 75:5,
75:11, 75:21,
76:1, 77:14,
78:14, 78:20,
79:1, 79:8,
79:22, 80:8,
80:15, 81:1,
81:5, 81:9,
82:22, 86:13,
90:10, 95:7,
98:1, 98:8,
99:6, 113:13,
116:8, 120:16,
121:3, 121:7,
122:12, 123:5,
123:19, 127:22
**visible**
55:15
**vision**
113:5
**voice**
78:8, 110:19
**voiced**
88:7, 88:10,
88:13
**voluntary**
71:8
**volunteer**
71:7, 72:5
**volunteers**
59:18, 65:20,
65:22
**vote**
67:9, 69:9,
69:13, 69:18,
72:21, 86:6,
86:7, 91:21,
92:8, 93:12,
93:16, 93:20,
96:9, 96:18,
97:3, 97:6,
109:18, 109:19
**voted**
69:15, 69:17,
88:8, 116:20
**voter**
114:1, 114:5,

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

156

114:9, 114:17, 115:9

**voters**
65:12, 65:13, 65:14, 66:21, 67:4, 67:5, 79:22, 81:12, 95:7

**votes**
91:14

**voting**
26:8, 72:9, 72:11, 72:12, 79:13, 80:15, 81:1, 91:7, 94:9, 94:16, 95:12, 95:15, 97:16, 97:17

**W**

**wage**
48:3, 50:1, 50:6, 50:9, 50:10

**wait**
110:19, 112:15

**waived**
125:19

**walk**
115:18

**want**
7:2, 18:9, 34:21, 41:13, 44:17, 51:9, 54:10, 56:8, 56:14, 60:7, 63:10, 67:18, 84:22, 86:15, 87:7, 87:11, 88:20, 92:21, 93:2, 106:10, 111:15, 121:17, 122:18, 124:8

**wanted**
20:2, 34:15, 35:3, 47:7, 48:2, 48:5, 49:11, 49:15,

49:16, 49:17, 50:6, 53:21, 53:22, 54:3, 56:3, 56:4

**warner**
41:16, 43:20, 44:12

**warner's**
44:7

**washington**
3:9

**water**
112:11, 113:10, 114:1, 114:6, 119:16

**way**
51:4, 67:15, 72:7, 77:11, 77:13, 84:12, 84:18, 86:19, 91:6, 100:6, 100:8, 100:9, 100:20, 101:1, 103:16, 114:19, 121:18, 123:6

**ways**
15:3, 108:22, 110:15

**we'll**
5:14, 12:7, 124:3

**we're**
9:22, 14:6, 23:1, 26:2, 121:14, 123:12

**we've**
12:4, 14:3, 81:15, 86:4, 125:12

**wednesday**
1:16

**week**
13:19, 50:19, 50:21, 58:15

**welcome**
47:8

**well-known**
63:5

**well-received**
101:7

**weren't**
11:2, 115:20

**westin**
33:16, 52:9

**whatever**
73:16, 95:18

**whatsoever**
25:6

**wheelhouse**
47:11

**whenever**
7:9

**whereas**
94:4

**whereof**
127:13

**whereupon**
5:2

**whether**
36:10, 49:9, 53:10, 78:8, 125:11

**white**
65:14, 67:5, 79:22

**whoever**
47:7

**whole**
11:6, 32:11, 61:21, 77:19, 97:6

**wile**
1:22, 2:17, 127:2

**win**
96:10, 97:5, 97:8, 97:10

**wish**
19:18, 101:14

**wishes**
7:3

**within**
8:13, 47:10, 81:21, 103:17, 114:13

**without**
97:11

**witness**
12:15, 60:9, 127:13

**woman**
28:21

**wood**
4:12, 64:12, 65:9

**wooten**
67:22, 68:6, 68:11, 102:15, 117:9

**word**
100:11, 100:12, 107:12, 109:5

**words**
78:3, 84:18

**work**
21:14, 35:8, 50:21, 54:13, 62:7, 72:16, 103:14, 112:12, 123:9, 123:11

**worked**
54:6, 71:18, 115:16

**worker**
104:21

**workers**
64:22, 65:19, 65:21

**working**
35:9, 70:10, 70:15, 85:3, 104:4, 119:12

**works**
77:4, 77:11

**workshop**
110:9

**world**
77:11

**wouldn't**
29:11, 32:7, 33:14, 40:18, 59:17

**written**
95:1

**wrote**
24:7

Transcript of Aaron R. Rouse
Conducted on September 11, 2019

157

| Y | | | |
|---|---|---|---|

**yahoo**
16:4
**yeah**
19:16, 20:7, 23:3, 26:1, 30:2, 30:3, 30:20, 38:13, 40:21, 44:13, 53:15, 55:1, 55:4, 56:20, 59:20, 61:4, 62:12, 63:3, 63:18, 67:1, 80:2, 89:7, 92:19, 94:15, 108:5, 108:10, 109:8, 110:14, 113:21, 124:19
**year**
9:20, 9:22, 10:22, 41:8, 73:8, 73:19, 83:2, 102:18, 112:8, 112:9
**year's**
116:8
**years**
8:11, 9:8, 9:10, 74:15, 121:22, 122:6, 123:2
**yesterday**
6:19
**yourself**
15:9, 71:3, 77:19
**youth**
9:21, 80:9, 113:15, 117:10

| Z | | | |
|---|---|---|---|

**zipping**
77:21

| $ | | | |
|---|---|---|---|

**$10**
73:16

**$84,000**
117:9
**$90,000**
124:8

| 0 | | | |
|---|---|---|---|

**00069**
1:8
**08175**
4:14
**08179**
116:13

| 1 | | | |
|---|---|---|---|

**10**
81:11, 92:17
**100**
33:20
**101**
4:13
**11**
1:16, 81:12, 101:18, 125:21
**1101**
3:7
**116**
4:14
**12**
1:17, 101:18, 102:3, 102:14
**127**
1:21
**14**
3:7, 13:19, 101:19
**16**
127:14
**179**
116:16
**18**
1:8, 33:1, 46:7, 69:11

| 2 | | | |
|---|---|---|---|

**20**
33:1, 73:13
**2000**
27:11

**20005**
3:9
**2010**
77:14
**2011**
77:15
**2012**
10:10, 10:12
**2015**
34:21, 35:3
**2016**
34:22, 35:3, 38:6
**2017**
38:6, 44:18, 73:11
**2018**
10:7, 10:12, 32:14, 33:1, 34:19, 34:20, 38:6, 38:7, 44:18, 44:19, 50:16, 50:17, 56:19, 63:20, 64:3, 67:21, 70:3, 71:11, 71:16, 71:18, 101:5
**2019**
1:16, 32:18, 74:14, 127:15
**202**
3:10
**2020**
13:19
**2021**
127:16
**2022**
74:14
**2200**
3:10
**23456**
2:9, 3:19
**2401**
2:6, 3:16
**26**
4:11
**260**
2:8, 3:18

**261325**
1:20
**28**
111:13
**2:cv**
1:8

| 3 | | | |
|---|---|---|---|

**30,000**
95:6
**300,000**
95:6
**31**
112:19, 119:1, 127:16
**385**
2:10, 3:20

| 4 | | | |
|---|---|---|---|

**40**
50:21
**400**
3:8
**4351**
2:10, 3:20

| 5 | | | |
|---|---|---|---|

**50**
73:6, 125:21

| 6 | | | |
|---|---|---|---|

**64**
4:12

| 7 | | | |
|---|---|---|---|

**736**
3:10
**757**
2:10, 3:20

| 8 | | | |
|---|---|---|---|

**80**
33:20
**8185**
4:14
**8th**
32:18

| 9 | | | |
|---|---|---|---|

**9**
1:17