**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.*,<br><br>          **Plaintiffs,**<br><br>**v.**<br>**City of Virginia Beach,** *et al.*,<br><br>          **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 18
Deposition Transcript of Virginia Beach City Council Member Jessica Abbott



# Transcript of Jessica Abbott

**Date:** October 3, 2019
**Case:** Holloway, et al. -v- City of Virginia Beach, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF VIRGINIA

 3                     NORFOLK DIVISION

 4    -------------------------------x

 5    LATASHA HOLLOWAY and            :

 6    GEORGIA ALLEN,                  :

 7                 Plaintiffs,   :    CASE NO.

 8    v.                         :    2:18cv00069

 9    CITY OF VIRGINIA BEACH, et al., :

10                 Defendants.   :

11    -------------------------------x

12

13

14         Deposition of JESSICA ABBOTT

15            Virginia Beach, Virginia

16           Thursday, October 3, 2019

17                  9:05 a.m.

18

19

20    Job No. 265819

21    Pages 1 - 182

22    Reported by:  Penny C. Wile, RPR, RMR, CRR
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    2

1            Deposition of JESSICA ABBOTT, held at the

2    offices of:

3

4

5            VIRGINIA BEACH CITY ATTORNEY

6            2401 Courthouse Drive

7            Municipal Center, Building One

8            Room 260

9            Virginia Beach, VA 23456

10           (757)385-4351

11

12

13

14

15

16

17           Pursuant to Notice, before Penny C. Wile,

18   RPR, RMR, CRR, Notary Public of the Commonwealth

19   of Virginia.

20

21

22

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    3

```
1           A P P E A R A N C E S

2  ON BEHALF OF THE PLAINTIFFS, LATASHA HOLLOWAY

3  AND GEORGIA ALLEN:

4        DANIELLE LANG, ESQUIRE

5        CHRISTOPHER LAMAR, ESQUIRE

6        CAMPAIGN LEGAL CENTER

7        1101 14th Street NW

8        Suite 400

9        Washington, DC 20005

10       (202)736-2200

11

12 ON BEHALF OF THE DEFENDANTS, CITY OF VIRGINIA

13 BEACH, ET AL.:

14       CHRISTOPHER S. BOYNTON, ESQUIRE

15       OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY

16       2401 Courthouse Drive

17       Municipal Center, Building One

18       Room 260

19       Virginia Beach, VA 23456

20       (757)385-4351

21

22       Also present:  Jeffrey Zalesin
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    4

```
 1              C O N T E N T S

 2  EXAMINATION OF JESSICA ABBOTT           PAGE

 3        By Ms. Lang                        5

 4

 5

 6

 7

 8

 9              E X H I B I T S

10  ABBOTT DEPOSITION EXHIBIT                PAGE

11  Exhibit 1    Subpoena                    17

12  Exhibit 2    Supplemental documents      17

13  Exhibit 3    Email forwarding Pacific

14               Legal Foundation and Center

15               for Equal Opportunity       95

16  Exhibit 4    Town hall email exchange    97

17  Exhibit 5    Email forwarding McCollum

18               Facebook post              114

19  Exhibit 6    5 Point Plan               138

20

21

22
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    5

```
 1              P R O C E E D I N G S
 2  Whereupon,
 3                  JESSICA ABBOTT,
 4  after having been first duly sworn, was examined
 5  and did testify under oath as follows:
 6   EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
 7  BY MS. LANG:
 8      Q. Good morning, Ms. Abbott.  My name is
 9  Danielle Lang.  I represent the plaintiffs in this
10  case, and so I'm here to ask you some questions
11  today.
12          Before we get started, have you ever been
13  deposed before?
14      A. No.
15      Q. Okay.  So I'm going to go over a few
16  ground rules.
17      A. Okay.
18      Q. Kind of rules of the road.  The most
19  important thing is that the court reporter is here
20  to transcribe everything we say, so we have to
21  talk a little more formally than we normally would
22  so she can have a clean record.  So often in
```

1    normal discussion I'll kind of finish your

2    sentence or you'll finish mine.  We can't do that

3    because it makes it quite difficult for the court

4    reporter to take down.  So wait until I fully

5    finish my question before you start answering, and

6    I'll try to do the same and make sure I don't

7    speak over you.  Okay?

8        A. Uh-huh.

9        Q. The next is that the court reporter can

10   really only take down yeses and nos, not shakes of

11   heads or uh-huhs or uh-uhs, so yes or no if

12   possible.

13        We can take a break at any time.  I expect

14   that we probably will.  The only thing I ask is

15   that if I've asked you a question, that you answer

16   that question and then we can take a break.

17        A. Okay.

18        Q. And your counsel will likely interpose

19   objections to my questions sometimes.  There are

20   two forms of objections.  The most common is an

21   objection to the form of my question, that I, in

22   his opinion, haven't asked a very good question.

1   Those are just for the court, to preserve for the

2   potential use down the road.  And you can go ahead

3   and answer my question.  Does that make sense?

4       A. Yes.

5       Q. Okay.  It's also possible that your

6   counsel would object and instruct you not to

7   answer.  And that's a different kind of objection.

8   The one that has come up -- there are two reasons

9   why that most often comes up.  One is

10  attorney-client privilege.  I never want you to

11  disclose anything that you've spoken to your

12  attorneys about about this case or other times

13  when you've gotten legal advice from your

14  attorneys.  So if a question that I ask could

15  tread on that, he will likely instruct you not to

16  answer with respect to any attorney-client

17  privileged questions.

18         The other area is what we call legislative

19  privilege.  And there is a qualified privilege for

20  certain discussions that you would have with

21  various City Council members.  We reserve our

22  right to potentially try to pierce that privilege,

Transcript of Jessica Abbott
Conducted on October 3, 2019                                8

1    but you can invoke it.  It's yours to invoke where

2    you believe that a conversation is private and

3    privileged.  And it's yours to decide where that

4    line is.  It's also -- any conversation that

5    you've had with a City Council member but that

6    you've also discussed with someone else what you

7    said is no longer privileged.  If you've shared it

8    with anyone else outside of City Council, other

9    than your attorney, it's no longer privileged and

10   you should respond.

11        And so I'll ask each time that you think

12   something might be legislatively privileged, you

13   need to assert it at that time.  And it's your

14   decision what you think should be kept out of

15   public view.  Does that make sense?

16       A. Yes.

17        MR. BOYNTON:  And I'll ask as a general

18   matter, do you wish to invoke legislative

19   privilege to the extent it applies to today's

20   deposition?

21       A. Yes.

22        MR. BOYNTON:  So we'll deal with that on a

Transcript of Jessica Abbott
Conducted on October 3, 2019                    9

1   question-by-question basis as it comes up.

2       Q. Would you state your full name for the

3   record?

4       A. Jessica Abbott.

5       Q. And you understand you're under oath

6   today?

7       A. Yes.

8       Q. Is there any reason you wouldn't be able

9   to give truthful answers to my questions today?

10      A. No.

11      Q. When did you first learn about the lawsuit

12  that brings us here today?

13      A. There was a newspaper article in the

14  paper, I think it was in December.  I don't recall

15  the exact date.

16      Q. Okay.  So sometime in 2018, last year?

17      A. I think it was 2017.  It was a newspaper

18  article that was written when it was initially

19  filed.  I don't remember the date.

20      Q. Fair enough.  Thank you.

21          What did you do to prepare for this

22  deposition today?

1      A. I reviewed the documents I submitted to

2  you.

3      Q. Without telling me the content of the

4  conversation, did you meet with your attorney?

5      A. Yes.

6      Q. Okay.  And when was that?

7      A. Yesterday.

8      Q. Okay.  And did you meet with Mr. Boynton?

9      A. Yes.

10      Q. Was anyone else present at the meeting?

11      A. No.  Well, there was one other person, but

12  I don't recall their name.

13         MR. BOYNTON:  Mr. Harris walked in toward

14  the end.  He's also an attorney for the

15  defendants.

16      Q. And about how long did you spend with your

17  attorneys?

18      A. An hour.

19      Q. Did you review any documents when you were

20  in that meeting?

21      A. Just the documents I submitted.

22      Q. Have you spoken about this upcoming

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    11

1   deposition with any other City Council members?

2       A. Yes.

3       Q. Okay.  Who have you spoken to?

4       A. All of them.

5       Q. Okay.  And in what context have you spoken

6   with the City Council members about this

7   deposition?

8           MR. BOYNTON:  She's asking about the

9   deposition itself, not the lawsuit more generally.

10      A. Well, then, I've spoken about the lawsuit

11  generally is probably the more correct question,

12  not specifically the deposition.

13      Q. Okay.  Have you spoken to any of the other

14  City Council members about their depositions in

15  this case?

16      A. Only to ask them how it went.

17      Q. Okay.  And who did you ask how it went?

18      A. I asked Councilman Moss and Councilman

19  Rouse.

20      Q. Okay.  And what did Mr. Rouse tell you?

21      A. It went well.

22      Q. And Mr. Moss?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    12

```
1        A. It went well.

2        Q. Okay.  Anything further in that

3    conversation?

4        A. No.

5        Q. Okay.  There is not currently a trial date

6    set for this case, but I imagine it will be set

7    sometime in 2020.  Do you have extended periods of

8    time in 2020 where you expect to be unavailable at

9    trial -- for trial testimony?

10       A. Not to my knowledge.

11       Q. Okay.  How long have you lived in Virginia

12   Beach, Ms. Abbott?

13       A. 2001.

14       Q. Okay.  And how old were you in 2001 when

15   you moved here, approximately?  Were you still in

16   school?

17       A. I was 12.

18       Q. Okay.  And where did you --

19       A. 12 or 13.

20       Q. Where did you grow up before that?

21       A. A lot of places.  Primarily Pennsylvania.

22       Q. Okay.  I'm from Philadelphia.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    13

```
 1          And have you lived here ever since you
 2    moved here in 2001?
 3        A. Yes.
 4        Q. Okay.  What's your educational background?
 5        A. It's mostly, like, certificates.  Of
 6    course, I graduated high school.  I have two
 7    certifications in financial services and
 8    insurance.  And I'm a FEMA-certified broker.
 9        Q. And where did you get your certifications?
10        A. American College.
11        Q. Okay.  And prior to becoming a City
12    Council member, what did you do for a living?
13        A. What I'm still doing.  I'm an insurance
14    agent.
15        Q. Okay.  How long have you been an insurance
16    agent?
17        A. Eleven years.
18        Q. Where do you work?
19        A. I work for my dad, Matt Abbott, State
20    Farm.
21        Q. And you still hold that position?
22        A. Yes.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    14

1       Q. Is that full-time?

2       A. Yes.

3       Q. When did you start voting, Ms. Abbott?

4       A. When I turned 18.

5       Q. Okay.  And you're a regular voter?

6       A. Yes.

7       Q. Okay.  Outside of your City Council

8    activity, which we'll talk about later, have you

9    been politically active --

10      A. Yes.

11      Q. -- in the community?

12         MR. BOYNTON:  I would just ask that you

13   let her complete her question before you answer so

14   the court reporter doesn't have to change voices

15   more than necessary.

16      A. I'm sorry.  I apologize.

17      Q. That's all right.  We all do it.

18         Can you tell me a little bit about your

19   political activity prior to running for City

20   Council?

21      A. It was primarily federal initially,

22   federal elections, and then kind of worked its way

Transcript of Jessica Abbott
Conducted on October 3, 2019                    15

1    into our local community.

2        Q. Okay.  We'll talk about it later.

3            And you currently hold a Virginia Beach

4    City Council seat for the Kempsville residency

5    district, correct?

6        A. Correct.

7        Q. And how long have you held that position?

8        A. Since 2016.  Well, that was when the

9    election was.

10       Q. And you were sworn in in 2017?

11       A. Yes.

12       Q. And does that mean that you're up for

13   reelection in 2020?

14       A. Yes.

15       Q. And you live in the Kempsville district?

16       A. Yes.

17       Q. Okay.  During the time that you've lived

18   in Virginia Beach since 2001, has the minority

19   population in Virginia Beach grown?

20       A. I don't -- I can't speak to that.

21       Q. Okay.  You're not aware of whether or not

22   the African American community is a larger

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    16

1    percentage of the Virginia Beach community now

2    than it was previously?

3        A. No.

4        Q. Okay.  Do you know the demographic profile

5    of your own district in Kempsville?

6        A. I couldn't recite it to you, but I'd

7    imagine it's similar to the demographic profile of

8    the city in general.

9        Q. Okay.  So about what percentage of your

10   district would you say is minority?

11       A. 30 percent.

12       Q. Okay.  Are there neighborhoods in Virginia

13   Beach that are historically or predominantly

14   African American neighborhoods?

15       A. Yes.

16       Q. And what are some -- which ones would you

17   identify as predominantly African American?

18       A. Seatack.

19       Q. Any others?

20       A. Burton Station.  Those are the two off the

21   top of my head.

22       Q. Are there any neighborhoods that you would

1    classify as predominantly or historically Latino?

2        A. Not to my knowledge.

3        Q. Okay.  How about predominantly Asian?

4        A. Not to my knowledge.

5        Q. I'm going to go ahead and mark a couple of

6    exhibits we're likely to refer to throughout the

7    deposition.  The first we'll mark as Exhibit 1.

8                        (Exhibit 1 was marked and

9                    attached to the transcript.)

10       Q. And so this exhibit is the subpoena that

11   you received earlier this year; is that right?

12       A. Yes.

13       Q. Okay.  And attached to it is your various

14   responses to the subpoena?

15       A. Yes.

16       Q. Okay.  And, then, I'm going to attach --

17   mark as Exhibit 2 these documents.

18                        (Exhibit 2 was marked and

19                    attached to the transcript.)

20       Q. Exhibit 2 is a supplement that I received

21   from your attorney that reformats some of the

22   documents that you originally produced.  Is that

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    18

```
 1   your understanding?
 2       A. Yes.
 3       Q. So it's a number of text messages from
 4   your phone; is that right?
 5       A. Uh-huh.
 6          MR. BOYNTON:  Yes or no.
 7       A. Yes.
 8       Q. He's more of a stickler than I am.
 9          Can you go over with me how you went about
10   searching for relevant documents that would be
11   responsive to the subpoena?
12       A. Yes.  I did a keyword search in my
13   cellphone for the text messages.  And I did a
14   keyword search on my Facebook Messenger, which is
15   my official Council page.
16       Q. And did you search through any personal
17   emails, as well?
18       A. Yes.
19       Q. Okay.  And how did you go about selecting
20   keywords?
21       A. I used the keywords you-guys provided in
22   your subpoena.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    19

1       Q. Okay.  In this subpoena we didn't provide

2   specific keywords.  Did your attorney provide you

3   with keywords?

4       A. I mean that I used the words from the

5   subpoena and searched specifically that

6   information.

7       Q. Fair enough.

8          And what personal email accounts do you

9   use?

10      A. I don't use any of my personal email for

11  city-related business.

12      Q. Okay.  Did you use your personal email for

13  campaign-related --

14      A. I did not.

15      Q. What did you --

16      A. I had a campaign email.

17      Q. Okay.  Did you search your campaign email?

18      A. I no longer have a campaign email.

19      Q. Okay.  You no longer have any access to

20  your prior campaign email?

21      A. No.  I had deleted it right after the

22  election.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                      20

1        Q. Okay.  And who hosted your campaign email?

2        A. Go Daddy.

3        Q. And what was the email address?

4        A. jessica@jessicapabbott.com.

5        Q. What personal email account did you search

6    for responses to this subpoena?

7        A. I searched all of them, but I don't use my

8    emails.  There wasn't anything.

9        Q. Okay.  How many personal email accounts do

10   you have?

11       A. I have my Gmail, and I have a work email.

12       Q. Okay.  And your cellphone, is that both

13   your personal and work cellphone or --

14       A. It's just a personal cellphone.

15       Q. Okay.  Do you have any cloud-based

16   file-sharing service that you use?

17       A. I have a Google Drive.

18       Q. Did you search your Google Drive?

19       A. I did.

20       Q. Okay.  And you're on Facebook, and you

21   said that you searched your Facebook Messenger; is

22   that right?

1      A. That's correct.

2      Q. Did you also search your Facebook page?

3      A. I did.

4      Q. Do you have a Twitter?

5      A. Yes, but I don't use it.

6      Q. Okay.  Did you search your Twitter?

7      A. I did.

8      Q. And do you have an Instagram?

9      A. Yes.

10     Q. And did you also search that?

11     A. Yes.

12     Q. Okay.  Are there any other accounts that

13  you searched that I omitted?

14     A. No.

15     Q. Okay.  Do you have any paper files at

16  home?

17     A. No.

18        MR. BOYNTON:  She's the inverse of the old

19  school Council member.

20     A. I have no paper.

21     Q. How would you describe the job duties of a

22  City Council member of Virginia?

1       A. I don't really know how to answer that

2    question, other than we are elected to represent

3    our community and do our best to be honest.  I

4    guess that's how I would describe it.  I don't

5    know how to be more specific than that.

6       Q. I'm looking for a bit more mundane --

7       A. Okay.

8       Q. -- description of the tasks.  So you, I

9    imagine, are in charge of the budget --

10      A. Yes.

11      Q. -- et cetera.  So if you could describe,

12   kind of, the tasks that are assigned to the City

13   Council in managing the city.

14      A. Well, we're primarily responsible for the

15   budget.  We're responsible for mostly planning

16   items related to land use.  There is a handful of,

17   I guess what would be categorized as, more social

18   issues that would fall into that category.  But I

19   would, generally, describe it as policy and

20   land-based responsibilities -- land use-based

21   responsibilities.

22      Q. So you pass the budget?  You can also pass

1    other forms of ordinances or resolutions; is that

2    right?

3        A. Yes.

4        Q. Does City Council also elect any other

5    city officers to serve?

6        A. Yes.

7        Q. And what officers does City Council

8    select?

9        A. City Manager, City Attorney, City Auditor,

10   City Clerk, and the Real Estate Assessor.

11       Q. And City Council had oversight

12   responsibility for those individuals?

13       A. Yes.

14       Q. Okay.  And City Council meets in public

15   session how often?

16       A. Four times a month.

17       Q. Okay.  What's your current salary as a

18   City Council member?

19       A. 28,000.

20       Q. And about how much -- how large a time

21   commitment is City Council?

22       A. It varies.  I would say at least 20 to 30

1    hours a week.

2        Q. Okay.  And City Council manages the

3    largest city in Virginia, right?

4        A. Yes.

5        Q. So it's a pretty big responsibility?

6        A. Yes.

7        Q. Is part of your responsibility to also

8    communicate directly with your constituents about

9    their concerns?

10       A. Yes.

11       Q. And how do you, typically, do that?

12       A. I utilize a variety of platforms:

13   Facebook, my email, cellphone, town halls, just

14   about any way I can.

15       Q. Okay.  And apart from this lawsuit, have

16   you been involved in any litigation as a Council

17   member?

18       A. Not personally, no.

19       Q. Is there other litigation against the city

20   that you've had to participate in in any way?

21       A. No.

22       Q. Are you aware of ongoing litigation

Transcript of Jessica Abbott
Conducted on October 3, 2019                    25

1    against the city, other cases?

2        A. Oh.  No.

3        Q. Okay.  Had you ever run for public elected

4    office before you were elected to City Council?

5        A. No.

6        Q. Had you ever been appointed to fill a

7    vacant seat for elected office?

8        A. No.

9        Q. Had you ever been appointed to any other,

10   kind of, official government position?

11       A. No.

12       Q. So you'd never served in a public position

13   prior to this City Council seat; is that right?

14       A. Correct.

15       Q. Okay.  Prior to the 2018 election, did you

16   know Sabrina Wooten?

17       A. No.

18       Q. When did you first meet or become aware of

19   Sabrina Wooten?

20       A. She approached me at a town hall when she

21   was running for office.  I don't know the exact

22   date.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    26

1        Q. Fair enough.

2            And what did she approach you about?

3        A. She just was attending as a constituent.

4    She just introduced herself.  It was small talk.

5        Q. Fair enough.

6            Did you support Sabrina Wooten during her

7    campaign?

8        A. I did not.

9        Q. Do you know of other City Council members

10   or candidates that supported Sabrina Wooten during

11   her campaign?

12       A. No.

13       Q. Did you support anyone during the 2018

14   election?

15       A. I did.

16       Q. Okay.  Who did you support?

17       A. I supported Eric Wray in his race.

18       Q. Right.

19       A. And I supported Aaron.  I supported Louis

20   Jones.  I supported Pieri Burton, but he withdrew.

21   I supported John Coker.  He also withdrew.

22       Q. Why did they withdraw?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    27

1          A. I don't -- I think -- Pieri, I can only

2      speculate.  John withdrew because of a family

3      matter.

4          Q. Okay.  And how did you know Mr. Wray?

5          A. Oh.  I've known him a long time.  We're

6      friends.

7          Q. All right.  Personal friends?

8          A. Yes.

9          Q. Okay.  And how did you support Mr. Wray's

10     campaign?

11         A. An endorsement.  And I walked around with

12     him a lot, just kind of general campaign.

13         Q. Did you come to endorse him because of the

14     personal relationship --

15         A. Yes.

16         Q. -- you had with Mr. Wray?

17             Were there specific platform issues that

18     also led you to support Mr. Wray over Ms. Wooten?

19         A. I think, generally, we had a more moral

20     line philosophically.

21         Q. How so?

22         A. He's a fiscal conservative, as am I.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    28

1    That's probably the primary reason.

2        Q. Okay.  And how did you come to support

3    Mr. Rouse's campaign?

4        A. I was introduced to him at a political

5    event, and I just liked him.

6        Q. Who introduced you?

7        A. I don't really remember.

8        Q. Okay.

9        A. It was in an -- it was at an event.  It

10   wasn't -- I don't really -- I don't remember.

11       Q. Do you remember what the event was?

12       A. No.

13       Q. When was that?

14       A. It was early in the campaign.  It was,

15   like, a fundraiser for a charity.  It wasn't a --

16   I don't really remember the specifics.  I remember

17   it was, like, a fundraiser for a charity.  I want

18   to say it was the Oyster Crush, but I'm not sure.

19       Q. And was it, like, in the spring of 2018 or

20   the summer?

21       A. Oh, yeah.  It was in the spring.

22       Q. Okay.  And after you met Mr. Rouse, did

Transcript of Jessica Abbott
Conducted on October 3, 2019                          29

1    you meet with him again to talk about an

2    endorsement or talk more about his campaign or was

3    it just that one meeting?

4        A. We ran into each other and chatted when we

5    ran into each other, and we spoke on the phone.

6        Q. You spoke on the phone?

7        A. Yes.

8        Q. About how many times did you speak on the

9    phone?

10       A. I couldn't say specifically.  Probably a

11   dozen.

12       Q. Okay.  Did you talk about issues related

13   to Virginia Beach or platform issues?

14       A. Yeah.  I would say yes.

15       Q. And what were some of those issues?

16       A. We discussed the disparity study.  We

17   discussed the City Manager.  And we spoke, kind

18   of, broadly about everything else.

19       Q. And you and Mr. Rouse shared concerns

20   about the City Manager?

21          MR. BOYNTON:  I'm going to interpose an

22   objection here.  As to the time once Mr. Rouse

Transcript of Jessica Abbott
Conducted on October 3, 2019                    30

1   became a Council member, that potentially gets

2   into discussions that would be covered under

3   legislative privilege.  Certainly your

4   conversations with him when he was simply a

5   candidate wouldn't fall within that.

6       Q. We're talking about him as a candidate.

7   During the time you were talking when he was a

8   candidate, did you share concerns about the City

9   Manager?

10      A. I would say we spoke broadly about both of

11  those issues.

12      Q. Okay.  I guess I'm going to need you to be

13  a little bit more specific about what the issue

14  with the City Manager was.

15      A. It was general -- I had been known to not

16  support the former City Manager.  And we,

17  basically, discussed that that was what my

18  position said.  And he had a similar position.

19      Q. Okay.  Had you heard of Mr. Rouse before

20  he ran for City Council?

21      A. No.

22      Q. Okay.

Transcript of Jessica Abbott
Conducted on October 3, 2019                          31

1        A. I feel like I'm the only one who hadn't.

2        Q. And when did you announce your endorsement

3    of Mr. Rouse, approximately?

4        A. It was a few months before the election.

5    I don't really recall specifically.

6        Q. Okay.  And how did you go about announcing

7    your endorsement?

8        A. On Facebook.

9        Q. Did you announce all your endorsements

10   together?

11       A. I did.

12       Q. Okay.

13       A. Within a period of time, like the same two

14   or three days that came out.

15       Q. Okay.  And your endorsements were Eric

16   Wray, Aaron Rouse, City Council Member Jones, and

17   two individuals, Mr. Burton and Mr. Coker who

18   withdrew?

19       A. They had withdrawn before the formal

20   endorsements went out.

21       Q. So just Eric Wray --

22       A. And Councilman Moss.  I'm sorry.  I

1    totally forgot about John.

2       Q. Okay.  So Councilman Moss, Councilman

3    Jones, Aaron Rouse, and Eric Wray?

4       A. Yes.  I believe that was everybody

5    running.

6       Q. Okay.  Great.

7          Did you donate any money to any of those

8    campaigns?

9       A. I think I gave Councilman Moss $50, but

10   that would have been the only financial

11   contribution.

12      Q. Okay.  You mentioned that you walked

13   around a great deal with Mr. Wray.  Did you do any

14   kind of campaigning with Mr. Rouse or Councilman

15   Jones or Councilman Moss?

16      A. Well, Eric Wray and Councilman Moss were,

17   kind of, always together.

18      Q. Okay.

19      A. So by default I did some campaigning for

20   Councilman Moss.  John Coker, I helped him with an

21   event.  And the same thing with Pieri Burton.

22   Like I said, they both withdrew.  I didn't do

Transcript of Jessica Abbott
Conducted on October 3, 2019                    33

1      anything for Councilman Jones.  And Aaron, I

2      didn't really do anything for him.

3          Q. Okay.  Do you know what City Council

4      members supported Sabrina Wooten's campaign?

5          A. No.

6          Q. Do you know who else, other than yourself,

7      endorsed Mr. Rouse's campaign from City Council?

8          A. No.

9          Q. Okay.  During the 2018 election, outside

10     of Virginia Beach City Council did you make any

11     endorsements at the federal level or at the state

12     level?

13         A. The 2016 race?

14         Q. 2018.

15         A. Oh.  2018.  No.

16         Q. Did you make any contributions

17     politically?

18         A. No.

19         Q. Okay.  Put up any yard signs or otherwise

20     provide any political support for candidates

21     outside of City Council?

22         A. I had yard signs for all of the Council

Transcript of Jessica Abbott
Conducted on October 3, 2019                    34

1    races, but I didn't have any for anything else.

2         Q. Okay.  Aside from your own race when you

3    were challenging Ms. Ross-Hammond, have you ever

4    actively opposed someone who was running for City

5    Council?

6         A. Outside of my political race?

7         Q. Yes.

8         A. No.

9         Q. Okay.  You mentioned earlier that prior to

10   becoming City Council you were politically active

11   starting with federal races and then becoming more

12   interested in local races; is that right?

13        A. Yes.

14        Q. Okay.  What was the first campaign that

15   you were politically active in?

16        A. Ron Paul.

17        Q. And what year was that?

18        A. I think it was the first year I voted, so

19   12 years ago.

20        Q. When did --

21        A. Who's good at math?  I'm not good at math

22   without a calculator or pencil.

Transcript of Jessica Abbott
Conducted on October 3, 2019                35

```
 1        Q. So was that when Barack Obama was first
 2   running for President?
 3        A. I'm not sure.  I don't really remember.  I
 4   was 18.
 5        Q. Fair enough.
 6           What other Presidential candidates have
 7   you supported?
 8        A. That's it.
 9        Q. Okay.
10        A. I ran -- I worked on both of his
11   campaigns.  In '12 -- he ran in '12 in the
12   primary.  And, then, in 2008 -- I don't know why I
13   didn't know that.  I graduated in '07.  '08 was
14   the --
15           MR. BOYNTON:  I was guessing '08, but I
16   didn't want to put words in your mouth.
17        A. 2008 and 2012, Ron Paul.
18        Q. And what did you do as part of his
19   campaign?
20        A. I went to New Hampshire and, basically,
21   knocked doors.
22        Q. Okay.  And you did both in 2008 and 2012?
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    36

1        A. I went in 2012 to New Hampshire.  I was

2    local in 2008.

3        Q. Okay.  Were you a volunteer or were you

4    paid?

5        A. I was a volunteer.

6        Q. Okay.

7        A. Outside of they paid to get us there.

8        Q. Fair enough.

9        A. I paid for everything else.

10       Q. And for about how long did you do that?

11       A. In New Hampshire, it was probably two

12   weeks.  Locally, it was through the entire primary

13   cycle.

14       Q. Okay.  After the primary was over, were

15   you active at all during the general election in

16   2008 or 2012?

17       A. No.

18       Q. Outside of your support for Ron Paul, have

19   you supported any other federal candidates?

20       A. Not federal.  There are some state level

21   candidates.

22       Q. Okay.  Sticking with federal for just a

1   moment, have you ever given any money to any

2   candidates?

3       A. No.

4       Q. Okay.  Put out a yard sign for any

5   candidates?

6       A. Yes.

7       Q. Who have you put out a yard sign for?

8       A. At the federal level?

9       Q. Yes.

10      A. Ron Paul.

11      Q. No one else?

12      A. No.

13      Q. So let's talk about state level.

14      A. Okay.

15      Q. What candidates have you supported at the

16   state level?

17      A. I supported Mark Obenshain when he ran for

18   Attorney General, Ken Cuccinelli when he ran for

19   Governor.  I cannot remember any of their names.

20   I supported the entire ticket for Ken Cuccinelli.

21   Honestly, I can't remember the names of the people

22   running now, but it was that ticket that I

Transcript of Jessica Abbott
Conducted on October 3, 2019                          38

1   supported.

2        Q. And was it a Republican ticket?

3        A. It was.

4        Q. Do you know what year that was?

5        A. No, I don't.  It was the year he ran for

6   Governor.  He only did it once, so...

7        Q. Okay.  Are there any other State Senate or

8   Assembly candidates that you remember in

9   particular, outside of supporting the Republican

10  ticket the year that Ken Cuccinelli was running

11  for Governor?

12       A. Just for a point of clarification, you

13  mean like actively campaign for, not voted for?

14       Q. I'm not asking you to disclosure vote.

15       A. Okay.

16       Q. So campaigned for, put out a yard sign,

17  donate money, anything outside of casting a

18  ballot?

19       A. Okay.  At the state level in what

20  timeframe?  Any timeframe?

21       Q. Yes.  To the best of your recollection.  I

22  understand that, especially for older years, you

1    may forget individual candidates, but to the best

2    of your recollection.

3        A. The only one I recently did anything for

4    was Carolyn Weems in her primary against Jen

5    Kiggans, but that's the only state legislator that

6    I can recall that I did anything outside of cast a

7    ballot.

8        Q. And what did you do for her?

9        A. I endorsed her in the paper or in a press

10   release.  I don't know if it made it to the paper.

11       Q. Outside of the $50 that you maybe gave

12   Councilman Moss, can you recall any other

13   political contributions you've given over the

14   years?

15       A. Nothing over $25.  Maybe a couple bucks

16   here and there, but --

17       Q. Fair enough.

18       A. I'm not known for writing checks.

19       Q. That would probably be my response if I

20   was in your chair, so I understand.

21       A. I give time.

22       Q. Fair enough.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                40

```
1          What did you do in terms of support during
2    the Cuccinelli race?
3        A. I knocked doors.
4          I remember, I did support Chuck Smith when
5    he ran for Attorney General.  That was a long time
6    ago, though.
7        Q. And what did you do to support him?
8        A. I knocked doors.
9        Q. Okay.  This predates your time on the City
10   Council, but is it your understanding that after
11   the 2010 census the City of Virginia Beach
12   redistricted its seven residency districts?
13       A. I believe that's correct.
14       Q. Okay.  But you weren't involved in any way
15   in that process?
16       A. No.  I was 20-years-old.
17       Q. Right.
18          Do you know who Kimball Brace is?
19       A. No.
20       Q. Has City Council done -- taken any steps
21   to prepare for a potential redistricting in 2020?
22          MR. BOYNTON:  And I would just suggest
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                                41

1    that if the steps you're thinking of relate to

2    attorney-client communications relating to this

3    lawsuit, that you not divulge the communications.

4    But beyond that, just answer the question.

5         A. Then that would be no.

6            MR. BOYNTON:  I think she's asking a

7    different question.  I just want to be clear.  You

8    know, if City Council has taken steps as part of

9    the normal channel -- channels to prepare for the

10   new census in 2020 and, then, the redistricting in

11   2021, outside of the context of this lawsuit,

12   perfectly fine to talk about that unless they're

13   private conversations with other Council members,

14   which would then get into legislative privilege.

15   I think that's what she's asking about.

16        A. We've taken the normal steps we would take

17   for any census.

18        Q. Right.  And what are those?

19        A. I know they have come and talked to us

20   about -- the census team has come and talked to us

21   about doing that process, but --

22        Q. And who is the census team?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    42

```
 1      A. Oh.  I don't know.  I really can't answer
 2  that question.
 3      Q. Was it city officials or is it members of
 4  the City Attorney's Office or outside consultants?
 5  Who are the folks that came to speak with you?
 6      A. I think they were from the state -- or
 7  from the federal government, rather.
 8      Q. Okay.
 9      A. And I'm sure there was some kind of city
10  liaison.  I, honestly, don't remember.  I remember
11  that conversation.
12      Q. What did they tell you about what steps
13  would occur?
14      A. They're going to be doing the census.  I
15  don't really -- I'm sorry.  I don't remember a lot
16  of details of that conversation.
17      Q. Okay.  Do you know when, abouts, this
18  conversation took place?
19      A. In the spring, maybe.
20      Q. And was full City Council present?
21      A. I believe so.
22      Q. Was this at a public session?  Where did
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                        43

```
1   this meeting take place?

2       A. I mean, I don't recall if it was a public

3   session or not.

4       Q. Okay.  And so is it your understanding

5   that after the 2020 census results are provided

6   City Council plans to redistrict in accordance

7   with those 2020 results?

8       A. Yes.

9       Q. Okay.  Last year you came out in favor of

10  changing the electoral system in Virginia Beach;

11  is that correct?

12      A. I believe it was prior to that, but yes.

13      Q. Okay.  And what was your proposed plan?

14      A. Initially I supported -- I put an item in

15  the legislative packet for a hybrid plan which

16  would make our district representatives elected by

17  their districts but it would keep the four

18  at-large seats plus the Mayor.

19      Q. And you said initially.  Has your position

20  changed on that?

21      A. Yeah.  After feedback from the community

22  I -- and the Council retreat this year I put
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    44

1     together a letter that I distributed to my

2     colleagues saying we should consider a 10-1

3     system.

4          Q. And what reasons through community

5     feedback led you to that change?

6          A. Community feedback.  It's what I heard.

7     To be truthful, I'm open to either option, but the

8     community -- the feedback I got from the community

9     said that that is what they would prefer.

10         Q. Okay.  And who, specifically, in the

11    community did you talk to about that?

12         A. A large part of the grassroots community,

13    part of the minority community.

14         Q. Okay.  Who, specifically, in the minority

15    community did you speak to about -- liaise with

16    about this change?

17         A. I spoke to many people.  Notably, I spoke

18    at length with George Minns about it.  I spoke at

19    length to Gary McCollum about it, Dr. Allen.  I've

20    spoken with community figures in kind of, like,

21    the grassroots conservative area, like Robert

22    Dean, Toni Hedrick.  I'm thinking to think of -- I

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    45

```
 1    can't really recall.  I've spoken to a lot of

 2    people about the issue.

 3         Q. Fair enough.

 4            You mentioned the grassroots conservative

 5    community.  Can you tell me how you, kind of,

 6    define that community?

 7         A. Sure.  I would say it's made up of mostly

 8    Libertarians, Tea Party people.  Years ago they

 9    used to call themselves the Conservative

10    Coalition, which was just a hodgepodge of people

11    who felt politically homeless.

12         Q. Are there any organizations --

13         A. Independents.

14         Q. Are there any, kind of, organizations,

15    Civic Leagues, or whatnot that this community uses

16    to gather in Virginia Beach?

17         A. I'm not sure what you're asking.

18         Q. Is there a way in which this community,

19    kind of, gathers around any particular community

20    organization?

21         A. I mean, many of them have -- I'm sorry.

22    I'm cutting over you again.  I apologize.
```

1          Many of them have leaders of various Civic

2     Leagues and community organizations, a part of

3     them.  But most of them are, kind of, independent

4     of a specific community.

5          I'll add to that list I did speak to many

6     Civic Leagues, people in Civic Leagues, that had a

7     similar frustration about -- confusion about

8     whether somebody was elected by the district or

9     not.

10         Q. Are there, like, Tea Party chapters in

11    Virginia Beach?  I'm just trying to get a sense

12    of --

13         A. There is only one.

14         Q. Okay.  But there is one?

15         A. Yes.

16         Q. Okay.  And does that group meet or mostly

17    communicate by Facebook or social media?

18         A. I'm not a member.

19         Q. Okay.

20         A. I've been invited to speak.  They do have

21    meetings.  I couldn't tell you the specifics.

22         Q. Got it.

1         Do you know who leads that chapter?

2      A. No.

3      Q. Okay.  Which Civic Leagues have you spoken

4  to about single-member districts and a potential

5  change?

6      A. I couldn't list all of them.

7      Q. Okay.

8      A. I talked about it in just about every

9  Civic League meeting I've been invited to.

10     Q. Okay.  So this is a priority for you?

11     A. It is.

12     Q. Okay.  Can you talk to me a bit -- tell me

13 about the process by which you put your original

14 plan into this legislative packet and what process

15 that proposal went through?

16     A. In the legislative packet?

17     Q. Uh-huh.

18        MR. BOYNTON:  And that -- I would ask you

19 to only talk about things outside of private

20 conversations with other City Council members.

21     A. Sure.

22     Q. Should you wish to do so.

Transcript of Jessica Abbott
Conducted on October 3, 2019                           48

1           MR. BOYNTON:  For purposes of legislative

2      immunity, which I understand you are invoking.

3           A. I asked the City Attorney's Office to

4      draft an item to be put in the legislative packet.

5      I introduced it to Council.  And, then, it was in

6      the packet.  And, then, the night of the vote I

7      received feedback from the community and a general

8      sense that it would not be successful, so I

9      withdrew it on the condition that we would put it

10     to a referendum in 2020.  However, I'll say that

11     we did not vote on the referendum yet, so I can't

12     bind a future Council to anything, but it was kind

13     of a mutual understanding.

14          Q. How did you get the general sense it was

15     going to fail?

16          MR. BOYNTON:  Without getting into private

17     conversations with other Council members.

18          A. I don't think I can answer that question

19     without getting into that, so...

20          MR. BOYNTON:  Is there anything outside of

21     those private conversations that is responsive to

22     the question?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    49

1        A. No.

2        Q. At the public meeting the night of the

3    vote, did any City Council members oppose a change

4    in the electoral system?

5        A. I withdrew it.

6        Q. There was not a discussion at the public

7    session about their support or not support for

8    your agenda item?

9        A. Not that I recall.

10       Q. Okay.  You mentioned that people spoke --

11   people from the public spoke.  Was that at the

12   public meeting?

13       A. We had one person speak from the public.

14       Q. And who was that?

15       A. It was Gary McCollum.

16       Q. And his feedback was he would prefer a

17   10-1 plan?

18       A. He opposed the hybrid.  And I don't

19   remember if he gave specific testimony to what he

20   preferred, but he did say he opposed that and

21   wanted more feedback.

22       Q. And was there discussion about putting it

Transcript of Jessica Abbott
Conducted on October 3, 2019                    50

```
 1   on a referendum in 2020 during the public session?
 2       A. Yes.
 3       Q. Okay.  And did all of the City Council
 4   members agree to that position at that time?
 5       A. Not via any official capacity.
 6       Q. Did anyone speak against that idea at the
 7   City Council meeting?
 8       A. No.
 9       Q. Okay.  Did anybody verbally say they would
10   support doing that?
11       A. Yes.
12       Q. Who was that?
13       A. Councilman Moss.
14       Q. Anyone else?
15       A. Not that I recall.
16       Q. Okay.  But you came away from that with
17   the understanding -- with the understanding that
18   City Council would support putting this on a
19   referendum for 2020?
20       A. My impression was that Council was
21   receptive to that idea.
22       Q. Okay.  Can you talk to me -- what are the
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    51

1    reasons you think we should change to -- that

2    Virginia Beach should change to a single-member

3    district system?

4        A. I think it makes elections more

5    competitive.  I think it's less confusing for

6    constituents.  If you're a district rep, it would

7    make sense you elect your district representative.

8        Q. And are there any other reasons why you

9    support a change to a single-member district

10   system?

11       A. Generally speaking, I think it's expensive

12   to run a campaign, and it's difficult to amass

13   support when you're effectively starting from

14   scratch.  And I think we need the opportunity for

15   lots of new ideas.  And if you have a smaller

16   footprint to campaign in, you're more likely to be

17   successful.  We're a pretty large city.

18       Q. You are.

19          It's pretty unusual for a city your size

20   to have this -- an at-large system; is that right?

21          MR. BOYNTON:  Object to the form of the

22   question.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    52

1         You can answer based on your

2    understanding.

3         A. I would agree to that position.

4         Q. Okay.  And you've said before that a

5    single-member district system would make it easier

6    for minority communities to have a voice in the

7    City Council; is that correct?

8         A. I believe it would make it easier for

9    minorities in general, yes.

10        Q. And by that, you mean both racial

11   minorities but other minority positions, as well?

12        A. Political minorities, ethnic minorities.

13   Yes.

14        Q. So do you see the at-large system as an

15   obstacle for minority candidates of choice to get

16   elected to City Council?

17        A. I see it as an obstacle for anybody

18   without an enormous amount of resources to get

19   elected.

20        Q. We've heard testimony in other depositions

21   that your colleague Councilman Rouse, Councilwoman

22   Wooten, and Councilman Moss all support a change

Transcript of Jessica Abbott
Conducted on October 3, 2019                           53

1    in the electoral system.  Do you know of any other

2    City Council members that actively support a

3    change in the electoral system?

4         MR. BOYNTON:  I would just say to the

5    extent they have taken a public position,

6    certainly appropriate to testify.  If your belief

7    is based on private conversations, then that would

8    potentially be impacted by legislative privilege.

9         A. I'm not aware of anybody else who is in

10   public support.

11        Q. Have you spoken to any of the City Council

12   members about their positions on this issue

13   privately or publicly?  You don't have to tell me

14   what the content of the conversation is, but you

15   can tell me whether or not you've had those

16   conversations.

17        A. I've had conversations with some but not

18   all.

19        Q. Who haven't you spoken to about this

20   issue?

21        A. I haven't spoken to Councilwoman Henley.

22   I don't believe I've ever had a specific

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    54

1    conversation about this issue with Councilwoman

2    Wilson.  I asked both Councilman Berlucchi and

3    Councilman Tower during our appointment process

4    what their position was.

5        Q. That was actually part of the

6    questionnaire; is that right?

7        A. Yes.

8        Q. And what were their responses?

9        A. I don't remember specifically, but it was

10   a general, like, I'm open but not -- I don't have

11   a -- it was vague.

12       Q. Okay.

13       A. It wasn't a hard way either way.  I think

14   that's it.

15       Q. Okay.  In Exhibit 1, about a third of the

16   way in or so there is a list -- a document in

17   which you outline priorities.  I believe it was

18   for the retreat.

19       A. Uh-huh.

20       Q. You're there.  Great.

21           When did you prepare this document?

22       A. A few weeks before the retreat.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    55

1      Q. And when was the retreat?

2      A. It was in February.

3      Q. Okay.  Can you explain to me what you mean

4  by a level economic playing field as one of your

5  priorities?

6      A. It speaks mostly to our findings in the

7  disparity study and trying to be more equitable

8  across the board and probably, more broadly, a

9  percentage of playing favorites.

10     Q. What do you mean by playing favorites?

11     A. Generally, there is a presumption that a

12  select few developers in our city get

13  opportunities that other people do not.

14     Q. Is one of those people Bruce Thompson?

15     A. Yes.

16     Q. And one of your concerns about former City

17  Council Member -- Manager Hansen was he had

18  provided information about internal city

19  discussions to developers; is that right?

20     A. Yes.

21     Q. Including Bruce Thompson?

22     A. I think it was Bruce Thompson.

1      Q. Yes.

2          Okay.  And district voting is on this list

3   of retreat priorities for you?

4      A. Yes.

5      Q. Among these priorities is district voting.

6   Are any of these priorities more important to you

7   than others or were they all important?

8      A. This wasn't in any particular order.  They

9   all have a place.

10     Q. What would you consider your top

11  priorities right now for the City Council?

12     A. Flooding.

13     Q. Okay.  Did other City Council members

14  submit plans similar to yours with respect to

15  priorities for the retreat?

16     A. Not in a written document.

17     Q. You were the only one who provided a

18  written document for the retreat?

19     A. That I can recall.

20     Q. Okay.

21         (A discussion was held off the record.)

22     Q. If you can turn past the various text

1   messages, there is a document that's called the

2   bias of at-large elections, how it works.

3       A. Uh-huh.

4       Q. Was this document in your email or in your

5   Google Drive or where did you locate this

6   document?

7       A. No.  This was just a document that I had

8   read when I was preparing for the legislative

9   agenda.

10      Q. Okay.

11      A. And I give more things than I sometimes

12  need to, so...

13      Q. Thank you.

14          And so does this article talk about how

15  at-large elections can drown out the voices of

16  minorities?

17      A. I believe so.  I haven't looked at it in

18  quite some time.

19      Q. What's your understanding of how the

20  Voting Rights Act relates to at-large elections?

21          MR. BOYNTON:  I would just ask -- the

22  question is properly framed.  It's your

Transcript of Jessica Abbott
Conducted on October 3, 2019                        58

1    understanding.  You're not offering an opinion as

2    a lawyer on legal issues.

3        A. My interpretation is that it has a history

4    of being used as a tool to squash people with

5    opposing viewpoints and a limited access to, I

6    guess, resources to share their viewpoints.

7        Q. Okay.  So your understanding is that

8    sometimes the Voting Rights Act makes it unlawful

9    to have at-large elections if they do that for

10   minority communities?

11       MR. BOYNTON:  Same objection as to legal

12   opinions.

13       You can speak to your understanding.

14       A. I would agree with that, yes.

15       Q. Do you know what bullet voting is?

16       A. No.  I've not heard that term.

17       Q. So to the best of my understanding, many

18   at-large election systems, unlike the City of

19   Virginia Beach, everyone just runs for a total

20   number of seats, right?

21       A. Uh-huh.  Uh-huh.

22       Q. And that's different than Virginia Beach

Transcript of Jessica Abbott
Conducted on October 3, 2019                    59

1    where there is numbered seats for seven of the

2    members; is that right?

3        A. Yes.

4        Q. And the Mayor?

5        A. Yes.

6        Q. Bullet voting is the idea that if you're a

7    minority group that really wants to elect your

8    candidate of choice you might choose to only vote

9    for your one candidate even though you could vote

10   for nine in order to limit the total number of

11   votes that are out there and make it a better

12   chance that your candidate would get elected.

13   Does that make sense?

14       A. Yes.  I'm familiar with that concept.

15   I've never heard it called that.

16       Q. You can't do that in Virginia Beach; is

17   that right?

18       A. You could in the at-large race.

19       Q. In the at-large race?

20       A. Yes.

21       Q. But that's only with respect to two seats

22   at a time in any given election?

Transcript of Jessica Abbott
Conducted on October 3, 2019                     60

```
1        A. Yes.  Yes.

2        Q. Because of the staggered terms?

3        A. Yes.  Sort -- I don't know for sure.  I

4    mean, I imagine you -- well, I think it would

5    depend.

6            No.  I guess the answer to your question

7    is yes.

8        Q. If you --

9        A. Yes.

10       Q. Okay.  The math can get confusing.  But in

11   the ordinary race, because of staggered terms,

12   there are two at-large seats open in any given

13   election, right?

14       A. If you count the Mayor.

15       Q. Right.

16       A. Yes.

17       Q. So sometimes it's only one?

18       A. Correct.

19       Q. Okay.  So the opportunity for what we just

20   described as bullet voting is very limited?

21       A. Just the one at-large race that comes up

22   when two are up at the same time, which was the
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    61

```
 1   last election cycle.
 2       Q. So would you agree that that adds a layer
 3   of difficulty for minority voices to be successful
 4   in Virginia Beach's electoral system?
 5       A. If you -- if you want to use that
 6   technique, yes.
 7       Q. Okay.  And the next page is a Legal
 8   Defense Fund, one-pager, about at-large voting?
 9       A. Uh-huh.
10       Q. Is this another material that you
11   referenced when you were doing your research?
12       A. It is.
13       Q. Okay.  This is also about the reason
14   at-large voting can discriminate against
15   minorities?
16       A. Yes.
17          MR. BOYNTON:  We may be at a good time for
18   a break?  It's about an hour.
19          MS. LANG:  Sure.  I have about three more
20   questions about this, and then we can take a
21   break.
22       Q. Prior to your raising the issue of
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                     62

1    single-member voting as a possibility in the

2    legislative packet, do you know if City Council

3    was considering a change in the electoral system?

4         A. I believe the last time that was was in

5    the '90s.

6         Q. Okay.  And what first, kind of, initiated

7    your interest in a change in the electoral system?

8         A. I've always been in favor of going to

9    district voting in some capacity.

10        Q. So you went into your City Council

11   election and race with this view?

12        A. Yes.

13        Q. Okay.  Did you campaign on it?

14        A. Not in terms of producing material, but I

15   spoke about it in debates.

16        Q. Okay.

17        A. Or forums, rather.  We really didn't have

18   debates, but...

19        Q. Fair enough.

20            And, then, a couple of pages further is

21   this graphic about contested district seat

22   elections.

Transcript of Jessica Abbott
Conducted on October 3, 2019                              63

1        A. Uh-huh.

2        Q. And your research found that incumbents

3    spend more money as compared to challengers in

4    Virginia Beach than Norfolk?

5            MR. BOYNTON:  Object to the form of the

6    question.

7            You can answer.

8        A. Yes.  Incumbents spend more than

9    incumbents in Norfolk.

10       Q. Okay.  And you see that as an obstacle for

11   challengers, right?

12       A. Yes.

13       Q. And, similarly, you found that incumbents

14   are less likely to lose their seats in Virginia

15   Beach as compared to Norfolk; is that right?

16           MR. BOYNTON:  Objection to the form of the

17   question.

18           You can answer.

19       A. In the research I did, yes.

20       Q. Okay.  And that there are more challengers

21   in Norfolk races than there are in Virginia Beach

22   races; is that correct?

Transcript of Jessica Abbott
Conducted on October 3, 2019                                64

```
 1        A. Yes.
 2        Q. And you attribute a lot of these
 3   differences at least in part to the difference in
 4   the electoral system between Virginia Beach and
 5   Norfolk?
 6        A. Yes.
 7        Q. Okay.  And Norfolk has a single-district
 8   system; is that right?
 9        A. Yes.
10        Q. Okay.  And as you noted earlier, you took
11   notice when this lawsuit was initially filed,
12   right?
13        A. Yes.  That's when this graphic was
14   created.
15        Q. Okay.
16        A. When the article in the paper ran.  I
17   don't know how far that was after it had been
18   filed.
19        Q. Right.
20           And you said that you support much of what
21   this lawsuit seeks to accomplish; is that right?
22        A. Yes.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    65

1        Q. Okay.  Do you continue to agree with that

2    proposition?

3        A. I agree with -- that we should consider a

4    district voting system.

5        Q. Okay.  And you also suggest here, at the

6    end of this document, that it might make sense for

7    Virginia Beach to actually have more City Council

8    members than it currently does; is that right?

9        A. Yes.

10       Q. Okay.  And do you continue to hold the

11   view that it might make sense to have more than

12   the current number of City Council members?

13       A. Yes.

14       Q. And why is that?

15       A. Our number of seats has not changed while

16   our population has.

17       Q. Okay.

18       A. I think it's -- would make sense to

19   facilitate some form of reapportionment.

20       Q. How many seats do you think might make

21   sense, given the change in the size of Virginia

22   Beach?

Transcript of Jessica Abbott
Conducted on October 3, 2019                          66

1          A. I would think we would need the most

2     recent census data to answer that in a good way.

3          Q. Fair enough.

4          A. In an intelligent way.

5          Q. Do you know how long it has been since

6     Virginia Beach has increased the number of City

7     Council members?

8          A. I have tried to find that answer, and I

9     have been unable to, so I don't know if we ever

10    have or -- maybe we have, but I'm not sure.

11         Q. Okay.  So suffice it to say, it's been a

12    long time the same number of Council members?

13         A. Yes.

14         Q. And Virginia Beach has grown quite a bit

15    in recent decades; is that right?

16         A. Since we incorporated, most definitely.

17         Q. Okay.  What is this document?

18         A. This is a Facebook post.  That's why there

19    is a hyperlink.

20         Q. Got it.  Thank you.

21         A. Yes.

22         Q. And at the end here, on the next page is

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    67

1   this part of the Facebook post that --

2       A. This was a different Facebook post on

3   February 25th.

4       Q. Okay.

5          MR. BOYNTON:  And that's the second page.

6       A. I don't think I could pull a hyperlink.  I

7   think that's why there isn't one.  I tried to

8   hyperlink everything I could.

9       Q. I appreciate that.  That makes a lot of

10  sense to me.

11         Are these remarks on the next page remarks

12  you gave at the disparity study march?

13      A. I believe that was, like, an after action

14  type.  This was after I had been at the march.

15      Q. Okay.  And the next page is this graphic

16  for your endorsement --

17      A. Uh-huh.

18      Q. -- of Aaron Rouse.  Is this from your

19  Facebook page?

20      A. It is.

21      Q. Okay.  Did you have a graphic designer who

22  created this for you?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    68

1        A. You're looking at her.

2        Q. All right.

3        A. I should give my husband some credit, as

4    well.

5        Q. All right.  And the graphics on the

6    following two pages, are those also from your

7    Facebook page?

8        A. That is correct.

9        Q. Okay.  And you, perhaps with the

10   assistance of your husband, created these images,

11   as well?

12       A. That is correct.

13       Q. Have we spoken about Tim Worst yet today?

14       A. I forgot about Tim Worst.

15       Q. Okay.  Who is Tim Worst?

16       A. He was in Pieri Burton's race.  And when

17   Pieri dropped out, I pivoted my support to Tim.  I

18   completely forgot about Tim.

19       Q. And Tim was in what district?

20       A. Princess Anne.

21       Q. Okay.  And --

22       A. And, of course, I endorsed Bobby Dyer.

Transcript of Jessica Abbott
Conducted on October 3, 2019                              69

1      Q. Other than endorsing Tim Worst, did you

2   campaign for him in any way?

3      A. Aside from him being a part of a bigger

4   group, not specifically.

5      Q. Okay.  Did this group of people appear at

6   events together?

7      A. Not all of them, no.

8      Q. Okay.

9      A. John Moss, Eric Wray, and Tim did.

10      Q. Okay.

11      A. Bobby occasionally.

12      Q. So John Moss, Eric Wray, and Tim Worst

13   often campaigned together; is that right?

14      A. Yes.  They were not running a campaign

15   together, but they were often seen together.

16      Q. Got it.

17         Do you know a gentleman by the name of --

18   let me find it.

19         MR. BOYNTON:  I can tell you what I think

20   you're thinking.  Brian Kerwin?

21         MS. LANG:  Yes.

22      Q. Do you know someone by the name of Brian

Transcript of Jessica Abbott
Conducted on October 3, 2019                    70

1    Kerwin?

2        A. Yes.

3        Q. Who is Brian Kerwin?

4        A. He's a political consultant.

5        Q. And he appears to represent a number of

6    different City Council members in their races; is

7    that right?

8        A. That's correct.

9        Q. Did he represent -- did he help manage

10   your campaign?

11       A. He did not.

12       Q. Okay.  And do you know how Mr. Kerwin goes

13   about determining who he's going to manage

14   campaigns for?

15       A. I imagine whoever pays him.

16       Q. Okay.  Does he have any other jobs in

17   Virginia Beach?  Like, what is his day job?

18       A. I think he's just a consultant.  I'm

19   sure -- I believe he consults for private

20   business, as well.

21       Q. Okay.

22       A. But I don't have the specifics of his

1   business.

2        Q. Okay.  I'm trying to understand this

3   process because I've never really heard of a

4   campaign manager that works for so many different

5   candidates in one race.

6            Are they -- does the candidates that he

7   consults for typically align philosophically?

8        A. Generally.  I think generally is the

9   answer to that question.  I can't really speak --

10  I've never hired him, so...

11       Q. Are they, generally, conservative

12  candidates or more progressive candidates?

13       A. I would say they're, generally,

14  conservative.

15       Q. Okay.  And do you know if -- since you

16  have not worked with him, the answer may very well

17  be no.  But do you know if candidates or current

18  members sometimes recommend Mr. Kerwin to other

19  candidates or members for his services?

20       A. I don't know.

21       Q. Does Mr. Kerwin have a reputation in

22  Virginia Beach in any particular way?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    72

1      A. I think his reputation is that he gets

2   people elected.

3      Q. Okay.  So he has a record of success?

4      A. Yes.

5      Q. Okay.  How long has he been politically

6   consulting in Virginia Beach?

7      A. Probably longer than I've been alive.

8      Q. Okay.

9      A. I don't know, though.

10     Q. Does he have any business with the city

11  outside of his political consulting?

12     A. Not to my knowledge.

13     Q. Okay.  Is he Caucasian or African American

14  or do you know his race?

15     A. He would not be considered a minority.

16     Q. Okay.

17     A. He's white.

18     Q. Do you know who Mr. Kerwin consulted for

19  in the most recent election?

20     A. I know he works with Rosemary Wilson.  I

21  don't know who his other clients were.

22        MS. LANG:  Let's take a break.  I'm sorry.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    73

```
1    I forgot you asked for one.  I got all wrapped up.

2         MR. BOYNTON:  I hear you.

3         (A recess was taken.)

4      Q. You can switch to Exhibit 2.  After you

5    skip the --

6         MR. BOYNTON:  Cover stuff.

7      Q. The cover stuff.  And the first text

8    message exchange is dealing with Gary McCollum?

9      A. Yes.

10     Q. I imagine that this was just prior to the

11   voting on your legislative agenda item for

12   district voting; is that right?

13     A. That's correct.

14     Q. And you shared this with Gary McCollum

15   ahead of time or you texted with him ahead of time

16   about the issue?

17     A. Yes.

18     Q. How did you become acquainted with Gary

19   McCollum?

20     A. Shortly after I was elected we had coffee.

21     Q. Okay.

22     A. He introduced himself to me.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                     74

```
1        Q. And you two have become friendly?

2        A. Yeah.

3        Q. And you've spoken about issues in Virginia

4    Beach together?

5        A. Yes.

6        Q. You've spoken about district voting, as

7    well as the disparity study; is that right?

8        A. Yes.

9        Q. Have you talked to him about other

10   Virginia city issues?

11       A. Yes.

12       Q. Okay.  What are some other issues the two

13   of you have discussed?

14       A. We've talked about police outreach to the

15   minority community.  We've spoken about the City

16   Manager.  We've spoken about more broad issues,

17   like flooding, you know, kind of just the things

18   that people are generally interested in.

19       Q. Have you talked to him about the 5 Point

20   Policing Plan that the Ministers Conference had

21   put forward?

22       A. Yes, but not in great detail.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                          75

1        Q. Are you familiar with that plan?

2        A. Yes.

3        Q. With respect to flooding, have you ever

4    spoken to Gary about concerns that predominantly

5    African American areas have not received as much

6    support -- city support as other neighborhoods in

7    Virginia Beach?

8        A. No.

9        Q. Okay.  Have you ever spoken to

10   Mr. McCollum about concerns related to the loss of

11   homeownership in the African American community?

12       A. No.

13       Q. Okay.  I believe you testified earlier

14   that at the public meeting on the district voting

15   amendment Mr. McCollum actually shared some

16   thoughts that he would not support the hybrid plan

17   that you had put forward; is that right?

18       A. Yes.  That's correct.

19       Q. A couple pages later there is a text

20   message exchange with Kelly Fowler.

21       A. Yes.

22       Q. Who's Kelly Fowler?

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    76

1        A. She's a delegate in the 21st District.

2        Q. And is that a district that represents the

3    Virginia Beach area?

4        A. It is.

5        Q. Okay.  And how did you first become

6    acquainted with Kelly Fowler?

7        A. She became a district representative.

8        Q. Okay.

9        A. Or the 21st District representative.

10        Q. And how did you first meet her?

11        A. In her official capacity.

12        Q. Okay.  And in 2018 you reached out to her

13    via text message about being a sponsor should your

14    district voting become part of a legislative

15    packet; is that right?

16        A. Yes.

17        Q. Did she end up being a state sponsor or

18    did you not get to that stage?

19        A. We didn't -- I'm sorry.  We did not get to

20    that stage.

21        Q. When you spoke -- did you end up having

22    coffee with her after this text message exchange?

1        A. We did not.

2        Q. Did you end up getting together in-person

3    in any way?

4        A. No.

5        Q. Did you end up ever speaking to her any

6    further about potentially being a sponsor after

7    this text message exchange?

8        A. No.

9        Q. Okay.  Have you spoken to her since about

10   district voting or anything related to changing

11   the electoral system?

12       A. No.

13       Q. Okay.  On the second page of your text

14   message exchange with Aaron Rouse you mention the

15   Achievable Dream Program.  What's the Achievable

16   Dream Program?

17       A. It's a program that is -- sits on top of

18   one of our public schools in Seatack.  It's funded

19   by private money, but it's a goal of giving

20   resources to students who may otherwise not have

21   them.

22       Q. Okay.  So it is a program to provide

Transcript of Jessica Abbott
Conducted on October 3, 2019                           78

```
 1    private resources to public school students; is

 2    that right?

 3         A. Correct, who attend Seatack Elementary

 4    School.

 5         Q. Is Seatack Elementary School a

 6    predominantly African American school?

 7         A. Yes.

 8         Q. What kinds of resources do they provide to

 9    students?

10         A. A lot.  They have a -- they have a

11    take-home food program.  They have extended day,

12    so they have a longer school day than most --

13    well, all of the school -- most of the schools in

14    our city.  They have summer school.  They have

15    Speaking Green, which is an etiquette program.

16    They have programs that are devoted to giving them

17    access to experiences that most -- they most

18    likely wouldn't be exposed to.  It's -- I mean,

19    it's a really expansive program.

20         Q. Is part of the goal of the Achievable

21    Dream Program to close the achievement gap between

22    minority and white students in Virginia Beach?
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    79

1      A. Yes.  I'd also say, more broadly, it's

2   about closing an achievement gap with people who

3   have a lower socioeconomic status.

4      Q. Okay.

5      A. There is a lot of -- the school is very

6   diverse.

7      Q. But the school is primarily low income?

8      A. Yes.

9      Q. Okay.

10     A. It's 100 percent low income.

11     Q. Okay.  And would you say that there is a

12  significant achievement gap in Virginia Beach

13  based between low income and higher income

14  communities?

15     A. Yes.

16     Q. And is there a significant achievement gap

17  that also tracks along racial lines in Virginia

18  Beach?

19     A. Yes.

20     Q. What, if any, programming are you aware of

21  that Virginia Beach has taken on to try to close

22  that achievement gap?

Transcript of Jessica Abbott
Conducted on October 3, 2019                         80

1          MR. BOYNTON:  Are you asking City of

2    Virginia Beach, City Council, or other programs?

3          MS. LANG:  Both.

4          MR. BOYNTON:  Okay.

5      A. Well, the City of Virginia Beach doesn't,

6    generally, have anything to do with the schools.

7    That's the School Board.  But we are partnered

8    with Achievable Dream, so I would count us in

9    that.  But other than that, I can't really speak

10   to something more specific.

11     Q. Do you-all set the budget for the schools?

12     A. We do.

13     Q. Okay.

14     A. Well, we approve their budget.

15     Q. Okay.  So do you have any input on the

16   budget that you approve?

17     A. No.

18     Q. Could City Council not approve a budget?

19     A. Yes.

20     Q. So in that way would City Council have

21   some input on saying that they would not approve a

22   budget unless it included X, Y, or Z?

Transcript of Jessica Abbott
Conducted on October 3, 2019                            81

1          A. My understanding is we are able to up or

2     down it, but we are not to provide direction.

3          Q. Okay.  And when does that process happen?

4          A. Along the normal budget process.

5          Q. Okay.  Have you ever met with or

6     communicated with members of the School Board?

7          A. Yes.

8          Q. Okay.  Which members?

9          A. Nearly all of them.

10         Q. Okay.  Are there any that you've spoken to

11    with more frequency than others?

12         A. I know three of them personally.

13         Q. Okay.

14         A. So yes.

15         Q. Have you partnered with any of the School

16    Board members on initiatives or supported

17    initiatives related to the achievement gap?

18         A. No.

19         Q. Are you aware of any programs through the

20    School District to try to address the achievement

21    gap in Virginia Beach?

22         A. I couldn't speak to that.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    82

1      Q. Okay.  Later on, on this same page you

2  reference Vision 2040.  What's that?

3          MR. BOYNTON:  Let's be clear.  What page

4  are you referring to?

5          MS. LANG:  I'm on the second page of text

6  messages with Aaron Rouse.

7      A. Oh.  Yeah.  David Weiner is one of the

8  people appointed to that board, and he asked me to

9  reach out to Aaron.

10     Q. Okay.  And what is Vision 2040?

11     A. It's a community board that Council

12 initiated to help promote the ideas of what the

13 city will look like in 2040.

14     Q. Okay.  And who is David Weiner?

15     A. He is -- well, he's a Planning Commission

16 representative, but he also serves on that board

17 as an appointed person.

18     Q. Okay.  How many people are on that board?

19     A. Oh.  I don't know.

20     Q. Okay.  Do you know why he wanted to talk

21 to Mr. Rouse?

22     A. No.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    83

1      Q. So you were just being a conduit --

2      A. Yes.

3      Q. -- for him?

4         We can skip the correspondence with

5   Mr. McCollum for a moment and go to the

6   correspondence with FairVote Virginia.  The date

7   on this is January 9th.  Is that January 9th of

8   this year or last year?

9      A. I believe it's this year.

10     Q. Okay.  And did you reach out to FairVote

11  Virginia first or did somebody from FairVote

12  Virginia contact you?

13     A. No.  I initiated contact.

14     Q. Okay.  And why did you initiate contact?

15     A. I liked their message.

16     Q. So are you a supporter of a ranked choice

17  voting model?

18     A. I am.

19     Q. Okay.  And why do you support a ranked

20  choice voting model?

21     A. I think it will produce results more

22  conducive with what the overall population wants

Transcript of Jessica Abbott
Conducted on October 3, 2019                    84

1    to see in the government.

2        Q. Do you see ranked choice voting as

3    providing many of the same benefits as a

4    single-member district system?

5        A. Yes.

6        Q. Do you see ranked choice voting as a

7    better system than a district-based system?

8        A. Potentially.

9        Q. And why is that?

10       A. Well, I think we might have a better -- I

11   think we might have a better overall result in

12   terms of getting a candidate that is truly

13   representative of their area.  I also think there

14   are a lot of hurdles that need to be overcome for

15   this system.

16       Q. Okay.  And what are some of those hurdles?

17       A. Having -- the public having a good

18   understanding of how it works.

19       Q. Uh-huh.

20           Are you familiar in other places where

21   ranked choice voting has been successful?

22       A. No.

Transcript of Jessica Abbott
Conducted on October 3, 2019                          85

1        Q. So where -- have you had any further

2    communication with FairVote Virginia outside of

3    these few messages?

4        A. No.

5        Q. Have you done anything else to support or

6    learn more about ranked choice voting?

7        A. Not outside just personal edification.

8        Q. So you haven't taken any kind of public

9    actions in support of --

10       A. I have not.

11       Q. Would you support a system that had both

12   single-member districts and ranked choice voting?

13       A. I'm open to it.

14       Q. Okay.  Who is Pieri Burton?

15       A. Pieri.

16       Q. Pieri?

17       A. He was a candidate in Princess Anne but

18   withdrew.

19       Q. And he is a personal friend of yours?

20       A. Yes.

21       Q. How long have you known him?

22       A. Five or six years.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    86

1          Q. And how did you meet him?

2          A. Politics.

3             (A discussion took place off the record.)

4          Q. Have you spoken to any members of the

5    Latino community about single-member districts?

6          A. No.

7          Q. What about the Asian community?

8          A. Yes.  I believe I spoke at a forum about

9    it.

10         Q. Where was that forum?

11         A. It would have been at the Filipino

12   Cultural Center.

13         Q. And were the folks there supportive of a

14   change?

15         A. It was a one-way conversation.

16         Q. Okay.  You just spoke?

17         A. Yes.

18         Q. Okay.  Were you invited to speak on that

19   topic in particular or just generally?

20         A. It was a general forum.

21         Q. Okay.  And when, about, was that?

22         A. Oh.  I don't know.  Sometime during the

Transcript of Jessica Abbott
Conducted on October 3, 2019                    87

1     campaign season.

2          Q. During 2016 campaign season?

3          A. Yes.

4          Q. Okay.  Have you done any outreach to the

5     Latino community since your election?

6          A. Yes.

7          Q. And what has that been?

8          A. Well, I'm currently writing an op ed for

9     their paper.

10         Q. Oh.  What about?

11         A. Hispanic heritage.

12         Q. And who did you coordinate with to do

13    that?

14         A. John Coker.

15         Q. Who runs their newspaper?

16         A. I couldn't tell you.

17         Q. And what organization?

18         A. I think it's the Latino Chamber of

19    Commerce.  I'm not sure.

20         Q. Okay.  Have you done any other outreach to

21    the Latino community?

22         A. No.

Transcript of Jessica Abbott
Conducted on October 3, 2019                            88

1        Q. How about during your campaign?

2        A. Not directly.

3        Q. Okay.  Could you name any of the leaders

4   of the Latino community, community leaders --

5        A. No.

6        Q. -- in Virginia Beach?

7           What about for the Asian community?

8        A. I have met them.  Oh.  I cannot remember

9   her name.  I couldn't give you their names off the

10  top of my head.

11       Q. Is one of the individuals you're thinking

12  about Shewling Moy?

13       A. No.

14       Q. Okay.

15       A. But I have met her.

16       Q. Okay.

17       A. I haven't had extensive conversation with

18  her outside of -- she's a real estate agent, isn't

19  she?  Her and I have talked a little bit about

20  some flooding policy, but it's not been extensive

21  conversation.

22       Q. Okay.

Transcript of Jessica Abbott
Conducted on October 3, 2019                              89

```
 1        A. I'm thinking of a Filipino woman who's a

 2   doctor.

 3        Q. Okay.

 4        A. But I can't remember her name.

 5        Q. And does she work with the Filipino

 6   Cultural Center?

 7        A. Yes.

 8        Q. Okay.  Earlier you testified that you got

 9   the general sense from talking to City Council

10   members that your district voting amendment would

11   fail and so you withdrew it; is that right?

12        A. That's correct.

13        Q. Okay.  Is it your sense that City Council

14   often communicates with each other prior to votes

15   so that votes that are not going to be successful

16   are often withdrawn?

17        A. No.

18        Q. Okay.  So things often go to a vote that

19   don't pass?

20        A. Yes.  Well -- yes.

21        Q. And who -- outside of the budget process,

22   if you had an ordinance or resolution or something
```

1    that you wanted considered, how do you go about

2    getting that on the agenda?

3         A. Typically, we have a draft ordinance

4    written by the City Attorney's Office.  Ideally,

5    we provide that draft ordinance to everybody on

6    Council, probably have a few minutes discussion on

7    it towards the end of a meeting, and then

8    hopefully have further discussion at a future

9    meeting, and then the Council member can request

10   based on public outreach/Council discussion

11   whether they'd like it placed on the agenda.

12        Q. Okay.  And if you want to get an up or

13   down vote on a particular item, can any City

14   Council member request that an item get an up or

15   down vote?

16        A. Yes.

17        Q. And is that request always granted?

18        A. In my experience, yes.

19        Q. So you're not aware of requesting that

20   something get an up or down vote but it not being

21   granted?

22        A. No.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                        91

1        Q. Okay.  And who decides?  Like, who's the

2   final decider about what the agenda is going to be

3   and what gets votes or doesn't get votes?

4        A. I think it's a collaboration with the

5   Mayor, the Vice Mayor, and the City Manager in

6   terms of how it's set.  But I believe if a Council

7   member would like something on the agenda it gets

8   placed.

9        Q. Okay.

10       A. I've not experienced anything other than

11   that.

12       Q. Okay.  At the public hearing on your

13   district voting amendment you mentioned that

14   Mr. McCollum spoke.  Do you remember anyone else

15   speaking about the amendment?

16       A. I believe he was the only one.

17       Q. Okay.  When you were elected in 2016, were

18   you aware of the fact that the minority community

19   was asking for a disparity study?

20          MR. BOYNTON:  Object to the form of the

21   question.

22          You can answer.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    92

1      A. Yes.

2      Q. Okay.  Did you talk about that issue

3   during your campaign at all?

4      A. Yes.

5      Q. And did you support a disparity study?

6      A. I did.

7      Q. Okay.  Do you know how long members of the

8   minority community were asking for a disparity

9   study before City Council agreed to it?

10     A. I do not.

11     Q. Okay.  It was some amount of time?

12     A. I couldn't say.

13     Q. Okay.  What was your understanding of why

14  the city needed to have a disparity study?

15         MR. BOYNTON:  Object to the form of the

16  question.

17         You can answer.

18     A. I believe the perception was there were

19  opportunities being given to a select group of

20  people based on relationships and access.  And I

21  felt the disparity study was a means to prove or

22  disprove that.

Transcript of Jessica Abbott
Conducted on October 3, 2019                              93

1      Q. Okay.  Was that your perception?

2      A. Yes.

3      Q. And when business is allocated based on

4   personal relationships, can that sometimes have

5   impacts on racial equity, as well?

6      A. Potentially.

7      Q. If, for example, the people who are doling

8   out business on the basis of personal

9   relationships are themselves white and have other

10  white community members, might it have a racial

11  impact?

12     A. It could.

13     Q. Okay.  George Minns was a leader in the

14  African American community before he passed; is

15  that right?

16     A. Yes.

17     Q. And it was George Minns' strong belief

18  that minorities were not getting an equal

19  opportunity for business in the City of Virginia

20  Beach; is that right?

21         MR. BOYNTON:  I'm going to object to the

22  form of the question.

Transcript of Jessica Abbott
Conducted on October 3, 2019                        94

1          You can testify to your understanding of

2    what he said or --

3        A. In my discussion with him, I believe

4    that's true.

5        Q. Okay.  Was that also the strong belief of

6    Bruce Smith?

7          MR. BOYNTON:  Object to the form of the

8    question.

9          You can answer to your understanding of --

10       A. I actually didn't meet Bruce Smith until

11   after the election.

12       Q. Okay.

13       A. And I've had limited discussions with him.

14       Q. But you have met Bruce Smith since?

15       A. I have.

16       Q. And who is he?

17       A. He's a business owner in our community

18   and, more notably, a football player, former

19   football player, who I also did not know.

20         MR. BOYNTON:  Not a huge Tech fan

21   apparently.

22       A. I'm not a football person.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    95

1      Q. And Bruce Smith has strongly supported the

2   disparity study; is that right?

3      A. That's correct.

4      Q. Okay.  And he's spoken publicly about his

5   views that the City of Virginia Beach has not

6   treated racial minorities equally; is that right?

7      A. I believe so.

8      Q. When you were elected Mayor Sessoms was

9   the Mayor; is that correct?

10     A. Yes.

11     Q. And did Mayor Sessoms at the time you were

12  elected support a disparity study?

13        MR. BOYNTON:  To the extent you're --

14     Q. Familiar.

15     A. Not in a public capacity, to my -- that I

16  was exposed to.

17     Q. Are you aware that he wrote an editorial

18  in opposition to a disparity study?

19     A. No.

20        MS. LANG:  We'll mark Exhibit 3.

21              (Exhibit 3 was marked and

22              attached to the transcript.)

Transcript of Jessica Abbott
Conducted on October 3, 2019                    96

1       Q. Do you recall getting this email

2   forwarding along a memo from the Pacific Legal

3   Foundation and Center for Equal Opportunity about

4   the disparity study?

5       A. No.

6       Q. Okay.  But it does look like it was sent

7   to City Council in early 2017; is that right?

8       A. It does.

9       Q. And you were on City Council at that time?

10      A. I was.

11      Q. Okay.  Do you agree with the position in

12  this email that disparity studies are frequently

13  revealed to be defective and even fraudulent?

14      A. No.

15      Q. And do you agree with the position that a

16  disparity study would only be needed supposedly if

17  the city wants to have a legal justification for

18  non-neutral measures?

19      A. No.

20      Q. Okay.  Do you know if the views expressed

21  by the Center for Equal Opportunity or Pacific

22  Legal Foundation reflected the views of any of

1    your City Council members?

2        A. Not to my knowledge.

3        Q. Have you spoken to anyone from the Center

4    for Equal Opportunity or the Pacific Legal

5    Foundation?

6        A. No.

7        Q. Okay.

8            MS. LANG:  Let me mark Exhibit 4.

9                      (Exhibit 4 was marked and

10                     attached to the transcript.)

11       Q. And this email change reflects there was a

12   town hall meeting about the disparity study at

13   which you spoke; is that correct?

14       A. Actually, that town hall was cancelled

15   because we didn't have access to the venue.

16       Q. Okay.  There was a planned town hall

17   meeting?

18       A. There was a planned town hall.  And it did

19   get rescheduled eventually, but it did not get

20   this attention.

21       Q. Okay.  So did you put together the town

22   hall or did somebody else organize it?

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    98

1       A. I asked our Communications Director to

2   help me set up the venue and the logistics in

3   terms of trying to get the word out, but I

4   initiated the request for a town hall.  This would

5   have been my first town hall.

6       Q. And where was it supposed to be?

7       A. The Schola Center, I think.

8       Q. The Schola Center at Tallwood High School?

9       A. That's correct.

10      Q. And why did you end up not having access

11  to that venue?

12      A. It was double-booked.

13      Q. And why did you decide to have the

14  disparity study to be your first -- the topic of

15  your first town hall?

16      A. I don't know.  It was something that

17  people were interested in, and it was at that

18  point in time a high profile part of our

19  discussion.

20      Q. Was that a high priority for you?

21      A. Yes.

22      Q. Okay.  And on the second page on this

Transcript of Jessica Abbott
Conducted on October 3, 2019                              99

1   email from George Minns about the town hall he

2   talked about something -- he mentions what he

3   calls City Councilman Dyer's proposed version of a

4   watered down so-called disparity study.  Are you

5   familiar with, kind of, alternative proposals from

6   City Councilman Dyer or others that refer to

7   something less than the community was asking for?

8       A. I recall the discussion.  I don't recall

9   seeing any formal proposal.

10      Q. Okay.  And do you know the broad outlines

11  of the, in George Minns' terms, watered down

12  proposal?

13      A. I don't really, honestly, remember what

14  the specifics were.  It was similar to -- I

15  remember it being similar but not as in-depth.

16      Q. Were you supportive of the full disparity

17  study that the African American community was

18  asking for?

19      A. Yes.

20      Q. On the next page George Minns expresses

21  his view that they could trust City Councilwoman

22  Jessica Abbott; is that right?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    100

```
 1        A. Yes.
 2        Q. Have you worked to, kind of, build trust
 3    with the African American community?
 4        A. I believe so.
 5        Q. And you supported Mayor Dyer in his 2018
 6    election; is that right?
 7        A. Correct.
 8        Q. Mr. Minns -- is it fair to say that
 9    Mr. Minns, at least in this email, does not speak
10    highly of Mayor Dyer?
11        A. I couldn't answer that.
12        Q. He refers to him as slick-talking?
13        A. You mean in this email?
14        Q. Yes.
15        A. Oh.  Yes.  I would say that's fair.  I
16    thought you meant in the election.
17        Q. No.
18           Do you know why George Minns felt that the
19    black community cannot trust Councilman Dyer?
20        A. No.
21        Q. Okay.  Have you ever spoken to George
22    Minns or Gary McCollum about their views on other
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    101

```
1     City Council members?

2          A. Broadly.

3          Q. Have they shared with you some of their

4     views about other City Council members?

5          A. They have.

6          Q. What views has Gary McCollum shared with

7     you about other City Council members?

8          A. I'd say general frustration.

9          Q. Which City Council members?

10         A. Most of the tenured ones.

11         Q. Rosemary Wilson?

12         A. Yes.

13         Q. Councilman Dyer or Mayor Dyer?

14         A. Yes.

15         Q. Council Member Jones?

16         A. I don't recall specifically --

17         Q. Okay.  Vice Mayor Wood?

18         A. -- Jones.

19            Yes.

20         Q. Any others?

21         A. Councilwoman Henley.

22         Q. And has Mr. McCollum expressed his
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    102

1    frustration specifically that those Council

2    members are not responsive to the needs of the

3    minority community?

4        A. I wouldn't say in that specific terms.

5    It's just a general frustration with, I'd say, a

6    lack of turnover and openness to new ideas.

7        Q. He's never identified specifically he

8    feels as though they do not respond to requests

9    from the Ministers Conference of the black

10   community?

11       A. I would say he has said that.

12       Q. Okay.  Do you sympathize with any of those

13   concerns?

14       A. I -- yes.

15       Q. How so?

16       A. I believe that we should try to make

17   ourselves as accessible as possible.  And I feel

18   I've done my best to be present when they've asked

19   me to be present and responsive when they've

20   reached out to me, and reached out to them.  So

21   I -- my personal perception is that we should all,

22   on our body, try to do the same.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    103

1        Q. So you mention that this town hall had to

2    be rescheduled.  When was it rescheduled for?

3        A. I couldn't tell you the specific date.  It

4    was probably about a month or so after.

5        Q. Okay.

6        A. It might have been sooner than that.

7        Q. Okay.  And where was it eventually held?

8        A. I want to say the Kempsville Rec Center.

9        Q. Okay.

10        A. It might have been the Schola Center,

11   though.

12        Q. Okay.  Was Council Member Dyer scheduled

13   to participate in the town hall with you?

14        A. Initially.

15        Q. Okay.  And why did that change?

16        A. Well, we didn't have that town hall.

17        Q. Okay.  And when it was rescheduled --

18        A. I just rescheduled it for myself.

19        Q. And you did not include Council Member

20   Dyer?

21        A. I did not exclude him, but I didn't make a

22   point to include him either.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    104

1      Q. And he did not participate in that?

2      A. Not that I recall.  We did have a joint

3   town hall sometime after that, but it was about

4   the budget.

5         MR. BOYNTON:  Are you done with 4 or no?

6         MS. LANG:  Yeah.  I think so.

7      Q. Back to 2.  In the center there, there is

8   some lengthy correspondence with Gary McCollum.

9   And I'm looking at the fourth page.

10        MR. BOYNTON:  The date would be helpful.

11        MS. LANG:  March 1, 2017.

12        MR. BOYNTON:  Okay.

13     Q. And in this text message exchange you

14  mention that it was Mayor Bobby Dyer that had to

15  cancel the joint town hall; is that right?

16     A. Initially, yeah, and then we found out we

17  didn't have the venue.

18     Q. Was he going to cancel it even before you

19  found out about the venue issue?

20     A. I think he was just not going to attend.

21     Q. He was not going to attend?

22     A. Yes.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    105

1    Q. And then you had to cancel?

2    A. Yes.

3    Q. And you were concerned that you didn't

4    want the rescheduling to make it appear that you

5    didn't want to talk about the issues?

6    A. That's correct.

7    Q. And are you referring specifically to the

8    disparity study there?

9    A. Yes.

10   Q. Okay.  And your concern was that Mayor

11   Dyer was supposed to be the one to speak and have

12   a presentation, et cetera, and so you weren't

13   prepared to have a presentation; is that right?

14   A. It was more it was my first town hall.  I

15   had never done it before.

16   Q. Fair enough.

17      Do you know why he decided to cancel?

18   A. I don't know.  I can't answer that

19   question.

20   Q. Okay.  He just told you he'd have to

21   cancel?

22   A. I'm sure he gave me a reason.  I don't

1   remember what it was.  I think it was a scheduling

2   conflict.

3       Q. Okay.  Did you end up doing a Facebook

4   Live?

5       A. I did not.

6       Q. Ultimately did you just decide to

7   reschedule the town hall?  Is that how you

8   resolved this conversation about how to engage

9   with the community about the disparity study?

10      A. That's correct.

11      Q. Okay.  At the top of this exchange that

12  we're discussing, on March 1, 2017 Mr. McCollum

13  expresses his concern that the RFP for the

14  disparity study for Virginia Beach was 39 pages

15  long and full of conditions and restrictions.  Did

16  you end up talking to Mr. McCollum about those

17  concerns?

18      A. I believe we had coffee shortly after that

19  text message exchange.  It may have been a phone

20  call.  We did talk about it.

21      Q. What kind of conditions and restrictions

22  were in the RFP for the disparity study?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    107

1     A. I couldn't tell you now.  I don't

2  remember.

3     Q. Did you share his concerns that it was too

4  restrictive?

5     A. I know we discussed it as a body, but I

6  couldn't tell you now how exactly that

7  conversation played out.

8     Q. On the next page Mr. McCollum shared with

9  you, More gap financing for Cavalier on Tuesday.

10  Wow.  And you responded, Yep.  Needless to say, I

11  will be voting no.

12     Can you explain to me what he means by

13  more gap financing for Cavalier?

14     A. I'm not an expert in gap financing, but it

15  was a deal that Bruce Thompson had with

16  rehabilitating the Cavalier, which is a historic

17  property in Virginia Beach, and got a lot of

18  public money.  And I don't support that.

19     Q. And why don't you support that?

20     A. I believe it was a private venture that he

21  should have been able to fund himself.

22     Q. Okay.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    108

1        A. Also, I didn't care for the perception of

2   somebody getting more public money at what seemed

3   like an advantage.

4        Q. So this relates to some of the concerns

5   about cronyism?

6        A. Yes.

7        Q. And, also, you believe that this was

8   funding that -- that this was really a private

9   venture for Mr. Thompson's own private gain that

10  should have been funded with private funds?  Is

11  that my understanding?

12       A. Yes.

13       Q. Okay.  Did that funding ultimately get

14  approved notwithstanding your no vote?

15       A. Yes.

16       Q. Does Mr. Thompson continue to get

17  significant funding from Virginia Beach?

18       A. I don't know if he's gotten any since this

19  project, off the top of my head.

20       Q. Okay.

21       A. Nothing that I can recall specifically.

22       Q. Okay.  And there was a planned march in

Transcript of Jessica Abbott
Conducted on October 3, 2019                         109

```
 1    February about the disparity study; is that right?

 2        A. Yes.

 3        Q. And did you attend that disparity study

 4    march?

 5        A. I attended -- yes.  I attended both of

 6    them.

 7        Q. There were two?

 8        A. Yes.

 9        Q. Okay.  Were they close together?

10        A. They were a year apart exactly.

11        Q. Okay.  And you attended both?

12        A. Yes.

13        Q. Were both of them during your tenure as

14    City Council member?

15        A. Yes.

16        Q. Okay.  One in 2017 and one in 2018?

17        A. Yes.

18        Q. Okay.  Did you speak at either of them?

19        A. Yes.

20        Q. Okay.  Did you speak at both of them?

21        A. Yes.

22        Q. Okay.  And what was the nature of your
```

1    remarks?

2        A. Inclusivity, generally.  Yeah.

3    Inclusivity.

4        Q. So during your tenure at City Council it

5    took at least a year before City Council approved

6    the disparity study; is that right?

7        A. It was within the year from '17 to '18.

8    I'm not sure exactly the timeline, but it was

9    within the two -- by the time the disparity study

10   march happened, it had passed.

11       Q. Okay.  Do you know why it took as long as

12   it did to get the disparity study passed?

13       A. Government red tape.  No.  There was a lot

14   of discussion.

15       Q. Were there members that were reticent to

16   supporting the disparity study?

17       A. Yes.

18       Q. And who were those members?

19       A. Well, the Mayor at the time.  There was

20   some general concern from some of the other

21   members.  I couldn't recall their specific -- who

22   specifically said what, but there were people who

Transcript of Jessica Abbott
Conducted on October 3, 2019                    111

1    just were worried about what the consequences of

2    the disparity study could be.

3        Q. What kind of consequences were they

4    concerned about?

5        A. Like, set-asides.

6        Q. Were you one of the first City Council

7    members to come out in support of a full disparity

8    study?

9        A. I believe I was the first.

10       Q. Who was the second?

11       A. Ben Davenport.

12       Q. Okay.  And, then, was there anyone else

13   that came out, kind of, publicly in support of

14   the, kind of, final passage?

15       A. I believe Councilman Moss did.  And I

16   believe Councilwoman Kane did, as well.

17       Q. Okay.  And that was later on?

18       A. John before Shannon.  I don't remember the

19   exact timeline, though.

20       Q. But for some significant amount of time

21   was it only you and Councilman Davenport that were

22   publicly supporting a disparity study?

Transcript of Jessica Abbott
Conducted on October 3, 2019                           112

1        A. Yeah.  Yes.

2        Q. Okay.  On the next page, I think, April

3   17, 2018, Mr. McCollum shared a concern with you

4   that the disparity study might be presented in a

5   closed session.  And you expressed your concern if

6   that was the case.

7            Was there a plan to present the findings

8   of the disparity study in a closed session?

9        A. No.

10       Q. That was incorrect information?

11       A. That was.

12       Q. And it was always the plan to discuss the

13   findings at an open session?

14       A. When we passed the disparity study, we

15   indicated we wanted it to be a public process.

16   And so it was my belief that it had always been

17   the plan to discuss it publicly and not in closed

18   session.

19       Q. And other than Mr. McCollum telling you

20   that he heard that it would not be closed, did you

21   have any other indications that it would be in a

22   closed session?

Transcript of Jessica Abbott
Conducted on October 3, 2019                113

```
1        A. No.

2        Q. Okay.  On the next page you indicate that

3   you would email the City Manager about it.  Did

4   you do that?

5        A. I did.

6        Q. And what did he say?

7        A. He said it's going to be in open session.

8        Q. Okay.

9            MS. LANG:  Can we take a very brief break?

10           MR. BOYNTON:  Of course.

11           (A recess was taken.)

12       Q. We spoke about the marches for the

13   disparity study in 2017 and 2018.  You attended

14   and spoke at both of them; is that right?

15       A. Yes.

16       Q. Did any other Council members attend the

17   disparity study marches?

18       A. I don't believe any other members spoke.

19   Councilman Davenport attended, and so did

20   Councilman Moss.  I'm not sure if anybody else

21   did.  I remember seeing both of them there.

22       Q. Did they attend both or only the 2018 one?
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    114

1        A. Counselman Moss attended both.  I think

2    Councilman Davenport was just at the one, but I

3    honestly don't remember.

4        Q. Fair enough.

5            MS. LANG:  Mark Exhibit 5.

6                    (Exhibit 5 was marked and

7                     attached to the transcript.)

8        Q. This is an email forwarding along a

9    Facebook post from Gary McCollum; is that right?

10       A. I've never seen that before.

11       Q. Fair enough.

12       A. But presumably.

13       Q. Do you remember seeing this Facebook post

14   on Gary McCollum's Facebook?

15       A. No.

16       Q. You're tagged in it; is that right?

17       A. Yes.

18       Q. And he refers to a plan by Will Sessoms to

19   do a phased disparity study with three phases.  Do

20   you remember a discussion of a phased disparity

21   study?

22       A. Yes.

Transcript of Jessica Abbott
Conducted on October 3, 2019                          115

1      Q. Did you support a phased disparity study?

2      A. No.

3      Q. And why not?

4      A. I felt we should just do the full

5   disparity study in the normal process.

6      Q. And Mr. McCollum expressed his view that

7   this phased study was a way to delay the actual

8   disparity study; is that right?  He says delay,

9   deflect, defeat?

10     A. I believe that's a fair assertion.

11     Q. And did you have similar concerns about a

12  phased proposal?

13     A. I don't know if I had the same concerns.

14  I felt we should do a full disparity study in the

15  normal processes most places implemented.

16     Q. And is that what Virginia Beach eventually

17  did?

18         MR. BOYNTON:  Object to the form of the

19  question only because I think it's confusing.  Did

20  it eventually do the three-phase or did it

21  eventually do the single-phase?

22     Q. Yes.  Did it eventually do the three-phase

Transcript of Jessica Abbott
Conducted on October 3, 2019                    116

1    or did it eventually do the single-phase version?

2         A. I don't recall if it was in phases or not,

3    to be honest with you.  I know we eventually

4    passed a disparity study that I felt most everyone

5    was satisfied with.

6         Q. Okay.  What were the results of the

7    disparity study?

8         A. I couldn't tell you that off the top of my

9    head outside of there was a disparity study.

10        Q. Overall, there was a finding of a

11   significant racial disparity in business

12   opportunities with Virginia Beach; is that right?

13        MR. BOYNTON:  Object to the form of the

14   question.

15        You can answer as to your understanding.

16        A. Yes, that is my interpretation.

17        Q. Can we go back to Exhibit 2?

18        MR. BOYNTON:  That would be the one with

19   my cover letter.

20        Q. In your conversation with Gary McCollum

21   about the findings of the disparity study -- I'm

22   looking at the page that has Saturday, October 13,

Transcript of Jessica Abbott
Conducted on October 3, 2019     117

1   2018 -- you say that the slides say nothing of

2   substance. What slides were you referring to

3   there?

4       A. It was a document provided in our Saturday

5   packet, which was kind of the precursor to the

6   unveiling -- I don't know -- the public

7   presentation of what the disparity study returned.

8   They didn't have any information in them. They

9   were more like placeholder slides.

10       Q. Who did the presentation of the disparity

11   study findings at the public session?

12       A. The firm --

13       Q. Okay.

14       A. -- that we employed or contracted.

15       Q. Do you know what steps the City Council

16   has taken since the disparity study was issued to

17   follow the recommendations of the disparity study?

18       A. I know we increased our goal. Taylor

19   Adams, who was our Economic Director, was our

20   purchasing agent at the time, was working on

21   implementing processes that would improve and -- I

22   want to say we received a brief of -- well, we

```
 1   did -- the firm that presented the disparity study

 2   presented us some recommendations of process

 3   improvements, so...

 4       Q. Do you know which of those have been

 5   implemented?

 6       A. I do not.

 7       Q. Outside of passing a resolution to change

 8   the goal from 10 percent to 12 percent, has City

 9   Council taken any actions to respond to the

10   disparity study?

11       A. Not that I remember.

12       Q. Okay.  Do you recall that Sabrina Wooten

13   requested in the budget that a position be created

14   for an officer to work on issues related to the

15   disparity study?

16       A. Yes.

17       Q. And my understanding is that that request

18   did not appear in the budget that was voted on; is

19   that right?

20       A. I believe that's correct.

21       Q. Do you know why?

22       A. I do not.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                        119

1        Q. Would you have supported creating that
2   position?
3        A. Yes.
4        Q. Okay.  Do you know who did not support
5   creating that position?
6        A. I do not.
7        Q. Okay.  Who would make the decision about
8   what makes it into the budget for a final up or
9   down vote?
10       A. Well, the budget is created by our City
11   Manager.
12       Q. Okay.
13       A. And, then, we as a Council provide
14   guidance on what we would like to see in that
15   budget.  And, then, there is the negotiating
16   period amongst us to have things added or removed.
17       Q. Who makes the final decision about what
18   goes into the budget that gets an up or down vote?
19       A. I would say the City Manager.
20       Q. Okay.  Do you recall that Councilman Rouse
21   asked for some funding for items related to
22   Historic Seatack in the budget?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    120

1        A. Yes.

2        Q. Do you remember if those were included in

3    the final budget?

4        A. I do not recall.

5        Q. Okay.  Would you have supported including

6    those items in the budget?

7        A. Yes.

8        Q. Okay.  So if they were not included, it

9    was not because of your objection?

10       A. No.

11       Q. Okay.  I'll represent to you that they

12   were not included in the final budget.  Do you

13   have any sense of why that might be?

14       A. No.

15       Q. Okay.  We spoke about this a little bit

16   earlier.  But early on in your tenure as City

17   Council member you spoke about City Manager

18   Hansen's conduct in office; is that right?

19       A. That's correct.

20       Q. When was the first time that you recall

21   speaking publicly about City Manager Hansen's

22   conduct in office?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    121

```
1        A. The campaign.

2        Q. Okay.  So you had concerns about Manager

3   Hansen from the get-go?

4        A. Yes.

5        Q. Okay.  And what were your concerns at the

6   time of the campaign about Manager Hansen?

7        A. I had a different philosophical belief of

8   the role of government, and I did not appreciate

9   the newspaper articles that cited him speaking

10  disparagingly against other people.

11       Q. Who did he speak disparagingly about?

12       A. During the campaign, it was a police

13  officer.  It wasn't really speaking disparagingly

14  about a police officer, but a negative interaction

15  with a police officer and, then, later the

16  disparity study remarks which he did not make.  It

17  was Ron Williams who made them, I believe.

18       Q. In a text message?

19       A. In a text message.

20       Q. To Dave Hansen?

21       A. Correct.

22       Q. About five percenters?
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    122

1        A. Yes.

2        Q. Okay.

3        A. I did not appreciate his response.

4        Q. What was the negative interaction with the

5     police officer?

6        A. It was a verbal conflict.  I don't know

7     the details.

8        Q. Okay.  Was the police officer African

9     American?

10       A. I don't know.

11       Q. Okay.  When was the first time as City

12    Council member that you remember speaking publicly

13    about City Manager Hansen?

14       A. It might have been 2017.  There is a

15    newspaper article that ran when I publicly came

16    out.  I don't recall if that was in 2017 or in

17    early 2018 or not.

18       Q. Okay.

19       A. But it was sometime within my first two

20    years.

21       Q. And I'm just reading from the newspaper

22    article in which you said that you think Dave

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    123

1    Hansen should be terminated.  I think he has acted

2    inappropriately, and I don't think his actions are

3    acceptable.  And that was on June 11, 2018.  Does

4    that sound right to you?

5         A. Yes.

6         Q. And one of the reasons was you felt that

7    City Manager Hansen wasn't giving fair and equal

8    opportunity to business owners in Virginia Beach;

9    is that right?

10        A. That's correct.

11        Q. Okay.  Who were City Manager Hansen's

12   strongest allies on the City Council?

13            MR. BOYNTON:  I would ask you to base your

14   testimony on things outside of private

15   conversations with other Council members while

16   they were Council members.

17            MS. LANG:  I don't think that that's

18   proper.

19            MR. BOYNTON:  What I'm trying to do is --

20   she has invoked legislative privilege.  I would

21   ask her not to testify as to private conversations

22   with other Council members relating to Mr. Hansen.

1    However, anything outside of that is not subject

2    to legislative privilege and she can answer

3    accordingly.

4          MS. LANG:  I do think we should clarify

5    something.  I have asked her a question about her

6    understanding of who the allies were.  Are you

7    saying that you believe that she can invoke

8    legislative privilege not only as to the

9    conversations themselves but also to any views

10   she's formed as a result of those conversations?

11         MR. BOYNTON:  Well, it would depend on --

12   I mean, that's kind of a hypothetical.  But she

13   should not relate information she gleaned from

14   private conversations in the legislative context.

15   If she's gleaned information from other sources or

16   publicly, then she can answer.

17         MS. LANG:  I'll just state for the record

18   I don't think that that's proper.  I think that

19   her -- she can testify to her understanding.  I'm

20   not asking for any conversations.  But her

21   understanding is -- whether it be based on some

22   mix of public and private interactions, her

1    ultimate understanding is discoverable.

2         MR. BOYNTON:  Again, I would object to the

3    extent that she's basing her understanding on

4    private legislatively privileged conversations.

5         You can answer to the extent that your

6    information is beyond that.

7         MS. LANG:  And I will state for the record

8    that that's an improper objection and oppose it.

9         MR. BOYNTON:  Okay.

10   A. I'm only aware of two Council members at

11   the time, at least in that newspaper article, that

12   were -- that wanted to have him removed, and that

13   was myself and Councilman Moss.

14   Q. Okay.  And everybody else still supported

15   City Manager Hansen at that time, to your

16   knowledge?

17   A. I don't recall having any specific

18   conversations with anybody that specifically said

19   they did or did not support.  But Councilman Moss

20   and myself were vocally in opposition.

21   Q. And Councilman -- City Manager Hansen did

22   resign recently; is that right?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    126

1        A. That's correct.

2        Q. What events led to his resignation?

3        A. The review of his contract.

4        Q. Okay.  And when was that?

5        A. In August.

6        Q. And prior to the review of his contract,

7    are you aware of any reprimands or discipline that

8    the City Council gave to City Manager Hansen

9    regarding his conduct?

10       A. I think that's --

11          MR. BOYNTON:  Well, the actions are not

12   privileged.  The internal conversations are

13   privileged.

14          MS. LANG:  Nothing with the City Manager

15   involved is privileged.  So if he was present or

16   something was said to him, those are not

17   privileged conversations.

18          MR. BOYNTON:  I'm not sure I entirely

19   disagree -- entirely agree with that.  But what we

20   can agree on is that if action was taken as to

21   Mr. Hansen, you can testify as to the action.

22          MS. LANG:  Are you testifying --

Transcript of Jessica Abbott
Conducted on October 3, 2019                    127

1          MR. BOYNTON:  I'm not testifying at all.

2          MS. LANG:  Are you suggesting that a

3    conversation that is -- that non-privileged

4    individuals are privy to, that that doesn't waive

5    the privilege?

6          MR. BOYNTON:  I'm saying if they are in a

7    conversation in a privileged setting and they are

8    having these conversations, similar to if the

9    attorney is present, that the privilege is

10   automatically defeated.

11         MS. LANG:  You don't think the presence of

12   City Manager Hansen, someone who is not -- who

13   does not hold the privilege waives the privilege?

14         MR. BOYNTON:  I'm not entirely -- I'm not

15   agreeing, for purposes of today, that there is a

16   waiver of the privilege by virtue of Mr. Hansen

17   being in a closed session.  So, you know --

18         MS. LANG:  I think that's not supportable.

19         MR. BOYNTON:  We don't agree with that.

20   You can think what you want.  We can fight about

21   it later.

22         You can testify as to actions, which I

1    think is the question.

2        A. The only public action I recall was when

3    we chose not to give him a pay raise last year.

4        Q. Now, there is a private action that

5    occurred.  And I believe that Mr. Boynton is

6    telling you you can testify as to private actions.

7        MR. BOYNTON:  If he was scolded in

8    private, you can speak to the scolding.

9        A. Okay.  Well, then he did have a meeting

10   with Council where we discussed our concerns with

11   his behavior.

12       Q. Okay.  And when was that?

13       A. Well, we discussed it at the meeting he

14   resigned.

15       Q. And a prior meeting, as well?

16       A. Yes.

17       Q. And when was the prior meeting?

18       A. I couldn't give you a date.

19       Q. Was it earlier this year?

20       A. I believe it was earlier this year.

21       Q. And who spoke to Mr. Hansen at that

22   meeting?

1       A. I spoke to Mr. Hansen.

2       Q. Who else?

3       A. Councilman Rouse, Councilman Moss.

4          MR. BOYNTON:  Talking about the first --

5          MS. LANG:  The first meeting.

6       A. I don't remember if anybody else spoke.

7       Q. Okay.  And what did you say?

8       A. I said I was concerned with his inability

9   to control himself.

10      Q. Okay.  Anything else?

11      A. I spoke to the -- some effect of I felt

12  that he should know better than to put things in

13  writing, and that he should have control over his

14  temper.

15      Q. Do you recall what Mr. Rouse said?

16      A. No.

17      Q. Or Mr. Moss?

18      A. It was along the same vein.

19      Q. Was there anyone that spoke to Mr. Hansen

20  at that meeting in support of his conduct?

21      A. The first meeting?

22      Q. Uh-huh.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    130

1      A. Not that I recall specifically.

2      Q. Okay.  What about the second meeting where

3  he resigned?

4      A. Yes.

5      Q. Who?

6      A. Councilman Jones spoke in favor of -- I

7  should say he defended the former City Manager.

8  I'm trying to remember what everybody said.

9          There were other comments made.  I don't

10  know that I would say specifically that they were

11  in defense of or in support of, but there were

12  general comments made of whether or not any

13  further action was necessary.

14     Q. From whom were those comments?

15         MR. BOYNTON:  I'm going to object now.  I

16  think we are into specific conversations among

17  Council members.

18         You can testify as to actions taken.  You

19  can testify as to ultimate direction that was

20  given.  But just the back and forth comments, we

21  are at this point reserving legislative privilege

22  on.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    131

```
 1          MS. LANG:  Well, I think that's
 2    Ms. Abbott's decision.
 3          MR. BOYNTON:  Well, she's already invoked
 4    it.
 5          MS. LANG:  That's not how it works, as we
 6    discussed many times.
 7       A. I would concur with my attorney.
 8       Q. That's fine.  It's just a matter of
 9    process.
10       A. That's fine.
11       Q. I think the other issue -- I want to be
12    clear.  You're testifying as to remarks that were
13    made in Mr. Hansen's presence, right?
14       A. Yes.
15       Q. In a discussion with Mr. Hansen?
16       A. That's correct.
17          MR. BOYNTON:  In a closed session?
18       A. In a closed session.
19          MS. LANG:  Thank you.
20          MR. BOYNTON:  Okay.
21          MS. LANG:  You have made your record.
22       Q. And what was the ultimate determination of
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                              132

1   the City Council at that meeting?

2       A. There was none.  The City Manager made a

3   decision.

4       Q. Okay.  He made a decision at that meeting?

5       A. Yes.

6       Q. Okay.  Were there the votes whether to

7   renew City Council Member's -- City Manager's

8   contract at that time?

9           MR. BOYNTON:  I'm going to object to that

10  question.  It calls for information that relates

11  to internal conversations with Council members.

12          If there was information that was publicly

13  made, then you can testify to it.

14      A. I'm only aware of three Council members

15  that were publicly not in favor of renewing his

16  contract.

17      Q. But at that meeting he decided to resign?

18      A. Yes.

19      Q. And did he announce his resignation

20  immediately thereafter?

21      A. I believe the next morning.

22      Q. Okay.  And did anyone on City Council come

1   to his defense or suggest that he should not have

2   resigned after he announced his resignation?

3        A. Yes.

4        Q. Who?

5        A. Councilwoman Henley.

6        Q. Okay.  Why did she say that he should not

7   have resigned?

8        A. I believe she felt he was a very qualified

9   person.

10       Q. You disagreed?

11       A. No.  He was very qualified.  But there is

12   a second component to being City Manager.  It's

13   not just about how qualified you are.

14       Q. City Council is now in the process of

15   replacing Mr. Hansen; is that right?

16       A. That's correct.

17       Q. Are there publicly identified candidates

18   for that role?

19       A. No.

20       Q. What is the timeline that's planned for

21   replacing Mr. Hansen?

22       A. There is not a specific set of time.  I

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    134

1    think we are ideally hoping for the beginning of

2    the year.

3        Q. Okay.

4        A. But we don't have a this month we would

5    like to have a City Manager.

6        Q. What steps has City Council taken thus far

7    in its process of replacing Mr. Hansen?

8        A. In our fall retreat we identified

9    values/qualities we'd like to see in a future City

10   Manager, as well as what kind of firm we would

11   like to employ to help us with the hiring process.

12   And we have started -- we had an RFP go out for

13   the firm that will do the national search.

14       Q. And what are the requirements of the RFP?

15       A. Oh.  I really couldn't answer that

16   question.

17       Q. Okay.  More broadly, what things did City

18   Council say that they would want to see in a firm

19   to -- that would be in charge of this process?

20       A. Sure.  They were -- we were looking mostly

21   for firms that had had success in getting a City

22   Manager to a city of our similar size.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    135

1      Q. Was diversity a component of that

2   discussion?

3      A. Yes, on a general level.  Specifically

4   related to the firm, it was mostly about there

5   being concerns that we didn't get a lot of

6   applicants when we hired Dave, so we wanted to

7   make sure we had a larger pool of people to look

8   at.

9      Q. Okay.  So you're still in the process of

10  hiring for that firm?

11     A. Yes.  We have not selected one.

12     Q. Okay.  And so the application process has

13  not begun as a result of that or has it?

14     A. No.  The application process has

15  happened -- has begun.  I believe it is also

16  closed, but I couldn't -- I'm not 100 percent

17  certain if the RFP process is closed or not.

18     Q. Okay.  But the application process for the

19  City Manager position, has that started yet?

20     A. No.

21     Q. Okay.  What qualities are you looking for

22  in a City Manager?

Transcript of Jessica Abbott
Conducted on October 3, 2019                              136

1        A. I've mentioned wanting a City Manager that

2   is a skilled communicator since that was a primary

3   concern of mine.  Well-qualified in terms of their

4   education as it relates to our specific challenges

5   like flooding and our infrastructure issues, of

6   course the ability to understand large budgets,

7   which is kind of all, in my opinion, a given when

8   we are looking for a City Manager.

9        So I'm mostly focused on their ability to

10  communicate, their willingness to be a part of our

11  community.  I hope they're -- the term I used in

12  the retreat was they're adventurous, they're open

13  to new ideas, and want to get to a place that

14  maybe makes our city even more special and unique.

15       Q. We talked about your policy priorities and

16  the list of policy priorities that you provided in

17  your retreat document.  Are any of those

18  priorities that you think are of particular

19  importance to the minority community, the racial

20  minority?

21       A. I think most of them apply to nearly

22  everyone.  Of course, the issues when it came to

Transcript of Jessica Abbott
Conducted on October 3, 2019                    137

1   the disparity study was certainly something of

2   interest.  I would say that the district voting,

3   generally, is something of interest.  I don't

4   recall everything that was on that list, but I

5   would argue that, generally, everything applies to

6   nearly everyone in the city.

7       Q. That's fair enough.

8           The two issues that you've spoken with

9   minority community members about the most, would

10  you say those are district voting and the

11  disparity study?

12      A. Yes.

13      Q. Are there key issues you've spoken

14  extensively about with African American leaders?

15      A. Not that weren't broad.

16      Q. Okay.  How about policing issues?

17      A. There have been very limited conversations

18  with various members of that community but not

19  anything extensive.

20      Q. What's your understanding of what steps,

21  if any, the City Council has taken in response to

22  the 5 Point Plan related to policing that was

Transcript of Jessica Abbott
Conducted on October 3, 2019                                138

1    presented to City Council?

2        A. Most of what I know that we've implemented

3    was implemented before I was on Council.  I have

4    heard that there are members of the minority

5    community that don't feel like we've fully

6    implemented a lot of the points on that list.  But

7    nearly everything that the Police Department in

8    Virginia Beach has done was done before I was on

9    Council.  And the Human Rights Commission had a

10   lot to do with it.  And I think, generally, there

11   hasn't been a lot of movement since I got on

12   Council with regards to that specific issue.

13       Q. Okay.  Are there any specific measures

14   related to the 5 Point Plan that you would

15   support?

16       A. Do you have a copy?  I don't recall

17   everything that's on that list.

18       Q. Fair enough.  I think I do.

19           MS. LANG:  Mark this as Exhibit 6.

20                      (Exhibit 6 was marked and

21                       attached to the transcript.)

22       A. Oh.  I was very vocal --

1        MR. BOYNTON:  You have to respond to her

2   question.

3        And she has to actually be working.

4     Q. That's okay.  I just wanted to make sure

5   the court reporter had an opportunity to mark the

6   exhibit.

7        So you'll see on the second to the last

8   page there is the five areas the African American

9   community identified as areas for improvement.

10  Now, my understanding is that there is actually a

11  much more detailed list --

12     A. Uh-huh.

13     Q. -- related to these five areas of specific

14  action, but this is at least the categories.  And

15  are there any issues on this list that you have

16  acted on?

17        MR. BOYNTON:  You, Ms. Abbott, or you, the

18  City of Virginia Beach?

19  BY MS. LANG:

20     Q. You, Ms. Abbott.

21     A. So number 3, I did campaign on the body

22  camera issue.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    140

1        Q. Okay.

2        A. But I believe that was already in the

3    process of being implemented before I was on

4    Council.

5        Q. Okay.

6        A. And I know that they're continuing to

7    implement body cameras.  So I do support that.

8        Q. Okay.  What is the current status of the

9    body cameras?  Do you know?

10       A. I couldn't tell you.

11       Q. Okay.  Are they -- do we have body cameras

12   on all police officers at this time?

13       A. I know we have it on some of them.

14       Q. Okay.  Are you aware of any steps the city

15   has taken with respect to the hiring, retention,

16   and promotion of African American police officers?

17       A. I'm not aware of anything specific.

18       Q. Okay.  Are you aware of a past Consent

19   Decree related to a lawsuit with the Department of

20   Justice about discriminatory voting --

21   discriminatory hiring practices in the Virginia

22   Beach Police Department?

1      A. I'm not.

2      Q. Okay.  Are you aware of any actions that

3  the city has taken to improve data collection with

4  respect to potential racial profiling in Virginia

5  Beach?

6      A. No, I'm not.  I'm not aware.

7      Q. Are you aware of any additional -- any

8  actions the City Council has taken with respect to

9  the issue of racial profiling?

10     A. Not specific to that issue, no.

11     Q. Okay.  Are you aware of any specific

12  actions that the Virginia Beach Police Department

13  has done to address culture change or create a

14  culture of transparency?

15     A. Aside from the Police Chief giving his

16  presentation of them trying to work on it.  Not

17  just a general procedure change.

18     Q. And are you aware of any changes with

19  respect to the performance review systems or

20  training systems in response to the 5 Point Plan?

21     A. I'm not aware.

22     Q. Okay.  So is it fair to say that the only

Transcript of Jessica Abbott
Conducted on October 3, 2019                    142

```
 1    specific action you're aware of the City

 2    Council -- of the city taking is the

 3    institutionalized use of body cameras?

 4        A. Yes.

 5        Q. Okay.  This past year the City Council

 6    filled two vacancies by appointment; is that

 7    right?

 8        A. Correct.

 9        Q. And one of those appointments was Guy

10    Tower?

11        A. Correct.

12        Q. And the other was Michael Berlucchi; is

13    that correct?

14        A. Yes.

15        Q. For Mr. Tower's appointment, that was for

16    the Beach district, correct?

17        A. Yes.

18        Q. And that was after Mr. Nygaard was

19    disqualified?

20        A. Yes.

21        Q. Okay.  Who were the four candidates, if

22    you recall, who received public interviews for
```

1    that position?

2        A. Oh.  I don't remember their names.

3        Q. I have a list here of Leah Malbon

4    Davenport, Megin Kennett, Louisa Strayhorn, and

5    Guy King Tower.  Are those the candidates you

6    recall up for that position?

7        A. Yes.

8        Q. Okay.  And of those four, are any of them

9    African American?

10       A. I believe one of them was.

11       Q. Louisa Strayhorn; is that right?

12       A. Yes.

13       Q. And the vote for Mr. Tower was unanimous

14   when it was taken; is that right?

15       A. Yes.

16       Q. Why did the City Council prefer Mr. Tower

17   over Ms. Strayhorn?

18       MR. BOYNTON:  I'm going to ask that your

19   testimony not reference specific conversations

20   that were privately held among Council members.

21   But you can otherwise testify to anything that you

22   know otherwise or was publicly stated.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                              144

1        A. I believe it had mostly to do with his

2    litigation qualifications.  He had a lot of

3    expertise in -- what is it called -- conflict

4    resolution.

5        Q. Okay.  And why is that a useful skill for

6    a City Council member?

7        A. I think being able to navigate

8    conversation is a positive skill.  He had an

9    impressive résumé.

10       Q. Okay.  Did -- with respect to these types

11   of appointments, does the City Council try to

12   reach unanimity as a public matter?

13       A. I don't know, generally speaking.  This is

14   the first appointment process I had been a part

15   of.  I would say as a general, yes.

16       Q. Did City Council members come in all

17   unanimous around Mr. Tower or was that a result of

18   discussion and negotiation, without revealing the

19   specific contents of those discussions or

20   negotiations?

21       A. I don't recall where everybody was

22   initially, so I really can't answer that question.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    145

```
 1       Q. Okay.  There was a questionnaire that each
 2  of these individuals had to fill out; is that
 3  right?
 4       A. Yes.
 5       Q. And how long is that questionnaire?
 6       A. I think it was 11 questions --
 7       Q. Okay.
 8       A. -- or right around that.
 9       Q. One of those questions was about
10  districting versus at-large elections; is that
11  correct?
12       A. That's correct.
13       Q. What were some of the other questions in
14  the questionnaire that you recall?
15       A. Well, the question I asked was do you plan
16  to run for election.  Some questions about
17  flooding.  There were questions about philosophy
18  of government.  There were questions about the
19  potential bond referendum.  I think one of the
20  questions is what do you like about Virginia
21  Beach, or something to that effect, or why do you
22  want to serve, something similar.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                              146

1        Q. Did Mr. Tower say he was planning to run

2    for reelection in that questionnaire?

3        A. He said he did not intend to.

4        Q. But he is running now; is that correct?

5        A. That's correct.

6        Q. Who's running against him?

7        A. Councilwoman Wilson and RK Kowalewitch, I

8    believe, are the only three members.

9        Q. Have you endorsed any of the three of

10   them?

11       A. No.

12       Q. Do you plan to?

13       A. No.

14       Q. Do you know why -- Council Member Wilson

15   is not up for reelection, is she, this year?

16       A. She is not.

17       Q. Do you know why she's decided to switch

18   from an at-large position to try to run for the

19   Beach district position on a year she's not up for

20   election?

21       A. I know what she's saying publicly.

22       Q. What's she saying publicly?

Transcript of Jessica Abbott
Conducted on October 3, 2019                     147

1      A. That she wants to bring stability to the
2   Beach district.
3      Q. Do you have -- do you think that -- do you
4   have doubts that that's her actual reason?
5      A. No.
6      Q. Okay.  And how would that bring stability
7   to the Beach district?
8      A. I think it's fair to assume she's a
9   longstanding Council member, so presumably that
10  would remain the case.
11     Q. Okay.  And only Mr. Tower got an up or
12  down vote on his appointment, right?
13     A. Correct.
14     Q. Did you come into the discussion about the
15  appointment with a specific view as to which
16  candidate should be successful in getting the
17  Beach district appointment?
18     A. I did not.
19     Q. Okay.  Mr. Berlucchi was appointed to the
20  Rose Hall district; is that right?
21     A. That's correct.
22     Q. Okay.  And there were two candidates that

Transcript of Jessica Abbott
Conducted on October 3, 2019                    148

1    interviewed, Mr. Berlucchi and Seko Varner; is

2    that right?

3         A. That's correct.

4         Q. And ultimately the vote was unanimous in

5    favor of Mr. Berlucchi; is that right?

6         A. That's not right.

7         Q. I didn't think so.

8            It was 9-to-1; is that right?

9         A. That's correct.

10        Q. And Councilman Moss supported Mr. Varner?

11        A. That's correct.

12        Q. Did Mr. Moss state on the record why he

13   supported Mr. Varner rather than Mr. Berlucchi?

14        A. I don't recall what his specific remarks

15   are, but, generally, Councilman Moss makes

16   remarks.  He may have.

17        Q. Do you recall why, generally, Council

18   Member Moss supported Mr. Varner rather than

19   Mr. Berlucchi?

20        A. I think he felt he was the better

21   applicant.

22        Q. And why did you vote for Mr. Berlucchi?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    149

1        A. I have a personal relationship with him.

2    But I would have been happy with either of them.

3        Q. And Mr. Berlucchi is white; is that

4    correct?

5        A. That's correct.

6        Q. And what race is Mr. Varner?

7        A. African American.

8        Q. Do you remember what Mr. Berlucchi said

9    about at-large versus single-member districts?

10       A. I believe it was something to the effect

11   of he wanted to learn more.

12       Q. Do you remember what Mr. Varner said?

13       A. I don't recall what he said specifically.

14       Q. Do you remember what Ms. Strayhorn said?

15       A. I believe she said she was in support of

16   it, but I don't remember specifically.

17       Q. Okay.  Are those questionnaires all

18   public?

19       A. I believe so.

20       Q. And publicly available?

21       A. I don't know for sure, honestly.

22           MR. BOYNTON:  I don't know either.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    150

1      A. I'm not sure if it falls, like, into a

2  personnel category with the city.

3      Q. Okay.

4      A. But I feel like they were made public.

5      Q. Okay.

6      A. Or at least maybe some of the candidates

7  published theirs.

8      Q. Okay.  Are there any groups of City

9  Council members that tend to vote together on

10  certain issues?

11      A. Yes.

12      Q. And can you describe to me a little bit

13  what the dynamics of City Council members in their

14  voting blocks are?

15      A. I could say Councilman Moss and myself

16  along with Councilman -- Mayor Dyer tend to be a

17  minority on Council, not always but at least on

18  some of the higher profile items.

19      Q. And the remainder tend to vote together or

20  is there fragmentation there, as well?

21      A. I would say, with the exception to the new

22  members, more of the seasoned members tend to vote

1   together.

2       Q. And so would that be Rosemary Wilson,

3   Louis Jones -- who else would be in that group?

4       A. I would say Rosemary Wilson, Jim Wood,

5   Louis Jones, and Barbara Henley.

6       Q. So the four of them, typically, vote

7   together; is that right?

8       A. Generally.

9       Q. That makes up 11.  Okay.

10          Would you agree that the City of Virginia

11  Beach and the State of Virginia have a history of

12  racial discrimination?

13          MR. BOYNTON:  Object to the form of the

14  question.

15      A. Yes.  I don't know, really, how to answer

16  that question.  There has been racial

17  discrimination, yes.

18      Q. And would you agree that a lot of people

19  in Virginia Beach minority communities still

20  suffer from some of the downstream effects of

21  long-term discrimination in the form of, you know,

22  lower income range or educational outcomes?

1        A. Yes.

2           MR. BOYNTON:  Object to the form of the

3    question.

4        Q. In 2018 there appears to have been an

5    incident where poll workers were handing out

6    slates to voters that were different depending on

7    the race of the voter.  Are you aware of this

8    incident?

9        A. I've heard about it, but I was not aware

10   at the time.

11       Q. Who did you hear about it from?

12       A. It was not a member of Council.  It was a

13   member of the public.  I want to say it was Robert

14   Dean who told me, but I'm not sure if that's who

15   did.  It was not a person in their official

16   capacity.

17       Q. Have you spoken to anybody in their

18   official capacity about this incident?

19       A. No.

20       Q. Does it concern you?

21       A. Yes.

22       Q. Are you aware of any other times when the

1    issue of race has bubbled to the surface during

2    electoral campaigns in Virginia Beach?

3         A. No.

4         Q. Okay.  Would you agree Virginia Beach

5    still has a long way to go in order to achieve

6    racial equity and overcome past racial

7    discrimination?

8              MR. BOYNTON:  Object to the form of the

9    question.

10        A. Generally, yes.

11        Q. Would you agree increased and more

12   consistent representation of minorities on City

13   Council would be a step toward that goal?

14             MR. BOYNTON:  Object to the form of the

15   question.

16        A. Yes.

17        Q. Okay.  You support term limits for City

18   Council; is that right?

19        A. Yes.

20        Q. And why is that?

21        A. A new broom sweeps clean.

22        Q. And what's your proposal for how long

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    154

1    those term limits should be?

2        A. The idea I have floated in the past would

3    be no more than three consecutive terms.

4        Q. So that would be 12 years at least

5    consecutively?

6        A. Yes.

7        Q. Are there a number of members right now

8    that have been on City Council for longer than 12

9    years?

10       A. Yes.

11       Q. Okay.  And do any other City Council

12   members publicly support your proposal for term

13   limits?

14       A. Not to my knowledge.

15       Q. Okay.  Are you planning to run for

16   reelection in 2020?

17       A. I am.

18       Q. Okay.  How did you come to decide to run

19   for City Council in 2016?

20       A. I felt that there was no representation

21   for people of my age group, and we make up more

22   than a quarter of the population in our city.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    155

1        Q. When did you first consider running for

2   City Council?

3        A. In February, right around my birthday.

4        Q. Okay.  And that was February of 2016?

5        A. Yes.

6        Q. And were there at-large seats open that

7   cycle, as well?

8        A. There was one.

9        Q. Okay.  So what led you to decide to run

10  for your district rather than for the at-large

11  seat?

12       A. The district seats are, generally, less

13  crowded.

14       Q. So it would be a less competitive field?

15       A. Yes.

16       Q. Okay.  And you ran against an incumbent,

17  Amelia Ross-Hammond; is that correct?

18       A. Yes.

19       Q. Was there anyone else in the race?

20       A. There was not.

21       Q. It was just the two of you?

22       A. Yes.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    156

1      Q. When you were considering running for City

2   Council, did anyone encourage you to run?

3      A. No.  No, they did not.

4         MR. BOYNTON:  Next question.

5      Q. Did you consult with any City Council

6   members about your potential run?

7      A. Not until after I had already decided to

8   do it.

9      Q. I imagine you talked to family members

10  about your decision to run?

11     A. To my husband, yes.

12     Q. Okay.

13     A. To my father, who's also my business

14  partner, yes.

15     Q. Okay.  Did you talk to anybody else as you

16  were thinking about whether or not to run?

17     A. Not until after I had already decided.

18     Q. Okay.  And after you decided to run, did

19  you consult with some City Council members about

20  your campaign?

21     A. Yes.  Uh-huh.

22     Q. And who were those people?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    157

1       A. Well, Councilman Moss primarily.

2       Q. Did you know Councilman Moss before you

3  decided to run?

4       A. Yes.

5       Q. So you reached out to him?

6       A. Yes.

7       Q. And did he encourage you to run?

8       A. Yes.

9       Q. Anyone else?

10      A. I asked several of them for support.

11      Q. Did any of them provide it?

12      A. No.

13      Q. Did you have support from Council Member

14  Moss?

15      A. I did.

16      Q. Did you have support from any other

17  Council member?

18      A. No.

19      Q. Did you ask Rosemary Wilson for support?

20      A. I did not.

21      Q. Okay.  And outside of City Council

22  members, after you decided to run, did you consult

Transcript of Jessica Abbott
Conducted on October 3, 2019                    158

```
 1   with any other community members or mentors or
 2   anyone else about endorsements or recommendations
 3   for starting your campaign?
 4       A. Yeah.  I asked everybody.
 5       Q. Anyone in particular?
 6       A. Nobody that stands out.  I mean, I asked
 7   anybody who would give me help for help.
 8       Q. And did you have any staff for your
 9   campaign?
10       A. I had myself, and my husband, and I had a
11   handful of volunteers but nobody paid.
12       Q. Okay.  So you didn't have any paid staff?
13       A. I had no paid staff.
14       Q. Okay.  Did you have any paid consultants?
15       A. I had no consultants.
16       Q. Okay.  And who were your main volunteers?
17       A. A person named Richard Caldwell, David
18   Dole.  There were some other candidates that were
19   running that we kind of shared resources in terms
20   of volunteers, but --
21       Q. Who were those candidates?
22       A. Robert Dean.  Oh, my gosh.  Who else ran
```

1  that year?  RK ran for Mayor, but I was not really

2  a part of anything he was doing.  It would really

3  help if I could remember who ran that year.  Eric

4  Wray ran for School Board that year.  We shared

5  some volunteers.  Vickie Manning was running.  We

6  shared some volunteers.  She was a School Board.

7  I can't remember what seats were up.

8      Q. All right.  I have some names.

9      A. That would be very helpful.

10      Q. George Furman for Mayor?

11      A. We didn't share any resources.  But he did

12  run for Mayor, yeah.

13      Q. Don Weeks?

14      A. Yes.  Don Weeks is who I was supporting

15  for Mayor.  We didn't share any volunteers,

16  though.

17      Q. Dane Blythe?

18      A. Dane Blythe.  I think he was running

19  against Louis.

20      Q. Looks like Wilson?

21      A. Oh.  He was running at-large.  He lives in

22  Bayside.  Yes.  I supported Dane.  And Dane and I

1    did share volunteers.

2         Q. Okay.  I think we've covered -- I think

3    we've covered it.

4         All right.  Did Council Member Moss

5    contribute to your campaign?

6         A. Yes.

7         Q. And did he publicly endorse you?

8         A. Yes.

9         Q. And did he appear at events with you?

10        A. Yes.

11        Q. And Ms. Ross-Hammond was the incumbent; is

12   that right?

13        A. That's correct.

14        Q. And she's African American?

15        A. She is.

16        Q. Okay.  Was she the only African American

17   City Council member at the time you ran?

18        A. She was.

19        Q. Okay.  What were the main areas of

20   difference or disagreement between you and

21   Ms. Ross-Hammond?

22        A. Well, I was advocating for more

1    transparency in government, better accessibility.

2    We had a difference of opinion on some budget

3    items in terms of how the city spent money.  So, I

4    mean, primarily just, kind of, a general

5    philosophical difference.

6        Q. And what do you mean by accessibility?

7        A. Being available to the community.

8        Q. Okay.  You felt like she wasn't available

9    to the community?

10       A. I felt she could have been more available.

11       Q. Did you consult with the African American

12    community at all about their feelings about

13    Ms. Ross-Hammond?

14       A. Not really prior to the election.

15       Q. Okay.  Do you know if Ms. Ross-Hammond had

16    the support of the African American community

17    during your election?

18       A. I know that several of the minority groups

19    gave her endorsements.  But outside of their

20    public endorsements, no.

21       Q. Was one of your disagreements over light

22    rail?

Transcript of Jessica Abbott
Conducted on October 3, 2019                                162

```
1        A. Yes.

2        Q. You did not support light rail?

3        A. I did not.

4        Q. Okay.  And that was the referendum that

5    year, as well?

6        A. That's correct.

7        Q. And the referendum for light rail was

8    defeated?

9        A. Yes.

10       Q. Historically, has it been unusual for

11   African American members to be elected to City

12   Council?

13          MR. BOYNTON:  Object to the form of the

14   question.

15          You can answer.

16       A. I'd say I'm sure it's challenging.

17       Q. Okay.  Are you aware of any City Council

18   member -- minority City Council member that's been

19   reelected?

20       A. I can't speak to any.

21       Q. Okay.  Did you identify any unusual

22   circumstances that may have helped
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    163

1   Ms. Ross-Hammond get elected in the first place in

2   2012?

3       A. It was a relatively crowded race, so I

4   suppose you could operate on a theory the more

5   people that are in the race potentially you need

6   less votes.

7       Q. I think we can look at Exhibit 2.

8          MR. BOYNTON:  Would you rather do 2 or 1?

9          MS. LANG:  2.

10      Q. Towards the end there is --

11      A. It's a Facebook message.

12      Q. Yeah.

13         MR. BOYNTON:  Was that the McLively

14   message?

15      A. McLiverty.

16      Q. McLiverty.  Yes.

17         The very last page, you're speaking to

18   Doug McLiverty.  Who is Doug McLiverty?

19      A. He's president of the Fairfield Civic

20   League.

21      Q. How do you know Doug?

22      A. Through going -- through politics.  He

Transcript of Jessica Abbott
Conducted on October 3, 2019                    164

1    invited us to speak at the Civic League.

2        Q. Okay.  Do you live in Fairfield?

3        A. I do not.

4        Q. Okay.  But he lives in Fairfield?

5        A. That's correct.

6        Q. Okay.  And you know that the fact it was a

7    four-way race meant that there was splitting up of

8    the vote, and she didn't win by a large margin; is

9    that correct?

10        A. That's correct.

11        Q. It seemed she lucked into it?

12        A. Yes.

13        Q. And she did not win 50 percent of the

14    vote; is that right?

15        A. To my knowledge, that's correct.

16        Q. Significantly lower than 50 percent of the

17    vote?

18        A. I think it was 46 percent, if I remember.

19        Q. Okay.  And by the grassroots vote, what do

20    you mean by the grassroots vote there?

21        A. Chuck Smith and Don Weeks are well-known

22    people in the "grassroots" community in Virginia

1    Beach, and they -- I speculated that they pulled

2    from the same group of voters.

3        Q. And by grassroots earlier, you said that's

4    loosely for what used to be called the

5    Conservative Coalition or the Tea Party; is that

6    right?

7        A. It's had many names.

8        Q. But it's a conservative grassroots?

9        A. It has a large mix of people.  But the

10   most active members, I would say, are

11   conservatives.

12       Q. Okay.  Mr. McLiverty says, Amelia is a

13   very nice person but she is totally out of touch

14   with what matters to residents.

15          What did you understand Mr. McLiverty to

16   be referring to there?

17          MR. BOYNTON:  Again, just your own

18   understanding, not to speculation or state of

19   mind.

20       A. Truthfully, I couldn't speculate on what

21   he was meaning by that.  I know, from what he has

22   told me, he didn't feel she gave his neighborhood

Transcript of Jessica Abbott
Conducted on October 3, 2019                    166

```
 1   enough attention.

 2       Q. Is Fairfield a predominantly white

 3   neighborhood?

 4       A. I couldn't speak to that.

 5       Q. Okay.  Is Mr. McLiverty politically

 6   conservative?

 7       A. I would put him as a moderate if I had to

 8   answer that question.

 9       Q. Sure.

10           And did he volunteer for your campaign at

11   all?

12       A. He did not.

13       Q. But he recommended you try to put some

14   signs up near where Amelia had signs up, correct?

15       A. Specifically, there is a building that was

16   privately owned that he wanted me to put a sign

17   up.  And I told him I couldn't do that.

18       Q. Okay.  Fair enough.

19           And if we could go to Exhibit 1.  I'm

20   looking at this Facebook post.  The one incumbent

21   here who lost her seat or lost their seat, is that

22   Amelia Ross-Hammond?
```

1        A. Most likely.  I don't know that there's

2    been many -- where do you see I say that?

3        Q. In the graphic, Since 2008.

4        A. Yes.  Yes.

5        Q. If we can go to Exhibit 1, the first page

6    after the subpoena itself --

7        A. Uh-huh.

8        Q. -- appears to be electoral results from

9    Amelia's initial election; is that right?

10        A. Yes.

11        Q. And it looks like she got only 32 percent

12    of the vote; is that right?

13        A. Yes.

14        Q. Okay.  And Chuck Smith and Weeks, who you

15    identified as potentially pulling from the same

16    base, jointly got 44 percent of the vote; is that

17    right?

18        A. Yes.

19        Q. Okay.  So absent that division, you

20    speculated that Ms. Hammond -- Ms. Ross-Hammond

21    would maybe not have been successful in her race?

22        A. Potentially.

1      Q. Okay.  Do you recall specifically having

2   any African American volunteers for your campaign?

3      A. Yes.

4      Q. And who were they?

5      A. Tom White, William King, Pieri Burton,

6   Eric Wray though he was running at the same time,

7   Kristin Smith.  What is his last name?  His first

8   name is Jonathan, but I can't recall his last

9   name.  He's under 18, so I'm not sure that that

10  matters.

11     Q. That's fine.

12        Were you -- what endorsements did you

13  receive, other than Council Member Moss?

14     A. I received an endorsement from the Dare

15  and County Soil and Water -- I'm messing up her

16  title -- representative.

17     Q. Okay.  All right.

18     A. You know what I'm talking about?

19        MR. BOYNTON:  Somebody in North Carolina.

20     A. She's in Virginia Beach.  She's the

21  representative for the Soil and Conservation Board

22  or -- I can never get her title right.

Transcript of Jessica Abbott
Conducted on October 3, 2019                          169

1       Q. That's okay.

2       A. It's a race that never has anybody in it.

3       Q. Okay.  Fair enough.

4       A. Her name is Leslie Jones.  She endorsed

5    me.

6       Q. Okay.  Anyone else during the 2016

7    election that endorsed you?

8       A. No.

9       Q. Any, like, community groups or --

10      A. No.  No public endorsements.

11      Q. Okay.

12      A. I'll say Senator DeSteph did write me a

13   check, but he did not endorse me.

14      Q. Were you on any slate of candidates that

15   was being proposed?

16      A. No.

17      Q. Were there other candidates that were

18   running specifically with an anti light rail

19   message?

20      A. Yes.

21      Q. And who were they?

22      A. Dane Blythe, RK, Don Weeks.  Who were the

1    people we mentioned?

2        Q. Dane Blythe?

3        A. Yeah.  Dane Blythe, Don Weeks, RK

4    Kowalewitch.

5        Q. Eric Wray?

6        A. Well, School Board.  That's not really

7    their wheelhouse.

8        Q. Manning?

9        A. She's School Board.

10       Q. Okay.  Yes.

11          All right.

12       A. Robert Dean.  He was running for Rose

13   Hall.  And he was an anti light rail candidate.

14       Q. I think you testified to this earlier,

15   but, as a general matter, the fact that Virginia

16   Beach is such a large media market makes it

17   expensive to run a campaign; is that right?

18       A. Yes.

19       Q. Did you run any television ads?

20       A. I did not.

21       Q. Okay.  Did you run any radio ads?

22       A. I did.

Transcript of Jessica Abbott
Conducted on October 3, 2019                    171

1          Q. And what other forms of advertising did
2     you use?
3          A. Facebook.
4          Q. Okay.  Anything else?
5          A. I did literature, but it was handed out;
6     it was not mailed.
7          Q. What other methods of, kind of,
8     campaigning did you do during your campaign?
9          A. I showed up to every event I could be at.
10         Q. Okay.  How did you balance that with your
11    full-time job?
12             MR. BOYNTON:  Lots of coffee.
13         A. I don't know.  I took some time off, and
14    I -- I did what I could.
15         Q. You had the flexibility to take some time
16    off?
17         A. I did have some flexibility, yes.
18         Q. Okay.  It was a very time-consuming
19    endeavor, I assume?
20         A. Yes.
21         Q. Absent some of that flexibility, do you
22    think you would have been able to run that

Transcript of Jessica Abbott
Conducted on October 3, 2019                    172

1    campaign?

2         A. Not as well.

3         Q. Yeah.

4         A. I would have had to only campaign after 5.

5         Q. Yeah.

6         A. But...

7         Q. And did you hold fundraisers?

8         A. Yes.

9         Q. What kind of fundraisers did you hold?

10        A. I had a picnic in my back yard, and I did

11   online fundraising.

12        Q. When did you announce your candidacy?

13        A. I made the decision in March.  And I had a

14   fundraiser in my back yard where I announced my

15   candidacy formally.  It was either early March or

16   late April.  I don't remember the specific date.

17        Q. Who were some of your main contributors to

18   your campaign?

19        A. Beth Allen was a large contributor.  As I

20   said, Senator DeSteph wrote me a decent check.  I

21   don't remember the exact amount.  Gary Byler wrote

22   me a check that was significant.  Glenn -- but I

Transcript of Jessica Abbott
Conducted on October 3, 2019                    173

```
1    don't remember his last name.  Never met him
2    in-person.  If you're looking at VPAP, I'm sure
3    he's on the list as somebody who gave me more than
4    a couple bucks.
5        Q. Is Matthew Abbott your husband?
6        A. No.  That's my father.
7        Q. That's your father?
8        A. Yes.
9        Q. And your father contributed to your
10   campaign?
11       A. In-kind.
12       Q. Okay.  What was his in-kind contribution?
13       A. I used -- I used some office space in his
14   building.
15       Q. And who's James Cohen?
16       A. Oh.  Jim Cohen.  He's a friend.
17       Q. Okay.  What does he do for a living?
18       A. He breeds dogs.
19       Q. Who is Millie Latoka-Jones?  Do you know?
20       A. Millie?
21       Q. Millie Latoka-Jones.  She appears to have
22   contributed $1,500 to your campaign.
```

Transcript of Jessica Abbott
Conducted on October 3, 2019                    174

```
1        A. Oh.  I never met her.

2        Q. Okay.  So you don't know anything about

3   her?

4        A. No.

5        Q. Do you know Misha Haynie?

6        A. No.

7        Q. Okay.

8        A. Oh.  Misha.  Yes.  That was an in-kind

9   contribution.  That was video services.

10       Q. Okay.  And do you know this group, Friends

11  of the Elephant?

12       A. Yes.

13       Q. What's that group?

14       A. It's Gary Byler's organization.

15       Q. And who is Gary Byler?

16       A. He's a well-known person in the Republican

17  party.

18       Q. And what is the nature of the Friends of

19  the Elephant group?

20       A. They raise money to give to candidates.

21       Q. Okay.  Do you -- are you politically

22  aligned with that group, would you say?
```

Transcript of Jessica Abbott
Conducted on October 3, 2019          175

1       A. Yeah, on some issues.

2       Q. On which issues?

3       A. Well, we were aligned on light rail.  And

4   I'm a fiscal conservative, so on fiscal

5   conservative issues.

6       Q. Are there issues on which you are not

7   aligned?

8       A. Yes.

9       Q. What are those?

10      A. Probably more social issues.

11      Q. Such as?

12      A. Well, Friends of the Elephant may be in

13  support of district voting.  I can't speak

14  specifically to that.  But they're not related to

15  local politics, generally, since we don't really

16  deal in the social issue realm.

17      Q. Have you heard any connection between the

18  Friends of the Elephant group and the incident

19  related to race-based slates in the 2018 election?

20      A. Not specifically.

21      Q. Okay.  Do you know who Central Drive

22  Investment Partners is?

1      A. Senator DeSteph.

2      Q. And Grace Allen?

3      A. She goes by Beth Allen.

4      Q. Is that a friend of yours or how do you

5   know Ms. Allen?

6      A. She met me at an event.

7      Q. Okay.  What is Lynnhaven Coffee Company?

8   Do you know?

9      A. It's a coffeehouse.

10      Q. Do you know the owners?

11      A. I do.

12      Q. Okay.

13      A. And it was an in-kind contribution.

14         MR. BOYNTON:  I told you, lots of coffee.

15      Q. Sami Montella Photography.  Was that also

16   an in-kind contribution?

17      A. It was.

18      Q. Have you raised any money yet in 2019?

19      A. Yeah.  I had a fundraiser.

20      Q. When did you have a fundraiser?

21      A. My birthday.  February.

22      Q. Where was the fundraiser?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    177

1      A. The Boardroom, which is a restaurant off

2  General Booth.  It actually is closed, so it does

3  not exist anymore.

4          MR. BOYNTON:  You killed it.

5      A. I did not.  They opened another restaurant

6  in Norfolk.  They were doing very well.  They just

7  wanted to expand.  And they changed their name.

8          MR. BOYNTON:  That was a joke.  Let's put

9  that on the record.  Let's make sure everybody

10  understands I was not being serious.

11      Q. Who contributed to you during that 2019

12  fundraiser?

13      A. Oh.  Gary Byler attended.  Robert Dean

14  attended.  John Moss attended.  Shannon Kane

15  attended.

16      Q. Christopher Smith?

17      A. Oh, yeah.  He attended.

18      Q. Who's that?

19      A. He lives in Centerville.

20      Q. Okay.  Walter Erb?

21      A. Wally Erb.  Yeah.  He's a constituent.

22      Q. Marylayne Castelluzzo?

Transcript of Jessica Abbott
Conducted on October 3, 2019                    178

1       A. She lives in Kempsville.

2       Q. Reid Greenmun?

3       A. A constituent.

4       Q. Okay.  How do you know Gary Byler?

5       A. Oh.  I've known him since I was in high

6   school.

7       Q. Okay.  If I were to represent to you that

8   there is evidence in the record that Friends of

9   the Elephant had two different slates, one that

10  included Aaron Rouse and one that did not, and

11  that the one with Aaron Rouse was only being given

12  to African American constituents, would that

13  concern you?

14      A. Yes.

15      Q. Would that be something that you would

16  want to raise with Mr. Byler?

17      A. Yes.

18      Q. Okay.  The evidence is in the record.  I

19  don't have it on me.  But you could feel free to

20  ask your attorney for the photos of those flyers.

21          Did you have any concerns while you were

22  running that you were running against the only

1    African American on City Council?

2        A. Yes.

3        Q. How had you come to the decision that it

4    was still worth running for -- against her?

5        A. I didn't feel like I was represented.  My

6    generation had no representation.  And we are

7    constantly under scrutiny that we have no desire

8    to be represented.  And outside of that's where I

9    lived, that's why I came to the decision to run,

10   and that's -- for that seat.

11       Q. I believe you said earlier most of the

12   minority groups endorsed Ms. Ross-Hammond; is that

13   right?

14       A. To my knowledge.

15       Q. But you've made significant efforts since

16   your election to work with those minority groups;

17   is that right?

18       A. I believe so.

19       Q. And overall you think that having minority

20   representation -- racial minority representation

21   on City Council is an important goal?

22       A. Yes.

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    180

```
1        Q. Okay.  When did you decide that you were
2   going to run for reelection?  Did you always
3   intend --
4        A. I always intended to run, yeah.
5           MS. LANG:  Can we take just one more
6   break?
7           MR. BOYNTON:  Of course.
8           (A recess was taken.)
9        Q. I have no further questions.
10          MR. BOYNTON:  She'll read.
11          What happens is when it's transcribed you
12  will have the opportunity to review the transcript
13  and make notes as to anything you believe was
14  transcribed inaccurately on an errata sheet.  So
15  you'll have to look at it and sign.  Not a huge
16  process.
17          But she'll read.
18
19          (Signature having not been waived, the
20  deposition of JESSICA ABBOTT was concluded at
21  12:55 p.m.)
22
```

1               ACKNOWLEDGMENT OF DEPONENT

2         I, JESSICA ABBOTT, do hereby acknowledge

3    that I have read and examined the foregoing

4    testimony, and the same is a true, correct, and

5    complete transcription of the testimony given by

6    me and any corrections appear on the attached

7    Errata Sheet signed by me.

8

9

10   _____        _____

11         (DATE)                        (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2            I, Penny C. Wile, RPR, RMR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my direction; that reading and

9    signing was requested; and that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this 14th day of

15   October, 2019.

16           My commission expires:  January 31, 2021.

17

18

19

20

21   NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA

PENNY C. WILE
Notary Public
Commonwealth of Virginia
Registration No. 212528
My Commission Expires Jan 31, 2021

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    183

| A |
|---|

**aaron**
26:19, 31:16,
32:3, 33:1,
67:18, 77:14,
82:6, 82:9,
178:10, 178:11
**abbott**
1:14, 2:1, 4:2,
4:10, 5:3, 5:8,
9:4, 12:12,
13:19, 14:3,
99:22, 139:17,
139:20, 173:5,
180:20, 181:2
**abbott's**
131:2
**ability**
136:6, 136:9
**able**
9:8, 81:1,
107:21, 144:7,
171:22
**abouts**
42:17
**absent**
167:19, 171:21
**acceptable**
123:3
**access**
19:19, 58:5,
78:17, 92:20,
97:15, 98:10
**accessibility**
161:1, 161:6
**accessible**
102:17
**accomplish**
64:21
**accordance**
43:6
**accordingly**
124:3
**account**
20:5
**accounts**
19:8, 20:9,

21:12
**achievable**
77:15, 78:20,
80:8
**achieve**
153:5
**achievement**
78:21, 79:2,
79:12, 79:16,
79:22, 81:17,
81:20
**acknowledge**
181:2
**acknowledgment**
181:1
**acquainted**
73:18, 76:6
**across**
55:8
**act**
57:20, 58:8
**acted**
123:1, 139:16
**action**
67:13, 126:20,
126:21, 128:2,
128:4, 130:13,
139:14, 142:1
**actions**
85:9, 118:9,
123:2, 126:11,
127:22, 128:6,
130:18, 141:2,
141:8, 141:12
**active**
14:9, 34:10,
34:15, 36:15,
165:10
**actively**
34:4, 38:13,
53:2
**activity**
14:8, 14:19
**actual**
115:7, 147:4
**actually**
54:5, 65:7,
75:15, 94:10,

97:14, 139:3,
139:10, 177:2
**adams**
117:19
**add**
46:5
**added**
119:16
**additional**
141:7
**address**
20:3, 81:20,
141:13
**adds**
61:2
**ads**
170:19, 170:21
**advantage**
108:3
**adventurous**
136:12
**advertising**
171:1
**advice**
7:13
**advocating**
160:22
**affixed**
182:14
**african**
15:22, 16:14,
16:17, 72:13,
75:5, 75:11,
78:6, 93:14,
99:17, 100:3,
122:8, 137:14,
139:8, 140:16,
143:9, 149:7,
160:14, 160:16,
161:11, 161:16,
162:11, 168:2,
178:12, 179:1
**after**
5:4, 19:21,
28:22, 36:14,
40:10, 43:5,
43:21, 64:17,
67:13, 67:14,

73:4, 73:20,
76:22, 77:6,
94:11, 103:4,
104:3, 106:18,
133:2, 142:18,
156:7, 156:17,
156:18, 157:22,
167:6, 172:4
**again**
29:1, 45:22,
125:2, 165:17
**against**
24:19, 25:1,
39:4, 50:6,
61:14, 121:10,
146:6, 155:16,
159:19, 178:22,
179:4
**age**
154:21
**agenda**
49:8, 57:9,
73:11, 90:2,
90:11, 91:2,
91:7
**agent**
13:14, 13:16,
88:18, 117:20
**ago**
34:19, 40:6,
45:8
**agree**
50:4, 52:3,
58:14, 61:2,
65:1, 65:3,
96:11, 96:15,
126:19, 126:20,
127:19, 151:10,
151:18, 153:4,
153:11
**agreed**
92:9
**agreeing**
127:15
**ahead**
7:2, 17:5,
73:15
**al**
1:9, 3:13

Transcript of Jessica Abbott
Conducted on October 3, 2019

184

| | | | |
|---|---|---|---|
| **align** | 79:1, 79:17, | 132:19, 172:12 | 20:8, 33:1, |
| 71:7 | 82:16, 84:13, | **announced** | 33:2, 34:1, |
| **aligned** | 94:5, 94:19, | 133:2, 172:14 | 38:17, 39:3, |
| 174:22, 175:3, | 108:1, 108:7, | **announcing** | 39:6, 48:12, |
| 175:7 | 124:9, 135:15, | 31:6 | 48:20, 77:10, |
| **alive** | 156:13, 176:15 | **another** | 80:6, 85:5, |
| 72:7 | **alternative** | 61:10, 177:5 | 91:10, 124:1, |
| **all** | 99:5 | **answer** | 129:10, 137:19, |
| 11:4, 14:17, | **always** | 6:15, 7:3, 7:7, | 140:17, 143:21, |
| 20:7, 27:7, | 32:17, 62:8, | 7:16, 14:13, | 159:2, 171:4, |
| 31:9, 33:22, | 90:17, 112:12, | 22:1, 41:4, | 174:2, 180:13 |
| 36:15, 47:6, | 112:16, 150:17, | 42:1, 48:18, | **apart** |
| 50:3, 52:22, | 180:2, 180:4 | 52:1, 60:6, | 24:15, 109:10 |
| 53:18, 56:7, | **amass** | 63:7, 63:18, | **apologize** |
| 56:9, 68:2, | 51:12 | 66:2, 66:8, | 14:16, 45:22 |
| 68:5, 69:7, | **amelia** | 71:9, 71:16, | **apparently** |
| 73:1, 78:13, | 155:17, 165:12, | 91:22, 92:17, | 94:21 |
| 81:9, 92:3, | 166:14, 166:22 | 94:9, 100:11, | **appear** |
| 102:21, 127:1, | **amelia's** | 105:18, 116:15, | 69:5, 105:4, |
| 136:7, 140:12, | 167:9 | 124:2, 124:16, | 118:18, 160:9, |
| 144:16, 149:17, | **amendment** | 125:5, 134:15, | 181:6 |
| 159:8, 160:4, | 75:15, 89:10, | 144:22, 151:15, | **appears** |
| 161:12, 166:11, | 91:13, 91:15 | 162:15, 166:8 | 70:5, 152:4, |
| 168:17, 170:11 | **american** | **answering** | 167:8, 173:21 |
| **allen** | 13:10, 15:22, | 6:5 | **applicant** |
| 1:6, 3:3, | 16:14, 16:17, | **answers** | 148:21 |
| 44:19, 172:19, | 72:13, 75:5, | 9:9 | **applicants** |
| 176:2, 176:3, | 75:11, 78:6, | **anti** | 135:6 |
| 176:5 | 93:14, 99:17, | 169:18, 170:13 | **application** |
| **allies** | 100:3, 122:9, | **anybody** | 135:12, 135:14, |
| 123:12, 124:6 | 137:14, 139:8, | 50:9, 52:17, | 135:18 |
| **allocated** | 140:16, 143:9, | 53:9, 113:20, | **applies** |
| 93:3 | 149:7, 160:14, | 125:18, 129:6, | 8:19, 137:5 |
| **along** | 160:16, 161:11, | 152:17, 156:15, | **apply** |
| 79:17, 81:4, | 161:16, 162:11, | 158:7, 169:2 | 136:21 |
| 96:2, 114:8, | 168:2, 178:12, | **anymore** | **appointed** |
| 129:18, 150:16 | 179:1 | 177:3 | 25:6, 25:9, |
| **already** | **among** | **anyone** | 82:8, 82:17, |
| 131:3, 140:2, | 56:5, 130:16, | 8:8, 10:10, | 147:19 |
| 156:7, 156:17 | 143:20 | 26:13, 50:6, | **appointment** |
| **also** | **amongst** | 50:14, 91:14, | 54:3, 142:6, |
| 3:22, 7:5, 8:4, | 119:16 | 97:3, 111:12, | 142:15, 144:14, |
| 8:6, 10:14, | **amount** | 129:19, 132:22, | 147:12, 147:15, |
| 21:2, 21:10, | 52:18, 92:11, | 155:19, 156:2, | 147:17 |
| 22:22, 23:4, | 111:20, 172:21 | 157:9, 158:2, | **appointments** |
| 24:7, 26:21, | **anne** | 158:5, 169:6 | 142:9, 144:11 |
| 27:18, 61:13, | 68:20, 85:17 | **anything** | **appreciate** |
| 65:5, 68:6, | **announce** | 7:11, 12:2, | 67:9, 121:8, |
| | 31:2, 31:9, | | |

Transcript of Jessica Abbott
Conducted on October 3, 2019                                    185

| | | | |
|---|---|---|---|
| 122:3 | 124:5, 145:15, | 113:13, 113:19, | 152:22, 162:17 |
| **approach** | 157:10, 158:4, | 114:1, 177:13, | **away** |
| 26:2 | 158:6 | 177:14, 177:15, | 50:16 |
| **approached** | **asking** | 177:17 | |
| 25:20 | 11:8, 38:14, | **attending** | **B** |
| **appropriate** | 41:6, 41:15, | 26:3 | **back** |
| 53:6 | 45:17, 80:1, | **attention** | 104:7, 116:17, |
| **approve** | 91:19, 92:8, | 97:20, 166:1 | 130:20, 172:10, |
| 80:14, 80:16, | 99:7, 99:18, | **attorney** | 172:14 |
| 80:18, 80:21 | 124:20 | 2:5, 3:15, 8:9, | **background** |
| **approved** | **assembly** | 10:4, 10:14, | 13:4 |
| 108:14, 110:5 | 38:8 | 17:21, 19:2, | **balance** |
| **approximately** | **assert** | 23:9, 37:18, | 171:10 |
| 12:15, 31:3 | 8:13 | 40:5, 127:9, | **ballot** |
| **april** | **assertion** | 131:7, 178:20 | 38:18, 39:7 |
| 112:2, 172:16 | 115:10 | **attorney's** | **barack** |
| **area** | **assessor** | 42:4, 48:3, | 35:1 |
| 7:18, 44:21, | 23:10 | 90:4 | **barbara** |
| 76:3, 84:13 | **assigned** | **attorney-client** | 151:5 |
| **areas** | 22:12 | 7:10, 7:16, | **base** |
| 75:5, 139:8, | **assistance** | 41:2 | 123:13, 167:16 |
| 139:9, 139:13, | 68:10 | **attorneys** | **based** |
| 160:19 | **assume** | 7:12, 7:14, | 52:1, 53:7, |
| **argue** | 147:8, 171:19 | 10:17 | 79:13, 90:10, |
| 137:5 | **at-large** | **attribute** | 92:20, 93:3, |
| **around** | 43:18, 51:20, | 64:2 | 124:21 |
| 27:11, 32:13, | 52:14, 57:2, | **auditor** | **basically** |
| 45:19, 144:17, | 57:15, 57:20, | 23:9 | 30:17, 35:20 |
| 145:8, 155:3 | 58:9, 58:18, | **august** | **basing** |
| **article** | 59:18, 59:19, | 126:5 | 125:3 |
| 9:13, 9:18, | 60:12, 60:21, | **automatically** | **basis** |
| 57:14, 64:16, | 61:8, 61:14, | 127:10 | 9:1, 93:8 |
| 122:15, 122:22, | 145:10, 146:18, | **available** | **bayside** |
| 125:11 | 149:9, 155:6, | 149:20, 161:7, | 159:22 |
| **articles** | 155:10, 159:21 | 161:8, 161:10 | **beach** |
| 121:9 | **attach** | **aware** | 1:9, 1:15, 2:5, |
| **asian** | 17:16 | 15:21, 24:22, | 2:9, 3:13, 3:15, |
| 17:3, 86:7, | **attached** | 25:18, 53:9, | 3:19, 12:12, |
| 88:7 | 17:9, 17:13, | 79:20, 81:19, | 15:3, 15:18, |
| **aside** | 17:19, 95:22, | 90:19, 91:18, | 15:19, 16:1, |
| 34:2, 69:3, | 97:10, 114:7, | 95:17, 125:10, | 16:13, 29:13, |
| 141:15 | 138:21, 181:6 | 126:7, 132:14, | 33:10, 40:11, |
| **asked** | **attend** | 140:14, 140:17, | 43:10, 45:16, |
| 6:15, 6:22, | 78:3, 104:20, | 140:18, 141:2, | 46:11, 51:2, |
| 11:18, 48:3, | 104:21, 109:3, | 141:6, 141:7, | 58:19, 58:22, |
| 54:2, 73:1, | 113:16, 113:22 | 141:11, 141:18, | 59:16, 63:4, |
| 82:8, 98:1, | **attended** | 141:21, 142:1, | 63:15, 63:21, |
| 102:18, 119:21, | 109:5, 109:11, | 152:7, 152:9, | 64:4, 65:7, |

Transcript of Jessica Abbott
Conducted on October 3, 2019

186

65:22, 66:6,
66:14, 70:17,
71:22, 72:6,
74:4, 75:7,
76:3, 78:22,
79:12, 79:18,
79:21, 80:2,
80:5, 81:21,
88:6, 93:20,
95:5, 106:14,
107:17, 108:17,
115:16, 116:12,
123:8, 138:8,
139:18, 140:22,
141:5, 141:12,
142:16, 145:21,
146:19, 147:2,
147:7, 147:17,
151:11, 151:19,
153:2, 153:4,
165:1, 168:20,
170:16
**beach's**
61:4
**became**
30:1, 76:7
**because**
6:3, 27:2,
27:13, 60:2,
60:11, 71:3,
97:15, 115:19,
120:9
**become**
25:18, 73:18,
74:1, 76:5,
76:14
**becoming**
13:11, 34:10,
34:11
**been**
5:4, 5:12,
13:15, 14:9,
24:16, 25:6,
25:9, 30:15,
32:10, 46:20,
47:9, 62:8,
64:17, 66:5,
66:9, 66:11,

67:14, 72:5,
72:7, 84:21,
86:11, 87:7,
88:20, 98:5,
103:6, 103:10,
106:19, 107:21,
108:10, 112:16,
118:4, 122:14,
137:17, 138:11,
144:14, 149:2,
151:16, 152:4,
154:8, 161:10,
162:10, 162:18,
167:2, 167:21,
171:22, 180:19
**before**
2:17, 5:12,
5:13, 6:5,
12:20, 14:13,
25:4, 30:19,
31:4, 31:19,
52:4, 54:22,
92:9, 93:14,
104:18, 105:15,
110:5, 111:18,
114:10, 138:3,
138:8, 140:3,
157:2, 182:3
**beginning**
134:1
**begun**
135:13, 135:15
**behalf**
3:2, 3:12
**behavior**
128:11
**being**
58:4, 69:3,
76:13, 76:17,
77:6, 83:1,
90:20, 92:19,
99:15, 127:17,
133:12, 135:5,
140:3, 144:7,
161:7, 169:15,
177:10, 178:11
**belief**
53:6, 93:17,

94:5, 112:16,
121:7
**believe**
8:2, 32:4,
40:13, 42:21,
43:12, 52:8,
53:22, 54:17,
57:17, 62:4,
67:13, 70:19,
75:13, 83:9,
86:8, 91:6,
91:16, 92:18,
94:3, 95:7,
100:4, 102:16,
106:18, 107:20,
108:7, 111:9,
111:15, 111:16,
113:18, 115:10,
118:20, 121:17,
124:7, 128:5,
128:20, 132:21,
133:8, 135:15,
140:2, 143:10,
144:1, 146:8,
149:10, 149:15,
149:19, 179:11,
179:18, 180:13
**ben**
111:11
**benefits**
84:3
**berlucchi**
54:2, 142:12,
147:19, 148:1,
148:5, 148:13,
148:19, 148:22,
149:3, 149:8
**best**
22:3, 38:21,
39:1, 58:17,
102:18
**beth**
172:19, 176:3
**better**
59:11, 84:7,
84:10, 84:11,
129:12, 148:20,
161:1

**between**
64:4, 78:21,
79:13, 160:20,
175:17
**beyond**
41:4, 125:6
**bias**
57:2
**big**
24:5
**bigger**
69:3
**bind**
48:12
**birthday**
155:3, 176:21
**bit**
14:18, 22:6,
30:13, 47:12,
66:14, 88:19,
120:15, 150:12
**black**
100:19, 102:9
**blocks**
150:14
**blythe**
159:17, 159:18,
169:22, 170:2,
170:3
**board**
55:8, 80:7,
81:6, 81:16,
82:8, 82:11,
82:16, 82:18,
159:4, 159:6,
168:21, 170:6,
170:9
**boardroom**
177:1
**bobby**
68:22, 69:11,
104:14
**body**
102:22, 107:5,
139:21, 140:7,
140:9, 140:11,
142:3
**bond**
145:19

Transcript of Jessica Abbott
Conducted on October 3, 2019

187

booth
177:2
both
20:12, 30:10,
32:22, 35:10,
35:22, 52:10,
54:2, 80:3,
85:11, 109:5,
109:11, 109:13,
109:20, 113:14,
113:21, 113:22,
114:1
boynton
3:14, 8:17,
8:22, 10:8,
10:13, 11:8,
14:12, 18:6,
21:18, 29:21,
35:15, 40:22,
41:6, 47:18,
48:1, 48:16,
48:20, 51:21,
53:4, 57:21,
58:11, 61:17,
63:5, 63:16,
67:5, 69:19,
73:2, 73:6,
80:1, 80:4,
82:3, 91:20,
92:15, 93:21,
94:7, 94:20,
95:13, 104:5,
104:10, 104:12,
113:10, 115:18,
116:13, 116:18,
123:13, 123:19,
124:11, 125:2,
125:9, 126:11,
126:18, 127:1,
127:6, 127:14,
127:19, 128:5,
128:7, 129:4,
130:15, 131:3,
131:17, 131:20,
132:9, 139:1,
139:17, 143:18,
149:22, 151:13,
152:2, 153:8,

153:14, 156:4,
162:13, 163:8,
163:13, 165:17,
168:19, 171:12,
176:14, 177:4,
177:8, 180:7,
180:10
brace
40:18
break
6:13, 6:16,
61:18, 61:21,
72:22, 113:9,
180:6
breeds
173:18
brian
69:20, 69:22,
70:3
brief
113:9, 117:22
bring
147:1, 147:6
brings
9:12
broad
74:16, 99:10,
137:15
broadly
29:18, 30:10,
55:8, 79:1,
101:2, 134:17
broker
13:8
broom
153:21
bruce
55:14, 55:21,
55:22, 94:6,
94:10, 94:14,
95:1, 107:15
bubbled
153:1
bucks
39:15, 173:4
budget
22:9, 22:15,
22:22, 80:11,

80:14, 80:16,
80:18, 80:22,
81:4, 89:21,
104:4, 118:13,
118:18, 119:8,
119:10, 119:15,
119:18, 119:22,
120:3, 120:6,
120:12, 161:2
budgets
136:6
build
100:2
building
2:7, 3:17,
166:15, 173:14
bullet
58:15, 59:6,
60:20
burton
16:20, 26:20,
31:17, 32:21,
85:14, 168:5
burton's
68:16
business
19:11, 70:20,
71:1, 72:10,
93:3, 93:8,
93:19, 94:17,
116:11, 123:8,
156:13
byler
172:21, 174:15,
177:13, 178:4,
178:16
byler's
174:14

**C**

calculator
34:22
caldwell
158:17
call
7:18, 45:9,
106:20
called
57:1, 59:15,

144:3, 165:4
calls
99:3, 132:10
came
31:14, 42:5,
43:9, 50:16,
111:13, 122:15,
136:22, 179:9
camera
139:22
cameras
140:7, 140:9,
140:11, 142:3
campaign
3:6, 19:16,
19:17, 19:18,
19:20, 20:1,
26:7, 26:11,
27:10, 27:12,
28:3, 28:14,
29:2, 33:4,
33:7, 34:14,
35:19, 38:13,
51:12, 51:16,
62:13, 69:2,
69:14, 70:10,
71:4, 87:1,
87:2, 88:1,
92:3, 121:1,
121:6, 121:12,
139:21, 156:20,
158:3, 158:9,
160:5, 166:10,
168:2, 170:17,
171:8, 172:1,
172:4, 172:18,
173:10, 173:22
campaign-related
19:13
campaigned
38:16, 69:13
campaigning
32:14, 32:19,
171:8
campaigns
32:8, 35:11,
70:14, 153:2
can't
6:2, 15:20,

Transcript of Jessica Abbott
Conducted on October 3, 2019

188

37:21, 42:1,
45:1, 48:11,
59:16, 71:9,
80:9, 89:4,
105:18, 144:22,
159:7, 162:20,
168:8, 175:13
**cancel**
104:15, 104:18,
105:1, 105:17,
105:21
**cancelled**
97:14
**candidacy**
172:12, 172:15
**candidate**
30:5, 30:6,
30:8, 59:8,
59:9, 59:12,
84:12, 85:17,
147:16, 170:13
**candidates**
26:10, 33:20,
35:6, 36:19,
36:21, 37:2,
37:5, 37:15,
38:8, 39:1,
52:15, 71:5,
71:6, 71:12,
71:17, 71:19,
133:17, 142:21,
143:5, 147:22,
150:6, 158:18,
158:21, 169:14,
169:17, 174:20
**cannot**
37:19, 88:8,
100:19
**capacity**
50:5, 62:9,
76:11, 95:15,
152:16, 152:18
**care**
108:1
**carolina**
168:19
**carolyn**
39:4

**case**
1:7, 5:10,
7:12, 11:15,
12:6, 112:6,
147:10, 182:11
**cases**
25:1
**cast**
39:6
**castelluzzo**
177:22
**casting**
38:17
**categories**
139:14
**categorized**
22:17
**category**
22:18, 150:2
**caucasian**
72:13
**cavalier**
107:9, 107:13,
107:16
**cellphone**
18:13, 20:12,
20:13, 20:14,
24:13
**census**
40:11, 41:10,
41:17, 41:20,
41:22, 42:14,
43:5, 66:2
**center**
2:7, 3:6, 3:17,
4:14, 86:12,
89:6, 96:3,
96:21, 97:3,
98:7, 98:8,
103:8, 103:10,
104:7
**centerville**
177:19
**central**
175:21
**certain**
7:20, 135:17,
150:10

**certainly**
30:3, 53:6,
137:1
**certificate**
182:1
**certificates**
13:5
**certifications**
13:7, 13:9
**certify**
182:4
**cetera**
22:11, 105:12
**chair**
39:20
**challengers**
63:3, 63:11,
63:20
**challenges**
136:4
**challenging**
34:3, 162:16
**chamber**
87:18
**chance**
59:12
**change**
14:14, 44:5,
44:16, 47:5,
49:3, 51:1,
51:2, 51:9,
52:22, 53:3,
62:3, 62:7,
65:21, 86:14,
97:11, 103:15,
118:7, 141:13,
141:17
**changed**
43:20, 65:15,
177:7
**changes**
141:18
**changing**
43:10, 77:10
**channel**
41:9
**channels**
41:9

**chapter**
47:1
**chapters**
46:10
**charge**
22:9, 134:19
**charity**
28:15, 28:17
**chatted**
29:4
**check**
169:13, 172:20,
172:22
**checks**
39:18
**chief**
141:15
**choice**
52:15, 59:8,
83:16, 83:20,
84:2, 84:6,
84:21, 85:6,
85:12
**choose**
59:8
**chose**
128:3
**christopher**
3:5, 3:14,
177:16
**chuck**
40:4, 164:21,
167:14
**circumstances**
162:22
**cited**
121:9
**city-related**
19:11
**civic**
45:15, 46:1,
46:6, 47:3,
47:9, 163:19,
164:1
**clarification**
38:12
**clarify**
124:4

Transcript of Jessica Abbott
Conducted on October 3, 2019

189

**classify**
17:1
**clean**
5:22, 153:21
**clear**
41:7, 82:3,
131:12
**clerk**
23:10
**clients**
72:21
**close**
78:21, 79:21,
109:9
**closed**
112:5, 112:8,
112:17, 112:20,
112:22, 127:17,
131:17, 131:18,
135:16, 135:17,
177:2
**closing**
79:2
**cloud-based**
20:15
**coalition**
45:10, 165:5
**coffee**
73:20, 76:22,
106:18, 171:12,
176:7, 176:14
**coffeehouse**
176:9
**cohen**
173:15, 173:16
**coker**
26:21, 31:17,
32:20, 87:14
**collaboration**
91:4
**colleague**
52:21
**colleagues**
44:2
**collection**
141:3
**college**
13:10

**com**
20:4
**come**
7:8, 27:13,
28:2, 41:19,
41:20, 111:7,
132:22, 144:16,
147:14, 154:18,
179:3
**comes**
7:9, 9:1, 60:21
**comments**
130:9, 130:12,
130:14, 130:20
**commerce**
87:19
**commission**
82:15, 138:9,
182:16
**commitment**
23:21
**common**
6:20
**commonwealth**
2:18, 182:22
**communicate**
24:8, 46:17,
136:10
**communicated**
81:6
**communicates**
89:14
**communication**
85:2
**communications**
41:2, 41:3,
98:1
**communicator**
136:2
**communities**
52:6, 58:10,
79:14, 151:19
**community**
14:11, 15:1,
15:22, 16:1,
22:3, 43:21,
44:4, 44:6,
44:8, 44:11,

44:12, 44:13,
44:15, 44:20,
45:5, 45:6,
45:15, 45:18,
45:19, 46:2,
46:4, 48:7,
74:15, 75:11,
82:11, 86:5,
86:7, 87:5,
87:21, 88:4,
88:7, 91:18,
92:8, 93:10,
93:14, 94:17,
99:7, 99:17,
100:3, 100:19,
102:3, 102:10,
106:9, 136:11,
136:19, 137:9,
137:18, 138:5,
139:9, 158:1,
161:7, 161:9,
161:12, 161:16,
164:22, 169:9
**company**
176:7
**compared**
63:3, 63:15
**competitive**
51:5, 155:14
**complete**
14:13, 181:5
**completely**
68:18
**component**
133:12, 135:1
**concept**
59:14
**concern**
105:10, 106:13,
110:20, 112:3,
112:5, 136:3,
152:20, 178:13
**concerned**
105:3, 111:4,
129:8
**concerns**
24:9, 29:19,
30:8, 55:16,

75:4, 75:10,
102:13, 106:17,
107:3, 108:4,
115:11, 115:13,
121:2, 121:5,
128:10, 135:5,
178:21
**concluded**
180:20
**concur**
131:7
**condition**
48:9
**conditions**
106:15, 106:21
**conducive**
83:22
**conduct**
120:18, 120:22,
126:9, 129:20
**conduit**
83:1
**conference**
74:20, 102:9
**conflict**
106:2, 122:6,
144:3
**confusing**
51:5, 60:10,
115:19
**confusion**
46:7
**connection**
175:17
**consecutive**
154:3
**consecutively**
154:5
**consent**
140:18
**consequences**
111:1, 111:3
**conservation**
168:21
**conservative**
27:22, 44:21,
45:4, 45:9,
71:11, 71:14,

Transcript of Jessica Abbott
Conducted on October 3, 2019

190

165:5, 165:8,
166:6, 175:4,
175:5
**conservatives**
165:11
**consider**
44:2, 56:10,
65:3, 155:1
**considered**
72:15, 90:1
**considering**
62:3, 156:1
**consistent**
153:12
**constantly**
179:7
**constituent**
26:3, 177:21,
178:3
**constituents**
24:8, 51:6,
178:12
**consult**
156:5, 156:19,
157:22, 161:11
**consultant**
70:4, 70:18
**consultants**
42:4, 158:14,
158:15
**consulted**
72:18
**consulting**
72:6, 72:11
**consults**
70:19, 71:7
**contact**
83:12, 83:13,
83:14
**content**
10:3, 53:14
**contents**
144:19
**contested**
62:21
**context**
11:5, 41:11,
124:14

**continue**
65:1, 65:10,
108:16
**continuing**
140:6
**contract**
126:3, 126:6,
132:8, 132:16
**contracted**
117:14
**contribute**
160:5
**contributed**
173:9, 173:22,
177:11
**contribution**
32:11, 173:12,
174:9, 176:13,
176:16
**contributions**
33:16, 39:13
**contributor**
172:19
**contributors**
172:17
**control**
129:9, 129:13
**conversation**
8:2, 8:4, 10:4,
12:3, 42:11,
42:16, 42:18,
53:14, 54:1,
86:15, 88:17,
88:21, 106:8,
107:7, 116:20,
127:3, 127:7,
144:8
**conversations**
30:4, 41:13,
47:20, 48:17,
48:21, 53:7,
53:16, 53:17,
123:15, 123:21,
124:9, 124:10,
124:14, 124:20,
125:4, 125:18,
126:12, 126:17,
127:8, 130:16,

132:11, 137:17,
143:19
**coordinate**
87:12
**copy**
138:16
**correct**
11:11, 15:5,
15:6, 21:1,
25:14, 40:13,
43:11, 52:7,
60:18, 63:22,
68:8, 68:12,
70:8, 73:13,
75:18, 78:3,
89:12, 95:3,
95:9, 97:13,
98:9, 100:7,
105:6, 106:10,
118:20, 120:19,
121:21, 123:10,
126:1, 131:16,
133:16, 142:8,
142:11, 142:13,
142:16, 145:11,
145:12, 146:4,
146:5, 147:13,
147:21, 148:3,
148:9, 148:11,
149:4, 149:5,
155:17, 160:13,
162:6, 164:5,
164:9, 164:10,
164:15, 166:14,
181:4, 182:5
**corrections**
181:6
**correspondence**
83:4, 83:6,
104:8
**could**
7:14, 22:11,
59:9, 59:18,
67:6, 67:8,
80:18, 88:3,
93:12, 99:21,
111:2, 150:15,
159:3, 161:10,

163:4, 166:19,
171:9, 171:14,
178:19
**couldn't**
16:6, 29:10,
46:21, 47:6,
81:22, 87:16,
88:9, 92:12,
100:11, 103:3,
107:1, 107:6,
110:21, 116:8,
128:18, 134:15,
135:16, 140:10,
165:20, 166:4,
166:17
**councilman**
11:18, 31:22,
32:2, 32:9,
32:14, 32:15,
32:16, 32:20,
33:1, 39:12,
50:13, 52:21,
52:22, 54:2,
54:3, 99:3,
99:6, 100:19,
101:13, 111:15,
111:21, 113:19,
113:20, 114:2,
119:20, 125:13,
125:19, 125:21,
129:3, 130:6,
148:10, 148:15,
150:15, 150:16,
157:1, 157:2
**councilwoman**
52:21, 53:21,
54:1, 99:21,
101:21, 111:16,
133:5, 146:7
**counsel**
5:6, 6:18, 7:6,
182:10
**counselman**
114:1
**count**
60:14, 80:8
**county**
168:15

Transcript of Jessica Abbott
Conducted on October 3, 2019

**couple**
17:5, 39:15, 62:20, 75:19, 173:4
**course**
13:6, 68:22, 113:10, 136:6, 136:22, 180:7
**court**
1:1, 5:19, 6:3, 6:9, 7:1, 14:14, 139:5
**courthouse**
2:6, 3:16
**cover**
73:6, 73:7, 116:19
**covered**
30:2, 160:2, 160:3
**create**
141:13
**created**
64:14, 67:22, 68:10, 118:13, 119:10
**creating**
119:1, 119:5
**credit**
68:3
**cronyism**
108:5
**crowded**
155:13, 163:3
**crr**
1:22, 2:18, 182:2
**crush**
28:18
**cuccinelli**
37:18, 37:20, 38:10, 40:2
**cultural**
86:12, 89:6
**culture**
141:13, 141:14
**current**
23:17, 65:12,

**couple**
71:17, 140:8
**currently**
12:5, 15:3, 65:8, 87:8
**cutting**
45:22
**cycle**
36:13, 61:1, 155:7

**D**

**dad**
13:19
**daddy**
20:2
**dane**
159:17, 159:18, 159:22, 169:22, 170:2, 170:3
**danielle**
3:4, 5:9
**dare**
168:14
**data**
66:2, 141:3
**date**
9:15, 9:19, 12:5, 25:22, 83:6, 103:3, 104:10, 128:18, 172:16, 181:11
**dave**
121:20, 122:22, 135:6
**davenport**
111:11, 111:21, 113:19, 114:2, 143:4
**david**
82:7, 82:14, 158:17
**day**
70:17, 78:11, 78:12, 182:14
**days**
31:14
**dc**
3:9

**deal**
8:22, 32:13, 107:15, 175:16
**dealing**
73:8
**dean**
44:22, 152:14, 158:22, 170:12, 177:13
**debates**
62:15, 62:18
**decades**
66:15
**december**
9:14
**decent**
172:20
**decide**
8:3, 98:13, 106:6, 154:18, 155:9, 180:1
**decided**
105:17, 132:17, 146:17, 156:7, 156:17, 156:18, 157:3, 157:22
**decider**
91:2
**decides**
91:1
**decision**
8:14, 119:7, 119:17, 131:2, 132:3, 132:4, 156:10, 172:13, 179:3, 179:9
**decree**
140:19
**default**
32:19
**defeat**
115:9
**defeated**
127:10, 162:8
**defective**
96:13
**defendants**
1:10, 3:12,

**deal**
10:15
**defended**
130:7
**defense**
61:8, 130:11, 133:1
**define**
45:6
**definitely**
66:16
**deflect**
115:9
**delay**
115:7, 115:8
**delegate**
76:1
**deleted**
19:21
**demographic**
16:4, 16:7
**department**
138:7, 140:19, 140:22, 141:12
**depend**
60:5, 124:11
**depending**
152:6
**deponent**
181:1
**deposed**
5:13
**deposition**
1:14, 2:1, 4:10, 8:20, 9:22, 11:1, 11:7, 11:9, 11:12, 17:7, 180:20, 182:3
**depositions**
11:14, 52:20
**describe**
21:21, 22:4, 22:11, 22:19, 150:12
**described**
60:20
**description**
22:8

Transcript of Jessica Abbott
Conducted on October 3, 2019

192

| | | | |
|---|---|---|---|
| **designer** 67:21 | **disagreements** 161:21 | 92:8, 92:14, 92:21, 95:2, | 91:13, 137:2, 137:10, 142:16, |
| **desire** 179:7 | **discipline** 126:7 | 95:12, 95:18, 96:4, 96:12, | 146:19, 147:2, 147:7, 147:17, |
| **desteph** 169:12, 172:20, 176:1 | **disclose** 7:11 | 96:16, 97:12, 98:14, 99:4, | 147:20, 155:10, 155:12, 175:13 |
| **detail** 74:22 | **disclosure** 38:14 | 99:16, 105:8, 106:9, 106:14, | **district-based** 84:7 |
| **detailed** 139:11 | **discoverable** 125:1 | 106:22, 109:1, 109:3, 110:6, | **districting** 145:10 |
| **details** 42:16, 122:7 | **discriminate** 61:14 | 110:9, 110:12, 110:16, 111:2, | **districts** 40:12, 43:17, |
| **determination** 131:22 | **discrimination** 151:12, 151:17, | 111:7, 111:22, 112:4, 112:8, | 47:4, 85:12, 86:5, 149:9 |
| **determining** 70:13 | 151:21, 153:7 | 112:14, 113:13, 113:17, 114:19, | **diverse** 79:6 |
| **developers** 55:12, 55:19 | **discriminatory** 140:20, 140:21 | 114:20, 115:1, 115:5, 115:8, | **diversity** 135:1 |
| **devoted** 78:16 | **discuss** 112:12, 112:17 | 115:14, 116:4, 116:7, 116:9, | **division** 1:3, 167:19 |
| **difference** 64:3, 160:20, 161:2, 161:5 | **discussed** 8:6, 29:16, 29:17, 30:17, | 116:11, 116:21, 117:7, 117:10, | **divulge** 41:3 |
| **differences** 64:3 | 74:13, 107:5, 128:10, 128:13, | 117:16, 117:17, 118:1, 118:10, | **doctor** 89:2 |
| **different** 7:7, 41:7, | 131:6 | 118:15, 121:16, 137:1, 137:11 | **document** 54:16, 54:21, |
| 58:22, 67:2, 70:6, 71:4, | **discussing** 106:12 | **disprove** 92:22 | 56:16, 56:18, 57:1, 57:4, |
| 121:7, 152:6, 178:9 | **discussion** 6:1, 49:6, | **disqualified** 142:19 | 57:6, 57:7, 65:6, 66:17, |
| **difficult** 6:3, 51:12 | 49:22, 56:21, 86:3, 90:6, | **distributed** 44:1 | 117:4, 136:17 |
| **difficulty** 61:3 | 90:8, 90:10, 94:3, 98:19, | **district** 1:1, 1:2, 15:5, | **documents** 4:12, 10:1, |
| **direction** 81:2, 130:19, 182:8 | 99:8, 110:14, 114:20, 131:15, | 15:15, 16:5, 16:10, 43:16, | 10:19, 10:21, 17:17, 17:22, |
| **directly** 24:8, 88:2 | 135:2, 144:18, 147:14 | 46:8, 51:3, 51:6, 51:7, | 18:10 |
| **director** 98:1, 117:19 | **discussions** 7:20, 30:2, | 51:9, 52:5, 56:2, 56:5, | **dogs** 173:18 |
| **disagree** 126:19 | 55:19, 94:13, 144:19 | 62:9, 62:21, 65:4, 68:19, | **doing** 13:13, 41:21, |
| **disagreed** 133:10 | **disparagingly** 121:10, 121:11, 121:13 | 73:12, 74:6, 75:14, 76:1, | 42:14, 50:10, 61:11, 106:3, |
| **disagreement** 160:20 | **disparity** 29:16, 55:7, 67:12, 74:7, 91:19, 92:5, | 76:2, 76:7, 76:9, 76:14, 77:10, 81:20, 84:4, 89:10, | 159:2, 177:6 **dole** 158:18 **doling** 93:7 **don** 159:13, 159:14, |

Transcript of Jessica Abbott
Conducted on October 3, 2019

193

164:21, 169:22,
170:3
**donate**
32:7, 38:17
**done**
40:20, 85:5,
87:4, 87:20,
102:18, 104:5,
105:15, 138:8,
141:13
**doors**
35:21, 40:3,
40:8
**double-booked**
98:12
**doubts**
147:4
**doug**
163:18, 163:21
**down**
6:4, 6:10, 7:2,
81:2, 90:13,
90:15, 90:20,
99:4, 99:11,
119:9, 119:18,
147:12
**downstream**
151:20
**dozen**
29:11
**dr**
44:19
**draft**
48:4, 90:3,
90:5
**dream**
77:15, 77:16,
78:21, 80:8
**drive**
2:6, 3:16,
20:17, 20:18,
57:5, 175:21
**dropped**
68:17
**drown**
57:15
**duly**
5:4

**during**
15:17, 26:6,
26:10, 26:13,
30:7, 33:9,
36:15, 40:1,
50:1, 54:3,
86:22, 87:2,
88:1, 92:3,
109:13, 110:4,
121:12, 153:1,
161:17, 169:6,
171:8, 177:11
**duties**
21:21
**dyer**
68:22, 99:6,
100:5, 100:10,
100:19, 101:13,
103:12, 103:20,
104:14, 105:11,
150:16
**dyer's**
99:3
**dynamics**
150:13

**E**

**each**
8:11, 29:4,
29:5, 89:14,
145:1
**earlier**
17:11, 34:9,
64:10, 75:13,
89:8, 120:16,
128:19, 128:20,
165:3, 170:14,
179:11
**early**
28:14, 96:7,
120:16, 122:17,
172:15
**easier**
52:5, 52:8
**eastern**
1:2
**economic**
55:4, 117:19

**ed**
87:8
**edification**
85:7
**editorial**
95:17
**education**
136:4
**educational**
13:4, 151:22
**effect**
129:11, 145:21,
149:10
**effectively**
51:13
**effects**
151:20
**efforts**
179:15
**either**
44:7, 54:13,
103:22, 109:18,
149:2, 149:22,
172:15
**elect**
23:4, 51:7,
59:7
**elected**
22:2, 25:3,
25:4, 25:7,
43:16, 46:8,
52:16, 52:19,
59:12, 72:2,
73:20, 91:17,
95:8, 95:12,
162:11, 163:1
**election**
15:9, 19:22,
25:15, 26:14,
31:4, 33:9,
36:15, 58:18,
59:22, 60:13,
61:1, 62:11,
72:19, 87:5,
94:11, 100:6,
100:16, 145:16,
146:20, 161:14,
161:17, 167:9,

169:7, 175:19,
179:16
**elections**
14:22, 51:4,
57:2, 57:15,
57:20, 58:9,
62:22, 145:10
**electoral**
43:10, 49:4,
53:1, 53:3,
61:4, 62:3,
62:7, 64:4,
77:11, 153:2,
167:8
**elementary**
78:3, 78:5
**elephant**
174:11, 174:19,
175:12, 175:18,
178:9
**eleven**
13:17
**else**
8:6, 8:8,
10:10, 29:18,
33:6, 34:1,
36:9, 37:11,
50:14, 53:9,
85:5, 91:14,
97:22, 111:12,
113:20, 125:14,
129:2, 129:6,
129:10, 151:3,
155:19, 156:15,
157:9, 158:2,
158:22, 169:6,
171:4
**email**
4:13, 4:16,
4:17, 19:8,
19:10, 19:12,
19:16, 19:17,
19:18, 19:20,
20:1, 20:3,
20:5, 20:9,
20:11, 24:13,
57:4, 96:1,
96:12, 97:11,

Transcript of Jessica Abbott
Conducted on October 3, 2019

194

99:1, 100:9,
100:13, 113:3,
114:8
**emails**
18:17, 20:8
**employ**
134:11
**employed**
117:14, 182:10
**encourage**
156:2, 157:7
**end**
10:14, 65:6,
66:22, 76:17,
76:21, 77:2,
77:5, 90:7,
98:10, 106:3,
106:16, 163:10
**endeavor**
171:19
**endorse**
27:13, 160:7,
169:13
**endorsed**
33:7, 39:9,
68:22, 146:9,
169:4, 169:7,
179:12
**endorsement**
27:11, 29:2,
31:2, 31:7,
67:16, 168:14
**endorsements**
31:9, 31:15,
31:20, 33:11,
158:2, 161:19,
161:20, 168:12,
169:10
**endorsing**
69:1
**engage**
106:8
**enormous**
52:18
**enough**
9:20, 19:7,
26:1, 26:5,
35:5, 36:8,

39:17, 39:22,
45:3, 62:19,
66:3, 105:16,
114:4, 114:11,
137:7, 138:18,
166:1, 166:18,
169:3
**entire**
36:12, 37:20
**entirely**
126:18, 126:19,
127:14
**equal**
4:15, 93:18,
96:3, 96:21,
97:4, 123:7
**equally**
95:6
**equitable**
55:7
**equity**
93:5, 153:6
**erb**
177:20, 177:21
**eric**
26:17, 31:15,
31:21, 32:3,
32:16, 69:9,
69:12, 159:3,
168:6, 170:5
**errata**
180:14, 181:7
**especially**
38:22
**esquire**
3:4, 3:5, 3:14
**estate**
23:10, 88:18
**et**
1:9, 3:13,
22:11, 105:12
**ethnic**
52:12
**etiquette**
78:15
**even**
59:9, 96:13,
104:18, 136:14

**event**
28:5, 28:9,
28:11, 32:21,
171:9, 176:6
**events**
69:6, 126:2,
160:9
**eventually**
97:19, 103:7,
115:16, 115:20,
115:21, 115:22,
116:1, 116:3
**ever**
5:12, 13:1,
25:3, 25:6,
25:9, 34:3,
37:1, 53:22,
66:9, 75:3,
75:9, 77:5,
81:5, 100:21
**every**
47:8, 171:9
**everybody**
32:4, 90:5,
125:14, 130:8,
144:21, 158:4,
177:9
**everyone**
58:19, 116:4,
136:22, 137:6
**everything**
5:20, 29:18,
36:9, 67:8,
137:4, 137:5,
138:7, 138:17
**evidence**
178:8, 178:18
**exact**
9:15, 25:21,
111:19, 172:21
**exactly**
107:6, 109:10,
110:8
**examination**
4:2, 5:6
**examined**
5:4, 181:3
**example**
93:7

**exception**
150:21
**exchange**
4:16, 73:8,
75:20, 76:22,
77:7, 77:14,
104:13, 106:11,
106:19
**exclude**
103:21
**exhibit**
4:10, 4:11,
4:12, 4:13,
4:16, 4:17,
4:19, 17:7,
17:8, 17:10,
17:17, 17:18,
17:20, 54:15,
73:4, 95:20,
95:21, 97:8,
97:9, 114:5,
114:6, 116:17,
138:19, 138:20,
139:6, 163:7,
166:19, 167:5
**exhibits**
17:6
**exist**
177:3
**expand**
177:7
**expansive**
78:19
**expect**
6:13, 12:8
**expensive**
51:11, 170:17
**experience**
90:18
**experienced**
91:10
**experiences**
78:17
**expert**
107:14
**expertise**
144:3
**expires**
182:16

Transcript of Jessica Abbott
Conducted on October 3, 2019

**explain**
55:3, 107:12
**exposed**
78:18, 95:16
**expressed**
96:20, 101:22,
112:5, 115:6
**expresses**
99:20, 106:13
**extended**
12:7, 78:11
**extensive**
88:17, 88:20,
137:19
**extensively**
137:14
**extent**
8:19, 53:5,
95:13, 125:3,
125:5

**F**

**facebook**
4:18, 18:14,
20:20, 20:21,
21:2, 24:13,
31:8, 46:17,
66:18, 67:1,
67:2, 67:19,
68:7, 106:3,
114:9, 114:13,
114:14, 163:11,
166:20, 171:3
**facilitate**
65:19
**fact**
91:18, 164:6,
170:15
**fail**
48:15, 89:11
**fair**
9:20, 19:7,
26:1, 26:5,
35:5, 36:8,
39:17, 39:22,
45:3, 62:19,
66:3, 100:8,
100:15, 105:16,

114:4, 114:11,
115:10, 123:7,
137:7, 138:18,
141:22, 147:8,
166:18, 169:3
**fairfield**
163:19, 164:2,
164:4, 166:2
**fairvote**
83:6, 83:10,
83:11, 85:2
**fall**
22:18, 30:5,
134:8
**falls**
150:1
**familiar**
59:14, 75:1,
84:20, 95:14,
99:5
**family**
27:2, 156:9
**fan**
94:20
**far**
64:17, 134:6
**farm**
13:20
**father**
156:13, 173:6,
173:7, 173:9
**favor**
43:9, 62:8,
130:6, 132:15,
148:5
**favorites**
55:9, 55:10
**february**
55:2, 67:3,
109:1, 155:3,
155:4, 176:21
**federal**
14:21, 14:22,
33:11, 34:11,
36:19, 36:20,
36:22, 37:8,
42:7
**feedback**
43:21, 44:5,

44:6, 44:8,
48:7, 49:16,
49:21
**feel**
31:1, 102:17,
138:5, 150:4,
165:22, 178:19,
179:5
**feelings**
161:12
**feels**
102:8
**felt**
45:11, 92:21,
100:18, 115:4,
115:14, 116:4,
123:6, 129:11,
133:8, 148:20,
154:20, 161:8,
161:10
**fema-certified**
13:8
**few**
5:15, 31:4,
54:22, 55:12,
85:3, 90:6
**field**
55:4, 155:14
**fight**
127:20
**figures**
44:20
**file-sharing**
20:16
**filed**
9:19, 64:11,
64:18
**files**
21:15
**filipino**
86:11, 89:1,
89:5
**fill**
25:6, 145:2
**filled**
142:6
**final**
91:2, 111:14,

119:8, 119:17,
120:3, 120:12
**financial**
13:7, 32:10,
182:12
**financing**
107:9, 107:13,
107:14
**find**
66:8, 69:18
**finding**
116:10
**findings**
55:6, 112:7,
112:13, 116:21,
117:11
**fine**
41:12, 131:8,
131:10, 168:11
**finish**
6:1, 6:2, 6:5
**firm**
117:12, 118:1,
134:10, 134:13,
134:18, 135:4,
135:10
**firms**
134:21
**first**
5:4, 9:11,
17:7, 25:18,
34:14, 34:18,
35:1, 62:6,
73:7, 76:5,
76:10, 83:11,
98:5, 98:14,
98:15, 105:14,
111:6, 111:9,
120:20, 122:11,
122:19, 129:4,
129:5, 129:21,
144:14, 155:1,
163:1, 167:5,
168:7
**fiscal**
27:22, 175:4
**five**
85:22, 121:22,

Transcript of Jessica Abbott
Conducted on October 3, 2019

196

139:8, 139:13
**flexibility**
171:15, 171:17,
171:21
**floated**
154:2
**flooding**
56:12, 74:17,
75:3, 88:20,
136:5, 145:17
**flyers**
178:20
**focused**
136:9
**folks**
42:5, 86:13
**follow**
117:17
**following**
68:6
**follows**
5:5
**food**
78:11
**football**
94:18, 94:19,
94:22
**footprint**
51:16
**foregoing**
181:3, 182:3,
182:4
**forget**
39:1
**forgot**
32:1, 68:14,
68:18, 73:1
**form**
6:21, 51:21,
63:5, 63:16,
65:19, 91:20,
92:15, 93:22,
94:7, 115:18,
116:13, 151:13,
151:21, 152:2,
153:8, 153:14,
162:13
**formal**
31:19, 99:9

**formally**
5:21, 172:15
**formed**
124:10
**former**
30:16, 55:16,
94:18, 130:7
**forms**
6:20, 23:1,
171:1
**forth**
130:20
**forum**
86:8, 86:10,
86:20
**forums**
62:17
**forward**
74:21, 75:17
**forwarding**
4:13, 4:17,
96:2, 114:8
**found**
63:2, 63:13,
104:16, 104:19
**foundation**
4:14, 96:3,
96:22, 97:5
**four**
23:16, 43:17,
142:21, 143:8,
151:6
**four-way**
164:7
**fourth**
104:9
**fowler**
75:20, 75:22,
76:6
**fragmentation**
150:20
**framed**
57:22
**fraudulent**
96:13
**free**
178:19
**frequency**
81:11

**frequently**
96:12
**friend**
85:19, 173:16,
176:4
**friendly**
74:1
**friends**
27:6, 27:7,
174:10, 174:18,
175:12, 175:18,
178:8
**frustration**
46:7, 101:8,
102:1, 102:5
**full**
9:2, 42:20,
99:16, 106:15,
111:7, 115:4,
115:14
**full-time**
14:1, 171:11
**fully**
6:4, 138:5
**fund**
61:8, 107:21
**funded**
77:18, 108:10
**funding**
108:8, 108:13,
108:17, 119:21
**fundraiser**
28:15, 28:17,
172:14, 176:19,
176:20, 176:22,
177:12
**fundraisers**
172:7, 172:9
**fundraising**
172:11
**funds**
108:10
**furman**
159:10
**further**
12:2, 62:20,
77:6, 85:1,
90:8, 130:13,

180:9
**future**
48:12, 90:8,
134:9

_____ G _____

**gain**
108:9
**gap**
78:21, 79:2,
79:12, 79:16,
79:22, 81:17,
81:21, 107:9,
107:13, 107:14
**gary**
44:19, 49:15,
73:8, 73:14,
73:18, 75:4,
100:22, 101:6,
104:8, 114:9,
114:14, 116:20,
172:21, 174:14,
174:15, 177:13,
178:4
**gather**
45:16
**gathers**
45:19
**gave**
32:9, 39:11,
49:19, 67:12,
105:22, 126:8,
161:19, 165:22,
173:3
**general**
8:17, 16:8,
27:12, 30:15,
36:15, 37:18,
40:5, 48:7,
48:14, 52:9,
54:10, 86:20,
89:9, 101:8,
102:5, 110:20,
130:12, 135:3,
141:17, 144:15,
161:4, 170:15,
177:2
**generally**
11:9, 11:11,

Transcript of Jessica Abbott
Conducted on October 3, 2019

197

22:19, 27:19,
51:11, 55:11,
71:8, 71:11,
71:13, 74:18,
80:6, 86:19,
110:2, 137:3,
137:5, 138:10,
144:13, 148:15,
148:17, 151:8,
153:10, 155:12,
175:15
**generation**
179:6
**gentleman**
69:17
**george**
44:18, 93:13,
93:17, 99:1,
99:11, 99:20,
100:18, 100:21,
159:10
**georgia**
1:6, 3:3
**get-go**
121:3
**getting**
48:16, 48:19,
77:2, 84:12,
90:2, 93:18,
96:1, 108:2,
134:21, 147:16
**give**
9:9, 39:21,
57:11, 68:3,
88:9, 128:3,
128:18, 158:7,
174:20
**given**
37:1, 39:13,
59:22, 60:12,
65:21, 92:19,
130:20, 136:7,
178:11, 181:5,
182:6
**giving**
77:19, 78:16,
123:7, 141:15
**gleaned**
124:13, 124:15

**glenn**
172:22
**gmail**
20:11
**go**
5:15, 7:2,
17:5, 18:9,
18:19, 20:2,
31:6, 83:5,
89:18, 90:1,
116:17, 134:12,
153:5, 166:19,
167:5
**goal**
77:19, 78:20,
117:18, 118:8,
153:13, 179:21
**goes**
70:12, 119:18,
176:3
**going**
5:15, 17:5,
17:16, 29:21,
30:12, 42:14,
48:15, 62:8,
70:13, 89:15,
91:2, 93:21,
104:18, 104:20,
104:21, 113:7,
130:15, 132:9,
143:18, 163:22,
180:2
**good**
5:8, 6:22,
34:21, 61:17,
66:2, 84:17
**google**
20:17, 20:18,
57:5
**gosh**
158:22
**gotten**
7:13, 108:18
**government**
25:10, 42:7,
84:1, 110:13,
121:8, 145:18,
161:1

**governor**
37:19, 38:6,
38:11
**grace**
176:2
**graduated**
13:6, 35:13
**granted**
90:17, 90:21
**graphic**
62:21, 64:13,
67:15, 67:21,
167:3
**graphics**
68:5
**grassroots**
44:12, 44:21,
45:4, 164:19,
164:20, 164:22,
165:3, 165:8
**great**
32:6, 32:13,
54:20, 74:22
**green**
78:15
**greenmun**
178:2
**ground**
5:16
**group**
46:16, 59:7,
69:4, 69:5,
92:19, 151:3,
154:21, 165:2,
174:10, 174:13,
174:19, 174:22,
175:18
**groups**
150:8, 161:18,
169:9, 179:12,
179:16
**grow**
12:20
**grown**
15:19, 66:14
**guess**
22:4, 22:17,
30:12, 58:6,

60:6
**guessing**
35:15
**guidance**
119:14
**guy**
142:9, 143:5

---

**H**

**hall**
4:16, 25:20,
97:12, 97:14,
97:16, 97:18,
97:22, 98:4,
98:5, 98:15,
99:1, 103:1,
103:13, 103:16,
104:3, 104:15,
105:14, 106:7,
147:20, 170:13
**halls**
24:13
**hammond**
167:20
**hampshire**
35:20, 36:1,
36:11
**hand**
182:14
**handed**
171:5
**handful**
22:16, 158:11
**handing**
152:5
**hansen**
55:17, 121:3,
121:6, 121:20,
122:13, 123:1,
123:7, 123:22,
125:15, 125:21,
126:8, 126:21,
127:12, 127:16,
128:21, 129:1,
129:19, 131:15,
133:15, 133:21,
134:7
**hansen's**
120:18, 120:21,

123:11, 131:13
**happen**
81:3
**happened**
110:10, 135:15
**happens**
180:11
**happy**
149:2
**hard**
54:13
**harris**
10:13
**haynie**
174:5
**head**
16:21, 88:10,
108:19, 116:9
**heads**
6:11
**hear**
73:2, 152:11
**heard**
30:19, 44:6,
52:20, 58:16,
59:15, 71:3,
112:20, 138:4,
152:9, 175:17
**hearing**
91:12
**hedrick**
44:22
**held**
2:1, 15:7,
56:21, 103:7,
143:20
**help**
70:9, 82:12,
98:2, 134:11,
158:7, 159:3
**helped**
32:20, 162:22
**helpful**
104:10, 159:9
**henley**
53:21, 101:21,
133:5, 151:5
**here**
5:10, 5:19,

9:12, 12:15,
13:1, 13:2,
29:22, 39:16,
65:5, 66:22,
143:3, 166:21
**hereby**
181:2, 182:4
**hereunto**
182:13
**heritage**
87:11
**herself**
26:4
**high**
13:6, 98:8,
98:18, 98:20,
178:5
**higher**
79:13, 150:18
**highly**
100:10
**himself**
73:22, 107:21,
129:9
**hired**
71:10, 135:6
**hiring**
134:11, 135:10,
140:15, 140:21
**hispanic**
87:11
**historic**
107:16, 119:22
**historically**
16:13, 17:1,
162:10
**history**
58:3, 151:11
**hodgepodge**
45:10
**hold**
13:21, 15:3,
65:10, 127:13,
172:7, 172:9
**holloway**
1:5, 3:2
**home**
21:16

**homeless**
45:11
**homeownership**
75:11
**honest**
22:3, 116:3
**honestly**
37:21, 42:10,
99:13, 114:3,
149:21
**hope**
136:11
**hopefully**
90:8
**hoping**
134:1
**hosted**
20:1
**hour**
10:18, 61:18
**hours**
24:1
**however**
48:10, 124:1
**huge**
94:20, 180:15
**human**
138:9
**hurdles**
84:14, 84:16
**husband**
68:3, 68:10,
156:11, 158:10,
173:5
**hybrid**
43:15, 49:18,
75:16
**hyperlink**
66:19, 67:6,
67:8
**hypothetical**
124:12

**I**

**idea**
50:6, 50:21,
59:6, 154:2
**ideally**
90:4, 134:1

**ideas**
51:15, 82:12,
102:6, 136:13
**identified**
102:7, 133:17,
134:8, 139:9,
167:15
**identify**
16:17, 162:21
**images**
68:10
**imagine**
12:6, 16:7,
22:9, 60:4,
70:15, 73:10,
156:9
**immediately**
132:20
**immunity**
48:2
**impact**
93:11
**impacted**
53:8
**impacts**
93:5
**implement**
140:7
**implemented**
115:15, 118:5,
138:2, 138:3,
138:6, 140:3
**implementing**
117:21
**importance**
136:19
**important**
5:19, 56:6,
56:7, 179:21
**impression**
50:20
**impressive**
144:9
**improper**
125:8
**improve**
117:21, 141:3
**improvement**
139:9

Transcript of Jessica Abbott
Conducted on October 3, 2019

199

improvements
118:3
in-depth
99:15
in-kind
173:11, 173:12,
174:8, 176:13,
176:16
in-person
77:2, 173:2
inability
129:8
inaccurately
180:14
inappropriately
123:2
incident
152:5, 152:8,
152:18, 175:18
include
103:19, 103:22
included
80:22, 120:2,
120:8, 120:12,
178:10
including
55:21, 120:5
inclusivity
110:2, 110:3
income
79:7, 79:10,
79:13, 151:22
incorporated
66:16
incorrect
112:10
increased
66:6, 117:18,
153:11
incumbent
155:16, 160:11,
166:20
incumbents
63:2, 63:8,
63:9, 63:13
independent
46:3
independents
45:13

indicate
113:2
indicated
112:15
indications
112:21
individual
39:1
individuals
23:12, 31:17,
88:11, 127:4,
145:2
information
19:6, 55:18,
112:10, 117:8,
124:13, 124:15,
125:6, 132:10,
132:12
infrastructure
136:5
initial
167:9
initially
9:18, 14:21,
43:14, 43:19,
64:11, 103:14,
104:16, 144:22
initiate
83:14
initiated
62:6, 82:12,
83:13, 98:4
initiatives
81:16, 81:17
input
80:15, 80:21
instagram
21:8
institutionalized
142:3
instruct
7:6, 7:15
insurance
13:8, 13:13,
13:15
intelligent
66:4
intend
146:3, 180:3

intended
180:4
interaction
121:14, 122:4
interactions
124:22
interest
62:7, 137:2,
137:3, 182:11
interested
34:12, 74:18,
98:17
internal
55:18, 126:12,
132:11
interpose
6:18, 29:21
interpretation
58:3, 116:16
interviewed
148:1
interviews
142:22
introduced
26:4, 28:4,
28:6, 48:5,
73:22
inverse
21:18
investment
175:22
invited
46:20, 47:9,
86:18, 164:1
invoke
8:1, 8:18,
124:7
invoked
123:20, 131:3
invoking
48:2
involved
24:16, 40:14,
126:15
issue
30:13, 45:2,
53:12, 53:20,
54:1, 61:22,

73:16, 92:2,
104:19, 131:11,
138:12, 139:22,
141:9, 141:10,
153:1, 175:16
issued
117:16
issues
22:18, 27:17,
29:12, 29:13,
29:15, 30:11,
58:2, 74:3,
74:10, 74:12,
74:16, 105:5,
118:14, 136:5,
136:22, 137:8,
137:13, 137:16,
139:15, 150:10,
175:1, 175:2,
175:5, 175:6,
175:10
item
43:14, 48:4,
49:8, 73:11,
90:13, 90:14
items
22:16, 119:21,
120:6, 150:18,
161:3
itself
11:9, 167:6

_____

J

james
173:15
january
83:7, 182:16
jeffrey
3:22
jen
39:4
jessica
1:14, 2:1, 4:2,
5:3, 9:4, 99:22,
180:20, 181:2
jessica@jessicap-
abbott
20:4

Transcript of Jessica Abbott
Conducted on October 3, 2019

200

**jim**
151:4, 173:16
**job**
1:20, 21:21,
70:17, 171:11
**jobs**
70:16
**john**
26:21, 27:2,
32:1, 32:20,
69:9, 69:12,
87:14, 111:18,
177:14
**joint**
104:2, 104:15
**jointly**
167:16
**joke**
177:8
**jonathan**
168:8
**jones**
26:20, 31:16,
32:3, 32:15,
33:1, 101:15,
101:18, 130:6,
151:3, 151:5,
169:4
**june**
123:3
**justice**
140:20
**justification**
96:17

**K**

**kane**
111:16, 177:14
**keep**
43:17
**kelly**
75:20, 75:22,
76:6
**kempsville**
15:4, 15:15,
16:5, 103:8,
178:1
**ken**
37:18, 37:20,

38:10
**kennett**
143:4
**kept**
8:14
**kerwin**
69:20, 70:1,
70:3, 70:12,
71:18, 71:21,
72:18
**key**
137:13
**keyword**
18:12, 18:14
**keywords**
18:20, 18:21,
19:2, 19:3
**kiggans**
39:5
**killed**
177:4
**kimball**
40:18
**kind**
5:18, 6:1, 7:7,
14:22, 22:12,
25:10, 27:12,
29:17, 32:14,
32:17, 42:9,
44:20, 45:5,
45:14, 45:19,
46:3, 48:12,
62:6, 74:17,
85:8, 99:5,
100:2, 106:21,
111:3, 111:13,
111:14, 117:5,
124:12, 134:10,
136:7, 158:19,
161:4, 171:7,
172:9
**kinds**
78:8
**king**
143:5, 168:5
**knocked**
35:21, 40:3,
40:8

**know**
16:4, 22:1,
22:5, 25:16,
25:21, 26:9,
27:4, 33:3,
33:6, 35:12,
35:13, 38:4,
39:10, 40:18,
41:8, 41:19,
42:1, 42:17,
47:1, 53:1,
58:15, 60:3,
62:2, 64:17,
66:5, 66:9,
69:17, 69:22,
70:12, 71:15,
71:17, 71:20,
72:9, 72:14,
72:18, 72:20,
72:21, 74:17,
81:12, 82:19,
82:20, 86:22,
92:7, 94:19,
96:20, 98:16,
99:10, 100:18,
105:17, 105:18,
107:5, 108:18,
110:11, 115:13,
116:3, 117:6,
117:15, 117:18,
118:4, 118:21,
119:4, 122:6,
122:10, 127:17,
129:12, 130:10,
138:2, 140:6,
140:9, 140:13,
143:22, 144:13,
146:14, 146:17,
146:21, 149:21,
149:22, 151:15,
151:21, 157:2,
161:15, 161:18,
163:21, 164:6,
165:21, 167:1,
168:18, 171:13,
173:19, 174:2,
174:5, 174:10,
175:21, 176:5,

176:8, 176:10,
178:4
**knowledge**
12:10, 17:2,
17:4, 72:12,
97:2, 125:16,
154:14, 164:15,
179:14
**known**
27:5, 30:15,
39:18, 85:21,
178:5
**kowalewitch**
146:7, 170:4
**kristin**
168:7

**L**

**lack**
102:6
**lamar**
3:5
**land**
22:16, 22:20
**land-based**
22:20
**lang**
3:4, 4:3, 5:7,
5:9, 61:19,
69:21, 72:22,
80:3, 82:5,
95:20, 97:8,
104:6, 104:11,
113:9, 114:5,
123:17, 124:4,
124:17, 125:7,
126:14, 126:22,
127:2, 127:11,
127:18, 129:5,
131:1, 131:5,
131:19, 131:21,
138:19, 139:19,
163:9, 180:5
**large**
23:20, 44:12,
51:17, 136:6,
164:8, 165:9,
170:16, 172:19

Transcript of Jessica Abbott
Conducted on October 3, 2019

201

**larger**
15:22, 135:7
**largest**
24:3
**last**
9:16, 43:9,
61:1, 62:4,
83:8, 128:3,
139:7, 163:17,
168:7, 168:8,
173:1
**latasha**
1:5, 3:2
**late**
172:16
**later**
14:8, 15:2,
75:19, 82:1,
111:17, 121:15,
127:21
**latino**
17:1, 86:5,
87:5, 87:18,
87:21, 88:4
**latoka-jones**
173:19, 173:21
**lawsuit**
9:11, 11:9,
11:10, 24:15,
41:3, 41:11,
64:11, 64:21,
140:19
**lawyer**
58:2
**layer**
61:2
**leader**
93:13
**leaders**
46:1, 88:3,
88:4, 137:14
**leads**
47:1
**league**
47:9, 163:20,
164:1
**leagues**
45:15, 46:2,

46:6, 47:3
**leah**
143:3
**learn**
9:11, 85:6,
149:11
**least**
23:22, 64:3,
100:9, 110:5,
125:11, 139:14,
150:6, 150:17,
154:4
**led**
27:18, 44:5,
126:2, 155:9
**legal**
3:6, 4:14,
7:13, 58:2,
58:11, 61:7,
96:2, 96:17,
96:22, 97:4
**legislative**
7:18, 8:18,
30:3, 41:14,
43:15, 47:14,
47:16, 48:1,
48:4, 53:8,
57:8, 62:2,
73:11, 76:14,
123:20, 124:2,
124:8, 124:14,
130:21
**legislatively**
8:12, 125:4
**legislator**
39:5
**length**
44:18, 44:19
**lengthy**
104:8
**leslie**
169:4
**less**
51:5, 63:14,
99:7, 155:12,
155:14, 163:6
**let's**
37:13, 72:22,

82:3, 177:8,
177:9
**letter**
44:1, 116:19
**level**
33:11, 33:12,
36:20, 37:8,
37:13, 37:16,
38:19, 55:4,
135:3
**liaise**
44:15
**liaison**
42:10
**libertarians**
45:8
**light**
161:21, 162:2,
162:7, 169:18,
170:13, 175:3
**liked**
28:5, 83:15
**likely**
6:18, 7:15,
17:6, 51:16,
63:14, 78:18,
167:1
**limit**
59:10
**limited**
58:5, 60:20,
94:13, 137:17
**limits**
153:17, 154:1,
154:13
**line**
8:4, 27:20
**lines**
79:17
**list**
46:5, 47:6,
54:16, 56:2,
136:16, 137:4,
138:6, 138:17,
139:11, 139:15,
143:3, 173:3
**literature**
171:5

**litigation**
24:16, 24:19,
24:22, 144:2
**little**
5:21, 14:18,
30:13, 88:19,
120:15, 150:12
**live**
15:15, 106:4,
164:2
**lived**
12:11, 13:1,
15:17, 179:9
**lives**
159:21, 164:4,
177:19, 178:1
**living**
13:12, 173:17
**local**
15:1, 34:12,
36:2, 175:15
**locally**
36:12
**locate**
57:5
**logistics**
98:2
**long**
10:16, 12:11,
13:15, 15:7,
27:5, 36:10,
40:5, 66:5,
66:12, 72:5,
85:21, 92:7,
106:15, 110:11,
145:5, 153:5,
153:22
**long-term**
151:21
**longer**
8:7, 8:9,
19:18, 19:19,
72:7, 78:12,
154:8
**longstanding**
147:9
**look**
82:13, 96:6,

Transcript of Jessica Abbott
Conducted on October 3, 2019

202

135:7, 163:7,
180:15
**looked**
57:17
**looking**
22:6, 68:1,
104:9, 116:22,
134:20, 135:21,
136:8, 166:20,
173:2
**looks**
159:20, 167:11
**loosely**
165:4
**lose**
63:14
**loss**
75:10
**lost**
166:21
**lot**
12:21, 27:12,
42:15, 45:1,
64:2, 67:9,
78:10, 79:5,
84:14, 107:17,
110:13, 135:5,
138:6, 138:10,
138:11, 144:2,
151:18
**lots**
51:15, 171:12,
176:14
**louis**
26:19, 151:3,
151:5, 159:19
**louisa**
143:4, 143:11
**low**
79:7, 79:10,
79:13
**lower**
79:3, 151:22,
164:16
**lucked**
164:11
**lynnhaven**
176:7

## M

**made**
39:10, 45:7,
121:17, 130:9,
130:12, 131:13,
131:21, 132:2,
132:4, 132:13,
150:4, 172:13,
179:15
**mailed**
171:6
**main**
158:16, 160:19,
172:17
**make**
6:6, 7:3, 8:15,
33:10, 33:16,
43:16, 51:7,
52:5, 52:8,
59:11, 59:13,
65:6, 65:11,
65:18, 65:20,
102:16, 103:21,
105:4, 119:7,
121:16, 135:7,
139:4, 154:21,
177:9, 180:13
**makes**
6:3, 51:4,
58:8, 67:9,
119:8, 119:17,
136:14, 148:15,
151:9, 170:16
**malbon**
143:3
**manage**
70:9, 70:13
**manager**
23:9, 29:17,
29:20, 30:9,
30:14, 30:16,
55:17, 71:4,
74:16, 91:5,
113:3, 119:11,
119:19, 120:17,
120:21, 121:2,
121:6, 122:13,

123:7, 123:11,
125:15, 125:21,
126:8, 126:14,
127:12, 130:7,
132:2, 133:12,
134:5, 134:10,
134:22, 135:19,
135:22, 136:1,
136:8
**manager's**
132:7
**manages**
24:2
**managing**
22:13
**manning**
159:5, 170:8
**many**
20:9, 29:8,
44:17, 45:21,
46:1, 46:5,
58:17, 65:20,
71:4, 82:18,
84:3, 131:6,
165:7, 167:2
**march**
67:12, 67:14,
104:11, 106:12,
108:22, 109:4,
110:10, 172:13,
172:15
**marches**
113:12, 113:17
**margin**
164:8
**mark**
17:5, 17:7,
17:17, 37:17,
95:20, 97:8,
114:5, 138:19,
139:5
**marked**
17:8, 17:18,
95:21, 97:9,
114:6, 138:20
**market**
170:16
**marylayne**
177:22

**material**
61:10, 62:14
**math**
34:21, 60:10
**matt**
13:19
**matter**
8:18, 27:3,
131:8, 144:12,
170:15
**matters**
165:14, 168:10
**matthew**
173:5
**maybe**
39:11, 39:15,
42:19, 66:10,
136:14, 150:6,
167:21
**mayor**
43:18, 59:4,
60:14, 91:5,
95:8, 95:9,
95:11, 100:5,
100:10, 101:13,
101:17, 104:14,
105:10, 110:19,
150:16, 159:1,
159:10, 159:12,
159:15
**mccollum**
4:17, 44:19,
49:15, 73:8,
73:14, 73:19,
75:10, 75:15,
83:5, 91:14,
100:22, 101:6,
101:22, 104:8,
106:12, 106:16,
107:8, 112:3,
112:19, 114:9,
115:6, 116:20
**mccollum's**
114:14
**mclively**
163:13
**mcliverty**
163:15, 163:16,

Transcript of Jessica Abbott
Conducted on October 3, 2019

203

163:18, 165:12,
165:15, 166:5
**mean**
15:12, 19:4,
38:13, 43:2,
45:21, 52:10,
55:3, 55:10,
60:4, 78:18,
100:13, 124:12,
158:6, 161:4,
161:6, 164:20
**meaning**
165:21
**means**
92:21, 107:12
**meant**
100:16, 164:7
**measures**
96:18, 138:13
**media**
46:17, 170:16
**meet**
10:4, 10:8,
25:18, 29:1,
46:16, 76:10,
86:1, 94:10
**meeting**
10:10, 10:20,
29:3, 43:1,
47:9, 49:2,
49:12, 50:7,
75:14, 90:7,
90:9, 97:12,
97:17, 128:9,
128:13, 128:15,
128:17, 128:22,
129:5, 129:20,
129:21, 130:2,
132:1, 132:4,
132:17
**meetings**
46:21
**meets**
23:14
**megin**
143:4
**member**
8:5, 13:12,

21:19, 21:22,
23:18, 24:17,
30:1, 31:16,
46:18, 55:17,
90:9, 90:14,
91:7, 101:15,
103:12, 103:19,
109:14, 120:17,
122:12, 144:6,
146:14, 147:9,
148:18, 152:12,
152:13, 157:13,
157:17, 160:4,
160:17, 162:18,
168:13
**member's**
132:7
**members**
7:21, 11:1,
11:6, 11:14,
26:9, 33:4,
41:13, 42:3,
47:20, 48:17,
49:3, 50:4,
53:2, 53:12,
56:13, 59:2,
65:8, 65:12,
66:7, 66:12,
70:6, 71:18,
71:19, 81:6,
81:8, 81:16,
86:4, 89:10,
92:7, 93:10,
97:1, 101:1,
101:4, 101:7,
101:9, 102:2,
110:15, 110:18,
110:21, 111:7,
113:16, 113:18,
123:15, 123:16,
123:22, 125:10,
130:17, 132:11,
132:14, 137:9,
137:18, 138:4,
143:20, 144:16,
146:8, 150:9,
150:13, 150:22,
154:7, 154:12,

156:6, 156:9,
156:19, 157:22,
158:1, 162:11,
165:10
**memo**
96:2
**mention**
77:14, 103:1,
104:14
**mentioned**
32:12, 34:9,
45:4, 49:10,
91:13, 136:1,
170:1
**mentions**
99:2
**mentors**
158:1
**message**
73:8, 75:20,
76:13, 76:22,
77:7, 77:14,
83:15, 104:13,
106:19, 121:18,
121:19, 163:11,
163:14, 169:19
**messages**
18:3, 18:13,
57:1, 82:6, 85:3
**messenger**
18:14, 20:21
**messing**
168:15
**met**
28:22, 81:5,
88:8, 88:15,
94:14, 173:1,
174:1, 176:6
**methods**
171:7
**michael**
142:12
**might**
8:12, 59:8,
65:6, 65:11,
65:20, 84:10,
84:11, 93:10,
103:6, 103:10,

112:4, 120:13,
122:14
**millie**
173:19, 173:20,
173:21
**mind**
165:19
**mine**
6:2, 136:3
**ministers**
74:20, 102:9
**minns**
44:18, 93:13,
93:17, 99:1,
99:11, 99:20,
100:8, 100:9,
100:18, 100:22
**minorities**
52:9, 52:11,
52:12, 57:16,
61:15, 93:18,
95:6, 153:12
**minority**
15:18, 16:10,
44:13, 44:14,
52:6, 52:11,
52:15, 58:10,
59:7, 61:3,
72:15, 74:15,
78:22, 91:18,
92:8, 102:3,
136:19, 136:20,
137:9, 138:4,
150:17, 151:19,
161:18, 162:18,
179:12, 179:16,
179:19, 179:20
**minutes**
90:6
**misha**
174:5, 174:8
**mix**
124:22, 165:9
**model**
83:17, 83:20
**moderate**
166:7
**moment**
37:1, 83:5

Transcript of Jessica Abbott
Conducted on October 3, 2019

204

**money**
32:7, 37:1,
38:17, 63:3,
77:19, 107:18,
108:2, 161:3,
174:20, 176:18
**montella**
176:15
**month**
23:16, 103:4,
134:4
**months**
31:4
**moral**
27:19
**more**
5:21, 11:9,
11:11, 14:15,
18:8, 22:5,
22:6, 22:17,
27:19, 29:2,
30:13, 34:11,
49:21, 51:4,
51:16, 55:7,
55:8, 56:6,
57:11, 61:19,
63:3, 63:8,
63:20, 65:7,
65:11, 71:12,
74:16, 79:1,
80:10, 81:11,
83:21, 85:6,
94:18, 105:14,
107:9, 107:13,
108:2, 117:9,
134:17, 136:14,
139:11, 149:11,
150:22, 153:11,
154:3, 154:21,
160:22, 161:10,
163:4, 173:3,
175:10, 180:5
**morning**
5:8, 132:21
**moss**
11:18, 11:22,
31:22, 32:2,
32:9, 32:15,

32:16, 32:20,
39:12, 50:13,
52:22, 69:9,
69:12, 111:15,
113:20, 114:1,
125:13, 125:19,
129:3, 129:17,
148:10, 148:12,
148:15, 148:18,
150:15, 157:1,
157:2, 157:14,
160:4, 168:13,
177:14
**most**
5:18, 6:20,
7:9, 46:3, 66:1,
66:16, 72:19,
78:12, 78:13,
78:17, 101:10,
115:15, 116:4,
136:21, 137:9,
138:2, 165:10,
167:1, 179:11
**mostly**
13:5, 22:15,
45:7, 46:16,
55:6, 134:20,
135:4, 136:9,
144:1
**mouth**
35:16
**moved**
12:15, 13:2
**movement**
138:11
**moy**
88:12
**much**
23:20, 64:20,
75:5, 139:11
**mundane**
22:6
**municipal**
2:7, 3:17
**mutual**
48:13
**myself**
103:18, 125:13,

125:20, 150:15,
158:10

---
### N
---

**name**
5:8, 9:2,
10:12, 69:17,
69:22, 88:3,
88:9, 89:4,
168:7, 168:8,
168:9, 169:4,
173:1, 177:7
**named**
158:17
**names**
37:19, 37:21,
88:9, 143:2,
159:8, 165:7
**national**
134:13
**nature**
109:22, 174:18
**navigate**
144:7
**near**
166:14
**nearly**
81:9, 136:21,
137:6, 138:7
**necessary**
14:15, 130:13
**need**
8:13, 30:12,
51:14, 57:12,
66:1, 84:14,
163:5
**needed**
92:14, 96:16
**needless**
107:10
**needs**
102:2
**negative**
121:14, 122:4
**negotiating**
119:15
**negotiation**
144:18

**negotiations**
144:20
**neighborhood**
165:22, 166:3
**neighborhoods**
16:12, 16:14,
16:22, 75:6
**neither**
182:9
**never**
7:10, 25:12,
59:15, 71:3,
71:10, 102:7,
105:15, 114:10,
168:22, 169:2,
173:1, 174:1
**new**
35:20, 36:1,
36:11, 41:10,
51:15, 102:6,
136:13, 150:21,
153:21
**newspaper**
9:13, 9:17,
87:15, 121:9,
122:15, 122:21,
125:11
**next**
6:9, 61:7,
66:22, 67:11,
67:15, 99:20,
107:8, 112:2,
113:2, 132:21,
156:4
**nice**
165:13
**night**
48:6, 49:2
**nine**
59:10
**nobody**
158:6, 158:11
**non-neutral**
96:18
**non-privileged**
127:3
**none**
132:2

Transcript of Jessica Abbott
Conducted on October 3, 2019

205

norfolk
1:3, 63:4,
63:9, 63:15,
63:21, 64:5,
64:7, 177:6
normal
6:1, 41:9,
41:16, 81:4,
115:5, 115:15
normally
5:21
north
168:19
nos
6:10
notably
44:17, 94:18
notarial
182:14
notary
2:18, 182:21
noted
64:10
notes
180:13
nothing
39:15, 108:21,
117:1, 126:14
notice
2:17, 64:11
notwithstanding
108:14
number
18:3, 58:20,
59:10, 65:12,
65:15, 66:6,
66:12, 70:5,
139:21, 154:7
numbered
59:1
nw
3:7
nygaard
142:18

**O**

oath
5:5, 9:5

obama
35:1
obenshain
37:17
object
7:6, 51:21,
63:5, 91:20,
92:15, 93:21,
94:7, 115:18,
116:13, 125:2,
130:15, 132:9,
151:13, 152:2,
153:8, 153:14,
162:13
objection
6:21, 7:7,
29:22, 58:11,
63:16, 120:9,
125:8
objections
6:19, 6:20
obstacle
52:15, 52:17,
63:10
occasionally
69:11
occur
42:13
occurred
128:5
october
1:16, 116:22,
182:15
offering
58:1
office
3:15, 25:4,
25:7, 25:21,
42:4, 48:3,
90:4, 120:18,
120:22, 173:13
officer
118:14, 121:13,
121:14, 121:15,
122:5, 122:8,
182:3
officers
23:5, 23:7,

140:12, 140:16
offices
2:2
official
18:15, 25:10,
50:5, 76:11,
152:15, 152:18
officials
42:3
often
5:22, 7:9,
23:15, 69:13,
69:15, 89:14,
89:16, 89:18
oh
25:2, 27:5,
28:21, 33:15,
42:1, 82:7,
82:19, 86:22,
87:10, 88:8,
100:15, 134:15,
138:22, 143:2,
158:22, 159:21,
173:16, 174:1,
174:8, 177:13,
177:17, 178:5
old
12:14, 21:18
older
38:22
omitted
21:13
once
29:22, 38:6
one
2:7, 3:17, 7:8,
7:9, 10:11,
29:3, 31:1,
37:11, 39:3,
46:13, 46:14,
49:13, 55:4,
55:14, 55:16,
56:17, 59:9,
60:17, 60:21,
67:7, 71:5,
73:1, 77:18,
82:7, 88:11,
91:16, 105:11,

109:16, 111:6,
113:22, 114:2,
116:18, 123:6,
135:11, 142:9,
143:10, 145:9,
145:19, 155:8,
161:21, 166:20,
178:9, 178:10,
178:11, 180:5
one-pager
61:8
one-way
86:15
ones
16:16, 101:10
ongoing
24:22
online
172:11
only
6:10, 6:14,
11:16, 27:1,
31:1, 32:10,
38:6, 39:3,
39:5, 46:13,
47:19, 56:17,
59:8, 59:21,
60:17, 91:16,
96:16, 111:21,
113:22, 115:19,
124:8, 125:10,
128:2, 132:14,
141:22, 146:8,
147:11, 160:16,
167:11, 172:4,
178:11, 178:22
op
87:8
open
44:7, 54:10,
60:12, 85:13,
112:13, 113:7,
136:12, 155:6
opened
177:5
openness
102:6
operate
163:4

Transcript of Jessica Abbott
Conducted on October 3, 2019

206

opinion
6:22, 58:1,
136:7, 161:2
opinions
58:12
opportunities
55:13, 92:19,
116:12
opportunity
4:15, 51:14,
60:19, 93:19,
96:3, 96:21,
97:4, 123:8,
139:5, 180:12
oppose
49:3, 125:8
opposed
34:4, 49:18,
49:20
opposing
58:5
opposition
95:18, 125:20
option
44:7
order
56:8, 59:10,
153:5
ordinance
89:22, 90:3,
90:5
ordinances
23:1
ordinary
60:11
organization
45:20, 87:17,
174:14
organizations
45:12, 45:14,
46:2
organize
97:22
original
47:13
originally
17:22
other
7:12, 7:18,

8:8, 10:11,
11:1, 11:13,
21:12, 22:2,
23:1, 23:4,
24:19, 25:1,
25:9, 26:9,
29:4, 29:5,
33:6, 35:6,
36:19, 38:7,
39:12, 41:13,
47:20, 48:17,
51:8, 52:11,
52:20, 53:1,
55:13, 56:13,
69:1, 70:16,
71:18, 72:21,
74:9, 74:12,
75:6, 80:2,
80:9, 84:20,
87:20, 89:14,
91:10, 93:9,
100:22, 101:4,
101:7, 110:20,
112:19, 112:21,
113:16, 113:18,
121:10, 123:15,
123:22, 124:15,
130:9, 131:11,
142:12, 145:13,
152:22, 154:11,
157:16, 158:1,
158:18, 168:13,
169:17, 171:1,
171:7
others
16:19, 56:7,
81:11, 99:6,
101:20
otherwise
33:19, 77:20,
143:21, 143:22,
182:12
ourselves
102:17
out
8:14, 31:14,
31:20, 37:4,
37:7, 38:16,

43:9, 57:15,
59:11, 68:17,
76:12, 82:9,
83:10, 93:8,
98:3, 102:20,
104:16, 104:19,
107:7, 111:7,
111:13, 122:16,
134:12, 145:2,
152:5, 157:5,
158:6, 165:13,
171:5
outcome
182:12
outcomes
151:22
outline
54:17
outlines
99:10
outreach
74:14, 87:4,
87:20, 90:10
outside
8:8, 14:7,
33:9, 33:21,
34:6, 36:7,
36:18, 38:9,
38:17, 39:6,
39:11, 41:11,
42:4, 47:19,
48:20, 72:11,
85:2, 85:7,
88:18, 89:21,
116:9, 118:7,
123:14, 124:1,
157:21, 161:19,
179:8
over
5:15, 6:7,
18:9, 27:18,
36:14, 39:13,
39:15, 45:22,
129:13, 143:17,
161:21
overall
83:22, 84:11,
116:10, 179:19

overcome
84:14, 153:6
oversight
23:11
own
16:5, 34:2,
108:9, 165:17
owned
166:16
owner
94:17
owners
123:8, 176:10
oyster
28:18

P

pacific
4:13, 96:2,
96:21, 97:4
packet
43:15, 47:14,
47:16, 48:4,
48:6, 62:2,
76:15, 117:5
page
4:2, 4:10,
18:15, 21:2,
61:7, 66:22,
67:5, 67:11,
67:15, 67:19,
68:7, 77:13,
82:1, 82:3,
82:5, 98:22,
99:20, 104:9,
107:8, 112:2,
113:2, 116:22,
139:8, 163:17,
167:5
pages
1:21, 62:20,
68:6, 75:19,
106:14
paid
36:4, 36:7,
36:9, 158:11,
158:12, 158:13,
158:14

Transcript of Jessica Abbott
Conducted on October 3, 2019

**paper**
9:14, 21:15,
21:20, 39:9,
39:10, 64:16,
87:9
**part**
24:7, 35:18,
41:8, 44:12,
44:13, 46:2,
54:5, 64:3,
67:1, 69:3,
76:14, 78:20,
98:18, 136:10,
144:14, 159:2
**participate**
24:20, 103:13,
104:1
**particular**
38:9, 45:19,
56:8, 71:22,
86:19, 90:13,
136:18, 158:5
**parties**
182:11
**partner**
156:14
**partnered**
80:7, 81:15
**partners**
175:22
**party**
45:8, 46:10,
165:5, 174:17
**pass**
22:22, 89:19
**passage**
111:14
**passed**
93:14, 110:10,
110:12, 112:14,
116:4
**passing**
118:7
**past**
56:22, 140:18,
142:5, 153:6,
154:2
**paul**
34:16, 35:17,

36:18, 37:10
**pay**
128:3
**pays**
70:15
**pencil**
34:22
**pennsylvania**
12:21
**penny**
1:22, 2:17,
182:2
**people**
37:21, 44:17,
45:2, 45:8,
45:10, 46:6,
49:10, 49:11,
55:13, 55:14,
58:4, 69:5,
72:2, 74:18,
79:2, 82:8,
82:18, 92:20,
93:7, 98:17,
110:22, 121:10,
135:7, 151:18,
154:21, 156:22,
163:5, 164:22,
165:9, 170:1
**percent**
16:11, 79:10,
118:8, 135:16,
164:13, 164:16,
164:18, 167:11,
167:16
**percentage**
16:1, 16:9,
55:9
**percenters**
121:22
**perception**
92:18, 93:1,
102:21, 108:1
**perfectly**
41:12
**performance**
141:19
**perhaps**
68:9

**period**
31:13, 119:16
**periods**
12:7
**person**
10:11, 49:13,
82:17, 94:22,
133:9, 152:15,
158:17, 165:13,
174:16
**personal**
18:16, 19:8,
19:10, 19:12,
20:5, 20:9,
20:13, 20:14,
27:7, 27:14,
85:7, 85:19,
93:4, 93:8,
102:21, 149:1
**personally**
24:18, 81:12
**personnel**
150:2
**phased**
114:19, 114:20,
115:1, 115:7,
115:12
**phases**
114:19, 116:2
**philadelphia**
12:22
**philosophical**
121:7, 161:5
**philosophically**
27:20, 71:7
**philosophy**
145:17
**phone**
18:4, 29:5,
29:6, 29:9,
106:19
**photography**
176:15
**photos**
178:20
**picnic**
172:10
**pierce**
7:22

**pieri**
26:20, 27:1,
32:21, 68:16,
68:17, 85:14,
85:15, 85:16,
168:5
**pivoted**
68:17
**place**
42:18, 43:1,
56:9, 86:3,
136:13, 163:1
**placed**
90:11, 91:8
**placeholder**
117:9
**places**
12:21, 84:20,
115:15
**plaintiffs**
1:7, 3:2, 5:6,
5:9
**plan**
4:19, 43:13,
43:15, 47:14,
49:17, 74:20,
75:1, 75:16,
112:7, 112:12,
112:17, 114:18,
137:22, 138:14,
141:20, 145:15,
146:12
**planned**
97:16, 97:18,
108:22, 133:20
**planning**
22:15, 82:15,
146:1, 154:15
**plans**
43:6, 56:14
**platform**
27:17, 29:13
**platforms**
24:12
**played**
107:7
**player**
94:18, 94:19

Transcript of Jessica Abbott
Conducted on October 3, 2019

208

playing
55:4, 55:9,
55:10
plus
43:18
point
4:19, 38:12,
74:19, 98:18,
103:22, 130:21,
137:22, 138:14,
141:20
points
138:6
police
74:14, 121:12,
121:14, 121:15,
122:5, 122:8,
138:7, 140:12,
140:16, 140:22,
141:12, 141:15
policing
74:20, 137:16,
137:22
policy
22:19, 88:20,
136:15, 136:16
political
14:19, 28:4,
33:20, 34:6,
39:13, 52:12,
70:4, 72:11
politically
14:9, 33:17,
34:10, 34:15,
45:11, 72:5,
166:5, 174:21
politics
86:2, 163:22,
175:15
poll
152:5
pool
135:7
population
15:19, 65:16,
83:22, 154:22
position
13:21, 15:7,

25:10, 25:12,
30:18, 43:19,
50:4, 52:3,
53:5, 54:4,
96:11, 96:15,
118:13, 119:2,
119:5, 135:19,
143:1, 143:6,
146:18, 146:19
positions
52:11, 53:12
positive
144:8
possibility
62:1
possible
6:12, 7:5,
102:17
post
4:18, 66:18,
67:1, 67:2,
114:9, 114:13,
166:20
potential
7:2, 40:21,
47:4, 141:4,
145:19, 156:6
potentially
7:22, 30:1,
53:8, 77:6,
84:8, 93:6,
163:5, 167:15,
167:22
practices
140:21
precursor
117:5
predates
40:9
predominantly
16:13, 16:17,
17:1, 17:3,
75:4, 78:6,
166:2
prefer
44:9, 49:16,
143:16
preferred
49:20

prepare
9:21, 40:21,
41:9, 54:21
prepared
105:13
preparing
57:8
presence
127:11, 131:13
present
3:22, 10:10,
42:20, 102:18,
102:19, 112:7,
126:15, 127:9
presentation
105:12, 105:13,
117:7, 117:10,
141:16
presented
112:4, 118:1,
118:2, 138:1
preserve
7:1
president
35:2, 163:19
presidential
35:6
press
39:9
presumably
114:12, 147:9
presumption
55:11
pretty
24:5, 51:17,
51:19
previously
16:2
primarily
12:21, 14:21,
22:14, 79:7,
157:1, 161:4
primary
28:1, 35:12,
36:12, 36:14,
39:4, 136:2
princess
68:20, 85:17

prior
13:11, 14:19,
19:20, 25:13,
25:15, 34:9,
43:12, 61:22,
73:10, 89:14,
126:6, 128:15,
128:17, 161:14
priorities
54:17, 55:5,
56:3, 56:5,
56:6, 56:11,
56:15, 136:15,
136:16, 136:18
priority
47:10, 98:20
private
8:2, 41:13,
47:19, 48:16,
48:21, 53:7,
70:19, 77:19,
78:1, 107:20,
108:8, 108:9,
108:10, 123:14,
123:21, 124:14,
124:22, 125:4,
128:4, 128:6,
128:8
privately
53:13, 143:20,
166:16
privilege
7:10, 7:19,
7:22, 8:19,
30:3, 41:14,
53:8, 123:20,
124:2, 124:8,
127:5, 127:9,
127:13, 127:16,
130:21
privileged
7:17, 8:3, 8:7,
8:9, 8:12,
125:4, 126:12,
126:13, 126:15,
126:17, 127:7
privy
127:4

Transcript of Jessica Abbott
Conducted on October 3, 2019                                                209

**probably**
6:14, 11:11, 28:1, 29:10, 36:11, 39:19, 55:8, 72:7, 90:6, 103:4, 175:10
**procedure**
141:17
**process**
40:15, 41:21, 47:13, 47:14, 54:3, 71:3, 81:3, 81:4, 89:21, 112:15, 115:5, 118:2, 131:9, 133:14, 134:7, 134:11, 134:19, 135:9, 135:12, 135:14, 135:17, 135:18, 140:3, 144:14, 180:16
**processes**
115:15, 117:21
**produce**
83:21
**produced**
17:22
**producing**
62:14
**profile**
16:4, 16:7, 98:18, 150:18
**profiling**
141:4, 141:9
**program**
77:15, 77:16, 77:17, 77:22, 78:11, 78:15, 78:19, 78:21
**programming**
79:20
**programs**
78:16, 80:2, 81:19
**progressive**
71:12

**project**
108:19
**promote**
82:12
**promotion**
140:16
**proper**
123:18, 124:18
**properly**
57:22
**property**
107:17
**proposal**
47:15, 99:9, 99:12, 115:12, 153:22, 154:12
**proposals**
99:5
**proposed**
43:13, 99:3, 169:15
**proposition**
65:2
**prove**
92:21
**provide**
19:1, 19:2, 33:20, 77:22, 78:8, 81:2, 90:5, 119:13, 157:11
**provided**
18:21, 43:5, 55:18, 56:17, 117:4, 136:16
**providing**
84:3
**public**
2:18, 8:15, 23:14, 25:3, 25:12, 42:22, 43:2, 49:2, 49:6, 49:11, 49:12, 49:13, 50:1, 53:5, 53:10, 75:14, 77:18, 78:1, 84:17, 85:8,

90:10, 91:12, 95:15, 107:18, 108:2, 112:15, 117:6, 117:11, 124:22, 128:2, 142:22, 144:12, 149:18, 150:4, 152:13, 161:20, 169:10, 182:1, 182:21
**publicly**
53:13, 95:4, 111:13, 111:22, 112:17, 120:21, 122:12, 122:15, 124:16, 132:12, 132:15, 133:17, 143:22, 146:21, 146:22, 149:20, 154:12, 160:7
**published**
150:7
**pull**
67:6
**pulled**
165:1
**pulling**
167:15
**purchasing**
117:20
**purposes**
48:1, 127:15
**pursuant**
2:17
**put**
33:19, 35:16, 37:4, 37:7, 38:16, 43:14, 43:22, 47:13, 48:4, 48:9, 74:21, 75:17, 97:21, 129:12, 166:7, 166:13, 166:16, 177:8
**putting**
49:22, 50:18

**Q**

**qualifications**
144:2

**qualified**
7:19, 133:8, 133:11, 133:13
**qualities**
134:9, 135:21
**quarter**
154:22
**question**
6:5, 6:15, 6:16, 6:21, 6:22, 7:3, 7:14, 11:11, 14:13, 22:2, 41:4, 41:7, 42:2, 48:18, 48:22, 51:22, 57:22, 60:6, 63:6, 63:17, 71:9, 91:21, 92:16, 93:22, 94:8, 105:19, 115:19, 116:14, 124:5, 128:1, 132:10, 134:16, 139:2, 144:22, 145:15, 151:14, 151:16, 152:3, 153:9, 153:15, 156:4, 162:14, 166:8
**question-by-question**
9:1
**questionnaire**
54:6, 145:1, 145:5, 145:14, 146:2
**questionnaires**
149:17
**questions**
5:10, 6:19, 7:17, 9:9, 61:20, 145:6, 145:9, 145:13, 145:16, 145:17, 145:18, 145:20, 180:9
**quite**
6:3, 57:18,

Transcript of Jessica Abbott
Conducted on October 3, 2019

210

66:14

**R**

**race**
26:17, 33:13,
34:2, 34:6,
40:2, 59:18,
59:19, 60:11,
60:21, 62:11,
68:16, 71:5,
72:14, 149:6,
152:7, 153:1,
155:19, 163:3,
163:5, 164:7,
167:21, 169:2
**race-based**
175:19
**races**
34:1, 34:11,
34:12, 63:21,
63:22, 70:6
**racial**
52:10, 79:17,
93:5, 93:10,
95:6, 116:11,
136:19, 141:4,
141:9, 151:12,
151:16, 153:6,
179:20
**radio**
170:21
**rail**
161:22, 162:2,
162:7, 169:18,
170:13, 175:3
**raise**
128:3, 174:20,
178:16
**raised**
176:18
**raising**
61:22
**ran**
29:4, 29:5,
30:20, 35:10,
35:11, 37:17,
37:18, 38:5,
40:5, 64:16,

122:15, 155:16,
158:22, 159:1,
159:3, 159:4,
160:17
**range**
151:22
**ranked**
83:16, 83:19,
84:2, 84:6,
84:21, 85:6,
85:12
**rather**
42:7, 62:17,
148:13, 148:18,
155:10, 163:8
**reach**
82:9, 83:10,
144:12
**reached**
76:12, 102:20,
157:5
**read**
57:8, 180:10,
180:17, 181:3
**reading**
122:21, 182:8
**real**
23:10, 88:18
**really**
6:10, 22:1,
28:7, 28:10,
28:16, 31:5,
33:2, 35:3,
42:1, 42:15,
45:1, 59:7,
62:17, 71:3,
71:9, 78:19,
80:9, 99:13,
108:8, 121:13,
134:15, 144:22,
151:15, 159:1,
159:2, 161:14,
170:6, 175:15
**realm**
175:16
**reapportionment**
65:19
**reason**
9:8, 28:1,

61:13, 105:22,
147:4
**reasons**
7:8, 44:4,
51:1, 51:8,
123:6
**rec**
103:8
**recall**
9:14, 10:12,
31:5, 39:6,
39:12, 43:2,
45:1, 49:9,
50:15, 56:19,
96:1, 99:8,
101:16, 104:2,
108:21, 110:21,
116:2, 118:12,
119:20, 120:4,
120:20, 122:16,
125:17, 128:2,
129:15, 130:1,
137:4, 138:16,
142:22, 143:6,
144:21, 145:14,
148:14, 148:17,
149:13, 168:1,
168:8
**receive**
168:13
**received**
17:11, 17:20,
48:7, 75:5,
117:22, 142:22,
168:14
**recent**
66:2, 66:15,
72:19
**recently**
39:3, 125:22
**receptive**
50:21
**recess**
73:3, 113:11,
180:8
**recite**
16:6
**recollection**
38:21, 39:2

**recommend**
71:18
**recommendations**
117:17, 118:2,
158:2
**recommended**
166:13
**record**
5:22, 9:3,
56:21, 72:3,
86:3, 124:17,
125:7, 131:21,
148:12, 177:9,
178:8, 178:18,
182:5
**red**
110:13
**redistrict**
43:6
**redistricted**
40:12
**redistricting**
40:21, 41:10
**reduced**
182:7
**reelected**
162:19
**reelection**
15:13, 146:2,
146:15, 154:16,
180:2
**refer**
17:6, 99:6
**reference**
82:2, 143:19
**referenced**
61:11
**referendum**
48:10, 48:11,
50:1, 50:19,
145:19, 162:4,
162:7
**referring**
82:4, 105:7,
117:2, 165:16
**refers**
100:12, 114:18
**reflected**
96:22

reflects
97:11
reformats
17:21
regarding
126:9
regards
138:12
regular
14:5
rehabilitating
107:16
reid
178:2
relate
41:1, 124:13
related
22:16, 29:12,
75:10, 77:10,
81:17, 118:14,
119:21, 135:4,
137:22, 138:14,
139:13, 140:19,
175:14, 175:19,
182:10
relates
57:20, 108:4,
132:10, 136:4
relating
41:2, 123:22
relationship
27:14, 149:1
relationships
92:20, 93:4,
93:9
relatively
163:3
release
39:10
relevant
18:10
remain
147:10
remainder
150:19
remarks
67:11, 110:1,
121:16, 131:12,

148:14, 148:16
remember
9:19, 28:7,
28:10, 28:11,
28:16, 35:3,
37:19, 37:21,
38:8, 40:4,
42:10, 42:15,
49:19, 54:9,
88:8, 89:4,
91:14, 99:13,
99:15, 106:1,
107:2, 111:18,
113:21, 114:3,
114:13, 114:20,
118:11, 120:2,
122:12, 129:6,
130:8, 143:2,
149:8, 149:12,
149:14, 149:16,
159:3, 159:7,
164:18, 172:16,
172:21, 173:1
removed
119:16, 125:12
renew
132:7
renewing
132:15
rep
51:6
replacing
133:15, 133:21,
134:7
reported
1:22
reporter
5:19, 6:4, 6:9,
14:14, 139:5
reporter-notary
182:1
represent
5:9, 22:2,
70:5, 70:9,
120:11, 178:7
representation
153:12, 154:20,
179:6, 179:20

representative
51:7, 76:7,
76:9, 82:16,
84:13, 168:16,
168:21
representatives
43:16
represented
179:5, 179:8
represents
76:2
reprimands
126:7
republican
38:2, 38:9,
174:16
reputation
71:21, 72:1
request
90:9, 90:14,
90:17, 98:4,
118:17
requested
118:13, 182:9
requesting
90:19
requests
102:8
requirements
134:14
reschedule
106:7
rescheduled
97:19, 103:2,
103:17, 103:18
rescheduling
105:4
research
61:11, 63:2,
63:19
reserve
7:21
reserving
130:21
residency
15:4, 40:12
residents
165:14

resign
125:22, 132:17
resignation
126:2, 132:19,
133:2
resigned
128:14, 130:3,
133:2, 133:7
resolution
89:22, 118:7,
144:4
resolutions
23:1
resolved
106:8
resources
52:18, 58:6,
77:20, 78:1,
78:8, 158:19,
159:11
respect
7:16, 56:14,
59:21, 75:3,
140:15, 141:4,
141:8, 141:19,
144:10
respond
8:10, 102:8,
118:9, 139:1
responded
107:10
response
39:19, 122:3,
137:21, 141:20
responses
17:14, 20:6,
54:8
responsibilities
22:20, 22:21
responsibility
23:12, 24:5,
24:7
responsible
22:14, 22:15
responsive
18:11, 48:21,
102:2, 102:19
restaurant
177:1, 177:5

Transcript of Jessica Abbott
Conducted on October 3, 2019

212

| | | | |
|---|---|---|---|
| **restrictions** 106:15, 106:21 **restrictive** 107:4 **result** 84:11, 124:10, 135:13, 144:17 **results** 43:5, 43:7, 83:21, 116:6, 167:8 **retention** 140:15 **reticent** 110:15 **retreat** 43:22, 54:18, 54:22, 55:1, 56:3, 56:15, 56:18, 134:8, 136:12, 136:17 **returned** 117:7 **revealed** 96:13 **revealing** 144:18 **review** 10:19, 126:3, 126:6, 141:19, 180:12 **reviewed** 10:1 **rfp** 106:13, 106:22, 134:12, 134:14, 135:17 **richard** 158:17 **right** 7:22, 14:17, 17:11, 18:4, 19:21, 20:22, 23:2, 24:3, 25:13, 26:18, 27:7, 34:12, 40:17, 41:18, 51:20, 54:6, | 55:19, 56:11, 58:20, 59:2, 59:17, 60:13, 60:15, 63:11, 63:15, 64:8, 64:12, 64:19, 64:21, 65:8, 66:15, 68:2, 68:5, 69:13, 70:7, 73:12, 74:7, 75:17, 76:15, 78:2, 89:11, 93:15, 93:20, 95:2, 95:6, 96:7, 99:22, 100:6, 104:15, 105:13, 109:1, 110:6, 113:14, 114:9, 114:16, 115:8, 116:12, 118:19, 120:18, 123:4, 123:9, 125:22, 131:13, 133:15, 142:7, 143:11, 143:14, 145:3, 145:8, 147:12, 147:20, 148:2, 148:5, 148:6, 148:8, 151:7, 153:18, 154:7, 155:3, 159:8, 160:4, 160:12, 164:14, 165:6, 167:9, 167:12, 167:17, 168:17, 168:22, 170:11, 170:17, 179:13, 179:17 **rights** 57:20, 58:8, 138:9 **rk** 146:7, 159:1, 169:22, 170:3 **rmr** 1:22, 2:18, 182:2 | **road** 5:18, 7:2 **robert** 44:21, 152:13, 158:22, 170:12, 177:13 **role** 121:8, 133:18 **ron** 34:16, 35:17, 36:18, 37:10, 121:17 **room** 2:8, 3:18 **rose** 147:20, 170:12 **rosemary** 72:20, 101:11, 151:2, 151:4, 157:19 **ross-hammond** 34:3, 155:17, 160:11, 160:21, 161:13, 161:15, 163:1, 166:22, 167:20, 179:12 **rouse** 11:19, 11:20, 28:22, 29:19, 29:22, 30:19, 31:3, 31:16, 32:3, 32:14, 52:21, 67:18, 77:14, 82:6, 82:21, 119:20, 129:3, 129:15, 178:10, 178:11 **rouse's** 28:3, 33:7 **rpr** 1:22, 2:18, 182:2 **rules** 5:16, 5:18 **run** 25:3, 51:12, 145:16, 146:1, 146:18, 154:15, | 154:18, 155:9, 156:2, 156:6, 156:10, 156:16, 156:18, 157:3, 157:7, 157:22, 159:12, 170:17, 170:19, 170:21, 171:22, 179:9, 180:2, 180:4 **running** 14:19, 25:21, 32:5, 34:4, 35:2, 37:22, 38:10, 69:14, 146:4, 146:6, 155:1, 156:1, 158:19, 159:5, 159:18, 159:21, 168:6, 169:18, 170:12, 178:22, 179:4 **runs** 58:19, 87:15 **résumé** 144:9 **S** **s** 62:5 **sabrina** 25:16, 25:19, 26:6, 26:10, 33:4, 118:12 **said** 8:7, 20:21, 30:18, 32:22, 43:19, 44:9, 52:4, 64:20, 94:2, 102:11, 110:22, 113:7, 122:22, 125:18, 126:16, 129:8, 129:15, 130:8, 146:3, 149:8, 149:12, 149:13, 149:14, 149:15, 165:3, 172:20, 179:11, 182:6 |

Transcript of Jessica Abbott
Conducted on October 3, 2019

213

| | | | |
|---|---|---|---|
| **salary**<br>23:17<br>**same**<br>6:6, 31:13,<br>32:21, 58:11,<br>60:22, 66:12,<br>82:1, 84:3,<br>102:22, 115:13,<br>129:18, 165:2,<br>167:15, 168:6,<br>181:4<br>**sami**<br>176:15<br>**satisfied**<br>116:5<br>**saturday**<br>116:22, 117:4<br>**say**<br>5:20, 16:10,<br>23:22, 28:18,<br>29:10, 29:14,<br>30:10, 45:7,<br>48:10, 49:20,<br>50:9, 53:4,<br>66:11, 71:13,<br>79:1, 79:11,<br>92:12, 100:8,<br>100:15, 101:8,<br>102:4, 102:5,<br>102:11, 103:8,<br>107:10, 113:6,<br>117:1, 117:22,<br>119:19, 129:7,<br>130:7, 130:10,<br>133:6, 134:18,<br>137:2, 137:10,<br>141:22, 144:15,<br>146:1, 150:15,<br>150:21, 151:4,<br>152:13, 162:16,<br>165:10, 167:2,<br>169:12, 174:22<br>**saying**<br>44:2, 80:21,<br>124:7, 127:6,<br>146:21, 146:22<br>**says**<br>115:8, 165:12 | **scheduled**<br>103:12<br>**scheduling**<br>106:1<br>**schola**<br>98:7, 98:8,<br>103:10<br>**school**<br>12:16, 13:6,<br>21:19, 78:1,<br>78:4, 78:5,<br>78:6, 78:12,<br>78:13, 78:14,<br>79:5, 79:7,<br>80:7, 81:6,<br>81:15, 81:20,<br>98:8, 159:4,<br>159:6, 170:6,<br>170:9, 178:6<br>**schools**<br>77:18, 78:13,<br>80:6, 80:11<br>**scolded**<br>128:7<br>**scolding**<br>128:8<br>**scratch**<br>51:14<br>**scrutiny**<br>179:7<br>**seal**<br>182:14<br>**search**<br>18:12, 18:14,<br>18:16, 19:17,<br>20:5, 20:18,<br>21:2, 21:6,<br>21:10, 134:13<br>**searched**<br>19:5, 20:7,<br>20:21, 21:13<br>**searching**<br>18:10<br>**season**<br>87:1, 87:2<br>**seasoned**<br>150:22<br>**seat**<br>15:4, 25:7, | 25:13, 62:21,<br>155:11, 166:21,<br>179:10<br>**seatack**<br>16:18, 77:18,<br>78:3, 78:5,<br>119:22<br>**seats**<br>43:18, 58:20,<br>59:1, 59:21,<br>60:12, 63:14,<br>65:15, 65:20,<br>155:6, 155:12,<br>159:7<br>**second**<br>67:5, 77:13,<br>82:5, 98:22,<br>111:10, 130:2,<br>133:12, 139:7<br>**see**<br>52:14, 52:17,<br>63:10, 84:1,<br>84:2, 84:6,<br>119:14, 134:9,<br>134:18, 139:7,<br>167:2<br>**seeing**<br>99:9, 113:21,<br>114:13<br>**seeks**<br>64:21<br>**seemed**<br>108:2, 164:11<br>**seen**<br>69:15, 114:10<br>**seko**<br>148:1<br>**select**<br>23:8, 55:12,<br>92:19<br>**selected**<br>135:11<br>**selecting**<br>18:19<br>**senate**<br>38:7<br>**senator**<br>169:12, 172:20, | 176:1<br>**sense**<br>7:3, 8:15,<br>46:11, 48:8,<br>48:14, 51:7,<br>59:13, 65:6,<br>65:11, 65:18,<br>65:21, 67:10,<br>89:9, 89:13,<br>120:13<br>**sent**<br>96:6<br>**sentence**<br>6:2<br>**serious**<br>177:10<br>**serve**<br>23:5, 145:22<br>**served**<br>25:12<br>**serves**<br>82:16<br>**service**<br>20:16<br>**services**<br>13:7, 71:19,<br>174:9<br>**session**<br>23:15, 42:22,<br>43:3, 49:7,<br>50:1, 112:5,<br>112:8, 112:13,<br>112:18, 112:22,<br>113:7, 117:11,<br>127:17, 131:17,<br>131:18<br>**sessoms**<br>95:8, 95:11,<br>114:18<br>**set**<br>12:6, 80:11,<br>91:6, 98:2,<br>133:22, 182:13<br>**set-asides**<br>111:5<br>**setting**<br>127:7<br>**seven**<br>40:12, 59:1 |

Transcript of Jessica Abbott
Conducted on October 3, 2019

214

| | | | |
|---|---|---|---|
| **several**<br>157:10, 161:18<br>**shakes**<br>6:10<br>**shannon**<br>111:18, 177:14<br>**share**<br>30:8, 58:6,<br>107:3, 159:11,<br>159:15, 160:1<br>**shared**<br>8:7, 29:19,<br>73:14, 75:15,<br>101:3, 101:6,<br>107:8, 112:3,<br>158:19, 159:4,<br>159:6<br>**she'll**<br>180:10, 180:17<br>**sheet**<br>180:14, 181:7<br>**shewling**<br>88:12<br>**shorthand**<br>182:1<br>**shortly**<br>73:20, 106:18<br>**should**<br>8:10, 8:14,<br>44:2, 47:22,<br>51:1, 51:2,<br>65:3, 68:3,<br>76:13, 102:16,<br>102:21, 107:21,<br>108:10, 115:4,<br>115:14, 123:1,<br>124:4, 124:13,<br>129:12, 129:13,<br>130:7, 133:1,<br>133:6, 147:16,<br>154:1<br>**showed**<br>171:9<br>**sign**<br>37:4, 37:7,<br>38:16, 166:16,<br>180:15<br>**signature**<br>180:19, 181:11 | **signature-kyoss**<br>182:18<br>**signed**<br>181:7<br>**significant**<br>79:12, 79:16,<br>108:17, 111:20,<br>116:11, 172:22,<br>179:15<br>**significantly**<br>164:16<br>**signing**<br>182:9<br>**signs**<br>33:19, 33:22,<br>166:14<br>**similar**<br>16:7, 30:18,<br>46:7, 56:14,<br>99:14, 99:15,<br>115:11, 127:8,<br>134:22, 145:22<br>**similarly**<br>63:13<br>**simply**<br>30:4<br>**since**<br>13:1, 15:8,<br>15:18, 66:5,<br>66:16, 71:15,<br>77:9, 87:5,<br>94:14, 108:18,<br>117:16, 136:2,<br>138:11, 167:3,<br>175:15, 178:5,<br>179:15<br>**single-district**<br>64:7<br>**single-member**<br>47:4, 51:2,<br>51:9, 52:5,<br>62:1, 84:4,<br>85:12, 86:5,<br>149:9<br>**single-phase**<br>115:21, 116:1<br>**sits**<br>77:17 | **six**<br>85:22<br>**size**<br>51:19, 65:21,<br>134:22<br>**skill**<br>144:5, 144:8<br>**skilled**<br>136:2<br>**skip**<br>73:5, 83:4<br>**slate**<br>169:14<br>**slates**<br>152:6, 175:19,<br>178:9<br>**slick-talking**<br>100:12<br>**slides**<br>117:1, 117:2,<br>117:9<br>**small**<br>26:4<br>**smaller**<br>51:15<br>**smith**<br>40:4, 94:6,<br>94:10, 94:14,<br>95:1, 164:21,<br>167:14, 168:7,<br>177:16<br>**so-called**<br>99:4<br>**social**<br>22:17, 46:17,<br>175:10, 175:16<br>**socioeconomic**<br>79:3<br>**soil**<br>168:15, 168:21<br>**some**<br>5:10, 16:16,<br>17:21, 29:15,<br>32:19, 36:20,<br>42:9, 53:17,<br>57:18, 62:9,<br>65:19, 68:3,<br>74:12, 75:15, | 80:21, 84:16,<br>88:20, 92:11,<br>101:3, 104:8,<br>108:4, 110:20,<br>111:20, 118:2,<br>119:21, 124:21,<br>129:11, 140:13,<br>145:13, 145:16,<br>150:6, 150:18,<br>151:20, 156:19,<br>158:18, 159:5,<br>159:6, 159:8,<br>161:2, 166:13,<br>171:13, 171:15,<br>171:17, 171:21,<br>172:17, 173:13,<br>175:1<br>**somebody**<br>46:8, 83:11,<br>97:22, 108:2,<br>168:19, 173:3<br>**someone**<br>8:6, 34:4,<br>69:22, 127:12<br>**something**<br>8:12, 80:10,<br>89:22, 90:20,<br>91:7, 98:16,<br>99:2, 99:7,<br>124:5, 126:16,<br>137:1, 137:3,<br>145:21, 145:22,<br>149:10, 178:15<br>**sometime**<br>9:16, 12:7,<br>86:22, 104:3,<br>122:19<br>**sometimes**<br>6:19, 57:11,<br>58:8, 60:17,<br>71:18, 93:4<br>**sooner**<br>103:6<br>**sorry**<br>14:16, 31:22,<br>42:15, 45:21,<br>72:22, 76:19<br>**sort**<br>60:3 |

Transcript of Jessica Abbott
Conducted on October 3, 2019

215

sound
123:4
sources
124:15
space
173:13
speak
6:7, 15:20,
29:8, 42:5,
44:15, 46:5,
46:20, 49:13,
50:6, 58:13,
71:9, 80:9,
81:22, 86:18,
100:9, 105:11,
109:18, 109:20,
121:11, 128:8,
162:20, 164:1,
166:4, 175:13
speaking
51:11, 77:5,
78:15, 91:15,
120:21, 121:9,
121:13, 122:12,
144:13, 163:17
speaks
55:6
special
136:14
specific
19:2, 22:5,
27:17, 30:13,
46:4, 49:19,
53:22, 80:10,
102:4, 103:3,
110:21, 125:17,
130:16, 133:22,
136:4, 138:12,
138:13, 139:13,
140:17, 141:10,
141:11, 142:1,
143:19, 144:19,
147:15, 148:14,
172:16
specifically
11:12, 19:5,
29:10, 31:5,
44:10, 44:14,

54:9, 69:4,
101:16, 102:1,
102:7, 105:7,
108:21, 110:22,
125:18, 130:1,
130:10, 135:3,
149:13, 149:16,
166:15, 168:1,
169:18, 175:14,
175:20
specifics
28:16, 46:21,
70:22, 99:14
speculate
27:2, 165:20
speculated
165:1, 167:20
speculation
165:18
spend
10:16, 63:3,
63:8
spent
161:3
splitting
164:7
spoke
29:5, 29:6,
29:17, 30:10,
44:17, 44:18,
49:10, 49:11,
62:15, 76:21,
86:8, 86:16,
91:14, 97:13,
113:12, 113:14,
113:18, 120:15,
120:17, 128:21,
129:1, 129:6,
129:11, 129:19,
130:6
spoken
7:11, 10:22,
11:3, 11:5,
11:10, 11:13,
44:20, 45:1,
47:3, 53:11,
53:19, 53:21,
68:13, 74:3,

74:6, 74:15,
74:16, 75:4,
75:9, 77:9,
81:10, 86:4,
95:4, 97:3,
100:21, 137:8,
137:13, 152:17
sponsor
76:13, 76:17,
77:6
spring
28:19, 28:21,
42:19
squash
58:4
st
76:1, 76:9
stability
147:1, 147:6
staff
158:8, 158:12,
158:13
stage
76:18, 76:20
staggered
60:2, 60:11
stands
158:6
start
6:5, 14:3
started
5:12, 134:12,
135:19
starting
34:11, 51:13,
158:3
state
9:2, 13:19,
33:11, 36:20,
37:13, 37:16,
38:7, 38:19,
39:5, 42:6,
76:17, 124:17,
125:7, 148:12,
151:11, 165:18
stated
143:22
states
1:1

station
16:20
status
79:3, 140:8
stenographically
182:7
step
153:13
steps
40:20, 41:1,
41:8, 41:16,
42:12, 117:15,
134:6, 137:20,
140:14
sticking
36:22
stickler
18:8
still
12:15, 13:13,
13:21, 125:14,
135:9, 151:19,
153:5, 179:4
strayhorn
143:4, 143:11,
143:17, 149:14
street
3:7
strong
93:17, 94:5
strongest
123:12
strongly
95:1
students
77:20, 78:1,
78:9, 78:22
studies
96:12
study
29:16, 55:7,
67:12, 74:7,
91:19, 92:5,
92:9, 92:14,
92:21, 95:2,
95:12, 95:18,
96:4, 96:16,
97:12, 98:14,

Transcript of Jessica Abbott
Conducted on October 3, 2019

216

99:4, 99:17,
105:8, 106:9,
106:14, 106:22,
109:1, 109:3,
110:6, 110:9,
110:12, 110:16,
111:2, 111:8,
111:22, 112:4,
112:8, 112:14,
113:13, 113:17,
114:19, 114:21,
115:1, 115:5,
115:7, 115:8,
115:14, 116:4,
116:7, 116:9,
116:21, 117:7,
117:11, 117:16,
117:17, 118:1,
118:10, 118:15,
121:16, 137:1,
137:11
**stuff**
73:6, 73:7
**subject**
124:1
**submit**
56:14
**submitted**
10:1, 10:21
**subpoena**
4:11, 17:10,
17:14, 18:11,
18:22, 19:1,
19:5, 20:6,
167:6
**substance**
117:2
**success**
72:3, 134:21
**successful**
48:8, 51:17,
61:3, 84:21,
89:15, 147:16,
167:21
**suffer**
151:20
**suffice**
66:11

**suggest**
40:22, 65:5,
133:1
**suggesting**
127:2
**suite**
3:8
**summer**
28:20, 78:14
**supplement**
17:20
**supplemental**
4:12
**support**
26:6, 26:13,
26:16, 27:9,
27:18, 28:2,
30:16, 33:20,
36:18, 40:1,
40:4, 40:7,
49:7, 50:10,
50:18, 51:9,
51:13, 52:22,
53:2, 53:10,
64:20, 68:17,
75:6, 75:16,
83:19, 85:5,
85:9, 85:11,
92:5, 95:12,
107:18, 107:19,
111:7, 111:13,
115:1, 119:4,
125:19, 129:20,
130:11, 138:15,
140:7, 149:15,
153:17, 154:12,
157:10, 157:13,
157:16, 157:19,
161:16, 162:2,
175:13
**supportable**
127:18
**supported**
26:10, 26:17,
26:19, 26:20,
26:21, 33:4,
35:7, 36:19,
37:15, 37:17,

37:20, 38:1,
43:14, 81:16,
95:1, 100:5,
119:1, 120:5,
125:14, 148:10,
148:13, 148:18,
159:22
**supporter**
83:16
**supporting**
38:9, 110:16,
111:22, 159:14
**supportive**
86:13, 99:16
**suppose**
163:4
**supposed**
98:6, 105:11
**supposedly**
96:16
**sure**
6:6, 28:18,
35:3, 42:9,
45:7, 45:17,
47:21, 60:3,
61:19, 66:10,
70:19, 87:19,
105:22, 110:8,
113:20, 126:18,
134:20, 135:7,
139:4, 149:21,
150:1, 152:14,
162:16, 166:9,
168:9, 173:2,
177:9
**surface**
153:1
**sweeps**
153:21
**switch**
73:4, 146:17
**sworn**
5:4, 15:10
**sympathize**
102:12
**system**
43:10, 44:3,
49:4, 51:3,

51:10, 51:20,
52:5, 52:14,
53:1, 53:3,
61:4, 62:3,
62:7, 64:4,
64:8, 65:4,
77:11, 84:4,
84:7, 84:15,
85:11
**systems**
58:18, 141:19,
141:20

**T**

**tagged**
114:16
**take**
6:4, 6:10,
6:13, 6:16,
41:16, 43:1,
61:20, 72:22,
113:9, 171:15,
180:5
**take-home**
78:11
**taken**
40:20, 41:8,
41:16, 53:5,
73:3, 79:21,
85:8, 113:11,
117:16, 118:9,
126:20, 130:18,
134:6, 137:21,
140:15, 141:3,
141:8, 143:14,
180:8, 182:4,
182:6
**taking**
142:2
**talk**
5:21, 14:8,
15:2, 26:4,
29:1, 29:2,
29:12, 37:13,
41:12, 44:11,
47:12, 47:19,
50:22, 57:14,
82:20, 92:2,

Transcript of Jessica Abbott
Conducted on October 3, 2019

217

105:5, 106:20,
156:15
**talked**
41:19, 41:20,
47:8, 74:9,
74:14, 74:19,
88:19, 99:2,
136:15, 156:9
**talking**
30:6, 30:7,
89:9, 106:16,
129:4, 168:18
**tallwood**
98:8
**tape**
110:13
**tasks**
22:8, 22:12
**taylor**
117:18
**tea**
45:8, 46:10,
165:5
**team**
41:20, 41:22
**tech**
94:20
**technique**
61:6
**television**
170:19
**tell**
11:20, 14:18,
42:12, 45:5,
46:21, 47:12,
53:13, 53:15,
69:19, 87:16,
103:3, 107:1,
107:6, 116:8,
140:10
**telling**
10:3, 112:19,
128:6
**temper**
129:14
**tend**
150:9, 150:16,
150:19, 150:22

**tenure**
109:13, 110:4,
120:16
**tenured**
101:10
**term**
58:16, 136:11,
153:17, 154:1,
154:12
**terminated**
123:1
**terms**
40:1, 60:2,
60:11, 62:14,
84:12, 91:6,
98:3, 99:11,
102:4, 136:3,
154:3, 158:19,
161:3
**testified**
75:13, 89:8,
170:14
**testify**
5:5, 53:6,
94:1, 123:21,
124:19, 126:21,
127:22, 128:6,
130:18, 130:19,
132:13, 143:21
**testifying**
126:22, 127:1,
131:12
**testimony**
12:9, 49:19,
52:20, 123:14,
143:19, 181:4,
181:5, 182:6
**text**
18:3, 18:13,
56:22, 73:7,
75:19, 76:13,
76:22, 77:7,
77:13, 82:5,
104:13, 106:19,
121:18, 121:19
**texted**
73:15
**th**
3:7, 67:3,

182:14
**thank**
9:20, 57:13,
66:20, 131:19
**theirs**
150:7
**themselves**
45:9, 93:9,
124:9
**theory**
163:4
**thereafter**
132:20, 182:7
**they'd**
90:11
**thing**
5:19, 6:14,
32:21
**things**
47:19, 57:11,
74:17, 89:18,
119:16, 123:14,
129:12, 134:17
**think**
8:11, 8:14,
9:14, 9:17,
27:1, 27:19,
32:9, 34:18,
41:6, 41:15,
42:6, 44:22,
48:18, 51:1,
51:4, 51:5,
51:11, 51:14,
54:13, 55:22,
60:4, 65:18,
65:20, 66:1,
67:6, 67:7,
69:19, 70:18,
71:8, 72:1,
83:21, 84:10,
84:11, 84:13,
87:18, 91:4,
98:7, 104:6,
104:20, 106:1,
112:2, 114:1,
115:19, 122:22,
123:1, 123:2,
123:17, 124:4,

124:18, 126:10,
127:11, 127:18,
127:20, 128:1,
130:16, 131:1,
131:11, 134:1,
136:18, 136:21,
138:10, 138:18,
144:7, 145:6,
145:19, 147:3,
147:8, 148:7,
148:20, 159:18,
160:2, 163:7,
164:18, 170:14,
171:22, 179:19
**thinking**
41:1, 44:22,
69:20, 88:11,
89:1, 156:16
**third**
54:15
**thompson**
55:14, 55:21,
55:22, 107:15,
108:16
**thompson's**
108:9
**thought**
100:16
**thoughts**
75:16
**three**
31:14, 61:19,
81:12, 114:19,
132:14, 146:8,
146:9, 154:3
**three-phase**
115:20, 115:22
**through**
18:16, 36:12,
44:4, 47:15,
81:19, 163:22
**throughout**
17:6
**thursday**
1:16
**ticket**
37:20, 37:22,
38:2, 38:10

Transcript of Jessica Abbott
Conducted on October 3, 2019

218

**tim**
68:13, 68:14,
68:15, 68:17,
68:18, 68:19,
69:1, 69:9,
69:12
**time**
6:13, 8:11,
8:13, 12:8,
15:17, 23:20,
27:5, 29:22,
30:7, 31:13,
39:21, 40:5,
40:9, 50:4,
57:18, 59:22,
60:22, 61:17,
62:4, 66:12,
73:15, 92:11,
95:11, 96:9,
98:18, 110:9,
110:19, 111:20,
117:20, 120:20,
121:6, 122:11,
125:11, 125:15,
132:8, 133:22,
140:12, 152:10,
160:17, 168:6,
171:13, 171:15
**time-consuming**
171:18
**timeframe**
38:20
**timeline**
110:8, 111:19,
133:20
**times**
7:12, 23:16,
29:8, 131:6,
152:22
**title**
168:16, 168:22
**today**
5:11, 9:6, 9:9,
9:12, 9:22,
68:13, 127:15
**today's**
8:19
**together**
31:10, 32:17,

44:1, 69:6,
69:13, 69:15,
74:4, 77:2,
97:21, 109:9,
150:9, 150:19,
151:1, 151:7
**told**
105:20, 152:14,
165:22, 166:17,
176:14
**tom**
168:5
**toni**
44:22
**took**
42:18, 64:10,
86:3, 110:5,
110:11, 171:13
**tool**
58:4
**top**
16:21, 56:10,
77:17, 88:10,
106:11, 108:19,
116:8
**topic**
86:19, 98:14
**total**
58:19, 59:10
**totally**
32:1, 165:13
**touch**
165:13
**toward**
10:13, 153:13
**towards**
90:7, 163:10
**tower**
54:3, 142:10,
143:5, 143:13,
143:16, 144:17,
146:1, 147:11
**tower's**
142:15
**town**
4:16, 24:13,
25:20, 97:12,
97:14, 97:16,

97:18, 97:21,
98:4, 98:5,
98:15, 99:1,
103:1, 103:13,
103:16, 104:3,
104:15, 105:14,
106:7
**tracks**
79:17
**training**
141:20
**transcribe**
5:20
**transcribed**
180:11, 180:14
**transcript**
17:9, 17:19,
95:22, 97:10,
114:7, 138:21,
180:12, 182:5
**transcription**
181:5
**transparency**
141:14, 161:1
**tread**
7:15
**treated**
95:6
**trial**
12:5, 12:9
**tried**
66:8, 67:7
**true**
94:4, 181:4,
182:5
**truly**
84:12
**trust**
99:21, 100:2,
100:19
**truthful**
9:9, 44:7
**truthfully**
165:20
**try**
6:6, 7:22,
79:21, 81:20,
102:16, 102:22,

144:11, 146:18,
166:13
**trying**
46:11, 55:7,
71:2, 98:3,
123:19, 130:8,
141:16
**tuesday**
107:9
**turn**
56:22
**turned**
14:4
**turnover**
102:6
**twitter**
21:4, 21:6
**two**
6:20, 7:8,
13:6, 16:20,
31:13, 31:17,
36:11, 59:21,
60:12, 60:22,
68:6, 74:1,
74:12, 109:7,
110:9, 122:19,
125:10, 137:8,
142:6, 147:22,
155:21, 178:9
**type**
67:14
**types**
144:10
**typewriting**
182:8
**typically**
24:11, 71:7,
90:3, 151:6

---

**U**

**uh-huh**
6:8, 18:5,
47:17, 54:19,
57:3, 58:21,
61:9, 63:1,
67:17, 84:19,
129:22, 139:12,
156:21, 167:7

Transcript of Jessica Abbott
Conducted on October 3, 2019

219

**uh-huhs**
6:11
**uh-uhs**
6:11
**ultimate**
125:1, 130:19,
131:22
**ultimately**
106:6, 108:13,
148:4
**unable**
66:9
**unanimity**
144:12
**unanimous**
143:13, 144:17,
148:4
**unavailable**
12:8
**under**
5:5, 9:5, 30:2,
168:9, 179:7,
182:8
**understand**
9:5, 38:22,
39:20, 48:2,
71:2, 136:6,
165:15
**understanding**
18:1, 40:10,
43:4, 48:13,
50:17, 52:2,
57:19, 58:1,
58:7, 58:13,
58:17, 81:1,
84:18, 92:13,
94:1, 94:9,
108:11, 116:15,
118:17, 124:6,
124:19, 124:21,
125:1, 125:3,
137:20, 139:10,
165:18
**understands**
177:10
**unique**
136:14
**united**
1:1

**unlawful**
58:8
**unless**
41:12, 80:22
**unlike**
58:18
**until**
6:4, 94:10,
156:7, 156:17
**unusual**
51:19, 162:10,
162:21
**unveiling**
117:6
**upcoming**
10:22
**use**
7:2, 19:9,
19:10, 19:12,
20:7, 20:16,
21:5, 22:16,
61:5, 142:3,
171:2
**use-based**
22:20
**useful**
144:5
**uses**
45:15
**utilize**
24:12

---
V
---

**va**
2:9, 3:19
**vacancies**
142:6
**vacant**
25:7
**vague**
54:11
**values**
134:9
**varies**
23:22
**variety**
24:12
**various**
7:21, 17:13,

46:1, 56:22,
137:18
**varner**
148:1, 148:10,
148:13, 148:18,
149:6, 149:12
**vein**
129:18
**venture**
107:20, 108:9
**venue**
97:15, 98:2,
98:11, 104:17,
104:19
**verbal**
122:6
**verbally**
50:9
**version**
99:3, 116:1
**versus**
145:10, 149:9
**via**
50:5, 76:13
**vice**
91:5, 101:17
**vickie**
159:5
**video**
174:9
**view**
8:15, 62:11,
65:11, 99:21,
115:6, 147:15
**viewpoints**
58:5, 58:6
**views**
95:5, 96:20,
96:22, 100:22,
101:4, 101:6,
124:9
**virginia**
1:2, 1:9, 1:15,
2:5, 2:9, 2:19,
3:12, 3:15,
3:19, 12:11,
15:3, 15:18,
15:19, 16:1,

16:12, 21:22,
24:3, 29:13,
33:10, 40:11,
43:10, 45:16,
46:11, 51:2,
58:19, 58:22,
59:16, 61:4,
63:4, 63:14,
63:21, 64:4,
65:7, 65:21,
66:6, 66:14,
70:17, 71:22,
72:6, 74:3,
74:10, 75:7,
76:3, 78:22,
79:12, 79:17,
79:21, 80:2,
80:5, 81:21,
83:6, 83:11,
83:12, 85:2,
88:6, 93:19,
95:5, 106:14,
107:17, 108:17,
115:16, 116:12,
123:8, 138:8,
139:18, 140:21,
141:4, 141:12,
145:20, 151:10,
151:11, 151:19,
153:2, 153:4,
164:22, 168:20,
170:15, 182:22
**virtue**
127:16
**vision**
82:2, 82:10
**vocal**
138:22
**vocally**
125:20
**voice**
52:6
**voices**
14:14, 57:15,
61:3
**volunteer**
36:3, 36:5,
166:10

Transcript of Jessica Abbott
Conducted on October 3, 2019

220

**volunteers**
158:11, 158:16, 158:20, 159:5, 159:6, 159:15, 160:1, 168:2
**vote**
38:14, 48:6, 48:11, 49:3, 59:8, 59:9, 89:18, 90:13, 90:15, 90:20, 108:14, 119:9, 119:18, 143:13, 147:12, 148:4, 148:22, 150:9, 150:19, 150:22, 151:6, 164:8, 164:14, 164:17, 164:19, 164:20, 167:12, 167:16
**voted**
34:18, 38:13, 118:18
**voter**
14:5, 152:7
**voters**
152:6, 165:2
**votes**
59:11, 89:14, 89:15, 91:3, 132:6, 163:6
**voting**
14:3, 56:2, 56:5, 57:20, 58:8, 58:15, 59:6, 60:20, 61:8, 61:14, 62:1, 62:9, 65:4, 73:11, 73:12, 74:6, 75:14, 76:14, 77:10, 83:17, 83:20, 84:2, 84:6, 84:21, 85:6, 85:12, 89:10, 91:13, 107:11, 137:2, 137:10, 140:20,

150:14, 175:13
**vpap**
173:2

**W**

**wait**
6:4
**waive**
127:4
**waived**
180:19
**waiver**
127:16
**waives**
127:13
**walked**
10:13, 27:11, 32:12
**wally**
177:21
**walter**
177:20
**want**
7:10, 28:17, 35:16, 41:7, 61:5, 90:12, 103:8, 105:4, 105:5, 117:22, 127:20, 131:11, 134:18, 136:13, 145:22, 152:13, 178:16
**wanted**
49:21, 82:20, 90:1, 112:15, 125:12, 135:6, 139:4, 149:11, 166:16, 177:7
**wanting**
136:1
**wants**
59:7, 83:22, 96:17, 147:1
**washington**
3:9
**water**
168:15
**watered**
99:4, 99:11

**way**
14:22, 24:14, 24:20, 40:14, 45:18, 54:13, 54:16, 66:2, 66:4, 69:2, 71:22, 77:3, 80:20, 115:7, 153:5
**we'll**
8:22, 14:8, 15:2, 17:7, 95:20
**we're**
17:6, 22:14, 22:15, 27:5, 30:6, 51:17, 106:12
**we've**
41:16, 52:20, 74:14, 74:15, 74:16, 138:2, 138:5, 160:2, 160:3
**week**
24:1
**weeks**
36:12, 54:22, 159:13, 159:14, 164:21, 167:14, 169:22, 170:3
**weems**
39:4
**weiner**
82:7, 82:14
**well-known**
164:21, 174:16
**well-qualified**
136:3
**went**
11:16, 11:17, 11:21, 12:1, 18:9, 31:20, 35:20, 36:1, 47:15, 62:10
**weren't**
40:14, 105:12, 137:15

**whatnot**
45:15
**wheelhouse**
170:7
**whereof**
182:13
**whereupon**
5:2
**whether**
15:21, 46:8, 53:15, 90:11, 124:21, 130:12, 132:6, 156:16
**white**
72:17, 78:22, 93:9, 93:10, 149:3, 166:2, 168:5
**whoever**
70:15
**wile**
1:22, 2:17, 182:2
**william**
168:5
**williams**
121:17
**willingness**
136:10
**wilson**
54:2, 72:20, 101:11, 146:7, 146:14, 151:2, 151:4, 157:19, 159:20
**win**
164:8, 164:13
**wish**
8:18, 47:22
**withdraw**
26:22
**withdrawn**
31:19, 89:16
**withdrew**
26:20, 26:21, 27:2, 31:18, 32:22, 48:9, 49:5, 85:18,

Transcript of Jessica Abbott
Conducted on October 3, 2019

221

89:11
**within**
30:5, 31:13,
110:7, 110:9,
122:19
**without**
10:3, 34:22,
48:16, 48:19,
52:18, 144:18
**witness**
182:13
**woman**
89:1
**wood**
101:17, 151:4
**wooten**
25:16, 25:19,
26:6, 26:10,
27:18, 52:22,
118:12
**wooten's**
33:4
**word**
98:3
**words**
19:4, 35:16
**work**
13:18, 13:19,
20:11, 20:13,
89:5, 118:14,
141:16, 179:16
**worked**
14:22, 35:10,
71:16, 100:2
**workers**
152:5
**working**
117:20, 139:3
**works**
57:2, 71:4,
72:20, 84:18,
131:5
**worried**
111:1
**worst**
68:13, 68:14,
68:15, 69:1,
69:12

**worth**
179:4
**wouldn't**
9:8, 30:5,
78:18, 102:4
**wow**
107:10
**wrapped**
73:1
**wray**
26:17, 27:4,
27:16, 27:18,
31:16, 31:21,
32:3, 32:13,
32:16, 69:9,
69:12, 159:4,
168:6, 170:5
**wray's**
27:9
**write**
169:12
**writing**
39:18, 87:8,
129:13
**written**
9:18, 56:16,
56:18, 90:4
**wrote**
95:17, 172:20,
172:21

**Y**

**yard**
33:19, 33:22,
37:4, 37:7,
38:16, 172:10,
172:14
**yeah**
28:21, 29:14,
43:21, 74:2,
82:7, 104:6,
104:16, 110:2,
112:1, 158:4,
159:12, 163:12,
170:3, 172:3,
172:5, 175:1,
176:19, 177:17,
177:21, 180:4

**year**
9:16, 17:11,
34:17, 34:18,
38:4, 38:5,
38:10, 43:9,
43:22, 83:8,
83:9, 109:10,
110:5, 110:7,
128:3, 128:19,
128:20, 134:2,
142:5, 146:15,
146:19, 159:1,
159:3, 159:4,
162:5
**years**
13:17, 34:19,
38:22, 39:14,
45:8, 85:22,
122:20, 154:4,
154:9
**years-old**
40:16
**yep**
107:10
**yeses**
6:10
**yesterday**
10:7
**you-all**
80:11
**you-guys**
18:21
**yourself**
33:6

**Z**

**zalesin**
3:22

**$**

**$1,500**
173:22
**$25**
39:15
**$50**
32:9, 39:11

**0**

**00069**
1:8

**05**
1:17
**07**
35:13
**08**
35:13, 35:15

**1**

**1**
44:2, 49:17
**10**
44:2, 49:17,
118:8
**100**
79:10, 135:16
**11**
123:3, 145:6,
151:9
**1101**
3:7
**114**
4:18
**12**
12:17, 12:19,
34:19, 35:11,
118:8, 154:4,
154:8, 180:21
**13**
12:19, 116:22
**138**
4:19
**14**
3:7, 182:14
**17**
4:11, 4:12,
110:7, 112:3
**18**
1:8, 14:4,
35:4, 110:7,
168:9
**182**
1:21

**2**

**20**
23:22, 40:16
**20005**
3:9

Transcript of Jessica Abbott
Conducted on October 3, 2019

222

**2001**
12:13, 12:14, 13:2, 15:18
**2008**
35:12, 35:17, 35:22, 36:2, 36:16, 167:3
**2010**
40:11
**2012**
35:17, 35:22, 36:1, 36:16, 163:2
**2016**
15:8, 33:13, 87:2, 91:17, 154:19, 155:4, 169:6
**2017**
9:17, 15:10, 96:7, 104:11, 106:12, 109:16, 113:13, 122:14, 122:16
**2018**
9:16, 25:15, 26:13, 28:19, 33:9, 33:14, 33:15, 76:12, 100:5, 109:16, 112:3, 113:13, 113:22, 117:1, 122:17, 123:3, 152:4, 175:19
**2019**
1:16, 176:18, 177:11, 182:15
**202**
3:10
**2020**
12:7, 12:8, 15:13, 40:21, 41:10, 43:5, 43:7, 48:10, 50:1, 50:19, 154:16
**2021**
41:11, 182:16

**2040**
82:2, 82:10, 82:13
**21**
76:1, 76:9
**2200**
3:10
**23456**
2:9, 3:19
**2401**
2:6, 3:16
**25**
67:3
**260**
2:8, 3:18
**265819**
1:20
**28,000**
23:19
**2:cv**
1:8

**3**

**30**
16:11, 23:22
**31**
182:16
**32**
167:11
**385**
2:10, 3:20
**39**
106:14

**4**

**400**
3:8
**4351**
2:10, 3:20
**44**
167:16
**46**
164:18

**5**

**50**
164:13, 164:16
**55**
180:21

**7**

**736**
3:10
**757**
2:10, 3:20

**9**

**9**
1:17
**9-to-1**
148:8
**90**
62:5
**95**
4:15
**97**
4:16
**9th**
83:7