**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.*, | |
| **Plaintiffs,** | |
| | **Civil Action No. 2:18-cv-0069** |
| **v.** | |
| **City of Virginia Beach,** *et al.*, | |
| **Defendants** | |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 19
Deposition Transcript of Plaintiff Latasha Holloway

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                    NORFOLK DIVISION


    -----------------------------------
    LATASHA HOLLOWAY and GEORGIA ALLEN,

            Plaintiffs,                    CIVIL ACTION NO.
                                            2:18-cv-00069
    v.

    CITY OF VIRGINIA BEACH, et al.,

            Defendants.
    -----------------------------------




            DEPOSITION UPON ORAL EXAMINATION
                OF LATASHA M. HOLLOWAY,
            TAKEN ON BEHALF OF THE DEFENDANTS


            Virginia Beach, Virginia

                September 12, 2019



Appearances:

    CAMPAIGN LEGAL CENTER
    By:  ANNABELLE HARLESS, ESQUIRE
         ERIN CHLOPAK, ESQUIRE
         Counsel for the Plaintiffs

    OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY
    By:  CHRISTOPHER S. BOYNTON, ESQUIRE
         GERALD L. HARRIS, ESQUIRE
         JOSEPH KURT, ESQUIRE
         Counsel for the Defendants
```

2

```
1                    I N D E X

2
    DEPONENT              EXAMINATION BY         PAGE
3
    LATASHA M. HOLLOWAY   Mr. Harris               3
4

5

6

7
                       EXHIBITS
8

9    NO.    DESCRIPTION                    PAGE

10   1      Renewed Motion for Appointment of    7
            Counsel
11
     2      Appendix A, Virginia Beach, VA map   12
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              Deposition upon oral examination of

2    LATASHA M. HOLLOWAY, taken on behalf of the

3    Defendants before Juanita Harris Schar, CCR, RMR,

4    CRR, a Notary Public for the Commonwealth of

5    Virginia at large, commencing at 2:04 p.m. on

6    September 12, 2019, at the Office of the Virginia

7    Beach City Attorney, Building 1, 2401 Courthouse

8    Drive, Virginia Beach, Virginia; and this in

9    accordance with the Federal Rules of Civil

10   Procedure.

11              - - - - -

12              LATASHA M. HOLLOWAY, was sworn and

13   deposed on behalf of the Defendants as follows:

14              EXAMINATION

15   BY MR. HARRIS:

16        Q.    You are Ms. Latasha Holloway?

17        A.    Yes.

18        Q.    Ms. Holloway, my name is Jerry Harris.

19   I'm here with Christopher Boynton and Joseph Kurt.

20   We all represent the City of Virginia Beach and the

21   other named defendants in this case.  The purpose of

22   your appearance here today is for your deposition.

23   Have you been involved in a deposition before?

24        A.    Not to my knowledge.

25        Q.    What I'm going to recommend is we go by

1  a few guidelines that I find in my experience help

2  us get through our time together more efficiently.

3  That being the case, the way things will go today is

4  I will ask a question.  I'll ask you to allow me to

5  complete my question, at which time I'll allow you

6  to give a complete answer.

7           Inevitably, as was the case this

8  morning, I will inadvertently interrupt you and you

9  may inadvertently interrupt me, but the reason we

10  try to stick to that is so the court reporter can

11  take down everything as a question followed by an

12  answer.

13           As part of your answers, I will ask you

14  to respond verbally.  That is not a shake of the

15  head yes or no.  Uh-huh or uh-uh are difficult to

16  discern on a transcript.  Therefore, I will ask you

17  to respond verbally to my questions.

18           I'm going to assume now that you've been

19  placed under oath you're giving all your answers

20  truthfully.  And I'm also going to assume that

21  they're to the best of your ability based on the

22  information you have presently.

23           The other thing is I'm going to assume

24  that you've understood my question as I've asked it.

25           As is my habit, I will not always ask a

1    perfect question.  I think I confirmed in the

2    deposition earlier this morning that my streak of

3    100 percent remains intact, but to the extent you

4    don't understand my question or need clarification,

5    please ask for it and I'll try and clarify my

6    question as best I'm able.

7              If at some point your attorney objects,

8    allow her to state her objection and then we'll

9    proceed from there.

10             As a matter of personal convenience to

11   you, if at any point you need to take a break, if we

12   go for a period of time and you need to get water,

13   stretch your legs, use the restroom, let me know and

14   we'll allow you to take that break.  The only thing

15   I will ask is that if we are in the middle of a

16   question, that we finish that question and then

17   we'll go ahead and take the break.

18             All of that together, does that seem

19   reasonable or fair to you today?

20        A.    Yes.

21        Q.    I'm going to ask you again to state your

22   full name for the record.

23        A.    Latasha Michelle Holloway.

24        Q.    And you are the Latasha Michelle

25   Holloway named as plaintiff in the case of Latasha

1    Holloway and Georgia Allen versus City of Virginia

2    Beach and other defendants now pending in the United

3    States District Court for the Eastern District of

4    Virginia; is that correct?

5         A.    Yes.

6         Q.    For the record, that case bears

7    No. 2:18-cv-69.

8              Ms. Holloway, what is your current

9    occupation?

10        A.    Unemployed.

11        Q.    Ms. Holloway, I'm going to show you a

12   document that appears was filed by you as a pro se

13   litigant, also in the Eastern District of Virginia.

14   That bears Case No. 2:19-cv-104.

15             I have a copy for you to review for as

16   long as you'd like and a copy for your counsel.

17             MS. HARLESS:  Thank you.  I just will

18   make it clear on the record that we do not represent

19   her in that case.  We only represent her in this

20   present lawsuit.

21   BY MR. HARRIS:

22        Q.    And, Ms. Holloway, once you've had a

23   chance to flip through that, I'm going to focus your

24   attention on the last page.

25             MS. HARLESS:  Has this been marked as an

```
 1   exhibit?  Sorry.

 2               MR. HARRIS:  Not yet.

 3       A.    Okay.

 4   BY MR. HARRIS:

 5       Q.    Do you recognize that document?

 6       A.    I believe so.

 7               MR. HARRIS:  If we could have that

 8   marked.

 9               (Holloway Exhibit No. 1 was marked for

10                identification.)

11   BY MR. HARRIS:

12       Q.    Ms. Holloway, I'm going to point your

13   attention to page 1 of Holloway Exhibit No. 1.  This

14   appears to be a renewed motion for appointment of

15   counsel filed by you in the federal court for the

16   Eastern District of Virginia, Richmond Division.

17               Would you agree with that?

18       A.    To the best of my knowledge.

19       Q.    Is there a particular reason you can't

20   recall filing that with the federal court?

21       A.    I -- I said to the best of my knowledge.

22   I'm agreeing with what you expressed.

23       Q.    So your recollection is that you did

24   file this document on August 23rd, 2019, in the

25   federal court?
```

1   A.  Yes.

2   Q.  I want to turn your attention now,

3 ma'am, to page 7 of 7 of that document.

4   A.  You said 7?

5   Q.  7 of 7, yes, ma'am.  The last page,

6 please.

7     MR. BOYNTON:  Also known as the last

8 page.

9 BY MR. HARRIS:

10   Q.  Ms. Holloway, before I ask you any

11 further questions, I want to assure you that I do

12 not need the details of the admittance here.  The

13 reason for me bringing this to your attention is I

14 need to make sure that you are not under the

15 influence of any medications which may impair your

16 ability to understand my questions today.

17   A.  No.

18   Q.  Are you under the influence of any

19 medications which may impair your ability to answer

20 my questions truthfully today?

21   A.  No.

22   Q.  Despite having this now brought to your

23 attention, you feel prepared and competent to

24 testify at your deposition today?

25     MS. HARLESS:  Objection to form.

```
 1              You can answer.
 2         A.   As far as I'm concerned.
 3    BY MR. HARRIS:
 4         Q.   Ms. Holloway, you mentioned that you
 5    were currently unemployed.  How long have you been
 6    unemployed?
 7         A.   For years.
 8         Q.   "For years" as in four years total or
 9    for many years?
10         A.   For many years.
11         Q.   Approximately how many?
12         A.   Approximately nine.
13         Q.   Prior to your nine-year unemployment,
14    how were you employed?
15         A.   I -- I don't remember the name of where
16    I worked, but I was employed at one time.
17         Q.   What type of work was it?
18         A.   I went to school.  It was like
19    counseling.
20         Q.   That would have been around 2010, if my
21    math is correct?
22         A.   I honestly don't recall.  But
23    approximately.  I'm...
24         Q.   I don't need a definite date.  Just an
25    approximation.
```

```
 1                  You mentioned school.  Where did you go
 2     to school?
 3          A.    Norfolk State.
 4          Q.    What did you study while you were at
 5     Norfolk State?
 6          A.    Psychology.
 7          Q.    And did you graduate with a bachelor's
 8     degree?
 9          A.    Yes.
10          Q.    Did you ever seek any degree beyond the
11     bachelor's degree?
12          A.    Yes.
13          Q.    Which degree was that?
14          A.    Master's degree.
15          Q.    Also from Norfolk State or somewhere
16     else?
17          A.    No, somewhere else.
18          Q.    Where was that?
19          A.    American Intercontinental University.
20          Q.    What master's degree were you seeking
21     there?
22          A.    Business administration.
23          Q.    And did you achieve that master's
24     degree?
25          A.    Yes.
```

1          Q.     When was that?

2          A.     I'm not sure of the year.  I don't

3     recall the year.  But I did finish.

4          Q.     Any roundabout time frame generally when

5     this happened?

6          A.     Approximately 2001-ish.  But then I'm

7     not sure.

8          Q.     This period, nine-year period of

9     unemployment was not related to you being enrolled

10    in Norfolk State or -- I abbreviated it to AIU.  I

11    forgot the full name of it already.  What was the

12    full name?

13         A.     American Intercontinental.

14         Q.     Your enrollment in those schools is

15    unrelated to your unemployment for the last nine

16    years?  Is that right?

17              MS. HARLESS:  Objection, relevance.

18              You can answer the question.

19         A.     I don't know what you mean by that

20    question.

21    BY MR. HARRIS:

22         Q.     I'm trying to make clear that you

23    haven't been in either of these institutions for the

24    last year -- nine years.  I'm sorry.

25         A.     Not to my knowledge, no.

```
 1          Q.    What is your current residential
 2   address?
 3          A.    819 Tuition Court, Virginia Beach,
 4   Virginia, 23 -- 23462.
 5          Q.    How long have you lived at that address?
 6          A.    For a year now.
 7          Q.    So since approximately last September
 8   you've lived at that address?
 9          A.    Yes.
10          Q.    Where did you live prior to that
11   address?
12          A.    3683 Windmill Drive.
13          Q.    Is that in the City of Virginia Beach?
14          A.    Yes.
15          Q.    Approximately how long did you live at
16   the Windmill Drive address?
17          A.    A few years.
18          Q.    At the 819 Tuition Court address where
19   you said you've lived for the last year, who else
20   lives with you at that address?
21          A.    My four children.
22          Q.    Anyone else living in the home?
23          A.    No.
24                (Holloway Exhibit No. 2 was marked for
25                  identification.)
```

1    BY MR. HARRIS:

2         Q.    Ms. Holloway, I'm going to show you

3    what's been marked as Exhibit No. 2 for your

4    deposition today, with copies to counsel.

5              If you would take a look at Exhibit 2,

6    do you recognize that document for any reason?

7         A.    I do not recall.

8         Q.    You don't recall ever seeing that

9    document?

10        A.    No.

11        Q.    How long have you lived in the City of

12   Virginia Beach?  Total.

13        A.    Let's see.  Probably the majority of my

14   life so I was trying to think of -- a majority of my

15   life I've lived in Virginia Beach.

16        Q.    My mother always taught me it was very

17   rude to ask a woman her age, so can you tell me what

18   that number is for you?

19        A.    That would be 41.

20        Q.    So a majority of your adult life you've

21   lived in the City of Virginia Beach?

22        A.    Yes.

23        Q.    Yes, ma'am.  Thank you.

24              I'm going to ask you to look at that

25   map.  And admittedly, it's quite small.  I should

14

1    ask, you don't have any seeing impairments that

2    prohibit you from seeing that map?

3         A.    It is very small and you barely can

4    recognize what you're asking me to really look at.

5         Q.    This is Appendix A from the amended

6    complaint that was filed in this case.

7         A.    Okay.

8         Q.    It has -- in the top left corner where

9    you'll see a yellow shaded area there are two stars.

10   Do you see those two stars in the top left?

11        A.    I do not see -- okay.  I think I -- I'm

12   making out what you're referring to, I think.

13             MR. HARRIS:  With counsel's permission,

14   I'll point the witness in that direction.

15             MS. HARLESS:  Yeah.

16   BY MR. HARRIS:

17        Q.    I'm referring to these as red stars

18   (indicating).

19        A.    Okay.

20        Q.    The furthest top left and then

21   immediately to its right as you look at the map is

22   another red star.

23        A.    Uh-huh.

24        Q.    Do you recognize either of those red

25   stars as being in the approximate location of 819

1   Tuition Court?

2              MS. HARLESS:  Objection, calls for

3   speculation.

4        A.    I'm sorry.  I can't make out anything on

5   here.

6   BY MR. HARRIS:

7        Q.    I'll refer you back to what was

8   previously marked as an exhibit in Ms. Georgia

9   Allen's deposition that was held this morning.  I

10   will offer to you this is a larger version of the

11   same map and ask you to take a look at it and see if

12   that helps.

13        A.    Okay.  What was your question?

14        Q.    My question is, can you identify one of

15   those red stars as being in the general area of 819

16   Tuition Court in Virginia Beach?

17              MS. HARLESS:  Objection, calls for

18   speculation.

19              You can answer.

20        A.    Again, I'm not familiar -- there's a

21   star that's circled here, but I don't know...

22   BY MR. HARRIS:

23        Q.    So your testimony is as you view that

24   map now, you're not able to identify if one of those

25   two stars is near where you're currently living at

1    819 Tuition Court?

2         A.    Well, there -- there is -- I can make

3    out a street name here.

4         Q.    Which street is that, ma'am?

5         A.    And that is Baker Road.  But I don't

6    know in proximity to the address that you're asking

7    for where that would be on here.

8         Q.    Well, I'm asking about 819 Tuition

9    Court, your --

10        A.    Right.

11        Q.    -- residential address.

12              Which neighborhood is that?

13        A.    That's what I'm saying.  I don't know

14   using this particular map because it's using a

15   street that is rather long, and in proximity to 819,

16   I don't know where it would fall.  So you're asking

17   if one of the -- the stars is in approximation, and

18   I truthfully can't give you a response.

19        Q.    Let me ask you without referencing the

20   map, what neighborhood do you live in?

21        A.    That would be -- it's called Campus

22   East.

23        Q.    Do you know in what general area of the

24   City of Virginia Beach Campus East is?

25        A.    It is located off of Baker Road.  But

```
 1    Baker Road is rather long.

 2          Q.    You'll see there is one star near Baker

 3    Road and the other star is not near Baker Road.  Is

 4    that correct?

 5          A.    You mean the star that is circled?

 6          Q.    Yes, ma'am.

 7          A.    Okay.  It -- as far as this map is

 8    concerned, it does not appear to be near Baker Road.

 9    No.

10          Q.    What would you say is the nearest cross-

11    street to Tuition Court?

12          A.    It would be Baker Road and Campus.

13          Q.    This 819 Tuition Court address, have you

14    been living there continuously for the last year?

15          A.    Yes.

16          Q.    And you had mentioned that for a few

17    years before you had been living at 3683 Windmill

18    Drive in Virginia Beach; is that correct?

19          A.    Yes.

20          Q.    Did you live continuously at Windmill

21    Drive for those number of years?

22          A.    Yes.

23          Q.    Where is Windmill Drive located?  What

24    neighborhood, I should say.

25          A.    It -- Windmill Drive, oh, gosh.  You're
```

1   asking what neighborhood?

2        Q.    Yes, ma'am.

3        A.    I believe it's Green Run.

4        Q.    I'll ask you the same question in

5   relation to Tuition Court.  What's the nearest major

6   cross-street to the Windmill Drive address?

7        A.    Rosemont Road and Dahlia.  And again,

8   all this is to the best of my knowledge.

9        Q.    Do you know which voting district you're

10  in for 819 Tuition Court?

11       A.    You mean where -- where -- are you

12  asking where do I vote?

13       Q.    I'm asking you which district you're in.

14       A.    Oh, for the -- I believe the second.

15            MR. BOYNTON:  City Council district, not

16  congressional.

17       A.    Oh.

18            MR. BOYNTON:  Sorry.  I'm helping him.

19       A.    Oh, no, I'm not --

20            MS. HARLESS:  There's no question

21  pending.

22            MR. BOYNTON:  I'm sorry.  I'm talking

23  with counsel.  I didn't mean to throw you off.

24  BY MR. HARRIS:

25       Q.    My more appropriate question, I should

1   say, is, are you aware of which City Council

2   district you live in?

3        A.   I -- I don't recall off the top of my

4   head now, no.

5        Q.   Are you registered to vote in Virginia

6   Beach?

7        A.   Yes.

8        Q.   In the last four years have you ever

9   lived anywhere other than the Windmill Drive and

10  Tuition Court address?

11       A.   I don't recall definite -- a definite

12  response.  So I guess I'll say I -- I don't recall.

13  To give a definite.

14       Q.   Are there any other addresses then that

15  you can think of where you may have lived?

16       A.   In --

17       Q.   In the last four years, other than

18  Windmill Drive and Tuition Court.

19       A.   Yes.  We were homeless for some time.

20       Q.   When were you homeless?

21       A.   I don't recall.  I'm sorry.  I can tell

22  you that we were homeless.  And I don't recall

23  dates.

24       Q.   You've been homeless in the last four

25  years?

1        A.      Yes.

2        Q.      How many times?

3        A.      A couple of times.

4        Q.      Do you count that as two?

5        A.      Yes.

6        Q.      And you have no recollection of when in

7    that last four-year period those two spats of

8    homelessness occurred?

9        A.      Right now I just don't recall.  I'm

10   sorry.

11       Q.      Did you become homeless while you were

12   living at the Windmill Drive address?

13       A.      Well, as a direct result of some of the

14   apartheid, oppressive behaviors of the City, I was

15   not afforded housing opportunities.  So yes.  The

16   answer to that would be yes.

17       Q.      So that you became homeless while you

18   were living at 3683 Windmill Drive?

19       A.      Yes.  After living there.  So I was

20   actually placed there through a homeless program,

21   and, unfortunately, was abandoned.  And there was

22   another point where we became homeless, displaced

23   again.

24       Q.      Because of the condition of 3683

25   Windmill Drive?

```
 1              MS. HARLESS:  Objection,
 2   mischaracterizes the testimony.
 3   BY MR. HARRIS:
 4        Q.    I'm trying to understand how you became
 5   homeless at 3683 Windmill Drive.
 6        A.    It was a direct result of my challenging
 7   the City about the treatment of minorities,
 8   including my family, and it was retaliation.
 9        Q.    By who?
10        A.    The City of Virginia Beach.
11        Q.    I'm asking for particular people or
12   names.
13        A.    I don't have specific names off the top
14   of my head.  I can only speak to my experience, and
15   that's what happened.
16        Q.    It is your testimony today that your
17   homelessness resulted from the retaliation of these
18   unnamed individuals?
19              MS. HARLESS:  Objection, asked and
20   answered.  Argumentative.
21   BY MR. HARRIS:
22        Q.    You can answer the question.
23        A.    Yes.
24        Q.    Was that the only time you became
25   homeless at 3683 Windmill Drive?
```

```
 1        A.    To my knowledge.
 2        Q.    Wouldn't you remember if you became
 3   homeless another time at 3683 Windmill Drive?
 4              MS. HARLESS:  Objection, argumentative.
 5              MR. HARRIS:  It's not a proper objection
 6   in this deposition.  Please stop doing that.
 7              MS. HARLESS:  Sir, it is a proper
 8   objection in this deposition.  Don't ask an
 9   argumentative question.
10   BY MR. HARRIS:
11        Q.    Ma'am, you can answer the question.
12        A.    What was the question?  I'm sorry.
13        Q.    The question is, do you remember any --
14   wouldn't you remember any other time that you became
15   homeless while living at 3683 Windmill Drive?
16        A.    I'm giving my responses to the best of
17   my recollection.
18        Q.    You recall becoming homeless at 819
19   Tuition Court?
20        A.    We've experienced some struggles as a
21   direct result, again, but for the most part, I --
22   I'm hanging in there.
23        Q.    Ma'am, my question is did you become
24   homeless while you were living at 819 Tuition Court.
25              MS. HARLESS:  Objection, asked and
```

1    answered.

2                    MR. HARRIS:  It has not been asked and

3    answered.

4                    MS. HARLESS:  You just asked it.  She

5    gave you an answer.

6                    MR. BOYNTON:  It wasn't answered.

7                    MS. HARLESS:  She did.

8                     MR. HARRIS:  Are you instructing her not

9    to answer?

10                   MS. HARLESS:  No, but I'm perfectly able

11   to place an objection on the record.

12                    MR. HARRIS:  Asked and answered is not a

13   proper objection at a federal deposition.  Asked and

14   answered informs the witness that they should be

15   giving the same answer that they did to the last

16   question.  Your objections under the rules should be

17   specific, and asked and answered is not a proper

18   objection.  It's the equivalent of a speaking

19   objection.

20                   MS. HARLESS:  It's not.

21                   MR. HARRIS:  You're coaching the

22   witness.

23                   MS. HARLESS:  It's a proper -- I'm not

24   coaching the witness.  You're asking the same

25   question multiple times.

24

```
 1    BY MR. HARRIS:
 2         Q.    Ma'am, I'm asking you whether you recall
 3    becoming homeless at 819 Tuition Court.  While you
 4    were living there in the last year.
 5         A.    I'm stating my experiences for the
 6    record.  And to the best of my knowledge, every
 7    answer that I'm giving you is what I've experienced.
 8         Q.    The answer you just gave me does not
 9    include an answer to my question.  Which is, do you
10    recall in the last year becoming homeless while
11    living at 819 Tuition Court, 23462?
12         A.    What I expressed earlier was that, you
13    know, we have been struggling as a result of the
14    same oppressive activities that we experienced from
15    the City as we've lived at 819.  And I have -- I am
16    still in need of supports.  So that's why I answered
17    the -- the way that I did, because I said we're
18    hanging in there.  And so that was my response to
19    your question.
20         Q.    I understand the answer to your question
21    then to be no, you have not been displaced from your
22    home in the last year at 819 Tuition Court, 23462.
23    Am I incorrect in my assumption?
24         A.    To the best of my knowledge.
25         Q.    To the best of your knowledge what?
```

1         A.    You just made a statement.  And I

2    responded to the best of my knowledge.

3         Q.    Ms. Holloway, I'm asking you -- let me

4    state it a different way.  Would you agree with the

5    statement that you have not been homeless in the

6    last year?

7         A.    Yes.

8         Q.    Have you ever lived outside of Virginia

9    Beach?

10        A.    Yes.

11        Q.    When was that?

12        A.    Oh, gosh.  When I was in college.

13   Again, I don't want to give you wrong answers so I

14   don't -- I don't know the specific dates, but that's

15   the best I can do.

16        Q.    Where did you live when you were in

17   college?

18        A.    I lived in Norfolk where my -- my

19   college is.

20        Q.    Have you ever lived in Portsmouth?

21        A.    We did live in -- yes.

22        Q.    When did you live in Portsmouth, ma'am?

23        A.    Oh, gosh.  Again, I don't remember

24   specific dates.  It was a number of years ago,

25   though.

1        Q.    Prior to the four years that we've been

2    referring to as the Windmill Drive and Tuition Court

3    address?

4        A.    Yes.

5        Q.    You have not been living in Portsmouth

6    in the last four years?

7        A.    No.

8        Q.    Do you run a business in Portsmouth?

9        A.    No.

10       Q.    Have you ever lived in Newport News?

11       A.    Not to my recollection, no.

12       Q.    Do you have any family ties to Newport

13   News?

14       A.    I am -- I don't know.  I may.  I don't

15   know.

16       Q.    To the best of your knowledge, you don't

17   have any family ties to Newport News?

18           MS. HARLESS:  Objection, asked and

19   answered.

20   BY MR. HARRIS:

21       Q.    You can answer.

22       A.    I really don't know.  I may, but I don't

23   know.

24       Q.    In Norfolk did you ever live at 509 West

25   35th Street?

```
 1        A.    I don't recall that address.

 2        Q.    Did you ever live at 860 West 35th

 3   Street?

 4        A.    Yes.  I recall that address.

 5        Q.    What was that address?

 6        A.    The one you just said?

 7        Q.    I'm saying what -- why do you recall

 8   that address, 860 West 35th Street?

 9        A.    You just -- you asked me if I lived

10   there, and I said yes, I recall that address.

11        Q.    When did you live there?

12        A.    Oh, gosh.  I don't recall.  I believe --

13   I don't want to say anything wrong, but I don't

14   recall.

15        Q.    Have you ever lived at 3776 Summer Place

16   in Virginia Beach, Virginia?

17        A.    Yes.  That sounds familiar.

18        Q.    Do you recall when you lived at that

19   address?

20        A.    Oh gosh, I'm so sorry.  It -- it was

21   years ago, but I don't recall the year.

22        Q.    Did you ever live at 3036 Barberry Lane

23   in Virginia Beach?

24        A.    Yes.

25        Q.    When did you live at that address?
```

28

```
 1          A.      When I was a child.

 2          Q.      What about the address 4913 Erskin,

 3   E-R-S-K-I-N, Street in Virginia Beach?

 4          A.      Yes.  That sounds familiar, but again, I

 5   don't remember the years and the order.

 6          Q.      Did you ever live at 312 West 26th

 7   Street in Norfolk?

 8          A.      What was it again?

 9          Q.      312 West 26th Street in Norfolk.

10          A.      I don't recall that address.

11          Q.      Did you ever live at 847 Spence Circle

12   in Virginia Beach?

13          A.      I believe so.

14          Q.      Did you ever live at 121 Wilcox Avenue

15   in Portsmouth, Virginia?

16          A.      I believe so.

17          Q.      Do you recall when that was?

18          A.      I do not.  I'm sorry.

19          Q.      As of 2009 did you consider yourself a

20   resident of Virginia Beach or of Norfolk?

21          A.      I don't recall where I was at that time.

22   I don't know.

23          Q.      Is it fair to say it could have been

24   either Virginia Beach or Norfolk at that time?

25          A.      I don't recall.
```

```
 1              Q.     Ms. Holloway, I want to talk about your
 2     initial involvement as a plaintiff in this case.  It
 3     would be correct to say that you filed this case pro
 4     se, or by yourself, initially; is that correct?
 5              A.     Yes.
 6              Q.     And I should clarify in this avenue of
 7     questions or these series of questions I am not
 8     asking you any -- to tell me about any discussions
 9     you've had with the Campaign Legal Center or any of
10     their attorneys.  I am interested to know, when you
11     initially filed this lawsuit as a plaintiff, did you
12     have assistance or support from other members of the
13     African American community in that filing?
14              A.     What do you mean?
15              Q.     Did people support you in that filing or
16     did people help you write it?
17              A.     You mean -- I mean what -- what -- who
18     are you referring to as people?
19              Q.     Anyone.
20              A.     I did seek legal supports.
21              Q.     I don't want to ask for any conversation
22     you had with counsel.  I'm asking for individual
23     citizens, so let me rephrase my question.  When you
24     were initially involved in this lawsuit by filing
25     the pro se complaint, did you have support from
```

```
 1    other members of the African American community,

 2    excluding legal counsel?

 3          A.    Not to my knowledge.

 4          Q.    Did you have any assistance -- well, of

 5    course, excluding legal counsel, from any members of

 6    the Asian American community?

 7          A.    Not to my knowledge.

 8          Q.    Did you have any assistance, excluding

 9    counsel, from the members of the Hispanic American

10    community?

11          A.    Not to my knowledge.

12          Q.    Were there any organizations that

13    assisted you or supported you in your filing of the

14    initial complaint?

15          A.    I sought legal counsel.

16          Q.    Did you receive any assistance from the

17    United Front for Justice?

18          A.    Not to my knowledge.

19          Q.    Did you receive any assistance from an

20    individual by the name of Roy Perry-Bey?

21          A.    Not to -- not -- he's a personal friend

22    of mine, so...

23          Q.    Excluding conversations with counsel,

24    when did you become first involved with Ms. Georgia

25    Allen?  Relating to this lawsuit.
```

1       A.     Are you asking for a date?

2       Q.     Let me ask first how it happened.   I

3   don't need the date.

4       A.     I have met Ms. Allen casually and that

5   was about it.  I really didn't have a lot of

6   interaction with her.

7       Q.     Excluding conversations with counsel, do

8   you know how she became involved as a co-plaintiff

9   in this case?

10       A.     Well, I have been just talking to any

11   and everyone that I can regarding this case, and

12   when I expressed to her what I was doing, she was

13   interested in helping.

14       Q.     You used the phrase anyone and everyone

15   and then also mentioned Ms. Allen.  Do you recall

16   any other people by name that you may have spoke to?

17       A.     I don't recall any particular names,

18   unfortunately.

19       Q.     Do you keep a diary or a register or

20   daily calendar?

21       A.     No.

22       Q.     Is there anywhere where these names

23   would be recorded that you could go back and refresh

24   your memory?

25       A.     Not to my knowledge.

```
 1          Q.    Do you recall seeking the support of the
 2   Virginia Beach chapter of the NAACP for this
 3   lawsuit?
 4          A.    That is where I met Ms. Allen.
 5          Q.    Do you recall approximately when you
 6   sought the assistance of NAACP?
 7          A.    Several years ago.
 8          Q.    Had you already filed the initial
 9   complaint?
10          A.    Yes.  I believe so.
11          Q.    Had you been involved with the NAACP
12   before?
13          A.    Not really.
14          Q.    Had you been involved in any civil
15   rights activism groups?
16          A.    Not groups.  No.
17          Q.    Help me understand that clarification.
18   When you say "not groups," was it something else?
19          A.    No.  I -- you know, I'm an African
20   American in the City of Virginia Beach so I very
21   much have been outspoken about the treatment of
22   minorities within the city.  Myself.
23          Q.    Have you ever been involved with a group
24   similar to the NAACP that pursues civic causes or
25   other criminal justice reform-type measures?
```

1        A.     Not to my knowledge.  No.

2        Q.     Have you ever been involved with any

3   Asian American groups in Virginia Beach?

4        A.     No.

5        Q.     Have you ever been involved with any

6   Hispanic American groups in Virginia Beach?

7        A.     No.  Not to my knowledge.

8        Q.     When you spoke or went to the NAACP did

9   you also raise with them the concerns you had

10  regarding your other federal lawsuit relating to

11  your son?

12       A.     Yes.

13       Q.     Did you talk to Ms. Georgia Allen about

14  both of those lawsuits?

15       A.     No.  I -- I didn't talk specifically

16  about any lawsuit.  I spoke in general about what's

17  been going on within the city, the dynamics within

18  the city, and the apartheid system that's oppressed

19  minorities within the city.

20       Q.     When you went to the NAACP and you met

21  Ms. Allen for the first time, is it your testimony

22  that you did not discuss the complaint that you had

23  filed related to the Voting Rights Act?

24       A.     That's what I -- I just said.

25       Q.     Is that also your testimony then that

34

1    you did not discuss with Ms. Allen when you went to

2    the NAACP that -- excuse me.  Is it also your

3    testimony that you did not discuss your case

4    relating to your son with Ms. Allen when you first

5    went to the NAACP?

6         A.    No, the purpose was to -- to find

7    counsel.  So that was the -- what we were

8    discussing.  For her to just help with that.

9         Q.    Help you find counsel for the lawsuits,

10   I assume, right?

11        A.    For -- yes, at that time.

12        Q.    So I'm having difficulty understanding

13   how you could have a conversation about needing

14   counsel for the lawsuits but not also discuss the

15   lawsuits themselves.

16        A.    Because I didn't have anything to

17   present.  We didn't have like a sit-down discussion

18   specifically about what was going on.  It was in

19   very general, you know, Hey, is this the NAACP

20   building?  You know.  Yes, welcome.  Come on in.

21        Q.    And I'm sorry.  I think I asked you this

22   question already, but how many years did you say

23   approximately you've been living in the City of

24   Virginia Beach?

25        A.    Most of my -- my life.

1       Q.      That's right.  You said the majority of

2   your adult life.

3       A.      Right.

4       Q.      Are you aware of efforts within the

5   African American community to change to a district

6   or a ward system within the City of Virginia Beach?

7   Historically.

8       A.      I am only aware of my efforts.  I can't

9   speak to anyone else's.

10      Q.      You've used the phrase "apartheid

11  system" twice in this deposition so far.  Can you

12  give me a description or detail of what you mean

13  when you say that?

14      A.      It is a system where nonwhites are not

15  afforded the same opportunities within the city as

16  whites.

17      Q.      Can you give me some examples?

18      A.      A great example would be the one that

19  I've already provided with my housing.  And me

20  having been found eligible as a homeless individual

21  for housing, I was subjected to discrimination and

22  denied that opportunity for no other reason but for

23  being a minority.

24      Q.      You've said a lot there in one sentence

25  so I'm going to move back to you were homeless

```
 1   before the time you went into the housing at
 2   Windmill Drive?
 3         A.    I -- that was how I was placed in that
 4   housing, yes.
 5         Q.    And it's your opinion that the placement
 6   there was the result of some prejudice of the City
 7   of Virginia Beach?
 8         A.    No.  What I was referring to was the
 9   abandonment of my family, being able to remain even
10   on the program and subjected to, once again,
11   homelessness within the City of Virginia Beach, is a
12   great example.
13         Q.    Help me understand what you mean by the
14   abandonment.  I don't understand that phrase as
15   you're using it.
16         A.    Okay.  Well, whenever you're on a
17   program within the City, the City gives you the
18   details to said programs.  You're required to follow
19   certain guidelines, and as long as you follow those
20   guidelines, it should be fair for anyone who is
21   participating to remain on those programs.  And,
22   unfortunately, I was not afforded that opportunity
23   because of my African American status.  And...
24         Q.    Your -- help me connect the program and
25   the requirements to you being displaced because
```

1   you're African American.  I don't understand how

2   that can happen.

3        A.    Exactly.  It's a violation of law.

4   However, it happened to my family so I can only

5   speak to what we've experienced.  And the experience

6   living in the city is very painful.

7             And so that's why I'm here today giving

8   this deposition.  To just speak to that.

9        Q.    So I'd ask you now to speak to it.

10  Specifically, what happened at Windmill Drive that

11  you believe was truly racist and prejudiced?

12       A.    The exclusion from being afforded the

13  opportunity to even participate in said program.

14       Q.    But --

15       A.    Is the premise of my argument.

16       Q.    But I'm having difficulty understanding

17  because you've testified today that you actually

18  lived in the house.  So help me understand where I'm

19  not -- I'm not getting it.

20       A.    Yes.  So that should have been a

21  continuation of services.  And said services was

22  then stricken from my family because of my efforts

23  to speak out against the apartheid system within the

24  City.

25       Q.    What services were stricken from your

38

1    family?

2         A.    Our housing specifically.

3         Q.    So you were forced to move out of the

4    Windmill Drive address?

5         A.    We were -- we were placed -- or

6    displaced from the program.

7         Q.    Who in the City of Virginia Beach is

8    responsible for administering that program, if you

9    know?

10        A.    I do not know.

11        Q.    Did you call to express your concerns to

12   the City of Virginia Beach?

13        A.    I have expressed my concerns.

14        Q.    I'm referring specifically to this

15   incident at Windmill Drive.  Did you call to express

16   those concerns about your displacement from Windmill

17   Drive to the City of Virginia Beach?

18        A.    I have -- I answered it.  I said I have

19   expressed my concerns.

20        Q.    Do you know which department you

21   expressed those concerns to?

22        A.    Housing.

23        Q.    Do you recall anyone you would have

24   spoken to at Housing?

25        A.    I -- not off the top of my head, no.

39

```
 1          Q.     Did you call on the phone?
 2          A.     Yes.
 3          Q.     Did you ever send e-mails?
 4          A.     I don't recall.  I don't recall.
 5          Q.     Were you assigned a case worker in that
 6   instance?
 7          A.     Yes.
 8          Q.     Who was your case worker?
 9          A.     I don't recall her name.
10          Q.     You have no idea what her name is?
11          A.     I don't recall, no.
12          Q.     Do you have that name written down
13   anywhere?
14          A.     I'm sure I do.
15          Q.     Where would that most likely be?
16          A.     I don't -- I may -- I don't know.  I may
17   have an old card that she gave me I think some years
18   back I can try to find.
19          Q.     Which housing program were you in that
20   you were assigned that case worker?
21          A.     I don't recall the name specifically of
22   the program, but it was through the City of Virginia
23   Beach housing.
24          Q.     Do you know if it was Section 8 housing?
25          A.     That would have been the next step.  I
```

40

1   don't recall, you know, what specifically it was.

2        Q.    So if I understand you, you didn't get

3   to Section 8 housing in the City of Virginia Beach?

4        A.    Right.

5        Q.    This Windmill Drive address, is that

6   public housing?

7        A.    I don't know what you mean by that.

8        Q.    You were placed in that house by the

9   City of Virginia Beach, correct?

10       A.    I was in a program through the City of

11  Virginia Beach, but it wasn't necessarily a

12  placement.

13       Q.    Let me ask it a different way.  Did they

14  provide you that address and say that this is the

15  house that you've qualified for --

16       A.    No.

17       Q.    -- or are eligible for?

18       A.    No.

19       Q.    So you personally sought out this

20  Windmill Drive address and the City of Virginia

21  Beach was to reimburse you for expenses or partial

22  expenses at that location?

23       A.    Not reimburse but support.  In the

24  program we did get support to remain in the house.

25       Q.    The Tuition Drive address, is that also

```
 1    through public assistance?

 2         A.    No.

 3         Q.    After leaving the Windmill Drive address

 4    and then living at the Tuition Court address, are

 5    you still on any sort of public assistance

 6    personally?

 7         A.    As far as what?

 8         Q.    Any public services.

 9         A.    I do receive services for my children.

10         Q.    Do you own or rent at Tuition Court?

11         A.    Rent.

12         Q.    Being unemployed for nine years and not

13    receiving services for yourself, how do you pay for

14    your rent?

15         A.    Disability.

16         Q.    I want to go back to your interaction

17    with the NAACP and ask you if there were any other

18    civic organizations that you've been a member of or

19    participated in in the City of Virginia Beach?

20         A.    I don't recall.

21         Q.    Have you ever advocated for a ward or a

22    district system before the City Council of the City

23    of Virginia Beach?

24         A.    What is the question?

25         Q.    Have you ever advocated for a ward
```

1   system or a district system before the City Council

2   of the City of Virginia Beach?

3        A.    Not to my -- are you asking if I went to

4   City Council?

5        Q.    Yes, ma'am.

6        A.    No.  Not to my knowledge.

7        Q.    You've never spoken at open mike or an

8   agenda item before the City Council as to district

9   or ward voting?

10       A.    No.

11       Q.    Prior to the filing of the lawsuit did

12  you ever reach out to any Council member regarding

13  your desire to change the City of Virginia Beach

14  from the at-large system to the district or a ward

15  system?

16       A.    Not to my knowledge.

17       Q.    Have you ever spoken to the Virginia

18  Beach City Council on an issue of concern for you?

19       A.    I don't recall.  I don't recall.

20       Q.    Did you ever participate in the

21  redistricting that occurred following the 2010

22  Census through the NAACP or otherwise?

23       A.    Not to my knowledge.

24       Q.    Have you ever been an advocate or a

25  proponent of any other social issue in the last four

1     years before the City of Virginia Beach?

2          A.    What do you mean?

3          Q.    I'm asking you whether you -- you said

4     you've never spoken to City Council in reference to

5     the voting system in the City of Virginia Beach.

6     And now I'm asking whether you've addressed City

7     Council through your presentation, e-mail, or

8     otherwise for any other issue in the last four

9     years.

10         A.    I don't recall.

11         Q.    Have you ever participated on any of the

12    City of Virginia Beach's boards or commissions?

13         A.    Not to my knowledge.

14         Q.    Have you ever participated as a

15    volunteer for the City of Virginia Beach in any

16    capacity?

17         A.    I don't recall.

18         Q.    Have you ever attended the Virginia

19    Beach Human Rights Commission meetings?

20         A.    I don't recall.

21         Q.    That was a bit of an unfair question.

22    Are you familiar with the Virginia Beach Human

23    Rights Commission?

24         A.    I've heard of that.

25         Q.    Do you know if you have ever been to any

```
 1    of their meetings?

 2         A.    I don't recall.

 3         Q.    Are you familiar with the Minority

 4    Business Council in Virginia Beach?

 5         A.    I do not -- I have no knowledge of that.

 6         Q.    Are you aware that there was a disparity

 7    study done in the City of Virginia Beach?

 8         A.    Oh, yes.

 9         Q.    Have you had the opportunity to review

10    that disparity study yourself?

11         A.    No.

12         Q.    What is your understanding of how that

13    disparity came to be?

14         A.    I, you know, really don't know how

15    the -- you're talking about the study itself?

16         Q.    Yes, ma'am.

17         A.    I don't know.

18         Q.    Let me go briefly back to the Virginia

19    Beach Human Rights Commission.  Are you -- you said

20    you were generally aware of that group.  Is that

21    fair?

22         A.    I've heard of it.

23         Q.    Do you know their mission?

24         A.    No.

25         Q.    Do you know who sits or serves on that
```

45

1    commission?

2           A.    Not to my knowledge, no.

3           Q.    Have you ever heard of Vision 2040?

4           A.    No.

5           Q.    Are you aware of the African American

6    Cultural Center?

7           A.    I've heard, but no, I have not.

8           Q.    Do you have any involvement with the

9    African American Cultural Center?

10          A.    Not to my knowledge.

11          Q.    Do you have any knowledge regarding the

12   relationship between the City of Virginia Beach and

13   the African American Cultural Center?

14          A.    I don't recall.

15          Q.    Are you familiar with the City Council

16   candidate by the name of Aaron Rouse?

17          A.    Yes.

18          Q.    Can you tell me what you know about Mr.

19   Rouse?

20          A.    He's currently on Council.

21          Q.    Do you know him to be an African

22   American male from the Seatack neighborhood?

23          A.    I do not know specifics about him.

24   Personally.

25          Q.    During the 2018 City Council election

1    did you understand him to be the African American

2    preferred candidate?

3                    MS. HARLESS:  Objection to form.

4                    You can answer.

5         A.    I cannot speak to anyone else's, you

6    know, involvement.  I only knew his election was

7    pretty much a special circumstance.  That's all I

8    really know.

9    BY MR. HARRIS:

10        Q.    You say that with some certainty.  Tell

11   me what you mean by special circumstance.

12        A.    Well, he was elected in this past

13   election.  So...

14        Q.    Was there anything particular about his

15   election that you would call special or was a

16   special circumstance?

17        A.    Yes.  I do believe that his election was

18   directly correlated with my complaint.  In addition

19   to Ms. Wooten.  I believe it to be just a

20   manipulation once again of the system.  Because of

21   my complaint specifically.

22        Q.    So is it your testimony that the

23   election of Aaron Rouse and Sabrina Wooten is in

24   some way in response to your complaints to the City

25   of Virginia Beach?

47

```
 1              MS. HARLESS:  Objection,
 2    mischaracterizes.
 3    BY MR. HARRIS:
 4         Q.    You can answer.
 5         A.    I do believe that it is directly
 6    correlated with my complaint.
 7         Q.    Let me be clear.  When you say
 8    "complaint," do you mean the formal complaint you
 9    filed with the federal court or some complaint you
10    filed with a person in the City of Virginia Beach?
11         A.    I would say specifically to my complaint
12    filed with federal court pertaining to the at-large
13    system.
14         Q.    What leads you to that conclusion?
15         A.    Because never before has the City of
16    Virginia Beach had two minorities sitting on Council
17    at one time, so it was just a special circumstance
18    that this has occurred.
19         Q.    You know him to be a standout football
20    player in high school and college?
21         A.    I do not know that.
22         Q.    Did you know that he played in the NFL?
23         A.    I think I've heard that, but I don't
24    know for sure.
25         Q.    Did you know that he got the highest
```

48

```
 1   number of votes ever in the City of Virginia Beach?
 2        A.    No.
 3        Q.    Did you attend any campaign events for
 4   him?
 5        A.    No.
 6        Q.    Any reason to believe he's not otherwise
 7   a qualified and capable candidate?
 8        A.    I don't have anything to speak for or
 9   against him.
10        Q.    Have you talked to anyone else that
11   shares your opinion of this special circumstance of
12   Aaron Rouse?
13        A.    No.
14        Q.    Do you have any information that would
15   lead you to believe that the majority of the
16   population in the City of Virginia Beach was even
17   aware of your lawsuit?
18        A.    Do I have any reason to believe?  It's
19   public knowledge.  You can -- anyone can obtain that
20   information.
21        Q.    Did you ever hear any instances where
22   current Council members were speaking publicly about
23   your pro se filing?
24        A.    I have heard certain Council persons
25   address my desire for the ward system, yes.
```

49

```
 1          Q.     Let's talk about those.  Which Council
 2    members were they?
 3          A.     That would be Moss, and that was just
 4    in -- on like a recording I saw that.
 5          Q.     Do you recall what he said?
 6          A.     He spoke to that it was an unjust system
 7    and that he did believe that it should be changed.
 8          Q.     Do you know where you watched that
 9    recording?
10          A.     It was on the Internet.
11          Q.     It's a big place.
12          A.     Uh-huh.
13          Q.     Do you know if it was the City of
14    Virginia Beach website?
15          A.     I don't recall what website it was.  And
16    even with Jessica Abbott's response to that, I don't
17    recall what website that was either, but I do know
18    that she made a response.
19          Q.     Do you recall it being a formal setting
20    in which they were providing these statements, or
21    was this a -- you know, a Facebook video?  Do you
22    have any recollection of where these came from?
23          A.     It appeared to be an interview.  I can't
24    speak to exactly what it was.
25          Q.     Do they mention your lawsuit filing
```

50

1    specifically?

2          A.    I don't recall.

3          Q.    These statements by Moss and Abbott, was

4    that in the same video or are we talking about

5    separate videos?

6          A.    I don't recall if Abbott's was a video.

7    I just recall reading her response.

8          Q.    Did you read that online?

9          A.    Yes.

10          Q.    Do you recall where you read it?

11          A.    I do not.  It was on the Internet.

12          Q.    Do you use Facebook?

13          A.    Sporadically.  I don't really know how

14    to use it very well, but yes.

15          Q.    So it's possible that's a place you may

16    have seen it?

17          A.    I don't think so.

18          Q.    Do you frequent the vbgov.com website

19    often?

20          A.    No.  I can't say that I do.

21          Q.    Do you frequent our local news site,

22    websites frequently?

23          A.    I don't frequent them, no.

24          Q.    Let me ask it this way.  Where do you

25    get your news?

```
 1          A.     From television, so it could have been
 2   on television.  And sometimes you get the little
 3   news feed that pops up, you know, from the news
 4   interviews.  So that's what it was, I believe.  It
 5   was an interview, it looked like.
 6          Q.     You've mentioned Councilman Moss and
 7   Councilman Abbott.  Were there any other Council
 8   members you recall making statements that you
 9   perceived to be support for your lawsuit?
10          A.     I do not recall.
11          Q.     You referred to Aaron Rouse's election
12   as a special circumstance and you also mentioned
13   that Sabrina Wooten's election would also be
14   considered a special circumstance in your mind?
15          A.     Yes.
16          Q.     Are the same reasons that you call it a
17   special circumstance for Aaron Rouse --
18          A.     Yes.
19          Q.     -- they're the same reasons you would
20   call it special circumstances for Sabrina Wooten?
21          A.     Yes.
22          Q.     Do you consider it generally a positive
23   that the Virginia Beach City Council now contains
24   two African Americans?
25          A.     I consider it a positive.  However, that
```

1   has not been the experience and it has not been

2   consistent throughout my lifetime.  And before.

3        Q.    Do you believe that Aaron Rouse is

4   attentive to the needs of the African American

5   community?

6        A.    I can't speak to that.

7        Q.    Do you believe that Sabrina Wooten is

8   attentive to the needs of the African American

9   community?

10       A.    I can't -- I do not believe so, no.  But

11  I can't speak to that.

12       Q.    Well, you said you do not believe so.

13  I'm interested to know why.

14       A.    You asked my opinion and I just gave it.

15       Q.    What informs that opinion?  What facts?

16       A.    I just believe that their election was a

17  manipulation of our current system to discredit my

18  complaint.  And I stand firmly on that belief.  And

19  my evidence is that prior to my complaint, that has

20  never happened before.  So that's my belief.

21       Q.    Do you have any other facts or evidence

22  that would inform that belief of manipulation of the

23  system?

24       A.    I do believe there are reports that are

25  being presented to the courts that support such.

```
 1          Q.    Have you had an opportunity to review
 2    the reports that were presented to the courts?
 3          A.    No.
 4          Q.    I'm referring specifically now to
 5    experts retained in this case, the plaintiffs' case.
 6    Have you had an opportunity to review their reports?
 7          A.    No.
 8          Q.    Do you believe there's a lack of
 9    responsiveness on the parts of all elected officials
10    to the needs of the African American community?
11          A.    Absolutely.
12          Q.    Can you tell me where those areas are?
13          A.    I would say in every aspect of living
14    within the City of Virginia Beach there is
15    definitely a deficit in the representation of
16    minorities.  Again, it is an apartheid system, it is
17    a system where the voices of the white individuals
18    have a lot of representation.  Unfortunately,
19    minorities, they lack in the area of education, they
20    lack in the area of employment, they lack in the
21    area of housing, just straight across the board, in
22    every aspect of living within the city.  There's
23    just a breakdown and it's -- it's painful being an
24    African American living within the city to live
25    within that breakdown.
```

1      Q.    Is it your opinion that Hispanic

2   Americans in Virginia Beach also suffer from those

3   same breakdowns?

4      A.    It is my opinion that all black and

5   brown individuals, which is what I consider to be

6   nonwhite, have experienced those breakdowns.

7      Q.    Then you would include Asian Americans

8   in that group of people who are suffering from the

9   breakdowns that you've described?

10      A.    I would include nonwhites, yes.

11      Q.    Have you studied or researched the

12   educational outcomes between these minority groups

13   in the City of Virginia Beach?

14      A.    I have delved a little into, you know,

15   researching only for, you know, the benefit of

16   persons with special education needs and things of

17   that nature.  And that's what I, you know, founded

18   my complaint.  That's how it initiated.

19      Q.    You would agree that your initial

20   complaint, however, did not include all minorities.

21   Your initial complaint only included African

22   Americans, correct?

23      A.    I'm in support of what my complaint

24   includes.

25      Q.    Do you mean your amended complaint?

1          A.    My amended complaint.  Yes.  Because

2    that's what apartheid is.  It's the separation.

3          Q.    Do you agree with the statement that the

4    City of Virginia Beach is an integrated city?

5              MS. HARLESS:  Objection to form.

6          A.    I would not agree with that statement

7    just on the mere fact that we've never had a person

8    of color in a position of the captain of the police,

9    we've never had a person of color in the position of

10   superintendent of the schools, we've never had

11   people of color in any positions that make decisions

12   within the dynamics of our city.  So I would

13   challenge that.

14   BY MR. HARRIS:

15         Q.    What about geographically?  Would you

16   say that there are any concentrated areas of African

17   Americans within the City of Virginia Beach?

18         A.    There absolutely are areas that are --

19   have a large -- if you're talking about the dynamics

20   within the city where minorities reside, and that's

21   my argument.

22         Q.    Can you give me some examples of those

23   predominantly minority neighborhoods?

24         A.    I would say most of the areas that you

25   listed as my places of living, I am considered in

56

```
1    that population so, therefore, you can look back on
2    those addresses.
3         Q.    Do you know any other neighborhoods?
4         A.    Not off the top of my head, but...
5         Q.    Do you know of any areas within the City
6    of Virginia Beach that are of a high concentration
7    of Hispanic Americans?
8         A.    Again, you could look at some of the
9    same areas that you've already listed as my former
10   places of residence.
11        Q.    What about any areas of high
12   concentration of Asian Americans within the City of
13   Virginia Beach?
14        A.    I -- I do not recall specifics.
15        Q.    You can't identify any neighborhoods
16   that might be predominantly Asian?
17        A.    No.
18        Q.    We've been going for about an hour and a
19   half.  Do you mind if we take a five-minute break?
20             MS. HARLESS:  Let's take a break.
21             (Recess)
22   BY MR. HARRIS:
23        Q.    Ms. Holloway, we're back on the record
24   after a short break, and I wanted to clarify two
25   points and then move on to my last line of questions
```

1    and then we'll let you go about the rest of your

2    day.

3              This reference that was made to the

4    apartheid system in the City of Virginia Beach, I

5    heard you attributing that to your housing situation

6    at Windmill Drive.  We've talked about that.  Do you

7    know any other individuals by name who have sort of

8    shared your experience?

9         A.    Not to my knowledge.

10        Q.    Other than in the housing department of

11   the City of Virginia Beach have you experienced a,

12   quote/unquote, apartheid system in other

13   departments?

14        A.    Absolutely.

15        Q.    What departments are those?

16        A.    Education.  The current system is just

17   an abomination.  Minorities are once again

18   underrepresented and they do not receive supports

19   that they should be receiving while being educated

20   in school.  I --

21        Q.    Let me -- before you go on -- I

22   apologize for interrupting you.  Before you go on,

23   what types of services are minorities not getting in

24   the City school system?

25              A.    Well, I would start with just

```
 1    identifying the needs of any individual if they have
 2    any types of disabilities.  I would follow that up
 3    within the educational system that they are supposed
 4    to then be provided with said accommodations and,
 5    unfortunately, that is not my experience.  My
 6    experience has been that the City of Virginia Beach,
 7    as a generalized method of working with minority
 8    children, has been conducting restraint, seclusions,
 9    mistreatments, you know, expulsions.  It's just the
10    pipeline from the educational setting straight into
11    prisons.  And it is just an abomination.  And bottom
12    line, we lack representation.  Bottom line, that
13    even when there are -- for example, in my case, even
14    when there are complaints made, you know, they're
15    dismissed.
16         Q.    The circumstances you're describing at
17    the City school system, is your opinion that this
18    treatment is exclusive to minorities?
19         A.    It is my opinion that this treatment is
20    exclusive to minorities.  Or -- or I should say the
21    protected classes, I will say.
22         Q.    What do you define as protected classes?
23         A.    That, basically I was referring to race
24    as the major portion of that statement.
25         Q.    So would it be fair for me then to say
```

59

1  it's your opinion that the nonwhite students are the

2  ones that are being subjected to this treatment in

3  the City of Virginia Beach public school system?

4       A.    That would be fair.

5       Q.    Do you have any facts or evidence to

6  support that opinion?

7       A.    I can only go by the reports that the

8  City of Virginia Beach provided to myself and other

9  parents that have attended both School Board

10  meetings as well as some of their additional

11  meetings connected with the schools.  So that was --

12  that was from -- directly from the school.  Not me

13  just making it up.

14       Q.    I'm not familiar with those reports.

15  Can you tell me where they came from?

16       A.    I don't have them with me, but I would

17  definitely advise that you can check with the School

18  Board because that's where I got my information

19  from, and they expressed the number of minorities

20  who are either expelled or excluded from said

21  education.  And so we're not just talking about the

22  lack of providing interventions.  We're talking

23  about total exclusion where they're being placed in

24  settings where they're not being educated.  And so

25  that's a major concern because -- I'm sorry.  Go

60

```
 1    ahead.
 2         Q.    Do those statistics, from your
 3    recollection, break down as white and nonwhite?
 4         A.    Yes.
 5         Q.    Or do they break down by racial group?
 6         A.    I don't recall them getting specific.  I
 7    just recall in the meeting that it was the -- I
 8    can't even recall who was giving the presentation,
 9    but they expressed that minorities within the City
10    of Virginia Beach are not graduating at the same
11    level of their white counterparts.  Not receiving
12    services at the level of their white counterparts.
13    Being placed in seclusion, being expelled from
14    school.  You know, whatever negative circumstances
15    that could occur within a school, the minorities
16    were receiving it at a higher rate than their white
17    counterparts.
18         Q.    And to be clear, when you say "the
19    minorities," in all the circumstances you're
20    referring to African American, Hispanic, Asian, and
21    any other racial minority?
22         A.    And again, I do not recall the breakdown
23    of the City of Virginia Beach Public Schools'
24    report.  I just recall her expressing minorities in
25    general.  So I don't know what that breakdown
```

1    specifically was.

2        Q.    Any other departments -- you've

3    mentioned housing and education -- now that you

4    would put the label of apartheid system on in the

5    City of Virginia Beach?

6        A.    Absolutely.  You know, the City, from my

7    recollection, expressed that they did not even

8    require a disparity study because they were already

9    aware of the disparities within the City pertaining

10   to providing opportunities for, you know, business

11   ownership within the City.  Contracts, obtaining

12   contracts within the City.

13            So every aspect within the City of

14   Virginia Beach is -- it's just been, you know,

15   hindrances that prevent individuals who are nonwhite

16   from being able to grow and prosper or even to be

17   able to participate at all.

18       Q.    Is it your opinion that across the line

19   there's no progress being made in these areas?

20       A.    I would express my experience is that,

21   you know, we have been subjected to an oppressive

22   system that has not afforded the same as my white

23   counterparts.  That is my experience.

24       Q.    Has there been any improvement that you

25   can point to in those areas?

```
 1          A.    I can't speak to that.
 2          Q.    Because you're unaware of it or because
 3    you can't identify any areas where you can identify
 4    improvement by the City of Virginia Beach?
 5          A.    I can't speak to that because my
 6    experience as living as an African American within
 7    the city has not been positive.  It's been painful
 8    and it continues to be painful.  As evidenced by,
 9    you know, my report to you that after I reported and
10    expressed these things happening, we experienced
11    retaliation.
12                So that's also another means of the
13    apartheid system, where the persons of power,
14    instead of embracing, supporting, you know, being
15    inclusive and trying to resolve said matters, their
16    means of dealing with those types of complaints has
17    been to retaliate.
18                And so myself, I just -- I have to speak
19    to that, regardless of what consequence the City
20    will again press on me.  I can only speak to my
21    experiences, and that has been my experience.
22          Q.    Are you aware of any programs within the
23    City of Virginia Beach that are seeking to improve
24    the condition of living for African Americans in the
25    City of Virginia Beach?
```

 1          A.    Not to my knowledge.

 2          Q.    Is it your opinion that the Mayor and

 3    the members of City Council do not have meaningful

 4    concern for the needs of the African American

 5    community?

 6          A.    I would agree with that fact that they

 7    have not been -- they've -- as far as I'm concerned,

 8    from what I've experienced, they've been very

 9    dismissive and not until my complaint even came

10    about did there become an interest in trying to

11    throw their support behind a minority to be on City

12    Council.  That's alarming.  That, to me, speaks to

13    the special circumstances that we were talking about

14    earlier.

15                I just think this has been very painful

16    to live within the city and continue to experience

17    this year after year after year.

18          Q.    Are you aware that there was a previous

19    referendum placed on the ballot to move to a ward

20    system in Virginia Beach?

21          A.    I'm aware that there was talk of it and

22    that's about as far as I know of, you know, what has

23    happened in the past.

24                But once again, when we're talking about

25    an apartheid system, persons that are in power are

64

1    not in -- accustomed to relinquishing that power.

2    And we're talking about myself as being a minority,

3    there being an inequity, it's not equal.  So persons

4    like myself that are the minority have not had the

5    opportunity to be -- to live in an environment where

6    their needs would be even met.  Because those

7    persons in power, they're not in the business of

8    giving up that power.

9            So if you're suggesting that there was

10   any type of vote where those persons were given

11   opportunities to decide whether there should be an

12   equitable system or not, and that vote was voted

13   down, that would only, to me, support my argument

14   that, you know, this is an apartheid system.  It

15   should be equal.  We all should have a seat at the

16   table.  And as it stands right now, that is not my

17   experience.  That is not the experience of any of

18   the minorities within the city.

19        Q.    You're speaking on behalf of all

20   minorities.  Which I'm now taking from your

21   deposition testimony to mean anyone who's not white.

22   Is that right?

23        A.    Nonwhites.

24        Q.    And when you talk about this shared

25   experience, have you spoken to anybody specifically

65

1    that agrees with you on these points?

2         A.    I watch the news and I hear, you know,

3    some of these complaints being made within the news,

4    especially with the toxicity within the City.

5    That's what the toxicity is.  It is an inequitable

6    system.  It is painful not only, you know, to blacks

7    but to other minorities.  Black and brown

8    individuals are not afforded the same opportunities

9    as their white counterparts.  So that's what, you

10   know, my complaint is.

11        Q.    Would you agree with the statement that

12   there has been some progress in achieving more

13   minority representation on City Council in the last

14   ten years?

15        A.    I would not.

16        Q.    You do not agree with that statement?

17        A.    I believe if you're referring to the

18   current two minorities on City Council, I have

19   expressed to you already that I absolutely believe

20   that to be a manipulation of our system that has

21   caused, for me, what I can see as far as I can --

22   I'm concerned, it is special circumstance.  It has

23   never in history happened before.  It only happened

24   as a direct consequence of my complaint.  Never

25   before did any persons of -- white individuals have

1    any interest in throwing their interest behind

2    minority Council persons.  So it's just -- you know,

3    it's a little alarming to me that that only happened

4    after my complaint.

5         Q.    Have you reviewed election results

6    related to 2016 or 2012 for Dr. Amelia Ross-Hammond?

7         A.    I have obtained election results.  I do

8    not recall them.  I just don't recall.  And I would

9    say the important fact remains that she was not

10   reelected.

11        Q.    She was elected in 2012, I believe.  And

12   then was not reelected in 2016.  Is that the point

13   you're making about her not being reelected?

14        A.    Exactly.

15        Q.    Is it your opinion that a minority

16   candidate of choice cannot be a white individual?

17             MS. HARLESS:  Objection to form.

18        A.    I never said that.  I...

19   BY MR. HARRIS:

20        Q.    Don't misunderstand.  I'm not trying to

21   characterize any of your prior testimony.  This is a

22   new question.  My question is, is it your opinion

23   that a minority candidate of choice cannot be a

24   white individual?

25             MS. HARLESS:  Objection to form.

1          A.     Again, I never said that.

2     BY MR. HARRIS:

3          Q.    I'm not accusing you of having said

4     that.  I'm asking you if that is your opinion.

5          A.     I -- I would speak to -- I wouldn't

6     speak to -- I would speak to basically the interest

7     of that individual.  We're talking about

8     representation here.  And the interest of that

9     individual is what I'm more concerned about.

10         Q.     Rather than -- as opposed to the race of

11    that individual?

12         A.     I wouldn't say that.  I'm using race

13    only as a fact.  It is a fact.  That in a hundred --

14    over 111 years there's only been what, six

15    minorities were on the City Council within the City

16    of Virginia Beach.  That's a fact.  Another fact.

17    They've never been reelected.  That's a fact.  So

18    I'm not speaking necessarily to when you're

19    referring to the specific persons that minorities

20    would be interested in.  I can't speak to that.

21         Q.     You said 111 years.  What date are you

22    going back to?

23         A.     I'm going back to the -- I had pulled

24    some records at one point in my research in

25    preparing my original complaint and that's what I

68

```
1    had come up with.
2         Q.    For the Moss and Abbott video -- and I'm
3    not going to belabor this point -- do you know even
4    about when you would have watched this video?
5         A.    I don't.  I know it was a couple of
6    years ago.
7         Q.    Do you know if your complaint, your
8    lawsuit, had been filed at the point that you were
9    able to watch that video?
10        A.    I believe so.
11        Q.    And did I understand your testimony from
12   earlier to be you can't recall whether they
13   specifically discussed the lawsuit in that video?
14        A.    I do not recall the specifics of the
15   interviews, and I apologize.
16        Q.    Are you familiar with a candidate Furman
17   who ran for City Council in 2012, 2016, and 2014?
18        A.    Not to my knowledge.
19        Q.    Did you support the candidacy of Georgia
20   Allen when she ran for City Council in 2008?
21        A.    I do not recall.
22        Q.    Do you know an individual by the name of
23   Louisa Strayhorn?
24        A.    It sounds familiar.  And I apologize.  I
25   do not recall.
```

1      Q.    Do you know an individual by the name of
2  John L. Perry?
3      A.    Not to my knowledge.
4      Q.    Do you know an individual by the name of
5  Ron Villanueva?
6      A.    Okay.  Yes.  Uh-huh.  I don't know him,
7  but I've seen him on TV.
8      Q.    Do you know him to be an Asian American
9  who ran for City Council in 2002?
10      A.    I believe.  But I don't recall his
11  specifics right off the top of my head.
12      Q.    Do you know an individual by the name of
13  Prescott Sherrod?
14      A.    I do not recall.
15      Q.    Do you know an individual by the name of
16  Beatriz Amberman?
17      A.    I do not recall.
18      Q.    Do you know an individual by the name of
19  Alicia Bobulinski?
20      A.    I do not recall.
21      Q.    Do you know an individual by the name of
22  Dr. Veronica Coleman?
23      A.    I do not recall.
24      Q.    Do you know an individual by the name of
25  Andrew Jackson?

70

```
 1          A.    I do not recall.
 2          Q.    Do you know an individual by the name of
 3   Shewling Moy?
 4          A.    I do not recall.
 5          Q.    Do you know an individual by the name of
 6   Teresa Stanley?
 7          A.    I do not recall.
 8          Q.    Do you know an individual by the name of
 9   Edna Hawkins-Hendrix?
10          A.    I do not recall.
11          Q.    Do you know an individual by the name of
12   James Allen?
13          A.    I do not recall.
14          Q.    Do you know an individual by the name of
15   Carl Wright?
16          A.    I do not recall.
17          Q.    Do you know an individual by the name of
18   John Bell?
19          A.    I do not recall.
20          Q.    Do you know an individual by the name of
21   Gary McCollum?
22          A.    Oh, yes.
23          Q.    How do you know Gary McCollum?
24          A.    I -- he -- he ran for office.
25          Q.    Here in the City of Virginia Beach?
```

1          A.    Yes.

2          Q.    Do you know which office he ran for?

3          A.    I don't -- I don't recall which office,

4    but I know he ran for something.  I apologize.

5          Q.    Have you spoken to him during the

6    pendency of this lawsuit?

7          A.    In passing.  He -- yes.

8          Q.    Tell me about that conversation.

9          A.    He -- I once again -- I oftentimes when

10   I meet people will express:  I need help.  And he

11   did offer to help.

12         Q.    In what way?

13         A.    He offered to let -- to find out if he

14   had a friend or someone that could help me.  As far

15   as the case is concerned.

16         Q.    There are two cases so let's -- which --

17   did you ask him for help with a specific case or

18   both cases?

19         A.    That would be this -- this case.

20         Q.    Did he make any comments about this case

21   or his support for it?

22         A.    No.  He didn't.  We didn't specifically

23   talk regarding that.  It was more so in passing.

24   You know:  I think I have someone that might be able

25   to help you.

```
 1              And that was pretty much the gist of it.
 2       Q.    Do you know an individual by the name of
 3  Seko Varner?
 4       A.    No, I can't say.  I don't recall.
 5       Q.    Do you know an individual by the name of
 6  Elizabeth Mills?
 7       A.    I don't recall.
 8       Q.    Do you know an individual by the name of
 9  Tanya Bullock?
10       A.    That does sound familiar.  I don't
11  recall.  I'm sorry.  I'm so sorry.
12       Q.    Do you know an individual by the name of
13  Jose Flores?
14       A.    I don't recall.
15       Q.    Do you know an individual by the name of
16  James Cabiness?
17       A.    I don't recall.
18       Q.    Do you know anyone by the name of Shaun
19  Brown?
20       A.    I do recall, yes.
21       Q.    Who is Shaun Brown?
22       A.    She is the person who invited me to
23  attend, it was like a -- like a conference.  To tell
24  my story.  So...
25       Q.    When did that happen?
```

```
 1          A.    Oh, gosh.  That was at least two years
 2   ago.  At least.
 3          Q.    Where was the conference held?
 4          A.    It was here in Virginia Beach.  I don't
 5   remember in fact where it was, but it was here.
 6          Q.    You remember what the purpose of the
 7   conference was?
 8          A.    It was something she was affiliated
 9   with, and she had seen my son's story and just
10   invited me.
11          Q.    To be clear, your son's story is also
12   part of the other lawsuit that's now pending in
13   federal court; is that right?  This is the same son,
14   is what I'm asking.
15          A.    Yes.
16          Q.    Other than the names of individuals that
17   we've discussed during the course of your deposition
18   today, are you familiar with or do you have the
19   names of any other individuals who might have
20   information related to your claims in this lawsuit?
21          A.    I apologize, but I don't.  Not to my
22   knowledge.  Nothing comes to mind.
23          Q.    Ms. Holloway, I thank you for your
24   patience with me today and I thank you for your
25   time.  I don't have any more questions for you.
```

1          A.    And I apologize again.  I'd laugh and I

2     told them, I was like, Are they sure they want me?

3     Don't they know my memory?

4               So I apologize again.  I just -- I have

5     the worst memory.

6               MS. HARLESS:  No questions for me.

7               THE DEPONENT:  Thank you for having me.

8               MR. HARRIS:  Thank you.

9                (Signature not waived.)

10               (The deposition was concluded at

11                4:02 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              DEPOSITION ERRATA SHEET
 2   Case Caption:      Latasha Holloway, et al. v. City
                        of Virginia Beach, et al.
 3
     Deponent:          Latasha M. Holloway
 4
     Deposition Date:  September 12, 2019
 5
 6
           I have read the entire transcript of my
 7   deposition taken in the captioned matter or the same
     has been read to me.  I request that the following
 8   changes be entered upon the record for the reasons
     indicated.  I have signed my name to the Errata
 9   Sheet and the appropriate Certificate and request
     both to be attached to the original transcript.
10
     Page/Line Nos.         Correction/Reason
11
12   _____    _____

13   _____    _____

14   _____    _____

15   _____    _____

16   _____    _____

17   _____    _____

18   _____    _____

19   _____    _____

20   _____    _____

21   _____    _____

22   _____    _____

23   _____    _____
24   Signature:_____  Date:_____
             Latasha M. Holloway
25
```

1              CERTIFICATE OF DEPONENT

2    COMMONWEALTH OF VIRGINIA

3    CITY OF _____

4

5

6          Before me, this day, personally appeared
     Latasha M. Holloway, who, being duly sworn, states
     that the foregoing transcript of this deposition,
7    taken in the matter, on the date and at the place
     set out on the title page hereof, constitutes a true
8    and complete transcript of said deposition.

9

10             ---------------------------
                    Latasha M. Holloway

11

12

13

          SUBSCRIBED and SWORN to before me this _____
14   day of _____, 2019, in the jurisdiction
     aforesaid.

15

16

17

18   _____  _____
     My Commission Expires          Notary Public

19

20

21

22

23

24

25

```
1    COMMONWEALTH OF VIRGINIA at large, to wit:

2              I, Juanita Harris Schar, CCR, RMR, CRR,
     a Notary Public for the Commonwealth of Virginia at
3    large, of qualification in the Circuit Court of the
     City of Virginia Beach, Virginia, and whose
4    commission expires April 30, 2022, do hereby certify
     that the within named deponent, LATASHA M. HOLLOWAY,
5    appeared before me at Virginia Beach, Virginia, as
     hereinbefore set forth, and after being first duly
6    sworn by me, was thereupon examined upon her oath by
     counsel for the respective parties; that such
7    examination was recorded in Stenotype by me and
     reduced to computer printout under my direction; and
8    that the foregoing constitutes a true, accurate, and
     complete transcript of such examination to the best
9    of my ability.

10             I further certify that I am not related
     to nor otherwise associated with any counsel or
11   party to this proceeding, nor otherwise interested
     in the event thereof.

12

13             Given under my hand and notarial seal
     this 16th day of September, 2019, at Virginia Beach,
     Virginia.

14

15

16
                   ------------------
17                  Notary Public

18
          Certified Court Reporter No. 0313085
19

20

21

22

23

24

25
```

**A**

**Aaron** 45:16
  46:23 48:12
  51:11,17 52:3
**abandoned**
  20:21
**abandonment**
  36:9,14
**Abbott** 50:3
  51:7 68:2
**Abbott's** 49:16
  50:6
**abbreviated**
  11:10
**ability** 4:21 8:16
  8:19 77:9
**able** 5:6 15:24
  23:10 36:9
  61:16,17 68:9
  71:24
**abomination**
  57:17 58:11
**absolutely** 53:11
  55:18 57:14
  61:6 65:19
**accommodatio...**
  58:4
**accurate** 77:8
**accusing** 67:3
**accustomed** 64:1
**achieve** 10:23
**achieving** 65:12
**Act** 33:23
**ACTION** 1:5
**activism** 32:15
**activities** 24:14
**addition** 46:18
**additional** 59:10
**address** 12:2,5,8
  12:11,16,18,20
  16:6,11 17:13
  18:6 19:10
  20:12 26:3
  27:1,4,5,8,10
  27:19,25 28:2
  28:10 38:4

40:5,14,20,25
  41:3,4 48:25
**addressed** 43:6
**addresses** 19:14
  56:2
**administering**
  38:8
**administration**
  10:22
**admittance** 8:12
**admittedly**
  13:25
**adult** 13:20 35:2
**advise** 59:17
**advocate** 42:24
**advocated** 41:21
  41:25
**affiliated** 73:8
**afforded** 20:15
  35:15 36:22
  37:12 61:22
  65:8
**aforesaid** 76:14
**African** 29:13
  30:1 32:19
  35:5 36:23
  37:1 45:5,9,13
  45:21 46:1
  51:24 52:4,8
  53:10,24 54:21
  55:16 60:20
  62:6,24 63:4
**age** 13:17
**agenda** 42:8
**ago** 25:24 27:21
  32:7 68:6 73:2
**agree** 7:17 25:4
  54:19 55:3,6
  63:6 65:11,16
**agreeing** 7:22
**agrees** 65:1
**ahead** 5:17 60:1
**AIU** 11:10
**al** 1:7 75:2,2
**alarming** 63:12
  66:3
**Alicia** 69:19

**Allen** 1:4 6:1
  30:25 31:4,15
  32:4 33:13,21
  34:1,4 68:20
  70:12
**Allen's** 15:9
**allow** 4:4,5 5:8
  5:14
**Amberman**
  69:16
**Amelia** 66:6
**amended** 14:5
  54:25 55:1
**American** 10:19
  11:13 29:13
  30:1,6,9 32:20
  33:3,6 35:5
  36:23 37:1
  45:5,9,13,22
  46:1 52:4,8
  53:10,24 60:20
  62:6 63:4 69:8
**Americans**
  51:24 54:2,7
  54:22 55:17
  56:7,12 62:24
**Andrew** 69:25
**ANNABELLE**
  1:19
**answer** 4:6,12
  8:19 9:1 11:18
  15:19 20:16
  21:22 22:11
  23:5,9,15 24:7
  24:8,9,20
  26:21 46:4
  47:4
**answered** 21:20
  23:1,3,6,12,14
  23:17 24:16
  26:19 38:18
**answers** 4:13,19
  25:13
**anybody** 64:25
**apartheid** 20:14
  33:18 35:10
  37:23 53:16

55:2 57:4,12
  61:4 62:13
  63:25 64:14
**apologize** 57:22
  68:15,24 71:4
  73:21 74:1,4
**appear** 17:8
**appearance** 3:22
**Appearances**
  1:18
**appeared** 49:23
  76:5 77:5
**appears** 6:12
  7:14
**Appendix** 2:11
  14:5
**appointment**
  2:10 7:14
**appropriate**
  18:25 75:9
**approximate**
  14:25
**approximately**
  9:11,12,23
  11:6 12:7,15
  32:5 34:23
**approximation**
  9:25 16:17
**April** 77:4
**area** 14:9 15:15
  16:23 53:19,20
  53:21
**areas** 53:12
  55:16,18,24
  56:5,9,11
  61:19,25 62:3
**argument** 37:15
  55:21 64:13
**argumentative**
  21:20 22:4,9
**Asian** 30:6 33:3
  54:7 56:12,16
  60:20 69:8
**asked** 4:24 21:19
  22:25 23:2,4
  23:12,13,17
  26:18 27:9

34:21 52:14
**asking** 14:4 16:6
  16:8,16 18:1
  18:12,13 21:11
  23:24 24:2
  25:3 29:8,22
  31:1 42:3 43:3
  43:6 67:4
  73:14
**aspect** 53:13,22
  61:13
**assigned** 39:5,20
**assistance** 29:12
  30:4,8,16,19
  32:6 41:1,5
**assisted** 30:13
**associated** 77:10
**assume** 4:18,20
  4:23 34:10
**assumption**
  24:23
**assure** 8:11
**at-large** 42:14
  47:12
**attached** 75:9
**attend** 48:3
  72:23
**attended** 43:18
  59:9
**attention** 6:24
  7:13 8:2,13,23
**attentive** 52:4,8
**attorney** 1:21
  3:7 5:7
**attorneys** 29:10
**attributing** 57:5
**August** 7:24
**avenue** 28:14
  29:6
**aware** 19:1 35:4
  35:8 44:6,20
  45:5 48:17
  61:9 62:22
  63:18,21

**B**

**bachelor's** 10:7

10:11
**back** 15:7 31:23
35:25 39:18
41:16 44:18
56:1,23 67:22
67:23
**Baker** 16:5,25
17:1,2,3,8,12
**ballot** 63:19
**Barberry** 27:22
**barely** 14:3
**based** 4:21
**basically** 58:23
67:6
**Beach** 1:7,14,21
2:11 3:7,8,20
6:2 12:3,13
13:12,15,21
15:16 16:24
17:18 19:6
21:10 25:9
27:16,23 28:3
28:12,20,24
32:2,20 33:3,6
34:24 35:6
36:7,11 38:7
38:12,17 39:23
40:3,9,11,21
41:19,23 42:2
42:13,18 43:1
43:5,15,19,22
44:4,7,19
45:12 46:25
47:10,16 48:1
48:16 49:14
51:23 53:14
54:2,13 55:4
55:17 56:6,13
57:4,11 58:6
59:3,8 60:10
60:23 61:5,14
62:4,23,25
63:20 67:16
70:25 73:4
75:2 77:3,5,13
**Beach's** 43:12
**bears** 6:6,14

**Beatriz** 69:16
**becoming** 22:18
24:3,10
**behalf** 1:13 3:2
3:13 64:19
**behaviors** 20:14
**belabor** 68:3
**belief** 52:18,20
52:22
**believe** 7:6 18:3
18:14 27:12
28:13,16,22 30
37:11 46:17,19
47:5 48:6,15
48:18 49:7
51:4 52:3,7,10
52:12,16,24
53:8 65:17,19
66:11 68:10
69:10
**Bell** 70:18
**benefit** 54:15
**best** 4:21 5:6
7:18,21 18:8
22:16 24:6,24
24:25 25:2,15
26:16 77:8
**beyond** 10:10
**big** 49:11
**bit** 43:21
**black** 54:4 65:7
**blacks** 65:6
**board** 53:21
59:9,18
**boards** 43:12
**Bobulinski**
69:19
**bottom** 58:11,12
**Boynton** 1:22
3:19 8:7 18:15
18:18,22 23:6
**break** 5:11,14,17
56:19,20,24
60:3,5
**breakdown**
53:23,25 60:22
60:25

**breakdowns**
54:3,6,9
**briefly** 44:18
**bringing** 8:13
**brought** 8:22
**brown** 54:5 65:7
72:19,21
**building** 3:7
34:20
**Bullock** 72:9
**business** 10:22
26:8 44:4
61:10 64:7

## C

**Cabiness** 72:16
**calendar** 31:20
**call** 38:11,15
39:1 46:15
51:16,20
**called** 16:21
**calls** 15:2,17
**campaign** 1:19
29:9 48:3
**Campus** 16:21
16:24 17:12
**candidacy** 68:19
**candidate** 45:16
46:2 48:7
66:16,23 68:16
**capable** 48:7
**capacity** 43:16
**captain** 55:8
**Caption** 75:2
**captioned** 75:7
**card** 39:17
**Carl** 70:15
**case** 3:21 4:3,7
5:25 6:6,14,19
14:6 29:2,3
31:9,11 34:3
39:5,8,20 53:5
53:5 58:13
71:15,17,19,20
75:2
**cases** 71:16,18
**casually** 31:4

**caused** 65:21
**causes** 32:24
**CCR** 3:3 77:2
**Census** 42:22
**Center** 1:19 29:9
45:6,9,13
**certain** 36:19
48:24
**certainty** 46:10
**Certificate** 75:9
76:1
**Certified** 77:18
**certify** 77:4,10
**challenge** 55:13
**challenging** 21:6
**chance** 6:23
**change** 35:5
42:13
**changed** 49:7
**changes** 75:8
**chapter** 32:2
**characterize**
66:21
**check** 59:17
**child** 28:1
**children** 12:21
41:9 58:8
**CHLOPAK**
1:20
**choice** 66:16,23
**Christopher**
1:22 3:19
**Circle** 28:11
**circled** 15:21
17:5
**Circuit** 77:3
**circumstance**
46:7,11,16
47:17 48:11
51:12,14,17
65:22
**circumstances**
51:20 58:16
60:14,19 63:13
**citizens** 29:23
**city** 1:7,21 3:7
3:20 6:1 12:13

13:11,21 16:24
18:15 19:1
20:14 21:7,10
24:15 32:20,22
33:17,18,19
34:23 35:6,15
36:6,11,17,17
37:6,24 38:7
38:12,17 39:22
40:3,9,10,20
41:19,22,22
42:1,2,4,8,13
42:18 43:1,4,5
43:6,12,15
44:7 45:12,15
45:25 46:24
47:10,15 48:1
48:16 49:13
51:23 53:14,22
53:24 54:13
55:4,4,12,17
55:20 56:5,12
57:4,11,24
58:6,17 59:3,8
60:9,23 61:5,6
61:9,11,12,13
62:4,7,19,23
62:25 63:3,11
63:16 64:18
65:4,13,18
67:15,15 68:17
68:20 69:9
70:25 75:2
76:3 77:3
**civic** 32:24 41:18
**civil** 1:5 3:9
32:14
**claims** 73:20
**clarification** 5:4
32:17
**clarify** 5:5 29:6
56:24
**classes** 58:21,22
**clear** 6:18 11:22
47:7 60:18
73:11
**co-plaintiff** 31:8

**coaching** 23:21
  23:24
**Coleman** 69:22
**college** 25:12,17
  25:19 47:20
**color** 55:8,9,11
**come** 34:20 68:1
**comes** 73:22
**commencing** 3:5
**comments** 71:20
**commission**
  43:19,23 44:19
  45:1 76:18
  77:4
**commissions**
  43:12
**Commonwealth**
  3:4 76:2 77:1,2
**community**
  29:13 30:1,6
  30:10 35:5
  52:5,9 53:10
  63:5
**competent** 8:23
**complaint** 14:6
  29:25 30:14
  32:9 33:22
  46:18,21 47:6
  47:8,8,9,11
  52:18,19 54:18
  54:20,21,23,25
  55:1 63:9
  65:10,24 66:4
  67:25 68:7
**complaints**
  46:24 58:14
  62:16 65:3
**complete** 4:5,6
  76:8 77:8
**computer** 77:7
**concentrated**
  55:16
**concentration**
  56:6,12
**concern** 42:18
  59:25 63:4
**concerned** 9:2

17:8 63:7
  65:22 67:9
  71:15
**concerns** 33:9
  38:11,13,16,19
  38:21
**concluded** 74:10
**conclusion** 47:14
**condition** 20:24
  62:24
**conducting** 58:8
**conference**
  72:23 73:3,7
**confirmed** 5:1
**congressional**
  18:16
**connect** 36:24
**connected** 59:11
**consequence**
  62:19 65:24
**consider** 28:19
  51:22,25 54:5
**considered**
  51:14 55:25
**consistent** 52:2
**constitutes** 76:7
  77:8
**contains** 51:23
**continuation**
  37:21
**continue** 63:16
**continues** 62:8
**continuously**
  17:14,20
**contracts** 61:11
  61:12
**convenience**
  5:10
**conversation**
  29:21 34:13
  71:8
**conversations**
  30:23 31:7
**copies** 13:4
**copy** 6:15,16
**corner** 14:8
**correct** 6:4 9:21

17:4,18 29:3,4
  40:9 54:22
**Correction/Re...**
  75:10
**correlated** 46:18
  47:6
**Council** 18:15
  19:1 41:22
  42:1,4,8,12,18
  43:4,7 44:4
  45:15,20,25
  47:16 48:22,24
  49:1 51:7,23
  63:3,12 65:13
  65:18 66:2
  67:15 68:17,20
  69:9
**Councilman**
  51:6,7
**counsel** 1:20,23
  2:10 6:16 7:15
  13:4 18:23
  29:22 30:2,5,9
  30:15,23 31:7
  34:7,9,14 77:6
  77:10
**counsel's** 14:13
**counseling** 9:19
**count** 20:4
**counterparts**
  60:11,12,17
  61:23 65:9
**couple** 20:3 68:5
**course** 30:5
  73:17
**court** 1:1 4:10
  6:3 7:15,20,25
  12:3,18 15:1
  15:16 16:1,9
  17:11,13 18:5
  18:10 19:10,18
  22:19,24 24:3
  24:11,22 26:2
  41:4,10 47:9
  47:12 73:13
  77:3,18
**Courthouse** 3:7

**courts** 52:25
  53:2
**criminal** 32:25
**cross-** 17:10
**cross-street** 18:6
**CRR** 3:4 77:2
**Cultural** 45:6,9
  45:13
**current** 6:8 12:1
  48:22 52:17
  57:16 65:18
**currently** 9:5
  15:25 45:20

### D

**D** 2:1
**Dahlia** 18:7
**daily** 31:20
**date** 9:24 31:1,3
  67:21 75:4,24
  76:7
**dates** 19:23
  25:14,24
**day** 57:2 76:5,14
  77:13
**dealing** 62:16
**decide** 64:11
**decisions** 55:11
**defendants** 1:8
  1:13,23 3:3,13
  3:21 6:2
**deficit** 53:15
**define** 58:22
**definite** 9:24
  19:11,11,13
**definitely** 53:15
  59:17
**degree** 10:8,10
  10:11,13,14,20
  10:24
**delved** 54:14
**denied** 35:22
**department**
  38:20 57:10
**departments**
  57:13,15 61:2
**deponent** 2:2

74:7 75:3 76:1
  77:4
**deposed** 3:13
**deposition** 1:12
  3:1,22,23 5:2
  8:24 13:4 15:9
  22:6,8 23:13
  35:11 37:8
  64:21 73:17
  74:10 75:1,4,7
  76:6,8
**described** 54:9
**describing** 58:16
**description** 2:9
  35:12
**desire** 42:13
  48:25
**Despite** 8:22
**detail** 35:12
**details** 8:12
  36:18
**diary** 31:19
**different** 25:4
  40:13
**difficult** 4:15
**difficulty** 34:12
  37:16
**direct** 20:13 21:6
  22:21 65:24
**direction** 14:14
  77:7
**directly** 46:18
  47:5 59:12
**disabilities** 58:2
**Disability** 41:15
**discern** 4:16
**discredit** 52:17
**discrimination**
  35:21
**discuss** 33:22
  34:1,3,14
**discussed** 68:13
  73:17
**discussing** 34:8
**discussion** 34:17
**discussions** 29:8
**dismissed** 58:15

**dismissive** 63:9
**disparities** 61:9
**disparity** 44:6
44:10,13 61:8
**displaced** 20:22
24:21 36:25
38:6
**displacement**
38:16
**district** 1:1,1 6:3
6:3,13 7:16
18:9,13,15
19:2 35:5
41:22 42:1,8
42:14
**Division** 1:2
7:16
**document** 6:12
7:5,24 8:3 13:6
13:9
**doing** 22:6 31:12
**Dr** 66:6 69:22
**Drive** 3:8 12:12
12:16 17:18,21
17:23,25 18:6
19:9,18 20:12
20:18,25 21:5
21:25 22:3,15
26:2 36:2
37:10 38:4,15
38:17 40:5,20
40:25 41:3
57:6
**duly** 76:6 77:5
**dynamics** 33:17
55:12,19

**E**

**E** 2:1
**e-mail** 43:7
**e-mails** 39:3
**E-R-S-K-I-N**
28:3
**earlier** 5:2 24:12
63:14 68:12
**East** 16:22,24
**Eastern** 1:1 6:3

6:13 7:16
**Edna** 70:9
**educated** 57:19
59:24
**education** 53:19
54:16 57:16
59:21 61:3
**educational**
54:12 58:3,10
**efficiently** 4:2
**efforts** 35:4,8
37:22
**either** 11:23
14:24 28:24
49:17 59:20
**elected** 46:12
53:9 66:11
**election** 45:25
46:6,13,15,17
46:23 51:11,13
52:16 66:5,7
**eligible** 35:20
40:17
**Elizabeth** 72:6
**else's** 35:9 46:5
**embracing** 62:14
**employed** 9:14
9:16
**employment**
53:20
**enrolled** 11:9
**enrollment**
11:14
**entered** 75:8
**entire** 75:6
**environment**
64:5
**equal** 64:3,15
**equitable** 64:12
**equivalent** 23:18
**ERIN** 1:20
**Errata** 75:1,8
**Erskin** 28:2
**especially** 65:4
**ESQUIRE** 1:19
1:20,22,22,23
**et** 1:7 75:2,2

**event** 77:11
**events** 48:3
**evidence** 52:19
52:21 59:5
**evidenced** 62:8
**exactly** 37:3
49:24 66:14
**examination**
1:12 2:2 3:1,14
77:7,8
**examined** 77:6
**example** 35:18
36:12 58:13
**examples** 35:17
55:22
**excluded** 59:20
**excluding** 30:2,5
30:8,23 31:7
**exclusion** 37:12
59:23
**exclusive** 58:18
58:20
**excuse** 34:2
**exhibit** 7:1,9,13
12:24 13:3,5
15:8
**EXHIBITS** 2:7
**expelled** 59:20
60:13
**expenses** 40:21
40:22
**experience** 4:1
21:14 37:5
52:1 57:8 58:5
58:6 61:20,23
62:6,21 63:16
64:17,17,25
**experienced**
22:20 24:7,14
37:5 54:6
57:11 62:10
63:8
**experiences** 24:5
62:21
**experts** 53:5
**expires** 76:18
77:4

**express** 38:11,15
61:20 71:10
**expressed** 7:22
24:12 31:12
38:13,19,21
59:19 60:9
61:7 62:10
65:19
**expressing** 60:24
**expulsions** 58:9
**extent** 5:3

**F**

**Facebook** 49:21
50:12
**fact** 55:7 63:6
66:9 67:13,13
67:16,16,17
73:5
**facts** 52:15,21
59:5
**fair** 5:19 28:23
36:20 44:21
58:25 59:4
**fall** 16:16
**familiar** 15:20
27:17 28:4
43:22 44:3
45:15 59:14
68:16,24 72:10
73:18
**family** 21:8
26:12,17 36:9
37:4,22 38:1
**far** 9:2 17:7
35:11 41:7
63:7,22 65:21
71:14
**federal** 3:9 7:15
7:20,25 23:13
33:10 47:9,12
73:13
**feed** 51:3
**feel** 8:23
**file** 7:24
**filed** 6:12 7:15
14:6 29:3,11

32:8 33:23
47:9,10,12
68:8
**filing** 7:20 29:13
29:15,24 30:13
42:11 48:23
49:25
**find** 4:1 34:6,9
39:18 71:13
**finish** 5:16 11:3
**firmly** 52:18
**first** 30:24 31:2
33:21 34:4
77:5
**five-minute**
56:19
**flip** 6:23
**Flores** 72:13
**focus** 6:23
**follow** 36:18,19
58:2
**followed** 4:11
**following** 42:21
75:7
**follows** 3:13
**football** 47:19
**forced** 38:3
**foregoing** 76:6
77:8
**forgot** 11:11
**form** 8:25 46:3
55:5 66:17,25
**formal** 47:8
49:19
**former** 56:9
**forth** 77:5
**found** 35:20
**founded** 54:17
**four** 9:8 12:21
19:8,17,24
26:1,6 42:25
43:8
**four-year** 20:7
**frame** 11:4
**frequent** 50:18
50:21,23
**frequently** 50:22

friend 30:21
  71:14
Front 30:17
full 5:22 11:11
  11:12
Furman 68:16
further 8:11
  77:10
furthest 14:20

**G**

Gary 70:21,23
general 15:15
  16:23 33:16
  34:19 60:25
generalized 58:7
generally 11:4
  44:20 51:22
geographically
  55:15
Georgia 1:4 6:1
  15:8 30:24
  33:13 68:19
GERALD 1:22
getting 37:19
  57:23 60:6
gist 72:1
give 4:6 16:18
  19:13 25:13
  35:12,17 55:22
given 64:10
  77:12
gives 36:17
giving 4:19
  22:16 23:15
  24:7 37:7 60:8
  64:8
go 3:25 4:3 5:12
  5:17 10:1
  31:23 41:16
  44:18 57:1,21
  57:22 59:7,25
going 3:25 4:18
  4:20,23 5:21
  6:11,23 7:12
  13:2,24 33:17
  34:18 35:25

56:18 67:22,23
  68:3
gosh 17:25 25:12
  25:23 27:12,20
  73:1
graduate 10:7
graduating
  60:10
great 35:18
  36:12
Green 18:3
group 32:23
  44:20 54:8
  60:5
groups 32:15,16
  32:18 33:3,6
  54:12
grow 61:16
guess 19:12
guidelines 4:1
  36:19,20

**H**

habit 4:25
half 56:19
hand 77:12
hanging 22:22
  24:18
happen 37:2
  72:25
happened 11:5
  21:15 31:2
  37:4,10 52:20
  63:23 65:23,23
  66:3
happening 62:10
HARLESS 1:19
  6:17,25 8:25
  11:17 14:15
  15:2,17 18:20
  21:1,19 22:4,7
  22:25 23:4,7
  23:10,20,23
  26:18 46:3
  47:1 55:5
  56:20 66:17,25
  74:6

Harris 1:22 2:3
  3:3,15,18 6:21
  7:2,4,7,11 8:9
  9:3 11:21 13:1
  14:13,16 15:6
  15:22 18:24
  21:3,21 22:5
  22:10 23:2,8
  23:12,21 24:1
  26:20 46:9
  47:3 55:14
  56:22 66:19
  67:2 74:8 77:2
Hawkins-Hen...
  70:9
head 4:15 19:4
  21:14 38:25
  56:4 69:11
hear 48:21 65:2
heard 43:24
  44:22 45:3,7
  47:23 48:24
  57:5
held 15:9 73:3
help 4:1 29:16
  32:17 34:8,9
  36:13,24 37:18
  71:10,11,14,17
  71:25
helping 18:18
  31:13
helps 15:12
hereinbefore
  77:5
hereof 76:7
Hey 34:19
high 47:20 56:6
  56:11
higher 60:16
highest 47:25
hindrances
  61:15
Hispanic 30:9
  33:6 54:1 56:7
  60:20
Historically 35:7
history 65:23

Holloway 1:4,12
  2:3 3:2,12,16
  3:18 5:23,25
  6:1,8,11,22 7:9
  7:12,13 8:10
  9:4 12:24 13:2
  25:3 29:1
  56:23 73:23
  75:2,3,24 76:6
  76:10 77:4
home 12:22
  24:22
homeless 19:19
  19:20,22,24
  20:11,17,20,22
  21:5,25 22:3
  22:15,18,24
  24:3,10 25:5
  35:20,25
homelessness
  20:8 21:17
  36:11
honestly 9:22
hour 56:18
house 37:18 40:8
  40:15,24
housing 20:15
  35:19,21 36:1
  36:4 38:2,22
  38:24 39:19,23
  39:24 40:3,6
  53:21 57:5,10
  61:3
Human 43:19,22
  44:19
hundred 67:13

**I**

idea 39:10
identification
  7:10 12:25
identify 15:14
  15:24 56:15
  62:3,3
identifying 58:1
immediately
  14:21

impair 8:15,19
impairments
  14:1
important 66:9
improve 62:23
improvement
  61:24 62:4
inadvertently
  4:8,9
incident 38:15
include 24:9
  54:7,10,20
included 54:21
includes 54:24
including 21:8
inclusive 62:15
incorrect 24:23
indicated 75:8
indicating 14:18
individual 29:22
  30:20 35:20
  58:1 66:16,24
  67:7,9,11
  68:22 69:1,4
  69:12,15,18,21
  69:24 70:2,5,8
  70:11,14,17,20
  72:2,5,8,12,15
individuals
  21:18 53:17
  54:5 57:7
  61:15 65:8,25
  73:16,19
inequitable 65:5
inequity 64:3
Inevitably 4:7
influence 8:15
  8:18
inform 52:22
information
  4:22 48:14,20
  59:18 73:20
informs 23:14
  52:15
initial 29:2
  30:14 32:8
  54:19,21

initially 29:4,11
    29:24
initiated 54:18
instance 39:6
instances 48:21
institutions
    11:23
instructing 23:8
intact 5:3
integrated 55:4
interaction 31:6
    41:16
Intercontinental
    10:19 11:13
interest 63:10
    66:1,1 67:6,8
interested 29:10
    31:13 52:13
    67:20 77:11
Internet 49:10
    50:11
interrupt 4:8,9
interrupting
    57:22
interventions
    59:22
interview 49:23
    51:5
interviews 51:4
    68:15
invited 72:22
    73:10
involved 3:23
    29:24 30:24
    31:8 32:11,14
    32:23 33:2,5
involvement
    29:2 45:8 46:6
issue 42:18,25
    43:8
item 42:8

**J**
Jackson 69:25
James 70:12
    72:16
Jerry 3:18

Jessica 49:16
John 69:2 70:18
Jose 72:13
Joseph 1:23 3:19
Juanita 3:3 77:2
jurisdiction
    76:14
justice 30:17
    32:25

**K**
keep 31:19
knew 46:6
know 5:13 11:19
    15:21 16:6,13
    16:16,23 18:9
    24:13 25:14
    26:14,15,22,23
    28:22 29:10
    31:8 32:19
    34:19,20 38:9
    38:10,20 39:16
    39:24 40:1,7
    43:25 44:14,14
    44:17,23,25
    45:18,21,23
    46:6,8 47:19
    47:21,22,24,25
    49:8,13,17,21
    50:13 51:3
    52:13 54:14,15
    54:17 56:3,5
    57:7 58:9,14
    60:14,25 61:6
    61:10,14,21
    62:9,14 63:22
    63:22 64:14
    65:2,6,10 66:2
    68:3,5,7,22
    69:1,4,6,8,12
    69:15,18,21,24
    70:2,5,8,11,14
    70:17,20,23
    71:2,4,24 72:2
    72:5,8,12,15
    72:18 74:3
knowledge 3:24

7:18,21 11:25
    18:8 22:1 24:6
    24:24,25 25:2
    26:16 30:3,7
    30:11,18 31:25
    33:1,7 42:6,16
    42:23 43:13
    44:5 45:2,10
    45:11 48:19
    57:9 63:1
    68:18 69:3
    73:22
known 8:7
Kurt 1:23 3:19

**L**
L 1:22 69:2
label 61:4
lack 53:8,19,20
    53:20 58:12
    59:22
Lane 27:22
large 3:5 55:19
    77:1,3
larger 15:10
Latasha 1:4,12
    2:3 3:2,12,16
    5:23,24,25
    75:2,3,24 76:6
    76:10 77:4
laugh 74:1
law 37:3
lawsuit 6:20
    29:11,24 30:25
    32:3 33:10,16
    42:11 48:17
    49:25 51:9
    68:8,13 71:6
    73:12,20
lawsuits 33:14
    34:9,14,15
lead 48:15
leads 47:14
leaving 41:3
left 14:8,10,20
legal 1:19 29:9
    29:20 30:2,5

30:15
legs 5:13
let's 13:13 49:1
    56:20 71:16
level 60:11,12
life 13:14,15,20
    34:25 35:2
lifetime 52:2
line 56:25 58:12
    58:12 61:18
listed 55:25 56:9
litigant 6:13
little 51:2 54:14
    66:3
live 12:10,15
    16:20 17:20
    19:2 25:16,21
    25:22 26:24
    27:2,11,22,25
    28:6,11,14
    53:24 63:16
    64:5
lived 12:5,8,19
    13:11,15,21
    19:9,15 24:15
    25:8,18,20
    26:10 27:9,15
    27:18 37:18
lives 12:20
living 12:22
    15:25 17:14,17
    20:12,18,19
    22:15,24 24:4
    24:11 26:5
    34:23 37:6
    41:4 53:13,22
    53:24 55:25
    62:6,24
local 50:21
located 16:25
    17:23
location 14:25
    40:22
long 6:16 9:5
    12:5,15 13:11
    16:15 17:1
    36:19

look 13:5,24
    14:4,21 15:11
    56:1,8
looked 51:5
lot 31:5 35:24
    53:18
Louisa 68:23

**M**
M 1:12 2:3 3:2
    3:12 75:3,24
    76:6,10 77:4
ma'am 8:3,5
    13:23 16:4
    17:6 18:2
    22:11,23 24:2
    25:22 42:5
    44:16
major 18:5
    58:24 59:25
majority 13:13
    13:14,20 35:1
    48:15
making 14:12
    51:8 59:13
    66:13
male 45:22
manipulation
    46:20 52:17,22
    65:20
map 2:11 13:25
    14:2,21 15:11
    15:24 16:14,20
    17:7
marked 6:25 7:8
    7:9 12:24 13:3
    15:8
master's 10:14
    10:20,23
math 9:21
matter 5:10 75:7
    76:7
matters 62:15
Mayor 63:2
McCollum 70:21
    70:23
mean 11:19 17:5

18:11,23 29:14
29:17,17 35:12
36:13 40:7
43:2 46:11
47:8 54:25
64:21
**meaningful** 63:3
**means** 62:12,16
**measures** 32:25
**medications**
8:15,19
**meet** 71:10
**meeting** 60:7
**meetings** 43:19
44:1 59:10,11
**member** 41:18
42:12
**members** 29:12
30:1,5,9 48:22
49:2 51:8 63:3
**memory** 31:24
74:3,5
**mention** 49:25
**mentioned** 9:4
10:1 17:16
31:15 51:6,12
61:3
**mere** 55:7
**met** 31:4 32:4
33:20 64:6
**method** 58:7
**Michelle** 5:23,24
**middle** 5:15
**mike** 42:7
**Mills** 72:6
**mind** 51:14
56:19 73:22
**mine** 30:22
**minorities** 21:7
32:22 33:19
47:16 53:16,19
54:20 55:20
57:17,23 58:18
58:20 59:19
60:9,15,19,24
64:18,20 65:7
65:18 67:15,19

**minority** 35:23
44:3 54:12
55:23 58:7
60:21 63:11
64:2,4 65:13
66:2,15,23
**mischaracteri...**
21:2 47:2
**mission** 44:23
**mistreatments**
58:9
**misunderstand**
66:20
**morning** 4:8 5:2
15:9
**Moss** 49:3 50:3
51:6 68:2
**mother** 13:16
**motion** 2:10
7:14
**move** 35:25 38:3
56:25 63:19
**Moy** 70:3
**multiple** 23:25

___

**N**

**N** 2:1
**NAACP** 32:2,6
32:11,24 33:8
33:20 34:2,5
34:19 41:17
42:22
**name** 3:18 5:22
9:15 11:11,12
16:3 30:20
31:16 39:9,10
39:12,21 45:16
57:7 68:22
69:1,4,12,15
69:18,21,24
70:2,5,8,11,14
70:17,20 72:2
72:5,8,12,15
72:18 75:8
**named** 3:21 5:25
77:4
**names** 21:12,13

31:17,22 73:16
73:19
**nature** 54:17
**near** 15:25 17:2
17:3,8
**nearest** 17:10
18:5
**necessarily**
40:11 67:18
**need** 5:4,11,12
8:12,14 9:24
24:16 31:3
71:10
**needing** 34:13
**needs** 52:4,8
53:10 54:16
58:1 63:4 64:6
**negative** 60:14
**neighborhood**
16:12,20 17:24
18:1 45:22
**neighborhoods**
55:23 56:3,15
**never** 42:7 43:4
47:15 52:20
55:7,9,10
65:23,24 66:18
67:1,17
**new** 66:22
**Newport** 26:10
26:12,17
**news** 26:10,13
26:17 50:21,25
51:3,3 65:2,3
**NFL** 47:22
**nine** 9:12 11:15
11:24 41:12
**nine-year** 9:13
11:8
**nonwhite** 54:6
59:1 60:3
61:15
**nonwhites** 35:14
54:10 64:23
**Norfolk** 1:2 10:3
10:5,15 11:10
25:18 26:24

28:7,9,20,24
**Nos** 75:10
**notarial** 77:12
**Notary** 3:4 76:18
77:2,17
**number** 13:18
17:21 25:24
48:1 59:19

___

**O**

**oath** 4:19 77:6
**objection** 5:8
8:25 11:17
15:2,17 21:1
21:19 22:4,5,8
22:25 23:11,13
23:18,19 26:18
46:3 47:1 55:5
66:17,25
**objections** 23:16
**objects** 5:7
**obtain** 48:19
**obtained** 66:7
**obtaining** 61:11
**occupation** 6:9
**occur** 60:15
**occurred** 20:8
42:21 47:18
**offer** 15:10
71:11
**offered** 71:13
**office** 1:21 3:6
70:24 71:2,3
**officials** 53:9
**oftentimes** 71:9
**oh** 17:25 18:14
18:17,19 25:12
25:23 27:12,20
44:8 70:22
73:1
**okay** 7:3 14:7,11
14:19 15:13
17:7 36:16
69:6
**old** 39:17
**once** 6:22 36:10
46:20 57:17

63:24 71:9
**ones** 59:2
**online** 50:8
**open** 42:7
**opinion** 36:5
48:11 52:14,15
54:1,4 58:17
58:19 59:1,6
61:18 63:2
66:15,22 67:4
**opportunities**
20:15 35:15
61:10 64:11
65:8
**opportunity**
35:22 36:22
37:13 44:9
53:1,6 64:5
**opposed** 67:10
**oppressed** 33:18
**oppressive** 20:14
24:14 61:21
**oral** 1:12 3:1
**order** 28:5
**organizations**
30:12 41:18
**original** 67:25
75:9
**outcomes** 54:12
**outside** 25:8
**outspoken** 32:21
**ownership** 61:11

___

**P**

**p.m** 3:5 74:11
**page** 2:2,9 6:24
7:13 8:3,5,8
76:7
**Page/Line** 75:10
**painful** 37:6
53:23 62:7,8
63:15 65:6
**parents** 59:9
**part** 4:13 22:21
73:12
**partial** 40:21
**participate**

37:13 42:20
61:17
**participated**
41:19 43:11,14
**participating**
36:21
**particular** 7:19
16:14 21:11
31:17 46:14
**parties** 77:6
**parts** 53:9
**party** 77:11
**passing** 71:7,23
**patience** 73:24
**pay** 41:13
**pendency** 71:6
**pending** 6:2
18:21 73:12
**people** 21:11
29:15,16,18
31:16 54:8
55:11 71:10
**perceived** 51:9
**percent** 5:3
**perfect** 5:1
**perfectly** 23:10
**period** 5:12 11:8
11:8 20:7
**permission**
14:13
**Perry** 69:2
**Perry-Bey** 30:20
**person** 47:10
55:7,9 72:22
**personal** 5:10
30:21
**personally** 40:19
41:6 45:24
76:5
**persons** 48:24
54:16 62:13
63:25 64:3,7
64:10 65:25
66:2 67:19
**pertaining** 47:12
61:9
**phone** 39:1

**phrase** 31:14
35:10 36:14
**pipeline** 58:10
**place** 23:11
27:15 49:11
50:15 76:7
**placed** 4:19
20:20 36:3
38:5 40:8
59:23 60:13
63:19
**placement** 36:5
40:12
**places** 55:25
56:10
**plaintiff** 5:25
29:2,11
**Plaintiffs** 1:5,20
**plaintiffs'** 53:5
**played** 47:22
**player** 47:20
**please** 5:5 8:6
22:6
**point** 5:7,11
7:12 14:14
20:22 61:25
66:12 67:24
68:3,8
**points** 56:25
65:1
**police** 55:8
**pops** 51:3
**population**
48:16 56:1
**portion** 58:24
**Portsmouth**
25:20,22 26:5
26:8 28:15
**position** 55:8,9
**positions** 55:11
**positive** 51:22
51:25 62:7
**possible** 50:15
**power** 62:13
63:25 64:1,7,8
**predominantly**
55:23 56:16

**preferred** 46:2
**prejudice** 36:6
**prejudiced**
37:11
**premise** 37:15
**prepared** 8:23
**preparing** 67:25
**Prescott** 69:13
**present** 6:20
34:17
**presentation**
43:7 60:8
**presented** 52:25
53:2
**presently** 4:22
**press** 62:20
**pretty** 46:7 72:1
**prevent** 61:15
**previous** 63:18
**previously** 15:8
**printout** 77:7
**prior** 9:13 12:10
26:1 42:11
52:19 66:21
**prisons** 58:11
**pro** 6:12 29:3,25
48:23
**Probably** 13:13
**Procedure** 13:1
**proceed** 5:9
**proceeding**
77:11
**program** 20:20
36:10,17,24
37:13 38:6,8
39:19,22 40:10
40:24
**programs** 36:18
36:21 62:22
**progress** 61:19
65:12
**prohibit** 14:2
**proper** 22:5,7
23:13,17,23
**proponent** 42:25
**prosper** 61:16
**protected** 58:21

58:22
**provide** 40:14
**provided** 35:19
58:4 59:8
**providing** 49:20
59:22 61:10
**proximity** 16:6
16:15
**Psychology** 10:6
**public** 3:4 40:6
41:1,5,8 48:19
59:3 60:23
76:18 77:2,17
**publicly** 48:22
**pulled** 67:23
**purpose** 3:21
34:6 73:6
**pursues** 32:24
**put** 61:4

**Q**
**qualification**
77:3
**qualified** 40:15
48:7
**question** 4:4,5
4:11,24 5:1,4,6
5:16,16 11:18
11:20 15:13,14
18:4,20,25
21:22 22:9,11
22:12,13,23
23:16,25 24:9
24:19,20 29:23
34:22 41:24
43:21 66:22,22
**questions** 4:17
8:11,16,20
29:7,7 56:25
73:25 74:6
**quite** 13:25
**quote/unquote**
57:12

**R**
**race** 58:23 67:10
67:12

**racial** 60:5,21
**racist** 37:11
**raise** 33:9
**ran** 68:17,20
69:9 70:24
71:2,4
**rate** 60:16
**reach** 42:12
**read** 50:8,10
75:6,7
**reading** 50:7
**really** 14:4 26:22
31:5 32:13
44:14 46:8
50:13
**reason** 4:9 7:19
8:13 13:6
35:22 48:6,18
**reasonable** 5:19
**reasons** 51:16,19
75:8
**recall** 7:20 9:22
11:3 13:7,8
19:3,11,12,21
19:22 20:9
22:18 24:2,10
27:1,4,7,10,12
27:14,18,21
28:10,17,21,25
31:15,17 32:1
32:5 38:23
39:4,4,9,11,21
40:1 41:20
42:19,19 43:10
43:17,20 44:2
45:14 49:5,15
49:17,19 50:2
50:6,7,10 51:8
51:10 56:14
60:6,7,8,22,24
66:8,8 68:12
68:14,21,25
69:10,14,17,20
69:23 70:1,4,7
70:10,13,16,19
71:3 72:4,7,11
72:14,17,20

41:9 57:18
**receiving** 41:13
  57:19 60:11,16
**Recess** 56:21
**recognize** 7:5
  13:6 14:4,24
**recollection** 7:23
  20:6 22:17
  26:11 49:22
  60:3 61:7
**recommend** 3:25
**record** 5:22 6:6
  6:18 23:11
  24:6 56:23
  75:8
**recorded** 31:23
  77:7
**recording** 49:4,9
**records** 67:24
**red** 14:17,22,24
  15:15
**redistricting**
  42:21
**reduced** 77:7
**reelected** 66:10
  66:12,13 67:17
**refer** 15:7
**reference** 43:4
  57:3
**referencing**
  16:19
**referendum**
  63:19
**referred** 51:11
**referring** 14:12
  14:17 26:2
  29:18 36:8
  38:14 53:4
  58:23 60:20
  65:17 67:19
**reform-type**
  32:25
**refresh** 31:23
**regarding** 31:11
  33:10 42:12
  45:11 71:23
**regardless** 62:19

**register** 31:19
**registered** 19:5
**reimburse** 40:21
  40:23
**related** 11:9
  33:23 66:6
  73:20 77:10
**relating** 30:25
  33:10 34:4
**relation** 18:5
**relationship**
  45:12
**relevance** 11:17
**relinquishing**
  64:1
**remain** 36:9,21
  40:24
**remains** 5:3 66:9
**remember** 9:15
  22:2,13,14
  25:23 28:5
  73:5,6
**renewed** 2:10
  7:14
**rent** 41:10,11,14
**rephrase** 29:23
**report** 60:24
  62:9
**reported** 62:9
**reporter** 4:10
  77:18
**reports** 52:24
  53:2,6 59:7,14
**represent** 3:20
  6:18,19
**representation**
  53:15,18 58:12
  65:13 67:8
**request** 75:7,9
**require** 61:8
**required** 36:18
**requirements**
  36:25
**research** 67:24
**researched**
  54:11
**researching**

54:15
**reside** 55:20
**residence** 56:10
**resident** 28:20
**residential** 12:1
  16:11
**resolve** 62:15
**respective** 77:6
**respond** 4:14,17
**responded** 25:2
**response** 16:18
  19:12 24:18
  46:24 49:16,18
  50:7
**responses** 22:16
**responsible** 38:8
**responsiveness**
  53:9
**rest** 57:1
**restraint** 58:8
**restroom** 5:13
**result** 20:13 21:6
  22:21 24:13
  36:6
**resulted** 21:17
**results** 66:5,7
**retained** 53:5
**retaliate** 62:17
**retaliation** 21:8
  21:17 62:11
**review** 6:15 44:9
  53:1,6
**reviewed** 66:5
**Richmond** 7:16
**right** 11:16
  14:21 16:10
  20:9 34:10
  35:1,3 40:4
  64:16,22 69:11
  73:13
**rights** 32:15
  33:23 43:19,23
  44:19
**RMR** 3:3 77:2
**Road** 16:5,25
  17:1,3,3,8,12
  18:7

**Ron** 69:5
**Rosemont** 18:7
**Ross-Hammond**
  66:6
**roundabout**
  11:4
**Rouse** 45:16,19
  46:23 48:12
  51:17 52:3
**Rouse's** 51:11
**Roy** 30:20
**rude** 13:17
**rules** 3:9 23:16
**run** 18:3 26:8

———————————
         **S**
———————————

**S** 1:22
**Sabrina** 46:23
  51:13,20 52:7
**saw** 49:4
**saying** 16:13
  27:7
**Schar** 3:3 77:2
**school** 9:18 10:1
  10:2 47:20
  57:20,24 58:17
  59:3,9,12,17
  60:14,15
**schools** 11:14
  55:10 59:11
**Schools'** 60:23
**se** 6:12 29:4,25
  48:23
**seal** 77:12
**seat** 64:15
**Seatack** 45:22
**seclusion** 60:13
**seclusions** 58:8
**second** 18:14
**Section** 39:24
  40:3
**see** 13:13 14:9
  14:10,11 15:11
  17:2 65:21
**seeing** 13:8 14:1
  14:2
**seek** 10:10 29:20

**seeking** 10:20
  32:1 62:23
**seen** 50:16 69:7
  73:9
**Seko** 72:3
**send** 39:3
**sentence** 35:24
**separate** 50:5
**separation** 55:2
**September** 1:15
  3:6 12:7 75:4
  77:13
**series** 29:7
**serves** 44:25
**services** 37:21
  37:21,25 41:8
  41:9,13 57:23
  60:12
**set** 76:7 77:5
**setting** 49:19
  58:10
**settings** 59:24
**shaded** 14:9
**shake** 4:14
**shared** 57:8
  64:24
**shares** 48:11
**Shaun** 72:18,21
**Sheet** 75:1,9
**Sherrod** 69:13
**Shewling** 70:3
**short** 56:24
**show** 6:11 13:2
**Signature** 74:9
  75:24
**signed** 75:8
**similar** 32:24
**Sir** 22:7
**sit-down** 34:17
**site** 50:21
**sits** 44:25
**sitting** 47:16
**situation** 57:5
**six** 67:14
**small** 13:25 14:3
**social** 42:25
**son** 33:11 34:4

73:13
son's 73:9,11
sorry 7:1 11:24
    15:4 18:18,22
    19:21 20:10
    22:12 27:20
    28:18 34:21
    59:25 72:11,11
sort 41:5 57:7
sought 30:15
    32:6 40:19
sound 72:10
sounds 27:17
    28:4 68:24
spats 20:7
speak 21:14 35:9
    37:5,8,9,23
    46:5 48:8
    49:24 52:6,11
    62:1,5,18,20
    67:5,6,6,20
speaking 23:18
    48:22 64:19
    67:18
speaks 63:12
special 46:7,11
    46:15,16 47:17
    48:11 51:12,14
    51:17,20 54:16
    63:13 65:22
specific 21:13
    23:17 25:14,24
    60:6 67:19
    71:17
specifically
    33:15 34:18
    37:10 38:2,14
    39:21 40:1
    46:21 47:11
    50:1 53:4 61:1
    64:25 68:13
    71:22
specifics 45:23
    56:14 68:14
    69:11
speculation 15:3
    15:18

Spence 28:11
spoke 31:16 33:8
    33:16 49:6
spoken 38:24
    42:7,17 43:4
    64:25 71:5
Sporadically
    50:13
stand 52:18
standout 47:19
stands 64:16
Stanley 70:6
star 14:22 15:21
    17:2,3,5
stars 14:9,10,17
    14:25 15:15,25
    16:17
start 57:25
state 5:8,21 10:3
    10:5,15 11:10
    25:4
statement 25:1,5
    55:3,6 58:24
    65:11,16
statements
    49:20 50:3
    51:8
states 1:1 6:3
    76:6
stating 24:5
statistics 60:2
status 36:23
Stenotype 77:7
step 39:25
stick 4:10
stop 22:6
story 72:24 73:9
    73:11
straight 53:21
    58:10
Strayhorn 68:23
streak 5:2
street 16:3,4,15
    17:11 26:25
    27:3,8 28:3,7,9
stretch 5:13
stricken 37:22

37:25
struggles 22:20
struggling 24:13
students 59:1
studied 54:11
study 10:4 44:7
    44:10,15 61:8
subjected 35:21
    36:10 59:2
    61:21
SUBSCRIBED
    76:13
suffer 54:2
suffering 54:8
suggesting 64:9
Summer 27:15
superintendent
    55:10
support 29:12
    29:15,25 32:1
    40:23,24 51:9
    52:25 54:23
    59:6 63:11
    64:13 68:19
    71:21
supported 30:13
supporting
    62:14
supports 24:16
    29:20 57:18
supposed 58:3
sure 8:14 11:2,7
    39:14 47:24
    74:2
sworn 3:12 76:6
    76:13 77:6
system 33:18
    35:6,11,14
    37:23 41:22
    42:1,1,14,15
    43:5 46:20
    47:13 48:25
    49:6 52:17,23
    53:16,17 57:4
    57:12,16,24
    58:3,17 59:3
    61:4,22 62:13

63:20,25 64:12
    64:14 65:6,20

**T**
table 64:16
take 4:11 5:11
    5:14,17 13:5
    15:11 56:19,20
taken 1:13 3:2
    75:7 76:7
talk 29:1 33:13
    33:15 49:11
    63:21 64:24
    71:23
talked 48:10
    57:6
talking 18:22
    31:10 44:15
    50:4 55:19
    59:21,22 63:13
    63:24 64:2
    67:7
Tanya 72:9
taught 13:16
television 51:1,2
tell 13:17 19:21
    29:8 45:18
    46:10 53:12
    59:15 71:8
    72:23
ten 65:14
Teresa 70:6
testified 37:17
testify 8:24
testimony 15:23
    21:2,16 33:21
    33:25 34:3
    46:22 64:21
    66:21 68:11
thank 6:17
    13:23 73:23,24
    74:7,8
thereof 77:11
thing 4:23 5:14
things 4:3 54:16
    62:10
think 5:1 13:14

14:11,12 19:15
    34:21 39:17
    47:23 50:17
    63:15 71:24
throw 18:23
    63:11
throwing 66:1
ties 26:12,17
time 4:2,5 5:12
    9:16 11:4
    19:19 21:24
    22:3,14 28:21
    28:24 33:21
    34:11 36:1
    47:17 73:25
times 20:2,3
    23:25
title 76:7
today 3:22 4:3
    5:19 8:16,20
    8:24 13:4
    21:16 37:7,17
    73:18,24
told 74:2
top 14:8,10,20
    19:3 21:13
    38:25 56:4
    69:11
total 9:8 13:12
    59:23
toxicity 65:4,5
transcript 4:16
    75:6,9 76:6,8
    77:8
treatment 21:7
    32:21 58:18,19
    59:2
true 76:7 77:8
truly 37:11
truthfully 4:20
    8:20 16:18
try 4:10 5:5
    39:18
trying 11:22
    13:14 21:4
    62:15 63:10
    66:20

**Tuition** 12:3,18
  15:1,16 16:1,8
  17:11,13 18:5
  18:10 19:10,18
  22:19,24 24:3
  24:11,22 26:2
  40:25 41:4,10
**turn** 8:2
**TV** 69:7
**twice** 35:11
**two** 14:9,10
  15:25 20:4,7
  47:16 51:24
  56:24 65:18
  71:16 73:1
**type** 9:17 64:10
**types** 57:23 58:2
  62:16

**U**

**Uh-huh** 4:15
  14:23 49:12
  69:6
**uh-uh** 4:15
**unaware** 62:2
**underrepresen...**
  57:18
**understand** 5:4
  8:16 21:4
  24:20 32:17
  36:13,14 37:1
  37:18 40:2
  46:1 68:11
**understanding**
  34:12 37:16
  44:12
**understood** 4:24
**unemployed**
  6:10 9:5,6
  41:12
**unemployment**
  9:13 11:9,15
**unfair** 43:21
**unfortunately**
  20:21 31:18
  36:22 53:18
  58:5

**United** 1:1 6:2
  30:17
**University** 10:19
**unjust** 49:6
**unnamed** 21:18
**unrelated** 11:15
**use** 5:13 50:12
  50:14

**V**

**v** 1:6 75:2
**VA** 2:11
**Varner** 72:3
**vbgov.com**
  50:18
**verbally** 4:14,17
**Veronica** 69:22
**version** 15:10
**versus** 6:1
**video** 49:21 50:4
  50:6 68:2,4,9
  68:13
**videos** 50:5
**view** 15:23
**Villanueva** 69:5
**violation** 37:3
**Virginia** 1:1,7
  1:14,14,21
  2:11 3:5,6,8,8
  3:20 6:1,4,13
  7:16 12:3,4,13
  13:12,15,21
  15:16 16:24
  17:18 19:5
  21:10 25:8
  27:16,16,23
  28:3,12,15,20
  28:24 32:2,20
  33:3,6 34:24
  35:6 36:7,11
  38:7,12,17
  39:22 40:3,9
  40:11,20 41:19
  41:23 42:2,13
  42:17 43:1,5
  43:12,15,18,22
  44:4,7,18

45:12 46:25
  47:10,16 48:1
  48:16 49:14
  51:23 53:14
  54:2,13 55:4
  55:17 56:6,13
  57:4,11 58:6
  59:3,8 60:10
  60:23 61:5,14
  62:4,23,25
  63:20 67:16
  70:25 73:4
  75:2 76:2 77:1
  77:2,3,3,5,5,13
  77:13
**Vision** 45:3
**voices** 53:17
**volunteer** 43:15
**vote** 18:12 19:5
  64:10,12
**voted** 64:12
**votes** 48:1
**voting** 18:9
  33:23 42:9
  43:5

**W**

**waived** 74:9
**want** 8:2,11
  25:13 27:13
  29:1,21 41:16
  74:2
**wanted** 56:24
**ward** 35:6 41:21
  41:25 42:9,14
  48:25 63:19
**wasn't** 23:6
  40:11
**watch** 65:2 68:9
**watched** 49:8
  68:4
**water** 5:12
**way** 4:3 24:17
  25:4 40:13
  46:24 50:24
  71:12
**we'll** 5:8,14,17

57:1
**we're** 24:17
  56:23 59:21,22
  63:24 64:2
  67:7
**we've** 22:20
  24:15 26:1
  37:5 55:7,9,10
  56:18 57:6
  73:17
**website** 49:14,15
  49:17 50:18
**websites** 50:22
**welcome** 34:20
**went** 9:18 33:8
  33:20 34:1,5
  36:1 42:3
**West** 26:24 27:2
  27:8 28:6,9
**white** 53:17 60:3
  60:11,12,16
  61:22 64:21
  65:9,25 66:16
  66:24
**whites** 35:16
**Wilcox** 28:14
**Windmill** 12:12
  12:16 17:17,20
  17:23,25 18:6
  19:9,18 20:12
  20:18,25 21:5
  21:25 22:3,15
  26:2 36:2
  37:10 38:4,15
  38:16 40:5,20
  41:3 57:6
**wit** 77:1
**witness** 14:14
  23:14,22,24
**woman** 13:17
**Wooten** 46:19
  46:23 51:20
  52:7
**Wooten's** 51:13
**work** 9:17
**worked** 9:16
**worker** 39:5,8

39:20
**working** 58:7
**worst** 74:5
**wouldn't** 22:2
  22:14 67:5,12
**Wright** 70:15
**write** 29:16
**written** 39:12
**wrong** 25:13
  27:13

**X**

**X** 2:1

**Y**

**Yeah** 14:15
**year** 11:2,3,24
  12:6,19 17:14
  24:4,10,22
  25:6 27:21
  63:17,17,17
**years** 9:7,8,8,9
  9:10 11:16,24
  12:17 17:17,21
  19:8,17,25
  25:24 26:1,6
  27:21 28:5
  32:7 34:22
  39:17 41:12
  43:1,9 65:14
  67:14,21 68:6
  73:1
**yellow** 14:9

**Z**

**0**

**0313085** 77:18

**1**

**1** 2:10 3:7 7:9,13
  7:13
**100** 5:3
**111** 67:14,21
**12** 1:15 2:11 3:6
  75:4
**121** 28:14
**16th** 77:13

| 2 | |
|---|---|
| **2** 2:11 12:24 | |
| 13:3,5 | |
| **2:04** 3:5 | |
| **2:18-cv-00069** | |
| 1:6 | |
| **2:18-cv-69** 6:7 | |
| **2:19-cv-104** 6:14 | |
| **2001-ish** 11:6 | |
| **2002** 69:9 | |
| **2008** 68:20 | |
| **2009** 28:19 | |
| **2010** 9:20 42:21 | |
| **2012** 66:6,11 | |
| 68:17 | |
| **2014** 68:17 | |
| **2016** 66:6,12 | |
| 68:17 | |
| **2018** 45:25 | |
| **2019** 1:15 3:6 | |
| 7:24 75:4 | |
| 76:14 77:13 | |
| **2022** 77:4 | |
| **2040** 45:3 | |
| **23** 12:4 | |
| **23462** 12:4 | |
| 24:11,22 | |
| **23rd** 7:24 | |
| **2401** 3:7 | |
| **26th** 28:6,9 | |

| 3 | |
|---|---|
| **3** 2:3 | |
| **30** 77:4 | |
| **3036** 27:22 | |
| **312** 28:6,9 | |
| **35th** 26:25 27:2 | |
| 27:8 | |
| **3683** 12:12 | |
| 17:17 20:18,24 | |
| 21:5,25 22:3 | |
| 22:15 | |
| **3776** 27:15 | |

| 4 | |
|---|---|
| **4:02** 74:11 | |
| **41** 13:19 | |

| | |
|---|---|
| **4913** 28:2 | |

| 5 | |
|---|---|
| **509** 26:24 | |

**6**

| 7 | |
|---|---|
| **7** 2:10 8:3,3,4,5 | |
| 8:5 | |

| 8 | |
|---|---|
| **8** 39:24 40:3 | |
| **819** 12:3,18 | |
| 14:25 15:15 | |
| 16:1,8,15 | |
| 17:13 18:10 | |
| 22:18,24 24:3 | |
| 24:11,15,22 | |
| **847** 28:11 | |
| **860** 27:2,8 | |