IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br> **City of Virginia Beach,** *et al.*, <br><br> **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 20
Excerpt of Virginia Beach City Council Member Jessica Abbott's Response to Plaintiffs' Rule 45 Subpoena for Document Production (Pages 9-25)

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, et al., <br><br> Plaintiffs, <br><br> v. <br> City of Virginia Beach, et al., <br><br> Defendants. | Civil Action No. 2:18-cv-0069 |

## COUNCIL MEMBER JESSICA P. ABBOTT'S

## RESPONSIVE DOCUMENTS

| TOTAL | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Bill J. Dale | 33,966 | 23.12% | | | | |
| | Amelia N. Ross-Hammond | 47,112 | 32.06% | | | | |
| | C. L. "Chuck" Smith, Jr. | 32,380 | 22.04% | | | | |
| | A. M. "Don" Weeks | 32,915 | 22.40% | | | | |

| PRECINCT | CANDIDATE | VOTE | VOTE% | TOTAL VOTES | REG. VOTERS | % OF VOTERS | # OF LIT |
|---|---|---|---|---|---|---|---|
| 061 - BAKER | | | | 1926 | 3860 | 49.90% | 250 |
| | Bill J. Dale | 183 | 11.13% | | | | |
| | Amelia N. Ross-Hammond | 1,156 | 70.31% | | | | |
| | C. L. "Chuck" Smith, Jr. | 197 | 11.98% | | | | |
| | A. M. "Don" Weeks | 105 | 6.38% | | | | |
| 021 - DAVIS CORNER | | | | 2470 | 4986 | 55% | 300 |
| | Bill J. Dale | 227 | 10.88% | | | | |
| | Amelia N. Ross-Hammond | 1,314 | 63.02% | | | | |
| | C. L. "Chuck" Smith, Jr. | 315 | 15.10% | | | | |
| | A. M. "Don" Weeks | 223 | 10.69% | | | | |
| 093 - NEWTOWN | | | | 1239 | 2268 | 54.60% | 200 |
| | Bill J. Dale | 136 | 13.25% | | | | |
| | Amelia N. Ross-Hammond | 624 | 60.81% | | | | |
| | C. L. "Chuck" Smith, Jr. | 165 | 16.08% | | | | |
| | A. M. "Don" Weeks | 96 | 9.35% | | | | |
| 045 - TIMBERLAKE | | | | 1876 | 3475 | 54% | 250 |
| | Bill J. Dale | 272 | 17.81% | | | | |
| | Amelia N. Ross-Hammond | 761 | 49.83% | | | | |
| | C. L. "Chuck" Smith, Jr. | 306 | 20.03% | | | | |
| | A. M. "Don" Weeks | 182 | 11.91% | | | | |
| 041 - COLLEGE PARK | | | | 2306 | 4267 | 54% | 300 |
| | Bill J. Dale | 325 | 17.13% | | | | |
| | Amelia N. Ross-Hammond | 942 | 49.65% | | | | |
| | C. L. "Chuck" Smith, Jr. | 324 | 17.07% | | | | |
| | A. M. "Don" Weeks | 299 | 15.76% | | | | |
| 071 - ROUND HILL | | | | 2622 | 4931 | 53.20% | 300 |
| | Bill J. Dale | 357 | 16.31% | | | | |
| | Amelia N. Ross-Hammond | 1,084 | 49.54% | | | | |
| | C. L. "Chuck" Smith, Jr. | 439 | 20.06% | | | | |
| | A. M. "Don" Weeks | 303 | 13.84% | | | | |
| 084 - TALLWOOD | | | | 1952 | 3414 | 57.20% | 250 |
| | Bill J. Dale | 310 | 19.72% | | | | |
| | Amelia N. Ross-Hammond | 763 | 48.53% | | | | |
| | C. L. "Chuck" Smith, Jr. | 249 | 15.83% | | | | |

| Precinct | Candidate | Votes | % | Total | Turnout % | Registered |
|---|---|---|---|---|---|---|
|  | A. M. "Don" Weeks | 247 | 15.71% |  |  |  |
| 079 - PLEASANT HALL | Bill J. Dale | 212 | 16.08% | 1618 | 56.20% | 2879 |
|  | Amelia N. Ross-Hammond | 638 | 48.40% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 220 | 16.69% |  |  |  |
|  | A. M. "Don" Weeks | 247 | 18.74% |  |  |  |
| 005 - SEATACK | Bill J. Dale | 279 | 20.20% | 1890 | 47.20% | 4004 |
|  | Amelia N. Ross-Hammond | 668 | 48.37% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 212 | 15.35% |  |  |  |
|  | A. M. "Don" Weeks | 218 | 15.78% |  |  |  |
| 076 - VILLAGE | Bill J. Dale | 210 | 16.58% | 1668 | 47.50% | 3515 |
|  | Amelia N. Ross-Hammond | 601 | 47.47% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 246 | 19.43% |  |  |  |
|  | A. M. "Don" Weeks | 205 | 16.19% |  |  |  |
| 069 - SHELL | Bill J. Dale | 157 | 13.13% | 1468 | 59.30% | 2477 |
|  | Amelia N. Ross-Hammond | 567 | 47.44% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 308 | 25.77% |  |  |  |
|  | A. M. "Don" Weeks | 162 | 13.55% |  |  |  |
| 074 - BUCKNER | Bill J. Dale | 249 | 18.01% | 1674 | 54.50% | 3061 |
|  | Amelia N. Ross-Hammond | 619 | 44.79% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 327 | 23.66% |  |  |  |
|  | A. M. "Don" Weeks | 182 | 13.16% |  |  |  |
| 055 - MAGIC HOLLOW | Bill J. Dale | 252 | 17.58% | 1919 | 46.10% | 4159 |
|  | Amelia N. Ross-Hammond | 636 | 44.38% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 288 | 20.09% |  |  |  |
|  | A. M. "Don" Weeks | 252 | 17.58% |  |  |  |
| 080 - CHIMNEY HILL | Bill J. Dale | 258 | 19.98% | 1609 | 53.30% | 3018 |
|  | Amelia N. Ross-Hammond | 571 | 44.22% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 252 | 19.51% |  |  |  |
|  | A. M. "Don" Weeks | 208 | 16.11% |  |  |  |
| 012 - PLAZA | Bill J. Dale | 312 | 19.56% | 2107 | 55.10% | 3827 |
|  | Amelia N. Ross-Hammond | 688 | 43.13% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 309 | 19.37% |  |  |  |
|  | A. M. "Don" Weeks | 280 | 17.55% |  |  |  |
| 073 - DAHLIA | Bill J. Dale | 398 | 21.20% | 2442 | 47.30% | 5158 |
|  | Amelia N. Ross-Hammond | 796 | 42.40% |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 381 | 20.29% |  |  |  |

(Rightmost column values: 250, 250, 250, 200, 200, 300, 200, 250, 300)

| Precinct | Candidate | Votes | % | Total | % | Reg |
|---|---|---|---|---|---|---|
| | A. M. "Don" Weeks | 206 | 15.76% | | | |
| 050 - OCEANA | Bill J. Dale | 147 | 15.80% | 1232 | 45.20% | 200 |
| | Amelia N. Ross-Hammond | 389 | 41.82% | | | |
| | C. L. "Chuck" Smith, Jr. | 232 | 24.94% | | | |
| | A. M. "Don" Weeks | 159 | 17.09% | | | |
| 046 - GREEN RUN | Bill J. Dale | 285 | 20.25% | 1745 | 57.20% | 200 |
| | Amelia N. Ross-Hammond | 586 | 41.64% | | | |
| | C. L. "Chuck" Smith, Jr. | 328 | 23.31% | | | |
| | A. M. "Don" Weeks | 200 | 14.21% | | | |
| 067 - EASTERN SHORE | Bill J. Dale | 322 | 20.25% | 2207 | 45.50% | 300 |
| | Amelia N. Ross-Hammond | 647 | 40.69% | | | |
| | C. L. "Chuck" Smith, Jr. | 305 | 19.18% | | | |
| | A. M. "Don" Weeks | 310 | 19.49% | | | |
| 081 - ROCK LAKE | Bill J. Dale | 330 | 20.87% | 2060 | 58.10% | 250 |
| | Amelia N. Ross-Hammond | 634 | 40.10% | | | |
| | C. L. "Chuck" Smith, Jr. | 377 | 23.84% | | | |
| | A. M. "Don" Weeks | 232 | 14.67% | | | |
| 043 - BELLAMY | Bill J. Dale | 295 | 19.38% | 1794 | 53.90% | 300 |
| | Amelia N. Ross-Hammond | 608 | 39.94% | | | |
| | C. L. "Chuck" Smith, Jr. | 323 | 21.22% | | | |
| | A. M. "Don" Weeks | 289 | 18.98% | | | |
| 029 - HOLLAND | Bill J. Dale | 269 | 19.09% | 1993 | 50.50% | 250 |
| | Amelia N. Ross-Hammond | 541 | 38.39% | | | |
| | C. L. "Chuck" Smith, Jr. | 338 | 23.98% | | | |
| | A. M. "Don" Weeks | 255 | 18.09% | | | |
| 016 - ARAGONA | Bill J. Dale | 393 | 19.95% | 2526 | 56% | 300 |
| | Amelia N. Ross-Hammond | 745 | 37.83% | | | |
| | C. L. "Chuck" Smith, Jr. | 414 | 21.02% | | | |
| | A. M. "Don" Weeks | 408 | 20.72% | | | |
| 039 - PEMBROKE | Bill J. Dale | 376 | 22.07% | 2278 | 52.60% | 300 |
| | Amelia N. Ross-Hammond | 616 | 36.17% | | | |
| | C. L. "Chuck" Smith, Jr. | 337 | 19.78% | | | |
| | A. M. "Don" Weeks | 365 | 21.43% | | | |
| 015 - OLD DONATION | Bill J. Dale | 244 | 20.43% | 1547 | 54.30% | 200 |
| | Amelia N. Ross-Hammond | 431 | 36.09% | | | |
| | C. L. "Chuck" Smith, Jr. | 253 | 21.18% | | | |

| Precinct | Candidate | Votes | % | | % | |
|---|---|---|---|---|---|---|
| | A. M. "Don" Weeks | 263 | 22.02% | | | |
| 064 - ROSEMONT FORE | Bill J. Dale | | | 2334 | 56.60% | 250 |
| | Amelia N. Ross-Hammond | 417 | 21.74% | | | |
| | C. L. "Chuck" Smith, Jr. | 686 | 35.76% | | | |
| | A. M. "Don" Weeks | 465 | 24.24% | | | |
| | | 345 | 17.98% | | | |
| 058 - GLENWOOD | Bill J. Dale | | | 1942 | 65.20% | 200 |
| | Amelia N. Ross-Hammond | 309 | 19.60% | | | |
| | C. L. "Chuck" Smith, Jr. | 562 | 35.65% | | | |
| | A. M. "Don" Weeks | 423 | 26.84% | | | |
| | | 276 | 17.51% | | | |
| 077 - BROOKWOOD | Bill J. Dale | | | 1917 | 54.70% | 250 |
| | Amelia N. Ross-Hammond | 343 | 24.05% | | | |
| | C. L. "Chuck" Smith, Jr. | 503 | 35.27% | | | |
| | A. M. "Don" Weeks | 297 | 20.82% | | | |
| | | 277 | 19.42% | | | |
| 036 - WINDSOR OAKS | Bill J. Dale | | | 2297 | 51% | 300 |
| | Amelia N. Ross-Hammond | 327 | 19.11% | | | |
| | C. L. "Chuck" Smith, Jr. | 603 | 35.24% | | | |
| | A. M. "Don" Weeks | 410 | 23.96% | | | |
| | | 365 | 21.33% | | | |
| 089 - LAKE CHRISTOPH | Bill J. Dale | | | 1854 | 61.20% | 250 |
| | Amelia N. Ross-Hammond | 334 | 21.88% | | | |
| | C. L. "Chuck" Smith, Jr. | 536 | 35.12% | | | |
| | A. M. "Don" Weeks | 309 | 20.24% | | | |
| | | 343 | 22.47% | | | |
| 078 - INDIAN LAKES | Bill J. Dale | | | 1769 | 63.50% | 250 |
| | Amelia N. Ross-Hammond | 345 | 23.24% | | | |
| | C. L. "Chuck" Smith, Jr. | 521 | 35.10% | | | |
| | A. M. "Don" Weeks | 346 | 23.31% | | | |
| | | 266 | 17.92% | | | |
| 065 - COLONIAL | Bill J. Dale | | | 1754 | 65.20% | 200 |
| | Amelia N. Ross-Hammond | 326 | 23.45% | | | |
| | C. L. "Chuck" Smith, Jr. | 482 | 34.67% | | | |
| | A. M. "Don" Weeks | 266 | 19.13% | | | |
| | | 311 | 22.37% | | | |
| 091 - LEXINGTON | Bill J. Dale | | | 1834 | 57.20% | 250 |
| | Amelia N. Ross-Hammond | 321 | 21.92% | | | |
| | C. L. "Chuck" Smith, Jr. | 497 | 33.94% | | | |
| | A. M. "Don" Weeks | 378 | 25.81% | | | |
| | | 261 | 17.82% | | | |
| 037 - CHESAPEAKE BEA | Bill J. Dale | | | 1535 | 47.60% | 250 |
| | Amelia N. Ross-Hammond | 246 | 23.31% | | | |
| | C. L. "Chuck" Smith, Jr. | 350 | 33.74% | | | |
| | | 239 | 22.65% | | | |

| Precinct | Candidate | Votes | % | Total | % | Reg |
|---|---|---|---|---|---|---|
| | A. M. "Don" Weeks | 211 | 20% | | | |
| 054 - CROMWELL | Bill J. Dale | 257 | 24.56% | 1357 | 63.40% | 200 |
| | Amelia N. Ross-Hammond | 352 | 33.65% | | | |
| | C. L. "Chuck" Smith, Jr. | 244 | 23.32% | | | |
| | A. M. "Don" Weeks | 191 | 18.26% | | | |
| 008 - LONDON BRIDGE | Bill J. Dale | 342 | 22.06% | 2140 | 54.20% | 250 |
| | Amelia N. Ross-Hammond | 519 | 33.48% | | | |
| | C. L. "Chuck" Smith, Jr. | 321 | 20.70% | | | |
| | A. M. "Don" Weeks | 364 | 23.48% | | | |
| 059 - SHELTON PARK | Bill J. Dale | 216 | 19.52% | 1504 | 57.60% | 200 |
| | Amelia N. Ross-Hammond | 361 | 32.64% | | | |
| | C. L. "Chuck" Smith, Jr. | 310 | 28.02% | | | |
| | A. M. "Don" Weeks | 214 | 19.34% | | | |
| 002 - SOUTH BEACH | Bill J. Dale | 347 | 26.46% | 1942 | 48.30% | 250 |
| | Amelia N. Ross-Hammond | 413 | 31.50% | | | |
| | C. L. "Chuck" Smith, Jr. | 269 | 20.51% | | | |
| | A. M. "Don" Weeks | 274 | 20.90% | | | |
| 042 - BRANDON | Bill J. Dale | 346 | 21.81% | 1984 | 60.60% | 250 |
| | Amelia N. Ross-Hammond | 492 | 31.02% | | | |
| | C. L. "Chuck" Smith, Jr. | 286 | 18.03% | | | |
| | A. M. "Don" Weeks | 460 | 29.00% | | | |
| 003 - OCEAN LAKES | Bill J. Dale | 407 | 22.53% | 2502 | 51.50% | 300 |
| | Amelia N. Ross-Hammond | 559 | 30.95% | | | |
| | C. L. "Chuck" Smith, Jr. | 414 | 22.92% | | | |
| | A. M. "Don" Weeks | 416 | 23.03% | | | |
| 070 - CORPORATE LANDING | Bill J. Dale | 339 | 21.64% | 2066 | 51.20% | 250 |
| | Amelia N. Ross-Hammond | 482 | 30.77% | | | |
| | C. L. "Chuck" Smith, Jr. | 384 | 24.52% | | | |
| | A. M. "Don" Weeks | 357 | 22.79% | | | |
| 040 - BONNEY | Bill J. Dale | 222 | 20.86% | 1360 | 54.70% | 200 |
| | Amelia N. Ross-Hammond | 321 | 30.16% | | | |
| | C. L. "Chuck" Smith, Jr. | 214 | 20.11% | | | |
| | A. M. "Don" Weeks | 304 | 28.57% | | | |
| 044 - CENTERVILLE | Bill J. Dale | 427 | 24.06% | 2200 | 59.40% | 250 |
| | Amelia N. Ross-Hammond | 533 | 30.04% | | | |
| | C. L. "Chuck" Smith, Jr. | 413 | 23.28% | | | |

| Precinct | Candidate | Votes | % | Total | % | ? |
|---|---|---|---|---|---|---|
|  | A. M. "Don" Weeks | 395 | 22.26% |  |  |  |
| 063 - CULVER | Bill J. Dale | 416 | 24.65% | 2280 | 4051 | 56.30% | 250 |
|  | Amelia N. Ross-Hammond | 504 | 29.87% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 426 | 25.25% |  |  |  |  |
|  | A. M. "Don" Weeks | 339 | 20.09% |  |  |  |  |
| 087 - HILLCREST | Bill J. Dale | 336 | 26.27% | 1690 | 2457 | 68.80% | 200 |
|  | Amelia N. Ross-Hammond | 382 | 29.86% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 277 | 21.65% |  |  |  |  |
|  | A. M. "Don" Weeks | 278 | 21.73% |  |  |  |  |
| 014 - MALIBU | Bill J. Dale | 376 | 24.19% | 2172 | 3461 | 62.80% | 250 |
|  | Amelia N. Ross-Hammond | 461 | 29.66% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 307 | 19.75% |  |  |  |  |
|  | A. M. "Don" Weeks | 402 | 25.86% |  |  |  |  |
| 083 - STRAWBRIDGE | Bill J. Dale | 403 | 25.36% | 2155 | 3420 | 63% | 250 |
|  | Amelia N. Ross-Hammond | 465 | 29.26% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 365 | 22.97% |  |  |  |  |
|  | A. M. "Don" Weeks | 350 | 22.02% |  |  |  |  |
| 062 - LANDSTOWN | Bill J. Dale | 351 | 22.15% | 2145 | 3449 | 62.20% | 250 |
|  | Amelia N. Ross-Hammond | 459 | 28.97% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 388 | 24.49% |  |  |  |  |
|  | A. M. "Don" Weeks | 383 | 24.17% |  |  |  |  |
| 013 - MT TRASHMORE | Bill J. Dale | 431 | 24.32% | 2292 | 4166 | 55% | 300 |
|  | Amelia N. Ross-Hammond | 511 | 28.83% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 393 | 22.17% |  |  |  |  |
|  | A. M. "Don" Weeks | 431 | 24.32% |  |  |  |  |
| 020 - BAYSIDE | Bill J. Dale | 238 | 22.32% | 1468 | 2286 | 64.20% | 200 |
|  | Amelia N. Ross-Hammond | 307 | 28.79% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 260 | 24.39% |  |  |  |  |
|  | A. M. "Don" Weeks | 259 | 24.29% |  |  |  |  |
| 086 - HAYGOOD | Bill J. Dale | 327 | 24.07% | 1949 | 2903 | 67.10% | 200 |
|  | Amelia N. Ross-Hammond | 384 | 28.27% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 335 | 24.66% |  |  |  |  |
|  | A. M. "Don" Weeks | 309 | 22.75% |  |  |  |  |
| 025 - AVALON | Bill J. Dale | 380 | 18.09% | 2518 | 4132 | 61% | 300 |
|  | Amelia N. Ross-Hammond | 593 | 28.23% |  |  |  |  |
|  | C. L. "Chuck" Smith, Jr. | 450 | 21.42% |  |  |  |  |

| Precinct | Candidate | Votes | % | Total | Turnout % | Reg |
|---|---|---|---|---|---|---|
| 024 - LARKSPUR | A. M. "Don" Weeks | 671 | 31.95% | | | |
| | Bill J. Dale | 408 | 33.22% | | | |
| | Amelia N. Ross-Hammond | 339 | 27.60% | | | |
| | C. L. "Chuck" Smith, Jr. | 246 | 20.03% | | | |
| | A. M. "Don" Weeks | 230 | 18.72% | 1442 | 58.30% | 2470 | 250 |
| 082 - SHELBURNE | Bill J. Dale | 277 | 23.12% | | | |
| | Amelia N. Ross-Hammond | 329 | 27.46% | | | |
| | C. L. "Chuck" Smith, Jr. | 319 | 26.62% | | | |
| | A. M. "Don" Weeks | 270 | 22.53% | 1587 | 63.90% | 2485 | 200 |
| 088 - NORTH LANDING | Bill J. Dale | 258 | 23.41% | | | |
| | Amelia N. Ross-Hammond | 302 | 27.40% | | | |
| | C. L. "Chuck" Smith, Jr. | 262 | 23.77% | | | |
| | A. M. "Don" Weeks | 277 | 25.13% | 1500 | 62.30% | 2406 | 200 |
| 018 - THOROUGHGOOD | Bill J. Dale | 401 | 25.09% | | | |
| | Amelia N. Ross-Hammond | 436 | 27.28% | | | |
| | C. L. "Chuck" Smith, Jr. | 326 | 20.40% | | | |
| | A. M. "Don" Weeks | 428 | 26.78% | 2300 | 64.80% | 3549 | 250 |
| 060 - FOXFIRE | Bill J. Dale | 398 | 26.42% | | | |
| | Amelia N. Ross-Hammond | 405 | 26.89% | | | |
| | C. L. "Chuck" Smith, Jr. | 305 | 20.25% | | | |
| | A. M. "Don" Weeks | 395 | 26.22% | 2065 | 67.90% | 3043 | 200 |
| 056 - EDINBURGH | Bill J. Dale | 232 | 30.56% | | | |
| | Amelia N. Ross-Hammond | 202 | 26.61% | | | |
| | C. L. "Chuck" Smith, Jr. | 126 | 16.60% | | | |
| | A. M. "Don" Weeks | 196 | 25.82% | 1010 | 70.30% | 1436 | 150 |
| 022 - POINT O VIEW | Bill J. Dale | 286 | 20.35% | | | |
| | Amelia N. Ross-Hammond | 369 | 26.26% | | | |
| | C. L. "Chuck" Smith, Jr. | 305 | 21.70% | | | |
| | A. M. "Don" Weeks | 439 | 31.24% | 1664 | 65.70% | 2533 | 250 |
| 090 - LAKE JOYCE | Bill J. Dale | 215 | 23.49% | | | |
| | Amelia N. Ross-Hammond | 240 | 26.22% | | | |
| | C. L. "Chuck" Smith, Jr. | 253 | 27.65% | | | |
| | A. M. "Don" Weeks | 207 | 22.62% | 1253 | 60.20% | 2078 | 150 |
| 030 - RED WING | Bill J. Dale | 323 | 26.87% | | | |
| | Amelia N. Ross-Hammond | 308 | 25.62% | | | |
| | C. L. "Chuck" Smith, Jr. | 246 | 20.46% | 1912 | 49.70% | 3846 | 250 |

| Precinct | Candidate | Votes | % | Total | % | Count |
|---|---|---|---|---|---|---|
| | A. M. "Don" Weeks | 320 | 26.62% | | | |
| 066 - HUNT | Bill J. Dale | 336 | 26.79% | 1761 | 65.20% | 200 |
| | Amelia N. Ross-Hammond | 320 | 25.51% | | | |
| | C. L. "Chuck" Smith, Jr. | 244 | 19.45% | | | |
| | A. M. "Don" Weeks | 347 | 27.67% | 2701 | | |
| 094 - PINEWOOD | Bill J. Dale | 191 | 25.91% | 1018 | 59.60% | 150 |
| | Amelia N. Ross-Hammond | 188 | 25.50% | | | |
| | C. L. "Chuck" Smith, Jr. | 154 | 20.89% | | | |
| | A. M. "Don" Weeks | 203 | 27.54% | 1709 | | |
| 052 - HOMESTEAD | Bill J. Dale | 417 | 21.21% | 2293 | 55.50% | 300 |
| | Amelia N. Ross-Hammond | 496 | 25.22% | | | |
| | C. L. "Chuck" Smith, Jr. | 312 | 15.86% | | | |
| | A. M. "Don" Weeks | 731 | 37.18% | 4134 | | |
| 051 - STRATFORD CHAS | Bill J. Dale | 377 | 25.49% | 1804 | 61.20% | 250 |
| | Amelia N. Ross-Hammond | 373 | 25.21% | | | |
| | C. L. "Chuck" Smith, Jr. | 345 | 23.32% | | | |
| | A. M. "Don" Weeks | 376 | 25.42% | 2950 | | |
| 028 - THALIA | Bill J. Dale | 274 | 24.09% | 1510 | 69.80% | 200 |
| | Amelia N. Ross-Hammond | 281 | 24.71% | | | |
| | C. L. "Chuck" Smith, Jr. | 267 | 23.48% | | | |
| | A. M. "Don" Weeks | 310 | 27.26% | 2162 | | |
| 085 - UPTON | Bill J. Dale | 421 | 24.33% | 2359 | 61.10% | 250 |
| | Amelia N. Ross-Hammond | 426 | 24.62% | | | |
| | C. L. "Chuck" Smith, Jr. | 395 | 22.83% | | | |
| | A. M. "Don" Weeks | 481 | 27.80% | 3861 | | |
| 048 - WOLFSNARE | Bill J. Dale | 452 | 27.36% | 2285 | 63.60% | 250 |
| | Amelia N. Ross-Hammond | 405 | 24.51% | | | |
| | C. L. "Chuck" Smith, Jr. | 369 | 22.33% | | | |
| | A. M. "Don" Weeks | 419 | 25.36% | 3593 | | |
| 019 - LAKE SMITH | Bill J. Dale | 168 | 20.97% | 1151 | 66.80% | 150 |
| | Amelia N. Ross-Hammond | 196 | 24.46% | | | |
| | C. L. "Chuck" Smith, Jr. | 217 | 27.09% | | | |
| | A. M. "Don" Weeks | 213 | 26.59% | 1722 | | |
| 017 - OCEAN PARK | Bill J. Dale | 304 | 29.17% | 1534 | 62.70% | 200 |
| | Amelia N. Ross-Hammond | 251 | 24.08% | | | |
| | C. L. "Chuck" Smith, Jr. | 211 | 20.24% | 2446 | | |

| Precinct | Candidate | Votes | % | Total | % | Count |
|---|---|---|---|---|---|---|
| 057 - SHERRY PARK | A. M. "Don" Weeks | 271 | 26.00% | | | |
| | Bill J. Dale | 293 | 27.61% | 1404 | 67.60% | 200 |
| | Amelia N. Ross-Hammond | 250 | 23.56% | | | |
| | C. L. "Chuck" Smith, Jr. | 236 | 22.24% | | | |
| | A. M. "Don" Weeks | 277 | 26.10% | | | |
| 068 - MANOR | Bill J. Dale | 427 | 27.11% | 1882 | 65.80% | 250 |
| | Amelia N. Ross-Hammond | 362 | 22.98% | | | |
| | C. L. "Chuck" Smith, Jr. | 394 | 25.01% | | | |
| | A. M. "Don" Weeks | 385 | 24.44% | | | |
| 092 - LITTLE NECK | Bill J. Dale | 268 | 27.57% | 1392 | 67.60% | 150 |
| | Amelia N. Ross-Hammond | 223 | 22.94% | | | |
| | C. L. "Chuck" Smith, Jr. | 220 | 22.63% | | | |
| | A. M. "Don" Weeks | 257 | 26.44% | | | |
| 009 - TRANTWOOD | Bill J. Dale | 351 | 25.71% | 1994 | 67.80% | 200 |
| | Amelia N. Ross-Hammond | 307 | 22.49% | | | |
| | C. L. "Chuck" Smith, Jr. | 323 | 23.66% | | | |
| | A. M. "Don" Weeks | 378 | 27.69% | | | |
| 026 - FAIRFIELD | Bill J. Dale | 454 | 29.49% | 1812 | 66.20% | 250 |
| | Amelia N. Ross-Hammond | 346 | 22.48% | | | |
| | C. L. "Chuck" Smith, Jr. | 352 | 22.87% | | | |
| | A. M. "Don" Weeks | 385 | 25.01% | | | |
| 011 - CAPE HENRY | Bill J. Dale | 464 | 32.17% | 2195 | 53.80% | 250 |
| | Amelia N. Ross-Hammond | 324 | 22.46% | | | |
| | C. L. "Chuck" Smith, Jr. | 263 | 18.23% | | | |
| | A. M. "Don" Weeks | 387 | 26.83% | | | |
| 023 - ARROWHEAD | Bill J. Dale | 386 | 22.03% | 2101 | 64.30% | 300 |
| | Amelia N. Ross-Hammond | 392 | 22.37% | | | |
| | C. L. "Chuck" Smith, Jr. | 359 | 20.49% | | | |
| | A. M. "Don" Weeks | 610 | 34.81% | | | |
| 031 - SIGMA | Bill J. Dale | 468 | 28.17% | 2467 | 64.20% | 250 |
| | Amelia N. Ross-Hammond | 371 | 22.33% | | | |
| | C. L. "Chuck" Smith, Jr. | 375 | 22.57% | | | |
| | A. M. "Don" Weeks | 438 | 26.36% | | | |
| 072 - RUDEE | Bill J. Dale | 385 | 30.53% | 1887 | 61.90% | 200 |
| | Amelia N. Ross-Hammond | 281 | 22.28% | | | |
| | C. L. "Chuck" Smith, Jr. | 235 | 18.63% | | | |

| Precinct | Candidate | Votes | % | | | |
|---|---|---|---|---|---|---|
| | A. M. "Don" Weeks | 355 | 28.15% | | | |
| 034 - BLACKWATER | Bill J. Dale | 101 | 23.54% | 638 | 921 | 69.30% | 100 |
| | Amelia N. Ross-Hammond | 95 | 22.14% | | | | |
| | C. L. "Chuck" Smith, Jr. | 93 | 21.67% | | | | |
| | A. M. "Don" Weeks | 139 | 32.40% | | | | |
| 035 - COURTHOUSE | Bill J. Dale | 416 | 30.97% | 1897 | 3181 | 59.60% | 250 |
| | Amelia N. Ross-Hammond | 294 | 21.89% | | | | |
| | C. L. "Chuck" Smith, Jr. | 326 | 24.27% | | | | |
| | A. M. "Don" Weeks | 305 | 22.71% | | | | |
| 004 - LINKHORN | Bill J. Dale | 400 | 28.55% | 2100 | 3781 | 55.50% | 250 |
| | Amelia N. Ross-Hammond | 305 | 21.77% | | | | |
| | C. L. "Chuck" Smith, Jr. | 273 | 19.48% | | | | |
| | A. M. "Don" Weeks | 413 | 29.47% | | | | |
| 049 - LYNNHAVEN | Bill J. Dale | 407 | 32.45% | 1997 | 3414 | 58.50% | 250 |
| | Amelia N. Ross-Hammond | 264 | 21.05% | | | | |
| | C. L. "Chuck" Smith, Jr. | 261 | 20.81% | | | | |
| | A. M. "Don" Weeks | 315 | 25.11% | | | | |
| 053 - SHANNON | Bill J. Dale | 424 | 30.59% | 1649 | 2625 | 62.80% | 250 |
| | Amelia N. Ross-Hammond | 286 | 20.63% | | | | |
| | C. L. "Chuck" Smith, Jr. | 333 | 24.02% | | | | |
| | A. M. "Don" Weeks | 334 | 24.09% | | | | |
| 006 - ALANTON | Bill J. Dale | 420 | 28.72% | 2167 | 3476 | 62.30% | 250 |
| | Amelia N. Ross-Hammond | 289 | 19.76% | | | | |
| | C. L. "Chuck" Smith, Jr. | 295 | 20.17% | | | | |
| | A. M. "Don" Weeks | 453 | 30.98% | | | | |
| 038 - WITCHDUCK | Bill J. Dale | 531 | 30.81% | 2475 | 3938 | 62.80% | 250 |
| | Amelia N. Ross-Hammond | 338 | 19.61% | | | | |
| | C. L. "Chuck" Smith, Jr. | 384 | 22.28% | | | | |
| | A. M. "Don" Weeks | 468 | 27.16% | | | | |
| 075 - COLONY | Bill J. Dale | 406 | 27.54% | 2144 | 3457 | 62% | 250 |
| | Amelia N. Ross-Hammond | 289 | 19.60% | | | | |
| | C. L. "Chuck" Smith, Jr. | 457 | 31.00% | | | | |
| | A. M. "Don" Weeks | 317 | 21.50% | | | | |
| 032 - CREEDS | Bill J. Dale | 205 | 28.71% | 987 | 1459 | 67.60% | 150 |
| | Amelia N. Ross-Hammond | 140 | 19.60% | | | | |
| | C. L. "Chuck" Smith, Jr. | 164 | 22.96% | | | | |

| Precinct | Candidate | Votes | % | | | |
|---|---|---|---|---|---|---|
| 007 - KINGSTON | A. M. "Don" Weeks | 202 | 28.29% | | | |
| | Bill J. Dale | 295 | 29.15% | 1425 | 1983 | 71.90% | 150 |
| | Amelia N. Ross-Hammond | 187 | 18.47% | | | | |
| | C. L. "Chuck" Smith, Jr. | 275 | 27.17% | | | | |
| | A. M. "Don" Weeks | 249 | 24.60% | | | | |
| 001 - NORTH BEACH | Bill J. Dale | 575 | 37.65% | 2320 | 3688 | 62.90% | 250 |
| | Amelia N. Ross-Hammond | 279 | 18.27% | | | | |
| | C. L. "Chuck" Smith, Jr. | 288 | 18.86% | | | | |
| | A. M. "Don" Weeks | 377 | 24.68% | | | | |
| 047 - KINGS GRANT | Bill J. Dale | 553 | 31.78% | 2366 | 3582 | 66.10% | 250 |
| | Amelia N. Ross-Hammond | 303 | 17.41% | | | | |
| | C. L. "Chuck" Smith, Jr. | 482 | 27.70% | | | | |
| | A. M. "Don" Weeks | 398 | 22.87% | | | | |
| 027 - EDWIN | Bill J. Dale | 435 | 23.65% | 2109 | 3186 | 66.20% | 300 |
| | Amelia N. Ross-Hammond | 314 | 17.07% | | | | |
| | C. L. "Chuck" Smith, Jr. | 737 | 40.07% | | | | |
| | A. M. "Don" Weeks | 348 | 18.92% | | | | |
| 010 - GREAT NECK | Bill J. Dale | 432 | 27.88% | 2278 | 3613 | 63.10% | 250 |
| | Amelia N. Ross-Hammond | 256 | 16.52% | | | | |
| | C. L. "Chuck" Smith, Jr. | 416 | 26.85% | | | | |
| | A. M. "Don" Weeks | 442 | 28.53% | | | | |
| 033 - CAPPS SHOP | Bill J. Dale | 199 | 25.71% | 1119 | 1583 | 70.70% | 150 |
| | Amelia N. Ross-Hammond | 118 | 15.24% | | | | |
| | C. L. "Chuck" Smith, Jr. | 187 | 24.16% | | | | |
| | A. M. "Don" Weeks | 269 | 34.75% | | | | |

## 2012 Election for Kempsville Seat on Virginia Beach City Council

There was no incumbent running for the Kempsville seat on City Council. Dr. Amelia Ross-Hammond won against three opponents (Bill Dale, Don Weeks and Chuck Smith; Dale and Weeks were white candidates and Smith was a black candidate). Ross-Hammond won 55 of 94 precincts, not including absentee ballots and provisional ballots. There were 19 precincts that had a majority population of racial minorities (non-white) and Ross-Hammond won all of them, in addition to 36 of 75 precincts with a white-majority population.

## 2016 Election for Kempsville Seat on Virginia Beach City Council

Dr. Amelia Ross-Hammond was the incumbent for the Kempsville seat on City Council and faced one opponent, Jessica Abbott (a white candidate). Ross-Hammond won 10 of the 98 precincts (four more precincts were created since 2012), and Abbott won the other 88 precincts, not including absentee ballots and provisional ballots. Including the newly created precincts, there was a total of 21 precincts with a majority population of racial minorities (non-white). Abbott won 11 of the 21 precincts that had a majority of racial minorities (non-white) while Ross-Hammond won the other 10 precincts.

**Precincts with a majority population of racial minorities (non-white) won by Jessica Abbott in 2016:**

*054 Cromwell* (64.2%)  *058 Glenwood* (60.8%)
*065 Colonial* (60.5%)  *005 Seatack* (57.8%)
*084 Tallwood* (56.9%)  *098 Independence* (55.9%)
*074 Buckner* (55.2%)  *081 Rock Lake* (54.4%)
*071 Round Hill* (54.1%)  *046 Green Run* (53.6%)
*080 Chimney Hill* (49.8%; 603 votes to 598 for Ross-Hammond)

**Precincts with a majority population of racial minorities (non-white) won by Dr. Amelia Ross-Hammond in 2016:**

*093 Newtown* (68.7%)  *061 Baker* (67.8%)
*021 Davis Corner* (63.6%)  *069 Shell* (60.0%)
*041 College Park* (59.1%)  *076 Village* (56.9%)
*045 Timberlake* (54.6%)  *055 Magic Hollow* (53.9%)
*097 Indian River* (52.7%)  *050 Oceana* (50.0%; 529 votes to 517 for Abbott)

## Conclusion:

- In 2016, Abbott won more precincts that have a majority population of racial minorities (non-white) than Ross-Hammond, 11 of 21 precincts. Abbott also won all 77 precincts with a majority population of white voters.
- In 2012, Ross-Hammond won all 19 of the precincts that had a majority population of racial minorities (non-white). Ross-Hammond also won 36 of the 75 precincts with a majority population of white voters (48%).

Sources:
www.statisticalatlas.com (data compiled from US Census Bureau)
www.elections.virginia.org

## 2012 Election for Kempsville Seat on Virginia Beach City Council

There was no incumbent for the Kempsville seat on City Council. Dr. Amelia Ross-Hammond won against three opponents (Bill Dale, Don Weeks and Chuck Smith; Dale and Weeks were white candidates and Smith was a black candidate). Ross-Hammond won 55 of 94 precincts, not including absentee ballots and provisional ballots; there were 19 precincts that had a majority population of racial minorities (non-white) and Ross-Hammond won all of them, in addition to 36 precincts with a white-majority population.

## 2016 Election for Kempsville Seat on Virginia Beach City Council

Dr. Amelia Ross-Hammond was the incumbent for the Kempsville seat on City Council and faced one opponent, Jessica Abbott (a white candidate). Ross-Hammond won 10 of the 98 precincts (four more precincts were created since 2012), and Abbott won the other 88 precincts, not including absentee ballots and provisional ballots. Including the newly created precincts, there was a total of 21 precincts with a majority population of racial minorities (non-white). Abbott won 11 of the 21 precincts that had a majority of of racial minorities (non-white) while Ross-Hammond won the other 10 precincts.

**Precincts with a majority population of racial minorities (non-white) won by Jessica Abbott in 2016:**
054 Cromwell (64.2%)   058 Glenwood (60.8%)
065 Colonial (60.5%)   005 Seatack (57.8%)
084 Tallwood (56.9%)   098 Independence (55.9%)
074 Buckner (55.2%)    081 Rock Lake (54.4%)
071 Round Hill (54.1%) 046 Green Run (53.6%)
080 Chimney Hill (49.8%; 603 votes to 598 for Ross-Hammond)

**Precincts with a majority population of racial minorities (non-white) won by Dr. Amelia Ross-Hammond in 2016:**
093 Newtown (68.7%)       061 Baker (67.8%)
021 Davis Corner (63.6%)  069 Shell (60.0%)
041 College Park (59.1%)  076 Village (56.9%)
045 Timberlake (54.6%)    055 Magic Hollow (53.9%)
097 Indian River (52.7%)  050 Oceana (50.0%; 529 votes to 517 for Abbott)

## Conclusion:

- In 2016, Abbott won more precincts that have a majority population of racial minorities (non-white) than Ross-Hammond, 11 of 21 precincts. Abbott also won all 77 precincts with a majority population of white voters.
- In 2012, Ross-Hammond won all 19 of the precincts that had a majority population of racial minorities (non-white). Ross-Hammond also won 36 of the 75 precincts with a majority population of white voters (48%).

Abbott's professional FEMA designations in a time of flooding crisis for many families in Virginia Beach prove that she is a highly-qualified choice for public office. Despite running for office for the first time and being outspent by a margin of 5-to-1, Abbott won by 29,282 votes. The Virginian-Pilot headline detailing Abbott's victory described her as an underdog - meaning she was not expected to win the election. Abbott won almost 90% of the precincts in Virginia Beach, including most of the precincts that have a majority population of racial minorities (non-white). Abbott's campaign was marked by her outstanding presence on social media, connecting with voters in a way that resembled "virtual town halls". Abbott is the first-ever Millennial ever voted into office in Virginia Beach and is the youngest-ever elected official in Virginia Beach (27 years old at time of election). Due to her age, she represents an entire generation of voters in Virginia Beach that have never before had representation in any level of government until 2016.

Abbott has publicly made comments in Council sessions regarding the systemic racial disparities of the current At-large voting system in Virginia Beach and supports an electoral approach that includes District voting for ten unique Council districts (with the Mayor voted at-large). Abbott is also one of the few Councilmembers to demand a Deputy City Manager apologize for careless remarks containing racial overtones during a Disparity March about "five percenters" being present (at which she marched for and has publicly supported the goals of the Disparity March and Disparity Study). Abbott also publicly supported and campaigned for two racial minority candidates who ran for City Council in 2018 (Aaron Rouse and Eric Wray). Her husband is a fourth-grade teacher in at Seatack Elementary School An Achievable Dream Academy, which is

zoned for the historical Seatack community and has a school population that has a majority population of racial minorities (non-white) and Abbott has volunteered at the school and has supported the school's community outreach events.

Sources:
www.statisticalatlas.com (data compiled from US Census Bureau)
www.elections.virginia.org