**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.***,** | |
| **Plaintiffs,** | |
| | **Civil Action No. 2:18-cv-0069** |
| **v.** | |
| **City of Virginia Beach,** *et al.***,** | |
| **Defendants** | |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 25

Email from Virginia Beach City Council Member Sabrina Wooten re: Disparity
Study Forum (DEF08187)

| From: | Sabrina Wooten |
|---|---|
| To: | Julie G. Hill |
| Cc: | Dave Hansen; c.wilsononline@outlook.com |
| Subject: | Re: Update-Disparity Study Forum Title |
| Date: | Monday, May 06, 2019 11:55:46 PM |

Greetings Julie,

Thank you for following up with me.

The attached documentation is the most up to date agenda. However, a brief question and answer session was added after the overview of the study provided by the consulting firm. Please note this charge.

I am requesting that this event be advertised on Facebook, Twitter, Instagram, NextDoor, the City website, News Media Alerts and email blasts ( too include the attendees of the Ignite seminar). In addition, I would like flyers to distribute for this event as well. Please send all marketing material to me for review and approval. I am inviting all of the following organizations. Please see below.

1. Hispanic Chamber
2. Philippino Chamber
3. ABAR-Asian Chamber
4. HRBOR-LGBTQ Chamber
5. The Minority Business Council
6. Community leaders
7. Churches

I have extended an appointment invitation for the MBC Chair to be a panelist. Additionally, there may be a few more panelists who will join us as well. I will keep you posted.

Thank you in advance for your assistance.

Warm regards,

**Sabrina D. Wooten**
City Council Member
Virginia Beach, Virginia | Centerville District
Working to build a stronger city for America's first region.
www.VBgov.com

**My Global Research Platform:**
www.GoResearch.Me/sabrinawooten

**Campaign & Community Updates:**
www.SabrinaWooten.com

**Follow on Facebook:**
www.Facebook.com/wooten2win

Sent from my Sabrina Wooten's iPhone 8 Plus

On May 6, 2019, at 7:07 PM, Julie G. Hill <JHill@vbgov.com> wrote:

DEF08187