IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br> **City of Virginia Beach**, *et al.*, <br><br> **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 26
Excerpt of Virginia Beach City Council Member James Wood's Response to Plaintiffs' Rule 45 Subpoena for Document Production (Pages 9-16)

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, et al., <br><br> Plaintiffs, <br><br> v. <br> City of Virginia Beach, et al., <br><br> Defendants. | Civil Action No. 2:18-cv-0069 |

## VICE MAYOR JAMES L. WOOD'S

## RESPONSIVE DOCUMENTS



# City of Virginia Beach

VBgov.com

JAMES L. WOOD, VICE MAYOR
COUNCILMAN – DISTRICT 5 – LYNNHAVEN
(757) 785-4342
FAX (757) 340-2082
EMAIL: JLWOOD@VBGOV.COM

MUNICIPAL CENTER
CITY HALL, BUILDING 1
2401 COURTHOUSE DRIVE
VIRGINIA BEACH, VA 23456

June 25, 2019

RESPONSE TO SUBPOENA
2:18-cv-00069

1. Provide any and all documents, communications, and things related to any analysis conducted on racial voting patterns in Virginia Beach between January 1, 1995 and the present.

Such documents may exist but I have no relevant documents in my possession.

2. Provide any and all documents, communications, and things related to the relationship between race, voting, and electoral results in Virginia Beach from January 1, 2000 to the present.

Such documents may exist but I have no relevant documents in my possession.

3. Provide any and all documents, communications, and things related to any analysis conducted between January 1, 1995 and the present, which concluded that the City could or could not enact a new election system—with seven districts, ten districts, or any other number of districts—that included at least one district with a minority citizen voting age population of fifty percent or more.

Such documents may exist but I have no relevant documents in my possession.

4. Provide any and all documents, communications, and things showing Virginia Beach's reliance on the Census Bureau's American Community Survey data in its research, analysis, or allocation of funds or for any other official purpose.

Such documents may exist but I have no relevant documents in my possession.

5. Provide any and all documents, communications, and things in which you or your predecessors expressed support for or opposition to the May 1996 referendum on whether the City should adopt a ward system for city elections.

Such documents may exist but I have no relevant documents in my possession.

Response to Subpoena
June 25, 2019
Page 2

6. Provide any and all documents, communications, and things related to any proposal to institute a ward or district system made from June 1, 1996 to the present, including, but not limited to, proposals made in the form of legislation (enacted or proposed) or statements made during hearings, referendum recommendations, public testimony, or informal sessions or discussions conducted by or before the City Council.

Such documents may exist but I have no relevant documents in my possession.

7. Provide any and all documents, communications, and things related to any proposal to introduce any other electoral system—including alternative forms of voting such as ranked choice voting or cumulative voting—from June 1, 1996 to the present, including, but not limited to, proposals made in the form of legislation (enacted or proposed) or statements made during hearings, public testimony, or informal sessions or discussions conducted by or before the City Council.

Such documents may exist but I have no relevant documents in my possession.

8. Provide any and all documents, communications, and things related to the lack of minority representation on Virginia Beach City Council from January 1, 2000 to the present.

Such documents may exist but I have no relevant documents in my possession.

9. Provide any and all documents related to the difficulties for the minority community to elect candidates of their choice to Virginia Beach City Council from January 1, 2000 to the present.

Such documents may exist but I have no relevant documents in my possession.

10. Provide any and all documents, communications, and things addressing Virginia Beach's history of racial discrimination, from January 1, 2000 to present.

Such documents may exist but I have no relevant documents in my possession.

11. Provide any and all documents, communications, and things addressing racial disparities in health outcomes, education, income, policing, employment and housing in Virginia Beach, from January 1, 2000 to present.

Such documents may exist but I have no relevant documents in my possession.

12. Provide any and all documents, communications, and things related to allegations of racial discrimination in Virginia Beach and/or the City Council's response to allegations of racial discrimination from January 1, 2000 to the present.

Such documents may exist but I have no relevant documents in my possession.

Response to Subpoena
June 25, 2019
Page 3

13. Provide any and all documents, communications, and things related to the visit of students from historically Black colleges and universities (HBCUs) during College Beach weekend from January 1, 2000 to the present.

Such documents may exist but I have no relevant documents in my possession.

14. Provide any and all documents, communications, and things related to allegations of voter intimidation in Virginia Beach and/or the City's response to allegations of voter intimidation from January 1, 2000 to the present.

Such documents may exist but I have no relevant documents in my possession.

15. Provide any and all documents, communications, and things related to allegations of racial appeals or racist incidents in political campaigns in Virginia Beach from January 1, 2000 to the present.

See Attachment A

16. Provide any and all documents, communications, and things involving or related to Hampton Roads Chamber and HRBizPAC, including all documents and communications related to endorsements and monetary contributions by those entities to you or your campaigns for City Council from January 1, 2000 to the present.

See Attachment B

17. Provide any and all campaign-related communications between you and Hampton Roads Chamber, HRBizPAC, or any staff from Hampton Roads Chamber or HRBizPAC.

See Attachment B

18. Provide any and all documents, communications, and things related to any efforts by you to recruit or encourage support for minority candidates for City Council between January 1, 2000 and December 31, 2018.

See Attachment C

19. Provide any and all documents, communications, and things related to communications between Defendants Rouse and Wooten and current and former City Council members prior to their election to City Council in November 2018.

Such documents may exist but I have no relevant documents in my possession.

Response to Subpoena
June 25, 2019
Page 4

20. Provide any and all documents, communications, and things in the possession of all Defendants except Defendants Rouse and Wooten related to the candidacy of Defendants Rouse and Wooten prior to their election to City Council in November 2018.

Such documents may exist but I have no relevant documents in my possession.

21. Provide any and all documents, communications, and things related to or mentioning Latasha Holloway or Georgia Allen.

Such documents may exist but I have no relevant documents in my possession.

22. Provide any and all documents, communications, and things related to the candidacies and elections of Louisa Strayhorn, Dr. Amelia Ross-Hammond, John L. Perry, and Ron A. Villanueva.

See Attachment D

23. Provide any and all documents, communications, and things related to the appointment and candidacy of Prescott Sherrod.

Such documents may exist but I have no relevant documents in my possession.

24. Provide any and all documents, communications, and things related to the Community Policing 5-Point Plan submitted by the Virginia Beach Interdenominational Ministers Conference, Virginia Beach NAACP chapter, and Virginia Beach African American Leadership Forum, Virginia Beach's response to the 5-point plan, and any analysis conducted of Virginia Beach's response to the 5-point plan.

Such documents may exist but I have no relevant documents in my possession.

25. Provide any and all documents, communications, and things related to the Virginia Beach Interdenominational Ministers Conference, Virginia Beach NAACP chapter, and Virginia Beach African American Leadership Forum from January 1, 2000 to the present.

See Attachment E

26. Provide any and all documents, communications, and things related to racial disparities in access to transportation in Virginia Beach, including documents related to the rejection of a light rail project in Virginia Beach, from January 1, 2000 to present.

Such documents may exist but I have no relevant documents in my possession.

Response to Subpoena
June 25, 2019
Page 5

27. Provide documents sufficient to show the number of minority employees, their job titles, and percentage of minority employees working for Virginia Beach, including the number and percentage of minority employees in managerial positions since January 1, 2000.

Such documents may exist but I have no relevant documents in my possession.

28. Provide documents sufficient to show the number and percentage of minority citizens that have served on Virginia Beach's Boards, Commissions, and Committees since January 1, 2000.

Such documents may exist but I have no relevant documents in my possession.

29. Provide any and all documents, communications, and things related to requests to City Council for racial disparity studies of public contracting, education, housing, transportation, city hiring or other socioeconomic topics, any racial disparity studies conducted in Virginia Beach including the disparity analysis conducted in 2018, and any responses to such racial disparity studies from January 1, 2000 to the present.

Such documents may exist but I have no relevant documents in my possession.

30. Provide any and all documents, communications, and things related to Virginia Beach goals for public contracting with minority-owned businesses and Virginia Beach's progress toward meeting those goals, from January 1, 2000 to present.

Such documents may exist but I have no relevant documents in my possession.

31. Provide any and all documents, communications, and things related to your outreach to the minority community in Virginia Beach during your electoral campaigns.

Such documents may exist but I have no relevant documents in my possession.

32. Provide any and all video footage or transcripts of items 19, 20, and 21 in Defendants' initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, identified as Virginia Beach City public hearings held on July, 14, 2011; August 9, 2011; and August 23, 2011.

Such documents may exist but I have no relevant documents in my possession.

ATTACHMENT A

Screenshot of a text message where a candidate reported to me that poll workers for another candidate were handing out different color handouts depending upon the race of the person they encountered at the polling place.

Dee

Thu, Nov 1, 15:56

Call me back please

Fri, Nov 2, 12:46

Please call me



Have a Denteley there are three colors

Sorry that is a Voice text. They are using three separate colors the pink ones were in the trashcan she had run out of those earlier. She is still here so all she has is the orange kind of color left. But they were handing out the pink ones earlier