**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.*,<br><br>    **Plaintiffs,**<br><br>v.<br>**City of Virginia Beach,** *et al.*,<br><br>    **Defendants** | **Civil Action No. 2:18-cv-0069** |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 27
Plaintiffs' Reconfigured Table A

**Reconfigured Table A – Spencer's Individual Ecological Inference Estimates for Black and Asian Support with Confidence Intervals**

| Candidate (Year) | Estimated Black Support | Black CI | Estimated Asian Support | Asian CI |
|---|---|---|---|---|
| Rouse (2018) | 83.0 | ± 12.5 | 53.0 | ± 29.8 |
| Wooten (2018) | 90.3 | ± 29.2 | 73.4 | ± 36.1 |
| White (2018) | 61.1 | ± 21.0 | 19.6 | ± 40.0 |
| Ross-Hammond (2016) | 81.2 | ± 9.2 | 26.2 | ± 21.0 |
| Cabiness (2014) | 70.2 | ±8.8 | 9.4 | ± 14.5 |
| Henley (2014) | 62.4 | ± 5.5 | 82.9 | ± 13.5 |
| Ross-Hammond (2012) | 82.6 | ± 8.6 | 33.6 | ± 24.7 |
| Sherrod (2011) | 90.2 | ± 8.4 | 27.2 | ± 24.9 |
| Jackson (2010) | 52.9 | ± 4.9 | 6.9 | ± 9.8 |
| Bellitto (2010) | 8.4 | ± 4.5 | 47.2 | ± 12.5 |
| Bullock (2010) | 79.0 | ± 7.1 | 87.9 | ± 15.9 |
| Allen (2008) | 79.4 | ± 6.7 | 29.8 | ± 19.4 |
| Flores (2008) | 52.9 | ± 4.7 | 33.9 | ± 13.7 |