**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

**Latasha Holloway, *et al.*,**

**Plaintiffs,**

**v.**
**City of Virginia Beach, *et al.*,**

**Defendants**

**Civil Action No. 2:18-cv-0069**

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 31

Plaintiffs' Second Supplemental Initial Disclosures




August 24, 2019

*Via electronic mail*

Dear Mr. Harris,

As required by Federal Rule of Civil Procedure 26(e), Plaintiffs hereby further supplement their responses to Defendants' Interrogatories as follows:

## I. Second Supplemental Responses to Interrogatory No. 1

**INTERROGATORY NO. 1:**

Identify all persons with knowledge of the facts, allegations, and claims set forth in your Amended Complaint, whether pertaining to any count or cause of action, issues of liability, injury, damages, or remedies. For each person identified in response to this Interrogatory, state the person's full name, address, telephone number(s), and a brief description of the subject matter of the information known by that person as explained in the instructions listed above. Any non-expert witness not identified in response to this interrogatory will be objected to at trial.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Plaintiffs incorporate their prior objections and responses to this interrogatory, served on June 13, 2019 and July 30, 2019 respectively.

Dr. Veronica Coleman, Telephone: 757.572.4391; Andrew Jackson, Telephone: 757.472.0901; Shewling Moy, Telephone: 757.927.8454; Teresa Stanley, Telephone: 757.286.5858. Plaintiffs believe that said individuals are expected to have information related to Plaintiffs' claims including their experiences with political participation in Virginia Beach, their experiences of governmental responsiveness to the minority community in Virginia Beach, and their inability to elect their candidates of choice under the current at-large system.

## II. Documents in Plaintiffs' Possession (Rule 26(a)(1)(A)(ii))

Plaintiffs or their experts intend to rely on newspaper articles, including those listed in Attachment 1 hereto.

Best,

/s/ Chris Lamar
Chris Lamar
Campaign Legal Center
1101 14th St. NW Suite 400 Washington, DC 20005
202.822.1854 clamar@campaignlegal.org

**ATTACHMENT 1**

Peter Coutu, *If Beach council used ward election system, would the results change? Probably. - System requires candidates to live in specific districts, but entire city elects them*, The Virginian Pilot, Dec. 19, 2018, at 1A

Peter Coutu, *Virginia Beach shakeup – Three incumbents at risk of losing council seats as diversity rises*, The Virginian Pilot, Nov. 7, 2018 at 1A

Peter Coutu, *Quizzing the 22 candidates – Election 2018: Virginia Beach City Council*, The Virginian Pilot, Oct. 28, 2018 at 3A

John Warren, *2008*, The Virginian Pilot, Nov. 5, 2008, at B6.

John Warren, *Black leaders discuss a shift in voting system*, Nov. 16, 2008, at A1

Roger Chesley, *Filling a seat at the table*, The Virginian Pilot, Feb. 6, 2010, at B7.

Roger Chesley, *Beach voters didn't need threats to assess council field*, The Virginian Pilot, Nov. 8, 2018, at 2A

Alissa Skelton, *"This is about justice": March for equality at Oceanfront will shut down 40 blocks of Atlantic Ave.*, The Virginian Pilot, Feb. 23, 2017, at A 001.

Alissa Skelton, *3 new members take seats for first Beach council meeting*, The Virginian Pilot, Jan. 10, 2019, at 2A.

Matthew Jones, *Panel urges Beach to focus on recruiting minorities*, Jan. 7, 2005, at B4.

Selene D. Guerrero, *Beach NAACP branch makes hand-off of gavel*, The Virginian Pilot, Feb. 9, 2012, at BX1

Mike Connors, *Mom of Virginia Beach 7-year-old files misdemeanor assault charges against teacher, principal*, The Virginian Pilot, Oct. 28, 2017, at A002

Mike Connors, *Two Virginia Beach educators cleared of assault charges involving student*, The Virginian Pilot, March 30, 2018, at A003

Lynn Waltz, *Tempers Flare at Discussion on Police Brutality*, The Virginian Pilot, May 2, 1991, at D1

Mechelle Hankerson, *Virginia Beach's future African American Cultural Center seeks stories about black residents*, The Virginian Pilot, Nov. 26, 2017, at A002

*Virginia Beach Candidates*, The Virginian Pilot, Nov. 2, 2008 at 9

*Local*, The Virginian Pilot, Nov. 5, 2008 at B6

*Local*, The Virginian Pilot, Nov. 20, 2008 at B9

*Following the Money*, The Virginian Pilot, Nov. 2, 2005 at B2

Susan E. White, *83rd District: Wardrup eaily wins eighth term*, The Virginian Pilot, Nov. 9, 2005 at A17

*Level the playing field in Virginia Beach*, The Virginian Pilot, May 22, 2019 at 17A

*Beach voters make leadership changes*, The Virginian Pilot, Nov. 8, 2018 at 10A

Aaron Applegate, *Four challengers take on at-large council vet*, The Virginian Pilot, Oct. 27, 2008 at B1

Susan E. White, *Newcomer, incumbent both sound off on key issues*, The Virginian Pilot, Oct. 19, 2005 at B1

*Beach voters make – leadership – changes – our views*, The Virginian Pilot, Nov. 8, 2018 at 10A

*Front*, The Virginian Pilot, Oct. 28, 2008 at A14

Deirdre Fernandes, *Candidates: Wards would help get blacks elected*, The Virginian Pilot, Oct. 12, 2008 at B1

Deirdre Fernandes, *Health care headline*, The Virginian Pilot, Sept. 6, 2009 at A1

Deirdre Fernandes and Julian Walker, *Beach GOP leader to quit after racist e-mail surfaces*, The Virginian Pilot, Oct. 19, 2010 at B7

*Letter: Vote for change in Virginia Beach*, The Virginian Pilot, Sept. 23, 2018 at A 019.

Chenue Her, *Racist note left on Virginia Beach city council candidate's car*, 13 News Now (Aug. 10, 2018) https://www.13newsnow.com/article/news/local/mycity/virginia-beach/racist-note-left-on-virginia-beach-city-council-candidates-car/291-582524285

Mechelle Hankerson, *Virginia Beach delegate was fined for attack ad, but not because she called opponent "racist."*, The Virginian-Pilot, May 22, 2018 https://pilotonline.com/news/government/virginia/article_5cad4186-5d2d-11e8-8bee-d31e0806a75d.html

Alissa Skelton, *Rally at Virginia Beach Confederate monument draws supporters, opponents of removing it*, The Virginian-Pilot, Aug. 24, 2017

Web Staff, Va. Beach city manager says Floatopia meeting comment was 'poor choice of words,' WTKR 3 News, May 31, 2019

Alissa Skelton, *NFL Hall of Famer Smith offended by Virginia Beach officials' texts about racial equality rally*, The Virginian-Pilor, Apr. 3, 2018

Scott Daugherty, *Former Del. Ron Villanueva sentenced to 2.5 years in prison for defrauding federal government*, The Virginian-Pilot, Jul. 2, 2019