IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Latasha Holloway, *et al.*,

    Plaintiffs,

v.

City of Virginia Beach, *et al.*,

    Defendants

Civil Action No. 2:18-cv-0069

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 32

Deposition Transcript of Virginia Beach City Council Member Rosemary Wilson
(Volume II only)



# Transcript of Rosemary Wilson, Volume II

**Date:** October 4, 2019
**Case:** Holloway, et al. -v- City of Virginia Beach, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                      NORFOLK DIVISION

 4    -------------------------------x

 5    LATASHA HOLLOWAY and              :

 6    GEORGIA ALLEN,                    :

 7                   Plaintiffs,   :     CASE NO.

 8    v.                                :     2:18cv00069

 9    CITY OF VIRGINIA BEACH, et al., :

10                   Defendants.    :

11    -------------------------------x

12

13

14            Deposition of ROSEMARY A. WILSON

15               Virginia Beach, Virginia

16              Friday, October 4, 2019

17                    7:50 a.m.

18                    Volume II

19

20    Job No. 266823

21    Pages 152 - 194

22    Reported by:  Penny C. Wile, RPR, RMR, CRR
```

1            Deposition of ROSEMARY A. WILSON, held at

2    the residence of:

3

4

5         CHRISTOPHER S. BOYNTON

6         813 Carolina Avenue

7         Virginia Beach, VA 23451

8

9

10

11

12

13

14

15         Pursuant to Notice, before Penny C. Wile,

16    RPR, RMR, CRR, Notary Public of the Commonwealth

17    of Virginia.

18

19

20

21

22

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                          154

```
1              A P P E A R A N C E S

2      ON BEHALF OF THE PLAINTIFFS, LATASHA HOLLOWAY

3      AND GEORGIA ALLEN:

4           DANIELLE LANG, ESQUIRE

5           CHRISTOPHER LAMAR, ESQUIRE

6           CAMPAIGN LEGAL CENTER

7           1101 14th Street NW

8           Suite 400

9           Washington, DC 20005

10          (202)736-2200

11

12     ON BEHALF OF THE DEFENDANTS, CITY OF VIRGINIA

13     BEACH, ET AL.:

14          CHRISTOPHER S. BOYNTON, ESQUIRE

15          OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY

16          2401 Courthouse Drive

17          Municipal Center, Building One

18          Room 260

19          Virginia Beach, VA 23456

20          (757)385-4351

21

22          Also present:  Jeffrey Zalesin
```

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    155

```
 1              C O N T E N T S

 2   EXAMINATION OF ROSEMARY A. WILSON          PAGE

 3        By Ms. Lang                           156

 4

 5

 6

 7

 8              E X H I B I T S

 9   WILSON DEPOSITION EXHIBIT                   PAGE

10   Exhibit 2    Email string, DEF07659-07693   158

11   Exhibit 3    Email string, DEF07520-07521   167

12   Exhibit 4    Email string, DEF07323-07326   168

13   Exhibit 5    Email string, DEF07278-07292   172

14   Exhibit 6    Email string, DEF07173-07180   175

15

16

17

18

19

20

21

22
```

```
 1                    P R O C E E D I N G S
 2      Whereupon,
 3                    ROSEMARY A. WILSON,
 4      after having been first duly sworn, was examined
 5      and did testify under oath as follows:
 6       EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
 7      BY MS. LANG:
 8          Q. Ms. Wilson, on Exhibit 1 a couple pages
 9      from the back there is the flyer we referred to
10      earlier with you and Ms. Ross-Hammond, your
11      kickoff event.  I just wanted to clarify really
12      quickly, the endorsements that are listed below,
13      are those endorsements for -- that you and
14      Ms. Ross-Hammond had made for others or that they
15      had made for both of you or just for you?  What is
16      the meaning of these endorsements?
17          A. These were support, people that support
18      us.
19          Q. Okay.
20          A. It was a joint event.  We did it together.
21          Q. Yes.
22             So these are supporters of both you and
```

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    157

1    Ms. Ross-Hammond?

2        A. Yes.

3        Q. And I notice that Dr. Ross-Hammond is

4    listed as one of the supporters.  Do you know why

5    that is?

6        A. Let me rethink this.  This has been a

7    while.  This one might have been my supporters.

8    I'm sorry.

9        Q. Okay.

10       A. Because I think -- you know what?  We each

11   had different supporters, so -- before we did the

12   event together.  So I didn't mean to -- anyway,

13   it's been a while.  That was -- I'm so glad you

14   asked that question.  Yeah.  These were the people

15   who were supporting me.  So she had her own list.

16   But the location was the same.  The sponsorship

17   level was the same.  And these are the people I

18   had supporting me.  She sent out one similar.

19       Q. With her own supporters?

20       A. With her own endorsements.

21       Q. That makes perfect sense.

22       A. And I don't have a copy.

1      Q. That makes sense to me.

2      A. I'm glad you did.  I'm sorry.

3      Q. No.  Not at all.

4         I think when we left off yesterday I had

5   asked you if you were familiar with the 5 Point

6   Plan that the Interdenominational Ministers

7   Conference had submitted?

8      A. I had seen --

9         MR. BOYNTON:  Just let her finish the full

10  question.  Sorry.

11        Now you can answer.  I didn't mean to

12  stop.

13     Q. Go ahead.

14     A. I've seen it, but it's been a while.

15        MS. LANG:  I'm going to mark Exhibit 2.

16               (Exhibit 2 was marked and

17                attached to the transcript.)

18        MR. BOYNTON:  This is a rather long email.

19  Is there a particular page you want her to look

20  at?

21     A. And it's really small print.

22     Q. If you can turn to DEF07673.  And this is

1   a press release from the Ministers about the 5

2   Point Plan.  At the bottom paragraph it says that

3   the plan was presented to Councilwoman Rosemary

4   Wilson and Chief Cervera at the Governor's Forum

5   on Community Policing.  And I was just wondering

6   why it was that it was specifically you and the

7   Chief that were at that forum?

8        A. I go to a lot of things.  I'm very

9   interested in what's going on in the community,

10  and so I went to see what was being said.

11       Q. Okay.

12       A. And I was the only Council member in the

13  audience, so they came over and handed it to me.

14  But that was about the extent of it.

15       Q. So you weren't -- it wasn't a planned

16  event with you and the Chief?  You were just in

17  the audience?

18       A. Yes.

19       Q. Okay.  And because you were in the

20  audience they came over and presented it to you?

21       A. That's correct.

22       Q. Okay.  And to your recollection, what was

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    160

1   the -- what was the Ministers Conference asking

2   for?  There is, on the next page, some five areas.

3       A. Yeah.

4          These five things.

5       Q. After you received this plan, what actions

6   did you take to respond to these requests from the

7   Ministers Conference?

8       A. Asked to set up a meeting, and a lot of --

9   and it was at the religion center, and there were

10  a lot of community leaders there, especially from

11  the African American community, to discuss this.

12      Q. What was discussed at that meeting?

13      A. What they were asking for, and probably

14  some other things, but I can't remember all.  It's

15  been a while.

16      Q. Okay.  And what was the, kind of, setup of

17  the evening?  Was it a presentation?  Was it a

18  town hall?  How was it organized?

19      A. It was, like, a circle of chairs of people

20  to have -- not a roundtable, because the table was

21  too small, but a circle of chairs where people

22  could talk about these issues because we cared

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    161

1    what they had to say and wanted to listen to see

2    how we could work with them.

3        Q. What follow-up actions were taken after

4    that meeting?

5        A. We've been getting body cameras.

6        Q. What is the status of the body cameras in

7    Virginia Beach?

8        A. They're being implemented in stages

9    because they're very expensive to do.

10       Q. Okay.

11       A. You have to -- it's not just slapping a

12   body camera on someone.  You have to have a place

13   for them to be reviewed.  The Commonwealth

14   Attorney had to hire more people, create more

15   office space.  So there is a lot to it.  So

16   they've been phased in.  I'm not sure exactly

17   where we are in the phasing in.

18       Q. Do you know what the timeline is for the

19   completion of the body camera rollout?

20       A. Not off the top of my head, no.

21       Q. Okay.

22       A. But we listened, and we started.  And it

1    was very expensive to do.

2        Q. Okay.  Are there any other follow-up

3    actions, that you're aware of, related to the 5

4    Point Plan?

5        A. Well, we're always trying to hire and

6    promote, especially in a minority community.

7        Q. And what policies or procedures has the

8    city taken on to try to diversify the police

9    force?

10        A. Well, we've encouraged our Fire -- not our

11    Fire Chief -- our Police Chief to do that.  And

12    he's very in tune to that, and I know he works

13    very hard at it.

14          One of the things that I brought up was

15    that when someone wants to come into the Academy

16    they can't wait to be paid.  So let's say the

17    Academy starts in September and they sign up in

18    June.  Well, those two months is too long for them

19    not to be paid, so to work towards giving them

20    compensation before the Academy starts.

21        Q. And is that in place or is that just in

22    the idea phase?

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    163

1        A. I don't know.  I know we talked about it.

2        Q. Do you know if there have been changes to

3    the transparency and data collection related to

4    racial profiling in Virginia Beach?

5        A. I don't know what's happening at that end.

6        Q. Do you know if there's been any changes in

7    the performance review or training systems in the

8    Virginia Police Department?

9            MR. BOYNTON:  Object to the form of the

10    question.  I think you meant Virginia Beach.

11            MS. LANG:  What did I say, Virginia?

12        Q. Virginia Beach.

13        A. You know, I can't say we're not

14    transparent, so maybe -- I don't know if this is a

15    perception.  I think that we are a pretty

16    transparent city.

17        Q. Were you -- you were on City Council in

18    2010; is that correct?

19        A. That's correct.

20        Q. In or around 2010 the Department of

21    Justice raised concerns about certain Police

22    Department procedures in Virginia Beach; is that

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    164

1   right?

2        A. I think it was with regard to the testing.

3        Q. And Virginia Beach entered into a Consent

4   Decree with the Department of Justice, correct?

5        A. That's true.

6        Q. And did City Council have to approve that

7   Consent Decree?

8        A. I know we were briefed on it.

9        Q. Okay.  And can you tell me what your

10  understanding was of the subject of that Consent

11  Decree?

12       A. That the test -- something about the test

13  didn't -- it was too hard on certain demographics.

14       Q. So the city agreed to no longer use that

15  test; is that correct?

16       A. Yes.

17       Q. Okay.  And did you agree with that change?

18       A. Of course.

19       Q. Okay.  Do you know what the current

20  demographics are of the Police Department?

21       A. No.

22       Q. Are you aware of continued complaints

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    165

1  raised by the Ministers Conference as to inaction

2  on their 5 Point Plan?

3      A. No.

4      Q. Have you spoken to any members of the

5  Interdenominational Ministers Conference about

6  their 5 Point Plan since that meeting in 2016?

7      A. I believe Ron Taylor and I have talked

8  about it.  I don't know if he's a member of that

9  group or not.

10     Q. Okay.  And can you remind me who Ron

11  Taylor is?

12     A. He is a community leader.  He heads up the

13  Hampton Roads Black Caucus.

14     Q. And what was the nature of that

15  conversation?

16     A. We want to be transparent.  We want to

17  work with everyone.  We want to be a friendly

18  city.

19     Q. Okay.  And when was that conversation with

20  Ron Taylor?

21     A. I have no idea.

22     Q. Okay.  But that was after the forum

1   meeting?

2        A. Yes.

3        Q. Okay.  Was he asking you for anything in

4   particular?

5        A. No.  It was just a conversation about the

6   meeting.

7        Q. Did you have any follow-up conversations

8   with the Chief after the forum, the Chief of

9   Police?

10       A. Maybe.  I don't remember.

11       Q. Okay.  Did the City Council have any

12  meetings with the Chief after that forum?

13       A. Not that I remember.

14       Q. Okay.  To your knowledge, are there any

15  current pending proposals related to policing in

16  Virginia Beach before the City Council that the

17  City Council is currently working on?

18       A. I don't know how to answer your question.

19       Q. Are there any current projects or

20  ordinances or resolutions that the City Council is

21  working on related to policing?

22       A. I don't know.

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    167

1      Q. Okay.  So not to your knowledge?

2      A. Not -- well, I just don't know.  That's my

3   answer.

4      Q. Okay.

5         MS. LANG:  I'm going to mark Exhibit 3.

6                    (Exhibit 3 was marked and

7                     attached to the transcript.)

8      Q. In this email exchange between Mr. Hansen

9   and James Allen, Mr. Allen is asking for, among

10  other things, to be put on the City Council agenda

11  with respect to the 5 Point Plan.  And Mr. Hansen

12  says that the October 4th agenda is full, and says

13  that the issues will be discussed at the forum.

14         Do you know if the African American

15  leadership was ever put on the actual agenda for a

16  City Council meeting with respect to their 5 Point

17  Plan?

18     A. I think that would be in the records of

19  our city.  So I really can't answer that, but I'm

20  sure it would be in the records if it was.

21     Q. Okay.  Do you recall them ever being on

22  the full agenda?

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                            168

1        A. I don't, but, I mean, I know that a lot of

2    attention was given to them with the community

3    meetings that we had.

4        Q. Okay.

5        A. And the reason my name is on this is

6    because I asked for it, the community meeting.

7        Q. That was going to be my next question.

8            So Mr. Hansen sent this to you and Amelia

9    Ross-Hammond.  I think you just answered that at

10   least in part.  But do you know why Mr. Hansen

11   chose you and Ms. Ross-Hammond specifically to

12   share this with?

13       A. Because they gave me the plan and I said I

14   would do something about it, which I did.  And we

15   were copied because -- since she was the African

16   American on the Council.

17       Q. Okay.

18       A. So it was her and I.

19       Q. Thank you.

20           MS. LANG:  I'm going to mark Exhibit 4.

21                   (Exhibit 4 was marked and

22                attached to the transcript.)

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                      169

1        Q. I'm only going to refer, for what it's

2    worth, to that first email on the first page.

3        MR. BOYNTON:  Okay.

4        Q. Have you had a chance to review it?

5        A. Let me go back.

6        Q. Okay.

7        A. Okay.

8        Q. So in this email Pastor D. L. Williams --

9    let me start with, do you know Pastor D. L.

10   Williams?

11       A. I do.

12       Q. Pastor D. L. Williams writes that he

13   walked away from the October meeting, that we've

14   discussed, with the understanding that everyone

15   agreed moving forward with four items:  body cams,

16   something related to the Academy, data collection,

17   and recruiting.  Is that your recollection of the

18   meeting, as well?

19       A. It was a very good meeting.  And I

20   think -- I think on the city side they were very

21   open to what they had to say and a sincere effort

22   to work together.

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    170

1      Q. And do you know what efforts were taken on

2   items 2, 3, and 4 on Pastor D. L. Williams' list?

3      A. I know that we're always trying to

4   recruit, and we really love having minorities.

5   And, for example, I went to the First National

6   Night Out in August with the Hispanic community,

7   and they had police officers there that spoke

8   Spanish.  So we're -- we really -- all minorities

9   are a big part of our community, so we're always

10  trying to work and to recruit.  It's a very good

11  thing to have.

12      I don't know where we are on the data

13  collections.

14      On the Academy, we are always trying to

15  encourage and include on the Academies.

16      Q. And thank you for that input.

17      But on specific -- on 2, 3, and 4, you

18  don't know of any specific action items that the

19  City Council or that the Virginia Beach Police

20  Department has taken --

21      A. Well, the Council, we are policymakers, so

22  it's the police that would have to take the

1    actions.

2        Q. Okay.  And you're not aware of specific

3    action items?

4        A. I don't know what their actions are.

5        Q. Okay.  And on page DEF07325 there is a

6    reference to a follow-up meeting in November about

7    body-worn cameras.  Were you in attendance at that

8    follow-up meeting?

9        A. I don't know.

10       Q. Okay.  And it's referred to in that email

11   as the 21st Century Policing Meeting Number 2.  Do

12   you know if there's been any further meetings

13   after that?

14       A. I don't know.

15       Q. Have you attended any further meetings

16   about policing after that?

17       A. What kind of meetings?

18       Q. 21st -- meetings that would be within this

19   21st Century Policing.

20       A. Are you referring to meetings with city

21   officials?

22       Q. Uh-huh.  Yes.

1        A. Because there is all kinds of meetings.

2        Q. I'm talking about meetings with the

3   African American leadership working group.

4        A. And city officials?

5        Q. Yes.

6        A. I don't know.

7        Q. Okay.

8            MS. LANG:  I'll mark Exhibit 5.

9                        (Exhibit 5 was marked and

10                        attached to the transcript.)

11       Q. And I'll be referencing the first email

12   and, then, the last email.  So I'm happy to just

13   discuss the first email first.

14       A. On the front page?

15       Q. On the front page, yes.

16          So in this email Mr. Hansen references

17   that he added agenda items to the body-worn camera

18   meeting.  One was a recruitment item, and the

19   other was a Scorecard for the 5 Point Plan.

20          Are you familiar with the Ministers

21   Conference Scorecard for the 5 Point Plan that

22   they've issued?

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                                    173

1      A. Would you --

2      Q. The Scorecard for the 5 Point Plan that

3  the Ministers Conference has issued?

4      A. No.

5      Q. And on the last page there is email

6  correspondence about data collection with respect

7  to the 5 Point Plan.

8      A. Who is AAL?  It's in the second line.  Who

9  is AAL?

10      Q. I don't know.

11      MR. BOYNTON:  It's from Mr. Chandler to

12  Mr. Hansen?  That's the email you're referring to?

13      Q. African American Leadership Group, I

14  think.

15      So from the email it appears that the

16  African American Leadership Group put forth a

17  heavy advocacy for a Citizens Review Board.  Are

18  you familiar with whether or not any action has

19  been taken on creating a Citizens Review Board for

20  the Virginia Beach Police Department?

21      A. From reading this?

22      Q. Yes.

1       A. We have the IRP, which it looks like it

2    was felt that that provides what they wanted, and

3    it was already in existence.

4       Q. What is the IRP?

5       A. The Investigative Review Panel.

6       Q. So your understanding is that Virginia

7    Beach has not moved forward with the African

8    American leadership's proposal for a Citizens

9    Review Board?

10      A. There is already something in place that

11   was doing what they were requesting.

12      Q. Okay.  Mr. Hansen in the December 18, 2016

13   email says, We will continue to generate policies

14   as a result of these discussions as well as other

15   public input.

16          Are you familiar with any additional

17   policies that have been generated as a result of

18   the discussions about the 5 Point Plan?

19      A. I am not, but they could be internal

20   policies.

21      Q. Okay.

22          MS. LANG:  Mark Exhibit 6.

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                          175

```
 1                      (Exhibit 6 was marked and

 2                      attached to the transcript.)

 3        A. How much longer?

 4           MR. BOYNTON:  Hopefully --

 5        Q. I'm moving as fast as I can.

 6        A. You have a train to catch.

 7           MR. BOYNTON:  We're all working toward the

 8     same goal.

 9        Q. And I'd like to look, actually, at

10     DEF7178.  It appears here, towards the bottom of

11     the page, Mayor Dyer had sent along a draft of a

12     resolution regarding a proposed disparity study to

13     Ira Agricola on February 12, 2017.  Do you see

14     that?

15        A. Yes.

16        Q. Who is Ira Agricola?

17        A. He works for the Chamber of Commerce.

18     Government Affairs, I believe.

19        Q. Okay.  And he asks Ira what he thinks of

20     the proposed resolution; is that right?

21        A. Where does he ask?

22        Q. It's on DEF07178, about a quarter of the
```

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    176

1   way down the page.  He says, What did you think?

2        A. Okay.

3        Q. Is it typical for the Mayor to seek the

4   input of the Chamber of Commerce on proposed

5   resolutions?

6        A. I can't speak for the Mayor.

7        Q. Okay.  Do you ever ask the Chamber of

8   Commerce for input on proposed resolutions?

9        A. I can't recall.

10       Q. Okay.  And Mayor Dyer sent along --

11  forwarded the feedback from Ira to yourself,

12  Shannon Kane, Jim Wood, then Mayor Sessoms, Louis

13  Jones, and three emails I don't immediately

14  recognize.  Do you know what tuckbow@terrypeterson

15  would be, who that would be?

16       A. That's Tuck Bowie.

17       Q. And who is that?

18       A. He's a close friend of Bobby Dyer's.  He's

19  on the Process Improvement Committee.  He works

20  for Terry Peterson.

21       Q. And who is willbstar?

22       A. That's Brian Kerwin.

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                          177

1         Q. Brian Kerwin.

2            Okay.  And who is paul@ntrustwm?

3         A. I don't know.

4         Q. Okay.  Do you know why Mayor Dyer might

5    include just this group of City Council members in

6    this email?

7         A. I can't speak for him.

8         Q. Okay.  And would you consider -- okay.

9    I'll leave it there.

10           I'd like you to look at DEF07179.  It has

11   the text of the proposed resolution at this point,

12   on February 12, 2017.  And towards the end it has

13   a list of -- it says, Now, therefore, be it

14   resolved by the City Council of the City of

15   Virginia Beach, Virginia:  And, then, a list of

16   items.  And the first one is, That any disparity

17   study procured by the city should focus not only

18   on traditional analysis of racial and gender

19   groups but also perceptions of favoritism or

20   cronyism that may be shared by business owners

21   regardless of their race or gender.

22           Do you know if that language was included

1    in the final resolution that was passed by the

2    City Council?

3        A. I can't answer that question.  I don't

4    know.

5        Q. Okay.  And number 3 is, That it is the

6    intention of the City Council that the results of

7    the disparity study not be employed as a basis for

8    racial set-asides or preferences.

9            Do you know if that was included in the

10   final resolution?

11       A. I can't tell you what's in the final

12   resolution without seeing it.

13       Q. Okay.  Do you recall if it was important

14   to you to include language that indicated that it

15   would not be used for racial set-asides or

16   preferences?

17       A. That's not been a policy of us to have

18   set-asides.

19       Q. Okay.  And it would have been important to

20   you to keep that policy in place?

21       A. That's true.

22       Q. Okay.  Would it have been important to you

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                         179

1    to include language in the resolution that says

2    the study should not focus solely on racial and

3    gender views but on cronyism and favoritism?

4        A. We want to be transparent, yes.

5        Q. Okay.

6        A. And to have an outside group look and give

7    us an opinion.

8        Q. Are there City Council members that you

9    tend to work most closely with?

10       A. Yes.

11       Q. Who are they?

12       A. Bobby Dyer, Jim Wood, Louis Jones.

13       Q. Anyone else?

14       A. Current or past?

15       Q. Current.

16       A. Michael Berlucchi.

17       Q. What about in the past?  Are there other

18   members that you worked very closely with in the

19   past?

20       A. I worked with Amelia, and also Sabrina.

21       Q. What have you worked on with Sabrina since

22   she became a City Council member?

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    180

1      A. I can't tell you anything specifically.

2      Q. Okay.  We spoke yesterday a little bit

3   about the vacancies that were filled by

4   appointment this year.  There were two; is that

5   correct?

6      A. Yes.

7      Q. When the City Council was considering

8   filling the Beach district position, there were a

9   number of candidates; is that correct?

10     A. Yes.

11     Q. And you interviewed four candidates; is

12  that correct?

13     A. Yes.

14     Q. Why did you vote for Mr. Tower for the

15  appointment?

16     A. He seemed very qualified and had a lot of

17  supporters.

18     Q. Okay.  If you support Mr. Tower, why did

19  you decide to run against him in the Beach

20  district?

21     A. Actually, he decided to run against me.  I

22  filed first.

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    181

1    Q. Okay.  Did you talk to Mr. Tower about
2    whether or not he was planning to run before you
3    filed?
4    A. Well, he put it in his application.
5    Jessica Abbott had put the question on the
6    application.
7    Q. Okay.  And what did he put in his
8    application?
9    A. He was not going to run.
10   Q. Okay.  There was a question on the
11   application about whether or not there was a
12   preference for at-large or district election
13   systems; is that correct?
14   A. I think there was.
15   Q. Okay.  Do you remember what Louisa
16   Strayhorn's response to that was?
17   A. No.  I really don't.
18   Q. Okay.  Ms. Strayhorn is African American;
19   is that right?
20   A. Uh-huh.
21   Q. She didn't get an up or down vote because
22   there was only one vote, and that was for

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    182

```
 1    Mr. Tower; is that right?
 2        A. Yes.
 3        Q. Okay.  Were there any specific reasons why
 4    you preferred Mr. Tower over Ms. Strayhorn?
 5        A. Actually, I had very mixed feelings.  I
 6    liked Louisa a lot.  It was a very tough decision
 7    for me.
 8        Q. Okay.
 9        A. I've known Louisa for years and think a
10    lot of her.
11        Q. And why did you ultimately decide to
12    support Mr. Tower?
13        A. It was a tough decision.
14        Q. You can't identify any reasons why you
15    ultimately made the decision you did?
16        A. It was a very difficult decision.  In
17    fact, I called Louisa afterwards and told her what
18    a good job she did in her presentation.
19        Q. Was it perhaps because other City Council
20    members were supporting Mr. Tower and it was a
21    matter of compromise?
22        A. No.  It was -- it was actually mixed --
```

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    183

1        Q. Okay.

2        A. -- amongst the Council members.

3        Q. But ultimately the City Council voted

4   unanimously in support of Mr. Tower?

5        A. In open session we did.

6        Q. Okay.

7        A. And there was a reason for that.  We want

8   to make sure that whoever we're appointing, that

9   they have the support of the Council.

10       Q. Okay.  So --

11       A. In closed session it was not unanimous.

12       Q. Okay.

13          MR. BOYNTON:  Well, in terms of internal

14   discussions, I would ask you not to reveal the

15   substance of internal discussions.  But the

16   overall result and that kind of thing, and what

17   certainly the candidates were telling you, is fair

18   game.  The legislative privilege here would be

19   narrow.  But to the extent there were specific

20   comments being made amongst Council members in a

21   closed session, I'll ask you not to testify to

22   that.  But I don't think we've gotten there yet.

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    184

1       Q. Ms. Wilson, that's your choice, to be

2   clear.

3           And later on the City Council filled an

4   empty seat in the Rose Hall district; is that

5   right?

6       A. That's correct.

7       Q. And ultimately chose Michael Berlucchi for

8   that seat; is that corrects?

9       A. That's correct.

10      Q. And Seko Varner was also an applicant for

11  that position; is that right?

12      A. Yes.

13      Q. And do you remember what Mr. Berlucchi or

14  Mr. Varner said in response to the question about

15  districting versus at-large elections?

16      A. No, I do not.

17      Q. Mr. Varner is African American?

18      A. Yes.

19      Q. And ultimately there was a 9-1 vote for

20  Mr. Berlucchi; is that right?

21      A. Yes.

22      Q. Why did you favor Mr. Berlucchi for this

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                      185

1    position?

2         A. I thought he was the most qualified.

3         Q. Okay.  How so?

4         A. He was very knowledgeable.  He seemed to

5    have a grasp of the issues.  We were on the verge

6    of voting for our budget, which is the major thing

7    we do for the year.  And he had been attending

8    meetings to prepare for that, and he was the most

9    qualified and prepared.

10        Q. Okay.  And Mr. Varner seemed less

11   prepared?

12        A. Yes.

13        Q. Okay.  And who voted for Mr. Varner in

14   open session?

15        A. Mr. Moss.

16        Q. Okay.  Was it more mixed internally but

17   the City Council mostly tried to provide a united

18   front publicly?

19        A. It was mixed in closed session, yes.  But,

20   again, it's important to show the person that's

21   being appointed that he's supported and to have

22   goodwill.

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                          186

1      Q. And Mr. Moss, did he indicate why he felt

2    so strongly that Mr. Varner should get the

3    position?

4      A. I don't remember his comments.  I really

5    don't.  And, of course, Mr. Berlucchi is part of

6    the Pride community.

7      Q. Did you have a reason to believe that was

8    relevant?

9        MR. BOYNTON:  I would just, again, not get

10   into specific -- to the extent you're asserting

11   legislative privilege, not get into the specifics

12   of conversations that were private conversations

13   with other Council members.  To the extent that

14   they made public statements or you were able to

15   glean their views from other perspectives, you can

16   testify to that.

17     Q. Did you have a sense that Mr. Berlucchi's

18   membership as part of the Pride community may be

19   related to Mr. Moss' vote?

20     A. I'm not sure.

21     Q. Okay.  You can't say for sure that that

22   was not a reason?

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    187

1          A. I'm not in Mr. Moss' head.

2          Q. Okay.  Do you agree that Virginia Beach

3     has a history of racial discrimination?

4          A. No.

5          Q. You don't?

6          A. No.

7          Q. Did Virginia Beach used to have segregated

8     schools?

9          A. I guess when you say history, I didn't

10    know how far you went back.

11         Q. Well --

12         A. So could you be more specific in your

13    questions?

14         Q. In the past 75 years has Virginia Beach

15    had a history of racial discrimination?

16         A. Yes.

17         Q. Okay.  Do you know when Virginia Beach's

18    schools desegregated?

19         A. No.  I know when I was in high school we

20    had African Americans at my school.  And I

21    graduated in 1968.

22         Q. And what about when you were in elementary

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                        188

1    school?

2        A. I don't recall anyone when I was in

3    elementary school.

4        Q. Middle school?

5        A. Yes.

6        Q. Okay.

7        A. I think so.

8        Q. Do you remember that during the time

9    period that you were in school that Virginia Beach

10   schools actually closed down over desegregation?

11       A. I don't remember that.  Norfolk did, but I

12   don't know that Virginia Beach did.

13       Q. I'll represent to you that they did.

14       A. Well, Virginia Beach didn't become a city

15   until 1963.  Did they close after 1963?

16       Q. I believe so.

17       A. Can you tell me when?  I was there in

18   1963.

19          MR. BOYNTON:  If you don't know from

20   personal knowledge, it doesn't matter.

21       Q. It doesn't matter.

22       A. I was here since 1963.  It did not close.

1    Q. In your recollection of your years in

2    schools, you don't remember anything -- any issues

3    around desegregation in the Virginia Beach City

4    Schools?

5    A. Virginia Beach became a city in 1963.  I

6    lived here.  There was never a closing of the

7    schools.  So I don't remember any.

8    Q. You don't remember any tensions or

9    lawsuits or other issues in the community around

10   desegregation while you were in school?

11   A. No.

12   Q. Do you remember if the swimming pools or

13   local parks when you were growing up were

14   segregated?

15   A. Not that I recall.

16   Q. Okay.  Do you remember seeing African

17   Americans in your local parks or swimming pools

18   when you were growing up?

19   A. I grew up in a very lower middle class

20   neighborhood myself, enlisted Navy kid.  I really

21   didn't go to the pools, but there was a pool

22   available for my community, so I don't really

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    190

1    recall any of that.

2        Q. Okay.

3        A. I really didn't visit the parks, so I

4    don't have that experience.

5        Q. Okay.  So in your time growing up in

6    Virginia Beach do you have any recollection of

7    issues around desegregation both in public spaces

8    or in the schools?

9        A. No.

10       Q. And when you were growing up you didn't

11   notice any issues of racial discrimination in

12   Virginia Beach?

13       A. No.

14       Q. You mentioned earlier that you know that

15   African Americans have lower rates of knowing how

16   to swim; is that correct?

17       A. That's correct.

18       Q. Are you aware of the history related to

19   segregation of public swimming pools and the

20   closing down of public swimming pools when they

21   were forced to be desegregated that has led to

22   that disparity?

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                          191

```
1        MR. BOYNTON:  Object to the form of the

2   question.

3        You can answer.

4     A. I don't know that we had public pools in

5   our city.

6     Q. Okay.  But nationally?

7     A. I can't speak nationally.

8     Q. Okay.  So you're not aware of any link

9   between the African American community's lower

10  rates of swimming and issues of desegregation?

11    A. My impression was because people tend to

12  do what their parents did.  A lot of children's

13  parents didn't swim, and so they didn't teach

14  swimming either.

15    Q. Right.

16       But you're not aware of why it might be

17  that African American parents don't swim?

18    A. No.  I took action to help alleviate a

19  situation of -- to prevent drowning.

20    Q. Does Virginia Beach have any public pools

21  now?

22    A. Yes.
```

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                          192

1        Q. And where are they?

2        A. In our rec centers.

3        Q. And how many?  Do you know?

4        A. We have Williams Farm.  We have Great

5     Neck.  We have Princess Anne.  We have Seatack.

6     At least five.

7            MS. LANG:  Okay.  I don't have any further

8     questions.

9            MR. BOYNTON:  So you have the right to

10    read and sign this deposition when it is

11    transcribed just to make sure it was transcribed

12    accurately.  There is a little errata sheet you'll

13    get.  You can go in and say him meant her,

14    something like that, for example.  We'll have you

15    read.

16            THE DEPONENT:  Okay.

17

18        (Signature having not been waived, the

19    deposition of ROSEMARY A. WILSON was concluded at

20    8:35 a.m.)

21

22

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2         I, ROSEMARY A. WILSON, do hereby

 3    acknowledge that I have read and examined the

 4    foregoing testimony, and the same is a true,

 5    correct, and complete transcription of the

 6    testimony given by me and any corrections appear

 7    on the attached Errata Sheet signed by me.

 8

 9

10    _____    _____

11         (DATE)                      (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22
```

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                              194

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2          I, Penny C. Wile, RPR, RMR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my direction; that reading and

9    signing was requested; and that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13         IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this 14th day of

15   October, 2019.

16         My commission expires:  January 31, 2021.

17

18

19

20

21   NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA

PENNY C. WILE
Notary Public
Commonwealth of Virginia
Registration No. 212528
My Commission Expires Jan 31, 2021

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019

195

| A |
|---|

**aal**
173:8, 173:9
**abbott**
181:5
**able**
186:14
**about**
159:1, 159:14,
160:22, 163:1,
163:21, 164:12,
165:5, 165:8,
166:5, 168:14,
171:6, 171:16,
172:2, 173:6,
174:18, 175:22,
179:17, 180:3,
181:1, 181:11,
184:14, 187:22
**academies**
170:15
**academy**
162:15, 162:17,
162:20, 169:16,
170:14
**accurately**
192:12
**acknowledge**
193:3
**acknowledgment**
193:1
**action**
170:18, 171:3,
173:18, 191:18
**actions**
160:5, 161:3,
162:3, 171:1,
171:4
**actual**
167:15
**actually**
175:9, 180:21,
182:5, 182:22,
188:10
**added**
172:17
**additional**
174:16

**advocacy**
173:17
**affairs**
175:18
**affixed**
194:14
**african**
160:11, 167:14,
168:15, 172:3,
173:13, 173:16,
174:7, 181:18,
184:17, 187:20,
189:16, 190:15,
191:9, 191:17
**after**
156:4, 160:5,
161:3, 165:22,
166:8, 166:12,
171:13, 171:16,
188:15
**afterwards**
182:17
**again**
185:20, 186:9
**against**
180:19, 180:21
**agenda**
167:10, 167:12,
167:15, 167:22,
172:17
**agree**
164:17, 187:2
**agreed**
164:14, 169:15
**agricola**
175:13, 175:16
**ahead**
158:13
**al**
152:9, 154:13
**all**
158:3, 160:14,
170:8, 172:1,
175:7
**allen**
152:6, 154:3,
167:9
**alleviate**
191:18

**along**
175:11, 176:10
**already**
174:3, 174:10
**also**
154:22, 177:19,
179:20, 184:10
**always**
162:5, 170:3,
170:9, 170:14
**amelia**
168:8, 179:20
**american**
160:11, 167:14,
168:16, 172:3,
173:13, 173:16,
174:8, 181:18,
184:17, 191:9,
191:17
**americans**
187:20, 189:17,
190:15
**among**
167:9
**amongst**
183:2, 183:20
**analysis**
177:18
**anne**
192:5
**answer**
158:11, 166:18,
167:3, 167:19,
178:3, 191:3
**answered**
168:9
**any**
162:2, 163:6,
165:4, 166:7,
166:11, 166:14,
166:19, 170:18,
171:12, 171:15,
173:18, 174:16,
177:16, 182:3,
182:14, 189:2,
189:7, 189:8,
190:1, 190:6,
190:11, 191:8,

191:20, 192:7,
193:6, 194:10
**anyone**
179:13, 188:2
**anything**
166:3, 180:1,
189:2
**anyway**
157:12
**appear**
193:6
**appears**
173:15, 175:10
**applicant**
184:10
**application**
181:4, 181:6,
181:8, 181:11
**appointed**
185:21
**appointing**
183:8
**appointment**
180:4, 180:15
**approve**
164:6
**areas**
160:2
**around**
163:20, 189:3,
189:9, 190:7
**asked**
157:14, 158:5,
160:8, 168:6
**asking**
160:1, 160:13,
166:3, 167:9
**asks**
175:19
**asserting**
186:10
**at-large**
181:12, 184:15
**attached**
158:17, 167:7,
168:22, 172:10,
175:2, 193:7
**attendance**
171:7

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019

196

| | | | |
|---|---|---|---|
| **attended** | **became** | **black** | 172:17 |
| 171:15 | 179:22, 189:5 | 165:13 | **cameras** |
| **attending** | **because** | **board** | 161:5, 161:6, |
| 185:7 | 157:10, 159:19, | 173:17, 173:19, | 171:7 |
| **attention** | 160:20, 160:22, | 174:9 | **campaign** |
| 168:2 | 161:9, 168:6, | **bobby** | 154:6 |
| **attorney** | 168:13, 168:15, | 176:18, 179:12 | **cams** |
| 154:15, 161:14 | 172:1, 181:21, | **body** | 169:15 |
| **audience** | 182:19, 191:11 | 161:5, 161:6, | **can't** |
| 159:13, 159:17, | **become** | 161:12, 161:19, | 160:14, 162:16, |
| 159:20 | 188:14 | 169:15 | 163:13, 167:19, |
| **august** | **been** | **body-worn** | 176:6, 176:9, |
| 170:6 | 156:4, 157:6, | 171:7, 172:17 | 177:7, 178:3, |
| **available** | 157:7, 157:13, | **both** | 178:11, 180:1, |
| 189:22 | 158:14, 160:15, | 156:15, 156:22, | 182:14, 186:21, |
| **avenue** | 161:5, 161:16, | 190:7 | 191:7 |
| 153:6 | 163:2, 163:6, | **bottom** | **candidates** |
| **aware** | 171:12, 173:19, | 159:2, 175:10 | 180:9, 180:11, |
| 162:3, 164:22, | 174:17, 178:17, | **bowie** | 183:17 |
| 171:2, 190:18, | 178:19, 178:22, | 176:16 | **cared** |
| 191:8, 191:16 | 185:7, 192:18 | **boynton** | 160:22 |
| **away** | **before** | 153:5, 154:14, | **carolina** |
| 169:13 | 153:15, 157:11, | 158:9, 158:18, | 153:6 |
| **B** | 162:20, 166:16, | 163:9, 169:3, | **case** |
| **back** | 181:2, 194:3 | 173:11, 175:4, | 152:7, 194:11 |
| 156:9, 169:5, | **behalf** | 175:7, 183:13, | **catch** |
| 187:10 | 154:2, 154:12 | 186:9, 188:19, | 175:6 |
| **basis** | **being** | 191:1, 192:9 | **caucus** |
| 178:7 | 159:10, 161:8, | **brian** | 165:13 |
| **beach** | 167:21, 183:20, | 176:22, 177:1 | **center** |
| 152:9, 152:15, | 185:21 | **briefed** | 154:6, 154:17, |
| 153:7, 154:13, | **believe** | 164:8 | 160:9 |
| 154:15, 154:19, | 165:7, 175:18, | **brought** | **centers** |
| 161:7, 163:4, | 186:7, 188:16 | 162:14 | 192:2 |
| 163:10, 163:12, | **below** | **budget** | **century** |
| 163:22, 164:3, | 156:12 | 185:6 | 171:11, 171:19 |
| 166:16, 170:19, | **berlucchi** | **building** | **certain** |
| 173:20, 174:7, | 179:16, 184:7, | 154:17 | 163:21, 164:13 |
| 177:15, 180:8, | 184:13, 184:20, | **business** | **certainly** |
| 180:19, 187:2, | 184:22, 186:5 | 177:20 | 183:17 |
| 187:7, 187:14, | **berlucchi's** | **C** | **certificate** |
| 188:9, 188:12, | 186:17 | **called** | 194:1 |
| 188:14, 189:3, | **between** | 182:17 | **certify** |
| 189:5, 190:6, | 167:8, 191:9 | **came** | 194:4 |
| 190:12, 191:20 | **big** | 159:13, 159:20 | **cervera** |
| **beach's** | 170:9 | **camera** | 159:4 |
| 187:17 | **bit** | 161:12, 161:19, | **chairs** |
| | 180:2 | | 160:19, 160:21 |

**chamber**
175:17, 176:4,
176:7
**chance**
169:4
**chandler**
173:11
**change**
164:17
**changes**
163:2, 163:6
**chief**
159:4, 159:7,
159:16, 162:11,
166:8, 166:12
**children's**
191:12
**choice**
184:1
**chose**
168:11, 184:7
**christopher**
153:5, 154:5,
154:14
**circle**
160:19, 160:21
**citizens**
173:17, 173:19,
174:8
**city**
152:9, 154:12,
154:15, 162:8,
163:16, 163:17,
164:6, 164:14,
165:18, 166:11,
166:16, 166:17,
166:20, 167:10,
167:16, 167:19,
169:20, 170:19,
171:20, 172:4,
177:5, 177:14,
177:17, 178:2,
178:6, 179:8,
179:22, 180:7,
182:19, 183:3,
184:3, 185:17,
188:14, 189:3,
189:5, 191:5

**clarify**
156:11
**class**
189:19
**clear**
184:2
**close**
176:18, 188:15,
188:22
**closed**
183:11, 183:21,
185:19, 188:10
**closely**
179:9, 179:18
**closing**
189:6, 190:20
**collection**
163:3, 169:16,
173:6
**collections**
170:13
**come**
162:15
**comments**
183:20, 186:4
**commerce**
175:17, 176:4,
176:8
**commission**
194:16
**committee**
176:19
**commonwealth**
153:16, 161:13,
194:22
**community**
159:5, 159:9,
160:10, 160:11,
162:6, 165:12,
168:2, 168:6,
170:6, 170:9,
186:6, 186:18,
189:9, 189:22
**community's**
191:9
**compensation**
162:20
**complaints**
164:22

**complete**
193:5
**completion**
161:19
**compromise**
182:21
**concerns**
163:21
**concluded**
192:19
**conference**
158:7, 160:1,
160:7, 165:1,
165:5, 172:21,
173:3
**consent**
164:3, 164:7,
164:10
**consider**
177:8
**considering**
180:7
**continue**
174:13
**continued**
164:22
**conversation**
165:15, 165:19,
166:5
**conversations**
166:7, 186:12
**copied**
168:15
**copy**
157:22
**correct**
159:21, 163:18,
163:19, 164:4,
164:15, 180:5,
180:9, 180:12,
181:13, 184:6,
184:9, 190:16,
190:17, 193:5,
194:5
**corrections**
193:6
**corrects**
184:8

**correspondence**
173:6
**could**
160:22, 161:2,
174:19, 187:12
**council**
159:12, 163:17,
164:6, 166:11,
166:16, 166:17,
166:20, 167:10,
167:16, 168:16,
170:19, 170:21,
177:5, 177:14,
178:2, 178:6,
179:8, 179:22,
180:7, 182:19,
183:2, 183:3,
183:9, 183:20,
184:3, 185:17,
186:13
**councilwoman**
159:3
**counsel**
156:6, 194:10
**couple**
156:8
**course**
164:18, 186:5
**court**
152:1
**courthouse**
154:16
**create**
161:14
**creating**
173:19
**cronyism**
177:20, 179:3
**crr**
152:22, 153:16,
194:2
**current**
164:17, 166:15,
166:19, 179:14,
179:15
**currently**
166:17

      **D**
**danielle**
154:4

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019

198

| | | | |
|---|---|---|---|
| **data** | **different** | 177:4, 179:12 | **endorsements** |
| 163:3, 169:16, | 157:11 | **dyer's** | 156:12, 156:13, |
| 170:12, 173:6 | **difficult** | 176:18 | 156:16, 157:20 |
| **date** | 182:16 | **E** | **enlisted** |
| 193:11 | **direction** | **each** | 189:20 |
| **day** | 194:8 | 157:10 | **entered** |
| 194:14 | **discrimination** | **earlier** | 164:3 |
| **dc** | 187:3, 187:15, | 156:10, 190:14 | **errata** |
| 154:9 | 190:11 | **eastern** | 192:12, 193:7 |
| **december** | **discuss** | 152:2 | **especially** |
| 174:12 | 160:11, 172:13 | **effort** | 160:10, 162:6 |
| **decide** | **discussed** | 169:21 | **esquire** |
| 180:19, 182:11 | 160:12, 167:13, | **efforts** | 154:4, 154:5, |
| **decided** | 169:14 | 170:1 | 154:14 |
| 180:21 | **discussions** | **either** | **et** |
| **decision** | 174:14, 174:18, | 191:14 | 152:9, 154:13 |
| 182:6, 182:13, | 183:14, 183:15 | **election** | **evening** |
| 182:15, 182:16 | **disparity** | 181:12 | 160:17 |
| **decree** | 175:12, 177:16, | **elections** | **event** |
| 164:4, 164:7, | 178:7, 190:22 | 184:15 | 156:11, 156:20, |
| 164:11 | **district** | **elementary** | 157:12, 159:16 |
| **def** | 152:1, 152:2, | 187:22, 188:3 | **ever** |
| 155:10, 155:11, | 180:8, 180:20, | **else** | 167:15, 167:21, |
| 155:12, 155:13, | 181:12, 184:4 | 179:13 | 176:7 |
| 155:14, 158:22, | **districting** | **email** | **everyone** |
| 171:5, 175:10, | 184:15 | 155:10, 155:11, | 165:17, 169:14 |
| 175:22, 177:10 | **diversify** | 155:12, 155:13, | **exactly** |
| **defendants** | 162:8 | 155:14, 158:18, | 161:16 |
| 152:10, 154:12 | **division** | 167:8, 169:2, | **examination** |
| **demographics** | 152:3 | 169:8, 171:10, | 155:2, 156:6 |
| 164:13, 164:20 | **doing** | 172:11, 172:12, | **examined** |
| **department** | 174:11 | 172:13, 172:16, | 156:4, 193:3 |
| 163:8, 163:20, | **down** | 173:5, 173:12, | **example** |
| 163:22, 164:4, | 176:1, 181:21, | 173:15, 174:13, | 170:5, 192:14 |
| 164:20, 170:20, | 188:10, 190:20 | 177:6 | **exchange** |
| 173:20 | **dr** | **emails** | 167:8 |
| **deponent** | 157:3 | 176:13 | **exhibit** |
| 192:16, 193:1 | **draft** | **employed** | 155:9, 155:10, |
| **deposition** | 175:11 | 178:7, 194:10 | 155:11, 155:12, |
| 152:14, 153:1, | **drive** | **empty** | 155:13, 155:14, |
| 155:9, 192:10, | 154:16 | 184:4 | 156:8, 158:15, |
| 192:19, 194:3 | **drowning** | **encourage** | 158:16, 167:5, |
| **desegregated** | 191:19 | 170:15 | 167:6, 168:20, |
| 187:18, 190:21 | **duly** | **encouraged** | 168:21, 172:8, |
| **desegregation** | 156:4 | 162:10 | 172:9, 174:22, |
| 188:10, 189:3, | **during** | **end** | 175:1 |
| 189:10, 190:7, | 188:8 | 163:5, 177:12 | **existence** |
| 191:10 | **dyer** | | 174:3 |
| | 175:11, 176:10, | | |

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019

199

**expensive**
161:9, 162:1
**experience**
190:4
**expires**
194:16
**extent**
159:14, 183:19,
186:10, 186:13

**F**

**fact**
182:17
**fair**
183:17
**familiar**
158:5, 172:20,
173:18, 174:16
**far**
187:10
**farm**
192:4
**fast**
175:5
**favor**
184:22
**favoritism**
177:19, 179:3
**february**
175:13, 177:12
**feedback**
176:11
**feelings**
182:5
**felt**
174:2, 186:1
**filed**
180:22, 181:3
**filled**
180:3, 184:3
**filling**
180:8
**final**
178:1, 178:10,
178:11
**financial**
194:12
**finish**
158:9

**fire**
162:10, 162:11
**first**
156:4, 169:2,
170:5, 172:11,
172:13, 177:16,
180:22
**five**
160:2, 160:4,
192:6
**flyer**
156:9
**focus**
177:17, 179:2
**follow-up**
161:3, 162:2,
166:7, 171:6,
171:8
**follows**
156:5
**force**
162:9
**forced**
190:21
**foregoing**
193:4, 194:3,
194:4
**form**
163:9, 191:1
**forth**
173:16
**forum**
159:4, 159:7,
165:22, 166:8,
166:12, 167:13
**forward**
169:15, 174:7
**forwarded**
176:11
**four**
169:15, 180:11
**friday**
152:16
**friend**
176:18
**friendly**
165:17
**front**
172:14, 172:15,

185:18
**full**
158:9, 167:12,
167:22
**further**
171:12, 171:15,
192:7

**G**

**game**
183:18
**gave**
168:13
**gender**
177:18, 177:21,
179:3
**generate**
174:13
**generated**
174:17
**georgia**
152:6, 154:3
**getting**
161:5
**give**
179:6
**given**
168:2, 193:6,
194:6
**giving**
162:19
**glad**
157:13, 158:2
**glean**
186:15
**go**
158:13, 159:8,
169:5, 189:21,
192:13
**goal**
175:8
**going**
158:15, 159:9,
167:5, 168:7,
168:20, 169:1,
181:9
**good**
169:19, 170:10,

182:18
**goodwill**
185:22
**gotten**
183:22
**government**
175:18
**governor's**
159:4
**graduated**
187:21
**grasp**
185:5
**great**
192:4
**grew**
189:19
**group**
165:9, 172:3,
173:13, 173:16,
177:5, 179:6
**groups**
177:19
**growing**
189:13, 189:18,
190:5, 190:10
**guess**
187:9

**H**

**hall**
160:18, 184:4
**hampton**
165:13
**hand**
194:14
**handed**
159:13
**hansen**
167:8, 167:11,
168:8, 168:10,
172:16, 173:12,
174:12
**happening**
163:5
**happy**
172:12
**hard**
162:13, 164:13

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019

200

| | | | |
|---|---|---|---|
| **head** | **inaction** | 170:18, 171:3, | 165:8, 166:18, |
| 161:20, 187:1 | 165:1 | 172:17, 177:16 | 166:22, 167:2, |
| **heads** | **include** | **J** | 167:14, 168:1, |
| 165:12 | 170:15, 177:5, | **james** | 168:10, 169:9, |
| **heavy** | 178:14, 179:1 | 167:9 | 170:1, 170:3, |
| 173:17 | **included** | **january** | 170:12, 170:18, |
| **held** | 177:22, 178:9 | 194:16 | 171:4, 171:9, |
| 153:1 | **indicate** | **jeffrey** | 171:12, 171:14, |
| **help** | 186:1 | 154:22 | 172:6, 173:10, |
| 191:18 | **indicated** | **jessica** | 176:14, 177:3, |
| **here** | 178:14 | 181:5 | 177:4, 177:22, |
| 175:10, 183:18, | **input** | **jim** | 178:4, 178:9, |
| 188:22, 189:6 | 170:16, 174:15, | 176:12, 179:12 | 187:10, 187:17, |
| **hereby** | 176:4, 176:8 | **job** | 187:19, 188:12, |
| 193:2, 194:4 | **intention** | 152:20, 182:18 | 188:19, 190:14, |
| **hereunto** | 178:6 | **joint** | 191:4, 192:3 |
| 194:13 | **interdenominatio-** | 156:20 | **knowing** |
| **high** | **nal** | **jones** | 190:15 |
| 187:19 | 158:6, 165:5 | 176:13, 179:12 | **knowledge** |
| **hire** | **interest** | **june** | 166:14, 167:1, |
| 161:14, 162:5 | 194:11 | 162:18 | 188:20 |
| **hispanic** | **interested** | **justice** | **knowledgeable** |
| 170:6 | 159:9 | 163:21, 164:4 | 185:4 |
| **history** | **internal** | **K** | **known** |
| 187:3, 187:9, | 174:19, 183:13, | **kane** | 182:9 |
| 187:15, 190:18 | 183:15 | 176:12 | **L** |
| **holloway** | **internally** | **keep** | **lamar** |
| 152:5, 154:2 | 185:16 | 178:20 | 154:5 |
| **hopefully** | **interviewed** | **kerwin** | **lang** |
| 175:4 | 180:11 | 176:22, 177:1 | 154:4, 155:3, |
| **I** | **investigative** | **kickoff** | 156:7, 158:15, |
| **idea** | 174:5 | 156:11 | 163:11, 167:5, |
| 162:22, 165:21 | **ira** | **kid** | 168:20, 172:8, |
| **identify** | 175:13, 175:16, | 189:20 | 174:22, 192:7 |
| 182:14 | 175:19, 176:11 | **kind** | **language** |
| **ii** | **irp** | 160:16, 171:17, | 177:22, 178:14, |
| 152:18 | 174:1, 174:4 | 183:16 | 179:1 |
| **immediately** | **issued** | **kinds** | **last** |
| 176:13 | 172:22, 173:3 | 172:1 | 172:12, 173:5 |
| **implemented** | **issues** | **know** | **latasha** |
| 161:8 | 160:22, 167:13, | 157:4, 157:10, | 152:5, 154:2 |
| **important** | 185:5, 189:2, | 161:18, 162:12, | **later** |
| 178:13, 178:19, | 189:9, 190:7, | 163:1, 163:2, | 184:3 |
| 178:22, 185:20 | 190:11, 191:10 | 163:5, 163:6, | **lawsuits** |
| **impression** | **item** | 163:13, 163:14, | 189:9 |
| 191:11 | 172:18 | 164:8, 164:19, | **leader** |
| **improvement** | **items** | | 165:12 |
| 176:19 | 169:15, 170:2, | | |

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019                    201

| | | | |
|---|---|---|---|
| **leaders** | **long** | 188:21 | **ministers** |
| 160:10 | 158:18, 162:18 | **maybe** | 158:6, 159:1, |
| **leadership** | **longer** | 163:14, 166:10 | 160:1, 160:7, |
| 167:15, 172:3, | 164:14, 175:3 | **mayor** | 165:1, 165:5, |
| 173:13, 173:16 | **look** | 175:11, 176:3, | 172:20, 173:3 |
| **leadership's** | 158:19, 175:9, | 176:6, 176:10, | **minorities** |
| 174:8 | 177:10, 179:6 | 176:12, 177:4 | 170:4, 170:8 |
| **least** | **looks** | **mean** | **minority** |
| 168:10, 192:6 | 174:1 | 157:12, 158:11, | 162:6 |
| **leave** | **lot** | 168:1 | **mixed** |
| 177:9 | 159:8, 160:8, | **meaning** | 182:5, 182:22, |
| **led** | 160:10, 161:15, | 156:16 | 185:16, 185:19 |
| 190:21 | 168:1, 180:16, | **meant** | **months** |
| **left** | 182:6, 182:10, | 163:10, 192:13 | 162:18 |
| 158:4 | 191:12 | **meeting** | **more** |
| **legal** | **louis** | 160:8, 160:12, | 161:14, 185:16, |
| 154:6 | 176:12, 179:12 | 161:4, 165:6, | 187:12 |
| **legislative** | **louisa** | 166:1, 166:6, | **moss** |
| 183:18, 186:11 | 181:15, 182:6, | 167:16, 168:6, | 185:15, 186:1, |
| **less** | 182:9, 182:17 | 169:13, 169:18, | 186:19, 187:1 |
| 185:10 | **love** | 169:19, 171:6, | **most** |
| **let's** | 170:4 | 171:8, 171:11, | 179:9, 185:2, |
| 162:16 | **lower** | 172:18 | 185:8 |
| **level** | 189:19, 190:15, | **meetings** | **mostly** |
| 157:17 | 191:9 | 166:12, 168:3, | 185:17 |
| **liked** | **M** | 171:12, 171:15, | **moved** |
| 182:6 | **made** | 171:17, 171:18, | 174:7 |
| **line** | 156:14, 156:15, | 171:20, 172:1, | **moving** |
| 173:8 | 182:15, 183:20, | 172:2, 185:8 | 169:15, 175:5 |
| **link** | 186:14 | **member** | **much** |
| 191:8 | **major** | 159:12, 165:8, | 175:3 |
| **list** | 185:6 | 179:22 | **municipal** |
| 157:15, 170:2, | **make** | **members** | 154:17 |
| 177:13, 177:15 | 183:8, 192:11 | 165:4, 177:5, | **myself** |
| **listed** | **makes** | 179:8, 179:18, | 189:20 |
| 156:12, 157:4 | 157:21, 158:1 | 182:20, 183:2, | **N** |
| **listen** | **many** | 183:20, 186:13 | **name** |
| 161:1 | 192:3 | **membership** | 168:5 |
| **listened** | **mark** | 186:18 | **narrow** |
| 161:22 | 158:15, 167:5, | **mentioned** | 183:19 |
| **little** | 168:20, 172:8, | 190:14 | **national** |
| 180:2, 192:12 | 174:22 | **michael** | 170:5 |
| **lived** | **marked** | 179:16, 184:7 | **nationally** |
| 189:6 | 158:16, 167:6, | **middle** | 191:6, 191:7 |
| **local** | 168:21, 172:9, | 188:4, 189:19 | **nature** |
| 189:13, 189:17 | 175:1 | **might** | 165:14 |
| **location** | **matter** | 157:7, 177:4, | **navy** |
| 157:16 | 182:21, 188:20, | 191:16 | 189:20 |

neck
192:5
neighborhood
189:20
neither
194:9
never
189:6
next
160:2, 168:7
night
170:6
norfolk
152:3, 188:11
notarial
194:14
notary
153:16, 194:21
notice
153:15, 157:3,
190:11
november
171:6
number
171:11, 178:5,
180:9
nw
154:7

**O**

oath
156:5
object
163:9, 191:1
october
152:16, 167:12,
169:13, 194:15
office
154:15, 161:15
officer
194:3
officers
170:7
officials
171:21, 172:4
okay
156:19, 157:9,
159:11, 159:19,

159:22, 160:16,
161:10, 161:21,
162:2, 164:9,
164:17, 164:19,
165:10, 165:19,
165:22, 166:3,
166:11, 166:14,
167:1, 167:4,
167:21, 168:4,
168:17, 169:3,
169:6, 169:7,
171:2, 171:5,
171:10, 172:7,
174:12, 174:21,
175:19, 176:2,
176:7, 176:10,
177:2, 177:4,
177:8, 178:5,
178:13, 178:19,
178:22, 179:5,
180:2, 180:18,
181:1, 181:7,
181:10, 181:15,
181:18, 182:3,
182:8, 183:1,
183:6, 183:10,
183:12, 185:3,
185:10, 185:13,
185:16, 186:21,
187:2, 187:17,
188:6, 189:16,
190:2, 190:5,
191:6, 191:8,
192:7, 192:16
one
154:17, 157:4,
157:7, 157:18,
162:14, 172:18,
177:16, 181:22
only
159:12, 169:1,
177:17, 181:22
open
169:21, 183:5,
185:14
opinion
179:7
ordinances
166:20

organized
160:18
other
160:14, 162:2,
167:10, 172:19,
174:14, 179:17,
182:19, 186:13,
186:15, 189:9
others
156:14
otherwise
194:12
out
157:18, 170:6
outcome
194:12
outside
179:6
over
159:13, 159:20,
182:4, 188:10
overall
183:16
own
157:15, 157:19,
157:20
owners
177:20

**P**

page
155:2, 155:9,
158:19, 160:2,
169:2, 171:5,
172:14, 172:15,
173:5, 175:11,
176:1
pages
152:21, 156:8
paid
162:16, 162:19
panel
174:5
paragraph
159:2
parents
191:12, 191:13,
191:17

parks
189:13, 189:17,
190:3
part
168:10, 170:9,
186:5, 186:18
particular
158:19, 166:4
parties
194:11
passed
178:1
past
179:14, 179:17,
179:19, 187:14
pastor
169:8, 169:9,
169:12, 170:2
paul@ntrustwm
177:2
pending
166:15
penny
152:22, 153:15,
194:2
people
156:17, 157:14,
157:17, 160:19,
160:21, 161:14,
191:11
perception
163:15
perceptions
177:19
perfect
157:21
performance
163:7
perhaps
182:19
period
188:9
person
185:20
personal
188:20
perspectives
186:15

| | | | |
|---|---|---|---|
| **peterson** 176:20 | **policy** 178:17, 178:20 | **procedures** 162:7, 163:22 | 168:7, 178:3, 181:5, 181:10, 184:14, 191:2 |
| **phase** 162:22 | **policymakers** 170:21 | **process** 176:19 | **questions** 187:13, 192:8 |
| **phased** 161:16 | **pool** 189:21 | **procured** 177:17 | **quickly** 156:12 |
| **phasing** 161:17 | **pools** 189:12, 189:17, 189:21, 190:19, 190:20, 191:4, 191:20 | **profiling** 163:4 | **R** |
| **place** 161:12, 162:21, 174:10, 178:20 | | **projects** 166:19 | **race** 177:21 |
| **plaintiffs** 152:7, 154:2, 156:6 | **position** 180:8, 184:11, 185:1, 186:3 | **promote** 162:6 | **racial** 163:4, 177:18, 178:8, 178:15, 179:2, 187:3, 187:15, 190:11 |
| **plan** 158:6, 159:2, 159:3, 160:5, 162:4, 165:2, 165:6, 167:11, 167:17, 168:13, 172:19, 172:21, 173:2, 173:7, 174:18 | **preference** 181:12 | **proposal** 174:8 | |
| | **preferences** 178:8, 178:16 | **proposals** 166:15 | **raised** 163:21, 165:1 |
| | **preferred** 182:4 | **proposed** 175:12, 175:20, 176:4, 176:8, 177:11 | **rates** 190:15, 191:10 |
| | **prepare** 185:8 | | **rather** 158:18 |
| **planned** 159:15 | **prepared** 185:9, 185:11 | **provide** 185:17 | **read** 192:10, 192:15, 193:3 |
| **planning** 181:2 | **present** 154:22 | **provides** 174:2 | **reading** 173:21, 194:8 |
| **point** 158:5, 159:2, 162:4, 165:2, 165:6, 167:11, 167:16, 172:19, 172:21, 173:2, 173:7, 174:18, 177:11 | **presentation** 160:17, 182:18 | **public** 153:16, 174:15, 186:14, 190:7, 190:19, 190:20, 191:4, 191:20, 194:1, 194:21 | **really** 156:11, 158:21, 167:19, 170:4, 170:8, 181:17, 186:4, 189:20, 189:22, 190:3 |
| | **presented** 159:3, 159:20 | | |
| | **press** 159:1 | **publicly** 185:18 | **reason** 168:5, 183:7, 186:7, 186:22 |
| | **pretty** 163:15 | **pursuant** 153:15 | **reasons** 182:3, 182:14 |
| **police** 162:8, 162:11, 163:8, 163:21, 164:20, 166:9, 170:7, 170:19, 170:22, 173:20 | **prevent** 191:19 | **put** 167:10, 167:15, 173:16, 181:4, 181:5, 181:7 | **rec** 192:2 |
| | **pride** 186:6, 186:18 | | **recall** 167:21, 176:9, 178:13, 188:2, 189:15, 190:1 |
| | **princess** 192:5 | **Q** | |
| | **print** 158:21 | **qualified** 180:16, 185:2, 185:9 | **received** 160:5 |
| **policies** 162:7, 174:13, 174:17, 174:20 | **private** 186:12 | **quarter** 175:22 | **recognize** 176:14 |
| **policing** 159:5, 166:15, 166:21, 171:11, 171:16, 171:19 | **privilege** 183:18, 186:11 | **question** 157:14, 158:10, 163:10, 166:18, | |
| | **probably** 160:13 | | |

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019

204

| | | | |
|---|---|---|---|
| **recollection** 159:22, 169:17, 189:1, 190:6 | 188:8, 188:11, 189:2, 189:7, 189:8, 189:12, 189:16 | 173:17, 173:19, 174:5, 174:9 **reviewed** 161:13 | **same** 157:16, 157:17, 175:8, 193:4 |
| **record** 194:5 | **remind** 165:10 | **right** 164:1, 175:20, | **say** 161:1, 162:16, 163:11, 163:13, |
| **records** 167:18, 167:20 | **reported** 152:22 | 181:19, 182:1, 184:5, 184:11, | 169:21, 186:21, 187:9, 192:13 |
| **recruit** 170:4, 170:10 | **reporter-notary** 194:1 | 184:20, 191:15, 192:9 | **says** 159:2, 167:12, |
| **recruiting** 169:17 | **represent** 188:13 | **rmr** 152:22, 153:16, | 174:13, 176:1, 177:13, 179:1 |
| **recruitment** 172:18 | **requested** 194:9 | 194:2 **roads** | **school** 187:19, 187:20, |
| **reduced** 194:7 | **requesting** 174:11 | 165:13 **rollout** | 188:1, 188:3, 188:4, 188:9, |
| **refer** 169:1 | **requests** 160:6 | 161:19 **ron** | 189:10 **schools** |
| **reference** 171:6 | **residence** 153:2 | 165:7, 165:10, 165:20 | 187:8, 187:18, 188:10, 189:2, |
| **references** 172:16 | **resolution** 175:12, 175:20, | **room** 154:18 | 189:4, 189:7, 190:8 |
| **referencing** 172:11 | 177:11, 178:1, 178:10, 178:12, | **rose** 184:4 | **scorecard** 172:19, 172:21, |
| **referred** 156:9, 171:10 | 179:1 | **rosemary** 152:14, 153:1, | 173:2 **seal** |
| **referring** 171:20, 173:12 | **resolutions** 166:20, 176:5, 176:8 | 155:2, 156:3, 159:3, 192:19, | 194:14 **seat** |
| **regard** 164:2 | **resolved** 177:14 | 193:2 **ross-hammond** | 184:4, 184:8 **seatack** |
| **regarding** 175:12 | **respect** 167:11, 167:16, | 156:10, 156:14, 157:1, 157:3, | 192:5 **second** |
| **regardless** 177:21 | 173:6 | 168:9, 168:11 **roundtable** | 173:8 **see** |
| **related** 162:3, 163:3, | **respond** 160:6 | 160:20 **rpr** | 159:10, 161:1, 175:13 |
| 166:15, 166:21, 169:16, 186:19, | **response** 181:16, 184:14 | 152:22, 153:16, 194:2 | **seeing** 178:12, 189:16 |
| 190:18, 194:10 | **result** 174:14, 174:17, | **run** 180:19, 180:21, | **seek** 176:3 |
| **release** 159:1 | 183:16 | 181:2, 181:9 | **seemed** 180:16, 185:4, |
| **relevant** 186:8 | **results** 178:6 | | 185:10 |
| **religion** 160:9 | **rethink** 157:6 | **S** | **seen** 158:8, 158:14 |
| **remember** 160:14, 166:10, | **reveal** 183:14 | **sabrina** 179:20, 179:21 | **segregated** 187:7, 189:14 |
| 166:13, 181:15, 184:13, 186:4, | **review** 163:7, 169:4, | **said** 159:10, 168:13, 184:14, 194:6 | **segregation** 190:19 |

seko
184:10
sense
157:21, 158:1,
186:17
sent
157:18, 168:8,
175:11, 176:10
september
162:17
session
183:5, 183:11,
183:21, 185:14,
185:19
sessoms
176:12
set
160:8, 194:13
set-asides
178:8, 178:15,
178:18
setup
160:16
shannon
176:12
share
168:12
shared
177:20
sheet
192:12, 193:7
shorthand
194:1
should
177:17, 179:2,
186:2
show
185:20
side
169:20
sign
162:17, 192:10
signature
192:18, 193:11
signature-kcnbo
194:18
signed
193:7

signing
194:9
similar
157:18
since
165:6, 168:15,
179:21, 188:22
sincere
169:21
situation
191:19
slapping
161:11
small
158:21, 160:21
solely
179:2
some
160:2, 160:14
someone
161:12, 162:15
something
164:12, 168:14,
169:16, 174:10,
192:14
sorry
157:8, 158:2,
158:10
space
161:15
spaces
190:7
spanish
170:8
speak
176:6, 177:7,
191:7
specific
170:17, 170:18,
171:2, 182:3,
183:19, 186:10,
187:12
specifically
159:6, 168:11,
180:1
specifics
186:11
spoke
170:7, 180:2

spoken
165:4
sponsorship
157:16
st
171:11, 171:18,
171:19
stages
161:8
start
169:9
started
161:22
starts
162:17, 162:20
statements
186:14
states
152:1
status
161:6
stenographically
194:7
stop
158:12
strayhorn
181:18, 182:4
strayhorn's
181:16
street
154:7
string
155:10, 155:11,
155:12, 155:13,
155:14
strongly
186:2
study
175:12, 177:17,
178:7, 179:2
subject
164:10
submitted
158:7
substance
183:15
suite
154:8

support
156:17, 180:18,
182:12, 183:4,
183:9
supported
185:21
supporters
156:22, 157:4,
157:7, 157:11,
157:19, 180:17
supporting
157:15, 157:18,
182:20
sure
161:16, 167:20,
183:8, 186:20,
186:21, 192:11
swim
190:16, 191:13,
191:17
swimming
189:12, 189:17,
190:19, 190:20,
191:10, 191:14
sworn
156:4
systems
163:7, 181:13

**T**

table
160:20
take
160:6, 170:22
taken
161:3, 162:8,
170:1, 170:20,
173:19, 194:4,
194:6
talk
160:22, 181:1
talked
163:1, 165:7
talking
172:2
taylor
165:7, 165:11,
165:20

Transcript of Rosemary Wilson, Volume II
Conducted on October 4, 2019

206

| | | | |
|---|---|---|---|
| **teach** 191:13 | 181:14, 182:9, 183:22, 188:7 | **transparency** 163:3 | **until** 188:15 |
| **tell** 164:9, 178:11, 180:1, 188:17 | **thinks** 175:19 | **transparent** 163:14, 163:16, 165:16, 179:4 | **use** 164:14 |
| **telling** 183:17 | **thought** 185:2 | **tried** 185:17 | **V** |
| **tend** 179:9, 191:11 | **three** 176:13 | **true** 164:5, 178:21, 193:4, 194:5 | **va** 153:7, 154:19 |
| **tensions** 189:8 | **time** 188:8, 190:5 | **try** 162:8 | **vacancies** 180:3 |
| **terms** 183:13 | **timeline** 161:18 | **trying** 162:5, 170:3, 170:10, 170:14 | **varner** 184:10, 184:14, 184:17, 185:10, 185:13, 186:2 |
| **terry** 176:20 | **together** 156:20, 157:12, 169:22 | **tuck** 176:16 | **verge** 185:5 |
| **test** 164:12, 164:15 | **told** 182:17 | **tuckbow@terrypet-erson** 176:14 | **versus** 184:15 |
| **testify** 156:5, 183:21, 186:16 | **took** 191:18 | **tune** 162:12 | **views** 179:3, 186:15 |
| **testimony** 193:4, 193:6, 194:6 | **top** 161:20 | **turn** 158:22 | **virginia** 152:2, 152:9, 152:15, 153:7, 153:17, 154:12, 154:15, 154:19, 161:7, 163:4, 163:8, 163:10, 163:11, 163:12, 163:22, 164:3, 166:16, 170:19, 173:20, 174:6, 177:15, 187:2, 187:7, 187:14, 187:17, 188:9, 188:12, 188:14, 189:3, 189:5, 190:6, 190:12, 191:20, 194:22 |
| **testing** 164:2 | **tough** 182:6, 182:13 | **two** 162:18, 180:4 | |
| **text** 177:11 | **toward** 175:7 | **typewriting** 194:8 | |
| **th** 154:7, 194:14 | **towards** 162:19, 175:10, 177:12 | **typical** 176:3 | |
| **thank** 168:19, 170:16 | **tower** 180:14, 180:18, 181:1, 182:1, 182:4, 182:12, 182:20, 183:4 | **U** | |
| **thereafter** 194:7 | **town** 160:18 | **uh-huh** 171:22, 181:20 | |
| **therefore** 177:13 | **traditional** 177:18 | **ultimately** 182:11, 182:15, 183:3, 184:7, 184:19 | **visit** 190:3 |
| **thing** 170:11, 183:16, 185:6 | **train** 175:6 | **unanimous** 183:11 | **volume** 152:18 |
| **things** 159:8, 160:4, 160:14, 162:14, 167:10 | **training** 163:7 | **unanimously** 183:4 | **vote** 180:14, 181:21, 181:22, 184:19, 186:19 |
| **think** 157:10, 158:4, 163:10, 163:15, 164:2, 167:18, 168:9, 169:20, 173:14, 176:1, | **transcribed** 192:11 | **under** 156:5, 194:8 | **voted** 183:3, 185:13 |
| | **transcript** 158:17, 167:7, 168:22, 172:10, 175:2, 194:5 | **understanding** 164:10, 169:14, 174:6 | |
| | **transcription** 193:5 | **united** 152:1, 185:17 | |

voting
185:6

**W**

wait
162:16
waived
192:18
walked
169:13
want
158:19, 165:16,
165:17, 179:4,
183:7
wanted
156:11, 161:1,
174:2
wants
162:15
washington
154:9
way
176:1
we'll
192:14
we're
162:5, 163:13,
170:3, 170:8,
170:9, 175:7,
183:8
we've
161:5, 162:10,
169:13, 183:22
went
159:10, 170:5,
187:10
weren't
159:15
whereof
194:13
whereupon
156:2
whether
173:18, 181:2,
181:11
whoever
183:8
wile
152:22, 153:15,

194:2
willbstar
176:21
williams
169:8, 169:10,
169:12, 170:2,
192:4
wilson
152:14, 153:1,
155:2, 155:9,
156:3, 156:8,
159:4, 184:1,
192:19, 193:2
within
171:18
without
178:12
witness
194:13
wondering
159:5
wood
176:12, 179:12
work
161:2, 162:19,
165:17, 169:22,
170:10, 179:9
worked
179:18, 179:20,
179:21
working
166:17, 166:21,
172:3, 175:7
works
162:12, 175:17,
176:19
worth
169:2
writes
169:12

**Y**

yeah
157:14, 160:3
year
180:4, 185:7
years
182:9, 187:14,

189:1
yesterday
158:4, 180:2
yourself
176:11

**Z**

zalesin
154:22

**0**

00069
152:8
07173
155:14
07178
175:22
07179
177:10
07180
155:14
07278
155:13
07292
155:13
07323
155:12
07325
171:5
07326
155:12
07520
155:11
07521
155:11
07659
155:10
07673
158:22
07693
155:10

**1**

1101
154:7
12
175:13, 177:12
14
154:7, 194:14

152
152:21
156
155:3
158
155:10
167
155:11
168
155:12
172
155:13
175
155:14
18
152:8, 174:12
194
152:21
1963
188:15, 188:18,
188:22, 189:5
1968
187:21

**2**

20005
154:9
2010
163:18, 163:20
2016
165:6, 174:12
2017
175:13, 177:12
2019
152:16, 194:15
202
154:10
2021
194:16
21
171:11, 171:18,
171:19
2200
154:10
23451
153:7
23456
154:19

**2401**
154:16
**260**
154:18
**266823**
152:20
**2:cv**
152:8

---
### 3
**31**
194:16
**35**
192:20
**385**
154:20

---
### 4
**400**
154:8
**4351**
154:20
**4th**
167:12

---
### 5
**50**
152:17

---
### 7
**7**
152:17
**7178**
175:10
**736**
154:10
**75**
187:14
**757**
154:20

---
### 8
**8**
192:20
**813**
153:6

---
### 9
**9-1**
184:19