IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Latasha Holloway, *et al.*,

      Plaintiffs,

v.

City of Virginia Beach, *et al.*,

      Defendants

Civil Action No. 2:18-cv-0069

---

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

---

# PLAINTIFFS' EXHIBIT 33

Minority Business Council 2006 Annual Report (DEF12966-12986)

# Virginia Beach Minority Business Council 2006 Annual Report, December 12, 2006



DEF12966

# Liaisons and Members

- Councilman Ron Villanueva, City Council Liaison

- Councilman Bob Dyer, City Council Liaison

- Ms. Louisa Strayhorn, Governor's Liaison

- Mr. Michael Stewart, School Board Liaison

- Mr. Prescott Sherrod, Chairperson

- Mr. Dan Pearsall, Vice-Chair

- Mr. William R. Brown, Financial Counselor

- Ms. Wanda J. Cooper, Secretarial Officer

- Mr. Luis Rivera, MBC Member

- Mr. James K. Hill, MBC Member

- Mr. Edwin Tirona, MBC Member

- Mr. John M. Williams, MBC Member

- Ms. Linda Bright, MBC Member

- Mr. Michael Chinn, MBC Member

- Ms. Angelica Ceron, MBC Member

DEF12967

# Minority Business Council Vision

## To be the leading influence in contractor resources with city opportunities.

DEF12968

# Minority Business Council
# Mission Statement

**Advance and facilitate an environment of business opportunities, focusing on increasing expenditures to minority and women-owned businesses by the City of Virginia Beach as a means to further the City's economic development and vitality.**

DEF12969

# Goals

**Identify and encourage city agencies and firms projecting the city's image to fairly reflect Virginia Beach as a City of ethnic and racial diversity when carrying forward the city's business.**

DEF12970

# Goals
continued

**Help achieve and maintain the opportunity for improved minority business participation levels in the procurement process for goods and services and construction and housing.**

DEF12971

# Strategies

➢ Minority Awareness

➢ Outreach Programs

➢ Policy Development

➢ Data Collection & Analysis



DEF12972

# Major Accomplishments

➢ Ordinance Change
- Strengthened requirements for construction
- Bids and RFP's
- Women and Minority Participation Plans

➢ Networking events
- With Governor Kaine's staff – April 7
- VDOT and SBA – August 4

➢ Liaisons
- VBDA
- School Board
- Governor's Office
- Additional City Council Liaison



➢ Increased number of on-going Contractor Counselings
➢ Improved MBC Website –
    www.vbgov.com/finance/mbc
➢ Most successful MBC EXPO
➢ By Laws and Vision

DEF12973

# Major Accomplishments
continued

➢ Newly created Relationships

- US Internal Revenue Service
- Empowerment 2010
- US Small Business Administration
- Virginia Department of Minority Business Enterprise
- Virginia Department of Business Assistance
- Hampton Roads Hispanic Chamber of Commerce



DEF12974

# Major Accomplishments
continued

➢ Partnered with:

- Economic Development Business Appreciation Golf and Networking Event;
- Various City departments to participate in the USA Black Pages Directory

➢ Database:

- Obtained approval from DMBE to access their SWAM database (realtime model)



DEF12975

# Major Accomplishments
## continued

➤ Participated in:
- Matchmaking Session for the National Association of Women Business Owners
- VMSDC Business Opportunity Fair
- Empowerment 2010 Small Business/Veterans Owned Businesses Conference
- Black EXPO Steering Committee

➤ Benchmarked with:
- City of Jacksonville
- City of Charlotte

➤ Increased Minority Expenditures and Awards



DEF12976

# Virginia Beach



DEF12977

# Award Data
## Goods and Services Contracts over $50,000 – 8. 58% to Minorities



**2006 = $6.1 million**

DEF12978

# Award Data
# Construction Contracts Awarded –
# Contracts Over $50,000



**Total for 2006 - $814,700**

DEF12979

# Payment Data for
# Minority Owned Businesses



**\*Data Includes Minority Women-Owned Business Payments**

DEF12980

# Payment Data For
# Women Owned Businesses*



**\*Data Excludes Payments to Minority Women-Owned Firms**

DEF12981

# Payment Data
## Percent of Total Payments
## Minorities and Women-Owned



DEF12982

# Next Steps

➢ **Improve access to and disseminate annual forecasts of contract opportunities**

➢ **Continue to form new partnerships**

➢ **Continue to monitor progress**

➢ **Active participation in establishment of local Chapter of the National Association of Minority Contractors**



DEF12983

# Next Steps
### continued

➤ Build stronger relationships with City departments

- Administrative Directive
- Recognition and Awards

➤ Continue to build database and website

➤ Evaluate contractor performance



DEF12984

# Next Steps
continued

➤ **Contractor assistance program**
  - **Access to Capital/ Scholarships**

  - **Private Sector Support and Mentoring**

  - **MOU with the Department of Business Assistance**

➤ **Hire Minority Business Specialist Representative**

➤ **Strengthen partnership with Small Business Administration**

➤ **Continue to look for opportunities to debundle requirements (where feasible)**



DEF12985

# Questions and Answers

## Thank You for Your Support



DEF12986