**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.*, | |
| **Plaintiffs,** | |
| | **Civil Action No. 2:18-cv-0069** |
| **v.** | |
| **City of Virginia Beach,** *et al.*, | |
| **Defendants** | |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 34

Deposition Transcript of Virginia Beach City Council Member Sabrina Wooten



# Transcript of Sabrina D. Wooten

**Date:** September 17, 2019
**Case:** Holloway, et al. -v- City of Virginia Beach, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                     NORFOLK DIVISION

 4    -------------------------------x

 5    LATASHA HOLLOWAY and           :

 6    GEORGIA ALLEN,                 :

 7                  Plaintiffs,  :     CASE NO.

 8    v.                             :     2:18cv00069

 9    CITY OF VIRGINIA BEACH, et al.,:

10                  Defendants.  :

11    -------------------------------x

12

13

14          Deposition of SABRINA D. WOOTEN

15             Virginia Beach, Virginia

16           Tuesday, September 17, 2019

17                   10:15 a.m.

18

19

20    Job No.: 262114

21    Pages: 1 - 161

22    Reported by:  Penny C. Wile, RPR, RMR, CRR
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    2

```
1          Deposition of SABRINA D. WOOTEN, held at

2    the offices of:

3

4

5          VIRGINIA BEACH CITY ATTORNEY

6          2401 Courthouse Drive

7          Municipal Center, Building One

8          Room 260

9          Virginia Beach, VA 23456

10         (757)385-4351

11

12

13

14

15

16

17         Pursuant to Notice, before Penny C. Wile,

18   RPR, RMR, CRR, Notary Public of the Commonwealth

19   of Virginia.

20

21

22
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    3

```
1              A P P E A R A N C E S
2    ON BEHALF OF THE PLAINTIFFS, LATASHA HOLLOWAY
3    AND GEORGIA ALLEN:
4         DANIELLE LANG, ESQUIRE
5         CAMPAIGN LEGAL CENTER
6         1101 14th Street NW
7         Suite 400
8         Washington, DC 20005
9         (202)736-2200
10
11   ON BEHALF OF THE DEFENDANTS, CITY OF VIRGINIA
12   BEACH, ET AL.:
13        CHRISTOPHER S. BOYNTON, ESQUIRE
14        JOSEPH M. KURT, ESQUIRE
15        OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY
16        2401 Courthouse Drive
17        Municipal Center, Building One
18        Room 260
19        Virginia Beach, VA 23456
20        (757)385-4351
21
22        Also present:  Simone Leeper
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                4

1              C O N T E N T S

2    EXAMINATION OF SABRINA D. WOOTEN        PAGE

3            By Ms. Lang                      5

4

5

6

7

8              E X H I B I T S

9    WOOTEN DEPOSITION EXHIBIT               PAGE

10   Exhibit 1   MBC meeting minutes 2/10/17   41

11   Exhibit 2   Subpoena, Sabrina Wooten      56

12   Exhibit 3   Resolution, DEF12954          72

13   Exhibit 4   Email string, DEF08175-08280  74

14   Exhibit 5   Email string,  DEF08136-08140  83

15   Exhibit 6   Email string, DEF08084-08090  92

16   Exhibit 7   Email string, DEF08510-08540  97

17   Exhibit 8   Email string, DEF07836-07848  104

18   Exhibit 9   Email string, DEF07430-07439  108

19   Exhibit 10  City News, DEF10118-10309     110

20   Exhibit 11  Subpoena, Rosemary Wilson     138

21   Exhibit 12  VPAP.org screenshots          150

22

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    5

```
 1              P R O C E E D I N G S
 2  Whereupon,
 3              SABRINA D. WOOTEN,
 4  after having been first duly sworn, was examined
 5  and did testify under oath as follows:
 6   EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
 7  BY MS. LANG:
 8      Q. Good morning, Ms. Wooten.
 9      A. Good morning.
10      Q. Can you state your name and title for the
11  record?
12      A. Sure.  Sabrina D. Wooten.  And I'm
13  Virginia Beach Council Member for the Centerville
14  district, District 1.
15      Q. Have you ever been deposed before?
16      A. No.
17      Q. So I'm going to give a few basic
18  instructions, kind of the ground rules for
19  depositions.
20          The first is that depositions are
21  different than regular conversations, only insofar
22  as we have a court reporter here who is trying to
```

1   take down the record.  And so ordinarily in common

2   parlance we'll shake our head or say uh-uh or

3   uh-huh.  But that's hard for the court reporter to

4   take down, so I'd ask that you always use verbal

5   answers and say yes or no --

6       A. Okay.

7       Q. -- to questions.  Is that okay?

8       A. Yes.

9       Q. And the other thing is that in common

10  conversation we usually talk over each other a

11  little bit, finish each other's sentences.  That's

12  also very hard for the court reporter to take

13  down.

14      A. Okay.

15      Q. So do your best to let me finish my

16  question, and I'll do my very best to let you

17  finish your answer.

18      A. Okay.  Sure.

19      Q. If you don't understand a question, please

20  ask me to clarify.

21      A. Okay.

22      Q. And if you don't ask me to clarify, I'll

1    assume you understood the question.

2        A. Okay.

3        Q. Your attorney from time to time will

4    assert objections to my questions.

5        A. Uh-huh.

6        Q. He's mostly preserving those for the

7    record.  Unless he instructs you not to answer,

8    you can go ahead and answer the question.

9        A. Uh-huh.  Okay.

10       Q. Okay?

11       A. Yes.

12       Q. We can take breaks whenever you like.  And

13   I imagine that we will.  The only thing I ask is

14   that if I've asked you a question, you answer that

15   question before we take a break.  Is that okay?

16       A. Okay.  Sure.

17       Q. Is there any reason you know of that you

18   cannot answer questions truthfully today?

19       A. No.

20       Q. Okay.  How long have you lived in Virginia

21   Beach?

22       A. About 15 years.

```
1          MR. BOYNTON:  Not only to the substance of
2     the deposition, just before we get too deep into
3     it, to the extent it's applicable to any
4     particular questions asked today do you wish to
5     invoke legislative privilege?
6          THE DEPONENT:  Yes.
7       Q. Okay.  Ms. Wooten, I would ask with each
8     question that I ask that might relate to something
9     that's legislatively privileged that you need to
10    assert it with respect to each individual question
11    you're declining to answer and state that that's
12    the reason.
13      A. Uh-huh.
14      Q. The reason for that, it's your prerogative
15    to decide which things you want to discuss with
16    regard to things that might be legislatively
17    privileged, which things you're refusing to
18    discuss publicly on the basis of legislative
19    privilege.  Do you understand that?
20      A. I do.
21      Q. So you said you've been living in Virginia
22    Beach for 15 years.  So about how old were you
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    9

1   when you came to Virginia Beach?

2       A. Probably, I would say, doing the math, in

3   my 30s.

4       Q. Okay.  Where did you grow up?

5       A. I grew up in Chesapeake, Virginia.

6       Q. Were you in Chesapeake before you moved to

7   Virginia Beach?

8       A. Correct.

9       Q. And you live in the Centerville district?

10      A. I do.

11      Q. And when -- how long have you been living

12  in the Centerville district?

13      A. In the Centerville district, probably for,

14  I guess, about 11 or 12 years.

15      Q. Okay.  Can you tell me about your

16  educational background?

17      A. Sure.

18          I went to Indian River High School.  I

19  went to Old Dominion where I received my BS in

20  Political Science.  Then I went to Regent

21  University, received my master's degrees; one in

22  Business Management, one in Public Administration.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    10

1    And I'm currently working on my doctorate in

2    Public Administration.

3        Q. And all of that is at Regent University?

4        A. The doctorate is Walden University.

5        Q. Walden?

6        A. Correct.

7        Q. And where is Walden University?

8        A. Minnesota.

9        Q. Is that online?

10       A. That's online, yes.

11       Q. I'm sorry.  What did you say your Ph.D.

12   was going to be in?

13       A. Public Administration.

14       Q. Okay.  Can you tell me about your career

15   background?

16       A. Sure.

17          I've worked for a nonprofit pretty much

18   most of my life, for probably 11 years.  Once I

19   left --

20       Q. What nonprofit?

21       A. Calvary Revival Church.

22       Q. What was your position there?

1          A. I was an executive assistant.

2          Q. From approximately what years to what

3     years were you at Calvary Revival?

4          A. Probably somewhere from 2003 to, what was

5     it, 2018.  2018.

6          Q. Okay.  When did you graduate from college?

7          A. 1997.

8          Q. Okay.  What did you do between 1997 and

9     2003?

10         A. I worked for a couple of different places.

11    I worked at Mediation Center of Hampton Roads as a

12    mediator.  I worked for Montagna, Klein & Camden

13    as a paralegal.

14         Q. Okay.  And what were your job

15    responsibilities as executive assistant at Calvary

16    Revival?

17         A. I worked directly for the senior founding

18    pastor and carried out administrative duties.

19         Q. And who was the senior founding pastor?

20         A. Bishop Courtney McBath.

21         Q. And where is Calvary Revival?

22         A. Norfolk, Virginia.

1      Q. Is that a historically black church?

2      A. It is, yes.

3      Q. Okay.  Did you have any other jobs,

4  besides working at Calvary Revival, during that

5  time period?

6      A. Not during that time period.

7      Q. Okay.  And what led you to leave Calvary

8  Revival in 2018?

9      A. 2018 I received an opportunity at another

10  local church in Chesapeake.  And I served there as

11  their administrative pastor.

12      Q. And what church is that?

13      A. It is Parkway Christian Center.

14      Q. And are you currently in that position?

15      A. No.

16      Q. When did you leave that position?

17      A. Shortly after I won my position as Council

18  member.

19      Q. And when in 2018 did you join Chesapeake

20  Parkway Christian Center?

21      A. Sometime in, I believe it was, August.

22      Q. So you were only there for a few months?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    13

1        A. I think I -- I hope that's right.  Either

2    I started -- because I was there for about a year,

3    so it could have been I left in 2017.

4        Q. Okay.  So --

5        A. I think I left Calvary in 2017, started at

6    Parkway in 2017, because it was about a year and a

7    few months.

8        Q. Okay.

9        A. A year and a few months.

10       Q. So you think maybe August 2017,

11   approximately?

12       A. I believe that's around that time.

13       Q. And is Parkway Christian Center a

14   historically black church?

15       A. No.

16       Q. And how did this new opportunity at

17   Parkway arise?

18       A. They found my information on a local

19   website -- I believe it was Indeed -- and they

20   called me and offered an opportunity.

21       Q. Okay.  So they reached out to you?

22       A. Correct.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                     14

1      Q. Okay.  And you didn't know anyone there

2   prior to --

3      A. Correct.

4      Q. Okay.  And who reached out to you?

5      A. The pastor, Robbie Jones.

6      Q. Okay.  What did you do to prepare for this

7   deposition today?  And I'll preface that by saying

8   I'm going to ask you a series of questions about

9   what you did to prepare.  At no point do I want

10  you to tell me what your attorneys told you.  You

11  can tell me if you met with them, when you met

12  with them, but do not tell me any of the substance

13  of what your attorneys told you.

14         So with that caveat --

15         MR. BOYNTON:  That goes into what you told

16  your attorneys, too.  It's a two-way conversation.

17  So the substance of conversations with attorneys

18  are attorney-client privileged.  But you can

19  answer questions relating to whether there was a

20  meeting, when it occurred, that type of thing.

21         THE DEPONENT:  Okay.

22      Q. So with that background, what did you do

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    15

1    to prepare for this deposition today?

2        A. I met with the attorney yesterday.  And I

3    don't remember how long it was.  But I did come in

4    and meet with the attorney.  And that's pretty

5    much it.

6        Q. And who did you meet with?

7        A. Attorney Chris Boynton.

8        Q. Okay.

9           THE DEPONENT:  Did I pronounce that right?

10          MR. BOYNTON:  Yes.

11       A. Okay.

12       Q. Did you have any other prior meetings with

13   him about this deposition?

14       A. No.

15       Q. Okay.  Did you look over any documents

16   while you were preparing for this deposition?

17       A. Yes.

18       Q. Okay.  What documents did you look at?

19       A. I believe it was my answers to the

20   subpoena that I received.

21       Q. Did you talk to any other -- anyone else

22   about this deposition today?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    16

1        A. No.

2        Q. Did you bring any documents with you

3    today?

4        A. No.

5        Q. Okay.  There is a trial scheduled for this

6    case, currently scheduled for January 14th, 2020.

7    Do you know of any reason you wouldn't be

8    available at that time if you needed to testify?

9        A. Not at this time.

10       Q. Okay.  As a City Council member, do you

11   have a City Council email address?

12       A. I do.

13       Q. Okay.  And is that @vbgov?

14       A. Yes.

15       Q. Okay.  And do you have personal email

16   addresses?

17       A. Yes.

18       Q. Okay.  How many personal email addresses

19   do you have?

20       A. Probably -- let me think -- at least five

21   or six different ones.

22       Q. And what are those?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    17

1          A. Oh.  I'd have to look them up.  I'd have

2    to look them up on my phone.  I don't have them.

3    You want to know the specific email address?

4          MR. BOYNTON:  Don't refer to anything

5    unless she asks you to.  Just go off the top of

6    your head as best you can.

7          Q. I'm not looking for -- you don't have to

8    give me the full name.

9          A. Okay.

10         Q. Gmail, Yahoo, et cetera?  What are the

11   different servers?

12         A. Gmail.  I have one for Regent.  I have one

13   for ODU.  And, then, iCloud.  I think that's about

14   it because I have a couple for Gmail.

15         Q. Okay.

16         A. And some of those are business accounts.

17         Q. Okay.  Do you have any other employment at

18   this time, other than City Council?

19         A. I work for Old Dominion University.

20         Q. In what capacity?

21         A. As their Adjunct Professor.

22         Q. And when did you start doing that?

1        A. That was the end of August.  I can't

2    remember the exact date, but the end of August of

3    this year, 2019.

4        Q. Okay.  So just a few weeks ago?

5        A. Uh-huh.

6        Q. Okay.  And what are you teaching?

7        A. African American Studies.

8        Q. Are you teaching this semester?

9        A. Yes.

10        Q. One class or two classes?

11        A. Two.

12        Q. Do you have any other employment?

13        A. No.  That's it.

14        Q. You mentioned business emails.  What kind

15    of business emails do you have?

16        A. Related to ODU.  Regent is more still from

17    being a student.

18        Q. Okay.

19        A. I do, also -- and I don't see that as a

20    full-time position, but I do have a mediation

21    firm, but I haven't done any specific work in it.

22        Q. For how long have you not done any work in

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    19

1    mediation?

2         A. It's been -- it's been a few years.

3         Q. Okay.  Any other kind of entrepreneurial

4    pursuits?

5         A. No.

6         Q. You mentioned iCloud.  What types of

7    personal or official servers do you use to save

8    documents?

9         A. You know, I don't know.  I'm not sure what

10   server iCloud uses except for Apple.  Are you

11   speaking of Apple?

12        Q. What kind of services do you use?

13        A. Services.  I thought you said server.

14   Sorry.  Services?

15        Q. Yes.

16        A. That particular account was set up for my

17   mediation service.

18        Q. Do you use Dropbox or Box or any other

19   cloud services?

20        A. No.

21        Q. Where are documents that you have for

22   Virginia Beach business saved?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    20

1        A. They're saved in Gmail -- my Gmail account

2    and the city account.

3        Q. Okay.  Do you have a city computer?

4        A. No.

5        Q. Okay.  Does the city have a shared drive

6    or anywhere where you can save documents outside

7    of your email?

8        A. I believe they do, but I don't use it.

9        Q. Okay.  Do you have a city cellphone?

10       A. No.

11       Q. Do you have a personal laptop?

12       A. Yes.

13       Q. Do you use that for conducting city

14   business?

15       A. Sending emails.

16       Q. If you needed to create a document, you

17   know, an agenda or whatnot, would you use your

18   personal laptop for that?  What would you use to

19   create that document?

20       A. If I did need to create one, it would be

21   on my personal laptop.

22       Q. Okay.  If somebody sent you a document and

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    21

1    you wanted to keep it to look at later, where

2    would you save that?

3        A. It would be on my personal computer.

4        Q. Do you ever text message with City Council

5    members?

6        A. I do.

7        Q. Who do you text message with?

8        A. I've sent text messages to Jim Wood and

9    Rosemary Wilson.

10       Q. Anyone else?

11       A. I think I've also sent some -- to the best

12   of my recollection, in the past I've sent some to

13   Aaron Rouse.  That's all I can remember at this

14   time.  And Michael Berlucchi.

15       Q. Okay.  And do you use any other messaging

16   applications, like WhatsApp or Slack or any other

17   form of communication, with your City Council

18   members?

19       A. No.

20       Q. So just email, text message, and, then,

21   in-person and phone communications?  Is that it?

22       A. Correct.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                    22

1        Q. Okay.  Do you have social media accounts?

2        A. Yes.

3        Q. Okay.  What kind of social media accounts

4    do you have?

5        A. Facebook, Twitter.

6        Q. Instagram?

7        A. I do have Instagram and Snapchat.

8        Q. If you had paper copies of documents from

9    a meeting or a City Council Forum or something,

10   where do you keep those hard copy documents?

11       A. I usually keep them at home.

12       Q. Do you have a home office or a filing

13   cabinet or something along those lines?

14       A. I do have a home office.

15       Q. During the campaign, did you have campaign

16   staff?

17       A. Yes.

18       Q. And who were they?

19       A. Sabrina Brown.  And they were -- and you

20   want to include volunteers, as well?

21       Q. Let's start with paid staff.  So who is

22   Sabrina Brown?  What was her position?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    23

1        A. So Sabrina Brown was a volunteer.  So I

2   did not have any paid staff.  They were all

3   volunteers.

4        Q. So you didn't pay anyone in any way for --

5        A. I did pay Tara.  She did administrative

6   work for me.  Her name is -- what is her last

7   name?  I can't think of her last name right now.

8        Q. Fair enough.

9            And she did administrative work for you?

10       A. Yes.

11       Q. Did you have a campaign manager?

12       A. No.

13       Q. Okay.  Who were some other volunteers for

14   your campaign?

15       A. Well, Sabrina Brown was a volunteer.

16   Cheryl Wolfe.

17       Q. Cheryl?

18       A. Cheryl Wolfe.  Robin Hill.  Tameka Cannon.

19   A young lady by the name of Anne, but I can't

20   think of her name.  And there were a lot of

21   volunteers who knocked on doors.  I don't know

22   their names.

1      Q. Fair enough.

2         And Sabrina Brown, what did she do for the

3   campaign?

4      A. She did -- she worked with the volunteers.

5   She was, kind of, part of my core team.

6      Q. Okay.  Were Tameka and Robin, Cheryl, and

7   Sabrina all members of your core team?

8      A. Yes.

9      Q. And was that the totality for your core

10  team for the campaign?

11     A. I also had -- he was more of a -- he did

12  social media for me.

13     Q. And who was that?

14     A. And his name is Chance Wilson.  He was,

15  pretty much, more of an independent contractor,

16  though, as well as Brian Kerwin.

17     Q. Okay.  And were they paid?

18     A. Yes.

19     Q. And they did social media?

20     A. Chance Wilson did social media.  Brian

21  Kerwin was more -- what's the word he called it?

22  He wasn't a -- he was more of -- I don't want to

1    say a political strategist, but maybe that's his

2    title.

3        Q. Fair enough.

4            How did you get to know Chance Wilson and

5    Brian Kerwin?

6        A. I've known Chance Wilson just through

7    personal reference, and he did some business work

8    for me.

9        Q. And who introduced you to Chance?

10       A. I think I probably -- I met him during a

11   function.  I met him doing a function for the

12   community.  It was a community function.  He was

13   leading it, and I met him at that point.

14       Q. Do you remember who organized that

15   community function?

16       A. He did.

17       Q. Okay.  And what about Brian Kerwin?

18       A. Brian Kerwin, he was referred to me by

19   Rosemary Wilson.

20       Q. Were any other members of your team

21   referred to you by Rosemary?

22       A. No.

1      Q. What about by Mayor Dyer?

2      A. No.

3      Q. During your campaign I imagine you had

4   materials that you used?

5      A. Uh-huh.

6      Q. Documents such as flyers or handouts; is

7   that right?

8      A. Correct.

9      Q. And did you email back and forth with

10  members of your team?

11     A. Yes.

12     Q. Where would your campaign materials be

13  found now?

14     A. On my personal laptop.

15     Q. Okay.  And in your personal emails?

16     A. Correct.

17     Q. Okay.  We've asked for documents in this

18  case, as you are aware.  I first want to talk

19  about the documents we've asked for from the city

20  in your official capacity.

21         Did your attorneys prepare your responses,

22  on behalf of the city, for documents?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    27

1        MR. BOYNTON:  Object to the form of the

2   question.

3        A. You know, I don't know what they did.  I

4   can't speak to that.

5        Q. Were you involved in any way in

6   identifying documents for the -- putting aside the

7   subpoena, were you involved in any way in

8   identifying documents that might be responsive to

9   the documents we asked for in this case?

10       A. No.

11       Q. Okay.  And so you don't know how they went

12   about finding documents that may or may not be

13   responsive?

14       A. If -- the only thing I know of is the

15   subpoena that I received.

16       Q. Okay.  Yeah.

17           And when you received that subpoena, how

18   did you go about looking for documents that would

19   be responsive?

20       A. Through my personal email that I used for

21   my campaign.

22       Q. So what email address did you search?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    28

1        A. That's Wooten -- wootensabrina@gmail.com.

2        Q. Did you search any other emails?

3        A. I also looked through -- but that wouldn't

4    have been campaign information.  Campaign

5    information wouldn't have gone through vbgov.  It

6    would have been just that one email.

7        Q. The subpoena didn't ask only for campaign

8    documents; is that right?

9        A. I don't recall.

10       Q. Okay.  But the only email address you

11   looked at was wootensabrina@gmail.com, correct?

12       MR. BOYNTON:  Object to the form of the

13   question.

14       A. No.

15       Q. That's not correct?

16       A. I looked through Gmail and vbgov.

17       Q. And vbgov?

18       A. And I said before that it was not related

19   to campaign.  So I was thinking that you were

20   referring to campaign, so...

21       Q. Okay.  Did you look through your social

22   media accounts for documents that might be

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    29

1    responsive?

2         A. No.

3         Q. What about your text messages?

4         A. No.

5         Q. Did you look on your personal laptop for

6    saved documents?

7         A. I did.

8         Q. Did you find any?

9         A. Whatever I found, I sent it in pertaining

10   to the subpoena.

11        Q. How did you go about searching your Gmail?

12   Did you use search terms?

13        A. Yes.

14        Q. Okay.  What search terms did you use?

15        A. I can't remember all of them.  Whatever

16   was asked in the subpoena.

17        Q. Okay.  Do you have those search terms

18   somewhere?

19        A. No.  I didn't record them.

20        Q. So there were no search terms in the

21   subpoena.  So do you know how you went about

22   figuring out what search terms to use?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    30

1       A. Related to the subpoena, if it asked for a

2   specific subject matter, whatever the specific

3   subject matter was at that time.

4       Q. Okay.  Did you look at iCloud?

5       A. No.

6       Q. Would it be correct to say that the only

7   places you looked for responsive documents were

8   your Gmail -- wootensabrina@gmail.com, your vbgov

9   email, and your personal laptop?

10      A. Correct.

11      Q. Okay.  Did you look through your hard copy

12  documents in your home office?

13      A. I did.

14      Q. And how did you go about doing that?

15      A. Just if it was something pertaining to the

16  subpoena.  I remember something related to the

17  Hampton Roads Chamber.  There was a letter that I

18  still kept or still had.  And I sent that

19  information in.

20      Q. Okay.  Great.  Thank you.

21          I imagine I know the answer to this.  But

22  are you a registered voter?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    31

1          A. Yes.

2          Q. How long have you been a registered voter?

3          A. I don't know.  For a long time.  Probably

4     since I was 18.

5          Q. And do you vote regularly?

6          A. I do.

7          Q. Okay.  Prior to your 2018 candidacy, were

8     you politically active?

9          A. Yes.

10          Q. Okay.  How so?

11          A. I served as -- volunteered when I was in

12     college on several campaigns.

13          Q. What campaigns?

14          A. The best of my recollection, I served on

15     Tim Kaine's campaign.  I can't remember what he

16     was running for.  It was many years ago.

17     Senator -- well, Warner's campaign.  I also served

18     as a surrogate speaker for -- at that time

19     Jerrauld Jones was in office or during his

20     campaign.

21          Q. Jerrauld Jones?

22          A. Yes.

1        And, then, I was appointed for -- on a

2    commission or something to that nature for --

3    probably -- I can't think of his name.  I can't

4    think of it right now.  I've always served on --

5    volunteered during the -- on campaigns that I

6    listed.  And there was one that I was appointed to

7    on a commission, but I can't think of the name

8    right now.

9        Q. Fair enough.

10        What kind of commission was that?

11        A. It was focused on juvenile -- juvenile --

12    well, just juvenile matters.

13        Q. Okay.  Related to criminal justice or --

14        A. Yes.

15        Q. Do you remember when, abouts, that was?

16        A. No.  I don't recall.

17        Q. Had you ever run for political office

18    before 2019?

19        A. No.

20        Q. Other than this one appointment to a

21    commission on juvenile matters, had you ever been

22    appointed to a commission?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    33

1        A. No.

2        Q. Okay.  You served on the Virginia Beach

3    Minority Business Council, right?

4        A. Yes.

5        Q. Okay.

6        A. And I have been appointed to other -- for

7    Virginia Beach for other commissions.  The Process

8    Improvement Committee was one.  And there are

9    probably a few others for the city.  I think those

10   are the ones that come to mind.

11       Q. And was that after your election, before

12   your election?

13       A. I think that was before.  That was before.

14       Q. Minority Business Council and Process

15   Improvement Council?

16       A. Yes.

17       Q. Okay.  What's the Process Improvement

18   Council?

19       A. That's a commission that was set up by

20   Mayor Bob Dyer.  It looks at processes and

21   procedures.

22       Q. What kinds of processes and procedures?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    34

```
1        A. For the city.

2        Q. Okay.  Who else is on that committee?

3        A. I can't tell you everybody.  I don't know.

4        Q. Could you name a couple of people that are

5    on it?

6        A. Mayor Dyer.

7        Q. Other than Mayor Dyer?

8        A. I haven't really been to the meetings in a

9    while.  I'm sorry.  I can't remember everybody's

10   name.

11       Q. Do you remember when you were appointed to

12   that committee?

13       A. It could have been sometime -- it could

14   have been 2015.  I'm not sure.

15       Q. Okay.  Were you -- did Mayor Dyer ask you

16   to join the committee?

17       A. He did.

18       Q. Okay.  What kinds of activities has the

19   committee done since you've been a member?

20       A. They've actually participated in quite a

21   few projects, but, the ones I can recall, they

22   worked on the food trucks ordinance.
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    35

1        Q. What's that?

2        A. The ordinance dealing with the food trucks

3    and their involvement in the city.

4        Q. Okay.  And does it provide licensing

5    requirements?  How did it regulate food trucks?

6        A. The specifics -- I can't recall the

7    details of it.

8        Q. Okay.  Any other projects the Process

9    Committee has been involved in?

10       A. They've been involved in a lot.  I can't

11   recall all of them, though.

12       Q. Any other ones you've worked on?

13       A. I can't recall.

14       Q. Okay.  How often does the committee meet?

15       A. They usually meet pretty -- the last

16   Wednesday of each month.  But I haven't attended

17   meetings since I've been elected.  It's been a

18   while.

19       Q. Prior to -- outside of the campaigns you

20   worked on prior to 2018, did you ever endorse

21   anybody for Virginia Beach City Council?

22       A. Prior to the campaign?

1      Q. (Moved head up and down.)

2      A. No.

3      Q. And did you ever work for any campaign for

4  City Council prior to your own campaign?

5      A. No.

6      Q. Okay.  Have you ever donated to any City

7  Council election prior to the 2018 cycle?

8      A. No.

9      Q. Have you ever donated to any campaign

10  before?

11      A. Before my election?

12      Q. Yes.

13      A. I don't recall campaign donations.

14      Q. Okay.  Have you ever worked on any other

15  Virginia Beach elections outside of the 2018

16  campaign?

17      A. No.

18      Q. There is a 2019 special election coming up

19  in Virginia Beach; is that correct?

20      A. Yes.

21      Q. All right.  Are you supporting any of the

22  candidates that are standing for office?

1      A. And by supporting, can you be more

2  specific?

3      Q. Sure.

4         Have you endorsed anyone for the 2019

5  special elections?

6      A. I have endorsed -- but, you know, I

7  haven't gone on record.  I've been a part of host

8  committees for Michael Berlucchi.  And I'm on a

9  host committee for Council Member Rosemary Wilson.

10     Q. Okay.  What does it mean to be on a host

11 committee?

12     A. Just, basically, you're using your name,

13 and you come out to the event.

14     Q. Have you attended any events yet for

15 either of those candidates?

16     A. Yes.

17     Q. Okay.  How many?

18     A. Probably, I guess, one of each.

19     Q. Have you contributed to their campaigns?

20     A. No.

21     Q. Okay.  Have you volunteered for any other

22 campaigns for the 2019 special election?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    38

1        A. No.

2        Q. The two candidates that you are supporting

3    are Berlucchi and Wilson; is that correct?

4        A. Correct.

5        Q. When did you join the Minority Business

6    Council for Virginia Beach?

7        A. I believe it was in 2015.

8        Q. Okay.  And who invited you to be part of

9    the Minority Business Council?

10       A. No one.

11       Q. Okay.  So how did you become a member of

12   the Minority Business Council?

13       A. Just looked the information up and

14   applied.

15       Q. And who did you have to apply to?

16       A. There was at the time a contact person

17   email.  I think it was a generic email.  Just sent

18   the information in to that email.

19       Q. Sure.

20          And what was the form of that application?

21   Is it just an email or did it have documents

22   attached?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    39

1      A. They -- I believe they asked for your

2   résumé.  And I sent my résumé.

3      Q. And from what email would you have sent

4   your résumé?

5      A. Probably Gmail; wootensabrina@gmail.com.

6      Q. Are you still on the Minority Business

7   Council?

8      A. No.

9      Q. When did you leave?

10     A. Shortly after I was elected.

11     Q. And what positions did you hold on the

12  Minority Business Council?

13     A. Vice Chair, and also, I think it was,

14  maybe, Director of Outreach.

15     Q. When did you serve as Vice Chair?

16     A. I think I was elected as Vice Chair

17  probably the year prior to me being elected, maybe

18  2017 or the end of 2016.

19     Q. What about the Director of Outreach?

20     A. That was earlier, I believe.  Well,

21  probably 2016.

22     Q. And before that, were you just an

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                          40

1    associate or what was --

2         A. Correct.

3         Q. Okay.  Associate.

4         Did you sign up for the Minority Business

5    Council because of your own mediation business or

6    what drew you to apply to the Minority Business

7    Council?

8         A. Just wanted to be more involved in

9    business in the city.  And that was one of the

10   opportunities I found on the website.

11        Q. Did anybody encourage you to apply to the

12   Minority Business Council?

13        A. No.

14        Q. Okay.  What are some of the projects you

15   worked on while you were at -- while you were on

16   the Minority Business Council?

17        A. I mainly worked on events.  They have a

18   couple of events each year that they promote for

19   businesses.  So my job was to do the outreach,

20   inviting people to come, and then putting together

21   information and show how I supported reaching out

22   to different people and organizations.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    41

1        Q. Okay.  And how often did the Council meet?

2        A. I believe they met every -- every month,

3    the second -- I think the first Friday of every

4    month or something like that.

5        Q. And there were City Council liaisons for

6    the Minority Business Council; is that correct?

7        A. Yes.

8        Q. And who were they while you were on that

9    Council?

10       A. I believe it was Shannon Kane and Bob

11   Dyer.

12            MS. LANG:  I'm going to mark this Exhibit

13   1.

14                     (Exhibit 1 was marked and

15                      attached to the transcript.)

16       Q. These are materials that have been

17   provided by the city to our office.  And this

18   appears to be an agenda for the Minority Business

19   Council for February 10, 2017.  And attached are a

20   number of related materials to the Minority

21   Business Council.

22            If you look at the second page, it lists

1    you as on the Minority Awareness Committee; is

2    that right?

3        A. Correct.

4        Q. And what did the Minority Awareness

5    Committee do?

6        A. Basically, focused on social media and

7    making sure social media presence was there for

8    the MBC.

9        Q. And did you run the social media accounts

10   for the MBC?

11       A. No.  Ms. Harrison did.

12       Q. Okay.  Did the Minority Awareness

13   Committee meet separately from the MBC meetings?

14       A. Yes.

15       Q. Okay.  How often?

16       A. Right before -- generally, right before

17   the scheduled meeting for the MBC.

18       Q. Okay.  And if you look at what's marked

19   DEF12853, it's a few pages on --

20           MR. BOYNTON:  What number?

21       Q. 12853.

22           These appear to be minutes from the

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                              43

1   January 13, 2017 meeting; is that right?

2       A. Yes.

3       Q. And under the first agenda item, the

4   discussion lists industry hour with Bruce Smith.

5   Do you see that?

6       A. Yes.

7       Q. Okay.  And there is a description of

8   Mr. Smith's presentation in the action items area.

9   I can give you a moment to review it, if you

10  could.

11      A. Okay.

12      Q. So Mr. Smith spoke about a number of

13  concerns he had related to minority access to

14  business opportunities in Virginia Beach; is that

15  right?

16      A. Yes.

17      Q. Okay.  And are you familiar with the open

18  letter that he sent to Mayor Sessoms?

19      A. I don't recall reading it.

20      Q. Okay.  Do you -- did you share Mr. Smith's

21  concerns about minority access for business

22  opportunities with the City of Virginia Beach?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    44

1        A. Yes.

2        Q. Okay.  Did you consider his critiques of

3    access to -- opportunities for minority firms in

4    Virginia Beach to be fair criticisms?

5        A. You know, I can't say what -- I don't know

6    what his specific experience was, so I can't speak

7    to what he experienced, so I don't know if it

8    would be fair.

9        Q. Okay.  But you shared his overall

10   concerns?

11       A. Yes.

12       Q. Okay.  And later on in this description it

13   says that Ms. Johnson made a motion for the MBC to

14   reaffirm the request from 2011 to move forward

15   with presenting the MBC's support for a disparity

16   study to City Council.  Do you understand that to

17   mean that the MBC had previously asked for a

18   disparity study in 2011?

19       A. Correct.

20       Q. And were they successful in getting a

21   disparity study in 2011?

22       A. Based off of this information, I'd say no.

1      Q. Okay.  And at the bottom it says,

2  Following the vote Councilman Dyer provided

3  feedback affirming the intent of City Council to

4  move forward with exploring the disparity for the

5  city, stating that the topic has already been

6  added to an agenda item for the City Council's

7  retreat.

8         MR. BOYNTON:  I'm going to object to the

9  form of the question because your reading omitted

10 one word, study.

11     Q. Do you know when the City Council actually

12 authorized the disparity study?

13     A. I don't remember the date.

14     Q. Was it in 2017?

15     A. I'm not sure.

16     Q. Okay.  When did the study results come

17 out?

18     A. I don't remember.

19     Q. Okay.  If you can turn to DEF12862.

20        MR. BOYNTON:  Can I help?

21        There you go.

22     Q. This appears to be a PowerPoint -- a set

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    46

1    of PowerPoint slides from the Minority Business

2    Council.  And it indicates that in 2008 the City

3    Council adopted an aspirational goal of 10 percent

4    for minority- and woman-owned business

5    expenditures; is that right?

6        A. Yes.

7        Q. To your knowledge, did the city ever meet

8    that aspirational goal of 10 percent?

9        A. I don't believe so.

10        Q. Okay.

11        MR. BOYNTON:  Keep the sticker ones over

12    here with the court reporter.

13        THE DEPONENT:  Okay.

14        Q. Earlier you testified you've lived in

15    Virginia Beach for about 15 years or so; is that

16    right?

17        A. Yes.

18        Q. During that time has the minority

19    population in Virginia Beach grown?  And I'll go

20    ahead and define the term minority to include a

21    number of racial minority groups:  African

22    American, Latino, and Asian minority groups.

1        MR. BOYNTON:  Objection to the extent it

2   calls for expertise.  Obviously, she can answer on

3   her personal knowledge.

4        A. I don't know.

5        Q. Okay.  Which neighborhoods in the city

6   would you consider to be historically or

7   predominantly African American neighborhoods?

8        A. Queen City and Seatack.

9        Q. Any others?

10       A. That's all that I can think of.

11       Q. Are those areas in your district?

12       A. No.

13       Q. Do you -- can you think of any

14   neighborhoods that you would consider to be

15   predominantly or historically Latino

16   neighborhoods?

17       A. No.

18       Q. How about Asian American neighborhoods?

19       A. No.

20       Q. Okay.  Your district, Centerville, is a

21   majority minority district; is that right?

22       A. We have a diverse makeup, so I can't say

1    that it's majority minority.  I can't say for

2    sure.

3        Q. Okay.  You're not sure what the exact

4    racial makeup of your district is?

5        A. I don't have the specifics.  I don't know

6    the percentages.

7        Q. Fair enough.

8        A. So I can't say majority or not.

9        Q. Are you aware that after -- in 2011 the

10   city drew the Centerville district to be a

11   district that would be majority minority?

12       A. No.

13       Q. Okay.  When were you sworn in to City

14   Council?

15       A. November 2018.

16       Q. What position -- you were taking over for

17   Mayor Dyer's seat; is that right?

18       A. Yes.

19       Q. Okay.  What are your job duties as City

20   Council member?

21       A. I engage with the community constituents,

22   attend meetings, City Council meetings, workshops,

1    and meet the needs of the constituents.

2         Q. Are you involved in the budget process?

3         A. Yes.

4         Q. Does the City Council approve the budget?

5         A. Yes.

6         Q. What City Council -- what city positions

7    are appointed by the City Council?

8         A. I believe, of course, the City Manager,

9    City Attorney, I believe the City Auditor.  That's

10   all that I can recall.

11        Q. What's the scope of the legislative

12   authority of the City Council?

13        MR. BOYNTON:  And just to be clear,

14   obviously you can't offer a legal opinion, but you

15   can tell her your understanding of your role or

16   the City Council's role in the process.

17        Q. Yes.

18        A. So we are a legislative body that approves

19   ordinances, resolutions, as it pertains to the

20   city.

21        Q. What's the difference between an ordinance

22   and a resolution?

1      A. Ordinances are more statute-based;

2  resolutions are not.

3      Q. So are -- would it be fair to say that

4  resolutions are non-binding?

5          MR. BOYNTON:  Object to the form of the

6  question to the extent it gets into legal

7  opinions.

8          You can answer.

9      A. Could you repeat your question?

10     Q. Are resolutions binding or non-binding?

11     A. They are binding.

12     Q. Can they be enforced by a court?

13         MR. BOYNTON:  Same objection as to legal

14  opinions.

15     A. I'm not sure.

16     Q. Okay.  What are the ways in which you

17  communicate directly with your constituents?

18     A. Social media, community meetings,

19  telephone calls, emails, and one-on-one personal

20  meetings.

21     Q. Do you have any staff that work for you as

22  a City Council member?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    51

1        A. Not directly for me, no.

2        Q. Okay.  Do you have any staff that you can

3    rely upon for planning various city business?

4        A. I have volunteers.

5        Q. Okay.  Who are some of your volunteers?

6        A. Sabrina Brown, Chance Wilson.  Those are

7    the two people I, pretty much, rely upon.

8        Q. And who is Sabrina Brown?

9        A. She was a part of my core team.  She's a

10   volunteer and a friend.

11       Q. And how did you meet Ms. Brown?

12       A. At church.

13       Q. Okay.  At Parkway?

14       A. No.  Calvary Revival Church.

15       Q. Did anyone from Parkway volunteer in your

16   campaign?

17       A. No.

18       Q. Or donate to your campaign?

19       A. I don't recall.

20       Q. Okay.  Since becoming a City Council

21   member, have you been involved in any litigation

22   other than this case?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    52

1      A. No.

2      Q. How many community meetings have you held

3  since you became City Council member?

4      A. It's over -- I'm sure it's over five.

5      Q. Okay.  And where do you hold those

6  meetings?

7      A. Schools.  Sometimes other city buildings,

8  upon availability.

9      Q. Uh-huh.

10         And do they ordinarily have a specific

11  topic or are they just, kind of, open forums, town

12  halls?

13     A. Community meetings.  Pretty much

14  they're -- pretty much -- though there are some

15  subjects I may cover, depending on what has

16  happened, pretty much people can ask whatever

17  questions they want.

18     Q. Okay.

19     A. So it's, pretty much, a citizen engagement

20  format.

21     Q. And how do you advertise those community

22  meetings?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    53

1      A. Usually on social media:  Facebook,

2  Twitter.

3      Q. Do you get pretty good attendance at those

4  meetings?

5      A. Usually.

6      Q. About how many people?

7      A. Community meetings, probably 20 -- 10 to

8  20 people.

9      Q. Are there some constituents that regularly

10  attend those meetings?

11      A. Yes.

12      Q. And who are they?

13      A. I can't say their names for -- their

14  specific names.  I know their faces.

15      Q. Okay.  You can't remember any names?

16      A. No.

17      Q. Okay.  Since becoming a City Council

18  member, have you done anything to particularly

19  reach out to African American leadership in

20  Virginia Beach?

21      A. Yes.

22      Q. Can you describe some of those activities

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    54

```
 1    to me?
 2         A. I've sent -- well, I've done community
 3    leadership meetings where I've sent emails to
 4    International -- Denomination Ministry.
 5         Q. The Interdenominational Ministers
 6    Conference?
 7         A. Yes.  Sent information out to them, and to
 8    black churches, just to let them know what I'm
 9    doing and to engage their participation.
10         Q. Absolutely.
11            Have you done anything to reach out to the
12    Asian community in particular?
13         A. Yes.
14         Q. And what have you done to reach out to the
15    Asian community?
16         A. I attend their meetings, their community
17    meetings, business meetings.
18         Q. And who organizes the Asian American
19    community meetings?
20         A. At that time the president was Petula Moy.
21         Q. Petula Moy?
22         A. Yes.
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    55

1        Q. Who is the president now?  Do you know?

2        A. I don't know.

3        Q. Where do they usually hold those meetings?

4        A. They have different locations, so they

5    vary.

6        Q. How many of those meetings have you

7    attended?

8        A. Maybe two or three.

9        Q. Have you done anything in particular to

10   reach out to the Latino community?

11       A. I have attended the Hispanic business

12   meetings and events.

13       Q. Is that the Hispanic Chamber of Commerce

14   or --

15       A. Yes.

16       Q. -- what's the name of the group?

17       A. Hispanic Chamber.

18       Q. Do you know who heads up the Hispanic

19   Chamber?

20       A. I believe his name is Julian Baena.

21       Q. Julian Baena?

22       A. I believe that's his last name.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                        56

1        Q. Okay.  Do you know anyone else who's

2   involved in the Hispanic Chamber?

3        A. I can't think of the names now.

4        Q. Fair enough.

5            I don't mean for it to sound like a pop

6   quiz.

7        A. No.  No.

8            MS. LANG:  I'm going to mark Exhibit 2.

9                       (Exhibit 2 was marked and

10                       attached to the transcript.)

11       Q. And this should be familiar to you.  It's

12   the subpoena you received; is that correct?

13       A. Yes.

14       Q. And attached to it are the responsive

15   documents that you provided to us?

16       A. Yes.

17       Q. And I want to turn to the second email

18   attached to the subpoena.  And it's your email

19   where the subject line is Community Leader

20   Meeting-RSVP requested, from December 5, 2018.  Do

21   you see that?

22       A. Yes.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    57

1        Q. And you used your wootensabrina@gmail for

2    this email?

3        A. Yes.

4        Q. And there is a long list of emails here.

5    I'm wondering, how did you compile this email

6    list?

7        A. Dr. Allen, who's listed here, reached out

8    to me, and so I just reciprocated the information.

9        Q. Okay.  And did he provide you this email

10   list of all of these individuals?

11       A. Yes, through a previous email he sent to

12   me.

13       Q. Okay.  And it is your understanding that

14   this email list is primarily comprised of members

15   of the Interdenominational Ministers Conference?

16       A. Correct.

17       Q. Okay.  Had you ever met Dr. Allen prior to

18   your 2018 campaign?

19       A. No.

20       Q. When was the first time you met him?

21       A. I met him at the time -- actually, at the

22   time that I was thinking about running.  And I met

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                58

1    him at an African American Committee meeting.

2        Q. And when, abouts, was that?

3        A. Probably sometime -- I can't say for sure.

4    Maybe March or April of 2018, maybe.

5        Q. Had you met anybody who was on the

6    Interdenominational Ministers Conference before

7    2018?

8        A. Yes.

9        Q. Who?

10       A. Mr. McCollum; Gary McCollum.

11       Q. And when did you meet Mr. McCollum?

12       A. He came to our church, Calvary, when he

13   was running for a position.

14       Q. Okay.  Did you have a personal

15   relationship with Mr. McCollum?

16       A. No.

17       Q. You just met him through --

18       A. Just through --

19       Q. A speaker?

20       A. -- the church, yes.

21       Q. Anyone else on the Interdenominational

22   Ministers Conference that you had a personal

1  relationship with before 2018?

2      A. No.

3      Q. Did you have a relationship with anyone

4  involved with the Virginia Beach NAACP before

5  2018?

6      A. Not their current leadership.

7      Q. Prior leadership?

8      A. Prior to -- but this was way back when I

9  was in college.

10      Q. Not since college?

11      A. Not recently.

12      Q. Okay.

13         MR. BOYNTON:  Are we at a good moment for

14  a break?  It's been about an hour and 15 minutes.

15  Maybe stretch your legs.

16         THE DEPONENT:  Sure.  Sure.

17         MS. LANG:  Okay.  We'll go off the record.

18         (A recess was taken.)

19         MS. LANG:  We'll go back on the record.

20      Q. Ms. Wooten, what would you say are your

21  current priorities for your work on the City

22  Council?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019          60

1      A. Education, flooding, neighborhoods, great

2  neighborhoods, public safety, empowering local

3  businesses.  What else?  I think that's pretty --

4  to name a few.

5      Q. Yes.

6          With respect to education, what specific

7  policy proposals are you focused on?

8      A. Just making sure Council is supportive to

9  our School Board's needs, specifically in the

10 areas of just resources, infrastructure for

11 schools, safety measures for schools, that sort of

12 thing.

13     Q. Okay.  And what, specifically, are you

14 concerned about or proposing with respect to

15 flooding?

16     A. Really bringing awareness to the problems

17 we have, and finding a comprehensive strategy to

18 address them.

19     Q. And what are the problems that Virginia

20 Beach is facing with respect to flooding?

21     A. I mean, anywhere from sea level rise to

22 wind tide, flooding in Bay Back, dredging, all

1    those areas.

2        Q. Are there specific neighborhoods that are

3    struggling more with flooding than others?

4        A. You know, from workshop, that I know for

5    detail, Windsor Woods, Ashville Park.  There are

6    also several areas in the Princess Anne district,

7    but I can't say specifically all of those areas.

8        Q. Okay.  And you said neighborhoods.  What

9    kinds of issues are you thinking of with respect

10   to the neighborhoods?

11       A. It goes along with -- I would say

12   flooding, as well.  Just infrastructure, making

13   sure our infrastructure is maintained, making sure

14   our neighborhoods are, you know, safe, that sort

15   of thing.

16       Q. So what are you working on to improve

17   public safety?

18       A. So, you know, I am a chaplain for the

19   Virginia Beach Police Department, so, you know, I

20   volunteer when I have an opportunity.  So anything

21   from, you know, ensuring that, you know, officers

22   are taken care of with respect to pay parity, also

1    just ensuring that as far as, let's say -- just

2    bringing awareness to some of the issues we may

3    have in the community with respect to crime

4    prevention and that sort of thing.

5        Q. What are some of the issues you think the

6    city might have?

7        A. Well, you know, we are the safest city of

8    our size, so they're not -- not a lot of huge

9    issues.  But if you're -- you know, there are

10   minor things that happen from anywhere from things

11   that happen down at the oceanfront or, you know,

12   you see just certain concerns that neighbors might

13   have with -- I don't know -- maybe theft in the

14   neighborhood or something like that.

15       Q. Uh-huh.

16       A. So there are minor issues.

17       Q. You said pay parity for police officers.

18   Parity as compared to what?

19       A. Just making sure that all levels in the

20   workforce are comparable to their counterparts, as

21   far as the Sheriff's Department.

22       Q. Is that -- does that include any issues

1    about concerns of disparate pay across racial

2    lines?

3        A. No.  Not that I'm aware of.

4        Q. What would you say are the biggest

5    challenges facing Virginia Beach today?

6        A. Today it's, actually, getting a new City

7    Manager, searching for a new City Manager at this

8    point.

9        Q. Uh-huh.

10       A. And just still dealing with the concerns

11   from May 31st.

12       Q. Right.

13           Putting aside that tragedy, moving the

14   camera lens out just a little bit more, what

15   other, kind of, bigger systemic challenges does

16   Virginia Beach face, whether it be flooding or

17   racial disparities or what have you?  What are the

18   biggest, kind of, challenges that the city faces?

19       A. You know, I think one of our major goals

20   is to make sure that we are seen as an all-around

21   destination.  I mean, that encompasses economic

22   development, schools, great neighborhoods, that

1    sort of thing.

2        Q. Uh-huh.  Okay.

3            When you say destination, do you --

4        A. Tourism.

5        Q. -- mean tourism?

6            Okay.  And you said supporting local

7    businesses?

8        A. Uh-huh.

9        Q. What, specifically, are you referring to

10   there?

11       A. Just making sure that our local businesses

12   have access to tools, education, that they can use

13   to continue to grow and expand their business.

14       Q. What kinds of tools and resources?

15       A. So, specifically, I host a business

16   seminar on a quarterly basis.  That seminar gives

17   you information on access to local government

18   contracts.  Sometimes we do sessions on federal

19   contracts.  Sometimes we do educational

20   information for entrepreneurs who need assistance,

21   whether it's financially -- find out whatever the

22   resources that they need.  My job is to connect

1    them to those resources.

2        Q. If there is an issue that you would like

3    to propose an ordinance on, what's the process for

4    doing that?

5        A. So the process would be to make City

6    Council aware of it, let them know what my

7    thoughts are, then work with our city staff to

8    bring the statute or the ordinance together.

9        Q. Uh-huh.

10       A. And, then, go back, allow City Council to

11   review it.  And, then, it works its way on the

12   agenda for City Council to vote on.

13       Q. Okay.  So there is staff that helps with

14   the drafting of an ordinance; is that right?

15       A. Yes.

16       Q. Is that the City Attorney's Office?

17       A. Yes.

18       Q. You said makes its way through the process

19   to get on the agenda.  I'm particularly interested

20   in figuring out what that process is.

21       A. You know, that area, making sure it gets

22   on the agenda, I don't know the specific steps to

1   what and how it gets there, but I know that there

2   is just some determining what's on our schedule,

3   you know, and when is the proper time to put it up

4   on the agenda.  Sometimes it's -- sometimes it can

5   be something that I can request and say, hey, can

6   we get it on the agenda right away?  And, then,

7   the necessary steps are taken to get it on the

8   agenda.  So it just depends.

9        Q. Who makes that decision?

10       A. You know, specifically, I don't know.

11       Q. Is it the Mayor that gets to decide what's

12   on the agenda?

13       A. I mean, he has a say-so in it, but I think

14   ultimately it's that Council member working with,

15   you know, city staff to make sure it gets up

16   there.  So they really take their direction from

17   us.

18       Q. Okay.  So if you had something that you

19   really wanted to get a vote, who would you ask to

20   do that?

21       A. I would go to the City -- send an email to

22   the City Attorney, and one of his staff members

1    would work with me to do it.

2        Q. Okay.  If you want something to get a vote

3    but others on the City Council don't want it to go

4    on the agenda, who makes those determinations?

5        A. You know, I haven't had that circumstance.

6        Q. So you don't know who has the final say-so

7    about what goes on the agenda?

8        A. In that circumstance?

9        Q. Yes.

10       A. In that circumstance, I could not speak to

11   it.

12       Q. Okay.  Have you proposed any resolutions

13   since you've been a City Council member?

14       A. Yes.

15       Q. How many resolutions?

16       A. Let's see.  Probably, I think, about three

17   to four come to mind.  That's -- I'd say about

18   five come to mind.

19       Q. Okay.  Can you describe those for me?

20       A. One was for flooding, to join the

21   coalition for flooding.  There was one for

22   increasing the aspirational goal as relates to the

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    68

1   disparity study.

2        Q. Uh-huh.

3        A. There is one that was proposed related to

4   the shootings, to memorialize or make sure there

5   is a memorial set up.  And there was one for

6   safety measures after the shooting.

7        Q. Okay.  Did all of those get votes?

8        A. Yes.

9        Q. Okay.  And did all of those pass?

10       A. Let's see.

11       Q. Flooding, increasing the disparity

12   aspirational goal, shooting memorial, and safety

13   measures?

14       A. I believe all of those passed.

15       Q. Okay.  Have you proposed any ordinances

16   since becoming a City Council member?

17       A. I have one that's in the works.

18       Q. Okay.  And what's that?

19       A. It's related to wildlife rehabilitation.

20       Q. Okay.  So tell me about where it is in the

21   process.

22       A. Working on the ordinance.  You know, we're

1   at the point to where we just -- I'm supposed to

2   review the ordinance and see if it's something

3   that, you know, just makes sense.

4       Q. Okay.  So after you review it, if you

5   determine that it is something you want to move

6   forward with, what would be the next step in the

7   process?

8       A. The next step for me, to send the

9   information back to the City Attorney's Office

10  that's working with it, the attorney that's

11  working on it.  And, then, they let me know what

12  the next steps are to moving the ordinance

13  forward.  I think it would have to go through

14  Planning first.  And once it goes through

15  Planning, then, you know, it comes to City

16  Council.

17      Q. And that's the Planning Department for the

18  city?

19      A. The Planning Commission.

20      Q. Planning Commission.

21          Do you know what the timeline might be for

22  you to get a vote on that ordinance?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    70

1      A. You know, I don't know for sure.  I don't

2   know for sure.

3      Q. Are you working with any other City

4   Council member on this wildlife rehabilitation

5   ordinance?

6         MR. BOYNTON:  You can answer the question

7   as to who you're working with.  I would remind you

8   that the context of those conversations, if

9   private and not public, would potentially be

10  subject to the legislative privilege that you've

11  invoked.

12        THE DEPONENT:  Okay.  Jessica Abbott.

13     Q. You referenced a few times the disparity

14  study results that came out recently.  Are you

15  familiar with that study?

16     A. Yes.

17     Q. Okay.  And are you familiar with the

18  minority community's advocacy for this study over

19  a course of years?

20     A. I don't know, you know, all of the history

21  when it started.  I don't know all the

22  intricacies, but I'm familiar that they've been

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    71

1    asking for it.

2        Q. Are you familiar with -- that there were

3    marches to support a disparity study?

4        A. I do recall that there was a march.

5        Q. Did you go to the march?

6        A. No.

7        Q. Okay.  Were you involved in any of the

8    advocacy for a disparity study?

9        A. You know, not directly.

10       Q. Is addressing the disparities identified

11   in that study a priority for you?

12       A. Yes.

13       Q. What steps have you taken to push that

14   forward?

15       A. So I've proposed the resolution for the

16   disparity study to increase the aspirational

17   goals.  That was one.  The other is -- I had -- it

18   was a Community Forum breaking down, going over

19   the findings, and, then, having city staff talk

20   about what's being done to address the disparity.

21       Q. Okay.

22           MS. LANG:  I'll mark Exhibit 3.

1              (Exhibit 3 was marked and

2                 attached to the transcript.)

3      Q. Is this the resolution you were referring

4  to just a moment ago?

5      A. Yes.

6      Q. Did anyone put this forward with you or

7  were you the only City Council member that put it

8  forward to begin with?

9      A. There were some other Council members who

10  wanted to be listed on the resolution.

11     Q. Were they?

12     A. Yes.

13     Q. Okay.  Who were they?

14     A. To the best of my recollection, Council

15  Member Rouse, Council Member Shannon Kane.  I

16  can't remember who else was listed.

17     Q. Okay.  And this raised the aspirational

18  goal for minority-owned business participation

19  from 10 percent to 12 percent; is that right?

20     A. Yes.

21     Q. Okay.  Between 2008 and 2018 there was an

22  aspirational goal of 10 percent; is that correct?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    73

1        A. Yes.

2        Q. And, to your knowledge, between May 2008

3    and when this resolution passed, did the city ever

4    meet that 10 percent aspirational goal?

5        A. To the best of my recollection, I don't

6    believe so.

7        Q. Okay.  And do you know what consequences,

8    if any, there would be if the city did not reach

9    the 12 percent goal that's now been set by this

10   resolution?

11       A. I can't say specifically.

12       Q. Okay.  You said that you set up a forum to

13   discuss the disparity study; is that correct?

14       A. Yes.

15       Q. Okay.  And have you received any

16   resistance from any city officials with respect to

17   your engagement of minority businesses?

18       A. Can you explain -- clarify that a little

19   bit more?

20       Q. Sure.

21          Have you -- have you had any interactions

22   with city officials in which they've pushed back

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                           74

1    on any of your efforts to engage with the minority

2    community businesses?

3        A. I'd have to say -- I'm not sure I would

4    call it that.  I'd have to say -- I don't know if

5    it's -- I can't say.  I can't say unequivocally

6    yes.

7        Q. In your own words, what is it --

8        A. I can't say.

9           You know, it would be more -- I would say

10   maybe more, I guess, logistics part of it, you

11   know, and making sure those resources are there.

12       Q. Are you referring specifically to some

13   interactions with City Manager -- former City

14   Manager Hansen?

15       A. Yes.

16       Q. Okay.  And in February, did you have a

17   back and forth with him about his pushback on the

18   allocation of resources for your activities?

19       A. Yes.

20          MS. LANG:  I'll mark Exhibit 4.

21                    (Exhibit 4 was marked and

22                 attached to the transcript.)

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                              75

```
 1          MR. BOYNTON:  Do you have a page or pages
 2   you'd like to refer her to?
 3          MS. LANG:  Yes, I do.  8275; DEF8275.
 4   It's a ways back, towards the end.
 5          MR. BOYNTON:  Please review the whole
 6   exchange.
 7          THE DEPONENT:  Okay.
 8          MR. BOYNTON:  Further back, the exchange.
 9          Normally -- do you have a page where the
10   exchange starts?
11          MS. LANG:  It's a lengthy exchange.  I'm
12   only going to talk about Mr. Hansen's email on
13   8276 and Ms. Wooten's response on 8275.
14          MR. BOYNTON:  So let's start at least
15   maybe one page before so you know how it got --
16   what the request was he was responding to.
17          THE DEPONENT:  Okay.  Sure.
18          MR. BOYNTON:  I don't know what all this
19   is, though.
20          THE DEPONENT:  Must be an invitation that
21   they created -- yeah.  That's where --
22          MR. BOYNTON:  Again, don't speak out loud
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    76

```
 1    because she has to take it down.

 2            THE DEPONENT:  Sorry.

 3            MR. BOYNTON:  So just process and --

 4            THE DEPONENT:  Okay.

 5            MR. BOYNTON:  -- tell me when to turn the

 6    page.

 7            THE DEPONENT:  Okay.

 8            MR. BOYNTON:  To your response, which is

 9    the page she's having you focus on.

10        A. Okay.

11        Q. Is this the back and forth that you were

12    referring to with respect to some logistical

13    difficulties?

14        A. Yes.

15        Q. And as I understand this email exchange,

16    former City Manager Hansen pushed back on the idea

17    that your Small Business Forum would be part of a

18    series because he believed it would be appropriate

19    when committing extensive use of city resources

20    for individually sponsored events for there to be

21    more buy-in for that series?  Is that your

22    understanding?
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    77

1       A. Yes.

2       Q. And you wrote back with some frustration

3   about his pushback?  Is that more or less correct?

4       A. What I would say, it was kind of confused.

5       Q. Okay.

6       A. It needed understanding.

7       Q. Sure.

8          How did this exchange resolve?

9       A. It resolved in an approval of the events

10  going forward.

11      Q. Okay.  And was -- after this email -- at

12  the top of this email exchange on 8275 former City

13  Manager Hansen asks if you can take his call.  Did

14  you two have a phone call conversation?

15      A. We did.

16      Q. Okay.  And is that phone call conversation

17  what resolved the issue?

18      A. Yes.  I believe so.

19      Q. Okay.  Did you have to involve anyone else

20  in that discussion?

21      A. No.

22      Q. Okay.  After your phone call conversation,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    78

```
1   did you better understand his pushback on your
2   series of events?
3       A. Yes.
4       Q. Okay.  And what was the reason for his
5   pushback on your series of events?
6       A. I believe, as he mentioned, figuring out
7   resources.
8       Q. Okay.  But ultimately you were able to
9   move forward with your series of events?
10      A. Yes.
11      Q. And what was the contents of the event
12  that was being discussed here on 8275?
13      A. This is the first Ignite.  And, basically,
14  it was more -- I think the email started out,
15  before Dave with logistics, and the invitation,
16  making sure it was correct.  So it was the first
17  one.
18      Q. And how many have there been of that
19  series?
20      A. So the third one will take place on
21  Saturday, Saturday -- this Saturday.
22      Q. Oh.  Great.
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    79

1        When was the second one?

2        A. June 22nd.

3        Q. And what are those events?

4        A. Basically, again, focusing on small

5    business, education, about resources.  The goal

6    is, especially for the first one, was to do

7    business with the city and in the city.  And,

8    then, the second one focused on financial capital

9    for those businesses.  And the third one focuses

10   on entrepreneurship and the programs the city

11   offers.

12       Q. At the first two events, what kind of

13   attendance did you have?

14       A. Attendance was very good.  It's been --

15   the first one was -- I mean, you had over 70

16   businesses represented.  The second one was more

17   between, I would say, 35 businesses represented.

18       Q. Okay.  In your email you reference your

19   confusion especially in light of the disparity

20   study.  Do these events focus on increasing access

21   for minority businesses?

22       A. Yes.  It's specifically geared to SWaM

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    80

1    businesses.

2         Q. Okay.  And do you bring in speakers for

3    these events or do you speak at them?

4         A. Speakers.

5         Q. The majority of businesses that attend,

6    are they SWaM businesses?

7         A. Yes.

8         Q. Okay.  Did you and former City Manager

9    Hansen also have a disagreement about the name of

10   your forum with respect to the disparity study?

11        A. Yes.

12        Q. Okay.  Can you tell me about that?

13        A. From the best of my recollection, I wanted

14   to name the forum Fighting the Disparity.  And I

15   think -- and I can't say for sure what his issue

16   was, but I don't think he liked Fighting the

17   Disparity.

18        Q. Okay.  Ultimately you did name it Fighting

19   the Disparity?

20        A. Yes.

21        Q. How did that disagreement resolve itself?

22        A. Just conversation, explaining to him what

1  it meant, that it was not negative in terms of the

2  city but that it was, obviously, fighting the fact

3  that there is a disparity, that we are doing

4  something about it.

5      MR. BOYNTON:  Are we done with this

6  exhibit?

7      MS. LANG:  For now, yes.

8      Q. I saw a lengthy email exchange about the

9  location for the Disparity Study Forum in the

10 documents provided.  Where did you ultimately hold

11 the Disparity Forum?

12     A. At the Sandler Center.

13     Q. Is that where you wanted to hold it?

14     A. Yes.

15     Q. Was there initially any pushback on

16 holding it at the Sandler Center?

17     A. There was some discussion that it was

18 probably not -- that maybe another facility would

19 be better.

20     Q. And why did folks think that another

21 facility might be better?

22     A. You know, I was never really privy to why.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    82

1      Q. And who was it that thought that a
2   different facility might be proper?  Was it former
3   City Manager Hansen?
4      A. You know, that was what was communicated
5   to me through him.
6      Q. Okay.  And was it a matter of cost?
7      A. You know, it was probably -- and I -- and
8   I can't say for sure, but it was probably
9   something related to cost, resources.
10      Q. And why did it ultimately get decided that
11   it would be at the Sandler Center?
12      A. I believe just because of the type of
13   forum it was, I think.  From what I can remember,
14   there was another -- on campus at TCC or something
15   like that.  But I think the Sandler Center was
16   more central and it had a bigger venue.
17      Q. So did you advocate for it to be held at
18   the Sandler Center?
19      A. Yes.
20      Q. Okay.  One of the groups that you reached
21   out to attend, to invite to the forum, was the
22   Interdenominational Ministers Conference; is that

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    83

```
1    right?

2        A. Yes.

3        Q. Did any of them attend the forum?

4        A. Yes.

5        Q. Who was able to attend, if you recall?

6        A. I believe, from my recollection, I

7    remember Dr. James Allen and Mr. Andrew Jackson.

8        Q. Did you seek to have the Color Guard

9    participate in the Disparity Study Forum?

10       A. Yes.

11       Q. Okay.  And why did you ask for the Color

12   Guard to participate?

13       A. I thought it should be, you know, a pretty

14   formal opening ceremony.  It's a very important

15   topic.

16           MS. LANG:  I'm going to mark Exhibit 5.

17                       (Exhibit 5 was marked and

18                    attached to the transcript.)

19       Q. And this is a set of email correspondence

20   related to the Color Guard.  And particularly I'm

21   just looking at this first page, which is with

22   respect to concerns having the Color Guard
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    84

1    participate that were voiced by the Chief of Staff

2    at the Virginia Beach City Public Schools or the

3    Office of the Chief of Staff at the Virginia Beach

4    City Public Schools.

5        A. Uh-huh.

6        Q. I'll give you a moment to review.

7        A. Okay.

8        Q. This email from John Sutton from the

9    Office of the Chief of Staff said that the Color

10   Guard would not be able to participate because it

11   might appear to be political in nature; is that

12   right?

13       A. Yes.

14       Q. Was this event a political event?

15       A. In my opinion, I say no because I wasn't

16   running for office.

17       Q. It wasn't a campaign event?

18       A. No.

19       Q. It was an event in your official capacity

20   as a City Council member --

21       A. Yes.

22       Q. -- to discuss an official city disparity

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                               85

1    study; is that correct?

2        A. Yes.

3        Q. And Chris Chandler from the Office of the

4    Mayor wrote to you on May 10, 2019 to say that he

5    would reach out to the Virginia Beach Sheriff's

6    Office to see if they could assist; is that

7    correct?

8        A. Yes.

9        Q. How did this issue resolve?

10       A. I believe -- I'm trying to remember.  I

11   don't remember if it was the Sheriff's Office or

12   the Police that came, but it was one of those

13   entities.  I can't remember which one it was.

14       Q. But the Color Guard did not participate?

15       A. It was the Color Guard from either the

16   Sheriff's Office or the Police Department.  It was

17   one of those.

18       Q. But the Color Guard from the Schools did

19   not participate?

20       A. Correct.

21       Q. Did you speak at all to the -- to

22   Mr. Sutton about his concerns that this would be a

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    86

1    political event?

2        A. No.

3        Q. Did anybody follow up with the Schools

4    about this -- his view on the event?

5        A. Not to my knowledge.

6        Q. Was this the first correspondence you

7    received, either by email or phone or otherwise,

8    about concerns that the event might be political

9    in nature?

10       A. Yes.

11       Q. And was this the only such communication

12   you received?

13       A. I believe so.

14       Q. Okay.  Look back at Exhibit 4, number

15   8187.  And this is an email from you to Julie Hill

16   dated May 6, 2019; is that correct?

17       A. Yes.

18       Q. And who's Julie Hill or -- yeah.  Who's

19   Julie Hill?

20       A. She's Director of Communications.

21       Q. Okay.  Great.

22           And you provide a list of groups that you

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                    87

1    were inviting to the forum on the disparity study.

2    What is the ABAR, Asian Chamber?

3         A. So I think it's ABAR, Asian Business --

4    I'm not sure what AR stands for, but it is the

5    Asian Business Chamber.

6         Q. Okay.  Who is your contact at the ABAR

7    Asian Chamber?  Do you know?

8         A. Petula Moy.

9         Q. And what about at the Filipino Chamber?

10        A. I believe that's Naomi -- gosh.  I can't

11   think of Naomi's last name right now.  Estaris or

12   something like that.

13        Q. And what is the HRBOR/LGBTQ Chamber?

14        A. Hampton Roads -- I'm not sure of BOR right

15   now.  But that is -- and, of course, the LGBTQ

16   Business Chamber.

17        Q. Okay.  What churches did you invite to the

18   Business Forum -- Disparity Forum?

19        A. There are churches in that

20   International -- Virginia Beach

21   Interdenominational Ministers alliance group, so I

22   sent out an email to them.

1       Q. Okay.

2       A. So it's various churches in the listing.

3       Q. Correct.

4          Any other community leaders that you

5   invited?

6       A. I invited, I believe her name is, Sylvia

7   Strickland.  She's a Commissioner for Human

8   Rights.  She came out.  I invited her.

9       Q. On what commission?

10      A. Human Rights.

11      Q. Is that a city commission?

12      A. Yes.

13      Q. Okay.  Who is Chris Stone?

14      A. Chris Stone.  I believe he's the CEO of

15  Clark Nexsen.

16      Q. And what's that?

17      A. It's a firm, architectural firm, in

18  Virginia Beach.

19      Q. And how do you know Chris Stone?

20      A. He reached out to me regarding the

21  Disparity Forum.  We talked about, specifically, a

22  definition of a business.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    89

1      Q. So he reached out to you?

2      A. Uh-huh.

3      Q. I'm just going to ask you who some other

4   folks are I saw in the documents.

5      A. Okay.

6      Q. Who's Lavera Tolentino?

7      A. She is -- city staff.  She works in the

8   Purchasing Department, I believe.

9      Q. Donna Whitaker?

10     A. Donna Whitaker, she is with Venture -- is

11  that -- Realty?  I believe it's Venture Realty.

12  She was involved with Something in the Water.

13     Q. Is that how you know her?

14     A. Yes.

15     Q. What about Rebecca Key?

16     A. She's a part of the Purchasing Department.

17     Q. Okay.  Taylor Adams?

18     A. He's the Economic Development Director.

19     Q. Were there any other speakers at the forum

20  that I haven't mentioned?

21     A. There is a gentleman by the name of Bruce

22  Williams.  He was a speaker on the panel

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    90

```
1    discussion.

2         Q. And who's he?

3         A. He's a community leader.  He has done work

4    with contracts with our city.

5         Q. Is he a developer?

6         A. No.

7         Q. Okay.  What kind of contracts has he

8    worked on?

9         A. You know, I can't say specific to what

10   contracts he was involved in, but I know that he

11   has experience in working with, you know, the

12   Purchasing Department on contracts.

13        Q. And how did you -- how do you know Bruce

14   Williams?

15        A. Met him through -- it was either the

16   Interdenominational Ministers Forum or through the

17   African American Commission.

18        Q. That's a city commission?

19        A. Yes, it was.

20        Q. It's no longer --

21        A. I don't think it's active.

22        Q. Okay.  So what was the format of the
```

1    Disparity Forum event?

2        A. We focused on the results.  So the company

3    who performed the study, they were available by,

4    I'm going to say, satellite, by telephone, and

5    they were able to discuss the results of their

6    presentation.  So they went over their

7    presentation.  And after that information was

8    discussed, then we had a panel discussion about

9    the results and the next steps, and we took

10   questions from the audience.

11       Q. And who was on the panel?

12       A. The individuals that were listed:  Bruce

13   Williams, Donna Whitaker, Rebecca Key, Lavera

14   Tolentino, Taylor Adams, myself.

15       Q. Chris Stone?

16       A. And Mr. Stone.

17       Q. Okay.  Great.

18           And about how many people attended?

19       A. It was over 250 people.

20       Q. Did you get a lot of questions from the

21   audience?

22       A. We took quite a few questions.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    92

1      Q. What were some of the next steps that the

2   panel discussed?

3      A. I don't remember the specifics, but I

4   asked for some of the information from the study

5   that were -- that was given that we should focus

6   on.  And it focused more on contracting, what we

7   can do to increase contracting.

8      Q. And on the resolution to increase the

9   aspirational goal, did anyone vote against that

10   resolution?

11      A. You know, I don't recall.  I don't think

12   so.

13      Q. Okay.

14      MS. LANG:  I'll mark Exhibit 6.

15                    (Exhibit 6 was marked and

16              attached to the transcript.)

17      Q. I'm just asking you now to look at the

18   last two pages, which is an email you sent to

19   members of the International --

20   Interdenominational Ministers Conference.

21      MR. BOYNTON:  So for the record, that's

22   DEF08089 and DEF08090.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                    93

```
1        A. Yes.
2        Q. Okay.  The third request in your email
3   says you're planning to request an audit of the
4   School Board budget; is that right?
5        A. Yes.
6        Q. And why did you want to request an audit
7   of the School Board budget?
8        A. That request stems from constituents
9   wanting to know how the disparity study affected
10  the school budget.
11       Q. And have you, in fact, proposed an audit
12  to the City Council?
13       A. Not yet.
14       Q. Okay.  Do you plan to do that?
15       A. I believe that's something I will pursue.
16       Q. Okay.  And how might the disparity study
17  affect the School Board budget?
18          MR. BOYNTON:  I'm going to object.  Calls
19  for speculation.
20          You can answer.
21       A. You know, I -- the constituent complaint
22  was that it was not factored into the study and it
```

```
 1    should have been.
 2        Q. Okay.  So the allocation of resources in
 3    the School Board budget should have been included
 4    in the study?  Is that the complaint you received?
 5        A. I believe that's what it was.
 6        Q. And who was that --
 7        A. It was a concern.
 8        Q. Who raised that concern?
 9        A. There were several constituents.  I don't
10    have their names.
11        Q. And did they raise that by email or by
12    phone?
13        A. Actually, when I was out in the community
14    meeting.
15        Q. Okay.  And that's more than one
16    constituent that's asked you about that issue?
17        A. Yes.
18        Q. Okay.  Are there other areas in which you
19    think the city should study potential disparities
20    in the treatment of the minority community?
21        A. You know, I can't say specifically.  I
22    just know that we -- we can always do better
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    95

1    across the board.

2        Q. For example, are you aware of any data

3    about city employment and minority inclusion for

4    city employment?

5        A. I don't have access to that information.

6        Q. Do you have any concerns about the level

7    of minority employment with the city?

8        A. You know, the level -- you said the level

9    of minority --

10       Q. (Moved head up and down.)

11       A. I'm not sure that's what the concern is

12   for me.

13       Q. What would the concern be for you?

14       A. Just, you know, as it relates to --

15   because I'm not privy to any data, so I really

16   don't know, you know, what the, you know,

17   statistics say, you know, about minorities in

18   Virginia Beach.  But it's always my goal to make

19   sure that, you know, we're fair and equitable and

20   that we're doing all we can, you know, to

21   encourage participation from all groups.

22       Q. Are you aware that in the past there's

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                     96

1    been a lawsuit by the Department of Justice

2    related to employment practices at the Police

3    Department?

4        A. No.

5        Q. Okay.  Are you aware of the current level

6    of minority employment at the -- with the Police

7    Department?

8        A. No.  I don't have the details.

9        Q. Okay.  Other than the passage of the

10   resolution we discussed earlier, do you know of

11   any concrete steps the City Council has taken,

12   since the disparity study was published, to follow

13   the recommendations of the disparity study?

14       A. I do know that we, in our budget, we had

15   at least $30,000 that was allocated to the

16   monitoring of contracts and data.  We're also

17   focusing on debundling contracts.

18       Q. What does that mean?

19       A. The larger contracts we have, making sure

20   that we break them up to make sure that other, you

21   know, SWaM business owners are able to participate

22   in the process.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    97

1        Q. And what has the city done to promote

2   debundling of contracts?

3        A. Specifically, I'm not sure what, you know,

4   the Purchasing Department has done.  I can't speak

5   to what their, you know, goals and their

6   operations are.

7        Q. So that would be something that falls

8   under the purview of the Purchasing Department?

9        A. Yes.

10        MS. LANG:  Okay.  I'll mark Exhibit 7.

11              (Exhibit 7 was marked and

12              attached to the transcript.)

13        MR. BOYNTON:  Any particular page?

14        MS. LANG:  The first and second page.

15        MR. BOYNTON:  Do you want her to read past

16   the first page?

17        MS. LANG:  We're going to go step-by-step,

18   so I'm not sure she needs to read it all right

19   now.

20        A. Do you want me to pay particular attention

21   to my information under my name?

22        Q. Yes.  And, for the record, we're looking

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    98

```
 1   at DEF08510 to DEF08511.
 2       A. Okay.
 3       Q. And this email relates to the budgeting
 4   process for the fiscal year of 2020; is that
 5   right?
 6       A. Yes.
 7       Q. Okay.  And at the bottom of the page it
 8   indicates that you had requested adding $84,000 to
 9   the Summer Youth Employment Program; is that
10   right?
11       A. Yes.
12       Q. Okay.  Was that $84,000 ultimately added
13   to the budget?
14       A. No.
15       Q. And do you know why not?
16       A. From my understanding, it was going to be
17   more focused on the private sector.
18       Q. Did you agree with that choice?
19       A. No.
20       Q. Who ultimately was able to make the
21   decision that your request of $84,000 would not be
22   included in the budget?
```

1      A. You know, the Council itself approves the

2   budget, you know.  So once this information was

3   sent out, I did not, you know, get, I guess, a

4   consensus from the Council that they wanted to

5   pursue adding that --

6      Q. Okay.

7      A. -- amount.

8      Q. And, then, the next page, the next request

9   you made is fully fund CIP 3-047.  What does that

10  mean?  What's CIP 3-047?

11     A. You know, without having that information

12  in front of me, I can't say specifically what it

13  was, but I'm sure it pertained to something

14  related to infrastructure.

15     Q. It looked like it had something to do with

16  landfills; is that right?

17     A. So -- let's see.

18     Q. Most, if not all, of the odors referred

19  to --

20     A. That particular one, yes.

21     Q. Do you know if this request was ultimately

22  included in the budget?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                        100

1        A. I can't recall.

2        Q. Okay.

3        A. I can't recall what agreement was reached

4   with that.

5        Q. The next one said to increase the funding

6   for a staff member for the implementation of the

7   disparity study.  Was that included in the final

8   budget?

9        A. No.

10       Q. Okay.  Did you agree with that decision

11  not to include it in the budget?

12       A. No.

13       Q. Do you know why it wasn't ultimately

14  included in the budget?

15       A. From what I understand, I was told that

16  there was enough staff available to support the

17  recommendations from the disparity study.

18       Q. Did --

19       A. And there was not another person needed.

20       Q. Did the disparity study suggest the hiring

21  of new staff?

22       A. Yes.  It suggested that we hire one

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    101

1    full-time staff member to focus on SWaM

2    businesses.

3        Q. But the city decided not to do that; is

4    that right?

5        A. Correct.

6        Q. Okay.  Do you know who else on the City

7    Council supported your request to add an

8    additional person to focus on SWaM businesses?

9        A. No.  I can't recall anybody else.

10       Q. Okay.  Do you recall that Council Member

11   Rouse asked for parking at Seatack Park?

12       A. Yes.

13       Q. And was that provided?

14       A. You know, I'm not sure.

15       Q. Okay.

16       A. I'm not sure.

17       Q. And do you recall that he also asked for

18   signing for the Seatack community?

19       A. Yes.

20       Q. And do you know if that was provided?

21       A. I don't know.

22       Q. Okay.  And up to the Something in the

1    Water Festival, you received a complaint about

2    price gouging at the hotels; is that correct?

3        A. Yes.

4        Q. Can you tell me about that complaint?

5        A. We received some complaints from some of

6    the constituents in the community that they were

7    noticing the increase -- the exorbitant increase

8    in pricing for this event.

9        Q. And did that come from the NAACP?

10       A. It did not originate from the NAACP, I

11   don't believe.

12       Q. Do you remember where it originated from?

13       A. No.  I can't remember.

14       Q. Were any of the complaints from the NAACP?

15       A. I don't remember complaints being from the

16   NAACP.  But I do remember the NAACP reaching out

17   to me to attend a meeting that I had on it.

18       Q. Okay.  And who did you ask for assistance

19   in addressing the issue of price gouging?

20       A. I reached out to the Hotel Association.  I

21   can't think of Donna's last name right now, but I

22   reached out to them.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    103

1     Q. Okay.  And did you have a meeting with the
2  Hotel Association?
3     A. A member, yes.
4     Q. Okay.  And what was the result of the
5  meeting?
6     A. We left the meeting requesting some type
7  of statement with regard to ensuring that, you
8  know, costs would be fair for this event.  So that
9  was the outcome.
10     Q. Okay.  Did they release a statement?
11     A. No.
12     Q. Okay.  So ultimately were you able to
13  provide any resolution to this issue for the
14  community?
15     A. No.
16     Q. Okay.  And you mentioned Donna earlier.
17  Is that Donna MacMillan Whitaker?
18     A. Yeah.  Well, no.  That's a different -- I
19  can't think of the last name.  No.  Her name is
20  not Donna.  It's Diane.
21     Q. Did you reach out to anybody that worked
22  for the city about this issue, as well?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                           104

1        A. I believe I initially reached out to the

2    city to ask how I could address it.

3        Q. Okay.  Did you reach out to Nancy Bloom?

4        A. I believe so.

5        Q. And who's Nancy Bloom?

6        A. I can't think of Nancy's specific title,

7    but she works in the City Manager's Office and she

8    helps with constituent concerns.

9        Q. And did you ultimately speak with the

10   Commissioner of the Revenue office?

11       A. I can't remember.

12       Q. Okay.

13          MS. LANG:  I'm going to mark Exhibit 8.

14                    (Exhibit 8 was marked and

15                      attached to the transcript.)

16       Q. This is a series of emails, many of which

17   relate to that topic.  So I'd like to start at --

18   going backwards -- DEF07840.  This is your initial

19   email reaching out to Ms. Bloom and her response

20   reaching out to the Commissioner of Revenue; is

21   that right?

22       A. I'm not seeing the Commissioner of

1    Revenue.

2         Q. COR.  She says, Is this something that the

3    COR is involved with?

4              MR. BOYNTON:  That's what she's asking.

5         A. Okay.  I see that, yes.

6         Q. And she indicates that she thinks hotels

7    and motels must post their rates on the property.

8              Do you know if that's correct?

9         A. I don't.

10        Q. Okay.  And looking at the earlier page,

11   7839, 39 --

12             MR. BOYNTON:  I'm sorry.  It's not

13   earlier.  It's actually later in time sequence.

14        Q. Exactly.  Later in time sequence.  Earlier

15   in the packet.

16             Somebody from the Commissioner of Revenue

17   basically says -- well, says, We wouldn't have

18   anything to do with this; is that right?

19        A. Yes.

20        Q. And suggests maybe checking with the

21   Department of Health?

22        A. Yes.

1      Q. And Nancy writes that the Department of

2   Health does not regulate this portion of the

3   Virginia Code, and she asks Brad Van Dommelen if

4   there is something he could do to help.

5         Who is Brad Van Dommelen?  Do you know?

6      A. You know, he's a past Director of -- I

7   want to say Tourism.  I can't remember his

8   specific title.  He's a leader in the Tourism

9   Department for our city.

10      Q. And, then, if you look at 7837, Nancy

11   Bloom indicates, at the top of the page, that Brad

12   V. told her he does not involve himself with

13   private sector business and pricing; is that

14   right?

15      A. Yes.

16      Q. And so ultimately was there anyone at the

17   city that would be able to help you and your

18   constituents with this problem?

19      A. No.

20      Q. Okay.  Sticking with this exhibit, the

21   first page, 7836, talks about a program called

22   Trap The Vote and a gentleman named Marvin Bing.

1   Do you see that?

2       A. Yes.

3       Q. Do you know who Marvin Bing is?

4       A. No.

5       Q. Did you ever meet Marvin Bing?

6       A. No.

7       Q. And Donna indicated that Marvin was making

8   a very large donation to the festival; is that

9   right?  That's in the second paragraph.

10      A. Yes.

11      Q. Do you know what the relevance was of the

12  fact that he was giving a large donation to the

13  festival?

14      A. No.

15      Q. Okay.  Do you know if this Trap The Vote

16  program actually occurred at the Something in the

17  Water Festival?

18      A. I'm not specifically sure, but I don't

19  believe that actually panned out.

20      Q. Okay.  Do you know if there was voter

21  engagement activities that ended up happening at

22  the Something in the Water Festival?

1      A. I don't know.

2      Q. Was that something that members of the

3  African community had reached out about

4  potentially doing?

5      A. I do remember someone mentioning that

6  that's something we should do.

7      Q. Do you know who Dr. Pruden is?

8      A. Yes.

9      Q. Who is she?

10     A. She's the president of the Virginia Beach

11 Chapter of the NAACP.

12        MS. LANG:  I'll mark Exhibit 9.

13                (Exhibit 9 was marked and

14            attached to the transcript.)

15        MR. BOYNTON:  How far do you want her to

16 go?

17     Q. So I want you to look at the

18 correspondence between 7432 and 7436.

19        MR. BOYNTON:  We'll start at 7436.

20        THE DEPONENT:  Okay.

21     Q. Does this refresh your recollection that

22 Dr. Pruden had reached out to you about voter

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    109

1    registration opportunities at the Something in the

2    Water Festival?

3         A. Yes.

4         Q. And you followed up with Brian Solis about

5    providing that connection; is that right?

6         A. Yes.

7         Q. And who is Brian Solis?

8         A. He is, I'm going to say, a Special Deputy

9    City Manager for that particular event, for

10   Something in the Water, or Special Events.

11        Q. Ultimately the communication says that

12   Donna would follow up with Dr. Pruden; is that

13   right?

14        A. Yes.

15        Q. And is that Donna Whitaker?

16        A. Yes.

17        Q. And do you know if that ended up happening

18   with Dr. Pruden's request to do voter engagement

19   at the Something in the Water Festival?

20        A. I don't.

21        Q. Do you know if any voter engagement

22   activities took place at the Something in the

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    110

1    Water Festival?

2         A. No.

3         Q. Okay.  I'm sorry.  No, they did not or,

4    no, you don't know?

5         A. No, I don't know.

6         Q. Okay.

7            MS. LANG:  We'll mark Exhibit 10.

8                    (Exhibit 10 was marked and

9                     attached to the transcript.)

10        Q. I just wanted to ask you, this second

11   article on this exhibit is about the Dome Project.

12   What is the Dome Project?

13        A. It's, generally, a project revitalizing

14   the old -- was it the old Convention Center

15   building -- or something of that nature.

16        Q. And is that an ongoing project in Virginia

17   Beach?

18        A. Yes.

19        Q. Okay.  And did the City Council have to

20   take a vote on that project?

21        A. Yes.

22        Q. Okay.  And did you do that earlier this

1  year?

2      A. We did.

3      Q. Okay.  And did you vote in favor or

4  against?

5      A. I voted in favor of the term sheet, I

6  believe, that was proposed at the time.

7      Q. Okay.  And you're quoted towards the end

8  of this article saying, Following the disparity

9  study I wanted to try to see the developer try to

10 use more than just the 10 percent use minority

11 subcontractors required.  I want that language to

12 change moving forward.

13     A. Yes.

14     Q. Did that language change in the Dome

15 Project term sheet?

16     A. Yes.

17     Q. Okay.  What is it?  What changes were made

18 to the term sheet?

19     A. So it had the old 10 percent goal.  So it

20 was increased to the 12 percent aspirational goal.

21     Q. Okay.  And is the Dome Project required to

22 have 12 percent participation or is that just

1    aspirational?

2         A. You know, I can't say for sure because I

3    don't remember what the contract states.

4         Q. Okay.  City Manager Dave Hansen recently

5    resigned; is that right?

6         A. Yes.

7         Q. Okay.  Did you support his resignation?

8         A. Yes.

9         Q. Did you call for his resignation?

10        A. No.

11        Q. Did the City Council ask him to resign?

12        A. No.

13        Q. Do you believe City Manager Dave Hansen

14   was performing satisfactorily prior to his

15   resignation?

16        A. I believe his performance was in line with

17   what -- with moving our city forward as far as the

18   goal and vision of the City of Virginia Beach.

19        Q. There had been some incidents that had

20   upset the community with respect to City Manager

21   Dave Hansen; is that correct?

22        A. Yes.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    113

1        Q. He had made some offensive comments?

2        A. Uh-huh.

3        Q. Yes?

4        A. Yes.

5        Q. Did you find his comments offensive?

6        A. I would like to say that I was never in

7     the room to hear it, but I was contacted by

8     constituents who said it was offensive.  And from

9     what I heard and what I specifically addressed

10    with him, I was concerned.

11       Q. And some of the comments were memorialized

12    in text messages; is that right?

13       A. Depending on which you're talking about.

14       Q. The five percenters comment?

15       A. Yes.

16       Q. And did you find that comment offensive?

17       A. Yes.

18       Q. Okay.  Do you think it was for the best

19    interest of Virginia Beach that City Manager Dave

20    Hansen resign?

21       A. You know, I'd have to say it was his

22    decision.  If it was in the best interest of the

1   city, you know, we're starting to see -- we're --

2   you know, because he's the person that filled that

3   role to lead the city.  So with his absence we

4   will see if that is the best thing for the city.

5        Q. And is the city in the process now of

6   identifying a new City Manager?

7        A. Yes.

8        Q. Okay.  What's that process going to look

9   like?

10       A. From what I understand generally, there

11  was an RFP sent out to a firm to recruit someone

12  for the position.  I don't remember when it

13  closed.  But once the firm is in place, then there

14  will be some interaction with City Council, with

15  stakeholders in the city community engagement,

16  before someone is actually selected.  So it's

17  several steps.  I can't say specifically all of

18  them.  But there is going to be considerable

19  involvement from City Council, staff, and the

20  community.

21       Q. You weren't involved in any way in the

22  2011 redistricting in Virginia Beach, were you?

```
1        A. No.

2            MS. LANG:  Do you want to take a break?

3            MR. BOYNTON:  How much more do you have?

4            MS. LANG:  A good bit.

5            MR. BOYNTON:  Okay.  I guess we'll take

6    five minutes.

7            MS. LANG:  Do you want to eat?

8            MR. BOYNTON:  No.  I think we need to

9    proceed.  I have other things I need to do today.

10       A. I can continue.

11           MR. BOYNTON:  Okay.  Let's keep going.

12           MS. LANG:  Okay.

13       Q. Besides your attorneys, have you ever had

14   any conversations with anyone on City Council

15   about minority representation on the City Council?

16           MR. BOYNTON:  And before you answer,

17   certainly you can answer the question as to if

18   you've had conversations and even with whom you've

19   had them.  To the extent you had private

20   conversations with other Council members and you

21   wish to invoke legislative privilege as to the

22   content of those conversations, that would be a
```

1     time where you would invoke it.

2         A. Okay.  And can you repeat the question

3     again?

4         Q. Yes.

5            Besides your attorneys, have you had any

6     conversations about minority representation on the

7     City Council?

8         A. I wouldn't say it's really a conversation,

9     but in my campaign that's something that was

10    verbalized.  And we've even as a Council talked

11    about that, as well.

12        Q. And would you agree that minority

13    representation on the City Council is important?

14        A. Yes.

15        Q. Okay.  And would you also agree that,

16    putting aside the 2018 election, that having

17    proportional minority representation on City

18    Council has been a challenge for Virginia Beach?

19        A. Yes.

20        Q. What obstacles do you see to having

21    consistent minority representation on the Council?

22        A. You know, I can't say specifically with

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    117

1    data, you know, or processes.  I can say that

2    constituents have asked me if I would support a

3    resolution for -- to change our system of voting.

4        Q. And what have you told them?

5        A. I've told them I definitely will consider

6    it.

7        Q. Okay.  And what's your current position on

8    such a resolution?

9        A. If something like that went forward, I

10   would support it.

11       Q. Okay.  Have you considered putting forward

12   such a resolution?

13       A. No.

14       Q. Why not?

15       A. My understanding is that, if I remember

16   correctly, there would be some -- either -- I

17   can't remember if it's because of a referendum, if

18   there would have to be agreement for it to go on a

19   referendum.  And there is, also, legislatively, in

20   the General Assembly, some issues that would have

21   to be worked out.

22       Q. Who told you that it would need to go to a

1   referendum?

2        MR. BOYNTON:  To the extent you're getting

3   into legal advice or communications with legal

4   counsel, that's something that would be outside of

5   what you can answer here.

6        A. I can't -- you know, I can't recall.

7        Q. Okay.

8        A. I can't remember who, if it was a specific

9   person or something I heard in conversation.  I

10  can't recall.

11       Q. Is it your understanding that a referendum

12  would be required in order for the City Council to

13  decide to pass a resolution to change the

14  electoral system?

15       A. I don't believe it's to be required, but I

16  believe it's the citizens' opinion -- well, the

17  citizens' right to make that decision.

18       Q. Okay.  You believe that?

19       A. Yes.

20       Q. You don't -- there are some citizens in

21  Virginia Beach that would very much like a change

22  in the electoral system; is that right?

1      A. Yes.

2      Q. And constituents have voiced that concern

3  to you?

4      A. Yes.

5      Q. And is part of the reason that they want a

6  change that they believe that at-large elections

7  make it hard for minorities to be elected?  Is

8  that right?

9         MR. BOYNTON:  Object to the form of the

10  question.  It asks her to testify to the state of

11  mind of others.  She can testify to what they've

12  told her.

13      A. From what I can recall with constituent

14  complaints is that the at-large system is not --

15  is unfair, I'd have to say from what I've

16  understood and heard.

17      Q. So do you think it would be fair to allow

18  a majority of Virginia Beach to defeat a

19  referendum that would change from an unfair to

20  fair electoral system in the view of some of your

21  constituents?

22         MR. BOYNTON:  Object to the form of the

1    question.

2            You can answer.

3        A. You know, that -- it's highly speculatory.

4    And I can't say for sure.

5        Q. Have your constituents asked you to put it

6    on a referendum or have they asked you to vote to

7    make a change?

8        A. I don't think specifically I recall them

9    verbalizing either one of those options.

10       Q. Uh-huh.

11       A. I just remember them saying it's unfair,

12   we need to look at the process.

13       Q. Okay.  When was the first time you heard

14   about the potential for putting this issue up for

15   a referendum?

16       A. Probably right after I was sworn in.

17       Q. And who mentioned it to you?

18       A. I remember communication from Council

19   Member John Moss about that.

20           MR. BOYNTON:  Again, it's okay to identify

21   who you talked to.  But if they're private

22   conversations, the content of the conversations is

1   privileged communication.

2        Q. Was the communication by email?

3        A. You know, I remember a verbal

4   communication about it.

5        Q. I think I heard you say earlier that if

6   the issue were to come up to vote in City Council

7   whether to make a change you would support it?

8        A. Yes.

9        Q. Do you know who else on City Council

10  supports a change in the electoral system?

11       A. You know, I know John Moss does.  The rest

12  of City Council, I can't say for sure who.  I

13  don't remember.  The only person I remember

14  verbalizing it was Mr. Moss.

15       Q. Okay.  Have you heard requests

16  specifically from the minority community for a

17  change in the electoral system?

18       A. Yes.

19       Q. Okay.  Who in the minority community?

20       A. You know, when I've held meetings I've had

21  various constituents ask and provide that as a

22  concern.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    122

1          Q. And so do you agree that a change in the

2     electoral system would be beneficial for the City

3     of Virginia Beach?

4          A. Yes.

5          Q. And why would that be?

6          A. I think, you know, given the hybrid system

7     that I participated in, I know that I have to

8     campaign all over the city, so there is extra

9     resources and things that are put into that, but I

10    only represent, you know, those in my district.

11         Q. Uh-huh.

12         A. And, you know, I believe that there would

13    be -- you know, there would be a different outcome

14    if it was changed.

15         Q. Do you think it would help improve

16    long-term minority representation on City Council?

17         MR. BOYNTON:  Objection.  Calls for

18    speculation.

19         But you can answer to the extent you know

20    or have a thought.

21         A. I mean, it's possible.

22         Q. Are you aware that City Council Member

1    Abbott supports a change in the electoral system?

2        A. I'm trying to remember.  I don't remember

3    if she's verbalized that or not.

4        Q. Well, I'll represent to you that she has.

5        A. Okay.

6        Q. Only because I'm going to read some

7    statements from her to you.

8        A. Okay.

9        Q. Ms. Abbott has written that district

10   elections give geographically concentrated groups

11   of voters a better chance of being represented.

12           Would you agree with that statement?

13       A. I don't know.

14       Q. She's written that, Incumbents would find

15   themselves less insulated from the competition of

16   challengers because it's easier and less costly to

17   run a grassroots campaign in a district consisting

18   of roughly 30,000 neighbors rather than to 300,000

19   voters in the largest City of Virginia.

20           You'd agree with that, right?

21       A. I guess I'd say it's objective.  That's

22   her opinion.

1      Q. Okay.  But you testified just a moment ago

2   that it would be easier and less costly to run in

3   a district system; is that right?

4      A. From my experience.

5      Q. Yes.

6      A. I don't know what her experience or what

7   she's referring to.

8      Q. Fair enough.

9         But your experience is also that it would

10   be easier and less costly?

11      A. In my experience.

12      Q. Okay.

13      A. Yes.

14      Q. Is it your understanding that most large

15   U.S. cities the size of Virginia Beach use

16   district voting and don't have at-large elections?

17      A. Yes.

18      Q. And under the current system it's actually

19   possible for you to lose the Centerville district

20   but still win the seat that represents

21   Centerville; is that right?

22      A. Yes.

1        Q. You had a retreat earlier this year for

2    the City Council; is that right?

3        A. Yes.

4        Q. Okay.  When was that?

5        A. We just had one last Tuesday.

6        Q. Okay.  And did you have one earlier in the

7    year, too?

8        A. Yes, in February.

9        Q. Okay.  Was the issue of changing the

10   electoral scheme on the agenda in either February

11   or yesterday or whenever the most recent retreat

12   was?

13       A. I don't remember February.

14       Q. Was it on the most recent retreat?

15       A. On the most recent one, no.

16       Q. And you don't remember if it was discussed

17   at the prior February retreat?

18       A. I'm not sure.

19       Q. Besides what we've already discussed

20   today, have you had any conversations with current

21   City Council members about changing the electoral

22   scheme?

1        A. You know, I remember as a collective body

2    discussing it.

3        Q. Okay.  There was a public meeting about

4    it?

5        A. In our workshop we talked about it.

6        Q. Have you talked about this issue with

7    Mayor Dyer?

8        A. No.

9        Q. Have you talked about this issue with any

10   former City Council members?

11       A. Not that I can recall.

12       Q. Besides what we've already discussed

13   today, have you had any conversations with anyone

14   else about changing the electoral scheme?

15       A. Not that I can recall.

16       Q. Have you talked to the Interdenominational

17   Ministers Conference?

18       A. I don't recall having any specific

19   conversations with them about it.

20       Q. Okay.  Would you agree that Virginia Beach

21   has a long history of racial discrimination?

22       A. I would -- my perspective would be racial

1    tension.

2        Q. Okay.  And what do you mean by racial

3    tension?

4        A. My experience relates to past history,

5    when the riots took place.

6        Q. When was that?

7        A. I remember that back in -- I think it

8    could have been '97.  I believe it was then.  And

9    so that's -- you know, I remember that.  I

10   remember, you know, going forward people -- that's

11   etched in people's memories.  And so it's in mine,

12   and so that's what I remember.  And there's still,

13   you know, tension and feedback from that time.

14       Q. And Virginia Beach used to have segregated

15   schools; is that correct?

16       A. Yes.

17       Q. And Virginia Beach actually shut down its

18   schools for a period of time to avoid integration;

19   is that right?

20       A. You know, I can't recall what school.  I

21   can't recall the details.

22       Q. Okay.  Fair enough.

1      A. But, I mean -- I can't recall the details.

2      Q. The entire state of Virginia has a history

3  of racial --

4      A. Yes.

5      Q. -- discrimination?

6      A. Yes.

7      Q. Would you agree that many minority

8  communities in Virginia Beach are still suffering

9  some of the downstream effects of that

10  discrimination; and by that I mean

11  disproportionate poverty rates, disproportionate

12  education outcomes, or rates of homeownership?

13      A. Yes.

14      Q. I'd like to spend some time talking about

15  your campaign.

16      A. Okay.

17      Q. When did you decide to run for City

18  Council?

19      A. The decision was made after I received

20  notice that Mayor Dyer was stepping down from the

21  Centerville district seat.

22      Q. And when was that?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    129

1        A. I can't remember if it was sometime in

2    March, April.  I think it was 2018, something like

3    that.

4        Q. And were you considering running for

5    office before that or was it that notice that

6    spurred you to think about running for office?

7        A. I'd always considered it.

8        Q. Were you thinking about it specifically

9    for 2018 before you received that notice?

10       A. No.

11       Q. And who let you know that Mayor Dyer's

12   seat was going to be open?

13       A. I saw it on the news.

14       Q. So what did you do when you saw it on the

15   news?

16       A. I talked to some trusted advisors about my

17   thoughts, and, you know, from there proceeded to

18   move forward.

19       Q. And who were those trusted advisors?

20       A. They were -- I think one was my pastor,

21   another minister, and some faculty from Regent

22   University.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    130

1          Q. Your pastor at Parkway?

2          A. At Calvary Revival Church.  I spoke to

3     him, as well as the pastor at Parkway.

4          Q. And who was the other minister?

5          A. I believe his name is Jack Rose.

6          Q. Okay.  And where is he a minister?

7          A. Calvary Revival Church.

8          Q. Okay.  Did you reach out to Mayor Dyer?

9          A. I did.

10         Q. When did you do that?

11         A. After I heard he was not -- he was

12     stepping down from his position to run for Mayor.

13         Q. Okay.  And did you reach out to him by

14     email, by phone?

15         A. You know, I think we -- I think it was at

16     a meeting, and I think I mentioned something to

17     him about it.

18         Q. And, then, did you meet with Mayor Dyer

19     about the possibility of running for office?

20         A. I don't think we ever -- no.  I don't

21     recall sitting down meeting with him.

22         Q. I recall him testifying that maybe you did

1    meet once or twice.  Does that refresh your

2    recollection?

3        A. You know, I recall -- I recall talking

4    about it, but it never was executed, from my

5    recollection.

6        Q. Okay.  And how did you know Mayor Dyer?

7        A. He was a former professor at Regent

8    University.

9        Q. And when was he your professor?

10       A. It was prior to 2014.

11       Q. And had you been in touch with him ever

12   since?

13       A. We -- we stay -- well, I won't say stay

14   communicating.  But if I -- if I would see him in

15   passing, we'd always speak.

16       Q. When did you announce your candidacy?

17       A. Probably -- it was after the deadline from

18   voter registration or elections, after they gave

19   me the okay to go forward.  I can't remember what

20   date that was or what month, but it was shortly

21   after I received approval to do it.

22       Q. Okay.  Was that sometime in the spring,

1    summer?

2         A. It was more -- it was more so in the

3    summer.

4         Q. Okay.

5         A. Probably -- it could have been in August.

6    I'm not for sure.

7         Q. Okay.  So why did you decide to run for

8    office at that time?

9         A. It was something I always had a passion

10   for.

11        Q. Other than the trusted advisors that you

12   mentioned, did anyone encourage you to run?

13        A. No.  Uh-uh.

14        Q. Did Mayor Dyer endorse you?

15        A. No.

16        Q. Did anyone endorse you --

17        A. Yes.

18        Q. -- from City Council?

19        A. Yes.

20        Q. Who?

21        A. Counsel Member Rosemary Wilson.

22        Q. Anyone else?

1      A. I cannot -- you know, I can't remember

2   others specifically who came out and endorsed me.

3   I don't recall seeing that.

4      Q. Did any other City Council members attend

5   any fundraisers for you or --

6      A. Yes.

7      Q. -- campaign events?

8      A. Yes.

9      Q. And who were those people?

10     A. Counsel Member Jim Wood.  Let's see.

11  Mayor Dyer attended one.  That's all I can recall.

12     Q. Okay.  Prior to announcing, did you

13  discuss your candidacy with any other city

14  officials other than Mayor Dyer?

15     A. No.

16     Q. Okay.  When you communicate with Mayor

17  Dyer, do you do it by phone, text, email?

18     A. Usually by phone.

19     Q. How did you meet Rosemary Wilson?

20     A. I'm trying to remember.  Someone gave her

21  my number, and she called me one day.

22     Q. You don't know who?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                              134

1        A. It was someone -- I'm trying to remember.

2    She told me it was from the Minority Business

3    Council, so someone there gave her my information.

4        Q. Could it have been Mayor Dyer?

5        A. No.

6        Q. Okay.  So she called you?

7        A. Yes.

8        Q. And when did she call you?

9        A. I don't remember the time, the month or --

10   well, it was 2018, but I don't remember the month.

11       Q. Okay.  And what did she say when she

12   reached out to you?

13       A. She said someone gave her my number.  She

14   wanted to talk to me because she heard I was

15   running for the Centerville district seat.

16       Q. And did you meet with her?

17       A. Yes.

18       Q. Okay.  How many times?

19       A. Gosh.  I don't know.  We met at least --

20   maybe two or three times.

21       Q. Okay.  And where did you meet usually?

22       A. Let's see.  At her office.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                      135

1        Q. Where is her -- what does she do for a

2    living?

3        A. She's a realtor.

4        Q. So at a realtor office?

5        A. Uh-huh.

6        Q. At the first meeting, what did you two

7    discuss?

8        A. Just -- we, of course, didn't know one

9    another, so it was more of her wanting to acquaint

10   herself with me and interested in why I wanted to

11   run.

12       Q. What kind of questions did she ask you

13   about your City Council positions?

14       A. You know, I can't recall our conversation.

15       Q. Uh-huh.

16       A. I can just tell you, generally, she wanted

17   to know who I was, why I was interested.  And she

18   encouraged me to educate myself on City Council as

19   a process of what the job entails.

20       Q. And did you do that?

21       A. Yes.

22       Q. How did you do that?

1      A. Through meeting with different departments

2    in the city.

3      Q. What departments did you meet with?  Who

4    did you meet with?

5      A. I remember meeting with the Director of

6    Economic Development, Tourism.  I met with Brad

7    Van Dommelen.  There were probably a few other

8    departments, as well, but those are the ones I

9    recall.

10      Q. Okay.  And did Rosemary help you set up

11    those meetings?

12      A. She told me that I needed to talk to

13    someone in those departments.

14      Q. Okay.  And why did she think it was

15    important that you talk to people in those

16    departments?

17      A. So I can educate myself on just the whole

18    understanding of what it means, you know, to run

19    and what's involved in making decisions in the

20    city.

21      Q. And when did Rosemary -- Ms. Wilson make

22    the decision to endorse you?

```
1       A. It was a while -- it was probably a while

2    after -- probably after September or something

3    like that.

4       Q. And she gave to your campaign, as well,

5    right?

6       A. Yes.

7       Q. When did she do that?

8       A. I don't recall when.

9       Q. Go back to Exhibit 2.

10          MR. BOYNTON:  The subpoena response.

11          Let's do this.  It's going to be easier if

12   I pull my copy out rather than go through that

13   whole pile.

14          Is there a page you'd like to focus on?

15          MS. LANG:  Yes.  Just one moment.  I'll

16   find it.

17          MR. BOYNTON:  I think it's maybe the very

18   first page of the response.

19          MS. LANG:  It is.

20          MR. BOYNTON:  I'm here for you.

21       Q. And this is an email from you to Rosemary

22   Wilson just after Labor Day, thanking her for her
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    138

1    contribution; is that right?

2        A. Correct.

3        Q. Do you remember how much she gave you?

4        A. No.

5        Q. Okay.  Did she give to you more than once?

6        A. No.  I don't believe so.

7        Q. Okay.

8           MS. LANG:  We'll mark Exhibit 11.

9                      (Exhibit 11 was marked and

10                     attached to the transcript.)

11       Q. This is the subpoena response from

12   Councilwoman Wilson.

13          So about halfway through there is an email

14   from you to Rosemary Wilson dated October 15th,

15   2018.  You indicate, Greetings Councilwoman

16   Rosemary.  And you say, I am contacting you to let

17   you know that I picked up the contributions from

18   the office on Friday.  Thank you for assisting

19   with the contributions.

20          What contributions were those?

21       A. It was not from her.  It was from an

22   acquaintance of hers.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    139

1        Q. Do you remember --

2        A. And I can't say specifically because I

3    don't remember.

4        Q. So she collected some contributions for

5    you?

6        A. She didn't collect them.  I don't believe

7    she collected them, but I believe she suggested

8    people that I should reach out to --

9        Q. Okay.

10       A. -- to ask for contributions.

11       Q. Okay.  And you don't remember who those

12   people were?

13       A. Not all of them.  I know some of the ones

14   who contributed to my campaign, so I do know that.

15       Q. Do you know who was referred to you by

16   Rosemary Wilson?

17       A. No.  I'm not sure who she was referring to

18   here.

19       Q. More generally, which of your contributors

20   were referred to you by Rosemary Wilson?

21       A. I would have to say people who were

22   referred to me were people who I was told that I

1    should meet with.  Based on my meeting and talking

2    with them is when I decided to ask for a

3    contribution from them.

4         Q. Right.  And who was referred to you by

5    Rosemary Wilson?

6         A. From what I remember, I remember R. J.

7    Nutter.  What's his name?  Eddie Bourdon.

8         Q. Anyone else?

9         A. I believe -- I believe Bruce Thompson.

10        Q. Okay.  Do you know why this email appeared

11   in Ms. Wilson's production but it didn't appear in

12   yours?

13        A. I don't.

14        Q. If you go two pages later, there is an

15   email from Rosemary Wilson to you that says, This

16   is more direct and gets what you want to say on

17   one page.  And the following page is what appears

18   to be a résumé for you.

19            Did you ask Ms. Wilson to help you with

20   this document?

21        A. I did not ask for help with it, but it was

22   offered.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    141

1        Q. So she offered to help you with a résumé

2    of sorts; is that right?

3        A. A bio.

4        Q. Okay.  And so what did you send her?  It

5    appears that she sent this document back to you?

6        A. It probably was my résumé.  And I'm not

7    sure.  I'm just thinking -- because most of this

8    information comes from my résumé.

9        Q. And did you end up using the version that

10   Ms. Wilson prepared for you?

11       A. I believe so.

12       Q. And do you know why this document appeared

13   in Ms. Wilson's production but not in yours?

14       A. No.  I cannot say.

15       Q. Is it possible that the search terms that

16   you used were not comprehensive in searching your

17   Gmail?

18       A. It would depend on what was asked in the

19   subpoena and what my thought process was at that

20   time.

21       Q. Okay.  Let's look back at what the

22   subpoena says.  If you look at number 19 it says,

1    Provide any and all documents, communication, and

2    things related to communications between

3    defendants Rouse and Wooten and current and former

4    City Council members prior to their election to

5    City Council in November 2018.

6         Do you see that?

7     A. I see that.  And probably when I did a

8    search for her, that's what probably came out.  As

9    you know, searches are not always comprehensive,

10   so whatever you get at the time.  So I provided

11   what I had that came up.

12     Q. Okay.  So I think you said that you were

13   endorsed by Rosemary Wilson, had support from --

14   in the form of attending meetings by Council

15   Member Wood and Mayor Dyer.  Any other City

16   Council members that provided support to your

17   campaign?

18     A. Not that I can recall.

19     Q. Okay.  And you were endorsed by the

20   Chamber of Commerce; is that right?

21     A. Correct.

22     Q. Can you explain to me that endorsement

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    143

1    process?

2         A. There was an invitation that went out to

3    schedule a meeting with the Chamber, set up an

4    appointment.  I went in to talk with the members

5    for that specific meeting.  They asked a series of

6    questions, and I answered.

7         Q. Okay.  And then, after that, they let you

8    know that they would endorse you?

9         A. Correct.

10        Q. And do they have an event for their

11   endorsements or what do they do to communicate

12   their endorsement?

13        A. You know, I received a letter from them

14   saying that they endorsed me.  And it's my

15   understanding they send out communication to their

16   members.

17        Q. Okay.  What other endorsements did you get

18   during your campaign?

19        A. I don't have the full list, but I do

20   remember the VBEA, the Hampton Roads Black

21   Chamber.

22        Q. What's the VBEA?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                   144

1        A. Virginia Beach Educational Association.

2            Virginia Beach Professional Firefighters,

3    the Fraternal Order of Police, Tidewater Builders

4    Association, AAPAC.  And I can't tell you all the

5    letters, but it is an African American

6    organization.

7        Q. Okay.

8        A. Virginia Realtors Association.  That's all

9    I can think of right now.

10       Q. Great.

11           What was your platform when you were

12   running for City Council?

13       A. It consisted of, but not limited to,

14   education, great neighborhoods, public safety,

15   human trafficking, opioids, and empowering small

16   businesses or empowering local businesses.

17       Q. And what types of campaigning did you do?

18       A. Certainly knocking on doors, used social

19   media, and attended forums and Civic League

20   meetings.

21       Q. Did you have any paid advertising?

22       A. Yes.

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    145

1        Q. What forms of paid advertising did you

2    use?

3        A. Facebook.  There were some ads run on

4    Facebook.  And there was a commercial that was

5    developed for me.

6        Q. Okay.  Who developed the commercial?

7        A. So I can't think of the name of the

8    organization.  I can't even think of his -- I know

9    his name is Dave or something like that.  Dave.

10       Q. How did you meet Dave?

11       A. Dave is a -- he was an acquaintance of --

12   his last name is escaping me -- Ben Davenport.

13       Q. Prior to your campaign, were you

14   acquainted with George Minns?

15       A. Yes.  Well, not prior to my campaign.

16       Q. Okay.  You met him during your campaign?

17       A. Yes.

18       Q. Okay.  How did you meet him during your

19   campaign?

20       A. I first met him at a Seatack League event

21   or meeting.

22       Q. You mentioned this earlier, but can you

1    describe to me a little bit more the obstacles or

2    challenges in running in a city as large as

3    Virginia Beach?

4        A. You certainly have to -- you know, you

5    have to reach out to the entire city, and so, you

6    know, you have to meet as many people, go to as

7    many Civic Leagues as you can, and you have to get

8    your name out.

9        Q. And is the media market expensive to be

10   able to advertise to the whole city?

11       A. Yes.

12       Q. Were you lucky to be able to generate a

13   good amount of fundraising revenue to support your

14   campaign?

15       A. Well, I would say, you know, I had a

16   considerable amount of support from my family and

17   friends, so I was blessed to have them to support

18   me.  I worked an extra job to support myself

19   because it was my endeavor.  And, then, I also had

20   contributions that were given to me.

21       Q. And do you know how your fundraising

22   compares to other City Council candidates?

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    147

1        A. No.

2        Q. Okay.  Did you support a slate of other

3    candidates alongside your own candidacy or did you

4    only support yourself?

5        A. No.  I don't recall supporting anybody.  I

6    was new, just getting into -- I wouldn't be able

7    to do that.

8        Q. Are you aware of an incident that was

9    reported at a polling location that someone

10   working for one of the campaigns was handing out

11   slates of candidates that differed based on the

12   race of the voter that was receiving the flyer?

13       A. Can you clarify what you're asking?

14       Q. Have you heard about this incident in

15   which the flyer that was given out to voters by a

16   volunteer depended on the race of the voter?

17       A. You know, I remember hearing -- and I

18   don't know if this is what you're talking about.

19   I remember hearing something related to

20   Republican -- the Republican ticket, Aaron Rouse

21   and John Moss, that ticket.

22       Q. Okay.  And it differing by race depending

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    148

1    on the race of the voter whether or not Aaron

2    Rouse was included?

3        A. I'm sorry.  Say that again.

4        Q. You remember hearing something about this.

5    Was it that the ticket included Aaron Rouse if the

6    voter was African American but did not include

7    Aaron Rouse if the voter was white?

8        A. I don't remember if that's what it was,

9    but I remember hearing something about that

10   Republican ticket.

11       Q. Okay.  Did you know Aaron Rouse before he

12   ran for City Council?

13       A. Not before he ran for City Council, no.

14       Q. Did you ever hear about him -- hear of him

15   before he ran for City Council?

16       A. A friend of mine did mention he would

17   possibly run.

18       Q. Okay.  And who was that friend?

19       A. Susan Roberts.

20       Q. Why didn't you run for one of the at-large

21   seats rather than the Centerville district?

22       A. I wanted to serve in a district that I

1   lived in.

2       Q. Did you ever consider running for the

3   at-large seats?

4       A. No.

5       Q. Okay.  Do you know if any Latino

6   candidates have ever been elected to City Council?

7       A. I don't.

8       Q. Do you know if any Asian Americans, other

9   than Ron Villanueva, have ever been elected to

10  City Council?

11      A. No.

12      Q. No, they have not or, no, you don't know?

13      A. No, I don't know.

14      Q. Okay.  Who's Joseph Lee?

15      A. If he -- if he's the person that I'm

16  thinking of, I believe he's a constituent.

17      Q. Is he a constituent you've met with

18  in-person?

19      A. No.

20      Q. Okay.

21          MS. LANG:  We'll mark Exhibit 11.

22          MR. BOYNTON:  12.

1          MS. LANG:  12.

2                       (Exhibit 12 was marked and

3                       attached to the transcript.)

4          MR. BOYNTON:  Has this been previously

5     provided in discovery?

6          MS. LANG:  No.  I don't believe so.

7          I should correct that.  I'm not sure.

8     We've provided a number of supplements.

9          MR. BOYNTON:  That's their typewritten.

10    And this is what's printed out from whatever

11    source they obtained it from.

12         MS. LANG:  We have obtained this list,

13    screenshots, from vpap.org/money, which is a

14    source for the donors of -- the public donors of

15    elected officials.

16      Q. What is Bretson Companies?  Breeden

17    Companies?  Sorry.  I apologize.

18      A. I believe they are developers in the City

19    of Virginia Beach.

20      Q. Do you know anyone at Breeden Companies?

21      A. I've met -- I've met a gentleman from

22    Breeden Company.  I can't think of his name right

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    151

1   now, his first name.  But, yes, I've met

2   Mr. Breeden.

3       Q. Mr. Breeden.  Okay.

4       A. Uh-huh.

5       Q. And who introduced you to Mr. Breeden?

6       A. Ben Davenport.

7       Q. Okay.  And who is Mr. Davenport?

8       A. Mr. Davenport was a candidate for the

9   Mayoral seat in 2018.

10      Q. And what is his profession, other than his

11  prior run for City Council?

12      A. I believe he's a developer.

13      Q. How did you meet Mr. Davenport?

14      A. I believe I've met him at a campaign

15  function.

16      Q. And he, then, helped you meet some other

17  donors; is that correct?

18      A. Correct.

19      Q. Bruce Thompson also contributed to your

20  campaign; is that right?

21      A. Yes.

22      Q. Mr. Thompson and Bruce Smith have some

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    152

```
 1    differences of opinion about City Council policy;

 2    is that right?

 3         A. I don't know.

 4         Q. You're not familiar with any public

 5    statements back and forth between Bruce Thompson

 6    and Bruce Smith?

 7         A. I don't get into those kinds of things.

 8    That's not something I have any knowledge of.

 9         Q. Do you know if Bruce Thompson supported

10    the disparity study?

11         A. I don't know.

12         Q. Okay.  How many times have you and Bruce

13    Thompson met?

14         A. Let's see.  Over the course of my

15    campaign, I can't recall how many specifically.

16    But those that I can recall meeting --

17         Q. More than five?

18         A. Not more than five.

19         Q. Okay.

20         A. Yeah.

21         Q. So you have not met him more than five

22    times, you would say?
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                153

1        A. Not more than five times.

2        Q. Have you ever spoken to him by phone?

3        A. Yes.

4        Q. How many times have you spoken to him on

5    the phone?

6        A. I don't know.

7        Q. More than five?

8        A. I can't say.  I don't know if it was even

9    more than five.

10       Q. Okay.

11       A. It probably was not more than five.  I

12   don't talk to him frequently.

13       Q. Okay.  Do you have any email

14   correspondence with Mr. Thompson?

15       A. I'm not sure.

16       Q. Mr. Thompson is a developer; is that

17   right?

18       A. Yes.

19       Q. Who's Michael Sifen?

20       A. You know, I met -- I think I met Mike one

21   time.  I don't really know his business, his

22   course of business.  I can't say for sure.

1        Q. And how did you meet him?

2        A. Through Mr. Davenport.

3        Q. Through Mr. Davenport.

4           Okay.  What is the Franklin Johnston

5    Group?

6        A. They are, I believe, developers.  They

7    develop affordable housing.

8        Q. And how did you meet them?

9        A. I met with Mr. Johnston.

10       Q. Who introduced you to Mr. Johnston?

11       A. Ben Davenport.

12       Q. What is McLesky?

13       A. I believe McLesky, they have -- I believe

14   they are in development, as well.

15       Q. Okay.  And how did you meet them?

16       A. I met her through Rosemary Wilson.

17       Q. Okay.  What about John Malbon?

18       A. Met him through Mr. Davenport.

19       Q. Mr. Davenport, did he used to be on City

20   Council at any point?

21       A. Yes.

22       Q. Okay.  Was he on City Council at the time

1    in 2018?

2        A. Yes.

3        Q. Okay.  Did he endorse you, as well, or

4    just introduce you to some potential funders?

5        A. Mr. Davenport never came out publicly to

6    endorse me.

7        Q. But you had internal conversations with

8    him; is that right?

9        A. Had several conversations with him.

10       Q. And he introduced you to a number of your

11   contributors?

12       A. He did.

13       Q. Do you know what HHH2 or J3H3 are?

14       A. I don't.

15       Q. Okay.  Do you know who Dwight Dunton is?

16       A. No.

17       Q. Okay.  I imagine Olivia Wooten is a family

18   member, correct?

19       A. Correct.

20       Q. How is she related to you?

21       A. She is my sister-in-law.

22       Q. And Sabrina Devon Wooten, is that you or a

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    156

1    family member?

2        A. Me.

3        Q. Okay.  I wasn't sure if you had a family

4    name.

5            What's Runnymede Corp.?

6        A. I can't recall.

7        Q. Okay.  Who is Clarence Neely?

8        A. Clarence Neely, he is a supporter.

9        Q. And who introduced you to Mr. Neely?

10       A. He introduced himself to me.

11       Q. Okay.  Do you know what his business is?

12       A. I believe he's in security.

13       Q. Okay.  And what about Armada Hoffler

14   Enterprises?

15       A. I've never met them personally.

16       Q. Delceno Miles?

17       A. She's a supporter.  And she's an

18   acquaintance from church.

19       Q. From Parkway?

20       A. No.  Calvary Revival Church.

21       Q. Calvary.

22           Christopher Perry?

1      A. I can't recall who he is.

2      Q. Robert Prodan?

3      A. I remember him reaching out to me, but I

4  don't -- I never met him.

5      Q. Who is Will Sessoms?

6      A. He's the former Mayor of Virginia Beach.

7      Q. How did you meet Mr. Sessoms?

8      A. Actually, probably first met him through

9  the Minority Business Council.

10      Q. Did he support your campaign in any other

11  ways, other than giving?

12      A. No.  I don't believe so.

13      Q. Did you talk to him about this donation?

14      A. I don't recall if I spoke to him

15  specifically about that donation.

16      Q. And when was he Mayor?

17      A. I'm not sure when he won his election.  I

18  can't recall the dates that he served.  I know he

19  resigned in 2018.

20      Q. Okay.  And why did he resign?

21      A. I don't know.

22      Q. Okay.  And, then, the Tidewater Builders

1  Association is a developer association; is that

2  right?

3      A. I believe so.

4      Q. And Rosemary Wilson is listed on the next

5  page.  She gave you a donation of $250; is that

6  right?

7      A. Correct.

8          MS. LANG:  Can I have about two minutes to

9  confer with my colleague, and then I think we'll

10  be about done?

11         MR. BOYNTON:  Sure.

12         (A recess was taken.)

13         MS. LANG:  Ms. Wooten, I don't have any

14  further questions.

15         Mr. Boynton, do you have any questions?

16         MR. BOYNTON:  No questions.

17         You have a right to read and sign your

18  deposition.  The purpose of reading and signing is

19  to go through it and make sure it's been

20  transcribed accurately.  They give you a little

21  errata sheet, and you can say, no, I said this

22  word, not that word, that kind of thing, or

1   spelling.  And we've been advising everyone to

2   read.

3          THE DEPONENT:  Yes.

4          MR. BOYNTON:  So she'll read.

5

6          (Signature having not been waived, the

7   deposition of SABRINA D. WOOTEN was concluded at

8   2:00 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
1              ACKNOWLEDGMENT OF DEPONENT

2          I, SABRINA D. WOOTEN, do hereby

3    acknowledge that I have read and examined the

4    foregoing testimony, and the same is a true,

5    correct, and complete transcription of the

6    testimony given by me and any corrections appear

7    on the attached Errata Sheet signed by me.

8

9

10   _____       _____

11        (DATE)                      (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22
```

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                      161

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Penny C. Wile, RPR, RMR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my direction; that reading and

9    signing was requested; and that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13        IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this 26th day of

15   September, 2019.

16        My commission expires:  January 31, 2021.

17

18

19

20

21   NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

162

| A |
|---|
| **aapac** |
| 144:4 |
| **aaron** |
| 21:13, 147:20, |
| 148:1, 148:5, |
| 148:7, 148:11 |
| **abar** |
| 87:2, 87:3, |
| 87:6 |
| **abbott** |
| 70:12, 123:1, |
| 123:9 |
| **able** |
| 78:8, 83:5, |
| 84:10, 91:5, |
| 96:21, 98:20, |
| 103:12, 106:17, |
| 146:10, 146:12, |
| 147:6 |
| **about** |
| 7:22, 8:22, |
| 9:14, 9:15, |
| 10:14, 13:2, |
| 13:6, 14:8, |
| 15:13, 15:22, |
| 17:13, 25:17, |
| 26:1, 26:19, |
| 27:12, 27:18, |
| 29:3, 29:11, |
| 29:21, 30:14, |
| 39:19, 43:12, |
| 43:21, 46:15, |
| 47:18, 53:6, |
| 57:22, 59:14, |
| 60:14, 63:1, |
| 67:7, 67:16, |
| 67:17, 68:20, |
| 71:20, 74:17, |
| 75:12, 77:3, |
| 79:5, 80:9, |
| 80:12, 81:4, |
| 81:8, 85:22, |
| 86:4, 86:8, |
| 87:9, 88:21, |
| 89:15, 91:8, |
| 91:18, 94:16, |

95:3, 95:6,
95:17, 102:1,
102:4, 103:22,
106:21, 108:3,
108:22, 109:4,
110:11, 113:13,
115:15, 116:6,
116:11, 120:14,
120:19, 121:4,
125:21, 126:3,
126:5, 126:6,
126:9, 126:14,
126:19, 128:14,
129:6, 129:8,
129:16, 130:17,
130:19, 131:4,
135:13, 138:13,
147:14, 147:18,
148:4, 148:9,
148:14, 152:1,
154:17, 156:13,
157:13, 157:15,
158:8, 158:10
**abouts**
32:15, 58:2
**absence**
114:3
**absolutely**
54:10
**access**
43:13, 43:21,
44:3, 64:12,
64:17, 79:20,
95:5
**account**
19:16, 20:1,
20:2
**accounts**
17:16, 22:1,
22:3, 28:22,
42:9
**accurately**
158:20
**acknowledge**
160:3
**acknowledgment**
160:1
**acquaint**
135:9

**acquaintance**
138:22, 145:11,
156:18
**acquainted**
145:14
**across**
63:1, 95:1
**action**
43:8
**active**
31:8, 90:21
**activities**
34:18, 53:22,
74:18, 107:21,
109:22
**actually**
34:20, 45:11,
57:21, 63:6,
94:13, 105:13,
107:16, 107:19,
114:16, 124:18,
127:17, 157:8
**adams**
89:17, 91:14
**add**
101:7
**added**
45:6, 98:12
**adding**
98:8, 99:5
**additional**
101:8
**address**
16:11, 17:3,
27:22, 28:10,
60:18, 71:20,
104:2
**addressed**
113:9
**addresses**
16:16, 16:18
**addressing**
71:10, 102:19
**adjunct**
17:21
**administration**
9:22, 10:2,
10:13

**administrative**
11:18, 12:11,
23:5, 23:9
**adopted**
46:3
**ads**
145:3
**advertise**
52:21, 146:10
**advertising**
144:21, 145:1
**advice**
118:3
**advising**
159:1
**advisors**
129:16, 129:19,
132:11
**advocacy**
70:18, 71:8
**advocate**
82:17
**affect**
93:17
**affected**
93:9
**affirming**
45:3
**affixed**
161:14
**affordable**
154:7
**african**
18:7, 46:21,
47:7, 53:19,
58:1, 90:17,
108:3, 144:5,
148:6
**after**
5:4, 12:17,
33:11, 39:10,
48:9, 68:6,
69:4, 77:11,
77:22, 91:7,
120:16, 128:19,
130:11, 131:17,
131:18, 131:21,
137:2, 137:22,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

163

143:7
**again**
75:22, 79:4,
116:3, 120:20,
148:3
**against**
92:9, 111:4
**agenda**
20:17, 41:18,
43:3, 45:6,
65:12, 65:19,
65:22, 66:4,
66:6, 66:8,
66:12, 67:4,
67:7, 125:10
**ago**
18:4, 31:16,
72:4, 124:1
**agree**
98:18, 100:10,
116:12, 116:15,
122:1, 123:12,
123:20, 126:20,
128:7
**agreement**
100:3, 117:18
**ahead**
7:8, 46:20
**al**
1:9, 3:12
**all**
10:3, 21:13,
23:2, 24:7,
29:15, 35:11,
36:21, 47:10,
49:10, 57:10,
60:22, 61:7,
62:19, 68:7,
68:9, 68:14,
70:20, 70:21,
75:18, 85:21,
95:20, 95:21,
97:18, 99:18,
114:17, 122:8,
133:11, 139:13,
142:1, 144:4,
144:8
**all-around**
63:20

**allen**
1:6, 3:3, 57:7,
57:17, 83:7
**alliance**
87:21
**allocated**
96:15
**allocation**
74:18, 94:2
**allow**
65:10, 119:17
**along**
22:13, 61:11
**alongside**
147:3
**already**
45:5, 125:19,
126:12
**also**
3:22, 6:12,
18:19, 21:11,
24:11, 28:3,
31:17, 39:13,
61:6, 61:22,
80:9, 96:16,
101:17, 116:15,
117:19, 124:9,
146:19, 151:19
**always**
6:4, 32:4,
94:22, 95:18,
129:7, 131:15,
132:9, 142:9
**american**
18:7, 46:22,
47:7, 47:18,
53:19, 54:18,
58:1, 90:17,
144:5, 148:6
**americans**
149:8
**amount**
99:7, 146:13,
146:16
**andrew**
83:7
**anne**
23:19, 61:6

**announce**
131:16
**announcing**
133:12
**another**
12:9, 81:18,
81:20, 82:14,
100:19, 129:21,
135:9
**answer**
6:17, 7:7, 7:8,
7:14, 7:18,
8:11, 14:19,
30:21, 47:2,
50:8, 70:6,
93:20, 115:16,
115:17, 118:5,
120:2, 122:19
**answered**
143:6
**answers**
6:5, 15:19
**any**
7:17, 8:3,
12:3, 14:12,
15:12, 15:15,
15:21, 16:2,
16:7, 17:17,
18:12, 18:21,
18:22, 19:3,
19:18, 21:15,
21:16, 23:2,
23:4, 25:20,
27:5, 27:7,
28:2, 29:8,
35:8, 35:12,
36:3, 36:6,
36:9, 36:14,
36:21, 37:14,
37:21, 47:9,
47:13, 50:21,
51:2, 51:21,
53:15, 62:22,
67:12, 68:15,
70:3, 71:7,
73:8, 73:15,
73:16, 73:21,
74:1, 81:15,

83:3, 88:4,
89:19, 95:2,
95:6, 95:15,
96:11, 97:13,
102:14, 103:13,
109:21, 114:21,
115:14, 116:5,
125:20, 126:9,
126:13, 126:18,
133:4, 133:5,
133:13, 142:1,
142:15, 144:21,
149:5, 149:8,
152:4, 152:8,
153:13, 154:20,
157:10, 158:13,
158:15, 160:6,
161:10
**anybody**
35:21, 40:11,
58:5, 86:3,
101:9, 103:21,
147:5
**anyone**
14:1, 15:21,
21:10, 23:4,
37:4, 51:15,
56:1, 58:21,
59:3, 72:6,
77:19, 92:9,
106:16, 115:14,
126:13, 132:12,
132:16, 132:22,
140:8, 150:20
**anything**
17:4, 53:18,
54:11, 55:9,
61:20, 105:18
**anywhere**
20:6, 60:21,
62:10
**apologize**
150:17
**appear**
42:22, 84:11,
140:11, 160:6
**appeared**
140:10, 141:12

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

164

appears
41:18, 45:22,
140:17, 141:5
apple
19:10, 19:11
applicable
8:3
application
38:20
applications
21:16
applied
38:14
apply
38:15, 40:6,
40:11
appointed
32:1, 32:6,
32:22, 33:6,
34:11, 49:7
appointment
32:20, 143:4
appropriate
76:18
approval
77:9, 131:21
approve
49:4
approves
49:18, 99:1
approximately
11:2, 13:11
april
58:4, 129:2
ar
87:4
architectural
88:17
area
43:8, 65:21
areas
47:11, 60:10,
61:1, 61:6,
61:7, 94:18
arise
13:17
armada
156:13

around
13:12
article
110:11, 111:8
ashville
61:5
asian
46:22, 47:18,
54:12, 54:15,
54:18, 87:2,
87:3, 87:5,
87:7, 149:8
aside
27:6, 63:13,
116:16
asked
7:14, 8:4,
26:17, 26:19,
27:9, 29:16,
30:1, 39:1,
44:17, 92:4,
94:16, 101:11,
101:17, 117:2,
120:5, 120:6,
141:18, 143:5
asking
71:1, 92:17,
105:4, 147:13
asks
17:5, 77:13,
106:3, 119:10
aspirational
46:3, 46:8,
67:22, 68:12,
71:16, 72:17,
72:22, 73:4,
92:9, 111:20,
112:1
assembly
117:20
assert
7:4, 8:10
assist
85:6
assistance
64:20, 102:18
assistant
11:1, 11:15

assisting
138:18
associate
40:1, 40:3
association
102:20, 103:2,
144:1, 144:4,
144:8, 158:1
assume
7:1
at-large
119:6, 119:14,
124:16, 148:20,
149:3
attached
38:22, 41:15,
41:19, 56:10,
56:14, 56:18,
72:2, 74:22,
83:18, 92:16,
97:12, 104:15,
108:14, 110:9,
138:10, 150:3,
160:7
attend
48:22, 53:10,
54:16, 80:5,
82:21, 83:3,
83:5, 102:17,
133:4
attendance
53:3, 79:13,
79:14
attended
35:16, 37:14,
55:7, 55:11,
91:18, 133:11,
144:19
attending
142:14
attention
97:20
attorney
2:5, 3:15, 7:3,
15:2, 15:4,
15:7, 49:9,
66:22, 69:10
attorney's
65:16, 69:9

attorney-client
14:18
attorneys
14:10, 14:13,
14:16, 14:17,
26:21, 115:13,
116:5
audience
91:10, 91:21
audit
93:3, 93:6,
93:11
auditor
49:9
august
12:21, 13:10,
18:1, 18:2,
132:5
authority
49:12
authorized
45:12
availability
52:8
available
16:8, 91:3,
100:16
avoid
127:18
aware
26:18, 48:9,
63:3, 65:6,
95:2, 95:22,
96:5, 122:22,
147:8
awareness
42:1, 42:4,
42:12, 60:16,
62:2
away
66:6

**B**

back
26:9, 59:8,
59:19, 60:22,
65:10, 69:9,
73:22, 74:17,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

165

75:4, 75:8,
76:11, 76:16,
77:2, 86:14,
127:7, 137:9,
141:5, 141:21,
152:5
**background**
9:16, 10:15,
14:22
**backwards**
104:18
**baena**
55:20, 55:21
**based**
44:22, 140:1,
147:11
**basic**
5:17
**basically**
37:12, 42:6,
78:13, 79:4,
105:17
**basis**
8:18, 64:16
**bay**
60:22
**beach**
1:9, 1:15, 2:5,
2:9, 3:12, 3:15,
3:19, 5:13,
7:21, 8:22, 9:1,
9:7, 19:22,
33:2, 33:7,
35:21, 36:15,
36:19, 38:6,
43:14, 43:22,
44:4, 46:15,
46:19, 53:20,
59:4, 60:20,
61:19, 63:5,
63:16, 84:2,
84:3, 85:5,
87:20, 88:18,
95:18, 108:10,
110:17, 112:18,
113:19, 114:22,
116:18, 118:21,
119:18, 122:3,

124:15, 126:20,
127:14, 127:17,
128:8, 144:1,
144:2, 146:3,
150:19, 157:6
**became**
52:3
**because**
13:2, 13:6,
17:14, 40:5,
45:9, 76:1,
76:18, 82:12,
84:10, 84:15,
95:15, 112:2,
114:2, 117:17,
123:6, 123:16,
134:14, 139:2,
141:7, 146:19
**become**
38:11
**becoming**
51:20, 53:17,
68:16
**been**
5:4, 5:15,
8:21, 9:11,
13:3, 19:2,
28:4, 28:6,
31:2, 32:21,
33:6, 34:8,
34:13, 34:14,
34:19, 35:9,
35:10, 35:17,
37:7, 41:16,
45:5, 51:21,
59:14, 67:13,
70:22, 73:9,
78:18, 79:14,
94:1, 94:3,
96:1, 112:19,
116:18, 127:8,
131:11, 132:5,
134:4, 149:6,
149:9, 150:4,
158:19, 159:1,
159:6
**before**
2:17, 5:15,

7:15, 8:2, 9:6,
28:18, 32:18,
33:11, 33:13,
36:10, 36:11,
39:22, 42:16,
58:6, 59:1,
59:4, 75:15,
78:15, 114:16,
115:16, 129:5,
129:9, 148:11,
148:13, 148:15,
161:3
**begin**
72:8
**behalf**
3:2, 3:11,
26:22
**being**
18:17, 39:17,
71:20, 78:12,
102:15, 123:11
**believe**
12:21, 13:12,
13:19, 15:19,
20:8, 38:7,
39:1, 39:20,
41:2, 41:10,
46:9, 49:8,
49:9, 55:20,
55:22, 68:14,
73:6, 77:18,
78:6, 82:12,
83:6, 85:10,
86:13, 87:10,
88:6, 88:14,
89:8, 89:11,
93:15, 94:5,
102:11, 104:1,
104:4, 107:19,
111:6, 112:13,
112:16, 118:15,
118:16, 118:18,
119:6, 122:12,
127:8, 130:5,
138:6, 139:6,
139:7, 140:9,
141:11, 149:16,
150:6, 150:18,

151:12, 151:14,
154:6, 154:13,
156:12, 157:12,
158:3
**believed**
76:18
**ben**
145:12, 151:6,
154:11
**beneficial**
122:2
**berlucchi**
21:14, 37:8,
38:3
**besides**
12:4, 115:13,
116:5, 125:19,
126:12
**best**
6:15, 6:16,
17:6, 21:11,
31:14, 72:14,
73:5, 80:13,
113:18, 113:22,
114:4
**better**
78:1, 81:19,
81:21, 94:22,
123:11
**between**
11:8, 49:21,
72:21, 73:2,
79:17, 108:18,
142:2, 152:5
**bigger**
63:15, 82:16
**biggest**
63:4, 63:18
**binding**
50:10, 50:11
**bing**
106:22, 107:3,
107:5
**bio**
141:3
**bishop**
11:20
**bit**
6:11, 63:14,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

166

73:19, 115:4,
146:1
**black**
12:1, 13:14,
54:8, 143:20
**blessed**
146:17
**bloom**
104:3, 104:5,
104:19, 106:11
**board**
93:4, 93:7,
93:17, 94:3,
95:1
**board's**
60:9
**bob**
33:20, 41:10
**body**
49:18, 126:1
**bor**
87:14
**bottom**
45:1, 98:7
**bourdon**
140:7
**box**
19:18
**boynton**
3:13, 8:1,
14:15, 15:7,
15:10, 17:4,
27:1, 28:12,
42:20, 45:8,
45:20, 46:11,
47:1, 49:13,
50:5, 50:13,
59:13, 70:6,
75:1, 75:5,
75:8, 75:14,
75:18, 75:22,
76:3, 76:5,
76:8, 81:5,
92:21, 93:18,
97:13, 97:15,
105:4, 105:12,
108:15, 108:19,
115:3, 115:5,

115:8, 115:11,
115:16, 118:2,
119:9, 119:22,
120:20, 122:17,
137:10, 137:17,
137:20, 149:22,
150:4, 150:9,
158:11, 158:15,
158:16, 159:4
**brad**
106:3, 106:5,
106:11, 136:6
**break**
7:15, 59:14,
96:20, 115:2
**breaking**
71:18
**breaks**
7:12
**breeden**
150:16, 150:20,
150:22, 151:2,
151:3, 151:5
**bretson**
150:16
**brian**
24:16, 24:20,
25:5, 25:17,
25:18, 109:4,
109:7
**bring**
16:2, 65:8,
80:2
**bringing**
60:16, 62:2
**brown**
22:19, 22:22,
23:1, 23:15,
24:2, 51:6,
51:8, 51:11
**bruce**
43:4, 89:21,
90:13, 91:12,
140:9, 151:19,
151:22, 152:5,
152:6, 152:9,
152:12
**bs**
9:19

**budget**
49:2, 49:4,
93:4, 93:7,
93:10, 93:17,
94:3, 96:14,
98:13, 98:22,
99:2, 99:22,
100:8, 100:11,
100:14
**budgeting**
98:3
**builders**
144:3, 157:22
**building**
2:7, 3:17,
110:15
**buildings**
52:7
**business**
9:22, 17:16,
18:14, 18:15,
19:22, 20:14,
25:7, 33:3,
33:14, 38:5,
38:9, 38:12,
39:6, 39:12,
40:4, 40:5,
40:6, 40:9,
40:12, 40:16,
41:6, 41:18,
41:21, 43:14,
43:21, 46:1,
46:4, 51:3,
54:17, 55:11,
64:13, 64:15,
72:18, 76:17,
79:5, 79:7,
87:3, 87:5,
87:16, 87:18,
88:22, 96:21,
106:13, 134:2,
153:21, 153:22,
156:11, 157:9
**businesses**
40:19, 60:3,
64:7, 64:11,
73:17, 74:2,
79:9, 79:16,

79:17, 79:21,
80:1, 80:5,
80:6, 101:2,
101:8, 144:16
**buy-in**
76:21

**C**

**cabinet**
22:13
**call**
74:4, 77:13,
77:14, 77:16,
77:22, 112:9,
134:8
**called**
13:20, 24:21,
106:21, 133:21,
134:6
**calls**
47:2, 50:19,
93:18, 122:17
**calvary**
10:21, 11:3,
11:15, 11:21,
12:4, 12:7,
13:5, 51:14,
58:12, 130:2,
130:7, 156:20,
156:21
**camden**
11:12
**came**
9:1, 58:12,
70:14, 85:12,
88:8, 133:2,
142:8, 142:11,
155:5
**camera**
63:14
**campaign**
3:5, 22:15,
23:11, 23:14,
24:3, 24:10,
26:3, 26:12,
27:21, 28:4,
28:7, 28:19,
28:20, 31:15,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

167

31:17, 31:20,
35:22, 36:3,
36:4, 36:9,
36:13, 36:16,
51:16, 51:18,
57:18, 84:17,
116:9, 122:8,
123:17, 128:15,
133:7, 137:4,
139:14, 142:17,
143:18, 145:13,
145:15, 145:16,
145:19, 146:14,
151:14, 151:20,
152:15, 157:10
**campaigning**
144:17
**campaigns**
31:12, 31:13,
32:5, 35:19,
37:19, 37:22,
147:10
**campus**
82:14
**can't**
18:1, 23:7,
23:19, 27:4,
29:15, 31:15,
32:3, 32:7,
34:3, 34:9,
35:6, 35:10,
35:13, 44:5,
44:6, 47:22,
48:1, 48:8,
49:14, 53:13,
53:15, 56:3,
58:3, 61:7,
72:16, 73:11,
74:5, 74:8,
80:15, 82:8,
85:13, 87:10,
90:9, 94:21,
97:4, 99:12,
100:1, 100:3,
101:9, 102:13,
102:21, 103:19,
104:6, 104:11,
106:7, 112:2,

114:17, 116:22,
117:17, 118:6,
118:8, 118:10,
120:4, 121:12,
127:20, 127:21,
128:1, 129:1,
131:19, 133:1,
135:14, 139:2,
144:4, 145:7,
145:8, 150:22,
152:15, 153:8,
153:22, 156:6,
157:1, 157:18
**candidacy**
31:7, 131:16,
133:13, 147:3
**candidate**
151:8
**candidates**
36:22, 37:15,
38:2, 146:22,
147:3, 147:11,
149:6
**cannon**
23:18
**cannot**
7:18, 133:1,
141:14
**capacity**
17:20, 26:20,
84:19
**capital**
79:8
**care**
61:22
**career**
10:14
**carried**
11:18
**case**
1:7, 16:6,
26:18, 27:9,
51:22, 161:11
**caveat**
14:14
**cellphone**
20:9
**center**
2:7, 3:5, 3:17,

11:11, 12:13,
12:20, 13:13,
81:12, 81:16,
82:11, 82:15,
82:18, 110:14
**centerville**
5:13, 9:9,
9:12, 9:13,
47:20, 48:10,
124:19, 124:21,
128:21, 134:15,
148:21
**central**
82:16
**ceo**
88:14
**ceremony**
83:14
**certain**
62:12
**certainly**
115:17, 144:18,
146:4
**certificate**
161:1
**certify**
161:4
**cetera**
17:10
**chair**
39:13, 39:15,
39:16
**challenge**
116:18
**challengers**
123:16
**challenges**
63:5, 63:15,
63:18, 146:2
**chamber**
30:17, 55:13,
55:17, 55:19,
56:2, 87:2,
87:5, 87:7,
87:9, 87:13,
87:16, 142:20,
143:3, 143:21
**chance**
24:14, 24:20,

25:4, 25:6,
25:9, 51:6,
123:11
**chandler**
85:3
**change**
111:12, 111:14,
117:3, 118:13,
118:21, 119:6,
119:19, 120:7,
121:7, 121:10,
121:17, 122:1,
123:1
**changed**
122:14
**changes**
111:17
**changing**
125:9, 125:21,
126:14
**chaplain**
61:18
**chapter**
108:11
**checking**
105:20
**cheryl**
23:16, 23:17,
23:18, 24:6
**chesapeake**
9:5, 9:6,
12:10, 12:19
**chief**
84:1, 84:3,
84:9
**choice**
98:18
**chris**
15:7, 85:3,
88:13, 88:14,
88:19, 91:15
**christian**
12:13, 12:20,
13:13
**christopher**
3:13, 156:22
**church**
10:21, 12:1,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                    168

12:10, 12:12,
13:14, 51:12,
51:14, 58:12,
58:20, 130:2,
130:7, 156:18,
156:20
**churches**
54:8, 87:17,
87:19, 88:2
**cip**
99:9, 99:10
**circumstance**
67:5, 67:8,
67:10
**cities**
124:15
**citizen**
52:19
**citizens**
118:16, 118:17,
118:20
**civic**
144:19, 146:7
**clarence**
156:7, 156:8
**clarify**
6:20, 6:22,
73:18, 147:13
**clark**
88:15
**class**
18:10
**classes**
18:10
**clear**
49:13
**closed**
114:13
**cloud**
19:19
**coalition**
67:21
**code**
106:3
**colleague**
158:9
**collect**
139:6

**collected**
139:4, 139:7
**collective**
126:1
**college**
11:6, 31:12,
59:9, 59:10
**color**
83:8, 83:11,
83:20, 83:22,
84:9, 85:14,
85:15, 85:18
**com**
28:1, 28:11,
30:8, 39:5
**come**
15:3, 33:10,
37:13, 40:20,
45:16, 67:17,
67:18, 102:9,
121:6
**comes**
69:15, 141:8
**coming**
36:18
**comment**
113:14, 113:16
**comments**
113:1, 113:5,
113:11
**commerce**
55:13, 142:20
**commercial**
145:4, 145:6
**commission**
32:2, 32:7,
32:10, 32:21,
32:22, 33:19,
69:19, 69:20,
88:9, 88:11,
90:17, 90:18,
161:16
**commissioner**
88:7, 104:10,
104:20, 104:22,
105:16
**commissions**
33:7

**committee**
33:8, 34:2,
34:12, 34:16,
34:19, 35:9,
35:14, 37:9,
37:11, 42:1,
42:5, 42:13,
58:1
**committees**
37:8
**committing**
76:19
**common**
6:1, 6:9
**commonwealth**
2:18, 161:22
**communicate**
50:17, 133:16,
143:11
**communicated**
82:4
**communicating**
131:14
**communication**
21:17, 86:11,
109:11, 120:18,
121:1, 121:2,
121:4, 142:1,
143:15
**communications**
21:21, 86:20,
118:3, 142:2
**communities**
128:8
**community**
25:12, 25:15,
48:21, 50:18,
52:2, 52:13,
52:21, 53:7,
54:2, 54:12,
54:15, 54:16,
54:19, 55:10,
56:19, 62:3,
71:18, 74:2,
88:4, 90:3,
94:13, 94:20,
101:18, 102:6,
103:14, 108:3,

112:20, 114:15,
114:20, 121:16,
121:19
**community's**
70:18
**companies**
150:16, 150:17,
150:20
**company**
91:2, 150:22
**comparable**
62:20
**compared**
62:18
**compares**
146:22
**competition**
123:15
**compile**
57:5
**complaint**
93:21, 94:4,
102:1, 102:4
**complaints**
102:5, 102:14,
102:15, 119:14
**complete**
160:5
**comprehensive**
60:17, 141:16,
142:9
**comprised**
57:14
**computer**
20:3, 21:3
**concentrated**
123:10
**concern**
94:7, 94:8,
95:11, 95:13,
119:2, 121:22
**concerned**
60:14, 113:10
**concerns**
43:13, 43:21,
44:10, 62:12,
63:1, 63:10,
83:22, 85:22,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                      169

| | | | |
|---|---|---|---|
| 86:8, 95:6, 104:8 | 50:17, 53:9, 93:8, 94:9, 102:6, 106:18, 113:8, 117:2, 119:2, 119:21, 120:5, 121:21 | 77:22, 80:22, 116:8, 118:9, 135:14 | **correctly** 117:16 |
| **concluded** 159:7 | | **conversations** 5:21, 14:17, 70:8, 115:14, 115:18, 115:20, 115:22, 116:6, 120:22, 125:20, 126:13, 126:19, 155:7, 155:9 | **correspondence** 83:19, 86:6, 108:18, 153:14 |
| **concrete** 96:11 | | | **cost** 82:6, 82:9 |
| **conducting** 20:13 | **contact** 38:16, 87:6 | | **costly** 123:16, 124:2, 124:10 |
| **confer** 158:9 | **contacted** 113:7 | | **costs** 103:8 |
| **conference** 54:6, 57:15, 58:6, 58:22, 82:22, 92:20, 126:17 | **contacting** 138:16 | **copies** 22:8 | **could** 13:3, 34:4, 34:13, 43:10, 50:9, 67:10, 85:6, 104:2, 106:4, 127:8, 132:5, 134:4 |
| | **content** 115:22, 120:22 | **copy** 22:10, 30:11, 137:12 | |
| | **contents** 78:11 | **cor** 105:2, 105:3 | |
| **confused** 77:4 | **context** 70:8 | **core** 24:5, 24:7, 24:9, 51:9 | |
| **confusion** 79:19 | **continue** 64:13, 115:10 | | |
| **connect** 64:22 | **contract** 112:3 | **corp** 156:5 | **council's** 45:6, 49:16 |
| **connection** 109:5 | **contracting** 92:6, 92:7 | **correct** 9:8, 10:6, 13:22, 14:3, 21:22, 26:8, 26:16, 28:11, 28:15, 30:6, 30:10, 36:19, 38:3, 38:4, 42:3, 44:19, 56:12, 57:16, 72:22, 73:13, 77:3, 78:16, 85:1, 85:7, 85:20, 86:16, 88:3, 101:5, 102:2, 105:8, 112:21, 127:15, 138:2, 142:21, 143:9, 150:7, 151:17, 151:18, 155:18, 155:19, 158:7, 160:5, 161:5 | **councilman** 45:2 |
| **consensus** 99:4 | **contractor** 24:15 | | **councilwoman** 138:12, 138:15 |
| **consequences** 73:7 | **contracts** 64:18, 64:19, 90:4, 90:7, 90:10, 90:12, 96:16, 96:17, 96:19, 97:2 | | **counsel** 5:6, 118:4, 132:21, 133:10, 161:10 |
| **consider** 44:2, 47:6, 47:14, 117:5, 149:2 | | | **counterparts** 62:20 |
| **considerable** 114:18, 146:16 | **contributed** 37:19, 139:14, 151:19 | | **couple** 11:10, 17:14, 34:4, 40:18 |
| **considered** 117:11, 129:7 | **contribution** 138:1, 140:3 | | **course** 49:8, 70:19, 87:15, 135:8, 152:14, 153:22 |
| **considering** 129:4 | **contributions** 138:17, 138:19, 138:20, 139:4, 139:10, 146:20 | | |
| **consisted** 144:13 | | | **court** 1:1, 5:22, 6:3, 6:12, 46:12, 50:12 |
| **consistent** 116:21 | **contributors** 139:19, 155:11 | | |
| **consisting** 123:17 | **convention** 110:14 | | **courthouse** 2:6, 3:16 |
| **constituent** 93:21, 94:16, 104:8, 119:13, 149:16, 149:17 | **conversation** 6:10, 14:16, 77:14, 77:16, | **corrections** 160:6 | **courtney** 11:20 |
| **constituents** 48:21, 49:1, | | | **cover** 52:15 |

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

170

**create**
20:16, 20:19,
20:20
**created**
75:21
**crime**
62:3
**criminal**
32:13
**criticisms**
44:4
**critiques**
44:2
**crr**
1:22, 2:18,
161:2
**current**
59:6, 59:21,
96:5, 117:7,
124:18, 125:20,
142:3
**currently**
10:1, 12:14,
16:6
**cycle**
36:7

**D**

**danielle**
3:4
**data**
95:2, 95:15,
96:16, 117:1
**date**
18:2, 45:13,
131:20, 160:11
**dated**
86:16, 138:14
**dates**
157:18
**dave**
78:15, 112:4,
112:13, 112:21,
113:19, 145:9,
145:10, 145:11
**davenport**
145:12, 151:6,
151:7, 151:8,

151:13, 154:2,
154:3, 154:11,
154:18, 154:19,
155:5
**day**
133:21, 137:22,
161:14
**dc**
3:8
**deadline**
131:17
**dealing**
35:2, 63:10
**debundling**
96:17, 97:2
**december**
56:20
**decide**
8:15, 66:11,
118:13, 128:17,
132:7
**decided**
82:10, 101:3,
140:2
**decision**
66:9, 98:21,
100:10, 113:22,
118:17, 128:19,
136:22
**decisions**
136:19
**declining**
8:11
**deep**
8:2
**def**
4:12, 4:13,
4:14, 4:15,
4:16, 4:17,
4:18, 42:19,
45:19, 75:3,
92:22, 98:1,
104:18
**def118-309**
4:19
**defeat**
119:18
**defendants**
1:10, 3:11,

142:3
**define**
46:20
**definitely**
117:5
**definition**
88:22
**degrees**
9:21
**delceno**
156:16
**denomination**
54:4
**department**
61:19, 62:21,
69:17, 85:16,
89:8, 89:16,
90:12, 96:1,
96:3, 96:7,
97:4, 97:8,
105:21, 106:1,
106:9
**departments**
136:1, 136:3,
136:8, 136:13,
136:16
**depend**
141:18
**depended**
147:16
**depending**
52:15, 113:13,
147:22
**depends**
66:8
**deponent**
8:6, 14:21,
15:9, 46:13,
59:16, 70:12,
75:7, 75:17,
75:20, 76:2,
76:4, 76:7,
108:20, 159:3,
160:1
**deposed**
5:15
**deposition**
1:14, 2:1, 4:9,

8:2, 14:7, 15:1,
15:13, 15:16,
15:22, 158:18,
159:7, 161:3
**depositions**
5:19, 5:20
**deputy**
109:8
**describe**
53:22, 67:19,
146:1
**description**
43:7, 44:12
**destination**
63:21, 64:3
**detail**
61:5
**details**
35:7, 96:8,
127:21, 128:1
**determinations**
67:4
**determine**
69:5
**determining**
66:2
**develop**
154:7
**developed**
145:5, 145:6
**developer**
90:5, 111:9,
151:12, 153:16,
158:1
**developers**
150:18, 154:6
**development**
63:22, 89:18,
136:6, 154:14
**devon**
155:22
**diane**
103:20
**differed**
147:11
**difference**
49:21
**differences**
152:1

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

171

**different**
5:21, 11:10,
16:21, 17:11,
40:22, 55:4,
82:2, 103:18,
122:13, 136:1
**differing**
147:22
**difficulties**
76:13
**direct**
140:16
**direction**
66:16, 161:8
**directly**
11:17, 50:17,
51:1, 71:9
**director**
39:14, 39:19,
86:20, 89:18,
106:6, 136:5
**disagreement**
80:9, 80:21
**discovery**
150:5
**discrimination**
126:21, 128:5,
128:10
**discuss**
8:15, 8:18,
73:13, 84:22,
91:5, 133:13,
135:7
**discussed**
78:12, 91:8,
92:2, 96:10,
125:16, 125:19,
126:12
**discussing**
126:2
**discussion**
43:4, 77:20,
81:17, 90:1,
91:8
**disparate**
63:1
**disparities**
63:17, 71:10,

94:19
**disparity**
44:15, 44:18,
44:21, 45:4,
45:12, 68:1,
68:11, 70:13,
71:3, 71:8,
71:16, 71:20,
73:13, 79:19,
80:10, 80:14,
80:17, 80:19,
81:3, 81:9,
81:11, 83:9,
84:22, 87:1,
87:18, 88:21,
91:1, 93:9,
93:16, 96:12,
96:13, 100:7,
100:17, 100:20,
111:8, 152:10
**disproportionate**
128:11
**district**
1:1, 1:2, 5:14,
9:9, 9:12, 9:13,
47:11, 47:20,
47:21, 48:4,
48:10, 48:11,
61:6, 122:10,
123:9, 123:17,
124:3, 124:16,
124:19, 128:21,
134:15, 148:21,
148:22
**diverse**
47:22
**division**
1:3
**doctorate**
10:1, 10:4
**document**
20:16, 20:19,
20:22, 140:20,
141:5, 141:12
**documents**
15:15, 15:18,
16:2, 19:8,
19:21, 20:6,

22:8, 22:10,
26:6, 26:17,
26:19, 26:22,
27:6, 27:8,
27:9, 27:12,
27:18, 28:8,
28:22, 29:6,
30:7, 30:12,
38:21, 56:15,
81:10, 89:4,
142:1
**doing**
9:2, 17:22,
25:11, 30:14,
54:9, 65:4,
81:3, 95:20,
108:4
**dome**
110:11, 110:12,
111:14, 111:21
**dominion**
9:19, 17:19
**dommelen**
106:3, 106:5,
136:7
**donate**
51:18
**donated**
36:6, 36:9
**donation**
107:8, 107:12,
157:13, 157:15,
158:5
**donations**
36:13
**done**
18:21, 18:22,
34:19, 53:18,
54:2, 54:11,
54:14, 55:9,
71:20, 81:5,
90:3, 97:1,
97:4, 158:10
**donna**
89:9, 89:10,
91:13, 103:16,
103:17, 103:20,
107:7, 109:12,

109:15
**donna's**
102:21
**donors**
150:14, 151:17
**doors**
23:21, 144:18
**down**
6:1, 6:4, 6:13,
36:1, 62:11,
71:18, 76:1,
95:10, 127:17,
128:20, 130:12,
130:21
**downstream**
128:9
**dr**
57:7, 57:17,
83:7, 108:7,
108:22, 109:12,
109:18
**drafting**
65:14
**dredging**
60:22
**drew**
40:6, 48:10
**drive**
2:6, 3:16, 20:5
**dropbox**
19:18
**duly**
5:4
**dunton**
155:15
**during**
12:4, 12:6,
22:15, 25:10,
26:3, 31:19,
32:5, 46:18,
143:18, 145:16,
145:18
**duties**
11:18, 48:19
**dwight**
155:15
**dyer**
26:1, 33:20,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

172

34:6, 34:7,
34:15, 41:11,
45:2, 126:7,
128:20, 130:8,
130:18, 131:6,
132:14, 133:11,
133:14, 133:17,
134:4, 142:15
**dyer's**
48:17, 129:11

**E**

**each**
6:10, 6:11,
8:7, 8:10,
35:16, 37:18,
40:18
**earlier**
39:20, 46:14,
96:10, 103:16,
105:10, 105:13,
105:14, 110:22,
121:5, 125:1,
125:6, 145:22
**easier**
123:16, 124:2,
124:10, 137:11
**eastern**
1:2
**eat**
115:7
**economic**
63:21, 89:18,
136:6
**eddie**
140:7
**educate**
135:18, 136:17
**education**
60:1, 60:6,
64:12, 79:5,
128:12, 144:14
**educational**
9:16, 64:19,
144:1
**effects**
128:9
**efforts**
74:1

**either**
13:1, 37:15,
85:15, 86:7,
90:15, 117:16,
120:9, 125:10
**elected**
35:17, 39:10,
39:16, 39:17,
119:7, 149:6,
149:9, 150:15
**election**
33:11, 33:12,
36:7, 36:11,
36:18, 37:22,
116:16, 142:4,
157:17
**elections**
36:15, 37:5,
119:6, 123:10,
124:16, 131:18
**electoral**
118:14, 118:22,
119:20, 121:10,
121:17, 122:2,
123:1, 125:10,
125:21, 126:14
**else**
15:21, 21:10,
34:2, 56:1,
58:21, 60:3,
72:16, 77:19,
101:6, 101:9,
121:9, 126:14,
132:22, 140:8
**email**
4:13, 4:14,
4:15, 4:16,
4:17, 4:18,
16:11, 16:15,
16:18, 17:3,
20:7, 21:20,
26:9, 27:20,
27:22, 28:6,
28:10, 30:9,
38:17, 38:18,
38:21, 39:3,
56:17, 56:18,
57:2, 57:5,

57:9, 57:11,
57:14, 66:21,
75:12, 76:15,
77:11, 77:12,
78:14, 79:18,
81:8, 83:19,
84:8, 86:7,
86:15, 87:22,
92:18, 93:2,
94:11, 98:3,
104:19, 121:2,
130:14, 133:17,
137:21, 138:13,
140:10, 140:15,
153:13
**emails**
18:14, 18:15,
20:15, 26:15,
28:2, 50:19,
54:3, 57:4,
104:16
**employed**
161:10
**employment**
17:17, 18:12,
95:3, 95:4,
95:7, 96:2,
96:6, 98:9
**empowering**
60:2, 144:15,
144:16
**encompasses**
63:21
**encourage**
40:11, 95:21,
132:12
**encouraged**
135:18
**end**
18:1, 18:2,
39:18, 75:4,
111:7, 141:9
**endeavor**
146:19
**ended**
107:21, 109:17
**endorse**
35:20, 132:14,

132:16, 136:22,
143:8, 155:3,
155:6
**endorsed**
37:4, 37:6,
133:2, 142:13,
142:19, 143:14
**endorsement**
142:22, 143:12
**endorsements**
143:11, 143:17
**enforced**
50:12
**engage**
48:21, 54:9,
74:1
**engagement**
52:19, 73:17,
107:21, 109:18,
109:21, 114:15
**enough**
23:8, 24:1,
25:3, 32:9,
48:7, 56:4,
100:16, 124:8,
127:22
**ensuring**
61:21, 62:1,
103:7
**entails**
135:19
**enterprises**
156:14
**entire**
128:2, 146:5
**entities**
85:13
**entrepreneurial**
19:3
**entrepreneurs**
64:20
**entrepreneurship**
79:10
**equitable**
95:19
**errata**
158:21, 160:7
**escaping**
145:12

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

173

**especially**
79:6, 79:19
**esquire**
3:4, 3:13, 3:14
**estaris**
87:11
**et**
1:9, 3:12, 17:10
**etched**
127:11
**even**
115:18, 116:10, 145:8, 153:8
**event**
37:13, 78:11, 84:14, 84:17, 84:19, 86:1, 86:4, 86:8, 91:1, 102:8, 103:8, 109:9, 143:10, 145:20
**events**
37:14, 40:17, 40:18, 55:12, 76:20, 77:9, 78:2, 78:5, 78:9, 79:3, 79:12, 79:20, 80:3, 109:10, 133:7
**ever**
5:15, 21:4, 32:17, 32:21, 35:20, 36:3, 36:6, 36:9, 36:14, 46:7, 57:17, 73:3, 107:5, 115:13, 130:20, 131:11, 148:14, 149:2, 149:6, 149:9, 153:2
**every**
41:2, 41:3
**everybody**
34:3
**everybody's**
34:9

**everyone**
159:1
**exact**
18:2, 48:3
**exactly**
105:14
**examination**
4:2, 5:6
**examined**
5:4, 160:3
**example**
95:2
**except**
19:10
**exchange**
75:6, 75:8, 75:10, 75:11, 76:15, 77:8, 77:12, 81:8
**executed**
131:4
**executive**
11:1, 11:15
**exhibit**
4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15, 4:16, 4:17, 4:18, 4:19, 4:20, 4:21, 41:12, 41:14, 56:8, 56:9, 71:22, 72:1, 74:20, 74:21, 81:6, 83:16, 83:17, 86:14, 92:14, 92:15, 97:10, 97:11, 104:13, 104:14, 106:20, 108:12, 108:13, 110:7, 110:8, 110:11, 137:9, 138:8, 138:9, 149:21, 150:2
**exorbitant**
102:7
**expand**
64:13

**expenditures**
46:5
**expensive**
146:9
**experience**
44:6, 90:11, 124:4, 124:6, 124:9, 124:11, 127:4
**experienced**
44:7
**expertise**
47:2
**expires**
161:16
**explain**
73:18, 142:22
**explaining**
80:22
**exploring**
45:4
**extensive**
76:19
**extent**
8:3, 47:1, 50:6, 115:19, 118:2, 122:19
**extra**
122:8, 146:18

**F**

**face**
63:16
**facebook**
22:5, 53:1, 145:3, 145:4
**faces**
53:14, 63:18
**facility**
81:18, 81:21, 82:2
**facing**
60:20, 63:5
**fact**
81:2, 93:11, 107:12
**factored**
93:22

**faculty**
129:21
**fair**
23:8, 24:1, 25:3, 32:9, 44:4, 44:8, 48:7, 50:3, 56:4, 95:19, 103:8, 119:17, 119:20, 124:8, 127:22
**falls**
97:7
**familiar**
43:17, 56:11, 70:15, 70:17, 70:22, 71:2, 152:4
**family**
146:16, 155:17, 156:1, 156:3
**far**
62:1, 62:21, 108:15, 112:17
**favor**
111:3, 111:5
**february**
41:19, 74:16, 125:8, 125:10, 125:13, 125:17
**federal**
64:18
**feedback**
45:3, 127:13
**festival**
102:1, 107:8, 107:13, 107:17, 107:22, 109:2, 109:19, 110:1
**few**
5:17, 12:22, 13:7, 13:9, 18:4, 19:2, 33:9, 34:21, 42:19, 60:4, 70:13, 91:22, 136:7
**fighting**
80:14, 80:16,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

174

80:18, 81:2
**figuring**
29:22, 65:20,
78:6
**filing**
22:12
**filipino**
87:9
**filled**
114:2
**final**
67:6, 100:7
**financial**
79:8, 161:12
**financially**
64:21
**find**
29:8, 64:21,
113:5, 113:16,
123:14, 137:16
**finding**
27:12, 60:17
**findings**
71:19
**finish**
6:11, 6:15,
6:17
**firefighters**
144:2
**firm**
18:21, 88:17,
114:11, 114:13
**firms**
44:3
**first**
5:4, 5:20,
26:18, 41:3,
43:3, 57:20,
69:14, 78:13,
78:16, 79:6,
79:12, 79:15,
83:21, 86:6,
97:14, 97:16,
106:21, 120:13,
135:6, 137:18,
145:20, 151:1,
157:8
**fiscal**
98:4

**five**
16:20, 52:4,
67:18, 113:14,
115:6, 152:17,
152:18, 152:21,
153:1, 153:7,
153:9, 153:11
**flooding**
60:1, 60:15,
60:20, 60:22,
61:3, 61:12,
63:16, 67:20,
67:21, 68:11
**flyer**
147:12, 147:15
**flyers**
26:6
**focus**
76:9, 79:20,
92:5, 101:1,
101:8, 137:14
**focused**
32:11, 42:6,
60:7, 79:8,
91:2, 92:6,
98:17
**focuses**
79:9
**focusing**
79:4, 96:17
**folks**
81:20, 89:4
**follow**
86:3, 96:12,
109:12
**followed**
109:4
**following**
45:2, 111:8,
140:17
**follows**
5:5
**food**
34:22, 35:2,
35:5
**foregoing**
160:4, 161:3,
161:4

**form**
21:17, 27:1,
28:12, 38:20,
45:9, 50:5,
119:9, 119:22,
142:14
**formal**
83:14
**format**
52:20, 90:22
**former**
74:13, 76:16,
77:12, 80:8,
82:2, 126:10,
131:7, 142:3,
157:6
**forms**
145:1
**forth**
26:9, 74:17,
76:11, 152:5
**forum**
22:9, 71:18,
73:12, 76:17,
80:10, 80:14,
81:9, 81:11,
82:13, 82:21,
83:3, 83:9,
87:1, 87:18,
88:21, 89:19,
90:16, 91:1
**forums**
52:11, 144:19
**forward**
44:14, 45:4,
69:6, 69:13,
71:14, 72:6,
72:8, 77:10,
78:9, 111:12,
112:17, 117:9,
117:11, 127:10,
129:18, 131:19
**found**
13:18, 26:13,
29:9, 40:10
**founding**
11:17, 11:19
**four**
67:17

**franklin**
154:4
**fraternal**
144:3
**frequently**
153:12
**friday**
41:3, 138:18
**friend**
51:10, 148:16,
148:18
**friends**
146:17
**front**
99:12
**frustration**
77:2
**full**
17:8, 143:19
**full-time**
18:20, 101:1
**fully**
99:9
**function**
25:11, 25:12,
25:15, 151:15
**fund**
99:9
**funders**
155:4
**funding**
100:5
**fundraisers**
133:5
**fundraising**
146:13, 146:21
**further**
75:8, 158:14

**G**

**gary**
58:10
**gave**
131:18, 133:20,
134:3, 134:13,
137:4, 138:3,
158:5
**geared**
79:22

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

175

**general**
117:20
**generally**
42:16, 110:13,
114:10, 135:16,
139:19
**generate**
146:12
**generic**
38:17
**gentleman**
89:21, 106:22,
150:21
**geographically**
123:10
**george**
145:14
**georgia**
1:6, 3:3
**getting**
44:20, 63:6,
118:2, 147:6
**give**
5:17, 17:8,
43:9, 84:6,
123:10, 138:5,
158:20
**given**
92:5, 122:6,
146:20, 147:15,
160:6, 161:6
**gives**
64:16
**giving**
107:12, 157:11
**gmail**
17:10, 17:12,
17:14, 20:1,
28:16, 29:11,
30:8, 39:5,
141:17
**go**
7:8, 17:5,
27:18, 29:11,
30:14, 45:21,
46:19, 59:17,
59:19, 65:10,
66:21, 67:3,

69:13, 71:5,
97:17, 108:16,
117:18, 117:22,
131:19, 137:9,
137:12, 140:14,
146:6, 158:19
**goal**
46:3, 46:8,
67:22, 68:12,
72:18, 72:22,
73:4, 73:9,
79:5, 92:9,
95:18, 111:19,
111:20, 112:18
**goals**
63:19, 71:17,
97:5
**goes**
14:15, 61:11,
67:7, 69:14
**going**
5:17, 10:12,
14:8, 41:12,
45:8, 56:8,
71:18, 75:12,
77:10, 83:16,
89:3, 91:4,
93:18, 97:17,
98:16, 104:13,
104:18, 109:8,
114:8, 114:18,
115:11, 123:6,
127:10, 129:12,
137:11
**gone**
28:5, 37:7
**good**
5:8, 5:9, 53:3,
59:13, 79:14,
115:4, 146:13
**gosh**
87:10, 134:19
**gouging**
102:2, 102:19
**government**
64:17
**graduate**
11:6

**grassroots**
123:17
**great**
30:20, 60:1,
63:22, 78:22,
86:21, 91:17,
144:10, 144:14
**greetings**
138:15
**grew**
9:5
**ground**
5:18
**group**
55:16, 87:21,
154:5
**groups**
46:21, 46:22,
82:20, 86:22,
95:21, 123:10
**grow**
9:4, 64:13
**grown**
46:19
**guard**
83:8, 83:12,
83:20, 83:22,
84:10, 85:14,
85:15, 85:18
**guess**
9:14, 37:18,
74:10, 99:3,
115:5, 123:21

**H**

**halfway**
138:13
**halls**
52:12
**hampton**
11:11, 30:17,
87:14, 143:20
**hand**
161:14
**handing**
147:10
**handouts**
26:6

**hansen**
74:14, 76:16,
77:13, 80:9,
82:3, 112:4,
112:13, 112:21,
113:20
**hansen's**
75:12
**happen**
62:10, 62:11
**happened**
52:16
**happening**
107:21, 109:17
**hard**
6:3, 6:12,
22:10, 30:11,
119:7
**harrison**
42:11
**head**
6:2, 17:6,
36:1, 95:10
**heads**
55:18
**health**
105:21, 106:2
**hear**
113:7, 148:14
**heard**
113:9, 118:9,
119:16, 120:13,
121:5, 121:15,
130:11, 134:14,
147:14
**hearing**
147:17, 147:19,
148:4, 148:9
**held**
2:1, 52:2,
82:17, 121:20
**help**
45:20, 106:4,
106:17, 122:15,
136:10, 140:19,
140:21, 141:1
**helped**
151:16

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

176

**helps**
65:13, 104:8
**here**
5:22, 46:12,
57:4, 57:7,
78:12, 118:5,
137:20, 139:18
**hereby**
160:2, 161:4
**hereunto**
161:13
**herself**
135:10
**hey**
66:5
**hhh2**
155:13
**high**
9:18
**highly**
120:3
**hill**
23:18, 86:15,
86:18, 86:19
**himself**
106:12, 156:10
**hire**
100:22
**hiring**
100:20
**hispanic**
55:11, 55:13,
55:17, 55:18,
56:2
**historically**
12:1, 13:14,
47:6, 47:15
**history**
70:20, 126:21,
127:4, 128:2
**hoffler**
156:13
**hold**
39:11, 52:5,
55:3, 81:10,
81:13
**holding**
81:16

**holloway**
1:5, 3:2
**home**
22:11, 22:12,
22:14, 30:12
**homeownership**
128:12
**hope**
13:1
**host**
37:7, 37:9,
37:10, 64:15
**hotel**
102:20, 103:2
**hotels**
102:2, 105:6
**hour**
43:4, 59:14
**housing**
154:7
**hrbor**
87:13
**huge**
62:8
**human**
88:7, 88:10,
144:15
**hybrid**
122:6

**I**

**icloud**
17:13, 19:6,
19:10, 30:4
**idea**
76:16
**identified**
71:10
**identify**
120:20
**identifying**
27:6, 27:8,
114:6
**ignite**
78:13
**imagine**
7:13, 26:3,
30:21, 155:17

**implementation**
100:6
**important**
83:14, 116:13,
136:15
**improve**
61:16, 122:15
**improvement**
33:8, 33:15,
33:17
**in-person**
21:21, 149:18
**incident**
147:8, 147:14
**incidents**
112:19
**include**
22:20, 46:20,
62:22, 100:11,
148:6
**included**
94:3, 98:22,
99:22, 100:7,
100:14, 148:2,
148:5
**inclusion**
95:3
**increase**
71:16, 92:7,
92:8, 100:5,
102:7
**increased**
111:20
**increasing**
67:22, 68:11,
79:20
**incumbents**
123:14
**indeed**
13:19
**independent**
24:15
**indian**
9:18
**indicate**
138:15
**indicated**
107:7

**indicates**
46:2, 98:8,
105:6, 106:11
**individual**
8:10
**individually**
76:20
**individuals**
57:10, 91:12
**industry**
43:4
**information**
13:18, 28:4,
28:5, 30:19,
38:13, 38:18,
40:21, 44:22,
54:7, 57:8,
64:17, 64:20,
69:9, 91:7,
92:4, 95:5,
97:21, 99:2,
99:11, 134:3,
141:8
**infrastructure**
60:10, 61:12,
61:13, 99:14
**initial**
104:18
**initially**
81:15, 104:1
**insofar**
5:21
**instagram**
22:6, 22:7
**instructions**
5:18
**instructs**
7:7
**insulated**
123:15
**integration**
127:18
**intent**
45:3
**interaction**
114:14
**interactions**
73:21, 74:13

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

177

**interdenominatio-nal**
54:5, 57:15, 58:6, 58:21, 82:22, 87:21, 90:16, 92:20, 126:16
**interest**
113:19, 113:22, 161:11
**interested**
65:19, 135:10, 135:17
**internal**
155:7
**international**
54:4, 87:20, 92:19
**intricacies**
70:22
**introduce**
155:4
**introduced**
25:9, 151:5, 154:10, 155:10, 156:9, 156:10
**invitation**
75:20, 78:15, 143:2
**invite**
82:21, 87:17
**invited**
38:8, 88:5, 88:6, 88:8
**inviting**
40:20, 87:1
**invoke**
8:5, 115:21, 116:1
**invoked**
70:11
**involve**
77:19, 106:12
**involved**
27:5, 27:7, 35:9, 35:10, 40:8, 49:2, 51:21, 56:2,

59:4, 71:7, 89:12, 90:10, 105:3, 114:21, 136:19
**involvement**
35:3, 114:19
**issue**
65:2, 77:17, 80:15, 85:9, 94:16, 102:19, 103:13, 103:22, 120:14, 121:6, 125:9, 126:6, 126:9
**issues**
61:9, 62:2, 62:5, 62:9, 62:16, 62:22, 117:20
**item**
43:3, 45:6
**items**
43:8
**itself**
80:21, 99:1

**J**

**j3h3**
155:13
**jack**
130:5
**jackson**
83:7
**james**
83:7
**january**
16:6, 43:1, 161:16
**jerrauld**
31:19, 31:21
**jessica**
70:12
**jim**
21:8, 133:10
**job**
1:20, 11:14, 40:19, 48:19, 64:22, 135:19,

146:18
**jobs**
12:3
**john**
84:8, 120:19, 121:11, 147:21, 154:17
**johnson**
44:13
**johnston**
154:4, 154:9, 154:10
**join**
12:19, 34:16, 38:5, 67:20
**jones**
14:5, 31:19, 31:21
**joseph**
3:14, 149:14
**julian**
55:20, 55:21
**julie**
86:15, 86:18, 86:19
**june**
79:2
**justice**
32:13, 96:1
**juvenile**
32:11, 32:12, 32:21

**K**

**kaine's**
31:15
**kane**
41:10, 72:15
**keep**
21:1, 22:10, 22:11, 46:11, 115:11
**kept**
30:18
**kerwin**
24:16, 24:21, 25:5, 25:17, 25:18

**key**
89:15, 91:13
**kind**
5:18, 18:14, 19:3, 19:12, 22:3, 24:5, 32:10, 52:11, 63:15, 63:18, 77:4, 79:12, 90:7, 135:12, 158:22
**kinds**
33:22, 34:18, 61:9, 64:14, 152:7
**klein**
11:12
**knocked**
23:21
**knocking**
144:18
**knowledge**
46:7, 47:3, 73:2, 86:5, 152:8
**known**
25:6
**kurt**
3:14

**L**

**labor**
137:22
**lady**
23:19
**landfills**
99:16
**lang**
3:4, 4:3, 5:7, 41:12, 56:8, 59:17, 59:19, 71:22, 74:20, 75:3, 75:11, 81:7, 83:16, 92:14, 97:10, 97:14, 97:17, 104:13, 108:12, 110:7, 115:2,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

178

115:4, 115:7,
115:12, 137:15,
137:19, 138:8,
149:21, 150:1,
150:6, 150:12,
158:8, 158:13
**language**
111:11, 111:14
**laptop**
20:11, 20:18,
20:21, 26:14,
29:5, 30:9
**large**
107:8, 107:12,
124:14, 146:2
**larger**
96:19
**largest**
123:19
**last**
23:6, 23:7,
35:15, 55:22,
87:11, 92:18,
102:21, 103:19,
125:5, 145:12
**latasha**
1:5, 3:2
**later**
21:1, 44:12,
105:13, 105:14,
140:14
**latino**
46:22, 47:15,
55:10, 149:5
**lavera**
89:6, 91:13
**lawsuit**
96:1
**lead**
114:3
**leader**
56:19, 90:3,
106:8
**leaders**
88:4
**leadership**
53:19, 54:3,
59:6, 59:7

**leading**
25:13
**league**
144:19, 145:20
**leagues**
146:7
**least**
16:20, 75:14,
96:15, 134:19
**leave**
12:7, 12:16,
39:9
**led**
12:7
**lee**
149:14
**leeper**
3:22
**left**
10:19, 13:3,
13:5, 103:6
**legal**
3:5, 49:14,
50:6, 50:13,
118:3
**legislative**
8:5, 8:18,
49:11, 49:18,
70:10, 115:21
**legislatively**
8:9, 8:16,
117:19
**legs**
59:15
**lengthy**
75:11, 81:8
**lens**
63:14
**less**
77:3, 123:15,
123:16, 124:2,
124:10
**let's**
22:21, 62:1,
67:16, 68:10,
75:14, 99:17,
115:11, 133:10,
134:22, 137:11,

141:21, 152:14
**letter**
30:17, 43:18,
143:13
**letters**
144:5
**level**
60:21, 95:6,
95:8, 96:5
**levels**
62:19
**lgbtq**
87:13, 87:15
**liaisons**
41:5
**licensing**
35:4
**life**
10:18
**light**
79:19
**liked**
80:16
**limited**
144:13
**line**
56:19, 112:16
**lines**
22:13, 63:2
**list**
57:4, 57:6,
57:10, 57:14,
86:22, 143:19,
150:12
**listed**
32:6, 57:7,
72:10, 72:16,
91:12, 158:4
**listing**
88:2
**lists**
41:22, 43:4
**litigation**
51:21
**little**
6:11, 63:14,
73:18, 146:1,
158:20

**live**
9:9
**lived**
7:20, 46:14,
149:1
**living**
8:21, 9:11,
135:2
**local**
12:10, 13:18,
60:2, 64:6,
64:11, 64:17,
144:16
**location**
81:9, 147:9
**locations**
55:4
**logistical**
76:12
**logistics**
74:10, 78:15
**long**
7:20, 9:11,
15:3, 18:22,
31:2, 31:3,
57:4, 126:21
**long-term**
122:16
**longer**
90:20
**look**
15:15, 15:18,
17:1, 17:2,
21:1, 28:21,
29:5, 30:4,
30:11, 41:22,
42:18, 86:14,
92:17, 106:10,
108:17, 114:8,
120:12, 141:21,
141:22
**looked**
28:3, 28:11,
28:16, 30:7,
38:13, 99:15
**looking**
17:7, 27:18,
83:21, 97:22,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                              179

105:10
**looks**
33:20
**lose**
124:19
**lot**
23:20, 35:10, 62:8, 91:20
**loud**
75:22
**lucky**
146:12

**M**

**macmillan**
103:17
**made**
44:13, 99:9, 111:17, 113:1, 128:19
**mainly**
40:17
**maintained**
61:13
**major**
63:19
**majority**
47:21, 48:1, 48:8, 48:11, 80:5, 119:18
**make**
63:20, 65:5, 66:15, 68:4, 95:18, 96:20, 98:20, 118:17, 119:7, 120:7, 121:7, 136:21, 158:19
**makes**
65:18, 66:9, 67:4, 69:3
**makeup**
47:22, 48:4
**making**
42:7, 60:8, 61:12, 61:13, 62:19, 64:11, 65:21, 74:11,

78:16, 96:19, 107:7, 136:19
**malbon**
154:17
**management**
9:22
**manager**
23:11, 49:8, 63:7, 74:13, 74:14, 76:16, 77:13, 80:8, 82:3, 109:9, 112:4, 112:13, 112:20, 113:19, 114:6
**manager's**
104:7
**many**
16:18, 31:16, 37:17, 52:2, 53:6, 55:6, 67:15, 78:18, 91:18, 104:16, 128:7, 134:18, 146:6, 146:7, 152:12, 152:15, 153:4
**march**
58:4, 71:4, 71:5, 129:2
**marches**
71:3
**mark**
41:12, 56:8, 71:22, 74:20, 83:16, 92:14, 97:10, 104:13, 108:12, 110:7, 138:8, 149:21
**marked**
41:14, 42:18, 56:9, 72:1, 74:21, 83:17, 92:15, 97:11, 104:14, 108:13, 110:8, 138:9, 150:2
**market**
146:9

**marvin**
106:22, 107:3, 107:5, 107:7
**master's**
9:21
**materials**
26:4, 26:12, 41:16, 41:20
**math**
9:2
**matter**
30:2, 30:3, 82:6
**matters**
32:12, 32:21
**maybe**
13:10, 25:1, 39:14, 39:17, 55:8, 58:4, 59:15, 62:13, 74:10, 75:15, 81:18, 105:20, 130:22, 134:20, 137:17
**mayor**
26:1, 33:20, 34:6, 34:7, 34:15, 43:18, 48:17, 66:11, 85:4, 126:7, 128:20, 129:11, 130:8, 130:12, 130:18, 131:6, 132:14, 133:11, 133:14, 133:16, 134:4, 142:15, 157:6, 157:16
**mayoral**
151:9
**mbc**
4:10, 42:8, 42:10, 42:13, 42:17, 44:13, 44:17
**mbc's**
44:15
**mcbath**
11:20

**mccollum**
58:10, 58:11, 58:15
**mclesky**
154:12, 154:13
**mean**
37:10, 44:17, 56:5, 60:21, 63:21, 64:5, 66:13, 79:15, 96:18, 99:10, 122:21, 127:2, 128:1, 128:10
**means**
136:18
**meant**
81:1
**measures**
60:11, 68:6, 68:13
**media**
22:1, 22:3, 24:12, 24:19, 24:20, 28:22, 42:6, 42:7, 42:9, 50:18, 53:1, 144:19, 146:9
**mediation**
11:11, 18:20, 19:1, 19:17, 40:5
**mediator**
11:12
**meet**
15:4, 15:6, 35:14, 35:15, 41:1, 42:13, 46:7, 49:1, 51:11, 58:11, 73:4, 107:5, 130:18, 131:1, 133:19, 134:16, 134:21, 136:3, 136:4, 140:1, 145:10, 145:18, 146:6, 151:13, 151:16, 154:1,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

180

154:8, 154:15,
157:7
**meeting**
4:10, 14:20,
22:9, 42:17,
43:1, 58:1,
94:14, 102:17,
103:1, 103:5,
103:6, 126:3,
130:16, 130:21,
135:6, 136:1,
136:5, 140:1,
143:3, 143:5,
145:21, 152:16
**meeting-rsvp**
56:20
**meetings**
15:12, 34:8,
35:17, 42:13,
48:22, 50:18,
50:20, 52:2,
52:6, 52:13,
52:22, 53:4,
53:7, 53:10,
54:3, 54:16,
54:17, 54:19,
55:3, 55:6,
55:12, 121:20,
136:11, 142:14,
144:20
**member**
5:13, 12:18,
16:10, 34:19,
37:9, 38:11,
48:20, 50:22,
51:21, 52:3,
53:18, 66:14,
67:13, 68:16,
70:4, 72:7,
72:15, 84:20,
100:6, 101:1,
101:10, 103:3,
120:19, 122:22,
132:21, 133:10,
142:15, 155:18,
156:1
**members**
21:5, 21:18,

24:7, 25:20,
26:10, 57:14,
66:22, 72:9,
92:19, 108:2,
115:20, 125:21,
126:10, 133:4,
142:4, 142:16,
143:4, 143:16
**memorial**
68:5, 68:12
**memorialize**
68:4
**memorialized**
113:11
**memories**
127:11
**mention**
148:16
**mentioned**
18:14, 19:6,
78:6, 89:20,
103:16, 120:17,
130:16, 132:12,
145:22
**mentioning**
108:5
**message**
21:4, 21:7,
21:20
**messages**
21:8, 29:3,
113:12
**messaging**
21:15
**met**
14:11, 15:2,
25:10, 25:11,
25:13, 41:2,
57:17, 57:20,
57:21, 57:22,
58:5, 58:17,
90:15, 134:19,
136:6, 145:16,
145:20, 149:17,
150:21, 151:1,
151:14, 152:13,
152:21, 153:20,
154:9, 154:16,

154:18, 156:15,
157:4, 157:8
**michael**
21:14, 37:8,
153:19
**might**
8:8, 8:16,
27:8, 28:22,
62:6, 62:12,
69:21, 81:21,
82:2, 84:11,
86:8, 93:16
**mike**
153:20
**miles**
156:16
**mind**
33:10, 67:17,
67:18, 119:11
**mine**
127:11, 148:16
**minister**
129:21, 130:4,
130:6
**ministers**
54:5, 57:15,
58:6, 58:22,
82:22, 87:21,
90:16, 92:20,
126:17
**ministry**
54:4
**minnesota**
10:8
**minns**
145:14
**minor**
62:10, 62:16
**minorities**
95:17, 119:7
**minority**
33:3, 33:14,
38:5, 38:9,
38:12, 39:6,
39:12, 40:4,
40:6, 40:12,
40:16, 41:6,
41:18, 41:20,

42:1, 42:4,
42:12, 43:13,
43:21, 44:3,
46:1, 46:4,
46:18, 46:20,
46:21, 46:22,
47:21, 48:1,
48:11, 70:18,
73:17, 74:1,
79:21, 94:20,
95:3, 95:7,
95:9, 96:6,
111:10, 115:15,
116:6, 116:12,
116:17, 116:21,
121:16, 121:19,
122:16, 128:7,
134:2, 157:9
**minority-owned**
72:18
**minutes**
4:10, 42:22,
59:14, 115:6,
158:8
**moment**
43:9, 59:13,
72:4, 84:6,
124:1, 137:15
**money**
150:13
**monitoring**
96:16
**montagna**
11:12
**month**
35:16, 41:2,
41:4, 131:20,
134:9, 134:10
**months**
12:22, 13:7,
13:9
**more**
18:16, 24:11,
24:15, 24:21,
24:22, 37:1,
40:8, 50:1,
61:3, 63:14,
73:19, 74:9,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                    181

74:10, 76:21,
77:3, 78:14,
79:16, 82:16,
92:6, 94:15,
98:17, 111:10,
115:3, 132:2,
135:9, 138:5,
139:19, 140:16,
146:1, 152:17,
152:18, 152:21,
153:1, 153:7,
153:9, 153:11
**morning**
5:8, 5:9
**moss**
120:19, 121:11,
121:14, 147:21
**most**
10:18, 99:18,
124:14, 125:11,
125:14, 125:15,
141:7
**mostly**
7:6
**motels**
105:7
**motion**
44:13
**move**
44:14, 45:4,
69:5, 78:9,
129:18
**moved**
9:6, 36:1,
95:10
**moving**
63:13, 69:12,
111:12, 112:17
**moy**
54:20, 54:21,
87:8
**much**
10:17, 15:5,
24:15, 51:7,
52:13, 52:14,
52:16, 52:19,
115:3, 118:21,
138:3

**municipal**
2:7, 3:17
**must**
75:20, 105:7
**myself**
91:14, 135:18,
136:17, 146:18

### N

**naacp**
59:4, 102:9,
102:10, 102:14,
102:16, 108:11
**name**
5:10, 17:8,
23:6, 23:7,
23:19, 23:20,
24:14, 32:3,
32:7, 34:4,
34:10, 37:12,
55:16, 55:20,
55:22, 60:4,
80:9, 80:14,
80:18, 87:11,
88:6, 89:21,
97:21, 102:21,
103:19, 130:5,
140:7, 145:7,
145:9, 145:12,
146:8, 150:22,
151:1, 156:4
**named**
106:22
**names**
23:22, 53:13,
53:14, 53:15,
56:3, 94:10
**nancy**
104:3, 104:5,
106:1, 106:10
**nancy's**
104:6
**naomi**
87:10
**naomi's**
87:11
**nature**
32:2, 84:11,

86:9, 110:15
**nd**
79:2
**necessary**
66:7
**need**
8:9, 20:20,
64:20, 64:22,
115:8, 115:9,
117:22, 120:12
**needed**
16:8, 20:16,
77:6, 100:19,
136:12
**needs**
49:1, 60:9,
97:18
**neely**
156:7, 156:8,
156:9
**negative**
81:1
**neighborhood**
62:14
**neighborhoods**
47:5, 47:7,
47:14, 47:16,
47:18, 60:1,
60:2, 61:2,
61:8, 61:10,
61:14, 63:22,
144:14
**neighbors**
62:12, 123:18
**neither**
161:9
**never**
81:22, 113:6,
131:4, 155:5,
156:15, 157:4
**new**
13:16, 63:6,
63:7, 100:21,
114:6, 147:6
**news**
4:19, 129:13,
129:15
**nexsen**
88:15

**next**
69:6, 69:8,
69:12, 91:9,
92:1, 99:8,
100:5, 158:4
**non-binding**
50:4, 50:10
**nonprofit**
10:17, 10:20
**norfolk**
1:3, 11:22
**normally**
75:9
**notarial**
161:14
**notary**
2:18, 161:21
**notice**
2:17, 128:20,
129:5, 129:9
**noticing**
102:7
**november**
48:15, 142:5
**number**
41:20, 42:20,
43:12, 46:21,
86:14, 133:21,
134:13, 141:22,
150:8, 155:10
**nutter**
140:7
**nw**
3:6

### O

**oath**
5:5
**object**
27:1, 28:12,
45:8, 50:5,
93:18, 119:9,
119:22
**objection**
47:1, 50:13,
122:17
**objections**
7:4

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

182

objective
123:21
obstacles
116:20, 146:1
obtained
150:11, 150:12
obviously
47:2, 49:14,
81:2
occurred
14:20, 107:16
oceanfront
62:11
october
138:14
odors
99:18
odu
17:13, 18:16
offensive
113:1, 113:5,
113:8, 113:16
offer
49:14
offered
13:20, 140:22,
141:1
offers
79:11
office
3:15, 22:12,
22:14, 30:12,
31:19, 32:17,
36:22, 41:17,
65:16, 69:9,
84:3, 84:9,
84:16, 85:3,
85:6, 85:11,
85:16, 104:7,
104:10, 129:5,
129:6, 130:19,
132:8, 134:22,
135:4, 138:18
officer
161:3
officers
61:21, 62:17
offices
2:2

official
19:7, 26:20,
84:19, 84:22
officials
73:16, 73:22,
133:14, 150:15
often
35:14, 41:1,
42:15
oh
17:1, 78:22
old
8:22, 9:19,
17:19, 110:14,
111:19
olivia
155:17
omitted
45:9
once
10:18, 69:14,
99:2, 114:13,
131:1, 138:5
one
2:7, 3:17,
9:21, 9:22,
17:12, 18:10,
20:20, 28:6,
32:6, 32:20,
33:8, 37:18,
38:10, 40:9,
45:10, 63:19,
66:22, 67:20,
67:21, 68:3,
68:5, 68:17,
71:17, 75:15,
78:17, 78:20,
79:1, 79:6,
79:8, 79:9,
79:15, 79:16,
82:20, 85:12,
85:13, 85:17,
94:15, 99:20,
100:5, 100:22,
120:9, 125:5,
125:6, 125:15,
129:20, 133:11,
133:21, 135:8,

137:15, 140:17,
147:10, 148:20,
153:20
one-on-one
50:19
ones
16:21, 33:10,
34:21, 35:12,
46:11, 136:8,
139:13
ongoing
110:16
online
10:9, 10:10
only
5:21, 7:13,
8:1, 12:22,
27:14, 28:7,
28:10, 30:6,
72:7, 75:12,
86:11, 121:13,
122:10, 123:6,
147:4
open
43:17, 52:11,
129:12
opening
83:14
operations
97:6
opinion
49:14, 84:15,
118:16, 123:22,
152:1
opinions
50:7, 50:14
opioids
144:15
opportunities
40:10, 43:14,
43:22, 44:3,
109:1
opportunity
12:9, 13:16,
13:20, 61:20
options
120:9
order
118:12, 144:3

ordinance
34:22, 35:2,
49:21, 65:3,
65:8, 65:14,
68:22, 69:2,
69:12, 69:22,
70:5
ordinances
49:19, 50:1,
68:15
ordinarily
6:1, 52:10
org
4:21, 150:13
organization
144:6, 145:8
organizations
40:22
organized
25:14
organizes
54:18
originate
102:10
originated
102:12
other
6:9, 6:10,
12:3, 15:12,
15:21, 17:17,
17:18, 18:12,
19:3, 19:18,
21:15, 21:16,
23:13, 25:20,
28:2, 32:20,
33:6, 33:7,
34:7, 35:8,
35:12, 36:14,
37:21, 51:22,
52:7, 63:15,
70:3, 71:17,
72:9, 88:4,
89:3, 89:19,
94:18, 96:9,
96:20, 115:9,
115:20, 130:4,
132:11, 133:4,
133:13, 133:14,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

183

136:7, 142:15,
143:17, 146:22,
147:2, 149:8,
151:10, 151:16,
157:10, 157:11
**other's**
6:11
**others**
33:9, 47:9,
61:3, 67:3,
119:11, 133:2
**otherwise**
86:7, 161:12
**out**
11:18, 13:21,
14:4, 29:22,
37:13, 40:21,
45:17, 53:19,
54:7, 54:11,
54:14, 55:10,
57:7, 63:14,
64:21, 65:20,
70:14, 75:22,
78:6, 78:14,
82:21, 85:5,
87:22, 88:8,
88:20, 89:1,
94:13, 99:3,
102:16, 102:20,
102:22, 103:21,
104:1, 104:3,
104:19, 104:20,
107:19, 108:3,
108:22, 114:11,
117:21, 130:8,
130:13, 133:2,
134:12, 137:12,
139:8, 142:8,
143:2, 143:15,
146:5, 146:8,
147:10, 147:15,
150:10, 155:5,
157:3
**outcome**
103:9, 122:13,
161:12
**outcomes**
128:12

**outreach**
39:14, 39:19,
40:19
**outside**
20:6, 35:19,
36:15, 118:4
**over**
6:10, 15:15,
46:11, 48:16,
52:4, 70:18,
71:18, 79:15,
91:6, 91:19,
122:8, 152:14
**overall**
44:9
**own**
36:4, 40:5,
74:7, 147:3
**owners**
96:21

**P**

**packet**
105:15
**page**
4:2, 4:9,
41:22, 75:1,
75:9, 75:15,
76:6, 76:9,
83:21, 97:13,
97:14, 97:16,
98:7, 99:8,
105:10, 106:11,
106:21, 137:14,
137:18, 140:17,
158:5
**pages**
1:21, 42:19,
75:1, 92:18,
140:14
**paid**
22:21, 23:2,
24:17, 144:21,
145:1
**panel**
89:22, 91:8,
91:11, 92:2
**panned**
107:19

**paper**
22:8
**paragraph**
107:9
**paralegal**
11:13
**parity**
61:22, 62:17,
62:18
**park**
61:5, 101:11
**parking**
101:11
**parkway**
12:13, 12:20,
13:6, 13:13,
13:17, 51:13,
51:15, 130:1,
130:3, 156:19
**parlance**
6:2
**part**
24:5, 37:7,
38:8, 51:9,
74:10, 76:17,
89:16, 119:5
**participate**
83:9, 83:12,
84:1, 84:10,
85:14, 85:19,
96:21
**participated**
34:20, 122:7
**participation**
54:9, 72:18,
95:21, 111:22
**particular**
8:4, 19:16,
54:12, 55:9,
97:13, 97:20,
99:20, 109:9
**particularly**
53:18, 65:19,
83:20
**parties**
161:11
**pass**
68:9, 118:13

**passage**
96:9
**passed**
68:14, 73:3
**passing**
131:15
**passion**
132:9
**past**
21:12, 95:22,
97:15, 106:6,
127:4
**pastor**
11:18, 11:19,
12:11, 14:5,
129:20, 130:1,
130:3
**pay**
23:4, 23:5,
61:22, 62:17,
63:1, 97:20
**penny**
1:22, 2:17,
161:2
**people**
34:4, 40:20,
40:22, 51:7,
52:16, 53:6,
53:8, 91:18,
91:19, 127:10,
133:9, 136:15,
139:8, 139:12,
139:21, 139:22,
146:6
**people's**
127:11
**percent**
46:3, 46:8,
72:19, 72:22,
73:4, 73:9,
111:10, 111:19,
111:20, 111:22
**percentages**
48:6
**percenters**
113:14
**performance**
112:16

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

184

| | | | |
|---|---|---|---|
| performed 91:3 | pile 137:13 | 12:16, 12:17, 18:20, 22:22, 48:16, 58:13, 114:12, 117:7, 130:12 | presenting 44:15 |
| performing 112:14 | place 78:20, 109:22, 114:13, 127:5 | | preserving 7:6 |
| period 12:5, 12:6, 127:18 | places 11:10, 30:7 | positions 39:11, 49:6, 135:13 | president 54:20, 55:1, 108:10 |
| perry 156:22 | plaintiffs 1:7, 3:2, 5:6 | possibility 130:19 | pretty 10:17, 15:4, 24:15, 35:15, 51:7, 52:13, 52:14, 52:16, 52:19, 53:3, 60:3, 83:13 |
| person 38:16, 100:19, 101:8, 114:2, 118:9, 121:13, 149:15 | plan 93:14 | possible 122:21, 124:19, 141:15 | |
| | planning 51:3, 69:14, 69:15, 69:17, 69:19, 69:20, 93:3 | possibly 148:17 | |
| personal 16:15, 16:18, 19:7, 20:11, 20:18, 20:21, 21:3, 25:7, 26:14, 26:15, 27:20, 29:5, 30:9, 47:3, 50:19, 58:14, 58:22 | platform 144:11 | post 105:7 | prevention 62:4 |
| | please 6:19, 75:5 | potential 94:19, 120:14, 155:4 | previous 57:11 |
| | point 14:9, 25:13, 63:8, 69:1, 154:20 | potentially 70:9, 108:4 | previously 44:17, 150:4 |
| | | poverty 128:11 | price 102:2, 102:19 |
| personally 156:15 | police 61:19, 62:17, 85:12, 85:16, 96:2, 96:6, 144:3 | powerpoint 45:22, 46:1 | pricing 102:8, 106:13 |
| perspective 126:22 | | practices 96:2 | primarily 57:14 |
| pertained 99:13 | policy 60:7, 152:1 | predominantly 47:7, 47:15 | princess 61:6 |
| pertaining 29:9, 30:15 | political 9:20, 25:1, 32:17, 84:11, 84:14, 86:1, 86:8 | preface 14:7 | printed 150:10 |
| pertains 49:19 | | prepare 14:6, 14:9, 15:1, 26:21 | prior 14:2, 15:12, 31:7, 35:19, 35:20, 35:22, 36:4, 36:7, 39:17, 57:17, 59:7, 59:8, 112:14, 125:17, 131:10, 133:12, 142:4, 145:13, 145:15, 151:11 |
| petula 54:20, 54:21, 87:8 | politically 31:8 | prepared 141:10 | |
| ph 10:11 | polling 147:9 | preparing 15:16 | |
| phone 17:2, 21:21, 77:14, 77:16, 77:22, 86:7, 94:12, 130:14, 133:17, 133:18, 153:2, 153:5 | pop 56:5 | prerogative 8:14 | |
| | population 46:19 | presence 42:7 | priorities 59:21 |
| | portion 106:2 | present 3:22 | priority 71:11 |
| picked 138:17 | position 10:22, 12:14, | presentation 43:8, 91:6, 91:7 | private 70:9, 98:17, 106:13, 115:19, |

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

185

120:21
**privilege**
8:5, 8:19,
70:10, 115:21
**privileged**
8:9, 8:17,
14:18, 121:1
**privy**
81:22, 95:15
**probably**
9:2, 9:13,
10:18, 11:4,
16:20, 25:10,
31:3, 32:3,
33:9, 37:18,
39:5, 39:17,
39:21, 53:7,
58:3, 67:16,
81:18, 82:7,
82:8, 120:16,
131:17, 132:5,
136:7, 137:1,
137:2, 141:6,
142:7, 142:8,
153:11, 157:8
**problem**
106:18
**problems**
60:16, 60:19
**procedures**
33:21, 33:22
**proceed**
115:9
**proceeded**
129:17
**process**
33:7, 33:14,
33:17, 35:8,
49:2, 49:16,
65:3, 65:5,
65:18, 65:20,
68:21, 69:7,
76:3, 96:22,
98:4, 114:5,
114:8, 120:12,
135:19, 141:19,
143:1
**processes**
33:20, 33:22,

117:1
**prodan**
157:2
**production**
140:11, 141:13
**profession**
151:10
**professional**
144:2
**professor**
17:21, 131:7,
131:9
**program**
98:9, 106:21,
107:16
**programs**
79:10
**project**
110:11, 110:12,
110:13, 110:16,
110:20, 111:15,
111:21
**projects**
34:21, 35:8,
40:14
**promote**
40:18, 97:1
**pronounce**
15:9
**proper**
66:3, 82:2
**property**
105:7
**proportional**
116:17
**proposals**
60:7
**propose**
65:3
**proposed**
67:12, 68:3,
68:15, 71:15,
93:11, 111:6
**proposing**
60:14
**provide**
35:4, 57:9,
86:22, 103:13,

121:21, 142:1
**provided**
41:17, 45:2,
56:15, 81:10,
101:13, 101:20,
142:10, 142:16,
150:5, 150:8
**providing**
109:5
**pruden**
108:7, 108:22,
109:12
**pruden's**
109:18
**public**
2:18, 9:22,
10:2, 10:13,
60:2, 61:17,
70:9, 84:2,
84:4, 126:3,
144:14, 150:14,
152:4, 161:1,
161:21
**publicly**
8:18, 155:5
**published**
96:12
**pull**
137:12
**purchasing**
89:8, 89:16,
90:12, 97:4,
97:8
**purpose**
158:18
**pursuant**
2:17
**pursue**
93:15, 99:5
**pursuits**
19:4
**purview**
97:8
**push**
71:13
**pushback**
74:17, 77:3,
78:1, 78:5,

81:15
**pushed**
73:22, 76:16
**put**
66:3, 72:6,
72:7, 120:5,
122:9
**putting**
27:6, 40:20,
63:13, 116:16,
117:11, 120:14

**Q**

**quarterly**
64:16
**queen**
47:8
**question**
6:16, 6:19,
7:1, 7:8, 7:14,
7:15, 8:8, 8:10,
27:2, 28:13,
45:9, 50:6,
50:9, 70:6,
115:17, 116:2,
119:10, 120:1
**questions**
6:7, 7:4, 7:18,
8:4, 14:8,
14:19, 52:17,
91:10, 91:20,
91:22, 135:12,
143:6, 158:14,
158:15, 158:16
**quite**
34:20, 91:22
**quiz**
56:6
**quoted**
111:7

**R**

**race**
147:12, 147:16,
147:22, 148:1
**racial**
46:21, 48:4,
63:1, 63:17,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

186

126:21, 126:22,
127:2, 128:3
**raise**
94:11
**raised**
72:17, 94:8
**ran**
148:12, 148:13,
148:15
**rates**
105:7, 128:11,
128:12
**rather**
123:18, 137:12,
148:21
**reach**
53:19, 54:11,
54:14, 55:10,
73:8, 85:5,
103:21, 104:3,
130:8, 130:13,
139:8, 146:5
**reached**
13:21, 14:4,
57:7, 82:20,
88:20, 89:1,
100:3, 102:20,
102:22, 104:1,
108:3, 108:22,
134:12
**reaching**
40:21, 102:16,
104:19, 104:20,
157:3
**read**
97:15, 97:18,
123:6, 158:17,
159:2, 159:4,
160:3
**reading**
43:19, 45:9,
158:18, 161:8
**reaffirm**
44:14
**really**
34:8, 60:16,
66:16, 66:19,
81:22, 95:15,

116:8, 153:21
**realtor**
135:3, 135:4
**realtors**
144:8
**realty**
89:11
**reason**
7:17, 8:12,
8:14, 16:7,
78:4, 119:5
**rebecca**
89:15, 91:13
**recall**
28:9, 32:16,
34:21, 35:6,
35:11, 35:13,
36:13, 43:19,
49:10, 51:19,
71:4, 83:5,
92:11, 100:1,
100:3, 101:9,
101:10, 101:17,
118:6, 118:10,
119:13, 120:8,
126:11, 126:15,
126:18, 127:20,
127:21, 128:1,
130:21, 130:22,
131:3, 133:3,
133:11, 135:14,
136:9, 137:8,
142:18, 147:5,
152:15, 152:16,
156:6, 157:1,
157:14, 157:18
**received**
9:19, 9:21,
12:9, 15:20,
27:15, 27:17,
56:12, 73:15,
86:7, 86:12,
94:4, 102:1,
102:5, 128:19,
129:9, 131:21,
143:13
**receiving**
147:12

**recent**
125:11, 125:14,
125:15
**recently**
59:11, 70:14,
112:4
**recess**
59:18, 158:12
**reciprocated**
57:8
**recollection**
21:12, 31:14,
72:14, 73:5,
80:13, 83:6,
108:21, 131:2,
131:5
**recommendations**
96:13, 100:17
**record**
5:11, 6:1, 7:7,
29:19, 37:7,
59:17, 59:19,
92:21, 97:22,
161:5
**recruit**
114:11
**redistricting**
114:22
**reduced**
161:7
**refer**
17:4, 75:2
**reference**
25:7, 79:18
**referenced**
70:13
**referendum**
117:17, 117:19,
118:1, 118:11,
119:19, 120:6,
120:15
**referred**
25:18, 25:21,
99:18, 139:15,
139:20, 139:22,
140:4
**referring**
28:20, 64:9,

72:3, 74:12,
76:12, 124:7,
139:17
**refresh**
108:21, 131:1
**refusing**
8:17
**regard**
8:16, 103:7
**regarding**
88:20
**regent**
9:20, 10:3,
17:12, 18:16,
129:21, 131:7
**registered**
30:22, 31:2
**registration**
109:1, 131:18
**regular**
5:21
**regularly**
31:5, 53:9
**regulate**
35:5, 106:2
**rehabilitation**
68:19, 70:4
**relate**
8:8, 104:17
**related**
18:16, 28:18,
30:1, 30:16,
32:13, 41:20,
43:13, 68:3,
68:19, 82:9,
83:20, 96:2,
99:14, 142:2,
147:19, 155:20,
161:10
**relates**
67:22, 95:14,
98:3, 127:4
**relating**
14:19
**relationship**
58:15, 59:1,
59:3
**release**
103:10

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    187

**relevance**
107:11
**rely**
51:3, 51:7
**remember**
15:3, 18:2,
21:13, 25:14,
29:15, 30:16,
31:15, 32:15,
34:9, 34:11,
45:13, 45:18,
53:15, 72:16,
82:13, 83:7,
85:10, 85:11,
85:13, 92:3,
102:12, 102:13,
102:15, 102:16,
104:11, 106:7,
108:5, 112:3,
114:12, 117:15,
117:17, 118:8,
120:11, 120:18,
121:3, 121:13,
123:2, 125:13,
125:16, 126:1,
127:7, 127:9,
127:10, 127:12,
129:1, 131:19,
133:1, 133:20,
134:1, 134:9,
134:10, 136:5,
138:3, 139:1,
139:3, 139:11,
140:6, 143:20,
147:17, 147:19,
148:4, 148:8,
148:9, 157:3
**remind**
70:7
**repeat**
50:9, 116:2
**reported**
1:22, 147:9
**reporter**
5:22, 6:3,
6:12, 46:12
**reporter-notary**
161:1

**represent**
122:10, 123:4
**representation**
115:15, 116:6,
116:13, 116:17,
116:21, 122:16
**represented**
79:16, 79:17,
123:11
**represents**
124:20
**republican**
147:20, 148:10
**request**
44:14, 66:5,
75:16, 93:2,
93:3, 93:6,
93:8, 98:21,
99:8, 99:21,
101:7, 109:18
**requested**
56:20, 98:8,
161:9
**requesting**
103:6
**requests**
121:15
**required**
111:11, 111:21,
118:12, 118:15
**requirements**
35:5
**resign**
112:11, 113:20,
157:20
**resignation**
112:7, 112:9,
112:15
**resigned**
112:5, 157:19
**resistance**
73:16
**resolution**
4:12, 49:22,
71:15, 72:3,
72:10, 73:3,
73:10, 92:8,
92:10, 96:10,

103:13, 117:3,
117:8, 117:12,
118:13
**resolutions**
49:19, 50:2,
50:4, 50:10,
67:12, 67:15
**resolve**
77:8, 80:21,
85:9
**resolved**
77:9, 77:17
**resources**
60:10, 64:14,
64:22, 65:1,
74:11, 74:18,
76:19, 78:7,
79:5, 82:9,
94:2, 122:9
**respect**
8:10, 60:6,
60:14, 60:20,
61:9, 61:22,
62:3, 73:16,
76:12, 80:10,
83:22, 112:20
**responding**
75:16
**response**
75:13, 76:8,
104:19, 137:10,
137:18, 138:11
**responses**
26:21
**responsibilities**
11:15
**responsive**
27:8, 27:13,
27:19, 29:1,
30:7, 56:14
**rest**
121:11
**result**
103:4
**results**
45:16, 70:14,
91:2, 91:5, 91:9
**retreat**
45:7, 125:1,

125:11, 125:14,
125:17
**revenue**
104:10, 104:20,
105:1, 105:16,
146:13
**review**
43:9, 65:11,
69:2, 69:4,
75:5, 84:6
**revitalizing**
110:13
**revival**
10:21, 11:3,
11:16, 11:21,
12:4, 12:8,
51:14, 130:2,
130:7, 156:20
**rfp**
114:11
**right**
13:1, 15:9,
23:7, 26:7,
28:8, 32:4,
32:8, 33:3,
36:21, 42:2,
42:16, 43:1,
43:15, 46:5,
46:16, 47:21,
48:17, 63:12,
65:14, 66:6,
72:19, 83:1,
84:12, 87:11,
87:14, 93:4,
97:18, 98:5,
98:10, 99:16,
101:4, 102:21,
104:21, 105:18,
106:14, 107:9,
109:5, 109:13,
112:5, 113:12,
118:17, 118:22,
119:8, 120:16,
123:20, 124:3,
124:21, 125:2,
127:19, 137:5,
138:1, 140:4,
141:2, 142:20,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                    188

144:9, 150:22,
151:20, 152:2,
153:17, 155:8,
158:2, 158:6,
158:17
**rights**
88:8, 88:10
**riots**
127:5
**rise**
60:21
**river**
9:18
**rmr**
1:22, 2:18,
161:2
**roads**
11:11, 30:17,
87:14, 143:20
**robbie**
14:5
**robert**
157:2
**roberts**
148:19
**robin**
23:18, 24:6
**role**
49:15, 49:16,
114:3
**ron**
149:9
**room**
2:8, 3:18,
113:7
**rose**
130:5
**rosemary**
4:20, 21:9,
25:19, 25:21,
37:9, 132:21,
133:19, 136:10,
136:21, 137:21,
138:14, 138:16,
139:16, 139:20,
140:5, 140:15,
142:13, 154:16,
158:4

**roughly**
123:18
**rouse**
21:13, 72:15,
101:11, 142:3,
147:20, 148:2,
148:5, 148:7,
148:11
**rpr**
1:22, 2:18,
161:2
**rules**
5:18
**run**
32:17, 42:9,
123:17, 124:2,
128:17, 130:12,
132:7, 132:12,
135:11, 136:18,
145:3, 148:17,
148:20, 151:11
**running**
31:16, 57:22,
58:13, 84:16,
129:4, 129:6,
130:19, 134:15,
144:12, 146:2,
149:2
**runnymede**
156:5
**résumé**
39:2, 39:4,
140:18, 141:1,
141:6, 141:8

**S**
**sabrina**
1:14, 2:1, 4:2,
4:11, 5:3, 5:12,
22:19, 22:22,
23:1, 23:15,
24:2, 24:7,
51:6, 51:8,
155:22, 159:7,
160:2
**safe**
61:14
**safest**
62:7

**safety**
60:2, 60:11,
61:17, 68:6,
68:12, 144:14
**said**
8:21, 19:13,
28:18, 61:8,
62:17, 64:6,
65:18, 73:12,
84:9, 95:8,
100:5, 113:8,
134:13, 142:12,
158:21, 161:6
**same**
50:13, 160:4
**sandler**
81:12, 81:16,
82:11, 82:15,
82:18
**satellite**
91:4
**satisfactorily**
112:14
**saturday**
78:21
**save**
19:7, 20:6,
21:2
**saved**
19:22, 20:1,
29:6
**saw**
81:8, 89:4,
129:13, 129:14
**say**
6:2, 6:5, 9:2,
10:11, 25:1,
30:6, 44:5,
44:22, 47:22,
48:1, 48:8,
50:3, 53:13,
58:3, 59:20,
61:7, 61:11,
62:1, 63:4,
64:3, 66:5,
67:17, 73:11,
74:3, 74:4,
74:5, 74:8,

74:9, 77:4,
79:17, 80:15,
82:8, 84:15,
85:4, 90:9,
91:4, 94:21,
95:17, 99:12,
106:7, 109:8,
112:2, 113:6,
113:21, 114:17,
116:8, 116:22,
117:1, 119:15,
120:4, 121:5,
121:12, 123:21,
131:13, 134:11,
138:16, 139:2,
139:21, 140:16,
141:14, 146:15,
148:3, 152:22,
153:8, 153:22,
158:21
**say-so**
66:13, 67:6
**saying**
14:7, 111:8,
120:11, 143:14
**says**
44:13, 45:1,
93:3, 105:2,
105:17, 109:11,
140:15, 141:22
**schedule**
66:2, 143:3
**scheduled**
16:5, 16:6,
42:17
**scheme**
125:10, 125:22,
126:14
**school**
9:18, 60:9,
93:4, 93:7,
93:10, 93:17,
94:3, 127:20
**schools**
52:7, 60:11,
63:22, 84:2,
84:4, 85:18,
86:3, 127:15,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

189

127:18
**science**
9:20
**scope**
49:11
**screenshots**
4:21, 150:13
**sea**
60:21
**seal**
161:14
**search**
27:22, 28:2,
29:12, 29:14,
29:17, 29:20,
29:22, 141:15,
142:8
**searches**
142:9
**searching**
29:11, 63:7,
141:16
**seat**
48:17, 124:20,
128:21, 129:12,
134:15, 151:9
**seatack**
47:8, 101:11,
101:18, 145:20
**seats**
148:21, 149:3
**second**
41:3, 41:22,
56:17, 79:1,
79:8, 79:16,
97:14, 107:9,
110:10
**sector**
98:17, 106:13
**security**
156:12
**see**
18:19, 43:5,
56:21, 62:12,
67:16, 68:10,
69:2, 85:6,
99:17, 105:5,
107:1, 111:9,

114:1, 114:4,
116:20, 131:14,
133:10, 134:22,
142:6, 142:7,
152:14
**seeing**
104:22, 133:3
**seek**
83:8
**seen**
63:20
**segregated**
127:14
**selected**
114:16
**semester**
18:8
**seminar**
64:16
**senator**
31:17
**send**
66:21, 69:8,
141:4, 143:15
**sending**
20:15
**senior**
11:17, 11:19
**sense**
69:3
**sent**
20:22, 21:8,
21:11, 21:12,
29:9, 30:18,
38:17, 39:2,
39:3, 43:18,
54:2, 54:3,
54:7, 57:11,
87:22, 92:18,
99:3, 114:11,
141:5
**sentences**
6:11
**separately**
42:13
**september**
1:16, 137:2,
161:15

**sequence**
105:13, 105:14
**series**
14:8, 76:18,
76:21, 78:2,
78:5, 78:9,
78:19, 104:16,
143:5
**serve**
39:15, 148:22
**served**
12:10, 31:11,
31:14, 31:17,
32:4, 33:2,
157:18
**server**
19:10, 19:13
**servers**
17:11, 19:7
**service**
19:17
**services**
19:12, 19:13,
19:14, 19:19
**sessions**
64:18
**sessoms**
43:18, 157:5,
157:7
**set**
19:16, 33:19,
45:22, 68:5,
73:9, 73:12,
83:19, 136:10,
143:3, 161:13
**several**
31:12, 61:6,
94:9, 114:17,
155:9
**shake**
6:2
**shannon**
41:10, 72:15
**share**
43:20
**shared**
20:5, 44:9
**she'll**
159:4

**sheet**
111:5, 111:15,
111:18, 158:21,
160:7
**sheriff's**
62:21, 85:5,
85:11, 85:16
**shooting**
68:6, 68:12
**shootings**
68:4
**shorthand**
161:1
**shortly**
12:17, 39:10,
131:20
**should**
56:11, 83:13,
92:5, 94:1,
94:3, 94:19,
108:6, 139:8,
140:1, 150:7
**show**
40:21
**shut**
127:17
**sifen**
153:19
**sign**
40:4, 158:17
**signature**
159:6, 160:11
**signature-onxrw**
161:19
**signed**
160:7
**signing**
101:18, 158:18,
161:9
**simone**
3:22
**since**
31:4, 34:19,
35:17, 51:20,
52:3, 53:17,
59:10, 67:13,
68:16, 96:12,
131:12

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

190

**sister-in-law**
155:21
**sitting**
130:21
**six**
16:21
**size**
62:8, 124:15
**slack**
21:16
**slate**
147:2
**slates**
147:11
**slides**
46:1
**small**
76:17, 79:4,
144:15
**smith**
43:4, 43:12,
151:22, 152:6
**smith's**
43:8, 43:20
**snapchat**
22:7
**social**
22:1, 22:3,
24:12, 24:19,
24:20, 28:21,
42:6, 42:7,
42:9, 50:18,
53:1, 144:18
**solis**
109:4, 109:7
**some**
17:16, 21:11,
21:12, 23:13,
25:7, 40:14,
51:5, 52:14,
53:9, 53:22,
62:2, 62:5,
66:2, 72:9,
74:12, 76:12,
77:2, 81:17,
89:3, 92:1,
92:4, 102:5,
103:6, 112:19,

113:1, 113:11,
114:14, 117:16,
117:20, 118:20,
119:20, 123:6,
128:9, 128:14,
129:16, 129:21,
139:4, 139:13,
145:3, 151:16,
151:22, 155:4
**somebody**
20:22, 105:16
**someone**
108:5, 114:11,
114:16, 133:20,
134:1, 134:3,
134:13, 136:13,
147:9
**something**
8:8, 22:9,
22:13, 30:15,
30:16, 32:2,
41:4, 62:14,
66:5, 66:18,
67:2, 69:2,
69:5, 81:4,
82:9, 82:14,
87:12, 89:12,
93:15, 97:7,
99:13, 99:15,
101:22, 105:2,
106:4, 107:16,
107:22, 108:2,
108:6, 109:1,
109:10, 109:19,
109:22, 110:15,
116:9, 117:9,
118:4, 118:9,
129:2, 130:16,
132:9, 137:2,
145:9, 147:19,
148:4, 148:9,
152:8
**sometime**
12:21, 34:13,
58:3, 129:1,
131:22
**sometimes**
52:7, 64:18,

64:19, 66:4
**somewhere**
11:4, 29:18
**sorry**
10:11, 19:14,
34:9, 76:2,
105:12, 110:3,
148:3, 150:17
**sort**
60:11, 61:14,
62:4, 64:1
**sorts**
141:2
**sound**
56:5
**source**
150:11, 150:14
**speak**
27:4, 44:6,
67:10, 75:22,
80:3, 85:21,
97:4, 104:9,
131:15
**speaker**
31:18, 58:19,
89:22
**speakers**
80:2, 80:4,
89:19
**speaking**
19:11
**special**
36:18, 37:5,
37:22, 109:8,
109:10
**specific**
17:3, 18:21,
30:2, 37:2,
44:6, 52:10,
53:14, 60:6,
61:2, 65:22,
90:9, 104:6,
106:8, 118:8,
126:18, 143:5
**specifically**
60:9, 60:13,
61:7, 64:9,
64:15, 66:10,

73:11, 74:12,
79:22, 88:21,
94:21, 97:3,
99:12, 107:18,
113:9, 114:17,
116:22, 120:8,
121:16, 129:8,
133:2, 139:2,
152:15, 157:15
**specifics**
35:6, 48:5,
92:3
**speculation**
93:19, 122:18
**speculatory**
120:3
**spelling**
159:1
**spend**
128:14
**spoke**
43:12, 130:2,
157:14
**spoken**
153:2, 153:4
**sponsored**
76:20
**spring**
131:22
**spurred**
129:6
**st**
63:11
**staff**
22:16, 22:21,
23:2, 50:21,
51:2, 65:7,
65:13, 66:15,
66:22, 71:19,
84:1, 84:3,
84:9, 89:7,
100:6, 100:16,
100:21, 101:1,
114:19
**stakeholders**
114:15
**standing**
36:22

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

191

stands
87:4
start
17:22, 22:21,
75:14, 104:17,
108:19
started
13:2, 13:5,
70:21, 78:14
starting
114:1
starts
75:10
state
5:10, 8:11,
119:10, 128:2
statement
103:7, 103:10,
123:12
statements
123:7, 152:5
states
1:1, 112:3
stating
45:5
statistics
95:17
statute
65:8
statute-based
50:1
stay
131:13
stems
93:8
stenographically
161:7
step
69:6, 69:8
step-by-step
97:17
stepping
128:20, 130:12
steps
65:22, 66:7,
69:12, 71:13,
91:9, 92:1,
96:11, 114:17

sticker
46:11
sticking
106:20
still
18:16, 30:18,
39:6, 63:10,
124:20, 127:12,
128:8
stone
88:13, 88:14,
88:19, 91:15,
91:16
strategist
25:1
strategy
60:17
street
3:6
stretch
59:15
strickland
88:7
string
4:13, 4:14,
4:15, 4:16,
4:17, 4:18
struggling
61:3
student
18:17
studies
18:7
study
44:16, 44:18,
44:21, 45:10,
45:12, 45:16,
68:1, 70:14,
70:15, 70:18,
71:3, 71:8,
71:11, 71:16,
73:13, 79:20,
80:10, 81:9,
83:9, 85:1,
87:1, 91:3,
92:4, 93:9,
93:16, 93:22,
94:4, 94:19,

96:12, 96:13,
100:7, 100:17,
100:20, 111:9,
152:10
subcontractors
111:11
subject
30:2, 30:3,
56:19, 70:10
subjects
52:15
subpoena
4:11, 4:20,
15:20, 27:7,
27:15, 27:17,
28:7, 29:10,
29:16, 29:21,
30:1, 30:16,
56:12, 56:18,
137:10, 138:11,
141:19, 141:22
substance
8:1, 14:12,
14:17
successful
44:20
suffering
128:8
suggest
100:20
suggested
100:22, 139:7
suggests
105:20
suite
3:7
summer
98:9, 132:1,
132:3
supplements
150:8
support
44:15, 71:3,
100:16, 112:7,
117:2, 117:10,
121:7, 142:13,
142:16, 146:13,
146:16, 146:17,

146:18, 147:2,
147:4, 157:10
supported
40:21, 101:7,
152:9
supporter
156:8, 156:17
supporting
36:21, 37:1,
38:2, 64:6,
147:5
supportive
60:8
supports
121:10, 123:1
supposed
69:1
sure
5:12, 6:18,
7:16, 9:17,
10:16, 19:9,
34:14, 37:3,
38:19, 42:7,
45:15, 48:2,
48:3, 50:15,
52:4, 58:3,
59:16, 60:8,
61:13, 62:19,
63:20, 64:11,
65:21, 66:15,
68:4, 70:1,
70:2, 73:20,
74:3, 74:11,
75:17, 77:7,
78:16, 80:15,
82:8, 87:4,
87:14, 95:11,
95:19, 96:19,
96:20, 97:3,
97:18, 99:13,
101:14, 101:16,
107:18, 112:2,
120:4, 121:12,
125:18, 132:6,
139:17, 141:7,
150:7, 153:15,
153:22, 156:3,
157:17, 158:11,

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

192

| | | | |
|---|---|---|---|
| 158:19 | **talked** | **testify** | 56:3, 60:3, |
| **surrogate** | 88:21, 116:10, | 5:5, 16:8, | 62:5, 63:19, |
| 31:18 | 120:21, 126:5, | 119:10, 119:11 | 66:13, 67:16, |
| **susan** | 126:6, 126:9, | **testifying** | 69:13, 78:14, |
| 148:19 | 126:16, 129:16 | 130:22 | 80:15, 80:16, |
| **sutton** | **talking** | **testimony** | 81:20, 82:13, |
| 84:8, 85:22 | 113:13, 128:14, | 160:4, 160:6, | 82:15, 87:3, |
| **swam** | 131:3, 140:1, | 161:6 | 87:11, 90:21, |
| 79:22, 80:6, | 147:18 | **text** | 92:11, 94:19, |
| 96:21, 101:1, | **talks** | 21:4, 21:7, | 102:21, 103:19, |
| 101:8 | 106:21 | 21:8, 21:20, | 104:6, 113:18, |
| **sworn** | **tameka** | 29:3, 113:12, | 115:8, 119:17, |
| 5:4, 48:13, | 23:18, 24:6 | 133:17 | 120:8, 121:5, |
| 120:16 | **tara** | **th** | 122:6, 122:15, |
| **sylvia** | 23:5 | 3:6, 16:6, | 127:7, 129:2, |
| 88:6 | **taylor** | 138:14, 161:14 | 129:6, 129:20, |
| **system** | 89:17, 91:14 | **thank** | 130:15, 130:16, |
| 117:3, 118:14, | **tcc** | 30:20, 138:18 | 130:20, 136:14, |
| 118:22, 119:14, | 82:14 | **thanking** | 137:17, 142:12, |
| 119:20, 121:10, | **teaching** | 137:22 | 144:9, 145:7, |
| 121:17, 122:2, | 18:6, 18:8 | **theft** | 145:8, 150:22, |
| 122:6, 123:1, | **team** | 62:13 | 153:20, 158:9 |
| 124:3, 124:18 | 24:5, 24:7, | **themselves** | **thinking** |
| **systemic** | 24:10, 25:20, | 123:15 | 28:19, 57:22, |
| 63:15 | 26:10, 51:9 | **thereafter** | 61:9, 129:8, |
| **T** | **telephone** | 161:7 | 141:7, 149:16 |
| **take** | 50:19, 91:4 | **thing** | **thinks** |
| 6:1, 6:4, 6:12, | **tell** | 6:9, 7:13, | 105:6 |
| 7:12, 7:15, | 9:15, 10:14, | 14:20, 27:14, | **third** |
| 66:16, 76:1, | 14:10, 14:11, | 60:12, 61:15, | 78:20, 79:9, |
| 77:13, 78:20, | 14:12, 34:3, | 62:4, 64:1, | 93:2 |
| 110:20, 115:2, | 49:15, 68:20, | 114:4, 158:22 | **thompson** |
| 115:5 | 76:5, 80:12, | **things** | 140:9, 151:19, |
| **taken** | 102:4, 135:16, | 8:15, 8:16, | 151:22, 152:5, |
| 59:18, 61:22, | 144:4 | 8:17, 62:10, | 152:9, 152:13, |
| 66:7, 71:13, | **tension** | 115:9, 122:9, | 153:14, 153:16 |
| 96:11, 158:12, | 127:1, 127:3, | 142:2, 152:7 | **thought** |
| 161:4, 161:6 | 127:13 | **think** | 19:13, 82:1, |
| **taking** | **term** | 13:1, 13:5, | 83:13, 122:20, |
| 48:16 | 46:20, 111:5, | 13:10, 16:20, | 141:19 |
| **talk** | 111:15, 111:18 | 17:13, 21:11, | **thoughts** |
| 6:10, 15:21, | **terms** | 23:7, 23:20, | 65:7, 129:17 |
| 26:18, 71:19, | 29:12, 29:14, | 25:10, 32:3, | **three** |
| 75:12, 134:14, | 29:17, 29:20, | 32:4, 32:7, | 55:8, 67:16, |
| 136:12, 136:15, | 29:22, 81:1, | 33:9, 33:13, | 134:20 |
| 143:4, 153:12, | 141:15 | 38:17, 39:13, | **through** |
| 157:13 | **testified** | 39:16, 41:3, | 25:6, 27:20, |
| | 46:14, 124:1 | 47:10, 47:13, | 28:3, 28:5, |

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

193

28:16, 28:21,
30:11, 57:11,
58:17, 58:18,
65:18, 69:13,
69:14, 82:5,
90:15, 90:16,
136:1, 137:12,
138:13, 154:2,
154:3, 154:16,
154:18, 157:8,
158:19
**ticket**
147:20, 147:21,
148:5, 148:10
**tide**
60:22
**tidewater**
144:3, 157:22
**tim**
31:15
**time**
7:3, 12:5,
12:6, 13:12,
16:8, 16:9,
17:18, 21:14,
30:3, 31:3,
31:18, 38:16,
46:18, 54:20,
57:20, 57:21,
57:22, 66:3,
105:13, 105:14,
111:6, 116:1,
120:13, 127:13,
127:18, 128:14,
132:8, 134:9,
141:20, 142:10,
153:21, 154:22
**timeline**
69:21
**times**
70:13, 134:18,
134:20, 152:12,
152:22, 153:1,
153:4
**title**
5:10, 25:2,
104:6, 106:8
**today**
7:18, 8:4,

14:7, 15:1,
15:22, 16:3,
63:5, 63:6,
115:9, 125:20,
126:13
**together**
40:20, 65:8
**told**
14:10, 14:13,
14:15, 100:15,
106:12, 117:4,
117:5, 117:22,
119:12, 134:2,
136:12, 139:22
**tolentino**
89:6, 91:14
**took**
91:9, 91:22,
109:22, 127:5
**tools**
64:12, 64:14
**top**
17:5, 77:12,
106:11
**topic**
45:5, 52:11,
83:15, 104:17
**totality**
24:9
**touch**
131:11
**tourism**
64:4, 64:5,
106:7, 106:8,
136:6
**towards**
75:4, 111:7
**town**
52:11
**trafficking**
144:15
**tragedy**
63:13
**transcribed**
158:20
**transcript**
41:15, 56:10,
72:2, 74:22,

83:11, 92:16,
97:12, 104:15,
108:14, 110:9,
138:10, 150:3,
161:5
**transcription**
160:5
**trap**
106:22, 107:15
**treatment**
94:20
**trial**
16:5
**trucks**
34:22, 35:2,
35:5
**true**
160:4, 161:5
**trusted**
129:16, 129:19,
132:11
**truthfully**
7:18
**try**
111:9
**trying**
5:22, 85:10,
123:2, 133:20,
134:1
**tuesday**
1:16, 125:5
**turn**
45:19, 56:17,
76:5
**twice**
131:1
**twitter**
22:5, 53:2
**two**
18:10, 18:11,
38:2, 51:7,
55:8, 77:14,
79:12, 92:18,
134:20, 135:6,
140:14, 158:8
**two-way**
14:16
**type**
14:20, 82:12,

103:6
**types**
19:6, 144:17
**typewriting**
161:8
**typewritten**
150:9

**U**

**uh-huh**
6:3, 7:5, 7:9,
8:13, 18:5,
26:5, 52:9,
62:15, 63:9,
64:2, 64:8,
65:9, 68:2,
84:5, 89:2,
113:2, 120:10,
122:11, 135:5,
135:15, 151:4
**uh-uh**
6:2, 132:13
**ultimately**
66:14, 78:8,
80:18, 81:10,
82:10, 98:12,
98:20, 99:21,
100:13, 103:12,
104:9, 106:16,
109:11
**under**
5:5, 43:3,
97:8, 97:21,
124:18, 161:8
**understand**
6:19, 8:19,
44:16, 76:15,
78:1, 100:15,
114:10
**understanding**
49:15, 57:13,
76:22, 77:6,
98:16, 117:15,
118:11, 124:14,
136:18, 143:15
**understood**
7:1, 119:16
**unequivocally**
74:5

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019                                    194

| | | | |
|---|---|---|---|
| **unfair** | **28**:17, 30:8 | 144:2, 144:8, | **walden** |
| 119:15, 119:19, | **venture** | 146:3, 150:19, | 10:4, 10:5, |
| 120:11 | 89:10, 89:11 | 157:6, 161:22 | 10:7 |
| **united** | **venue** | **vision** | **want** |
| 1:1 | 82:16 | 112:18 | 8:15, 14:9, |
| **university** | **verbal** | **voiced** | 17:3, 22:20, |
| 9:21, 10:3, | 6:4, 121:3 | 84:1, 119:2 | 24:22, 26:18, |
| 10:4, 10:7, | **verbalized** | **volunteer** | 52:17, 56:17, |
| 17:19, 129:22, | 116:10, 123:3 | 23:1, 23:15, | 67:2, 67:3, |
| 131:8 | **verbalizing** | 51:10, 51:15, | 69:5, 93:6, |
| **unless** | 120:9, 121:14 | 61:20, 147:16 | 97:15, 97:20, |
| 7:7, 17:5 | **version** | **volunteered** | 106:7, 108:15, |
| **upset** | 141:9 | 31:11, 32:5, | 108:17, 111:11, |
| 112:20 | **vice** | 37:21 | 115:2, 115:7, |
| **use** | 39:13, 39:15, | **volunteers** | 119:5, 140:16 |
| 6:4, 19:7, | 39:16 | 22:20, 23:3, | **wanted** |
| 19:12, 19:18, | **view** | 23:13, 23:21, | 21:1, 40:8, |
| 20:8, 20:13, | 86:4, 119:20 | 24:4, 51:4, 51:5 | 66:19, 72:10, |
| 20:17, 20:18, | **villanueva** | **vote** | 80:13, 81:13, |
| 21:15, 29:12, | 149:9 | 31:5, 45:2, | 99:4, 110:10, |
| 29:14, 29:22, | **virginia** | 65:12, 66:19, | 111:9, 134:14, |
| 64:12, 76:19, | 1:2, 1:9, 1:15, | 67:2, 69:22, | 135:10, 135:16, |
| 111:10, 124:15, | 2:5, 2:9, 2:19, | 92:9, 106:22, | 148:22 |
| 145:2 | 3:11, 3:15, | 107:15, 110:20, | **wanting** |
| **uses** | 3:19, 5:13, | 111:3, 120:6, | 93:9, 135:9 |
| 19:10 | 7:20, 8:21, 9:1, | 121:6 | **warner's** |
| **using** | 9:5, 9:7, 11:22, | **voted** | 31:17 |
| 37:12, 141:9 | 19:22, 33:2, | 111:5 | **washington** |
| **usually** | 33:7, 35:21, | **voter** | 3:8 |
| 6:10, 22:11, | 36:15, 36:19, | 30:22, 31:2, | **water** |
| 35:15, 53:1, | 38:6, 43:14, | 107:20, 108:22, | 89:12, 102:1, |
| 53:5, 55:3, | 43:22, 44:4, | 109:18, 109:21, | 107:17, 107:22, |
| 133:18, 134:21 | 46:15, 46:19, | 131:18, 147:12, | 109:2, 109:10, |
| _____ | 53:20, 59:4, | 147:16, 148:1, | 109:19, 110:1 |
| **V** | 60:19, 61:19, | 148:6, 148:7 | **way** |
| _____ | 63:5, 63:16, | **voters** | 23:4, 27:5, |
| **va** | 84:2, 84:3, | 123:11, 123:19, | 27:7, 59:8, |
| 2:9, 3:19 | 85:5, 87:20, | 147:15 | 65:11, 65:18, |
| **van** | 88:18, 95:18, | **votes** | 114:21 |
| 106:3, 106:5, | 106:3, 108:10, | 68:7 | **ways** |
| 136:7 | 110:16, 112:18, | **voting** | 50:16, 75:4, |
| **various** | 113:19, 114:22, | 117:3, 124:16 | 157:11 |
| 51:3, 88:2, | 116:18, 118:21, | **vpap** | **we'll** |
| 121:21 | 119:18, 122:3, | 4:21, 150:13 | 6:2, 59:17, |
| **vary** | 123:19, 124:15, | _____ | 59:19, 108:19, |
| 55:5 | 126:20, 127:14, | **W** | 110:7, 115:5, |
| **vbea** | 127:17, 128:2, | _____ | 138:8, 149:21, |
| 143:20, 143:22 | 128:8, 144:1, | **waived** | 158:9 |
| **vbgov** | | 159:6 | |
| 28:5, 28:16, | | | |

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

195

we're
68:22, 95:19,
95:20, 96:16,
97:17, 97:22,
114:1
we've
26:17, 26:19,
116:10, 125:19,
126:12, 150:8,
159:1
website
13:19, 40:10
wednesday
35:16
weeks
18:4
went
9:18, 9:19,
9:20, 27:11,
29:21, 91:6,
117:9, 143:2,
143:4
weren't
114:21
whatever
29:9, 29:15,
30:2, 52:16,
64:21, 142:10,
150:10
whatnot
20:17
whatsapp
21:16
whenever
7:12, 125:11
whereof
161:13
whereupon
5:2
whether
14:19, 63:16,
64:21, 121:7,
148:1
whitaker
89:9, 89:10,
91:13, 103:17,
109:15
white
148:7

whole
75:5, 136:17,
137:13, 146:10
wildlife
68:19, 70:4
wile
1:22, 2:17,
161:2
williams
89:22, 90:14,
91:13
wilson
4:20, 21:9,
24:14, 24:20,
25:4, 25:6,
25:19, 37:9,
38:3, 51:6,
132:21, 133:19,
136:21, 137:22,
138:12, 138:14,
139:16, 139:20,
140:5, 140:15,
140:19, 141:10,
142:13, 154:16,
158:4
wilson's
140:11, 141:13
win
124:20
wind
60:22
windsor
61:5
wish
8:4, 115:21
without
99:11
witness
161:13
wolfe
23:16, 23:18
woman-owned
46:4
won
12:17, 157:17
wondering
57:5
wood
21:8, 133:10,

142:15
woods
61:5
wooten
1:14, 2:1, 4:2,
4:9, 4:11, 5:3,
5:8, 5:12, 8:7,
28:1, 59:20,
142:3, 155:17,
155:22, 158:13,
159:7, 160:2
wooten's
75:13
wootensabrina@gm-
ail
28:1, 28:11,
30:8, 39:5, 57:1
word
24:21, 45:10,
158:22
words
74:7
work
17:19, 18:21,
18:22, 23:6,
23:9, 25:7,
36:3, 50:21,
59:21, 65:7,
67:1, 90:3
worked
10:17, 11:10,
11:11, 11:12,
11:17, 24:4,
34:22, 35:12,
35:20, 36:14,
40:15, 40:17,
90:8, 103:21,
117:21, 146:18
workforce
62:20
working
10:1, 12:4,
61:16, 66:14,
68:22, 69:10,
69:11, 70:3,
70:7, 90:11,
147:10
works
65:11, 68:17,

89:7, 104:7
workshop
61:4, 126:5
workshops
48:22
wouldn't
16:7, 28:3,
28:5, 105:17,
116:8, 147:6
writes
106:1
written
123:9, 123:14
wrote
77:2, 85:4

**Y**

yahoo
17:10
yeah
27:16, 75:21,
86:18, 103:18,
152:20
year
13:2, 13:6,
13:9, 18:3,
39:17, 40:18,
98:4, 111:1,
125:1, 125:7
years
7:22, 8:22,
9:14, 10:18,
11:2, 11:3,
19:2, 31:16,
46:15, 70:19
yesterday
15:2, 125:11
young
23:19
yourself
147:4
youth
98:9

**$**

$250
158:5
$30,000
96:15

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

196

**$84,000**
98:8, 98:12, 98:21

**0**

**00**
159:8
**00069**
1:8
**047**
99:9, 99:10
**07430**
4:18
**07439**
4:18
**07836**
4:17
**07840**
104:18
**07848**
4:17
**08084**
4:15
**08089**
92:22
**08090**
4:15, 92:22
**08136**
4:14
**08140**
4:14
**08175**
4:13
**08280**
4:13
**08510**
4:16, 98:1
**08511**
98:1
**08540**
4:16

**1**

**10**
1:17, 4:10, 4:19, 41:19, 46:3, 46:8, 53:7, 72:19,

72:22, 73:4, 85:4, 110:7, 110:8, 111:10, 111:19
**10118**
4:19
**10309**
4:19
**104**
4:17
**108**
4:18
**11**
4:20, 9:14, 10:18, 138:8, 138:9, 149:21
**110**
4:19
**1101**
3:6
**12**
4:21, 9:14, 72:19, 73:9, 111:20, 111:22, 149:22, 150:1, 150:2
**12853**
42:19, 42:21
**12862**
45:19
**12954**
4:12
**13**
43:1
**138**
4:20
**14**
3:6, 16:6
**15**
1:17, 7:22, 8:22, 46:15, 59:14, 138:14
**150**
4:21
**161**
1:21
**17**
1:16, 4:10

**18**
1:8, 31:4
**19**
141:22
**1997**
11:7, 11:8

**2**

**2**
159:8
**20**
53:7, 53:8
**20005**
3:8
**2003**
11:4, 11:9
**2008**
46:2, 72:21, 73:2
**2011**
44:14, 44:18, 44:21, 48:9, 114:22
**2014**
131:10
**2015**
34:14, 38:7
**2016**
39:18, 39:21
**2017**
13:3, 13:5, 13:6, 13:10, 39:18, 41:19, 43:1, 45:14
**2018**
11:5, 12:8, 12:9, 12:19, 31:7, 35:20, 36:7, 36:15, 48:15, 56:20, 57:18, 58:4, 58:7, 59:1, 59:5, 72:21, 116:16, 129:2, 129:9, 134:10, 138:15, 142:5, 151:9, 155:1, 157:19

**2019**
1:16, 18:3, 32:18, 36:18, 37:4, 37:22, 85:4, 86:16, 161:15
**202**
3:9
**2020**
16:6, 98:4
**2021**
161:16
**22**
79:2
**2200**
3:9
**23456**
2:9, 3:19
**2401**
2:6, 3:16
**250**
91:19
**26**
161:14
**260**
2:8, 3:18
**262114**
1:20
**2:cv**
1:8

**3**

**3**
99:9, 99:10
**30**
9:3
**30,000**
123:18
**300,000**
123:18
**31**
63:11, 161:16
**35**
79:17
**385**
2:10, 3:20
**39**
105:11

Transcript of Sabrina D. Wooten
Conducted on September 17, 2019

197

| 4 | |
|---|---|
| **400** | |
| 3:7 | |
| **41** | |
| 4:10 | |
| **4351** | |
| 2:10, 3:20 | |

| 5 |
|---|
| **56** |
| 4:11 |

| 7 |
|---|
| **70** |
| 79:15 |
| **72** |
| 4:12 |
| **736** |
| 3:9 |
| **74** |
| 4:13 |
| **7432** |
| 108:18 |
| **7436** |
| 108:18, 108:19 |
| **757** |
| 2:10, 3:20 |
| **7836** |
| 106:21 |
| **7837** |
| 106:10 |
| **7839** |
| 105:11 |

| 8 |
|---|
| **8187** |
| 86:15 |
| **8275** |
| 75:3, 75:13, 77:12, 78:12 |
| **8276** |
| 75:13 |
| **83** |
| 4:14 |

| 9 |
|---|
| **92** |
| 4:15 |

| **97** |
|---|
| 4:16, 127:8 |

| @ |
|---|
| **@vbgov** |
| 16:13 |