**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **Latasha Holloway,** *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 2:18-cv-0069** |
| **City of Virginia Beach,** *et al.*, | |
| **Defendants** | |

**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

# PLAINTIFFS' EXHIBIT 35

Deposition Transcript of Virginia Beach City Council Member Rosemary Wilson
(Volume I only)



# Transcript of Rosemary Wilson

**Date:** October 3, 2019
**Case:** Holloway, et al. -v- City of Virginia Beach, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                    NORFOLK DIVISION

 4     -------------------------------x

 5     LATASHA HOLLOWAY and            :

 6     GEORGIA ALLEN,                  :

 7                 Plaintiffs,   :    CASE NO.

 8     v.                             :    2:18cv00069

 9     CITY OF VIRGINIA BEACH, et al., :

10                 Defendants.   :

11     -------------------------------x

12

13

14          Deposition of ROSEMARY A. WILSON

15            Virginia Beach, Virginia

16           Thursday, October 3, 2019

17                  2:18 p.m.

18                  Volume I

19

20     Job No. 265819

21     Pages 1 - 151

22     Reported by:  Penny C. Wile, RPR, RMR, CRR
```

```
1            Deposition of ROSEMARY A. WILSON, held at

2     the offices of:

3


4


5            VIRGINIA BEACH CITY ATTORNEY

6            2401 Courthouse Drive

7            Municipal Center, Building One

8            Room 260

9            Virginia Beach, VA 23456

10           (757)385-4351

11


12


13


14


15


16


17           Pursuant to Notice, before Penny C. Wile,

18    RPR, RMR, CRR, Notary Public of the Commonwealth

19    of Virginia.

20


21


22
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                           3

```
 1            A P P E A R A N C E S

 2    ON BEHALF OF THE PLAINTIFFS, LATASHA HOLLOWAY

 3    AND GEORGIA ALLEN:

 4         DANIELLE LANG, ESQUIRE

 5         CHRISTOPHER LAMAR, ESQUIRE

 6         CAMPAIGN LEGAL CENTER

 7         1101 14th Street NW

 8         Suite 400

 9         Washington, DC 20005

10         (202)736-2200

11

12    ON BEHALF OF THE DEFENDANTS, CITY OF VIRGINIA

13    BEACH, ET AL.:

14         CHRISTOPHER S. BOYNTON, ESQUIRE

15         OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY

16         2401 Courthouse Drive

17         Municipal Center, Building One

18         Room 260

19         Virginia Beach, VA 23456

20         (757)385-4351

21

22         Also present:  Jeffrey Zalesin
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    4

```
1               C O N T E N T S

2   EXAMINATION OF ROSEMARY A. WILSON        PAGE

3          By Ms. Lang

4

5

6

7

8               E X H I B I T S

9   WILSON DEPOSITION EXHIBIT                PAGE

10  Exhibit 1    Subpoena                    28

11

12

13

14

15

16

17

18

19

20

21

22
```

1              P R O C E E D I N G S

2    Whereupon,

3                 ROSEMARY A. WILSON,

4    after having been first duly sworn, was examined

5    and did testify under oath as follows:

6     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:

7    BY MS. LANG:

8       Q. Good afternoon, Ms. Wilson.  I'm Danielle

9    Lang.  I am counsel for the plaintiffs in this

10   case.

11         Have you ever been deposed before?

12      A. Never.

13      Q. Okay.  So I'm going to go over some ground

14   rules to begin with.

15         As you can see, the court reporter is

16   taking down everything we say.  Her need to take

17   down everything we say kind of informs the way we

18   need to speak to each other.  So ordinarily it's

19   very common for us to finish each other's

20   sentence, predict what someone is going to say,

21   talk over each other a bit.  That's very hard for

22   the court reporter to take down, so I'd ask that

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    6

1    you, you know, wait until I finish.  And I'll do

2    my very best to wait until you finish before I ask

3    my next question.

4          Does that make sense?

5       A. Yes.

6          MR. BOYNTON:  You have to answer audibly.

7       Q. My next instruction is that, likewise

8    because the court reporter is here, we usually say

9    uh-uh or uh-huh or we shake our head or nod.  None

10   of that is easy for the court reporter to take

11   down, so I'd ask you give yes or no, clear, verbal

12   answers.

13      A. Yes.

14      Q. From time to time your counsel will make

15   objections.  There are two different kinds of

16   objections, broadly speaking.  One is an objection

17   to something about the form of my question.  Those

18   are all just for the court, preserving them for

19   the court down the road.  And you need not worry

20   about them, and you can answer the question that I

21   have given.

22          Then there will be another form of an

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    7

1   objection that might relate to something that is

2   privileged information.  And, then, your counsel

3   might instruct you not to answer or at least not

4   to answer with respect to certain kinds of

5   information.

6          Thus far, in this case there's been two

7   different kinds of those objections.  One is

8   attorney-client privilege.  I don't want you to

9   share with me at any time anything that you said

10  to your counsel or that your counsel said to you.

11  You can share with me that you met with your

12  counsel and when that happened and who you met

13  with, but not the substance of those

14  conversations.

15         Does that make sense?

16     A. Yes.

17     Q. The second type of privilege that you

18  might invoke is what's called legislative

19  privilege.  Legislative privilege only covers

20  conversations between you -- private conversations

21  between you and other City Council members.  If

22  others that were not City Council members or your

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                        8

1    counsel are present, the privilege does not apply.

2         So only -- and if you've shared a

3    conversation that you had with a Council member to

4    your husband or to anyone else --

5         A. I'm not married.

6         Q. Sorry.  I apologize.

7         A. I'm a widow.

8         Q. I'm sorry.

9         If you shared this conversation with

10   anyone outside of the City Council, the privilege

11   no longer applies and you need to answer the

12   question with respect to those conversations.

13        MR. BOYNTON:  Well, you know, we will have

14   to answer or deal with those questions on a

15   question-by-question basis.  But as a general

16   proposition, do you wish to invoke legislative

17   privilege to the extent it's applicable today?

18        A. Yes.

19        Q. If you don't understand a question that I

20   ask, please go ahead and ask me to rephrase.  I'm

21   happy to do that.  Otherwise, I'll assume that you

22   understood the question.

1          Is there any reason that you can think of

2     that you cannot answer questions truthfully today?

3          A. I don't lie.

4          Q. So no?

5          A. That's my answer.

6          Q. Okay.  Can you state your full name and

7     your position for the record?

8          A. Rosemary Ann Wilson.  I'm City Council

9     At-Large.

10         Q. Okay.  Are you from Virginia Beach?

11         A. I was not born here.

12         Q. Okay.  When did you move to Virginia

13    Beach?

14         A. When I was five-years-old.

15         Q. Okay.  And have you lived in Virginia

16    Beach since you were five-years-old?

17         A. No.

18         Q. Okay.  How much time have you spent away

19    from Virginia Beach since then?

20         A. About six years.

21         Q. Okay.  Was that to go to school or you

22    moved to a different city?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    10

1        A. I was a Navy child.  We moved to Florida

2   when I was six, came back.  And, then, I went to

3   college out-of-state --

4        Q. Okay.

5        A. -- for a few years.

6        Q. Other than that, you've lived in Virginia

7   Beach; is that correct?

8        A. Since I was 25.

9        Q. Okay.

10       A. Wait a minute.  I lived in Chesapeake for

11  a couple of years --

12       Q. Okay.

13       A. -- when I first got married.

14       Q. And --

15       A. So it might have been longer than six

16  years.  Sorry.

17       Q. That's okay.

18       A. I really wasn't expecting that question.

19       Q. What district do you currently live in?

20       A. The Beach.

21       Q. Okay.  And how long have you lived in the

22  Beach district?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    11

1        A. Six-and-a-half years.

2        Q. And you mentioned that you went to

3    college.  Can you tell me about your educational

4    background?

5        A. I have a B.S. in Education, Early

6    Childhood, K through 7.

7        Q. And any other degrees?

8        A. I had some graduate work but not a degree.

9        Q. Okay.  And where did you get your B.S.

10   from?

11       A. Old Dominion University.

12       Q. Okay.  What have you done as a career,

13   outside of being a City Council member?

14       A. Teacher, and a realtor.

15       Q. How long were you a teacher for?

16       A. Six years.

17       Q. Okay.  And what did you teach?

18       A. Kindergarten, first, second, fourth.

19       Q. Okay.  And how long have you been a real

20   estate agent?

21       A. Twenty years.

22       Q. Okay.  Is that your current occupation?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    12

1        A. Uh-huh.

2           MR. BOYNTON:  Yes or no.

3        A. Yes.

4        Q. Do you have your own practice or do you

5    work for a realtor?

6        A. I work with Howard Hanna Real Estate.

7        Q. Okay.  And have you been with them for the

8    past 20 years?

9        A. No.

10       Q. Okay.  How long have you been with that

11   agency?

12       A. A year-and-a-half.

13       Q. And where were you before that?

14       A. Berkshire Hathaway HomeServices.

15       Q. Okay.  And in your current realtor

16   position, is it mostly personal homes?

17       A. Residential.

18       Q. Residential.

19          Okay.  And was that the case in your prior

20   employment, too?

21       A. Yes.

22       Q. Okay.  When did you first learn about this

1    lawsuit?

2         A. I don't remember.

3         Q. What's your best -- what's your first

4    memory of knowing about this lawsuit, your best

5    approximation?

6         A. Something in our package, in our mail, I

7    read about it, but I couldn't tell you when.  We

8    get lots of stuff all the time, so I can't tell

9    you.  I don't know.

10        Q. And what's your best understanding of what

11   this lawsuit is about?

12        A. Challenging our voting system.

13        Q. And why is it being challenged?

14        A. You tell me.

15        MR. BOYNTON:  Well, to the extent you

16   understand.

17        A. Yes.

18        Q. So why --

19        MR. BOYNTON:  To the extent you understand

20   what the suit is about, she's asking for your

21   understanding.

22        A. Challenging our voting system.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    14

1      Q. On what basis?

2      A. That rather than an at-large system, to be

3   a ward system.

4      Q. And on what basis?  What's the claim as to

5   why the current system is not lawful?

6      A. I wouldn't say it's not lawful.

7      Q. All right.  I'm not asking you to say

8   that.

9         What is your understanding of what the

10   plaintiffs' claim is as to why there should be a

11   change in the system?

12      A. I don't think that's up to me.  I think

13   that's up to you-all.

14      Q. But it is -- what is your understanding of

15   what the lawsuit is --

16      A. I don't think that's up for me to have to

17   say.

18         MS. LANG:  We're going to be here for a

19   lot longer.

20      A. I mean, it's for me to explain their --

21         MR. BOYNTON:  I hear you.  I don't

22   disagree with you.  But in this context if you can

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    15

```
1   just say your understanding -- it's not legally

2   binding on us or anything like that -- as to what

3   you think their reasons are for the suit or what

4   the underlying basis is is helpful to --

5       A. It affects the racial ability of people to

6   get elected.

7       Q. Okay.  There might be a number of

8   questions that I ask that you think are not

9   questions that I should be asking, but the nature

10  of this forum is that unless there is some sort of

11  privilege you're required to answer those

12  questions.

13      MR. BOYNTON:  It's a pretty open-ended

14  process, to be fair.  And we'll just have to get

15  through it, so...

16      Q. What did you do to prepare for this

17  deposition?

18      A. Nothing.  Well, excuse me.  I talked to my

19  attorney on the phone for about 15 minutes.

20      MR. BOYNTON:  I don't know how long it

21  was.

22      A. We had a brief conversation.
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    16

1      Q. And you talked to Mr. Boynton?

2      A. Yes.

3      Q. Okay.  And when was that phone call?

4      A. Last week.

5      Q. Okay.  Have you talked to anyone else

6   about the fact that you're coming in for this

7   deposition?

8      A. I mentioned I'm coming in but not what the

9   topic was.  I was at an event I had to leave.  I

10  said, I'm being deposed.

11     Q. Okay.  And that was at this event earlier

12  today?

13     A. I had a luncheon.

14     Q. And what was that event?

15     A. It was Eggleston Services that does --

16  what they do is they help disabled people with

17  employment and managing to live their lives.

18     Q. And was that a campaign event?

19     A. No.

20     Q. Okay.  You have an event later today; is

21  that correct?

22     A. That's correct.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    17

```
1        Q. And what's that event?

2        A. It is a campaign event, Meet and Greet

3    Rosemary.  And I have to be there.

4        Q. Okay.  And where is that?

5        A. Mermaid Winery on Shore Drive.

6        Q. Okay.  Did you review any documents in

7    preparing for this deposition?

8        A. Nope.

9        Q. Did you bring any documents with you

10   today?

11       A. No.

12       Q. Okay.  In 2020, do you have any sense of

13   travel plans that might stop you from being able

14   to appear at a trial?

15       A. No.

16       Q. Okay.  Any other reason --

17       A. Oh.  2020?

18       Q. Yes.

19       A. I don't know.  I have no idea.

20       MR. BOYNTON:  Well, do you have anything

21   specific at this point?

22       A. Not yet, but --
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    18

1      Q. I don't know either.  I'm not asking you

2  to bind yourself.  I'm asking you to tell me what

3  you know now.

4      A. I'm not going to say I'm not going to

5  travel.

6          MR. BOYNTON:  Well, no, I don't think

7  that's what you're being asked.  She's asking do

8  you have any plans right now.

9      A. No, I do not have any plans right now.  I

10 was thinking the rest of 2019.

11         MR. BOYNTON:  The trial date has changed.

12 It was originally January.  Now there is no date,

13 so that's why it's more open-ended than it would

14 have been.

15     A. Okay.

16     Q. You have an official Virginia Beach office

17 email address; is that right?

18     A. Correct.

19     Q. Do you also have personal email accounts?

20     A. Yes.

21     Q. And what are those?

22     A. rwilson31@cox.net, rawilson31@gmail.com.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    19

```
 1        Q. Okay.  And do you use one or both of those

 2   sometimes to communicate about City Council

 3   business?

 4        A. Occasionally.

 5        Q. Okay.  And do you use both of them or just

 6   one of them?

 7        A. One comes -- they both come into the same

 8   place.

 9        Q. Okay.

10        A. So they merge.

11        Q. I understand.

12           Do you use your personal cellphone for

13   both personal and official business?

14        A. Yes.

15        Q. Okay.  And do you have a Virginia Beach

16   computer or just your personal computer?

17        A. Personal.

18        Q. Okay.  And do you sometimes use your

19   personal computer for business purposes?

20           MR. BOYNTON:  City business?

21        Q. For city business purposes?

22        A. Occasionally.
```

1      Q. Okay.  And do you have any cloud services,

2  like Google Drive or Box.com or Dropbox?

3      A. I have Google Drive because I sit on the

4  Development Authority, and they put our agenda

5  there.

6      Q. Okay.

7      A. But that's the only thing I use it for,

8  for city business.

9      Q. If you have a Word document or any sort of

10  document that relates to your Virginia Beach City

11  Council duties, where would you, typically, keep

12  that document?

13      A. I don't.

14      Q. You don't have in your possession any

15  documents related to your job as a Virginia Beach

16  City Council person?

17      A. No.  It comes through on my city account.

18  We get tons of stuff printed that's sent to us.

19      Q. Where do you put those printed materials?

20      A. Everywhere.  They're all over my house.

21  We get lots of stuff.

22      Q. Okay.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    21

```
1        A. Every week (indicating).

2        Q. Okay.

3        A. A lot every week.

4        Q. And you have those documents in your home?

5        A. No.  Not all of them.  I mean, we have to

6   get rid of the stuff.  I wouldn't have a place to

7   live if I kept them all.

8        Q. But you have some of them in your home?

9        A. So they come from the city, so there is

10  nothing that is not on the city's stuff.

11        MR. BOYNTON:  The point I think she's

12  trying to establish --

13        MS. LANG:  I understand.

14        MR. BOYNTON:  Okay.  I'm trying to

15  facilitate.

16        MS. LANG:  No thank you.

17        A. I can't keep all that stuff.

18        Q. Do you ever text message with the fellow

19  City Council members?

20        A. Not city business, no.

21        Q. In general?

22        A. Yes.
```

1      Q. Okay.  Do you ever text message with

2   constituents?

3      A. Yes.

4      Q. Okay.  Do you have social media accounts?

5      A. Yes.

6      Q. Which kind?

7      A. Facebook.

8      Q. Twitter?

9      A. Yes.  I don't -- I don't know how to use

10   it, but I have it.

11      Q. Instagram?

12      A. Yes, but I don't know how to use that

13   either.

14      Q. Do you have staff or volunteers that run

15   those accounts for you?

16      A. Yes.

17      Q. Okay.  And who are they?

18      A. James Frost.

19      Q. Okay.  Is he a paid staff or a volunteer?

20      A. He's paid.

21      Q. Okay.  Paid by your campaign?

22      A. Uh-huh.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    23

1        Q. Okay.

2        A. And a fellow named Darien McDaniel.

3        Q. Is he also paid?

4        A. Yes.

5        Q. By your campaign?

6        A. Yes.

7        Q. Okay.

8        A. But this is only during campaign season --

9        Q. Right.

10       A. -- that they have access.

11       Q. Right.

12          Do you keep a calendar?

13       A. Yes.

14       Q. On your phone?

15       A. On my phone.

16       Q. Do you ever write memos to yourself on

17    your phone or elsewhere?

18       A. No.

19       Q. Ever take notes during City Council

20    meetings?

21       A. We have a little tablet, and I'll write

22    things there, but I usually throw them away.

1        Q. What do you mean by tablet?  Is it

2    electronic or paper?

3        A. (Indicating)

4            MR. BOYNTON:  Notepad.

5        Q. Notepad.

6            Okay.  Do you have any of those in your

7    possession at home?

8        A. Yes.

9        Q. Okay.

10       A. I'll give you an example.  If someone

11   comes -- when we have speakers, I'll write their

12   names down.  They came to speak before us.

13       Q. Yes.

14       A. That sort of thing.

15       Q. Are there any other means that you have

16   for talking about city or campaign business that

17   we haven't talked about yet?

18       A. Telephone.

19       Q. Telephone.

20           Who else is on your campaign staff right

21   now?

22       A. Brian Kerwin.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              25

1      Q. And he's your manager, campaign manager?

2      A. No.

3      Q. What is his position?

4      A. He's a consultant.

5      Q. Who else?

6      A. Cole Trower, T-R-O-W-E-R.

7      Q. And what's his position?

8      A. That's a good question.  He's not doing

9   very much, so...

10         MR. BOYNTON:  Okay then.

11      Q. What was he, theoretically, hired to do or

12   paid to do?

13      A. He's supposed to be helping wherever you

14   need help.  You know, if you need to have signs

15   put out or -- you know, he's not doing very much.

16   I'm not very happy.

17         MR. BOYNTON:  Okay.

18      Q. Is he paid on an hourly basis or how is he

19   paid?

20      A. By the month.

21      Q. Who else?

22      A. That's it.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    26

```
1        Q. Okay.  And James Frost, what is his
2   position or role?
3        A. He takes pictures.  He puts things on
4   Facebook.  I might get him to put a sign out
5   tomorrow.  Just what needs to be done.
6        Q. Okay.  And what about --
7        A. Campaign --
8        Q. -- Darien McDaniel?
9        A. Darien, he's my campaign manager.
10       Q. He's your campaign manager?
11       A. Uh-huh.
12       Q. And when did campaign season begin and you
13  brought these campaign individuals on?
14       A. July.
15       Q. July.
16          When did you announce that you were
17  running for the Beach district?
18       A. Early May.
19       Q. You didn't have any staff on board when
20  you did that?
21       A. No.
22       Q. Okay.  And why did you decide to run for
```

1    the Beach district?

2         A. I decided to run for the Beach district

3    because there were three different Council members

4    in a six-month period, and I felt that it was a

5    very complicated district that needed my

6    experience and to bring stability to the district.

7         Q. Okay.  You were -- if you are not

8    successful in this election you would still be in

9    your role as an at-large member; is that correct?

10        A. Yes.

11        Q. And you're not actually up for election in

12   that capacity until 2020; is that correct?

13        A. Yes.

14        Q. Okay.  And if you are elected to the Beach

15   district, what would happen to your position, the

16   current position?

17        A. The Council would appoint someone.

18        Q. Okay.  And you would vote with your other

19   City Council members on who would be appointed to

20   that position?

21        A. I have not made that decision yet.

22        Q. Okay.  You would be entitled to vote?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    28

1        A. Yes.

2        Q. Okay.

3           MS. LANG:  I'll mark Exhibit 1.

4                      (Exhibit 1 was marked and

5                       attached to the transcript.)

6        Q. And you received this subpoena in this

7    case; is that right?

8        A. I don't remember seeing this.

9           MR. BOYNTON:  Others pages, maybe.

10       A. And I was contacted in an email about the

11   deposition.  We get in our package sort of a

12   synopsis of the case.  But I do not remember ever

13   seeing this.

14          MR. BOYNTON:  Why don't you do this?  Why

15   don't you leaf through the whole thing and see

16   what's in it?  And maybe that will help.  The

17   title is Subpoena to Produce Documents or

18   Information.  And, then, they have an attachment

19   of all the documents they want.

20       A. I remember this (indicating).

21       Q. Okay.  So you're referring to Exhibit A to

22   the subpoena; is that correct?

1      A. Yes.

2      Q. And you remember seeing this list of

3   documents --

4      A. Yes.

5      Q. -- that we requested?

6         Okay.  Can you walk me through what you

7   did to search for responsive documents?

8      A. Excuse me?

9      Q. What did you do to find the documents that

10   you ultimately gave to us in response to the

11   subpoena?

12         MR. BOYNTON:  If you continue to go

13   through this, there are attachments.  This is the

14   package of response.  We prepared that page for

15   you.  And, then, these are the documents that you

16   provided.

17      A. Well, the things that were on the city

18   site, they're things I left up to the city.  And I

19   did extensive searches on my personal accounts.

20      Q. Okay.

21      A. And I provided you what I could find.

22   City information, we're required to maintain.  But

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    30

1   personal or campaign information, we are not

2   required to maintain.

3       Q. And you searched your personal email

4   accounts?

5       A. Yes, I did.

6       Q. Did you search your Google Drive?

7       A. I have nothing there.  I only use it -- I

8   only get -- I receive things from the Development

9   Authority.  Pretty much, that's it.

10      Q. So anything that was from the Development

11  Authority that might be responsive to our request

12  you didn't look for in the Google Drive?

13      A. No, I didn't because I don't really use

14  it.

15      Q. Okay.

16      A. I receive information.  That's how the

17  Development Authority sends us our agenda.

18      Q. Okay.  And did you look through your text

19  messages?

20      A. Yes.

21      Q. And how did you go about doing that,

22  manually or were you able to do a search?  What

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    31

1    did you do to find relevant text messages?

2        A. I did searches.

3        Q. Okay.  Do you remember what terms you used

4    for the searches?

5        A. No, I don't.

6        Q. Okay.  Did you search your Facebook,

7    Twitter, and Instagram accounts?

8        A. I don't know how to use -- I don't know

9    how to use Twitter or Instagram.  They really

10   weren't -- they weren't active then either.

11       Q. Okay.  But they had been active in the

12   past, is that correct, during your 2016 campaign?

13       A. They could have been, but I don't do them.

14   I mean, I don't know how to use them.

15       Q. You didn't ask your staff to search your

16   social media accounts?

17       A. No, because I didn't have -- no.  When

18   did -- no.

19       Q. Okay.  Did you search your calendar?

20       A. Yes.

21       Q. Okay.

22       A. My calendar goes blank after the day's

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    32

1    passed.

2        Q. Okay.

3        A. It's electronic.  And it goes blank.

4        Q. Your testimony is your calendar

5    self-deletes every day?

6        A. Well, I don't know if every day.  But if I

7    go back to something -- I did this recently, too.

8    Things weren't on the calendar, so it

9    self-deletes.

10       Q. Did you search through the documents that

11   are in your house that you testified to earlier?

12       A. Yes.

13       Q. You did?

14       A. I went through any of the campaign

15   materials that I might have had.

16       Q. But not all of the city documents that you

17   have in your possession?

18       A. No, because the city has copies of those

19   things.

20       Q. Okay.  You went through all of your

21   campaign material?

22       A. The city documents and the campaign, those

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    33

1    are two different entities.

2        Q. Okay.  So for the campaign you did go

3    through --

4        A. Yes.

5        Q. -- any hard copy materials you have?

6        A. I did.  I provided you what I had.

7        Q. How about the notepads that you take notes

8    on, did you look at those?

9        A. I don't maintain a lot of those.  I just

10   make -- I throw them away.  They accumulate, and I

11   throw them away.  I just have, like, the last few

12   weeks of -- they are disposed.

13       Q. Okay.

14       A. And they will not be used for campaign

15   materials.

16       Q. During your 2016 campaign, did you use a

17   campaign email address?

18       A. I did, but I didn't keep track of it

19   myself.

20       Q. Who did?

21       A. I had a volunteer.  But it was really not

22   used very much.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    34

1          Q. Okay.  Who was the volunteer who was in

2    charge of that?

3          A. Her name is Deb -- I can't remember her

4    last name -- Favron, F-A-V-R-O-N.  Deb Favron.

5          Q. Who was your campaign manager last time

6    around, in 2016?

7          A. I had a different campaign than I have

8    this one, so I really -- I didn't have very much

9    staff.  I had a consultant, and I had volunteers.

10         Q. Who was your consultant?

11         A. Brian Kerwin.

12         Q. Did you consult with any of your campaign

13   staff, past or present, about where campaign

14   materials might be stored to search?

15         A. No.

16         Q. Okay.  It's your campaign staff that run

17   your social media accounts, though; is that

18   correct?

19         A. I participate, too --

20         Q. Okay.

21         A. -- now.  I mean, I'm running a different

22   campaign where I've got more people involved this

```
 1    year.
 2         Q. Okay.  But I believe you testified earlier
 3    that primarily your social media accounts are run
 4    by your staff?
 5         A. I post on them, too.
 6         Q. Yes.  I understand that you post on them,
 7    too.  But is it true that your staff primarily run
 8    them?
 9         A. Well, the Twitter, the Instagram, I have
10    no idea how those are run, so I don't do anything
11    with those.
12         Q. Okay.  But you do have staff that have
13    access to your Facebook account?
14         A. Yes.
15         Q. Okay.  And you did not search any of your
16    social media when you were responding to the
17    subpoena?
18         A. No.
19         Q. Okay.  And do you have, on your personal
20    email or whatnot, most of your past campaign
21    materials?
22         A. I've been campaigning since 1996.  No.
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    36

1      Q. Okay.

2      A. It's too much.  And I've moved several

3  times.  My husband passed away.  I've had to get

4  rid of things, so I don't keep a lot of that

5  stuff.

6      Q. Let's just focus on recent elections.  In

7  the 2012 and 2016, where do the past materials for

8  those campaigns live?

9      A. 2012 is when my husband got sick.  He was

10 diagnosed October 10th, 2012, and for the next

11 eight months I was busy taking care of him and

12 moving.  I really don't know where they are.

13     Q. Okay.  How about 2016?

14     A. 2016, I -- most everything is electronic.

15 And I sent you the -- I think I sent you the --

16 Amelia Ross-Hammond and I did some events

17 together.  So I sent you what I had.

18     Q. Okay.  You hinted at this just a moment

19 ago.  How long have you held your current position

20 on City Council?

21     A. Since 2000.

22     Q. Did you have a city position -- a city

1    position before that?

2        A. I had a position with the Schools.

3        Q. Okay.  Were you on the School Board?

4        A. I was on the School Board for four years.

5        Q. Okay.  So you ran for the School Board in

6    1996?

7        A. That's correct.

8        Q. Okay.  And, then, you ran for City Council

9    in 2000?

10       A. Yes.

11       Q. Okay.  And you've been in that same

12   position ever since?

13       A. Yes.

14       Q. Okay.  When you decided -- what led you to

15   decide to run for office back in 1996 for the

16   first time?

17       A. I was very involved in my children's

18   school.  And the principal really liked me.

19   The -- I was on the -- not the Planning Commission

20   but the Planning Council for the school.  And the

21   schools were having a pretty bad time right then

22   because there was -- they were fiscally

1    irresponsible and overspent $12 million that they

2    shouldn't have spent.  And there was a Special

3    Grand Jury, and nine of them, I believe, were told

4    to resign or get indicted.

5        Q. Nine School Board members?

6        A. Yes.

7        Q. Okay.

8        A. So it looked like they needed somebody

9    like me to step in and run.

10       Q. Okay.

11       A. And my children's principal asked me to

12   run.

13       Q. And what led you to decide to run for City

14   Council in 2000?

15       A. I liked the people.  I liked the

16   principals.  I liked the teachers.  I didn't like

17   the Superintendent.  And Harold Heischober was

18   stepping down, and I just thought it was a good

19   opportunity to run for City Council.

20           Remember that?

21           MR. BOYNTON:  Uh-huh.  That was a long

22   time ago.

1      Q. So I think you just answered this

2   question.  But when you ran, were you challenging

3   an incumbent or was the incumbent --

4      A. No.  It was an open seat.

5      Q. Okay.  Have you had some challengers over

6   the years in your races?

7      A. I've had more challengers than anybody

8   else in the city.

9      Q. Who have been some of your challengers?

10     A. Who would you like?  In '96 I had 24

11   people run against me.

12     Q. Okay.  Well, we can skip that one.

13        MR. BOYNTON:  You don't have to list all

14   those.  We'll move forward.

15     A. I couldn't tell you who they are.  In

16   2000, there were six of them.  I can't remember.

17   2012, there was only one.  That was the only time

18   I only had one.  Last year, there were -- last

19   time, there were three others.  2008 -- gee.  I

20   can't remember.

21     Q. So --

22     A. I've had probably over 50 challengers.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    40

1       Q. In 2016, who was in the race alongside you

2    for the at-large seat?

3       A. A fellow named Dane Blythe, a young woman

4    named Courtney LaLonde, and another woman named

5    Pam Witham, W-I-T-H-A-M.

6       Q. Were any of those individuals people of

7    color?

8       A. No.

9       Q. Okay.  In 2012, who was your challenger?

10      A. Kenny Golden.

11      Q. Who?

12      A. Kenny Golden.

13      Q. Okay.  And who is Mr. Golden?

14      A. He was a retired naval officer.

15      Q. Okay.  Is he a person of color?

16      A. No.

17      Q. Okay.  Do you recall in 2004 who you ran

18   against?

19          MR. BOYNTON:  If you don't, you don't.

20      A. If I spent some time thinking about it I

21   probably could.

22      Q. Okay.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    41

1        A. I've had a lot of challengers.

2        Q. Putting aside the many opponents you had

3    in 1996, have you had any people -- persons of

4    color run against you?

5        A. Yes.  Georgia Allen ran against me.  I

6    think that was 2008.

7        Q. Okay.  Anyone else?

8        A. I think so, but I can't remember their

9    name.

10       Q. Okay.  Have any of your races come close?

11       A. No.

12       Q. Okay.  You testified that Brian Kerwin is

13   working on your current campaign; is that right?

14       A. Yes.

15       Q. Has he -- since when has Brian Kerwin been

16   consulting with you on campaigns?

17          MR. BOYNTON:  This is the earliest date

18   that she can --

19       Q. Earliest date that you've worked with

20   Mr. Kerwin?

21       A. Atkinson to '96.  Atkinson to 2000.

22   Atkinson -- 2008.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                      42

1          Q. And you mentioned a gentleman named

2     Atkinson?

3          A. John Atkinson.

4          Q. And he was your prior consultant?

5          A. Well, he was my campaign manager.

6          Q. Okay.

7          A. He was a volunteer campaign manager.

8          Q. Okay.  And how did you know Mr. Atkinson?

9          A. He was our City Treasurer.

10         Q. Okay.

11         A. You're, obviously, not from here.

12             MR. BOYNTON:  He's the tax man.

13             MS. LANG:  Actually, I have heard his

14     name.

15         Q. How did you meet Mr. Kerwin?

16         A. I met Mr. Kerwin -- let's see.  He ran for

17     the School Board.  He was a candidate for the

18     School Board.

19         Q. When was that?

20         A. It might have been 2000.  I'm not totally

21     sure, but maybe 2000.

22         Q. Okay.  And was he successful in that run?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              43

1      A. No.

2      Q. Mr. Kerwin has been a political consultant

3   in Virginia Beach for a long time?

4      A. I guess -- what's your definition of a

5   long time?

6      Q. I heard testimony earlier today that maybe

7   longer than she had been alive.  So about how long

8   would you testify --

9      A. Well, he was -- he ran -- I would say

10  2000.  That was 19 years ago.

11     Q. Okay.

12     A. And he was not a consultant then.

13     Q. Okay.

14     A. So I think she's probably not quite that

15  young.

16     Q. Okay.

17        MR. BOYNTON:  We all in our mind are

18  younger than we really are.

19     Q. Fair enough.

20     A. I can't -- you'd have to ask Mr. Kerwin

21  when he became a consultant.

22     Q. Okay.  But at least since 2008 when you

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    44

1    started working with him?

2        A. Yes.  Actually, I think he -- when did

3    Bobby Dyer -- Bobby got elected in 2004.  And he

4    did Bobby Dyer's campaign.

5        Q. Okay.  How did you end up working with

6    Mr. Kerwin in 2008?

7        A. Ever since he was a School Board

8    candidate.  I like candidates and talking to them

9    and sharing information.  And we became friends

10   when he was a candidate.

11       Q. Okay.

12       A. And I told him he was not running a very

13   good campaign.  He was running with Republican all

14   over his stuff.  And I said, You just got 40

15   percent of the electorate mad at you.

16       Q. And Mr. Kerwin, did he approach you about

17   working on your 2008 campaign or did you approach

18   him?

19       A. I can't answer that.  I have no idea.  I

20   mean, that's 11 years ago.

21       Q. Okay.

22       A. We've had lots of conversations.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    45

1        Q. Okay.  And he's a paid consultant; is that
2    right?
3        A. Yes.
4        Q. Okay.  What is he currently being paid?
5        A. $1,500 a month.
6        Q. And Mr. Kerwin often works for more than
7    one City Council member during an election cycle;
8    is that right?
9        A. Yes.
10       Q. Okay.  So in 2016, do you recall who else
11   Mr. Kerwin was working for during that cycle?
12       A. He worked for me.  You'll have to ask him
13   who else he worked for.
14       Q. Mr. Dyer?  Mayor Dyer?
15       A. Probably, because he and Bobby have a
16   long-term relationship, too.
17       Q. Okay.  I imagine Mr. Kerwin doesn't work
18   for candidates that are running against each
19   other; is that correct?
20       A. Correct.
21       Q. Okay.  So does that mean that he only
22   works for one at-large candidate at a time?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    46

1      A. Well, when I run I'm the only at-large

2  candidate.

3      Q. Okay.  Because you run when the Mayor

4  runs?

5      A. (Moved head up and down.)

6      Q. Okay.

7      A. So I can't answer what he does in the

8  other years.

9      Q. Okay.  And do you know how Mr. Kerwin

10  decides who -- which candidates to work with?

11     A. I can't answer that.  That's -- I mean --

12        MR. BOYNTON:  Only if you know anything.

13     A. How can I answer what -- how he makes his

14  decisions?

15     Q. I don't know.  You have a personal

16  relationship with him; is that correct?

17     A. Correct.

18     Q. Have you talked to him about how he

19  chooses his -- who to work for?

20     A. I think probably people he likes.

21     Q. Okay.  And does he have a particular

22  political --

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    47

1        A. Probably who can afford to pay him.

2        Q. Does he have a particular political

3    ideology or philosophy?

4        A. He's a Republican.

5        Q. Okay.  Does he only represent people who

6    align with him politically?

7        A. I think he's had others that have not been

8    Republican that he's worked for.

9        Q. Okay.

10       A. But I can't tell you who.

11       Q. Fair enough.

12       A. And we're supposed to be nonpartisan.

13       Q. Correct.

14          Do you know about how much money you spent

15    on your campaign in 2016?

16       A. Maybe 140,000.

17       Q. Okay.

18       A. You'd have to look.  That's a guess off

19    the top of my head.

20       Q. Okay.

21       A. 125 to 140,000.

22       Q. Who are your major donors?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              48

1      A. I have a large number of donors.

2      Q. Who are some of your high dollar amount

3   donors?

4      A. What do you consider high dollar?

5      Q. Over $5,000.

6      A. Oh.  I don't get many of those.

7         MR. BOYNTON:  That narrows it

8   substantially.

9      Q. I had to start somewhere.  I'm going to go

10  lower.

11     A. Maybe you've got it.  Why don't you look?

12  Because I don't have it in front of me.  You're

13  asking me off the top of my head.

14     Q. Sure.

15        Ocean Spirit?

16     A. Oh.  So that was a PAC.  Shannon Kane and

17  I were doing a fundraiser together.

18     Q. Okay.

19     A. And so all the money for both candidates

20  went into that particular PAC.

21     Q. Okay.  Who ran that PAC?

22     A. Shannon's -- a guy that worked for

Transcript of Rosemary Wilson
Conducted on October 3, 2019                           49

1   Shannon.  Myra -- Myron.  Myron.  Myron.  But it

2   was a PAC.  It wasn't one person.

3        Q. And you had a joint fundraiser?

4        A. We had a joint fundraiser.  We did it that

5   way so all the money could go in and we could

6   divide up the money.

7        Q. Okay.  Acoustical Sheet Metal?

8        A. Yes.  That's a German couple.  They own a

9   company called Acoustical Sheet Metal.  They have

10  since sold it.  They just liked me.

11       Q. Okay.  Franklin Johnston Group?

12       A. They build apartments.

13       Q. Okay.  Breeden Companies?

14       A. That's -- they build shopping centers,

15  apartments.  They built the iFLY thing.

16       Q. Caliper, Inc.?

17       A. Caliper.  They did temporary personnel.

18  They were my personal neighbors and friends.

19  Wait.  Our children grew up together.

20       Q. Charles Guthrie?

21       A. He lived next door to me when I was

22  eight-years-old.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              50

```
1        Q. Kotarides Developers?

2        A. Kotarides?

3        Q. Yes.

4        A. It's a gentleman that I never met

5    in-person until Monday.

6        Q. And they're a developer?  He owns a

7    development company?

8        A. Uh-huh.  All kinds of -- it's really

9    funny.  I had never met him.

10          Did you ever meet Kotarides?

11          MR. BOYNTON:  I know Pete A.  There are

12    two Petes.  We're getting beyond the scope here.

13        A. I never met him until Monday.

14        Q. SB Ballard Construction Company?

15        A. Steve Ballard has got a big construction

16    company.  He's built schools.  He built Old

17    Dominion.  I've known Steve Ballard since the

18    late -- since I was on the School Board.

19        Q. And Siebert Realty?

20        A. Who?

21        Q. Siebert.

22        A. Oh.  Siebert Realty?  They own a real
```

1    estate company down in Sandbridge.  And Jean

2    Siebert, who just passed away this past year, was

3    a personal friend.  She and I traveled together.

4    And we were both widows.

5        Q. Michael Sifen?

6        A. Mike Sifen?

7        Q. Sifen.

8        A. He builds shopping centers.

9        Q. And Bruce Thompson is also a developer in

10   the city; is that right?

11       A. Uh-huh.

12       Q. Yes?

13       A. Yes.

14       Q. The Tidewater Builders Association, that's

15   a group?

16       A. Yes.

17       Q. Okay.  Armada Hoffler Enterprises?

18       A. They build and develop -- they built Town

19   Center.  But they build things all over, like

20   Charlotte, Maryland, Baltimore.

21       Q. Elizabeth Atkinson?  Is that

22   Mr. Atkinson's -- any relation to John Atkinson?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    52

1          A. His ex-wife.

2          Q. Okay.

3             MR. BOYNTON:  So both sides like you.

4          Q. Louis Jones has contributed to your

5     campaign; is that correct?

6          A. Yes, he has.

7          Q. Okay.  Any other City Council members that

8     have contributed to your campaigns over the years?

9          A. John Uhrin, Jim Wood.  It's all there.  I

10    can't remember.  Meyera.

11            MR. BOYNTON:  Going back a long ways.

12         A. And Amelia Ross-Hammond.

13         Q. Mayor Sessoms?

14         A. Yes.

15         Q. Do you remember what year Amelia

16    Ross-Hammond gave to your campaign?

17         A. We gave each other money in 2016.

18         Q. Okay.  There she is.

19         A. Who, Meyera?

20         Q. Amelia Ross-Hammond.

21         A. Amelia.  Yeah.

22         Q. When did you start fundraising for this

1  most recent campaign?

2      A. I did a fundraiser in May.

3      Q. Who is MAJ Consulting?

4      A. He's my neighbor.

5      Q. Okay.

6      A. He's selling his business.  He moved from

7  Richmond, and he lives in my building, and he has

8  cancer.

9      Q. I'm sorry to hear that.

10     A. And he's just a personal friend that

11 really likes me.  And he sold his business.  He's

12 got lots of money.

13         MR. BOYNTON:  Nice problem to have, but

14 certainly not --

15     A. And he has a Cavalier King Charles, like I

16 do.

17     Q. Do you know what company Landing 888, LLC

18 is?  Contributed $4,000.

19     A. Yes.  Yes.  Thank you.  They are doing --

20 connected with Global Links.  They're doing --

21 where the cables are coming in, they're creating,

22 like, a condo hotel for the cables to come through

1     for broadband.

2         Q. Okay.  You lost me on cables until you

3     said broadband.

4             MR. BOYNTON:  There is a Transatlantic

5     cable that lands in Virginia Beach.

6         Q. And Ben Davenport?

7         A. Another former Council member.  There we

8     go.

9         Q. Yeah.

10            Who is Gail Higgs?

11        A. Gail?  Gail is an old-time -- long-time

12    friend.  She owned the Marina Shores and one of

13    the Boatel things.

14        Q. Maybe we went over this already, but I

15    don't remember.  Ramon Breeden Investments?

16        A. That's the Breeden Company.

17        Q. Okay.  Yusun Spitzer?

18        A. They own a company called GTS, and --

19    cyber security.  And they're building the big

20    plant for these batteries.  They also make

21    rockets.

22        Q. Cool.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    55

1       A. Did you know that?

2          MR. BOYNTON:  I heard about the batteries.

3    I didn't know they made rockets.

4       A. Rockets, too.

5       Q. What about -- is this a city project, the

6    plant with the batteries, or can you tell me about

7    what the batteries are?

8       A. It's some kind of special battery that's

9    got a spring.  It's not like a battery here or a

10   battery I can put in a flashlight.  It's some kind

11   of special batteries.  And they're building a

12   facility on Birdneck Road.  They're going to

13   create 1,100 jobs.

14      Q. Okay.  Did they have any business with the

15   city getting permits or whatnot for that plant?

16      A. I'm sure everybody does --

17      Q. Yeah.

18      A. -- when you're building.

19      Q. Okay.  Hanger Holdings?

20      A. He's an attorney.

21      Q. What kind of attorney?

22      A. I think he does a lot of real estate

1   closings.  I'm not sure.  I've never used him.

2      Q. Gerald Yagen?

3      A. He owns the Military Air Museum, the

4   nonprofit museum that's down -- and, then, he also

5   owns some schools, like Centura.  He owns, like,

6   private technical schools.

7      Q. Okay.  With the exception of Amelia

8   Ross-Hammond, are any of the individuals we went

9   over people of color?

10      MR. BOYNTON:  People who -- I'm trying to

11   understand the question.

12      Q. People who identify as African American or

13   as Latino or Asian American?

14      MR. BOYNTON:  Are you asking about

15   campaign donors?  That's what I'm --

16      Q. Yes.  The donors that we just reviewed.

17      A. Well, you didn't ask me about Hassan

18   Barode.  He's Indian.  He gave me money.

19      Q. Okay.  Yeah.  Of the individuals we've

20   spoken of?

21      A. He gave me money this year.  And you

22   didn't mention him.  He gave me money.  I mean,

1    you're asking about minorities.

2        Q. And I appreciate you giving me that

3    additional information.

4        A. Yes.

5        Q. I don't -- for the sake of your time, I

6    can't go through --

7        A. The ones that you named, they are not

8    African American, no.

9        Q. Okay.  Are there any other donors that you

10   can think of that identify as minority?

11       A. I had a fundraiser yesterday, and Carla

12   Bailey gave me money.  She is African American.

13       Q. During the 2018 election there appears to

14   have been an incident in which some campaign

15   officials or volunteers at one of the polling

16   locations was giving out different slates of

17   candidates depending on the race of the voter.

18   Are you familiar with this incident?

19       A. I did hear about it, yes.

20       Q. Okay.  Who did you hear about it from?

21       A. This little friend of mine who does

22   volunteer work called me, Lucas Anderton.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    58

1        Q. Okay.  And when did he call you about it,
2    the day of or later?
3        A. He thought it was at the courthouse.
4        Q. Okay.
5        A. He was very upset about it.  And there
6    were different color ballots.  And depending on
7    who walked up, they gave them a different ballot.
8        Q. That is what I've heard.  And we do have
9    some photos of the individual ballots.
10       Are you familiar with the group Friends of
11   the Elephant?
12       A. Yes, I am.  A little bit.
13       Q. I'm sorry?
14       A. A little bit, yes.
15       Q. Are you aware Friends of the Elephant is
16   the group that --
17       A. Yeah.  Gary Byler.
18       Q. And they created these different flyers?
19       A. I think so.
20       Q. Okay.  Has anyone spoken, to your
21   knowledge, to Mr. Byler about these flyers?
22       A. I have no knowledge of that.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                     59

1      Q. You haven't?

2      A. No.

3      Q. Do you know Mr. Byler?

4      A. Yes.

5      Q. Are you friendly with Mr. Byler?

6      A. We know each other.

7      Q. Okay.

8      A. That's about it.

9      Q. Outside of this particular incident, are

10  you aware of any other remarks or incidents

11  related to race that have come up in recent City

12  Council elections?

13     A. No.  Not off the top of my head.

14     Q. Did Amelia Ross-Hammond ever talk to you

15  about any issues related to race in running for

16  elections?

17     A. She told me one time as she was starting

18  to run that some people in the African American

19  community didn't want her to run because she had

20  too much education.

21     Q. Did she mention who?

22     A. I don't recall.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    60

1        Q. Okay.  Did you ever speak to Louisa

2    Strayhorn about her experience running as an

3    African American in Virginia Beach?

4        A. No.

5        Q. Okay.  Did Amelia Ross-Hammond talk to you

6    about any other difficulties she may have

7    encountered as an African American running --

8        A. From --

9        Q. -- in Virginia Beach?

10       A. From the white community or --

11       Q. From anyone.

12       A. No.  Not that I recall.

13       Q. Okay.  Did -- in 2018 you supported

14   Sabrina Wooten for City Council?

15       A. I did.

16       Q. How did you meet Sabrina Wooten?

17       A. I heard about her.  I'm always good --

18   interested in good candidates, and so I contacted

19   her and asked to meet her.  At that point she had

20   already filed.

21       Q. Right.

22          And how did you hear about her?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    61

1        A. I think my little friend Lucas told me

2    about her.

3        Q. Okay.  How do you know Lucas?  His name is

4    Lucas Anderton?

5        A. Yes.  Lucas is a very bright young man.

6    He goes to American University.  He was helping

7    with Bob McDonnell's restoration fund.  So I met

8    him through that.  And he's just a delightful

9    young man, very interested in politics.  And he

10   told me about Sabrina.  He said she was

11   impressive, so I reached out to meet her.

12       Q. Does Lucas identify as a Republican?

13       A. No.  He's a Democrat.  He's definitely a

14   Democrat.  He's working for Nancy Guy's campaign.

15          MR. BOYNTON:  I knew I heard that name

16   somewhere.

17       Q. Do you identify with one party or another?

18   I know that you don't as a City Council member.

19          MR. BOYNTON:  Give her a moment just to

20   see what this is.

21       A. I've got something.

22          MR. BOYNTON:  Sorry.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    62

```
 1        A. I'm sorry.  I've got to take care of

 2   something for a second.

 3           MS. LANG:  Let's go off the record.

 4           (Off the record)

 5        Q. So I believe before we went off the record

 6   you had testified that Mr. Anderton had probably

 7   let you know about Sabrina Wooten's candidacy, and

 8   you were interested so you reached out to her to

 9   talk to her; is that correct?

10        A. That's correct.

11        Q. All right.  You can open up Exhibit 1.

12           MR. BOYNTON:  It's the same as this.  I'm

13   going to keep this for you, if that's okay.  I

14   have another copy in here.  I assume you need

15   those notes.

16           So what page are we looking at?

17           MS. LANG:  I guess the first email, which

18   is on August 6th, 2018.

19           MR. BOYNTON:  First in time?

20           MS. LANG:  First in time, yes.

21           MR. BOYNTON:  August 6, 2018.  So there it

22   is.
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    63

1          Q. Then I guess I'll ask first, this was not

2     your first communication with Ms. Wooten; is that

3     right?

4          A. You mean by email or --

5          Q. Generally.

6          A. No.  I had already met with her.

7          Q. So how did you initially reach out to

8     Ms. Wooten?  Was it by email or by phone?

9          A. I think I called her.  I mean, I don't

10    remember.  It's been a long time.  I mean, I think

11    I called her.

12         Q. Okay.  And, then, when was the first time

13    you met with her in-person?

14         A. I don't remember the date.

15         Q. Approximately.  Did you meet for coffee?

16         A. No.  I had her come to my office.

17         Q. She came to your office?

18         A. Uh-huh.

19         Q. And was that sometime last summer?

20         A. Uh-huh.

21         Q. Okay.  And about how many times did you

22    meet with Ms. Wooten personally during her

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                  64

1   campaign, so during the year of 2018?

2        A. I have no idea.

3        Q. Less than five?  More than 10?

4        A. I don't know.  I don't know.

5        Q. I understand that.  But the deposition,

6   it's usually --

7            MR. BOYNTON:  Without speculating, you can

8   give your best estimate.

9        A. I don't know.

10           MR. BOYNTON:  Okay.

11       Q. Did you meet with her more than once?

12       A. Yes.

13       Q. Okay.  More than two times?

14       A. Yes.

15       Q. Okay.  More than 20 times?

16       A. Unlikely.

17       Q. Okay.  Did you appear at any of her

18   campaign events?

19       A. Yes.

20       Q. How many?

21           MR. BOYNTON:  All of these are to your

22   best recollection.

1      A. Campaigns are intense.  There's a lot of

2    things that happen.  I know she had an event at

3    this place on 16th Street that I came and went to

4    that.

5      Q. Okay.

6      A. There were forums that all the candidates

7    were at that I attended.  I just don't remember.

8      Q. Okay.  What did you and Ms. Wooten discuss

9    on your first phone call and first in-person

10    meeting?

11     A. I wanted to meet her, and so she came in,

12    and we talked about her background, her résumé,

13    not -- we talked about her résumé and what kind

14    of -- you know, what she had done, her

15    experiences.

16     Q. And did you talk at all about her platform

17    or the issues she cared about with respect to

18    Virginia Beach City Council?

19     A. No.

20     Q. Okay.  Did you ever talk about her

21    platform or her positions on issues in Virginia

22    Beach City Council?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                           66

1        A. Well, she was on the Minority Business

2    Council, so I made some assumptions that she would

3    be a pro-business type candidate.

4        Q. But you never actually spoke to her about

5    policy issues; is that correct?

6        MR. BOYNTON:  This is in the campaign

7    season?

8        Q. In the campaign season.

9        A. I --

10       MR. BOYNTON:  Just to the extent you

11   remember.

12       A. I just -- I don't recall.

13       Q. Okay.  And it appears here that you helped

14   her put together this résumé-looking piece of

15   paper?

16       A. Yes.  She sent me -- I had her -- looked

17   at her bio.  And she was going to be meeting with

18   prospective donors, so I helped her organize it so

19   that it would be easy when you sit down with

20   someone and they could quickly get an idea of who

21   she was at a glance.

22       Q. Okay.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                           67

1       A. So I took her bio, and I rewrote it --

2       Q. Okay.

3       A. -- to be helpful.

4       Q. Okay.  If you look at one page earlier,

5   which is the next email in time, it's Ms. Wooten

6   thanking you for your contribution; is that right?

7       A. Uh-huh.

8       Q. How much did you contribute to --

9       A. $250.

10      Q. Okay.  And when did you announce your

11  endorsement of Ms. Wooten?

12      A. I don't know.

13      Q. Who else did you endorse in the 2018

14  election?

15      A. I stayed out of the Mayor's race.  I

16  endorsed Dee Oliver, Louis, Jim Wood, John Uhrin.

17  Who else was there?

18          MR. BOYNTON:  At-large.

19      A. I just did Dee.

20      Q. Okay.  And did you make those

21  announcements through Facebook or through a press

22  release or by some other means?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    68

```
 1        A. No press release.  I told them personally.
 2   I may have put something on Facebook that I liked
 3   them.
 4        Q. And did you appear at campaign events for
 5   each of those individuals?
 6        A. Louis didn't really have any campaign
 7   events.  John Uhrin had something at Croc's, and I
 8   went to that.  I already told you about the one
 9   for Sabrina.  Jim Wood had his kickoff at the Town
10   Center.  I went to that.  Who else?
11        Q. Ms. Oliver?
12        A. Yes.  She had something at Kelly's.
13        Q. Did you donate to those campaigns, as
14   well?
15        A. Yes.
16        Q. Each of them?
17        A. And 250, as far as I remember.
18        Q. Okay.  And, then, it looks like in the
19   next email in time you had helped pick up some
20   contributions -- collect some contributions for
21   Ms. Wooten; is that right?
22        A. Yes.  Yes.
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    69

1        Q. Can you tell me about that?

2        A. Which one are you looking at?

3        Q. I'm looking at the October 15th email.

4    And Ms. Wooten thanks you, and she came to pick up

5    contributions from your office, and thanks you for

6    assisting with those contributions.

7        A. Yeah.  I mean, I helped her raise money.

8        Q. Okay.  Did you introduce her to donors?

9        A. I did.

10       Q. Okay.  Which donors did you introduce her

11   to?

12       A. I introduced her to Ray Breeden.  I

13   introduced her to Will Sessoms and Lynwood Branch.

14   I introduced her to Bruce Thompson.  Probably

15   others, I'm sure.

16       Q. And how did it come to be that you had

17   contributions for her at your office?

18       A. Some people gave money through me.

19       Q. Okay.  So you solicited contributions for

20   her from other donors?

21       A. Uh-huh.

22       Q. About how many, do you think?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    70

```
 1        A. I have no idea.  I don't remember.

 2        Q. Okay.  Why did you want to support

 3   Ms. Wooten's campaign?

 4        A. She was an impressive woman.  She had two

 5   master's degrees.  She was working on her Ph.D.

 6   She volunteers as a police chaplain for our city,

 7   which is pretty impressive.  And she was on the

 8   Minority Business Council.  And I liked her when I

 9   met her.

10        Q. Did you meet with Eric Wray or anyone else

11   that was running for that seat?

12        A. Well, I knew Eric Wray.  I didn't need to

13   meet with him.

14        Q. Okay.  And I can't recall who else was

15   running in that seat.

16        A. Conrad.

17        Q. Do you know him?

18        A. Well, I've seen him.

19        Q. So is it fair to say that you --

20        A. I thought that Sabrina was a better

21   candidate than the other two.

22        Q. Okay.  Do you know who else supported
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    71

1    Ms. Wooten's campaign that was also on the

2    Council?

3         A. I can't speak to that.

4         Q. Did you -- you said you introduced her to

5    Mayor Sessoms; is that right?

6         A. That's true.

7         Q. Did you introduce her to any other City

8    Council members?

9         A. I could have.  I don't know.  There is a

10   lot going on.  I don't remember.  I could have,

11   but I don't remember.

12        Q. Okay.  You did not support Aaron Rouse; is

13   that correct?

14        A. I liked Aaron.  I met with him.

15        Q. But you supported Dee Oliver?

16        A. Uh-huh.

17        Q. How do you know Dee Oliver?

18        A. She's on the Planning Commission.

19        Q. Okay.  And that's how you knew her?

20        A. Uh-huh.

21        Q. Okay.

22            MR. BOYNTON:  Just yes or no.  Uh-huh is

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                     72

1   not --

2        A. Yes.  Sorry.

3           MR. BOYNTON:  No worries.

4        Q. Why did you decide to support Ms. Oliver?

5        A. I thought she was a good candidate.

6        Q. Based on her experience?  Based on her

7   positions on the issues, her political ideology?

8        A. Her experience.  I liked her as a person.

9   She's also -- had gone through widowhood like I

10  had.  She's remarried.  She seemed very bright.

11  She'd been serving on the Planning Commission.

12  She seemed to know a lot.  I thought she'd make a

13  good Council member.

14       Q. Have you ever recruited or encouraged

15  anyone else to run for City Council?

16          MR. BOYNTON:  Object to the form of the

17  question.

18          You can answer to the extent that you

19  understand her question.  I'm just objecting to

20  the form of the question.

21       A. Can you rephrase that, please?

22       Q. Sure.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    73

```
1          Have you ever recruited or encouraged
2     anyone to run for City Council?
3          A. I wouldn't say I've recruited, no.
4     That's -- but I'm sure I've recruited -- I've
5     encouraged people to run.
6          Q. Can you think of anyone in particular that
7     you've encouraged to run?
8          A. Well, sometimes it's after they've
9     announced or they've shown an interest.
10          I can remember Jim Wood, meeting with him,
11     that he was interested in running, and I
12     encouraged him to run.
13          Q. Anyone else?
14          A. I'm trying to think.  Are you talking
15     about for the first time candidates?
16          Q. Not necessarily.
17          A. I encouraged Amelia.
18          Q. To run for reelection?
19          A. Uh-huh.
20          Q. Okay.  Did you encourage her in her first
21     election?
22          A. No.  I think I, sort of, stayed out of
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    74

1    that election.  I didn't get involved with

2    candidates.

3        Q. Did you support Amelia when she was

4    running against Jessica Abbott?

5        A. Let me go back to Amelia again.  I sort of

6    stayed -- I encouraged her because I thought she

7    was a good candidate, but I didn't get -- I didn't

8    do a lot.  But I did encourage her.  That's how I

9    knew about her meeting with the group that said

10   she was too well-educated.

11       Q. Okay.  But you didn't endorse her in that

12   race?

13       A. No.  I stayed out of it.

14       Q. Okay.  Why did you decide to stay out of

15   that race?

16       A. Probably because I was on the ballot, too.

17       Q. Did you endorse anyone in 2016?

18       A. Normally, when I run I don't.

19       Q. In 2016, did you endorse anyone?

20       A. Well, I endorsed Amelia because we ran

21   together.  We did our kickoff together.

22       Q. Right.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    75

1          Other than your kickoff together with

2    Amelia Ross-Hammond, did you support anyone else

3    in the 2016 election?

4         A. Well, there is different types of support.

5         Q. Did you endorse anyone else?

6         A. So that was Bobby who was unopposed,

7    Amelia, Shannon Kane.

8         Q. Okay.  To your knowledge, have any Latino

9    or Hispanic candidates ever been elected to City

10   Council?

11        A. I've actually never known any to run.

12        Q. Besides Ron Villanueva, do you know of any

13   other Asian candidates that have run or been

14   elected to City Council?

15        A. He's the only one I know of.

16        Q. Is it true during your tenure that no

17   African American has ever won reelection?

18        A. I guess so.

19        Q. Do you have any sense why that might be?

20        MR. BOYNTON:  Object to the form of the

21   question.

22          You can testify to your own understanding

1    or knowledge.

2         A. I think Amelia lost because of the light

3    rail issue.  The rest of us took the stand that we

4    would listen to the voters and abide by the

5    referendum, and Amelia did not.  She supported

6    light rail no matter what the voters said.

7         Q. I think we may have gotten cut off on this

8    question earlier.  I know that City Council is

9    nonpartisan.  Do you identify with any particular

10   political party?

11        A. I'm Republican, yeah, but I work with

12   everyone.

13        Q. No doubt.

14           Prior to --

15        A. And Amelia was a Democrat.

16        Q. Right.

17        A. And I helped her.

18        Q. Prior to your run for School Board, were

19   you ever appointed to any commissions or --

20        A. No.

21        Q. -- other public -- do you serve on any --

22   during your time as a City Council member, have

1    you served on specific commissions or committees

2    or other similar roles?

3        A. Other than the city?

4        Q. Other than as City Council member.

5        A. Yes.

6        Q. Okay.  What are some of those roles?

7        A. I served on the Fair Housing Board with

8    the state.

9        Q. Are you still on the Fair Housing Board?

10       A. No.

11       Q. What period was that?

12       A. I served for six years.  I can't remember

13   the dates.  It's been since 2010, but I don't

14   remember the dates.

15       Q. Okay.  What other --

16       A. The -- another gubernatorial position with

17   the local government, Advisory Council for the

18   Chesapeake Bay.

19       Q. Are you still on that?

20       A. No.

21       Q. And when was that?  How many years?

22       A. This is all written down on my bio, which

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              78

1    I don't have.

2         Q. I understand.

3         A. I was really glad to get off of it because

4    you had to go to meetings everywhere, like

5    Pennsylvania.

6              MR. BOYNTON:  Just your best guess.

7         Q. What other --

8         A. I probably served on it four to six years.

9         Q. Okay.  And what other --

10        A. I currently serve on the Broadband

11   Advisory Commission with the state, another

12   gubernatorial position.

13        Q. Okay.

14        A. It's my second year.

15        Q. Any others?

16        A. I was president of the Virginia Municipal

17   League.

18        Q. Any others?

19        A. I mean, I've done a lot of things.

20        Q. It seems like that.

21        A. You should just see my bio.

22        Q. Fair enough.

1        A. I have a two-page bio.

2        Q. Are you currently on any kind of city

3    commissions or committees?

4        A. I have a whole slew of them.

5        Q. Which ones are you on?

6            MR. BOYNTON:  I can't avoid the series of

7    questions.  It's part of the case.  It's

8    unfortunate that it takes time.

9        A. I'm on the HRPDC.

10       Q. What's that?

11       A. Hampton Roads Planning District

12   Commission.  The Housing Advisory Commission,

13   Historic Preservation Commission, the Development

14   Authority.  I'm liaison to some -- you know, there

15   is a whole bunch of stuff.  There is a lot of

16   things.

17           MR. BOYNTON:  I'm hoping that in finding

18   your bio and emailing it to her I might be able to

19   short-circuit over this.

20       A. I can pull up the bio.

21       Q. No.  That's okay.  Thank you.

22           MR. BOYNTON:  That's okay.  She asked you

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    80

1    not to.

2         A. Okay.  If you want the real information,

3    there you go.

4         Q. Do you serve on any committees related to

5    policing?

6         A. No.

7         Q. Okay.  Outside of Virginia Beach City

8    Council, have you endorsed other Virginia Beach

9    elected positions, like other constitutional

10   officers that are running in Virginia Beach

11   elections?

12        A. Since when?

13        Q. Ever.  I mean, this is a yes or no

14   question.

15        A. Yes.

16        Q. Okay.  In 2018, who did you endorse

17   outside of City Council?

18        A. School Board members.

19        Q. Okay.  Anyone else?

20        A. No, because that's the only -- it's only

21   local elections --

22        Q. Okay.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    81

```
 1        A. -- and national elections.
 2        Q. Okay.  And what about 2016?
 3        A. Again, that was when I ran myself, so I
 4   stay out of other people's races.
 5        Q. Okay.
 6        A. Other than what we talked about.
 7        Q. Okay.  And have you ever supported,
 8   donated, or volunteered for any state level
 9   candidates?
10        A. Yes.
11        Q. Who?
12        A. Glenn Davis.
13        Q. Who is that?
14        A. He's a Delegate.
15        Q. Okay.  Anyone else?
16        A. Frank Wagner.  He was a Senator.
17        Q. Anyone else?
18        A. That I've supported?  I've supported Barry
19   Knight.  I supported Chris Stolle.  I supported
20   Bob Tata.  That's a good start.
21        Q. Okay.  Are any of those individuals
22   minority?
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    82

1        A. Oh.  Ron Villanueva when he ran.

2        Q. Other than Ron Villanueva?

3        A. Not that I recall.

4        Q. Are you supporting -- never mind.  The

5    only 2019 special election is you, so...

6            MR. BOYNTON:  She's supporting herself.

7    She's all in on that one.

8        Q. Have you ever supported, donated, or

9    volunteered for federal level candidates?

10       A. Probably Thelma Drake.

11       Q. Who is that?

12       A. She was a Congresswoman.  Scott Rigell.

13   The state one, you also mentioned Bob McDonnell

14   who became Governor.

15       Q. Is that it?

16       A. Ben Loyola.  He ran for Congress in the

17   primary.

18       Q. Have you ever donated at the Presidential

19   level?

20       A. No.

21       Q. Okay.  Outside of voting, have you ever

22   volunteered or supported at the Presidential

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    83

1    level?

2        A. No.

3        Q. From when you moved here to Virginia Beach

4    when you were five-years-old through today, has

5    the minority population in Virginia Beach grown

6    quite a bit?

7        A. Yes.

8        Q. Do you know what the demographics of your

9    district are?

10       A. I'm at-large.

11       Q. Right.  Thank you.

12           Do you know what the demographics of the

13   Beach district are?

14       A. No.

15       Q. Okay.  Do you know what the overall

16   demographics of Virginia Beach are now?

17       A. For which race?

18       Q. Overall.  For an at-large race, the City

19   of Virginia Beach --

20       A. No, but --

21       Q. -- today?

22       A. Minority, I mean -- African Americans,

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    84

1    Asians?

2        MR. BOYNTON:  Not campaign race.  Which

3    ethnicity.

4        Q. I understand.  For which ethnicity?  So

5    I'm asking for the demographics.  So what's your

6    understanding of the percentage white, African

7    American, Asian, Latino, to the best -- I know

8    you're not going to know.

9        A. I don't know a breakdown of all of that.

10   I mean, I think the African Americans, probably 25

11   percent.

12       Q. Okay.

13       A. It's a guess.

14       Q. Are there neighborhoods that you would

15   classify as predominantly of historically black

16   neighborhoods?

17       A. Probably L&J Gardens.

18       Q. Burton Station?

19       A. So it's not really a true neighborhood

20   anymore.

21       Q. It used to be?

22       A. Yes.

```
1        Q. Did it used to be a predominantly African

2   American neighborhood?

3        A. Yes.

4        Q. Is that neighborhood fairly rundown now?

5        A. No.  It's been redeveloped.

6        Q. But there is hardly anyone left who lives

7   there?  Is that what you're saying?

8        A. I don't -- it's not in my -- I really

9   don't know.  I can't answer that.

10       Q. Okay.  Seatack?

11       A. Seatack, yes, but it's got a lot of white

12  population, too.  It's mixed.

13       Q. Okay.  In 2011, do you know who's doing

14  the redeveloping in Burton Station?

15       A. No.

16       Q. Okay.  In 2011 and 2012 the City Council

17  redistricted the seven residency districts; is

18  that correct?

19       A. We do it every 10 years.

20       Q. Okay.  And you were on City Council for

21  that; is that correct?

22       A. Yes.
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              86

1        Q. That's the only one -- is that the only
2    redistricting that you've done on Council?
3        A. No.  We did it in the early 2000s.  Same
4    thing.
5        Q. And you're preparing to do it again
6    post-2020?
7        A. Yes.
8        Q. Okay.  You've had at least one meeting
9    with some folks about the 2020 census; is that
10   correct?
11       A. Yes.
12       Q. Okay.  Who did you meet with?
13       A. Someone came before us to speak.
14       Q. Was it someone from the federal
15   government?
16       A. I don't remember who it was.
17           MR. BOYNTON:  I couldn't tell you if I
18   knew.  And I don't know.
19       A. Somebody came before us.  We get lots of
20   briefings.
21       Q. Was that at a regularly scheduled --
22       A. It was to encourage us to help with the --

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    87

1    I think they wanted somebody from Council to

2    participate on the committee.

3         Q. There was going to be a committee?

4         A. Uh-huh.

5         Q. Has anyone volunteered to do that from

6    Council?

7         A. I think so, but I don't know who it is.

8         Q. It's not you then?

9         A. It's not me.  I've got enough on my plate.

10        Q. And in 2011, can you walk me through the

11   process that City Council went through?

12        A. No, I can't.  We have a committee that

13   does it.  I did not serve on the committee.  And

14   they came forward with recommendations.

15        Q. So who was on the committee in 2011-2012?

16        A. Most likely, Louis Jones.  And I don't

17   remember who else.

18        Q. Okay.  Outside of Council members, are

19   there others who participate in the committee?

20        A. I don't know.  It's not a committee that

21   I'm involved in.

22        Q. So the committee at some point had to go

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    88

1    to City Council with recommendations; is that

2    correct?

3        A. That's true.

4        Q. And what were the recommendations?

5        A. Whatever we passed.

6        Q. Okay.  Was there just one recommendation

7    or --

8        A. As far as I know.

9        Q. Okay.

10       A. I mean, you're talking about 10 years.  I

11   don't know.

12       Q. Do you recall there being any debate about

13   which map to select?

14       A. No, I don't.

15       Q. Okay.  Is it your basic understanding,

16   then, that the members of this committee, Louis

17   Jones and someone else, came up with a proposed

18   redistricting map and that was the map that was

19   passed by City Council?  Is that -- is that your

20   understanding?

21       A. Most likely.

22       Q. Okay.  Are you aware that community

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    89

1    members had asked that one of the districts be a

2    majority minority district?

3         A. From what I can remember, we couldn't

4    figure out where it could be that type of district

5    because there is not a concentration in any

6    particular district.

7         Q. But you remember that that was a request?

8         A. Well, it was looked at, but there wasn't a

9    district that qualified.

10        Q. Right.  I'm asking a different question

11   for now.  We can talk later about what was done.

12   But, first, who made requests that that be looked

13   at?

14        A. I don't know.

15        Q. But you recall that people did ask for

16   that to be looked at?

17        A. I don't know.

18        Q. Okay.  But it was something that was

19   explored by the City Council?

20        A. Yes.

21        Q. Okay.  And your recollection is that that

22   was difficult or not possible to do?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    90

1        A. Correct.

2        Q. Okay.  Are you familiar with an attempt to

3    create a large -- either majority minority

4    district or at least a high concentration of the

5    minority population in Centerville?

6        A. No.

7        Q. Were there any public meetings about the

8    redistricting process?

9        A. I don't remember.

10       Q. Okay.  Looking forward to 2020, do you --

11   does the committee -- does the Council plan to

12   proceed in the same manner, by creating a

13   committee?

14       A. I can't answer that question because I

15   don't know.

16       Q. Do you know if the City Council hired a

17   consultant to work on the redistricting?

18           MR. BOYNTON:  Which one?

19       Q. The 2011-2012 redistricting.

20       A. I don't remember.  Probably, but I can't

21   confirm it.

22       Q. Okay.  Are you familiar with Kimball

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              91

1    Brace?

2         A. No.

3         Q. Have you ever heard his name before?

4         A. No.

5         Q. Okay.

6         A. Not that I can remember.

7         Q. Okay.  So it's your testimony that you,

8    basically, had nothing to do with the

9    redistricting process, other --

10        A. That's correct.  Other than voting on what

11   was recommended.

12        Q. And you just voted yes on what was

13   recommended?

14        A. Yes.

15        Q. Did you have any specific criteria when

16   you were determining whether or not to vote yes on

17   the map that was presented?

18        A. Presentation was a good one, and it looked

19   like what they wanted to present was the best

20   alternative -- you know, the best thing, and so I

21   voted yes --

22        Q. Okay.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              92

1        A. -- on the recommendations.

2        Q. Okay.  Outside of talking to your

3    attorneys about this lawsuit, have you had any

4    conversations with anyone else about the

5    possibility of changing the electoral system from

6    an at-large system to single-member districts?

7        MR. BOYNTON:  And to the extent those

8    conversations are private conversations with other

9    City Council members, that would potentially

10   implicate legislative privilege.  But beyond that,

11   it's okay to answer if you had public

12   conversations or conversations outside of City

13   Council.

14       A. It's kind of funny because when I ran in

15   1996 it was on the ballot whether to go -- to get

16   what we had or to go to a ward system.  And that

17   was in 1996.

18       Q. Yes.

19       A. So it's something that's come up from time

20   to time.

21       Q. And it was rejected in 1996?

22       A. It was.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                        93

1      Q. Okay.  Do you know by what margin?

2      A. No.  I don't know.

3      Q. Did you support that change in 1996?

4      A. I was running for election.  I was just

5   concentrating on myself.

6      Q. Okay.

7      A. I had 24 people in my race.

8      Q. Before -- so in more recent years have you

9   talked to anyone about the possibility of changing

10   the electoral system?

11      A. I probably have.  It comes up from time to

12   time.  And I can't tell you who.  Sometimes I

13   don't remember who I talked to this morning.

14      Q. Did you talk to -- have you ever spoken to

15   Ms. Abbott about it?

16      A. No.

17      Q. Did Ms. Abbott raise it in a 2018 public

18   session?

19      A. She's raised it.  I can't tell you when.

20      Q. Okay.  Did you speak to that issue when it

21   was raised in public session?

22      A. Not that I remember.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                            94

1       Q. Okay.  What is your position on whether or

2    not the electoral system should be changed?

3       A. Do I have to answer this?

4          MR. BOYNTON:  It's a political question.

5       Q. Yes.

6          MR. BOYNTON:  If you have a position, you

7    can say it.  If you don't have a position --

8       A. I really don't have a position at this

9    point.

10      Q. To be clear, it's not really whether or

11   not you have a public position.  To the extent you

12   have a position or an opinion, you need to share

13   it.

14      A. An opinion is not a fact.

15      Q. Right.  But you are required under oath to

16   tell me what your opinions are regardless of

17   whether or not they're facts or not.

18         MR. BOYNTON:  It may ultimately prove

19   totally irrelevant, but, unfortunately, in

20   depositions the standard is very low as to asking

21   questions about, you know, your background and

22   experience.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    95

1        A. I have mixed feelings.

2        Q. Okay.  And what are those mixed feelings?

3        A. I think there is pros and cons on both

4    sides.

5        Q. Okay.  And what are some of the pros?

6        A. I'm really getting tired.  I'm really

7    getting tired.

8           MR. BOYNTON:  I get it.  It's just an

9    exercise we have to go through.  I wish it were

10   different, but do the best you can to answer the

11   question and we'll get out of here as quick as we

12   can.

13       Q. Depositions can go as long as

14   seven-and-a-half hours by rule, Ms. Wilson.  So I

15   am doing my best, but this is the nature of the

16   task.

17       A. Well, the -- sometimes the public doesn't

18   understand the hybrid system that we have.  So

19   that's probably a pro for it.

20          A con is I think that you have 11 people

21   accountable to the voter.

22          So there is a pro and a con for you.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    96

1       Q. Okay.  What are some other pros and cons?

2       A. I think that's enough for now.

3       Q. That's not how this works, Ms. Wilson.

4          MR. BOYNTON:  If you have something in

5    mind, you can testify.  If you don't have

6    something in mind, that's a different thing.

7       A. I really don't have anything in mind.

8          MS. LANG:  Chris, I'd appreciate you not

9    coach.

10         MR. BOYNTON:  I am not coaching.  I'm just

11   saying if she has other thoughts she needs to

12   share them.

13      A. That's really all I have to say.

14      Q. Yes.  But my question is a little

15   different, which is that to the extent you have

16   opinions about -- I can run through them all

17   myself and we can talk about them that way or --

18   but we're going to talk about the various pros and

19   cons of the system.  So would you like to share

20   with me your opinions about it or would you like

21   me to run through them one-by-one?

22      A. When you have a district, I think that you

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    97

1    have to -- people don't look at the entire city.

2    They only represent that one district.  What's

3    best for the entire city, they're only going to

4    care about what is good for their district.  So

5    when you have an at-large system, you have --

6    everyone votes for you, so you have to care about

7    everything that happens in the city.

8        Q. Okay.  What do you think the purpose is of

9    having this hybrid system where you -- everyone is

10   voted for at-large but they're in one of the last

11   residency districts?

12       A. Because the city is really large.  When I

13   came here today, I came down all along Stumpy

14   Lake, which I rarely come down.  And I'm looking.

15   I don't know this area of the city very well

16   because I never get over there.  So we have to

17   rely upon district Council members to really focus

18   and know their district, and we can look to them

19   for advice when we vote on something.

20       Q. Okay.

21       A. So the size of the city really makes a big

22   difference.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    98

1          Q. Is that also a reason, maybe, to Council

2     for a single-member district system?

3          A. But, again, I think it's important that we

4     have to care about everything.

5          Q. On balance, do you prefer an at-large

6     election system?

7          A. Probably.

8          Q. Okay.  Do you agree that a single-member

9     district system may make it easier for minority

10    communities of all sorts, including political

11    minorities, to be able to elect their candidates

12    of choice?

13         A. No.

14         Q. Why not?

15         A. I don't see the advantage of it.

16         Q. If there was a district that was a

17    majority minority as far as --

18         A. But we didn't find that we had one.

19         Q. Right.  So put aside that opinion.  If

20    there were 10 districts drawn and one of those was

21    a majority minority district, could you see how

22    that would improve the ability of the minority

1    community to ensure that they could elect a

2    candidate of choice?

3         A. Well, I think this last election showed we

4    were able to elect two within the at-large system.

5         Q. Yes.  I understand that.  But I asked a

6    slightly different question, which is can you

7    imagine how having a single-member district that's

8    majority minority might enable the minority

9    community to more consistently elect candidates of

10   choice?

11        A. If it's proven that we have that.  But we

12   haven't seen it's proven that we do.

13        Q. Right.  I'm asking you --

14        A. I answered your question.

15        Q. Okay.  Are you aware of any other cities

16   this size that have an at-large election system?

17        A. No.

18        Q. Virginia Beach is the largest city in

19   Virginia; is that correct?

20        A. That's correct.

21        Q. Okay.  Your neighboring cities have

22   single-member districts, correct, Norfolk for

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    100

1    example?

2        A. Norfolk does.  Chesapeake has a totally

3    at-large system.

4        Q. Do you know what bullet voting is?

5        A. No.

6        Q. So if you have a completely at-large

7    system without numbered posts and residency

8    districts.

9        A. You can single shot one person.

10       Q. Single shot.  Yes.  So you're familiar

11   with the term single shot?

12       A. Yes.

13       Q. Okay.  With the exception of the off year

14   in which there are two at-large seats in Virginia,

15   is it the case that single shot voting is not an

16   option in Virginia Beach; is that correct?

17       A. Correct.

18       Q. Okay.  Do you think that might limit a

19   minority community's ability to elect candidates

20   of their choice?

21       A. No.  I think people will vote for the best

22   candidate.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    101

1      Q. But to the extent that the minority

2   community does have a different candidate of

3   choice than the white community in a particular

4   race --

5      A. I don't -- I think people will vote for

6   the best candidate.

7      Q. Yes.  But I think everyone would agree

8   that people vote --

9      A. I think people would vote for the best

10  candidate.

11     Q. But that's not the answer to my question.

12  My question is --

13     A. Do you -- you can't tell me what my answer

14  should be.

15     Q. No, Ms. Wilson, but I can ask -- I'm going

16  to clarify my question to the best of my ability.

17         Would you agree that sometimes different

18  communities have different candidates that they

19  would prefer?

20     A. It's always the case.

21     Q. Exactly.

22         So if one community has a preferred

Transcript of Rosemary Wilson
Conducted on October 3, 2019                     102

1    candidate and another community has another

2    preferred candidate, if one community is in the

3    minority, is the lack of access to single shot

4    voting an obstacle to them electing their

5    candidate of choice?

6         A. I think that takes the assumption that

7    everyone is going to block vote just because of

8    the color of somebody's skin or the kind of race

9    they are.  And I think people will vote for the

10   best candidate.

11        Q. I didn't actually talk about race in my

12   example at all.  I just talked about different

13   groups of people with different preferences of

14   which you've testified that happens in every

15   election.  So in my hypothetical I didn't talk

16   about race at all.  I didn't make any assumptions.

17        A. Or any block.  Any block.  I mean, I

18   don't -- people don't necessarily have to vote by

19   block.  They're going to vote for the best

20   candidate in many cases whether it's because if

21   you're a teacher or if you're a race or whatever

22   it is that -- the community that you're looking

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              103

```
 1   for.
 2        Q. So, Ms. Wilson, is it your testimony that
 3   you don't --
 4        A. Because --
 5        Q. You don't --
 6        A. Because we have freedom of choice.
 7        Q. I understand that.
 8           Is it your testimony that you don't
 9   understand what the benefits of single shot voting
10   are in some cases for blocks of voters?
11        A. Well, again, you're saying blocks.  I
12   understand single shot voting.
13        Q. And what do you understand single shot
14   voting to be?
15        A. Well, if you -- because I ran for the
16   School Board in a two-person race.
17        Q. Uh-huh.
18        A. And you can just vote for one person.  A
19   lot of times a candidate will say, Just vote for
20   me because there is a power of two votes for that.
21        Q. Are you denying that there are sometimes
22   blocks of voters that exist in the world that
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    104

1    choose to vote together?

2        A. I didn't say that, but -- I said that not

3    everyone is going to be in a block.

4        Q. Of course.

5            So for blocks of voters that exist, what

6    are the benefits of single shot voting?

7        A. They get two votes for their one candidate

8    or how many -- depends on how many there are in

9    the race.

10       Q. So it can be a benefit for a block of

11   voters to single shot vote?

12       A. If they vote by block.

13       Q. Yes.  Okay.  Thank you.

14           MR. BOYNTON:  Please move on.

15       A. You know, you don't have to shake your

16   head at me.

17       Q. I'm just shaking my head at Chris.

18       A. You're shaking your head.

19           MR. LAMAR:  Can we go off the record for a

20   second?

21           (A discussion took place off the record.)

22       Q. Of your colleagues, who are you aware of

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    105

1   that supports a change in the electoral system?

2        A. I don't know.  I can't speak for them.

3        Q. Ms. Abbott has spoken publicly?

4        A. Yes.

5        Q. What about Council Member Moss?

6        A. I don't know his position.

7        Q. You don't know the position of any other

8   City Council members on this issue?

9        A. No.

10        Q. Okay.  Have you spoken to other City

11   Council members about their position on this

12   issue?  I'm not asking you to disclose the nature

13   of those conversations or what was said but who

14   you have spoken to.

15        MR. BOYNTON:  So who, not what.  Not what

16   was discussed but who you spoke with, if anyone.

17        A. I don't remember.

18        Q. Have you spoken to Mayor Dyer about this

19   issue?

20        A. No.

21        Q. Have you spoken to Jim Wood about this

22   issue?

1       A. I don't recall.

2       Q. Have you spoken to Louis Jones about this

3  issue?

4       A. I don't think so.

5       Q. Have you spoken to Barbara Henley about

6  this issue?

7       A. Yes.

8       Q. Okay.  And when was that?

9       A. Probably February of last year -- of this

10 year.  February, maybe.

11      Q. This year or last year?

12      A. This year.

13      Q. Okay.  Have you spoken to Michael

14 Berlucchi about this issue?

15      A. No.

16      Q. Guy Tower?

17      A. I asked him what his position was when

18 he --

19      Q. And what did he say?

20      A. It's in his report.  I can't -- I don't

21 remember.  He had concerns, but it was one way or

22 the other.  He was kind of squiggly on his answer.

1      Q. Same with Michael Berlucchi or did he have

2    a more specific response?

3      A. It was probably in his application, but I

4    didn't talk to him about it, that I know of.

5      Q. Have you spoken to any --

6      A. I really would like to talk about what --

7    the legal case.

8           MR. BOYNTON:  She's not asking what you

9    said at this point.  She's asking who you talked

10   to.

11     A. She asked me what Mr. Tower said.

12          MR. BOYNTON:  Because that was in a

13   written document, public forum as opposed to --

14     A. Which they can look at.

15          MR. BOYNTON:  -- when they were not

16   Council members at the time, which is -- it's when

17   they were Council members at the time that you get

18   legislative privilege.  So these were applicants

19   to become Council members, so she can go a little

20   bit further on those for what it's worth.

21     A. Okay.

22          MS. LANG:  Thank you.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    108

1        Q. And have you spoken to any constituents

2    about this issue?

3        A. It's just not a hot topic of things that

4    we're talking about right now, so not that I can

5    remember.

6        Q. So you don't recall any conversations with

7    any constituents about this issue?

8        A. Not that I remember.

9        Q. Okay.  Have you spoken to any members of

10   the Interdenominational Ministers Conference about

11   this issue?

12       A. No.

13       Q. Do you know what their position on this

14   is?

15       A. I think they're probably for it, but

16   that's a guess.  You'd have to ask them.

17       Q. And why would you guess that they're

18   probably for it?

19       A. It's just a guess on my part.

20       Q. But what would make you think that?

21       A. I'm not sure.

22       Q. Is it because you're aware that the

1    African American community has been largely in

2    support of a change?

3         MR. BOYNTON:  Object to the form of the

4    question.

5         But you can answer.  You can answer.  I

6    just have to put my objection on the record to the

7    way the question was phrased.

8      A. You have to ask it again.

9         MS. LANG:  Can you read back the question?

10        (The question was read by the reporter.)

11     A. Well, that's a whole big block of people.

12   I can't speak for what the African American

13   community wants.  It's a large group of people.

14   When you talk about the Ministers, that's one

15   group.  But there is -- it's like saying everybody

16   who's got brown hair and glasses, you know, what

17   do they think?

18     Q. Right.  And I was not suggesting that.

19   You guessed that the Ministers Conference was for

20   it.  I'm trying to understand --

21     A. Okay.

22     Q. -- why you might make that assumption.

1     A. Then you asked for the whole African

2   American community, and so I can't speak to that.

3     Q. No.  I asked whether or not you were aware

4   that significant portions of the minority --

5          MS. LANG:  Would you read the question?

6          MR. BOYNTON:  The original question was

7   why you believed the Interdenominational Ministers

8   Conference supported a change.  And I think this

9   is all a way of getting to that question.

10          MS. LANG:  Yes.

11          MR. BOYNTON:  So perhaps if we focused on

12   that, then we could avoid some of the back and

13   forth.  Do you have reasons to believe or what

14   informs your opinion that the IDC or IMC --

15     A. They probably do, but I haven't had a

16   conversation with them so I can't tell you exactly

17   what you're asking.

18     Q. Right.

19          But in order to form the opinion that they

20   probably do, you would have to have some educated

21   reason for forming that opinion.  And that's what

22   I'm asking you for.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              111

1        A. It's a slight opinion.  It's not, wow, I

2    know they really believe this.  It's a guess on my

3    part.

4        Q. Right.

5            So I'm asking for the basis of the guess.

6        A. I can't tell you.  I can't tell you.

7        Q. Are you aware that some leaders in the

8    African American community have asked for this

9    change?

10       A. Such as who?

11       Q. Gary McCollum?

12       A. He probably has.

13       Q. Dr. Allen?

14       A. He probably has, but I haven't heard that

15   from him.

16       Q. Okay.  Do you agree that having minority

17   participation on City Council is an important

18   goal?

19       A. Yes, I do.

20       Q. Ms. Abbott had planned to bring up her

21   district elections proposal for a vote, but she

22   testified that she got the strong sense that it

1    would be rejected.  Did you support Council Member

2    Abbott's district proposal?

3         MR. BOYNTON:  Without going into the

4    substance of private conversations you had with

5    her.

6         A. She never asked me.

7         Q. But did you support it?

8         A. I can't -- we never had a discussion, so I

9    can't say one way or the other because it didn't

10   come up.

11        Q. Was it in your legislative packet?  Was it

12   in your weekly packet?

13        A. I don't know.  Maybe.

14        Q. Okay.

15        A. We get a lot of stuff.

16        Q. Was it discussed at the retreat in

17   February?

18        A. It was brought up but not discussed.

19        Q. What's the difference between brought up

20   and discussed?

21        A. A Council member could bring something up

22   and say something about it.  And if no one else --

1    if there is no further interaction, it's not a

2    discussion.

3        Q. Okay.  Ms. Abbott has written that a

4    district system would lead to the following:

5    Incumbents would find themselves less insulated

6    from the competition of challengers because it is

7    easier and less costly to run a grassroots

8    campaign in a district consisting of roughly

9    30,000 neighbors rather than 300,000 voters in the

10   largest City of Virginia.

11        Would you agree with that statement?

12       A. No.

13       Q. Why not?

14       A. Because someone can still raise a lot of

15   money and just flood that district with even more

16   stuff; it just goes further.  You can still raise

17   a lot of money.  And instead of just going

18   door-to-door, someone could put something in their

19   mailbox every day.  They could still be on TV.  I

20   mean, it could still be a lot of money spent.

21       Q. Right.

22        But in order to run in the entire city of

1    Virginia Beach, would you agree that that's always

2    an expensive endeavor?

3        A. No.  Ms. Abbott won with a very small

4    budget.  Bobby Dyer won with a very small budget.

5        Q. You've spent six figures on your --

6        A. Uh-huh.

7        Q. -- campaigns, though?

8        A. But that's not everyone.

9        Q. Okay.

10       A. I mean, what did Jessica Abbott spend?

11   20,000.  And she beat an incumbent.

12       Q. That was the only incumbent that's been

13   defeated in quite some years; is that correct?

14       A. No.  We get incumbents knocked off all the

15   time.

16       Q. I believe Amelia Ross-Hammond is the only

17   incumbent --

18       A. That's --

19       Q. -- that's been defeated --

20       A. That particular year.

21       Q. -- since 2008?

22       A. I have to look at it.  We have had

1    appointees that have not won.

2         Q. Okay.  Under the current system it's true

3    that you can --

4         A. John Uhrin lost as an incumbent in 2018,

5    and he lost to someone with a lot less money.

6         Q. Is it possible for a candidate to lose

7    their district but still win election?

8         A. Yes.

9         Q. Okay.  Do you know whether or not that's

10   happened before?

11        A. David Nygaard, and I think Barbara Henley.

12            MR. BOYNTON:  I don't know.

13        A. Have to look at the numbers, but that's

14   what I think.  David Nygaard lost the Beach

15   district and won the city.

16        Q. Are there currently plans to bring up a

17   vote on whether or not to put a change in the

18   electoral system up for another referendum?

19        A. Maybe.  I don't know.

20        Q. Would you support that?

21        A. I'm not ready to make a position on that.

22        Q. Are you familiar with ranked choice

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              116

1    voting?

2        A. No.

3        Q. How would you describe your job duties as

4    a City Council member?

5        A. Well, it's pretty wide and varied.  I

6    mean, we are in the middle of having to hire a

7    City Manager.  We have a budget.  We have to

8    listen to constituents.  We have to go to

9    meetings.  We have to answer emails.  We have to

10   try to listen to all sides of issues.  We have to

11   try to be available to the public and be out and

12   about, and be fair, and try to be fair and honest,

13   and try to make good decisions.

14       Q. It's a part-time job with a part-time

15   salary; is that correct?

16       A. And no staff.

17       Q. So part-time job, yes?

18       A. Part-time job.

19       Q. Part-time salary?

20       A. Part-time salary and no staff.

21       Q. So that's quite challenging?

22       A. Yes, it is.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    117

1      Q. Okay.  As a real estate agent, do you have

2   some flexibility in your work hours?

3      A. Yes, I do.

4      Q. Does that help you fulfill --

5      A. Yes, it does.

6      Q. Try to let me finish the questions just

7   for the sake of the court reporter.  I know you

8   know what I'm going to ask, but just for the sake

9   of the court reporter.

10         What are the ways in which you communicate

11   directly with your constituents?  I know right now

12   you're doing a lot more of it for campaigning.

13   But as a general matter, how do you communicate?

14      A. I deal more with phone calls than I do

15   emails.

16      Q. Do you hold town hall meetings?

17      A. I have not.

18      Q. Okay.  Do you go to talk to Civic Leagues

19   or --

20      A. I really am out in the public a lot.  I'm

21   always available.

22      Q. So what kinds of events in the public do

1    you do?

2        A. I go to different meetings.  I go to

3    events, to different things I'm invited to.  I go

4    to Civic League meetings.

5        Q. So you tend to go to other meetings and

6    events rather than hold your own town halls?

7        A. Correct.

8        Q. Okay.  And how can your constituents reach

9    you by phone?  Do you have an office phone number

10   or how do constituents reach you?

11       A. I have my home phone number.

12       Q. Is that available to constituents?

13       A. Yes.

14       Q. Oh?

15       A. Yes.

16           MR. BOYNTON:  Old school.

17       A. And their messages go to my email.

18       Q. Have you ever been involved in any other

19   litigation as a City Council member?

20       A. No.

21       Q. Okay.

22       A. You're my first.

1    Q. As a City Council member, what have you

2  done to reach out to racial minority communities

3  and groups in the city?

4    A. I go to Civic Leagues.  I go to churches.

5  I have a good relationship with the Hampton Roads

6  Black Caucus.  I attend the NAACP.

7    Q. Their meetings or forums or how do you

8  attend?

9    A. They have events.  They had a breakfast

10  not long ago I attended.  They have the Freedom

11  Banquet coming up that I haven't bought tickets to

12  but I will.

13    Q. How about the Latino or Hispanic

14  community?

15    A. I have a very close relationship with

16  them.

17    Q. With who in particular?

18    A. A fellow named Omar Gonzales.

19    Q. And what group is he affiliated with?

20    A. He's Hispanic.  He runs the Hispanic

21  newspaper.

22    Q. The newspaper?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    120

1       A. Uh-huh.  I was really able to help them --

2    we're getting ready to start the first Police

3    Academy that's going to be in Spanish.  They're

4    very excited about it.

5       Q. That's great.

6       A. And I've helped them with Economic

7    Development.  The business license application is

8    not in Spanish, so I set them up with Economic

9    Development to talk to them to try to get it in

10   Spanish.

11      Q. How about with the Asian community?

12      A. Good relationship.  My daughters-in-law

13   are Chinese.  In fact, they're holding something

14   for me next Saturday, not this Saturday but next

15   Saturday, to meet Chinese families.

16      Q. The in-laws?

17      A. Uh-huh.

18      Q. And they're here in Virginia Beach?

19      A. Uh-huh.  Yes.  Excuse me.

20        MR. BOYNTON:  It's hard to overcome habits

21   like that.

22      A. Yes.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                     121

1          I attend a lot of Filipino events.  I have

2    a lot of friends in the Filipino community.

3          Q. Who would you identify as some of the

4    leaders in the Filipino or Asian community?

5          A. Mary Abrajano, Naomi Estares, Dr. Cynthia

6    Romero, Burt Dio.

7          Q. What are some of your current priorities

8    for the City Council?

9          A. I want Rudee Loop to be a park of the

10   people.

11         Q. What does that mean?

12         A. Well, just turn around.  Look at that

13   picture.  See where that big -- see the bridge?

14         Q. Uh-huh.

15         A. To the right of the bridge, all of those

16   10 acres there and on the oceanfront.

17         Q. You want to develop that into a park?

18         A. And I don't like to use the word develop.

19   I would like us to build a park.

20         Q. Okay.

21         A. Because I don't want commercial

22   development.  And I want us to provide parking.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    122

1    And I want it to be for people.

2         Q. Would that be done through a private

3    partnership?

4         A. Yes.  I think that there may be a

5    nonprofit that might raise the money for building

6    a park, and for the city to provide parking

7    because they have no parking.  There is a lot of

8    surfing that goes on down there.  There is a lot

9    of fishing that goes on there.  I'd really like to

10   make sure that those people can keep surfing, keep

11   fishing.  Maybe have a little stage so we can have

12   events.  And my own little personal thing, that's

13   going to take a lot of public influence, I'd

14   really like to see a little splash park for the

15   children.  It's 10 acres.  The city owns it.

16        Q. So that's your main priority at the

17   moment?

18        A. Right now.

19        Q. Okay.  And where is that in the process?

20   The idea phase?

21        A. It's in the idea phase.  Thank you for

22   helping me out.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    123

1      Q. No problem.

2          Any other major priorities?

3      A. Of course.  I mean, we're working on

4    flooding and sea level rise and storm water.

5    Education is always a big one for me.  I was a

6    teacher.

7      Q. Is there --

8      A. You want to talk about my students Learn

9    to Swim Program?

10     Q. No.

11     A. Should I tell them?

12         MR. BOYNTON:  You can.

13     A. So I have a program.  We live in a water

14   community, which you can see right there.  And

15   when I was a child I almost drowned.  And I still

16   don't swim.  So I felt that -- well, drowning is

17   the second leading cause of death for children

18   under 15.  70 percent of African Americans don't

19   swim.

20         And so I worked with the schools.  It took

21   six years for them to finally let me get this

22   done.  And so now we are teaching our second

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    124

1   graders how to swim.  And we started with the

2   at-risk -- the most at-risk schools first.  And,

3   then, we got through all the Title 1 schools.  And

4   now it's in about 28 schools now that our second

5   graders are learning how to swim.  Who knows how

6   many lives we will have saved.  And about 2,700

7   children a year are learning how to swim.

8       Q. That's great.

9          You mentioned at-risk schools.

10      A. These are your Title 1 schools.

11      Q. Yeah.  How many Title 1 schools are there

12  in Virginia Beach?

13      A. I think there are about 12; 11 or 12.  I

14  think there are about 12.

15      Q. And are those Title 1 schools primarily in

16  low income communities?

17      A. They're scattered around the city.  I

18  don't -- I can't identify all of them.

19      Q. Fair enough.

20      A. One of them is Seatack.

21      Q. Okay.

22      A. And, then, what our Parks and Recreation

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    125

1    Department does before the program starts in

2    August, when all the bathing suits are on sale

3    they do a bathing suit drive so that no one is

4    deprived or no one can say, you know -- or be

5    embarrassed because they don't have a bathing

6    suit.  And I raised the money for it initially

7    because we didn't have funding for it.

8         Q. That's great.

9            The Title 1 schools, is there, as there is

10   in many places, an identified achievement gap

11   between low income and high income --

12        A. I can't answer that.  I don't know.

13        Q. You don't know whether or not there is an

14   achievement gap?

15        A. I know that all of our schools are

16   accredited.

17        Q. But you're not aware of any achievement

18   gap in Virginia Beach?

19        A. I don't know what it is.  Yeah.  It's -- I

20   just don't know.

21        Q. You don't know if it exists at all?

22        A. I'm not on the School Board anymore.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              126

1      Q. I understand that.

2      A. I'm trying to answer you.  I don't know.

3      Q. Okay.  Are you aware of any achievement

4  gap between racial minority children and white

5  children in Virginia Beach?

6      A. I haven't looked at the numbers.  I mean,

7  when on the School Board I was more aware of it.

8      Q. Was there one at the time that you were on

9  the school -- on the School Board?

10      A. Well, the Title 1 schools are there to

11  provide additional resources for those children

12  who are more socioeconomically deprived.

13      Q. But when you were on the School Board were

14  you aware of an achievement gap between minority

15  students and white students in Virginia Beach?

16      A. I think so.

17      Q. Okay.  And between low income and high

18  income students?

19      A. Oh, yes.

20      Q. Okay.  Do you --

21      A. That's why additional resources were given

22  to the Title 1 schools.

1    Q. Of course.

2         Are you aware of any reason to believe

3    that achievement gap has disappeared since your

4    time on the School Board?

5    A. Since all of our schools are accredited, I

6    think we've probably made some really good strides

7    toward it.

8    Q. Sitting here today, do you believe that

9    the -- there is no longer an achievement gap

10   between minority students and white students?

11   A. I can't say that there isn't.  I don't

12   know.

13   Q. Okay.  So you have no sense --

14   A. I'd have to see the numbers.

15   Q. It's a yes or no question.  You either

16   have a sense of whether or not there is an

17   achievement gap or you don't.  So yes or no?

18   A. I don't know because I'd have to see the

19   numbers.

20   Q. Okay.

21   A. We're going to have to wrap up soon.  How

22   much more do you have to ask?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                128

1        Q. I mean, at least another half an hour or
2    45 minutes.
3            MR. BOYNTON:  Can we shoot for 5 and --
4    I'll be your blocking back and drive you up there.
5        A. I've got to stop by my house first.
6            MR. BOYNTON:  You have to be there when?
7        A. It starts at 6.  It's on the other side of
8    town.  And I have to stop by the house.
9            MR. BOYNTON:  Off the record for a second.
10           (A discussion took place off the record.)
11       Q. Virginia Beach recently conducted a
12   disparity study; is that correct?
13       A. That's correct.  Yes.
14       Q. When is the earliest that you remember
15   leaders in the minority community asking for a
16   disparity study?
17       A. I don't remember.
18       Q. Was it years?
19       A. I don't remember.
20       Q. Was there a march in early 2017?
21       A. Yes.
22       Q. And when did the city vote to --

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    129

```
 1        A. Soon after that.

 2        Q. Was it in 2017 that the city voted for a

 3   disparity study?

 4        A. I don't know the date.  It would have --

 5   but we listened to -- you know, with the march,

 6   but I can't tell you the date.  I don't remember.

 7        Q. There were two years of marches; is that

 8   correct?

 9        A. I don't know.  I know one.

10        Q. Okay.  I'll represent to you that there

11   were two years of marches, one in 2017 --

12        A. I'll take your word for it.

13        Q. One in 2018.

14           Are you aware that some members of the

15   minority community were frustrated by the amount

16   of time it took for the City Council to agree to a

17   disparity study?

18        A. Yes.

19        Q. And that Mayor Sessoms did not at first

20   support --

21        A. Yes.

22        Q. -- a disparity study?
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    130

1          I believe it was Jessica Abbott, and then

2     Mr. Davenport, that were the first City Council

3     members to come out in support of a disparity

4     study; is that correct?

5          A. I know Ben did.  I don't know about

6     Jessica.

7          Q. And when did you first come out publicly

8     in favor of a disparity study?

9          A. With the discussions I ended up supporting

10    what they wanted to do, but I don't remember when.

11         Q. Okay.  Did you ever take a public stance

12    before the vote on the disparity study?

13         A. I think I talked about it at the Council

14    meeting.  It was a concern of, you know, how much

15    it was going to cost, who was going to pay for it.

16         Q. Did you share some of those concerns about

17    cost?

18         A. I said there was a concern.  I don't think

19    vocally I did, no.

20         Q. Did you have any of those concerns?

21         A. When you're in a government and you have

22    limited resources, you have concern about all

Transcript of Rosemary Wilson
Conducted on October 3, 2019                              131

1    costs.

2        Q. Okay.  What was the overall finding of the

3    disparity study?

4        A. There was a disparity, but we had been

5    making strides.  And that's our own results

6    showing that.  But we found that there were some

7    things we could do to improve.  And I think

8    everybody was excited to be able to improve.  We

9    want to do the right thing.

10       Q. And the disparity study found overall the

11   participation of minority-owned businesses in

12   contracts that the city awarded during the study

13   period was substantially lower than what one might

14   expect based on the availability of those

15   businesses for that work; is that correct?

16       A. I guess it depends on what substantial

17   means.

18       Q. Well, I just read from the --

19       A. Yeah.

20       Q. -- report.  Is that your understanding of

21   what the report said?

22       A. We had been increasing, so we were

1    making -- that's what you do is you make strides.

2    And that's where we were.  And so now we have some

3    tools to improve.

4         Q. And what are some of those tools?

5         A. Well, one is to pay people faster.

6         Q. And what has the city done to do that?

7         A. They've expedited the payment processes.

8         Q. Okay.  What else did the study recommend?

9         A. You know, more outreach, try to -- and,

10   then, working with contractors to try to get their

11   subcontractors to do more.

12        Q. Okay.  Anything else that the study

13   recommended?

14        A. More education for outreach.

15        Q. So education and outreach, expediting

16   payment, and encouraging general contractors to

17   subcontract with minority-owned businesses?

18        A. Correct.

19        Q. Anything else?

20        A. And we -- you know, before this we hired

21   someone to be on the staff.

22        Q. Is that Taylor Adams?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    133

1        A. Yes.

2        Q. Okay.  And what action has the City

3    Council taken since the disparity study was

4    released to --

5        A. We've asked the city to do these things,

6    to advance -- to advance these recommendations.

7        Q. Was one of the recommendations to create a

8    SWaM office?

9        A. I don't know.  I don't remember.

10       Q. Okay.  Are you aware that Sabrina Wooten

11   asked for staffing for an officer to take the

12   position to work on SWaM issues?

13       A. I don't remember.

14       Q. Okay.  I'll represent to you that she

15   asked for that in the 2020 budget and it was not

16   included in the budget.

17       A. Okay.

18       Q. Do you know why that might be?

19       A. We had competing needs.

20       Q. Would you have considered it a priority to

21   have funded that position?

22       A. I don't think it's considered a priority

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    134

1    when we're dealing with flooding, but I think it's

2    got the important place.

3        Q. The 2020 budget added about 50-odd

4    positions to the City Council budget; is that

5    right?

6        A. I think we opened up a new fire station

7    and, you know, these sorts of public safety, and,

8    then, also to deal with flooding.

9        Q. Okay.

10       A. Flooding is --

11       Q. So all 50 of those positions were either

12   public safety or flooding?

13       A. I can't answer all of them were, but --

14       Q. Right.

15       A. But we're dealing a lot with storm -- sea

16   level rise and flooding.  And that's huge.  That's

17   a safety issue.

18       Q. So you're not aware if you supported or

19   didn't support Ms. Wooten's request for an office

20   for SWaM issues?

21       A. She didn't talk to me about it.

22       Q. Okay.  What were your priorities for the

1   2020 budget?

2       A. All day kindergarten.  All day

3   kindergarten, flooding, fixing compression for

4   public safety.

5       Q. Did you make any specific requests for

6   additions to the 2020 budget?

7       A. I asked for the historical homes to be

8   moved from the Aquarium to Cultural Affairs.

9       Q. Are you aware that Council Member Rouse

10  asked for some parking and signage for the Seatack

11  Community?

12      A. No.

13      Q. Would you support those requests?

14      A. Sure.

15      Q. Do you have any idea why they weren't

16  included in the 2020 budget?

17      A. No.  And I don't know the specifics of his

18  request.  I do not know.

19      Q. Who is Bruce Smith?

20      A. Bruce Smith is a developer and an

21  ex-football player.

22      Q. And have you ever met with Bruce Smith?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    136

```
 1        A. Uh-huh.

 2        Q. About how many times?

 3        A. Twice, I think.

 4        Q. And what did you talk to him about?

 5        A. Talked to him about my campaign.

 6        Q. Okay.  And did he support your campaign?

 7        A. No.

 8        Q. Okay.  Did you -- did he tell you why not?

 9        A. He said he wanted me to stay in my current

10   seat.

11        Q. Okay.  So you talked to him about your

12   most recent current --

13        A. Yeah.  He liked me where I was.

14        Q. Okay.

15        A. He liked to support me where I was but not

16   to move.

17        Q. Okay.  And Mr. Smith has been quite vocal

18   about his belief that minority businesses have not

19   always gotten a fair shake in Virginia, is that

20   right, or in Virginia Beach?

21        A. Yes.  Yes.

22        Q. Do you agree with his views on the
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                137

1    opportunities that have been given to minority

2    businesses in Virginia Beach over the years?

3        A. I'm not sure I'd agree with him.

4        Q. Okay.  Do you disagree with him on some of

5    those issues?

6        A. I voted for the apartments at the Hyatt

7    House that he wanted.

8        Q. Okay.  So since you voted for the

9    apartments at the Hyatt House --

10       A. It's a building.  I don't know what you

11   call it, but it's next door to the Hyatt Hotel on

12   Atlantic Avenue.  That was his project.

13       Q. Right.

14       A. He -- so I met with him, and I told him I

15   would support it.  And I did.

16       Q. But my understanding is that Mr. Smith's

17   concerns are not about a particular project but

18   about whether or not there's been an equal

19   opportunity for minority businesses in Virginia

20   Beach.  Would you agree that that's a fair

21   criticism of the Virginia Beach system?

22       A. I think they're all decided on merit, not

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                     138

1    according to what race you are.

2         Q. So any charge that there has been some

3    level of self-dealing or cronyism that has led to

4    racial disparities, you would disagree with?

5         A. Yes.

6         Q. Is it the case that City Manager Hansen on

7    several occasions was identified to have shared

8    internal information with Bruce Thompson about

9    contracting with Virginia Beach?

10        A. I think there was some email that, you

11   know -- I think there was, like, one email.

12        Q. Did that concern you?

13        A. I didn't think it was a big deal.  No.

14        Q. If the City Manager was sharing

15   information with some developers and not others,

16   would that be a big deal?

17        A. Yes.  But I think the specific question is

18   something that -- and I don't remember the email

19   totally.  I'm just -- it was a specific question

20   about a particular project.

21        Q. Do you know who George Minns was?

22        A. Yes.

1      Q. Prior to his recent passing, did you ever

2   get the chance to visit with Mr. Minns or speak

3   with him?

4      A. He came to -- I started the Historical

5   Preservation Commission, which he was very

6   interested in, and he came to some of our

7   meetings.

8      Q. Okay.  And Mr. Minns was also quite vocal

9   in his concerns that minority businesses weren't

10  given an equal opportunity in Virginia Beach; is

11  that right?

12     A. I don't know.

13     Q. Okay.  Do you think there is any validity

14  to Mr. Minns or Mr. Smith's concerns that minority

15  businesses were not always given a fair or equal

16  opportunity in Virginia Beach?

17     A. No.  I don't think so.

18     Q. As we sit here today, do you believe that

19  Virginia Beach is currently open to all business

20  persons on an entirely equal basis?

21     A. Yes.

22     Q. Prior to his resignation on August 23rd,

```
1    2019, did you think that City Manager Hansen was

2    doing a satisfactory job?

3         A. In some ways, yes.  In other ways, no.

4         Q. And in which ways yes?

5         A. He was a guy that got things done.  We

6    have a lot of storm water flooding issues that are

7    facing us.  He was in the Army Corps of Engineers.

8    Dave knew how to get things done.

9         Q. And in what ways now?

10        A. He did not have a good demeanor with

11   dealing with the public.

12        Q. Are you familiar with the comment me made

13   where --

14        A. Floatopia, yes.

15        Q. Yes.

16           MR. BOYNTON:  Wait for her to finish the

17   question.

18        Q. Yes.  The comments related to --

19        A. Yes.

20        Q. -- Floatopia?

21        A. Yes, I do.

22        Q. And did you find those offensive?
```

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    141

1        A. Yes.

2        Q. What about his communications with another

3    city official about five percenters?

4        A. I don't think Dave made that comment.  I

5    think it was someone else.  And I'm sorry to be

6    naïve, but I never really understood the term,

7    something I wouldn't use because I don't really

8    understand it.  So I don't know if he -- if they

9    knew what the -- what it meant to others or not.

10   So I'm just not sure because I don't even -- I

11   still don't understand it.

12       Q. All right.  I believe that at some point

13   Mr. Hansen used the term thugs.  Are you familiar

14   with that?

15       A. Yes.

16       Q. And did you believe that that was

17   appropriate?

18       A. No.

19       Q. Okay.  Are you familiar with any

20   controversial remarks that Mr. Atkinson has made?

21       A. Yes.

22       Q. And what's one of those?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    142

1        A. No ticky, no laundry.

2        Q. And when did he say that?

3        A. Years ago.

4        Q. And what's the meaning of no ticky, no

5    laundry?

6        A. If you don't have your ticket, you know --

7    I know people were offended by it.  And I don't

8    remember the context, but I remember him saying

9    it.  It was in the paper.

10       Q. And was he reprimanded --

11       A. Yes.

12       Q. -- by the City Council?

13       A. Well, he had to take sensitivity training.

14       Q. Okay.  And that was required by the City

15   Council?

16       A. We asked him to.

17       Q. Okay.  Have there been any other incidents

18   with respect to Mr. Atkinson?

19       A. He had said something about dark-skinned

20   people standing in line.

21       Q. When was that?

22       A. I don't remember what year it was.  It's

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    143

1    been a really long time.

2         Q. And what was the --

3         A. It was in the 2000s.  These both happened

4    about the same time.

5         Q. What did the city --

6         A. He took the sensitivity training.  It was

7    when we used to have a city sticker, and there

8    were really long lines where people would come in,

9    because they hadn't paid their taxes, to get their

10   city sticker.

11        Q. Okay.  So these two events happened in

12   close proximity?

13        A. Very close together.

14        Q. And the city's response was sensitivity

15   training?

16        A. We asked him to take sensitivity training.

17        Q. Okay.  Have there been any other issues

18   since then?

19        A. Not that I'm aware of.

20           We've got to finish up.  It's 10 till 5.

21           MR. BOYNTON:  I'm open to suggestions

22   about rolling over to tomorrow morning or changing

1    from trains to planes or --

2          MS. LANG:  Let's see what I can get

3    through in 10 minutes.

4       A. I've got five minutes.

5          MR. BOYNTON:  Let's see what we can do.

6       Q. Did you call for City Manager Hansen to be

7    fired?

8       A. That's a personnel issue.

9          MR. BOYNTON:  The -- so personnel issue by

10   itself is not an exception to testifying in a

11   federal case.  If you are having private

12   conversations with Council members, you are

13   potentially into a legislative privilege context.

14   But I'm trying -- I'm trying to help you get to

15   where you need to go.

16         In terms of direction that was provided to

17   Mr. Hansen, that is not privileged information.

18   And your personal opinion is not privileged

19   either.  So if you had a personal opinion, if you

20   expressed a personal opinion to him, then that is

21   not something you can avoid testifying about.

22      A. My personal opinion was I did not want to

1    renew his contract.

2        Q. And did you tell him that?

3        A. No.

4        Q. Okay.  Was that communicated to him by

5    anyone?

6        A. How would I know that?

7        Q. Okay.  There was a meeting with him about

8    the renewal of his contract?

9        A. I did not want to renew his contract.  It

10   was going to cost the city a whole lot of money to

11   fire him.  And I just didn't want the

12   embarrassment of it all because he worked with --

13   he loved the city.  He worked for the city for a

14   really long time.

15       Q. But you did not want to renew his

16   contract?

17       A. I did not want to renew his contract.

18       Q. So he ultimately decided to resign --

19       A. Yes.

20       Q. -- during that meeting about his contract

21   renewal?

22       A. Yes.

Transcript of Rosemary Wilson
Conducted on October 3, 2019                           146

1      Q. Was it communicated to him during that
2   meeting that his contract likely would not be
3   renewed?
4      A. It was a lot of discussion.  I don't think
5   that really was a discussion point.
6      Q. Whether or not his contract would be
7   renewed was not a discussion point?
8      A. There was a lot of questioning about his
9   performance.
10      Q. Okay.  And at the end of that meeting he
11   said he would resign?
12      A. At the end of the meeting he got angry,
13   and he said a lot of things, and he got up and
14   walked out.
15      Q. Was one of those things that he was going
16   to resign?
17      A. He said, Pay me off.  You know, pay him
18   the money we would have to pay.
19      Q. And how much did he receive?
20      A. I think it was 130,000.  It was about
21   130,000.
22      Q. Okay.  What did he say when he was angry?

1      A. Do I need to say?

2          MR. BOYNTON:  These are statements he is

3    making, not Council members.  So that's a problem.

4    Give her a summary and let's move on with stuff.

5    It just is what it is.

6      A. He was unhappy that we felt that way, and

7    he kind of --

8      Q. I'd like to hear it.

9      A. Well, I'm sure you would.

10     Q. And I'm entitled to it.

11     A. And you're interrupting me now.

12     Q. Can you tell me just what --

13     A. I'm trying to, if you'll allow me.

14     Q. Okay.

15     A. He said, Let's just call it a divorce and

16   pay me the 130,000.

17     Q. Did he say anything else?

18     A. Obviously, things weren't going well.  He

19   was upset.  And he said, Just call it a divorce.

20   Pay me 130,000 and I'm out of here.

21     Q. Okay.  Are you familiar with the Ministers

22   5 Point Policing Plan?

Transcript of Rosemary Wilson
Conducted on October 3, 2019                    148

1      A. I remember seeing it, but it's been a

2   couple of years.

3      Q. It was actually first presented to you; is

4   that correct?

5      A. I've got to go.

6         MR. BOYNTON:  You can answer that real

7   quick, and maybe get you out of here.

8      A. It was presented to me.  And I remember

9   seeing it.  And we called a meeting with a whole

10  lot of people to work on it.

11     Q. Okay.

12        MS. LANG:  I don't have much more, but I

13  do have some things I have to --

14        MR. BOYNTON:  Do you want to try to do the

15  rest of it --

16        MS. LANG:  We can do it tomorrow morning.

17        MR. BOYNTON:  We can do that.  We can do

18  it telephonically.  We can work however is

19  functional for everybody.

20        MS. LANG:  Let's go off the record for a

21  moment.

22        (A discussion took place off the record.)

1          (Signature having not been waived, the

2     deposition of ROSEMARY A. WILSON was adjourned at

3     5:00 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1           ACKNOWLEDGMENT OF DEPONENT

2        I, ROSEMARY A. WILSON, do hereby

3    acknowledge that I have read and examined the

4    foregoing testimony, and the same is a true,

5    correct, and complete transcription of the

6    testimony given by me and any corrections appear

7    on the attached Errata Sheet signed by me.

8

9

10   _____        _____

11        (DATE)                          (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2         I, Penny C. Wile, RPR, RMR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my direction; that reading and

9    signing was requested; and that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13        IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this 14th day of

15   October, 2019.

16        My commission expires:  January 31, 2021.

17

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA

PENNY C. WILE
Notary Public
Commonwealth of Virginia
Registration No. 212528
My Commission Expires Jan 31, 2021

Transcript of Rosemary Wilson
Conducted on October 3, 2019

152

**A**

aaron
71:12, 71:14
abbott
74:4, 93:15,
93:17, 105:3,
111:20, 113:3,
114:3, 114:10,
130:1
abbott's
112:2
abide
76:4
ability
15:5, 98:22,
100:19, 101:16
able
17:13, 30:22,
79:18, 98:11,
99:4, 120:1,
131:8
abrajano
121:5
academy
120:3
access
23:10, 35:13,
102:3
according
138:1
account
20:17, 35:13
accountable
95:21
accounts
18:19, 22:4,
22:15, 29:19,
30:4, 31:7,
31:16, 34:17,
35:3
accredited
125:16, 127:5
accumulate
33:10
achievement
125:10, 125:14,
125:17, 126:3,

126:14, 127:3,
127:9, 127:17
acknowledge
150:3
acknowledgment
150:1
acoustical
49:7, 49:9
acres
121:16, 122:15
action
133:2
active
31:10, 31:11
actually
27:11, 42:13,
44:2, 66:4,
75:11, 102:11,
148:3
adams
132:22
added
134:3
additional
57:3, 126:11,
126:21
additions
135:6
address
18:17, 33:17
adjourned
149:2
advance
133:6
advantage
98:15
advice
97:19
advisory
77:17, 78:11,
79:12
affairs
135:8
affects
15:5
affiliated
119:19
affixed
151:14

afford
47:1
african
56:12, 57:8,
57:12, 59:18,
60:3, 60:7,
75:17, 83:22,
84:6, 84:10,
85:1, 109:1,
109:12, 110:1,
111:8, 123:18
after
5:4, 31:22,
73:8, 129:1
afternoon
5:8
again
74:5, 81:3,
86:5, 98:3,
103:11, 109:8
against
39:11, 40:18,
41:4, 41:5,
45:18, 74:4
agency
12:11
agenda
20:4, 30:17
agent
11:20, 117:1
ago
36:19, 38:22,
43:10, 44:20,
119:10, 142:3
agree
98:8, 101:7,
101:17, 111:16,
113:11, 114:1,
129:16, 136:22,
137:3, 137:20
ahead
8:20
air
56:3
al
1:9, 3:13
align
47:6

alive
43:7
all
6:18, 13:8,
14:7, 20:20,
21:5, 21:7,
21:17, 28:19,
32:16, 32:20,
39:13, 43:17,
44:13, 48:19,
49:5, 50:8,
51:19, 52:9,
62:11, 64:21,
65:6, 65:16,
77:22, 82:7,
84:9, 96:13,
96:16, 97:13,
98:10, 102:12,
102:16, 110:9,
114:14, 116:10,
121:15, 124:3,
124:18, 125:2,
125:15, 125:21,
127:5, 130:22,
134:11, 134:13,
135:2, 137:22,
139:19, 141:12,
145:12
allen
1:6, 3:3, 41:5,
111:13
allow
147:13
almost
123:15
along
97:13
alongside
40:1
already
54:14, 60:20,
63:6, 68:8
also
3:22, 18:19,
23:3, 51:9,
54:20, 56:4,
71:1, 72:9,
82:13, 98:1,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

153

134:8, 139:8
**alternative**
91:20
**always**
60:17, 101:20,
114:1, 117:21,
123:5, 136:19,
139:15
**amelia**
36:16, 52:12,
52:15, 52:20,
52:21, 56:7,
59:14, 60:5,
73:17, 74:3,
74:5, 74:20,
75:2, 75:7,
76:2, 76:5,
76:15, 114:16
**american**
56:12, 56:13,
57:8, 57:12,
59:18, 60:3,
60:7, 61:6,
75:17, 84:7,
85:2, 109:1,
109:12, 110:2,
111:8
**americans**
83:22, 84:10,
123:18
**amount**
48:2, 129:15
**anderton**
57:22, 61:4,
62:6
**angry**
146:12, 146:22
**ann**
9:8
**announce**
26:16, 67:10
**announced**
73:9
**announcements**
67:21
**another**
6:22, 40:4,
54:7, 61:17,

62:14, 77:16,
78:11, 102:1,
115:18, 128:1,
141:2
**answer**
6:6, 6:20, 7:3,
7:4, 8:11, 8:14,
9:2, 9:5, 15:11,
44:19, 46:7,
46:11, 46:13,
72:18, 85:9,
90:14, 92:11,
94:3, 95:10,
101:11, 101:13,
106:22, 109:5,
116:9, 125:12,
126:2, 134:13,
148:6
**answered**
39:1, 99:14
**answers**
6:12
**any**
7:9, 9:1, 11:7,
17:6, 17:9,
17:12, 17:16,
18:8, 18:9,
20:1, 20:9,
20:14, 24:6,
24:15, 26:19,
32:14, 33:5,
34:12, 35:15,
40:6, 41:3,
41:10, 51:22,
52:7, 55:14,
56:8, 57:9,
59:10, 59:15,
60:6, 64:17,
68:6, 71:7,
75:8, 75:11,
75:12, 75:19,
76:9, 76:19,
76:21, 78:15,
78:18, 79:2,
80:4, 81:8,
81:21, 88:12,
89:5, 90:7,
91:15, 92:3,

99:15, 102:16,
102:17, 105:7,
107:5, 108:1,
108:6, 108:7,
108:9, 118:18,
123:2, 125:17,
126:3, 127:2,
130:20, 135:5,
135:15, 138:2,
139:13, 141:19,
142:17, 143:17,
150:6, 151:10
**anybody**
39:7
**anymore**
84:20, 125:22
**anyone**
8:4, 8:10,
16:5, 41:7,
58:20, 60:11,
70:10, 72:15,
73:2, 73:6,
73:13, 74:17,
74:19, 75:2,
75:5, 80:19,
81:15, 81:17,
85:6, 87:5,
92:4, 93:9,
105:16, 145:5
**anything**
7:9, 15:2,
17:20, 30:10,
35:10, 46:12,
96:7, 132:12,
132:19, 147:17
**apartments**
49:12, 49:15,
137:6, 137:9
**apologize**
8:6
**appear**
17:14, 64:17,
68:4, 150:6
**appears**
57:13, 66:13
**applicable**
8:17
**applicants**
107:18

**application**
107:3, 120:7
**applies**
8:11
**apply**
8:1
**appoint**
27:17
**appointed**
27:19, 76:19
**appointees**
115:1
**appreciate**
57:2, 96:8
**approach**
44:16, 44:17
**appropriate**
141:17
**approximately**
63:15
**approximation**
13:5
**aquarium**
135:8
**area**
97:15
**armada**
51:17
**army**
140:7
**around**
34:6, 121:12,
124:17
**asian**
56:13, 75:13,
84:7, 120:11,
121:4
**asians**
84:1
**aside**
41:2, 98:19
**asked**
18:7, 38:11,
60:19, 79:22,
89:1, 99:5,
106:17, 107:11,
110:1, 110:3,
111:8, 112:6,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

154

133:5, 133:11,
133:15, 135:7,
135:10, 142:16,
143:16
**asking**
13:20, 14:7,
15:9, 18:1,
18:2, 18:7,
48:13, 56:14,
57:1, 84:5,
89:10, 94:20,
99:13, 105:12,
107:8, 107:9,
110:17, 110:22,
111:5, 128:15
**assisting**
69:6
**association**
51:14
**assume**
8:21, 62:14
**assumption**
102:6, 109:22
**assumptions**
66:2, 102:16
**at-large**
9:9, 14:2,
27:9, 40:2,
45:22, 46:1,
67:18, 83:10,
83:18, 92:6,
97:5, 97:10,
98:5, 99:4,
99:16, 100:3,
100:6, 100:14
**at-risk**
124:2, 124:9
**atkinson**
41:21, 41:22,
42:2, 42:3,
42:8, 51:21,
51:22, 141:20,
142:18
**atkinson's**
51:22
**atlantic**
137:12
**attached**
28:5, 150:7

**attachment**
28:18
**attachments**
29:13
**attempt**
90:2
**attend**
119:6, 119:8,
121:1
**attended**
65:7, 119:10
**attorney**
2:5, 3:15,
15:19, 55:20,
55:21
**attorney-client**
7:8
**attorneys**
92:3
**audibly**
6:6
**august**
62:18, 62:21,
125:2, 139:22
**authority**
20:4, 30:9,
30:11, 30:17,
79:14
**availability**
131:14
**available**
116:11, 117:21,
118:12
**avenue**
137:12
**avoid**
79:6, 110:12,
144:21
**awarded**
131:12
**aware**
58:15, 59:10,
88:22, 99:15,
104:22, 108:22,
110:3, 111:7,
125:17, 126:3,
126:7, 126:14,
127:2, 129:14,

133:10, 134:18,
135:9, 143:19
**away**
9:18, 23:22,
33:10, 33:11,
36:3, 51:2

**B**

**back**
10:2, 32:7,
37:15, 52:11,
74:5, 109:9,
110:12, 128:4
**background**
11:4, 65:12,
94:21
**bad**
37:21
**bailey**
57:12
**balance**
98:5
**ballard**
50:14, 50:15,
50:17
**ballot**
58:7, 74:16,
92:15
**ballots**
58:6, 58:9
**baltimore**
51:20
**banquet**
119:11
**barbara**
106:5, 115:11
**barode**
56:18
**barry**
81:18
**based**
72:6, 131:14
**basic**
88:15
**basically**
91:8
**basis**
8:15, 14:1,

14:4, 15:4,
25:18, 111:5,
139:20
**bathing**
125:2, 125:3,
125:5
**batteries**
54:20, 55:2,
55:6, 55:7,
55:11
**battery**
55:8, 55:9,
55:10
**bay**
77:18
**beach**
1:9, 1:15, 2:5,
2:9, 3:13, 3:15,
3:19, 9:10,
9:13, 9:16,
9:19, 10:7,
10:20, 10:22,
18:16, 19:15,
20:10, 20:15,
26:17, 27:1,
27:2, 27:14,
43:3, 54:5,
60:3, 60:9,
65:18, 65:22,
80:7, 80:8,
80:10, 83:3,
83:5, 83:13,
83:16, 83:19,
99:18, 100:16,
114:1, 115:14,
120:18, 124:12,
125:18, 126:5,
126:15, 128:11,
136:20, 137:2,
137:20, 137:21,
138:9, 139:10,
139:16, 139:19
**beat**
114:11
**became**
43:21, 44:9,
82:14
**because**
6:8, 20:3,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

155

27:3, 30:13,
31:17, 32:18,
37:22, 45:15,
46:3, 48:12,
59:19, 74:6,
74:16, 74:20,
76:2, 78:3,
80:20, 89:5,
90:14, 92:14,
97:12, 97:16,
102:7, 102:20,
103:4, 103:6,
103:15, 103:20,
107:12, 108:22,
112:9, 113:6,
113:14, 121:21,
122:7, 125:5,
125:7, 127:18,
141:7, 141:10,
143:9, 145:12
**become**
107:19
**been**
5:4, 5:11, 7:6,
10:15, 11:19,
12:7, 12:10,
18:14, 31:11,
31:13, 35:22,
37:11, 39:9,
41:15, 42:20,
43:2, 43:7,
47:7, 57:14,
63:10, 72:11,
75:9, 75:13,
77:13, 85:5,
109:1, 114:12,
114:19, 118:18,
131:4, 131:22,
136:17, 137:1,
137:18, 138:2,
142:17, 143:1,
143:17, 148:1,
149:1
**before**
2:17, 5:11,
6:2, 12:13,
24:12, 37:1,
62:5, 86:13,

86:19, 91:3,
93:8, 115:10,
125:1, 130:12,
132:20, 151:3
**begin**
5:14, 26:12
**behalf**
3:2, 3:12
**being**
11:13, 13:13,
16:10, 17:13,
18:7, 45:4,
88:12
**belief**
136:18
**believe**
35:2, 38:3,
62:5, 110:13,
111:2, 114:16,
127:2, 127:8,
130:1, 139:18,
141:12, 141:16
**believed**
110:7
**ben**
54:6, 82:16,
130:5
**benefit**
104:10
**benefits**
103:9, 104:6
**berkshire**
12:14
**berlucchi**
106:14, 107:1
**besides**
75:12
**best**
6:2, 13:3,
13:4, 13:10,
64:8, 64:22,
78:6, 84:7,
91:19, 91:20,
95:10, 95:15,
97:3, 100:21,
101:6, 101:9,
101:16, 102:10,
102:19

**better**
70:20
**between**
7:20, 7:21,
112:19, 125:11,
126:4, 126:14,
126:17, 127:10
**beyond**
50:12, 92:10
**big**
50:15, 54:19,
97:21, 109:11,
121:13, 123:5,
138:13, 138:16
**bind**
18:2
**binding**
15:2
**bio**
66:17, 67:1,
77:22, 78:21,
79:1, 79:18,
79:20
**birdneck**
55:12
**bit**
5:21, 58:12,
58:14, 83:6,
107:20
**black**
84:15, 119:6
**blank**
31:22, 32:3
**block**
102:7, 102:17,
102:19, 104:3,
104:10, 104:12,
109:11
**blocking**
128:4
**blocks**
103:10, 103:11,
103:22, 104:5
**blythe**
40:3
**board**
26:19, 37:3,
37:4, 37:5,

38:5, 42:17,
42:18, 44:7,
50:18, 76:18,
77:7, 77:9,
80:18, 103:16,
125:22, 126:7,
126:9, 126:13,
127:4
**boatel**
54:13
**bob**
61:7, 81:20,
82:13
**bobby**
44:3, 44:4,
45:15, 75:6,
114:4
**born**
9:11
**both**
19:1, 19:5,
19:7, 19:13,
48:19, 51:4,
52:3, 95:3,
143:3
**bought**
119:11
**box**
20:2
**boynton**
3:14, 6:6,
8:13, 12:2,
13:15, 13:19,
14:21, 15:13,
15:20, 16:1,
17:20, 18:6,
18:11, 19:20,
21:11, 21:14,
24:4, 25:10,
25:17, 28:9,
28:14, 29:12,
38:21, 39:13,
40:19, 41:17,
42:12, 43:17,
46:12, 48:7,
50:11, 52:3,
52:11, 53:13,
54:4, 55:2,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

156

56:10, 56:14,
61:15, 61:19,
61:22, 62:12,
62:19, 62:21,
64:7, 64:10,
64:21, 66:6,
66:10, 67:18,
71:22, 72:3,
72:16, 75:20,
78:6, 79:6,
79:17, 79:22,
82:6, 84:2,
86:17, 90:18,
92:7, 94:4,
94:6, 94:18,
95:8, 96:4,
96:10, 104:14,
105:15, 107:8,
107:12, 107:15,
109:3, 110:6,
110:11, 112:3,
115:12, 118:16,
120:20, 123:12,
128:3, 128:6,
128:9, 140:16,
143:21, 144:5,
144:9, 147:2,
148:6, 148:14,
148:17
**brace**
91:1
**branch**
69:13
**breakdown**
84:9
**breakfast**
119:9
**breeden**
49:13, 54:15,
54:16, 69:12
**brian**
24:22, 34:11,
41:12, 41:15
**bridge**
121:13, 121:15
**brief**
15:22
**briefings**
86:20

**bright**
61:5, 72:10
**bring**
17:9, 27:6,
111:20, 112:21,
115:16
**broadband**
54:1, 54:3,
78:10
**broadly**
6:16
**brought**
26:13, 112:18,
112:19
**brown**
109:16
**bruce**
51:9, 69:14,
135:19, 135:20,
135:22, 138:8
**budget**
114:4, 116:7,
133:15, 133:16,
134:3, 134:4,
135:1, 135:6,
135:16
**build**
49:12, 49:14,
51:18, 51:19,
121:19
**builders**
51:14
**building**
2:7, 3:17,
53:7, 54:19,
55:11, 55:18,
122:5, 137:10
**builds**
51:8
**built**
49:15, 50:16,
51:18
**bullet**
100:4
**bunch**
79:15
**burt**
121:6

**burton**
84:18, 85:14
**business**
19:3, 19:13,
19:19, 19:20,
19:21, 20:8,
21:20, 24:16,
53:6, 53:11,
55:14, 66:1,
70:8, 120:7,
139:19
**businesses**
131:11, 131:15,
132:17, 136:18,
137:2, 137:19,
139:9, 139:15
**busy**
36:11
**byler**
58:17, 58:21,
59:3, 59:5

**C**

**cable**
54:5
**cables**
53:21, 53:22,
54:2
**calendar**
23:12, 31:19,
31:22, 32:4,
32:8
**caliper**
49:16, 49:17
**call**
16:3, 58:1,
65:9, 137:11,
144:6, 147:15,
147:19
**called**
7:18, 49:9,
54:18, 57:22,
63:9, 63:11,
148:9
**calls**
117:14
**came**
10:2, 24:12,

**63:17, 65:3,**
65:11, 69:4,
86:13, 86:19,
87:14, 88:17,
97:13, 139:4,
139:6
**campaign**
3:6, 16:18,
17:2, 22:21,
23:5, 23:8,
24:16, 24:20,
25:1, 26:7,
26:9, 26:10,
26:12, 26:13,
30:1, 31:12,
32:14, 32:21,
32:22, 33:2,
33:14, 33:16,
33:17, 34:5,
34:7, 34:12,
34:13, 34:16,
34:22, 35:20,
41:13, 42:5,
42:7, 44:4,
44:13, 44:17,
47:15, 52:5,
52:16, 53:1,
56:15, 57:14,
61:14, 64:1,
64:18, 66:6,
66:8, 68:4,
68:6, 70:3,
71:1, 84:2,
113:8, 136:5,
136:6
**campaigning**
35:22, 117:12
**campaigns**
36:8, 41:16,
52:8, 65:1,
68:13, 114:7
**can't**
13:8, 21:17,
34:3, 39:16,
39:20, 41:8,
43:20, 44:19,
46:7, 46:11,
47:10, 52:10,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

157

57:6, 70:14,
71:3, 77:12,
79:6, 85:9,
87:12, 90:14,
90:20, 93:12,
93:19, 101:13,
105:2, 106:20,
109:12, 110:2,
110:16, 111:6,
112:8, 112:9,
124:18, 125:12,
127:11, 129:6,
134:13
**cancer**
53:8
**candidacy**
62:7
**candidate**
42:17, 44:8,
44:10, 45:22,
46:2, 66:3,
70:21, 72:5,
74:7, 99:2,
100:22, 101:2,
101:6, 101:10,
102:1, 102:2,
102:5, 102:10,
102:20, 103:19,
104:7, 115:6
**candidates**
44:8, 45:18,
46:10, 48:19,
57:17, 60:18,
65:6, 73:15,
74:2, 75:9,
75:13, 81:9,
82:9, 98:11,
99:9, 100:19,
101:18
**cannot**
9:2
**capacity**
27:12
**care**
36:11, 62:1,
97:4, 97:6, 98:4
**cared**
65:17

**career**
11:12
**carla**
57:11
**case**
1:7, 5:10, 7:6,
12:19, 28:7,
28:12, 79:7,
100:15, 101:20,
107:7, 138:6,
144:11, 151:11
**cases**
102:20, 103:10
**caucus**
119:6
**cause**
123:17
**cavalier**
53:15
**cellphone**
19:12
**census**
86:9
**center**
2:7, 3:6, 3:17,
51:19, 68:10
**centers**
49:14, 51:8
**centerville**
90:5
**centura**
56:5
**certain**
7:4
**certainly**
53:14
**certificate**
151:1
**certify**
151:4
**challenged**
13:13
**challenger**
40:9
**challengers**
39:5, 39:7,
39:9, 39:22,
41:1, 113:6

**challenging**
13:12, 13:22,
39:2, 116:21
**chance**
139:2
**change**
14:11, 93:3,
105:1, 109:2,
110:8, 111:9,
115:17
**changed**
18:11, 94:2
**changing**
92:5, 93:9,
143:22
**chaplain**
70:6
**charge**
34:2, 138:2
**charles**
49:20, 53:15
**charlotte**
51:20
**chesapeake**
10:10, 77:18,
100:2
**child**
10:1, 123:15
**childhood**
11:6
**children**
49:19, 122:15,
123:17, 124:7,
126:4, 126:5,
126:11
**children's**
37:17, 38:11
**chinese**
120:13, 120:15
**choice**
98:12, 99:2,
99:10, 100:20,
101:3, 102:5,
103:6, 115:22
**choose**
104:1
**chooses**
46:19

**chris**
81:19, 96:8,
104:17
**christopher**
3:5, 3:14
**churches**
119:4
**cities**
99:15, 99:21
**city's**
21:10, 143:14
**civic**
117:18, 118:4,
119:4
**claim**
14:4, 14:10
**clarify**
101:16
**classify**
84:15
**clear**
6:11, 94:10
**close**
41:10, 119:15,
143:12, 143:13
**closings**
56:1
**cloud**
20:1
**coach**
96:9
**coaching**
96:10
**coffee**
63:15
**cole**
25:6
**colleagues**
104:22
**collect**
68:20
**college**
10:3, 11:3
**color**
40:7, 40:15,
41:4, 56:9,
58:6, 102:8
**com**
18:22, 20:2

Transcript of Rosemary Wilson
Conducted on October 3, 2019

158

come
19:7, 21:9,
41:10, 53:22,
59:11, 63:16,
69:16, 92:19,
97:14, 112:10,
130:3, 130:7,
143:8
comes
19:7, 20:17,
24:11, 93:11
coming
16:6, 16:8,
53:21, 119:11
comment
140:12, 141:4
comments
140:18
commercial
121:21
commission
37:19, 71:18,
72:11, 78:11,
79:12, 79:13,
139:5, 151:16
commissions
76:19, 77:1,
79:3
committee
87:2, 87:3,
87:12, 87:13,
87:15, 87:19,
87:20, 87:22,
88:16, 90:11,
90:13
committees
77:1, 79:3,
80:4
common
5:19
commonwealth
2:18, 151:22
communicate
19:2, 117:10,
117:13
communicated
145:4, 146:1
communication
63:2

communications
141:2
communities
98:10, 101:18,
119:2, 124:16
community
59:19, 60:10,
88:22, 99:1,
99:9, 101:2,
101:3, 101:22,
102:1, 102:2,
102:22, 109:1,
109:13, 110:2,
111:8, 119:14,
120:11, 121:2,
121:4, 123:14,
128:15, 129:15,
135:11
community's
100:19
companies
49:13
company
49:9, 50:7,
50:14, 50:16,
51:1, 53:17,
54:16, 54:18
competing
133:19
competition
113:6
complete
150:5
completely
100:6
complicated
27:5
compression
135:3
computer
19:16, 19:19
con
95:20, 95:22
concentrating
93:5
concentration
89:5, 90:4
concern
130:14, 130:18,

130:22, 138:12
concerns
106:21, 130:16,
130:20, 137:17,
139:9, 139:14
condo
53:22
conducted
128:11
conference
108:10, 109:19,
110:8
confirm
90:21
congress
82:16
congresswoman
82:12
connected
53:20
conrad
70:16
cons
95:3, 96:1,
96:19
consider
48:4
considered
133:20, 133:22
consistently
99:9
consisting
113:8
constituents
22:2, 108:1,
108:7, 116:8,
117:11, 118:8,
118:10, 118:12
constitutional
80:9
construction
50:14, 50:15
consult
34:12
consultant
25:4, 34:9,
34:10, 42:4,
43:2, 43:12,

43:21, 45:1,
90:17
consulting
41:16, 53:3
contacted
28:10, 60:18
context
14:22, 142:8,
144:13
continue
29:12
contract
145:1, 145:8,
145:9, 145:16,
145:17, 145:20,
146:2, 146:6
contracting
138:9
contractors
132:10, 132:16
contracts
131:12
contribute
67:8
contributed
52:4, 52:8,
53:18
contribution
67:6
contributions
68:20, 69:5,
69:6, 69:17,
69:19
controversial
141:20
conversation
8:3, 8:9,
15:22, 110:16
conversations
7:14, 7:20,
8:12, 44:22,
92:4, 92:8,
92:12, 105:13,
108:6, 112:4,
144:12
cool
54:22
copies
32:18

Transcript of Rosemary Wilson
Conducted on October 3, 2019

159

| | | | |
|---|---|---|---|
| **copy** | **council** | **course** | **cycle** |
| 33:5, 62:14 | 7:21, 7:22, | 104:4, 123:3, | 45:7, 45:11 |
| **corps** | 8:3, 8:10, 9:8, | 127:1 | **cynthia** |
| 140:7 | 11:13, 19:2, | **court** | 121:5 |
| **correct** | 20:11, 20:16, | 1:1, 5:15, | **D** |
| 10:7, 16:21, | 21:19, 23:19, | 5:22, 6:8, 6:10, | **dane** |
| 16:22, 18:18, | 27:3, 27:17, | 6:18, 6:19, | 40:3 |
| 27:9, 27:12, | 27:19, 36:20, | 117:7, 117:9 | **danielle** |
| 28:22, 31:12, | 37:8, 37:20, | **courthouse** | 3:4, 5:8 |
| 34:18, 37:7, | 38:14, 38:19, | 2:6, 3:16, 58:3 | **darien** |
| 45:19, 45:20, | 45:7, 52:7, | **courtney** | 23:2, 26:8, |
| 46:16, 46:17, | 54:7, 59:12, | 40:4 | 26:9 |
| 47:13, 52:5, | 60:14, 61:18, | **covers** | **dark-skinned** |
| 62:9, 62:10, | 65:18, 65:22, | 7:19 | 142:19 |
| 66:5, 71:13, | 66:2, 70:8, | **create** | **date** |
| 85:18, 85:21, | 71:2, 71:8, | 55:13, 90:3, | 18:11, 18:12, |
| 86:10, 88:2, | 72:13, 72:15, | 133:7 | 41:17, 41:19, |
| 90:1, 91:10, | 73:2, 75:10, | **created** | 63:14, 129:4, |
| 99:19, 99:20, | 75:14, 76:8, | 58:18 | 129:6, 150:11 |
| 99:22, 100:16, | 76:22, 77:4, | **creating** | **dates** |
| 100:17, 114:13, | 77:17, 80:8, | 53:21, 90:12 | 77:13, 77:14 |
| 116:15, 118:7, | 80:17, 85:16, | **criteria** | **daughters-in-law** |
| 128:12, 128:13, | 85:20, 86:2, | 91:15 | 120:12 |
| 129:8, 130:4, | 87:1, 87:6, | **criticism** | **dave** |
| 131:15, 132:18, | 87:11, 87:18, | 137:21 | 140:8, 141:4 |
| 148:4, 150:5, | 88:1, 88:19, | **croc's** | **davenport** |
| 151:5 | 89:19, 90:11, | 68:7 | 54:6, 130:2 |
| **corrections** | 90:16, 92:9, | **cronyism** | **david** |
| 150:6 | 92:13, 97:17, | 138:3 | 115:11, 115:14 |
| **cost** | 98:1, 105:5, | **crr** | **davis** |
| 130:15, 130:17, | 105:8, 105:11, | 1:22, 2:18, | 81:12 |
| 145:10 | 107:16, 107:17, | 151:2 | **day** |
| **costly** | 107:19, 111:17, | **cultural** | 32:5, 32:6, |
| 113:7 | 112:1, 112:21, | 135:8 | 58:2, 113:19, |
| **costs** | 116:4, 118:19, | **current** | 135:2, 151:14 |
| 131:1 | 119:1, 121:8, | 11:22, 12:15, | **day's** |
| **could** | 129:16, 130:2, | 14:5, 27:16, | 31:22 |
| 29:21, 31:13, | 130:13, 133:3, | 36:19, 41:13, | **dc** |
| 40:21, 49:5, | 134:4, 135:9, | 115:2, 121:7, | 3:9 |
| 66:20, 71:9, | 142:12, 142:15, | 136:9, 136:12 | **deal** |
| 71:10, 89:4, | 144:12, 147:3 | **currently** | 8:14, 117:14, |
| 98:21, 99:1, | **counsel** | 10:19, 45:4, | 134:8, 138:13, |
| 110:12, 112:21, | 5:6, 5:9, 6:14, | 78:10, 79:2, | 138:16 |
| 113:18, 113:19, | 7:2, 7:10, 7:12, | 115:16, 139:19 | **dealing** |
| 113:20, 131:7 | 8:1, 151:10 | **cut** | 134:1, 134:15, |
| **couldn't** | **couple** | 76:7 | 140:11 |
| 13:7, 39:15, | 10:11, 49:8, | **cyber** | **death** |
| 86:17, 89:3 | 148:2 | 54:19 | 123:17 |

Transcript of Rosemary Wilson
Conducted on October 3, 2019

160

deb
34:3, 34:4
debate
88:12
decide
26:22, 37:15,
38:13, 72:4,
74:14
decided
27:2, 37:14,
137:22, 145:18
decides
46:10
decision
27:21
decisions
46:14, 116:13
dee
67:16, 67:19,
71:15, 71:17
defeated
114:13, 114:19
defendants
1:10, 3:12
definitely
61:13
definition
43:4
degree
11:8
degrees
11:7, 70:5
delegate
81:14
delightful
61:8
demeanor
140:10
democrat
61:13, 61:14,
76:15
demographics
83:8, 83:12,
83:16, 84:5
denying
103:21
department
125:1

depending
57:17, 58:6
depends
104:8, 131:16
deponent
150:1
deposed
5:11, 16:10
deposition
1:14, 2:1, 4:9,
15:17, 16:7,
17:7, 28:11,
64:5, 149:2,
151:3
depositions
94:20, 95:13
deprived
125:4, 126:12
describe
116:3
determining
91:16
develop
51:18, 121:17,
121:18
developer
50:6, 51:9,
135:20
developers
50:1, 138:15
development
20:4, 30:8,
30:10, 30:17,
50:7, 79:13,
120:7, 120:9,
121:22
diagnosed
36:10
difference
97:22, 112:19
different
6:15, 7:7,
9:22, 27:3,
33:1, 34:7,
34:21, 57:16,
58:6, 58:7,
58:18, 75:4,
89:10, 95:10,

96:6, 96:15,
99:6, 101:2,
101:17, 101:18,
102:12, 102:13,
118:2, 118:3
difficult
89:22
difficulties
60:6
dio
121:6
direction
144:16, 151:8
directly
117:11
disabled
16:16
disagree
14:22, 137:4,
138:4
disappeared
127:3
disclose
105:12
discuss
65:8
discussed
105:16, 112:16,
112:18, 112:20
discussion
104:21, 112:8,
113:2, 128:10,
146:4, 146:5,
146:7, 148:22
discussions
130:9
disparities
138:4
disparity
128:12, 128:16,
129:3, 129:17,
129:22, 130:3,
130:8, 130:12,
131:3, 131:4,
131:10, 133:3
disposed
33:12
district
1:1, 1:2,

10:19, 10:22,
26:17, 27:1,
27:2, 27:5,
27:6, 27:15,
79:11, 83:9,
83:13, 89:2,
89:4, 89:6,
89:9, 90:4,
96:22, 97:2,
97:4, 97:17,
97:18, 98:2,
98:9, 98:16,
98:21, 99:7,
111:21, 112:2,
113:4, 113:8,
113:15, 115:7,
115:15
districts
85:17, 89:1,
92:6, 97:11,
98:20, 99:22,
100:8
divide
49:6
division
1:3
divorce
147:15, 147:19
document
20:9, 20:10,
20:12, 107:13
documents
17:6, 17:9,
20:15, 21:4,
28:17, 28:19,
29:3, 29:7,
29:9, 29:15,
32:10, 32:16,
32:22
doing
25:8, 25:15,
30:21, 48:17,
53:19, 53:20,
85:13, 95:15,
117:12, 140:2
dollar
48:2, 48:4
dominion
11:11, 50:17

Transcript of Rosemary Wilson
Conducted on October 3, 2019

161

**donate**
68:13
**donated**
81:8, 82:8, 82:18
**done**
11:12, 26:5, 65:14, 78:19, 86:2, 89:11, 119:2, 122:2, 123:22, 132:6, 140:5, 140:8
**donors**
47:22, 48:1, 48:3, 56:15, 56:16, 57:9, 66:18, 69:8, 69:10, 69:20
**door**
49:21, 137:11
**door-to-door**
113:18
**doubt**
76:13
**down**
5:16, 5:17, 5:22, 6:11, 6:19, 24:12, 38:18, 46:5, 51:1, 56:4, 66:19, 77:22, 97:13, 97:14, 122:8
**dr**
111:13, 121:5
**drake**
82:10
**drawn**
98:20
**drive**
2:6, 3:16, 17:5, 20:2, 20:3, 30:6, 30:12, 125:3, 128:4
**dropbox**
20:2
**drowned**
123:15

**drowning**
123:16
**duly**
5:4
**during**
23:8, 23:19, 31:12, 33:16, 45:7, 45:11, 57:13, 63:22, 64:1, 75:16, 76:22, 131:12, 145:20, 146:1
**duties**
20:11, 116:3
**dyer**
44:3, 45:14, 105:18, 114:4
**dyer's**
44:4

**E**

**each**
5:18, 5:19, 5:21, 45:18, 52:17, 59:6, 68:5, 68:16
**earlier**
16:11, 32:11, 35:2, 43:6, 67:4, 76:8
**earliest**
41:17, 41:19, 128:14
**early**
11:5, 26:18, 86:3, 128:20
**easier**
98:9, 113:7
**eastern**
1:2
**easy**
6:10, 66:19
**economic**
120:6, 120:8
**educated**
110:20
**education**
11:5, 59:20,

123:5, 132:14, 132:15
**educational**
11:3
**eggleston**
16:15
**eight**
36:11
**eight-years-old**
49:22
**either**
18:1, 22:13, 31:10, 90:3, 127:15, 134:11, 144:19
**elect**
98:11, 99:1, 99:4, 99:9, 100:19
**elected**
15:6, 27:14, 44:3, 75:9, 75:14, 80:9
**electing**
102:4
**election**
27:8, 27:11, 45:7, 57:13, 67:14, 73:21, 74:1, 75:3, 82:5, 93:4, 98:6, 99:3, 99:16, 102:15, 115:7
**elections**
36:6, 59:12, 59:16, 80:11, 80:21, 81:1, 111:21
**electoral**
92:5, 93:10, 94:2, 105:1, 115:18
**electorate**
44:15
**electronic**
24:2, 32:3, 36:14

**elephant**
58:11, 58:15
**elizabeth**
51:21
**else**
8:4, 16:5, 24:20, 25:5, 25:21, 39:8, 41:7, 45:10, 45:13, 67:13, 67:17, 68:10, 70:10, 70:14, 70:22, 72:15, 73:13, 75:2, 75:5, 80:19, 81:15, 81:17, 87:17, 88:17, 92:4, 112:22, 132:8, 132:12, 132:19, 141:5, 147:17
**elsewhere**
23:17
**email**
18:17, 18:19, 28:10, 30:3, 33:17, 35:20, 62:17, 63:4, 63:8, 67:5, 68:19, 69:3, 118:17, 138:10, 138:11, 138:18
**emailing**
79:18
**emails**
116:9, 117:15
**embarrassed**
125:5
**embarrassment**
145:12
**employed**
151:10
**employment**
12:20, 16:17
**enable**
99:8
**encountered**
60:7

Transcript of Rosemary Wilson
Conducted on October 3, 2019

162

encourage
73:20, 74:8,
86:22
encouraged
72:14, 73:1,
73:5, 73:7,
73:12, 73:17,
74:6
encouraging
132:16
end
44:5, 146:10,
146:12
endeavor
114:2
ended
130:9
endorse
67:13, 74:11,
74:17, 74:19,
75:5, 80:16
endorsed
67:16, 74:20,
80:8
endorsement
67:11
engineers
140:7
enough
43:19, 47:11,
78:22, 87:9,
96:2, 124:19
ensure
99:1
enterprises
51:17
entire
97:1, 97:3,
113:22
entirely
139:20
entities
33:1
entitled
27:22, 147:10
equal
137:18, 139:10,
139:15, 139:20

eric
70:10, 70:12
errata
150:7
esquire
3:4, 3:5, 3:14
establish
21:12
estares
121:5
estate
11:20, 12:6,
51:1, 55:22,
117:1
estimate
64:8
et
1:9, 3:13
ethnicity
84:3, 84:4
even
113:15, 141:10
event
16:9, 16:11,
16:14, 16:18,
16:20, 17:1,
17:2, 65:2
events
36:16, 64:18,
68:4, 68:7,
117:22, 118:3,
118:6, 119:9,
121:1, 122:12,
143:11
ever
5:11, 21:18,
22:1, 23:16,
23:19, 28:12,
37:12, 44:7,
50:10, 59:14,
60:1, 65:20,
72:14, 73:1,
75:9, 75:17,
76:19, 80:13,
81:7, 82:8,
82:18, 82:21,
91:3, 93:14,
118:18, 130:11,

135:22, 139:1
every
21:1, 21:3,
32:5, 32:6,
85:19, 102:14,
113:19
everybody
55:16, 109:15,
131:8, 148:19
everyone
76:12, 97:6,
97:9, 101:7,
102:7, 104:3,
114:8
everything
5:16, 5:17,
36:14, 97:7,
98:4
everywhere
20:20, 78:4
ex-football
135:21
ex-wife
52:1
exactly
101:21, 110:16
examination
4:2, 5:6
examined
5:4, 150:3
example
24:10, 100:1,
102:12
exception
56:7, 100:13,
144:10
excited
120:4, 131:8
excuse
15:18, 29:8,
120:19
exercise
95:9
exhibit
4:9, 4:10,
28:3, 28:4,
28:21, 62:11
exist
103:22, 104:5

exists
125:21
expect
131:14
expecting
10:18
expedited
132:7
expediting
132:15
expensive
114:2
experience
27:6, 60:2,
72:6, 72:8,
94:22
experiences
65:15
expires
151:16
explain
14:20
explored
89:19
expressed
144:20
extensive
29:19
extent
8:17, 13:15,
13:19, 66:10,
72:18, 92:7,
94:11, 96:15,
101:1

**F**

f-a-v-r-o-n
34:4
facebook
22:7, 26:4,
31:6, 35:13,
67:21, 68:2
facilitate
21:15
facility
55:12
facing
140:7

Transcript of Rosemary Wilson
Conducted on October 3, 2019

163

| | | | |
|---|---|---|---|
| **fact** | **figures** | **fixing** | 90:10 |
| 16:6, 94:14, | 114:5 | 135:3 | **found** |
| 120:13 | **filed** | **flashlight** | 131:6, 131:10 |
| **facts** | 60:20 | 55:10 | **four** |
| 94:17 | **filipino** | **flexibility** | 37:4, 78:8 |
| **fair** | 121:1, 121:2, | 117:2 | **fourth** |
| 15:14, 43:19, | 121:4 | **floatopia** | 11:18 |
| 47:11, 70:19, | **finally** | 140:14, 140:20 | **frank** |
| 77:7, 77:9, | 123:21 | **flood** | 81:16 |
| 78:22, 116:12, | **financial** | 113:15 | **franklin** |
| 124:19, 136:19, | 151:12 | **flooding** | 49:11 |
| 137:20, 139:15 | **find** | 123:4, 134:1, | **freedom** |
| **fairly** | 29:9, 29:21, | 134:8, 134:10, | 103:6, 119:10 |
| 85:4 | 31:1, 98:18, | 134:12, 134:16, | **friend** |
| **familiar** | 113:5, 140:22 | 135:3, 140:6 | 51:3, 53:10, |
| 57:18, 58:10, | **finding** | **florida** | 54:12, 57:21, |
| 90:2, 90:22, | 79:17, 131:2 | 10:1 | 61:1 |
| 100:10, 115:22, | **finish** | **flyers** | **friendly** |
| 140:12, 141:13, | 5:19, 6:1, 6:2, | 58:18, 58:21 | 59:5 |
| 141:19, 147:21 | 117:6, 140:16, | **focus** | **friends** |
| **families** | 143:20 | 36:6, 97:17 | 44:9, 49:18, |
| 120:15 | **fire** | **focused** | 58:10, 58:15, |
| **far** | 134:6, 145:11 | 110:11 | 121:2 |
| 7:6, 68:17, | **fired** | **folks** | **front** |
| 88:8, 98:17 | 144:7 | 86:9 | 48:12 |
| **faster** | **first** | **following** | **frost** |
| 132:5 | 5:4, 10:13, | 113:4 | 22:18, 26:1 |
| **favor** | 11:18, 12:22, | **follows** | **frustrated** |
| 130:8 | 13:3, 37:16, | 5:5 | 129:15 |
| **favron** | 62:17, 62:19, | **foregoing** | **fulfill** |
| 34:4 | 62:20, 63:1, | 150:4, 151:3, | 117:4 |
| **february** | 63:2, 63:12, | 151:4 | **full** |
| 106:9, 106:10, | 65:9, 73:15, | **form** | 9:6 |
| 112:17 | 73:20, 89:12, | 6:17, 6:22, | **functional** |
| **federal** | 118:22, 120:2, | 72:16, 72:20, | 148:19 |
| 82:9, 86:14, | 124:2, 128:5, | 75:20, 109:3, | **fund** |
| 144:11 | 129:19, 130:2, | 110:19 | 61:7 |
| **feelings** | 130:7, 148:3 | **former** | **funded** |
| 95:1, 95:2 | **fiscally** | 54:7 | 133:21 |
| **fellow** | 37:22 | **forming** | **funding** |
| 21:18, 23:2, | **fishing** | 110:21 | 125:7 |
| 40:3, 119:18 | 122:9, 122:11 | **forth** | **fundraiser** |
| **felt** | **five** | 110:13 | 48:17, 49:3, |
| 27:4, 123:16, | 64:3, 141:3, | **forum** | 49:4, 53:2, |
| 147:6 | 144:4 | 15:10, 107:13 | 57:11 |
| **few** | **five-years-old** | **forums** | **fundraising** |
| 10:5, 33:11 | 9:14, 9:16, | 65:6, 119:7 | 52:22 |
| **figure** | 83:4 | **forward** | **funny** |
| 89:4 | | 39:14, 87:14, | 50:9, 92:14 |

Transcript of Rosemary Wilson
Conducted on October 3, 2019

164

**further**
107:20, 113:1,
113:16

**G**

**gail**
54:10, 54:11
**gap**
125:10, 125:14,
125:18, 126:4,
126:14, 127:3,
127:9, 127:17
**gardens**
84:17
**gary**
58:17, 111:11
**gave**
29:10, 52:16,
52:17, 56:18,
56:21, 56:22,
57:12, 58:7,
69:18
**gee**
39:19
**general**
8:15, 21:21,
117:13, 132:16
**generally**
63:5
**gentleman**
42:1, 50:4
**george**
138:21
**georgia**
1:6, 3:3, 41:5
**gerald**
56:2
**german**
49:8
**getting**
50:12, 55:15,
95:6, 95:7,
110:9, 120:2
**give**
6:11, 24:10,
61:19, 64:8,
147:4
**given**
6:21, 126:21,

137:1, 139:10,
139:15, 150:6,
151:6
**giving**
57:2, 57:16
**glad**
78:3
**glance**
66:21
**glasses**
109:16
**glenn**
81:12
**global**
53:20
**go**
5:13, 8:20,
9:21, 29:12,
30:21, 32:7,
33:2, 48:9,
49:5, 54:8,
57:6, 62:3,
74:5, 78:4,
80:3, 87:22,
92:15, 92:16,
95:9, 95:13,
104:19, 107:19,
116:8, 117:18,
118:2, 118:3,
118:5, 118:17,
119:4, 144:15,
148:5, 148:20
**goal**
111:18
**goes**
31:22, 32:3,
61:6, 113:16,
122:8, 122:9
**going**
5:13, 5:20,
14:18, 18:4,
48:9, 52:11,
55:12, 62:13,
66:17, 71:10,
84:8, 87:3,
96:18, 97:3,
101:15, 102:7,
102:19, 104:3,

112:3, 113:17,
117:8, 120:3,
122:13, 127:21,
130:15, 145:10,
146:15, 147:18
**golden**
40:10, 40:12,
40:13
**gone**
72:9
**gonzales**
119:18
**good**
5:8, 25:8,
38:18, 44:13,
60:17, 60:18,
72:5, 72:13,
74:7, 81:20,
91:18, 97:4,
116:13, 119:5,
120:12, 127:6,
140:10
**google**
20:2, 20:3,
30:6, 30:12
**gotten**
76:7, 136:19
**government**
77:17, 86:15,
130:21
**governor**
82:14
**graders**
124:1, 124:5
**graduate**
11:8
**grand**
38:3
**grassroots**
113:7
**great**
120:5, 124:8,
125:8
**greet**
17:2
**grew**
49:19
**ground**
5:13

**group**
49:11, 51:15,
58:10, 58:16,
74:9, 109:13,
109:15, 119:19
**groups**
102:13, 119:3
**grown**
83:5
**gts**
54:18
**gubernatorial**
77:16, 78:12
**guess**
43:4, 47:18,
62:17, 63:1,
75:18, 78:6,
84:13, 108:16,
108:17, 108:19,
111:2, 111:5,
131:16
**guessed**
109:19
**guthrie**
49:20
**guy**
48:22, 106:16,
140:5
**guy's**
61:14

**H**

**habits**
120:20
**hair**
109:16
**half**
128:1
**hall**
117:16
**halls**
118:6
**hampton**
79:11, 119:5
**hand**
151:14
**hanger**
55:19

Transcript of Rosemary Wilson
Conducted on October 3, 2019

165

hanna
12:6
hansen
138:6, 140:1,
141:13, 144:6,
144:17
happen
27:15, 65:2
happened
7:12, 115:10,
143:3, 143:11
happens
97:7, 102:14
happy
8:21, 25:16
hard
5:21, 33:5,
120:20
hardly
85:6
harold
38:17
hassan
56:17
hathaway
12:14
head
6:9, 46:5,
47:19, 48:13,
59:13, 104:16,
104:17, 104:18
hear
14:21, 53:9,
57:19, 57:20,
60:22, 147:8
heard
42:13, 43:6,
55:2, 58:8,
60:17, 61:15,
91:3, 111:14
heischober
38:17
held
2:1, 36:19
help
16:16, 25:14,
28:16, 86:22,
117:4, 120:1,

144:14
helped
66:13, 66:18,
68:19, 69:7,
76:17, 120:6
helpful
15:4, 67:3
helping
25:13, 61:6,
122:22
henley
106:5, 115:11
here
6:8, 9:11,
14:18, 42:11,
50:12, 55:9,
62:14, 66:13,
83:3, 95:11,
97:13, 120:18,
127:8, 139:18,
147:20, 148:7
hereby
150:2, 151:4
hereunto
151:13
herself
82:6
higgs
54:10
high
48:2, 48:4,
90:4, 125:11,
126:17
hinted
36:18
hire
116:6
hired
25:11, 90:16,
132:20
hispanic
75:9, 119:13,
119:20
historic
79:13
historical
135:7, 139:4
historically
84:15

hoffler
51:17
hold
117:16, 118:6
holding
120:13
holdings
55:19
holloway
1:5, 3:2
home
21:4, 21:8,
24:7, 118:11
homes
12:16, 135:7
homeservices
12:14
honest
116:12
hoping
79:17
hot
108:3
hotel
53:22, 137:11
hour
128:1
hourly
25:18
hours
95:14, 117:2
house
20:20, 32:11,
128:5, 128:8,
137:7, 137:9
housing
77:7, 77:9,
79:12
howard
12:6
however
148:18
hrpdc
79:9
huge
134:16
husband
8:4, 36:3, 36:9

hyatt
137:6, 137:9,
137:11
hybrid
95:18, 97:9
hypothetical
102:15

**I**

idc
110:14
idea
17:19, 35:10,
44:19, 64:2,
66:20, 70:1,
122:20, 122:21,
135:15
identified
125:10, 138:7
identify
56:12, 57:10,
61:12, 61:17,
76:9, 121:3,
124:18
ideology
47:3, 72:7
ifly
49:15
imagine
45:17, 99:7
imc
110:14
implicate
92:10
important
98:3, 111:17,
134:2
impressive
61:11, 70:4,
70:7
improve
98:22, 131:7,
131:8, 132:3
in-laws
120:16
in-person
50:5, 63:13,
65:9

Transcript of Rosemary Wilson
Conducted on October 3, 2019

166

**inc**
49:16
**incident**
57:14, 57:18,
59:9
**incidents**
59:10, 142:17
**included**
133:16, 135:16
**including**
98:10
**income**
124:16, 125:11,
126:17, 126:18
**increasing**
131:22
**incumbent**
39:3, 114:11,
114:12, 114:17,
115:4
**incumbents**
113:5, 114:14
**indian**
56:18
**indicating**
21:1, 24:3,
28:20
**indicted**
38:4
**individual**
58:9
**individuals**
26:13, 40:6,
56:8, 56:19,
68:5, 81:21
**influence**
122:13
**information**
7:2, 7:5,
28:18, 29:22,
30:1, 30:16,
44:9, 57:3,
80:2, 138:8,
138:15, 144:17
**informs**
5:17, 110:14
**initially**
63:7, 125:6

**instagram**
22:11, 31:7,
31:9, 35:9
**instead**
113:17
**instruct**
7:3
**instruction**
6:7
**insulated**
113:5
**intense**
65:1
**interaction**
113:1
**interdenominatio-
nal**
108:10, 110:7
**interest**
73:9, 151:11
**interested**
60:18, 61:9,
62:8, 73:11,
139:6
**internal**
138:8
**interrupting**
147:11
**introduce**
69:8, 69:10,
71:7
**introduced**
69:12, 69:13,
69:14, 71:4
**investments**
54:15
**invited**
118:3
**invoke**
7:18, 8:16
**involved**
34:22, 37:17,
74:1, 87:21,
118:18
**irrelevant**
94:19
**irresponsible**
38:1

**issue**
76:3, 93:20,
105:8, 105:12,
105:19, 105:22,
106:3, 106:6,
106:14, 108:2,
108:7, 108:11,
134:17, 144:8,
144:9
**issues**
59:15, 65:17,
65:21, 66:5,
72:7, 116:10,
133:12, 134:20,
137:5, 140:6,
143:17
**itself**
144:10

**J**

**james**
22:18, 26:1
**january**
18:12, 151:16
**jean**
51:1
**jeffrey**
3:22
**jessica**
74:4, 114:10,
130:1, 130:6
**jim**
52:9, 67:16,
68:9, 73:10,
105:21
**job**
1:20, 20:15,
116:3, 116:14,
116:17, 116:18,
140:2
**jobs**
55:13
**john**
42:3, 51:22,
52:9, 67:16,
68:7, 115:4
**johnston**
49:11

**joint**
49:3, 49:4
**jones**
52:4, 87:16,
88:17, 106:2
**july**
26:14, 26:15
**jury**
38:3

**K**

**kane**
48:16, 75:7
**keep**
20:11, 21:17,
23:12, 33:18,
36:4, 62:13,
122:10
**kelly's**
68:12
**kenny**
40:10, 40:12
**kept**
21:7
**kerwin**
24:22, 34:11,
41:12, 41:15,
41:20, 42:15,
42:16, 43:2,
43:20, 44:6,
44:16, 45:6,
45:11, 45:17,
46:9
**kickoff**
68:9, 74:21,
75:1
**kimball**
90:22
**kind**
5:17, 22:6,
55:8, 55:10,
55:21, 65:13,
79:2, 92:14,
102:8, 106:22,
147:7
**kindergarten**
11:18, 135:2,
135:3

Transcript of Rosemary Wilson
Conducted on October 3, 2019

167

**kinds**
6:15, 7:4, 7:7,
50:8, 117:22
**king**
53:15
**knew**
61:15, 70:12,
71:19, 74:9,
86:18, 140:8,
141:9
**knight**
81:19
**knocked**
114:14
**knowing**
13:4
**knowledge**
58:21, 58:22,
75:8, 76:1
**known**
50:17, 75:11
**knows**
124:5
**kotarides**
50:1, 50:2,
50:10

---

**L**

**l&j**
84:17
**lack**
102:3
**lake**
97:14
**lalonde**
40:4
**lamar**
3:5, 104:19
**landing**
53:17
**lands**
54:5
**lang**
3:4, 4:3, 5:7,
5:9, 14:18,
21:13, 21:16,
28:3, 42:13,
62:3, 62:17,

**62:20, 96:8,**
107:22, 109:9,
110:5, 110:10,
144:2, 148:12,
148:16, 148:20
**large**
48:1, 90:3,
97:12, 109:13
**largely**
109:1
**largest**
99:18, 113:10
**last**
16:4, 33:11,
34:4, 34:5,
39:18, 63:19,
97:10, 99:3,
106:9, 106:11
**latasha**
1:5, 3:2
**late**
50:18
**later**
16:20, 58:2,
89:11
**latino**
56:13, 75:8,
84:7, 119:13
**laundry**
142:1, 142:5
**lawful**
14:5, 14:6
**lawsuit**
13:1, 13:4,
13:11, 14:15,
92:3
**lead**
113:4
**leaders**
111:7, 121:4,
128:15
**leading**
123:17
**leaf**
28:15
**league**
78:17, 118:4
**leagues**
117:18, 119:4

**learn**
12:22, 123:8
**learning**
124:5, 124:7
**least**
7:3, 43:22,
86:8, 90:4,
128:1
**leave**
16:9
**led**
37:14, 38:13,
138:3
**left**
29:18, 85:6
**legal**
3:6, 107:7
**legally**
15:1
**legislative**
7:18, 7:19,
8:16, 92:10,
107:18, 112:11,
144:13
**less**
64:3, 113:5,
113:7, 115:5
**let's**
36:6, 42:16,
62:3, 144:2,
144:5, 147:4,
147:15, 148:20
**level**
81:8, 82:9,
82:19, 83:1,
123:4, 134:16,
138:3
**liaison**
79:14
**license**
120:7
**lie**
9:3
**light**
76:2, 76:6
**liked**
37:18, 38:15,
38:16, 49:10,

**68:2, 70:8,**
71:14, 72:8,
136:13, 136:15
**likely**
87:16, 88:21,
146:2
**likes**
46:20, 53:11
**likewise**
6:7
**limit**
100:18
**limited**
130:22
**line**
142:20
**lines**
143:8
**links**
53:20
**list**
29:2, 39:13
**listen**
76:4, 116:8,
116:10
**listened**
129:5
**litigation**
118:19
**little**
23:21, 57:21,
58:12, 58:14,
61:1, 96:14,
107:19, 122:11,
122:12, 122:14
**live**
10:19, 16:17,
21:7, 36:8,
123:13
**lived**
9:15, 10:6,
10:10, 10:21,
49:21
**lives**
16:17, 53:7,
85:6, 124:6
**llc**
53:17

Transcript of Rosemary Wilson
Conducted on October 3, 2019

168

| | | | |
|---|---|---|---|
| **local** | **lot** | **made** | **manner** |
| 77:17, 80:21 | 14:19, 21:3, | 27:21, 55:3, | 90:12 |
| **locations** | 33:9, 36:4, | 66:2, 89:12, | **manually** |
| 57:16 | 41:1, 55:22, | 127:6, 140:12, | 30:22 |
| **long** | 65:1, 71:10, | 141:4, 141:20 | **many** |
| 10:21, 11:15, | 72:12, 74:8, | **mail** | 41:2, 48:6, |
| 11:19, 12:10, | 78:19, 79:15, | 13:6 | 63:21, 64:20, |
| 15:20, 36:19, | 85:11, 103:19, | **mailbox** | 69:22, 77:21, |
| 38:21, 43:3, | 112:15, 113:14, | 113:19 | 102:20, 104:8, |
| 43:5, 43:7, | 113:17, 113:20, | **main** | 124:6, 124:11, |
| 52:11, 63:10, | 115:5, 117:12, | 122:16 | 125:10, 136:2 |
| 95:13, 119:10, | 117:20, 121:1, | **maintain** | **map** |
| 143:1, 143:8, | 121:2, 122:7, | 29:22, 30:2, | 88:13, 88:18, |
| 145:14 | 122:8, 122:13, | 33:9 | 91:17 |
| **long-term** | 134:15, 140:6, | **maj** | **march** |
| 45:16 | 145:10, 146:4, | 53:3 | 128:20, 129:5 |
| **long-time** | 146:8, 146:13, | **major** | **marches** |
| 54:11 | 148:10 | 47:22, 123:2 | 129:7, 129:11 |
| **longer** | **lots** | **majority** | **margin** |
| 8:11, 10:15, | 13:8, 20:21, | 89:2, 90:3, | 93:1 |
| 14:19, 43:7, | 44:22, 53:12, | 98:17, 98:21, | **marina** |
| 127:9 | 86:19 | 99:8 | 54:12 |
| **look** | **louis** | **make** | **mark** |
| 30:12, 30:18, | 52:4, 67:16, | 6:4, 6:14, | 28:3 |
| 33:8, 47:18, | 68:6, 87:16, | 7:15, 33:10, | **marked** |
| 48:11, 67:4, | 88:16, 106:2 | 54:20, 67:20, | 28:4 |
| 97:1, 97:18, | **louisa** | 72:12, 98:9, | **married** |
| 107:14, 114:22, | 60:1 | 102:16, 108:20, | 8:5, 10:13 |
| 115:13, 121:12 | **loved** | 109:22, 115:21, | **mary** |
| **looked** | 145:13 | 116:13, 122:10, | 121:5 |
| 38:8, 66:16, | **low** | 132:1, 135:5 | **maryland** |
| 89:8, 89:12, | 94:20, 124:16, | **makes** | 51:20 |
| 89:16, 91:18, | 125:11, 126:17 | 46:13, 97:21 | **master's** |
| 126:6 | **lower** | **making** | 70:5 |
| **looking** | 48:10, 131:13 | 131:5, 132:1, | **material** |
| 62:16, 69:2, | **loyola** | 147:3 | 32:21 |
| 69:3, 90:10, | 82:16 | **man** | **materials** |
| 97:14, 102:22 | **lucas** | 42:12, 61:5, | 20:19, 32:15, |
| **looks** | 57:22, 61:1, | 61:9 | 33:5, 33:15, |
| 68:18 | 61:3, 61:4, | **manager** | 34:14, 35:21, |
| **loop** | 61:5, 61:12 | 25:1, 26:9, | 36:7 |
| 121:9 | **luncheon** | 26:10, 34:5, | **matter** |
| **lose** | 16:13 | 42:5, 42:7, | 76:6, 117:13 |
| 115:6 | **lynwood** | 116:7, 138:6, | **maybe** |
| **lost** | 69:13 | 138:14, 140:1, | 28:9, 28:16, |
| 54:2, 76:2, | | 144:6 | 42:21, 43:6, |
| 115:4, 115:5, | **M** | **managing** | 47:16, 48:11, |
| 115:14 | **mad** | 16:17 | 54:14, 98:1, |
| | 44:15 | | |

106:10, 112:13, 115:19, 122:11, 148:7
**mayor**
45:14, 46:3, 52:13, 71:5, 105:18, 129:19
**mayor's**
67:15
**mccollum**
111:11
**mcdaniel**
23:2, 26:8
**mcdonnell**
82:13
**mcdonnell's**
61:7
**mean**
14:20, 21:5, 24:1, 31:14, 34:21, 44:20, 45:21, 46:11, 56:22, 63:4, 63:9, 63:10, 69:7, 78:19, 80:13, 83:22, 84:10, 88:10, 102:17, 113:20, 114:10, 116:6, 121:11, 123:3, 126:6, 128:1
**meaning**
142:4
**means**
24:15, 67:22, 131:17
**meant**
141:9
**media**
22:4, 31:16, 34:17, 35:3, 35:16
**meet**
17:2, 42:15, 50:10, 60:16, 60:19, 61:11, 63:15, 63:22, 64:11, 65:11,

70:10, 70:13, 86:12, 120:15
**meeting**
65:10, 66:17, 73:10, 74:9, 86:8, 130:14, 145:7, 145:20, 146:2, 146:10, 146:12, 148:9
**meetings**
23:20, 78:4, 90:7, 116:9, 117:16, 118:2, 118:4, 118:5, 119:7, 139:7
**member**
8:3, 11:13, 27:9, 45:7, 54:7, 61:18, 72:13, 76:22, 77:4, 105:5, 112:1, 112:21, 116:4, 118:19, 119:1, 135:9
**members**
7:21, 7:22, 21:19, 27:3, 27:19, 38:5, 52:7, 71:8, 80:18, 87:18, 88:16, 89:1, 92:9, 97:17, 105:8, 105:11, 107:16, 107:17, 107:19, 108:9, 129:14, 130:3, 144:12, 147:3
**memory**
13:4
**memos**
23:16
**mention**
56:22, 59:21
**mentioned**
11:2, 16:8, 42:1, 82:13, 124:9
**merge**
19:10

**merit**
137:22
**mermaid**
17:5
**message**
21:18, 22:1
**messages**
30:19, 31:1, 118:17
**met**
7:11, 7:12, 42:16, 50:4, 50:9, 50:13, 61:7, 63:6, 63:13, 70:9, 71:14, 135:22, 137:14
**metal**
49:7, 49:9
**meyera**
52:10, 52:19
**michael**
51:5, 106:13, 107:1
**middle**
116:6
**might**
7:1, 7:3, 7:18, 10:15, 15:7, 17:13, 26:4, 30:11, 32:15, 34:14, 42:20, 75:19, 79:18, 99:8, 100:18, 109:22, 122:5, 131:13, 133:18
**mike**
51:6
**military**
56:3
**million**
38:1
**mind**
43:17, 82:4, 96:5, 96:6, 96:7
**mine**
57:21
**ministers**
108:10, 109:14,

109:19, 110:7, 147:21
**minns**
138:21, 139:2, 139:8, 139:14
**minorities**
57:1, 98:11
**minority**
57:10, 66:1, 70:8, 81:22, 83:5, 83:22, 89:2, 90:3, 90:5, 98:9, 98:17, 98:21, 98:22, 99:8, 100:19, 101:1, 102:3, 110:4, 111:16, 119:2, 126:4, 126:14, 127:10, 128:15, 129:15, 136:18, 137:1, 137:19, 139:9, 139:14
**minority-owned**
131:11, 132:17
**minute**
10:10
**minutes**
15:19, 128:2, 144:3, 144:4
**mixed**
85:12, 95:1, 95:2
**moment**
36:18, 61:19, 122:17, 148:21
**monday**
50:5, 50:13
**money**
47:14, 48:19, 49:5, 49:6, 52:17, 53:12, 56:18, 56:21, 56:22, 57:12, 69:7, 69:18, 113:15, 113:17, 113:20, 115:5, 122:5, 125:6,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

170

145:10, 146:18
**month**
25:20, 45:5
**months**
36:11
**more**
18:13, 34:22,
39:7, 45:6,
64:3, 64:11,
64:13, 64:15,
93:8, 99:9,
107:2, 113:15,
117:12, 117:14,
126:7, 126:12,
127:22, 132:9,
132:11, 132:14,
148:12
**morning**
93:13, 143:22,
148:16
**moss**
105:5
**most**
35:20, 36:14,
53:1, 87:16,
88:21, 124:2,
136:12
**mostly**
12:16
**move**
9:12, 39:14,
104:14, 136:16,
147:4
**moved**
9:22, 10:1,
36:2, 46:5,
53:6, 83:3,
135:8
**moving**
36:12
**much**
9:18, 25:9,
25:15, 30:9,
33:22, 34:8,
36:2, 47:14,
59:20, 67:8,
127:22, 130:14,
146:19, 148:12

**municipal**
2:7, 3:17,
78:16
**museum**
56:3, 56:4
**myra**
49:1
**myron**
49:1
**myself**
33:19, 81:3,
93:5, 96:17

**N**

**naacp**
119:6
**name**
9:6, 34:3,
34:4, 41:9,
42:14, 61:3,
61:15, 91:3
**named**
23:2, 40:3,
40:4, 42:1,
57:7, 119:18
**names**
24:12
**nancy**
61:14
**naomi**
121:5
**narrows**
48:7
**national**
81:1
**nature**
15:9, 95:15,
105:12
**naval**
40:14
**navy**
10:1
**naïve**
141:6
**necessarily**
73:16, 102:18
**need**
5:16, 5:18,

6:19, 8:11,
25:14, 62:14,
70:12, 94:12,
144:15, 147:1
**needed**
27:5, 38:8
**needs**
26:5, 96:11,
133:19
**neighbor**
53:4
**neighborhood**
84:19, 85:2,
85:4
**neighborhoods**
84:14, 84:16
**neighboring**
99:21
**neighbors**
49:18, 113:9
**neither**
151:9
**net**
18:22
**never**
5:12, 50:4,
50:9, 50:13,
56:1, 66:4,
75:11, 82:4,
97:16, 112:6,
112:8, 141:6
**new**
134:6
**newspaper**
119:21, 119:22
**next**
6:3, 6:7,
36:10, 49:21,
67:5, 68:19,
120:14, 137:11
**nice**
53:13
**nine**
38:3, 38:5
**nod**
6:9
**none**
6:9

**nonpartisan**
47:12, 76:9
**nonprofit**
56:4, 122:5
**nope**
17:8
**norfolk**
1:3, 99:22,
100:2
**normally**
74:18
**notarial**
151:14
**notary**
2:18, 151:21
**notepad**
24:4, 24:5
**notepads**
33:7
**notes**
23:19, 33:7,
62:15
**nothing**
15:18, 21:10,
30:7, 91:8
**notice**
2:17
**number**
15:7, 48:1,
118:9, 118:11
**numbered**
100:7
**numbers**
115:13, 126:6,
127:14, 127:19
**nw**
3:7
**nygaard**
115:11, 115:14

**O**

**oath**
5:5, 94:15
**object**
72:16, 75:20,
109:3
**objecting**
72:19

Transcript of Rosemary Wilson
Conducted on October 3, 2019

**objection**
6:16, 7:1,
109:6
**objections**
6:15, 6:16, 7:7
**obstacle**
102:4
**obviously**
42:11, 147:18
**occasionally**
19:4, 19:22
**occasions**
138:7
**occupation**
11:22
**ocean**
48:15
**oceanfront**
121:16
**october**
1:16, 36:10,
69:3, 151:15
**odd**
134:3
**offended**
142:7
**offensive**
140:22
**office**
3:15, 18:16,
37:15, 63:16,
63:17, 69:5,
69:17, 118:9,
133:8, 134:19
**officer**
40:14, 133:11,
151:3
**officers**
80:10
**offices**
2:2
**official**
18:16, 19:13,
141:3
**officials**
57:15
**often**
45:6

**oh**
17:17, 48:6,
48:16, 50:22,
82:1, 118:14,
126:19
**old**
11:11, 50:16,
118:16
**old-time**
54:11
**oliver**
67:16, 68:11,
71:15, 71:17,
72:4
**omar**
119:18
**once**
64:11
**one**
2:7, 3:17,
6:16, 7:7, 19:1,
19:6, 19:7,
34:8, 39:12,
39:17, 39:18,
45:7, 45:22,
49:2, 54:12,
57:15, 59:17,
61:17, 67:4,
68:8, 69:2,
75:15, 82:7,
82:13, 86:1,
86:8, 88:6,
89:1, 90:18,
91:18, 97:2,
97:10, 98:18,
98:20, 100:9,
101:22, 102:2,
103:18, 104:7,
106:21, 109:14,
112:9, 112:22,
123:5, 124:20,
125:3, 125:4,
126:8, 129:9,
129:11, 129:13,
131:13, 132:5,
133:7, 138:11,
141:22, 146:15
**one-by-one**
96:21

**ones**
57:7, 79:5
**only**
7:19, 8:2,
20:7, 23:8,
30:7, 30:8,
39:17, 39:18,
45:21, 46:1,
46:12, 47:5,
75:15, 80:20,
82:5, 86:1,
97:2, 97:3,
114:12, 114:16
**open**
39:4, 62:11,
139:19, 143:21
**open-ended**
15:13, 18:13
**opened**
134:6
**opinion**
94:12, 94:14,
98:19, 110:14,
110:19, 110:21,
111:1, 144:18,
144:19, 144:20,
144:22
**opinions**
94:16, 96:16,
96:20
**opponents**
41:2
**opportunities**
137:1
**opportunity**
38:19, 137:19,
139:10, 139:16
**opposed**
107:13
**option**
100:16
**order**
110:19, 113:22
**ordinarily**
5:18
**organize**
66:18
**original**
110:6

**originally**
18:12
**other**
5:18, 5:21,
7:21, 10:6,
11:7, 17:16,
24:15, 27:18,
45:19, 46:8,
52:7, 52:17,
57:9, 59:6,
59:10, 60:6,
67:22, 69:20,
70:21, 71:7,
75:1, 75:13,
76:21, 77:2,
77:3, 77:4,
77:15, 78:7,
78:9, 80:8,
80:9, 81:4,
81:6, 82:2,
91:9, 91:10,
92:8, 96:1,
96:11, 99:15,
105:7, 105:10,
106:22, 112:9,
118:5, 118:18,
123:2, 128:7,
140:3, 142:17,
143:17
**other's**
5:19
**others**
7:22, 28:9,
39:19, 47:7,
69:15, 78:15,
78:18, 87:19,
138:15, 141:9
**otherwise**
8:21, 151:12
**out**
25:15, 26:4,
57:16, 61:11,
62:8, 63:7,
67:15, 73:22,
74:13, 74:14,
81:4, 89:4,
95:11, 116:11,
117:20, 119:2,

Transcript of Rosemary Wilson
Conducted on October 3, 2019                                    172

122:22, 130:3,
130:7, 146:14,
147:20, 148:7
**out-of-state**
10:3
**outcome**
151:12
**outreach**
132:9, 132:14,
132:15
**outside**
8:10, 11:13,
59:9, 80:7,
80:17, 82:21,
87:18, 92:2,
92:12
**over**
5:13, 5:21,
20:20, 39:5,
39:22, 44:14,
48:5, 51:19,
52:8, 54:14,
56:9, 79:19,
97:16, 137:2,
143:22
**overall**
83:15, 83:18,
131:2, 131:10
**overcome**
120:20
**overspent**
38:1
**own**
12:4, 49:8,
50:22, 54:18,
75:22, 118:6,
122:12, 131:5
**owned**
54:12
**owns**
50:6, 56:3,
56:5, 122:15

**P**

**pac**
48:16, 48:20,
48:21, 49:2
**package**
13:6, 28:11,

29:14
**packet**
112:11, 112:12
**page**
4:2, 4:9,
29:14, 62:16,
67:4
**pages**
1:21, 28:9
**paid**
22:19, 22:20,
22:21, 23:3,
25:12, 25:18,
25:19, 45:1,
45:4, 143:9
**pam**
40:5
**paper**
24:2, 66:15,
142:9
**park**
121:9, 121:17,
121:19, 122:6,
122:14
**parking**
121:22, 122:6,
122:7, 135:10
**parks**
124:22
**part**
79:7, 108:19,
111:3
**part-time**
116:14, 116:17,
116:18, 116:19,
116:20
**participate**
34:19, 87:2,
87:19
**participation**
111:17, 131:11
**particular**
46:21, 47:2,
48:20, 59:9,
73:6, 76:9,
89:6, 101:3,
114:20, 119:17,
137:17, 138:20

**parties**
151:11
**partnership**
122:3
**party**
61:17, 76:10
**passed**
32:1, 36:3,
51:2, 88:5,
88:19
**passing**
139:1
**past**
12:8, 31:12,
34:13, 35:20,
36:7, 51:2
**pay**
47:1, 130:15,
132:5, 146:17,
146:18, 147:16,
147:20
**payment**
132:7, 132:16
**pennsylvania**
78:5
**penny**
1:22, 2:17,
151:2
**people**
15:5, 16:16,
34:22, 38:15,
39:11, 40:6,
41:3, 46:20,
47:5, 56:9,
56:10, 56:12,
59:18, 69:18,
73:5, 89:15,
93:7, 95:20,
97:1, 100:21,
101:5, 101:8,
101:9, 102:9,
102:13, 102:18,
109:11, 109:13,
121:10, 122:1,
122:10, 132:5,
142:7, 142:20,
143:8, 148:10
**people's**
81:4

**percent**
44:15, 84:11,
123:18
**percentage**
84:6
**percenters**
141:3
**performance**
146:9
**perhaps**
110:11
**period**
27:4, 77:11,
131:13
**permits**
55:15
**person**
20:16, 40:15,
49:2, 72:8,
100:9, 103:18
**personal**
12:16, 18:19,
19:12, 19:13,
19:16, 19:17,
19:19, 29:19,
30:1, 30:3,
35:19, 46:15,
49:18, 51:3,
53:10, 122:12,
144:18, 144:19,
144:20, 144:22
**personally**
63:22, 68:1
**personnel**
49:17, 144:8,
144:9
**persons**
41:3, 139:20
**pete**
50:11
**petes**
50:12
**ph**
70:5
**phase**
122:20, 122:21
**philosophy**
47:3

Transcript of Rosemary Wilson
Conducted on October 3, 2019

173

**phone**
15:19, 16:3,
23:14, 23:15,
23:17, 63:8,
65:9, 117:14,
118:9, 118:11
**photos**
58:9
**phrased**
109:7
**pick**
68:19, 69:4
**picture**
121:13
**pictures**
26:3
**piece**
66:14
**place**
19:8, 21:6,
65:3, 104:21,
128:10, 134:2,
148:22
**places**
125:10
**plaintiffs**
1:7, 3:2, 5:6,
5:9, 14:10
**plan**
90:11, 147:22
**planes**
144:1
**planned**
111:20
**planning**
37:19, 37:20,
71:18, 72:11,
79:11
**plans**
17:13, 18:8,
18:9, 115:16
**plant**
54:20, 55:6,
55:15
**plate**
87:9
**platform**
65:16, 65:21

**player**
135:21
**please**
8:20, 72:21,
104:14
**point**
17:21, 21:11,
60:19, 87:22,
94:9, 107:9,
141:12, 146:5,
146:7, 147:22
**police**
70:6, 120:2
**policing**
80:5, 147:22
**policy**
66:5
**political**
43:2, 46:22,
47:2, 72:7,
76:10, 94:4,
98:10
**politically**
47:6
**politics**
61:9
**polling**
57:15
**population**
83:5, 85:12,
90:5
**portions**
110:4
**position**
9:7, 12:16,
25:3, 25:7,
26:2, 27:15,
27:16, 27:20,
36:19, 36:22,
37:1, 37:2,
37:12, 77:16,
78:12, 94:1,
94:6, 94:7,
94:8, 94:11,
94:12, 105:6,
105:7, 105:11,
106:17, 108:13,
115:21, 133:12,

133:21
**positions**
65:21, 72:7,
80:9, 134:4,
134:11
**possession**
20:14, 24:7,
32:17
**possibility**
92:5, 93:9
**possible**
89:22, 115:6
**post**
35:5, 35:6,
86:6
**posts**
100:7
**potentially**
92:9, 144:13
**power**
103:20
**practice**
12:4
**predict**
5:20
**predominantly**
84:15, 85:1
**prefer**
98:5, 101:19
**preferences**
102:13
**preferred**
101:22, 102:2
**prepare**
15:16
**prepared**
29:14
**preparing**
17:7, 86:5
**present**
3:22, 8:1,
34:13, 91:19
**presentation**
91:18
**presented**
91:17, 148:3,
148:8
**preservation**
79:13, 139:5

**preserving**
6:18
**president**
78:16
**presidential**
82:18, 82:22
**press**
67:21, 68:1
**pretty**
15:13, 30:9,
37:21, 70:7,
116:5
**primarily**
35:3, 35:7,
124:15
**primary**
82:17
**principal**
37:18, 38:11
**principals**
38:16
**printed**
20:18, 20:19
**prior**
12:19, 42:4,
76:14, 76:18,
139:1, 139:22
**priorities**
121:7, 123:2,
134:22
**priority**
122:16, 133:20,
133:22
**private**
7:20, 56:6,
92:8, 112:4,
122:2, 144:11
**privilege**
7:8, 7:17,
7:19, 8:1, 8:10,
8:17, 15:11,
92:10, 107:18,
144:13
**privileged**
7:2, 144:17,
144:18
**pro**
95:19, 95:22

Transcript of Rosemary Wilson
Conducted on October 3, 2019

174

**pro-business**
66:3
**probably**
39:22, 40:21,
43:14, 45:15,
46:20, 47:1,
62:6, 69:14,
74:16, 78:8,
82:10, 84:10,
84:17, 90:20,
93:11, 95:19,
98:7, 106:9,
107:3, 108:15,
108:18, 110:15,
110:20, 111:12,
111:14, 127:6
**problem**
53:13, 123:1,
147:3
**proceed**
90:12
**process**
15:14, 87:11,
90:8, 91:9,
122:19
**processes**
132:7
**produce**
28:17
**program**
123:9, 123:13,
125:1
**project**
55:5, 137:12,
137:17, 138:20
**proposal**
111:21, 112:2
**proposed**
88:17
**proposition**
8:16
**pros**
95:3, 95:5,
96:1, 96:18
**prospective**
66:18
**prove**
94:18

**proven**
99:11, 99:12
**provide**
121:22, 122:6,
126:11
**provided**
29:16, 29:21,
33:6, 144:16
**proximity**
143:12
**public**
2:18, 76:21,
90:7, 92:11,
93:17, 93:21,
94:11, 95:17,
107:13, 116:11,
117:20, 117:22,
122:13, 130:11,
134:7, 134:12,
135:4, 140:11,
151:1, 151:21
**publicly**
105:3, 130:7
**pull**
79:20
**purpose**
97:8
**purposes**
19:19, 19:21
**pursuant**
2:17
**put**
20:4, 20:19,
25:15, 26:4,
55:10, 66:14,
68:2, 98:19,
109:6, 113:18,
115:17
**puts**
26:3
**putting**
41:2

**Q**

**qualified**
89:9
**question**
6:3, 6:17,

6:20, 8:12,
8:19, 8:22,
10:18, 25:8,
39:2, 56:11,
72:17, 72:19,
72:20, 75:21,
76:8, 80:14,
89:10, 90:14,
94:4, 95:11,
96:14, 99:6,
99:14, 101:11,
101:12, 101:16,
109:4, 109:7,
109:9, 109:10,
110:5, 110:6,
110:9, 127:15,
138:17, 138:19,
140:17
**question-by-question**
8:15
**questioning**
146:8
**questions**
8:14, 9:2,
15:8, 15:9,
15:12, 79:7,
94:21, 117:6
**quick**
95:11, 148:7
**quickly**
66:20
**quite**
43:14, 83:6,
114:13, 116:21,
136:17, 139:8

**R**

**race**
40:1, 57:17,
59:11, 59:15,
67:15, 74:12,
74:15, 83:17,
83:18, 84:2,
93:7, 101:4,
102:8, 102:11,
102:16, 102:21,
103:16, 104:9,

138:1
**races**
39:6, 41:10,
81:4
**racial**
15:5, 119:2,
126:4, 138:4
**rail**
76:3, 76:6
**raise**
69:7, 93:17,
113:14, 113:16,
122:5
**raised**
93:19, 93:21,
125:6
**ramon**
54:15
**ran**
37:5, 37:8,
39:2, 40:17,
41:5, 42:16,
43:9, 48:21,
74:20, 81:3,
82:1, 82:16,
92:14, 103:15
**ranked**
115:22
**rarely**
97:14
**rather**
14:2, 113:9,
118:6
**rawilson@gmail**
18:22
**ray**
69:12
**rd**
139:22
**reach**
63:7, 118:8,
118:10, 119:2
**reached**
61:11, 62:8
**read**
13:7, 109:9,
109:10, 110:5,
131:18, 150:3

Transcript of Rosemary Wilson
Conducted on October 3, 2019

175

| | | | |
|---|---|---|---|
| **reading** | 146:19 | **referendum** | 73:10, 77:12, |
| 151:8 | **received** | 76:5, 115:18 | 77:14, 86:16, |
| **ready** | 28:6 | **referring** | 87:17, 89:3, |
| 115:21, 120:2 | **recent** | 28:21 | 89:7, 90:9, |
| **real** | 36:6, 53:1, | **regardless** | 90:20, 91:6, |
| 11:19, 12:6, | 59:11, 93:8, | 94:16 | 93:13, 93:22, |
| 50:22, 55:22, | 136:12, 139:1 | **regularly** | 105:17, 106:21, |
| 80:2, 117:1, | **recently** | 86:21 | 108:5, 108:8, |
| 148:6 | 32:7, 128:11 | **rejected** | 128:14, 128:17, |
| **really** | **recollection** | 92:21, 112:1 | 128:19, 129:6, |
| 10:18, 30:13, | 64:22, 89:21 | **relate** | 130:10, 133:9, |
| 31:9, 33:21, | **recommend** | 7:1 | 133:13, 138:18, |
| 34:8, 36:12, | 132:8 | **related** | 142:8, 142:22, |
| 37:18, 43:18, | **recommendation** | 20:15, 59:11, | 148:1, 148:8 |
| 50:8, 53:11, | 88:6 | 59:15, 80:4, | **renew** |
| 68:6, 78:3, | **recommendations** | 140:18, 151:10 | 145:1, 145:9, |
| 84:19, 85:8, | 87:14, 88:1, | **relates** | 145:15, 145:17 |
| 94:8, 94:10, | 88:4, 92:1, | 20:10 | **renewal** |
| 95:6, 96:7, | 133:6, 133:7 | **relation** | 145:8, 145:21 |
| 96:13, 97:12, | **recommended** | 51:22 | **renewed** |
| 97:17, 97:21, | 91:11, 91:13, | **relationship** | 146:3, 146:7 |
| 107:6, 111:2, | 132:13 | 45:16, 46:16, | **rephrase** |
| 117:20, 120:1, | **record** | 119:5, 119:15, | 8:20, 72:21 |
| 122:9, 122:14, | 9:7, 62:3, | 120:12 | **report** |
| 127:6, 141:6, | 62:4, 62:5, | **release** | 106:20, 131:20, |
| 141:7, 143:1, | 104:19, 104:21, | 67:22, 68:1 | 131:21 |
| 143:8, 145:14, | 109:6, 128:9, | **released** | **reported** |
| 146:5 | 128:10, 148:20, | 133:4 | 1:22 |
| **realtor** | 148:22, 151:5 | **relevant** | **reporter** |
| 11:14, 12:5, | **recreation** | 31:1 | 5:15, 5:22, |
| 12:15 | 124:22 | **rely** | 6:8, 6:10, |
| **realty** | **recruited** | 97:17 | 109:10, 117:7, |
| 50:19, 50:22 | 72:14, 73:1, | **remarks** | 117:9 |
| **reason** | 73:3, 73:4 | 59:10, 141:20 | **reporter-notary** |
| 9:1, 17:16, | **redeveloped** | **remarried** | 151:1 |
| 98:1, 110:21, | 85:5 | 72:10 | **represent** |
| 127:2 | **redeveloping** | **remember** | 47:5, 97:2, |
| **reasons** | 85:14 | 13:2, 28:8, | 129:10, 133:14 |
| 15:3, 110:13 | **redistricted** | 28:12, 28:20, | **reprimanded** |
| **recall** | 85:17 | 29:2, 31:3, | 142:10 |
| 40:17, 45:10, | **redistricting** | 34:3, 38:20, | **republican** |
| 59:22, 60:12, | 86:2, 88:18, | 39:16, 39:20, | 44:13, 47:4, |
| 66:12, 70:14, | 90:8, 90:17, | 41:8, 52:10, | 47:8, 61:12, |
| 82:3, 88:12, | 90:19, 91:9 | 52:15, 54:15, | 76:11 |
| 89:15, 106:1, | **reduced** | 63:10, 63:14, | **request** |
| 108:6 | 151:7 | 65:7, 66:11, | 30:11, 89:7, |
| **receive** | **reelection** | 68:17, 70:1, | 134:19, 135:18 |
| 30:8, 30:16, | 73:18, 75:17 | 71:10, 71:11, | **requested** |
| | | | 29:5, 151:9 |

Transcript of Rosemary Wilson
Conducted on October 3, 2019

176

requests
89:12, 135:5,
135:13
required
15:11, 29:22,
30:2, 94:15,
142:14
residency
85:17, 97:11,
100:7
residential
12:17, 12:18
resign
38:4, 145:18,
146:11, 146:16
resignation
139:22
resources
126:11, 126:21,
130:2
respect
7:4, 8:12,
65:17, 142:18
responding
35:16
response
29:10, 29:14,
107:2, 143:14
responsive
29:7, 30:11
rest
18:10, 76:3,
148:15
restoration
61:7
results
131:5
retired
40:14
retreat
112:16
review
17:6
reviewed
56:16
rewrote
67:1
richmond
53:7

rid
21:6, 36:4
rigell
82:12
right
14:7, 18:8,
18:9, 18:17,
23:9, 23:11,
24:20, 28:7,
37:21, 41:13,
45:2, 45:8,
51:10, 60:21,
62:11, 63:3,
67:6, 68:21,
71:5, 74:22,
76:16, 83:11,
89:10, 94:15,
98:19, 99:13,
108:4, 109:18,
110:18, 111:4,
113:21, 117:11,
121:15, 122:18,
123:14, 131:9,
134:5, 134:14,
136:20, 137:13,
139:11, 141:12
rise
123:4, 134:16
rmr
1:22, 2:18,
151:2
road
6:19, 55:12
roads
79:11, 119:5
rockets
54:21, 55:3,
55:4
role
26:2, 27:9
roles
77:2, 77:6
rolling
143:22
romero
121:6
ron
75:12, 82:1,

82:2
room
2:8, 3:18
rosemary
1:14, 2:1, 4:2,
5:3, 9:8, 17:3,
149:2, 150:2
ross-hammond
36:16, 52:12,
52:16, 52:20,
56:8, 59:14,
60:5, 75:2,
114:16
roughly
113:8
rouse
71:12, 135:9
rpr
1:22, 2:18,
151:2
rudee
121:9
rule
95:14
rules
5:14
run
22:14, 26:22,
27:2, 34:16,
35:3, 35:7,
35:10, 37:15,
38:9, 38:12,
38:13, 38:19,
39:11, 41:4,
42:22, 46:1,
46:3, 59:18,
59:19, 72:15,
73:2, 73:5,
73:7, 73:12,
73:18, 74:18,
75:11, 75:13,
76:18, 96:16,
96:21, 113:7,
113:22
rundown
85:4
running
26:17, 34:21,

44:12, 44:13,
45:18, 59:15,
60:2, 60:7,
70:11, 70:15,
73:11, 74:4,
80:10, 93:4
runs
46:4, 119:20
rwilson@cox
18:22
résumé
65:12, 65:13
résumé-looking
66:14

S

sabrina
60:14, 60:16,
61:10, 62:7,
68:9, 70:20,
133:10
safety
134:7, 134:12,
134:17, 135:4
said
7:9, 7:10,
16:10, 44:14,
54:3, 61:10,
71:4, 74:9,
76:6, 104:2,
105:13, 107:9,
107:11, 130:18,
131:21, 136:9,
142:19, 146:11,
146:13, 146:17,
147:15, 147:19,
151:6
sake
57:5, 117:7,
117:8
salary
116:15, 116:19,
116:20
sale
125:2
same
19:7, 37:11,
62:12, 86:3,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

177

90:12, 107:1,
143:4, 150:4
**sandbridge**
51:1
**satisfactory**
140:2
**saturday**
120:14, 120:15
**saved**
124:6
**say**
5:16, 5:17,
5:20, 6:8, 14:6,
14:7, 14:17,
15:1, 18:4,
43:9, 70:19,
73:3, 94:7,
96:13, 103:19,
104:2, 106:19,
112:9, 112:22,
125:4, 127:11,
142:2, 146:22,
147:1, 147:17
**saying**
85:7, 96:11,
103:11, 109:15,
142:8
**sb**
50:14
**scattered**
124:17
**scheduled**
86:21
**school**
9:21, 37:3,
37:4, 37:5,
37:18, 37:20,
38:5, 42:17,
42:18, 44:7,
50:18, 76:18,
80:18, 103:16,
118:16, 125:22,
126:7, 126:9,
126:13, 127:4
**schools**
37:2, 37:21,
50:16, 56:5,
56:6, 123:20,

124:2, 124:3,
124:4, 124:9,
124:10, 124:11,
124:15, 125:9,
125:15, 126:10,
126:22, 127:5
**scope**
50:12
**scott**
82:12
**sea**
123:4, 134:15
**seal**
151:14
**search**
29:7, 30:6,
30:22, 31:6,
31:15, 31:19,
32:10, 34:14,
35:15
**searched**
30:3
**searches**
29:19, 31:2,
31:4
**season**
23:8, 26:12,
66:7, 66:8
**seat**
39:4, 40:2,
70:11, 70:15,
136:10
**seatack**
85:10, 85:11,
124:20, 135:10
**seats**
100:14
**second**
7:17, 11:18,
62:2, 78:14,
104:20, 123:17,
123:22, 124:4,
128:9
**security**
54:19
**see**
5:15, 28:15,
42:16, 61:20,

78:21, 98:15,
98:21, 121:13,
122:14, 123:14,
127:14, 127:18,
144:2, 144:5
**seeing**
28:8, 28:13,
29:2, 148:1,
148:9
**seemed**
72:10, 72:12
**seems**
78:20
**seen**
70:18, 99:12
**select**
88:13
**self-dealing**
138:3
**self-deletes**
32:5, 32:9
**selling**
53:6
**senator**
81:16
**sends**
30:17
**sense**
6:4, 7:15,
17:12, 75:19,
111:22, 127:13,
127:16
**sensitivity**
142:13, 143:6,
143:14, 143:16
**sent**
20:18, 36:15,
36:17, 66:16
**sentence**
5:20
**series**
79:6
**serve**
76:21, 78:10,
80:4, 87:13
**served**
77:1, 77:7,
77:12, 78:8

**services**
16:15, 20:1
**serving**
72:11
**session**
93:18, 93:21
**sessoms**
52:13, 69:13,
71:5, 129:19
**set**
120:8, 151:13
**seven**
85:17
**seven-and-a-half**
95:14
**several**
36:2, 138:7
**shake**
6:9, 104:15,
136:19
**shaking**
104:17, 104:18
**shannon**
48:16, 49:1,
75:7
**shannon's**
48:22
**share**
7:9, 7:11,
94:12, 96:12,
96:19, 130:16
**shared**
8:2, 8:9, 138:7
**sharing**
44:9, 138:14
**she'd**
72:11, 72:12
**sheet**
49:7, 49:9,
150:7
**shoot**
128:3
**shopping**
49:14, 51:8
**shore**
17:5
**shores**
54:12

Transcript of Rosemary Wilson
Conducted on October 3, 2019

178

short-circuit
79:19
shorthand
151:1
shot
100:9, 100:10,
100:11, 100:15,
102:3, 103:9,
103:12, 103:13,
104:6, 104:11
should
14:10, 15:9,
78:21, 94:2,
101:14, 123:11
shouldn't
38:2
showed
99:3
showing
131:6
shown
73:9
sick
36:9
side
128:7
sides
52:3, 95:4,
116:10
siebert
50:19, 50:21,
50:22, 51:2
sifen
51:5, 51:6,
51:7
sign
26:4
signage
135:10
signature
149:1, 150:11
signature-oso
151:18
signed
150:7
significant
110:4
signing
151:9

signs
25:14
similar
77:2
since
9:16, 9:19,
10:8, 35:22,
36:21, 37:12,
41:15, 43:22,
44:7, 49:10,
50:17, 50:18,
77:13, 80:12,
114:21, 127:3,
127:5, 133:3,
137:8, 143:18
single
100:9, 100:10,
100:11, 100:15,
102:3, 103:9,
103:12, 103:13,
104:6, 104:11
single-member
92:6, 98:2,
98:8, 99:7,
99:22
sit
20:3, 66:19,
139:18
site
29:18
sitting
127:8
six
9:20, 10:2,
10:15, 11:16,
39:16, 77:12,
78:8, 114:5,
123:21
six-and-a-half
11:1
six-month
27:4
size
97:21, 99:16
skin
102:8
skip
39:12

slates
57:16
slew
79:4
slight
111:1
slightly
99:6
small
114:3, 114:4
smith
135:19, 135:20,
135:22, 136:17
smith's
137:16, 139:14
social
22:4, 31:16,
34:17, 35:3,
35:16
socioeconomically
126:12
sold
49:10, 53:11
solicited
69:19
some
5:13, 11:8,
15:10, 21:8,
36:16, 39:5,
39:9, 40:20,
48:2, 55:8,
55:10, 56:5,
57:14, 58:9,
59:18, 66:2,
67:22, 68:19,
68:20, 69:18,
77:6, 79:14,
86:9, 87:22,
95:5, 96:1,
103:10, 110:12,
110:20, 111:7,
114:13, 117:2,
121:3, 121:7,
127:6, 129:14,
130:16, 131:6,
132:2, 132:4,
135:10, 137:4,
138:2, 138:10,

138:15, 139:6,
140:3, 141:12,
148:13
somebody
38:8, 86:19,
87:1
somebody's
102:8
someone
5:20, 24:10,
27:17, 66:20,
86:13, 86:14,
88:17, 113:14,
113:18, 115:5,
132:21, 141:5
something
6:17, 7:1,
13:6, 32:7,
61:21, 62:2,
68:2, 68:7,
68:12, 89:18,
92:19, 96:4,
96:6, 97:19,
112:21, 112:22,
113:18, 120:13,
138:18, 141:7,
142:19, 144:21
sometime
63:19
sometimes
19:2, 19:18,
73:8, 93:12,
95:17, 101:17,
103:21
somewhere
48:9, 61:16
soon
127:21, 129:1
sorry
8:6, 8:8,
10:16, 53:9,
58:13, 61:22,
62:1, 72:2,
141:5
sort
15:10, 20:9,
24:14, 28:11,
73:22, 74:5

Transcript of Rosemary Wilson
Conducted on October 3, 2019

sorts
98:10, 134:7
spanish
120:3, 120:8,
120:10
speak
5:18, 24:12,
60:1, 71:3,
86:13, 93:20,
105:2, 109:12,
110:2, 139:2
speakers
24:11
speaking
6:16
special
38:2, 55:8,
55:11, 82:5
specific
17:21, 77:1,
91:15, 107:2,
135:5, 138:17,
138:19
specifics
135:17
speculating
64:7
spend
114:10
spent
9:18, 38:2,
40:20, 47:14,
113:20, 114:5
spirit
48:15
spitzer
54:17
splash
122:14
spoke
66:4, 105:16
spoken
56:20, 58:20,
93:14, 105:3,
105:10, 105:14,
105:18, 105:21,
106:2, 106:5,
106:13, 107:5,

108:1, 108:9
spring
55:9
squiggly
106:22
stability
27:6
staff
22:14, 22:19,
24:20, 26:19,
31:15, 34:9,
34:13, 34:16,
35:4, 35:7,
35:12, 116:16,
116:20, 132:21
staffing
133:11
stage
122:11
stance
130:11
stand
76:3
standard
94:20
standing
142:20
start
48:9, 52:22,
81:20, 120:2
started
44:1, 124:1,
139:4
starting
59:17
starts
125:1, 128:7
state
9:6, 77:8,
78:11, 81:8,
82:13
statement
113:11
statements
147:2
states
1:1
station
84:18, 85:14,

134:6
stay
74:14, 81:4,
136:9
stayed
67:15, 73:22,
74:6, 74:13
stenographically
151:7
step
38:9
stepping
38:18
steve
50:15, 50:17
sticker
143:7, 143:10
still
27:8, 77:9,
77:19, 113:14,
113:16, 113:19,
113:20, 115:7,
123:15, 141:11
stolle
81:19
stop
17:13, 128:5,
128:8
stored
34:14
storm
123:4, 134:15,
140:6
strayhorn
60:2
street
3:7, 65:3
strides
127:6, 131:5,
132:1
strong
111:22
students
123:8, 126:15,
126:18, 127:10
study
128:12, 128:16,
129:3, 129:17,

129:22, 130:4,
130:8, 130:12,
131:3, 131:10,
131:12, 132:8,
132:12, 133:3
stuff
13:8, 20:18,
20:21, 21:6,
21:10, 21:17,
36:5, 44:14,
79:15, 112:15,
113:16, 147:4
stumpy
97:13
subcontract
132:17
subcontractors
132:11
subpoena
4:10, 28:6,
28:17, 28:22,
29:11, 35:17
substance
7:13, 112:4
substantial
131:16
substantially
48:8, 131:13
successful
27:8, 42:22
suggesting
109:18
suggestions
143:21
suit
13:20, 15:3,
125:3, 125:6
suite
3:8
suits
125:2
summary
147:4
summer
63:19
superintendent
38:17
support
70:2, 71:12,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

72:4, 74:3,
75:2, 75:4,
93:3, 109:2,
112:1, 112:7,
115:20, 129:20,
130:3, 134:19,
135:13, 136:6,
136:15, 137:15
**supported**
60:13, 70:22,
71:15, 76:5,
81:7, 81:18,
81:19, 82:8,
82:22, 110:8,
134:18
**supporting**
82:4, 82:6,
130:9
**supports**
105:1
**supposed**
25:13, 47:12
**sure**
42:21, 48:14,
55:16, 56:1,
69:15, 72:22,
73:4, 108:21,
122:10, 135:14,
137:3, 141:10,
147:9
**surfing**
122:8, 122:10
**swam**
133:8, 133:12,
134:20
**swim**
123:9, 123:16,
123:19, 124:1,
124:5, 124:7
**sworn**
5:4
**synopsis**
28:12
**system**
13:12, 13:22,
14:2, 14:3,
14:5, 14:11,
92:5, 92:6,

92:16, 93:10,
94:2, 95:18,
96:19, 97:5,
97:9, 98:2,
98:6, 98:9,
99:4, 99:16,
100:3, 100:7,
105:1, 113:4,
115:2, 115:18,
137:21

**T**

**t-r-o-w-e-r**
25:6
**tablet**
23:21, 24:1
**take**
5:16, 5:22,
6:10, 23:19,
33:7, 62:1,
122:13, 129:12,
130:11, 133:11,
142:13, 143:16
**taken**
133:3, 151:4,
151:6
**takes**
26:3, 79:8,
102:6
**taking**
5:16, 36:11
**talk**
5:21, 59:14,
60:5, 62:9,
65:16, 65:20,
89:11, 93:14,
96:17, 96:18,
102:11, 102:15,
107:4, 107:6,
109:14, 117:18,
120:9, 123:8,
134:21, 136:4
**talked**
15:18, 16:1,
16:5, 24:17,
46:18, 65:12,
65:13, 81:6,
93:9, 93:13,

102:12, 107:9,
130:13, 136:5,
136:11
**talking**
24:16, 44:8,
73:14, 88:10,
92:2, 108:4
**task**
95:16
**tata**
81:20
**tax**
42:12
**taxes**
143:9
**taylor**
132:22
**teach**
11:17
**teacher**
11:14, 11:15,
102:21, 123:6
**teachers**
38:16
**teaching**
123:22
**technical**
56:6
**telephone**
24:18, 24:19
**telephonically**
148:18
**tell**
11:3, 13:7,
13:8, 13:14,
18:2, 39:15,
47:10, 55:6,
69:1, 86:17,
93:12, 93:19,
94:16, 101:13,
110:16, 111:6,
123:11, 129:6,
136:8, 145:2,
147:12
**temporary**
49:17
**tend**
118:5

**tenure**
75:16
**term**
100:11, 141:6,
141:13
**terms**
31:3, 144:16
**testified**
32:11, 35:5,
41:12, 62:6,
102:14, 111:22
**testify**
5:5, 43:8,
75:22, 96:5
**testifying**
144:10, 144:21
**testimony**
32:4, 43:6,
91:7, 103:2,
103:8, 150:4,
150:6, 151:6
**text**
21:18, 22:1,
30:18, 31:1
**th**
3:7, 36:10,
65:3, 69:3,
151:14
**thank**
21:16, 53:19,
79:21, 83:11,
104:13, 107:22,
122:21
**thanking**
67:6
**thanks**
69:4, 69:5
**thelma**
82:10
**themselves**
113:5
**theoretically**
25:11
**thereafter**
151:7
**thing**
20:7, 24:14,
28:15, 49:15,

86:4, 91:20,
96:6, 122:12,
131:9
**things**
23:22, 26:3,
29:17, 29:18,
30:8, 32:8,
32:19, 36:4,
51:19, 54:13,
65:2, 78:19,
79:16, 108:3,
118:3, 131:7,
133:5, 140:5,
140:8, 146:13,
146:15, 147:18,
148:13
**think**
9:1, 14:12,
14:16, 15:3,
15:8, 18:6,
21:11, 36:15,
39:1, 41:6,
41:8, 43:14,
44:2, 46:20,
47:7, 55:22,
57:10, 58:19,
61:1, 63:9,
63:10, 69:22,
73:6, 73:14,
73:22, 76:2,
76:7, 84:10,
87:1, 87:7,
95:3, 95:20,
96:2, 96:22,
97:8, 98:3,
99:3, 100:18,
100:21, 101:5,
101:7, 101:9,
102:6, 102:9,
106:4, 108:15,
108:20, 109:17,
110:8, 115:11,
115:14, 122:4,
124:13, 124:14,
126:16, 127:6,
130:13, 130:18,
131:7, 133:22,
134:1, 134:6,

136:3, 137:22,
138:10, 138:11,
138:13, 138:17,
139:13, 139:17,
140:1, 141:4,
141:5, 146:4,
146:20
**thinking**
18:10, 40:20
**thompson**
51:9, 69:14,
138:8
**thought**
38:18, 58:3,
70:20, 72:5,
72:12, 74:6
**thoughts**
96:11
**three**
27:3, 39:19
**through**
11:6, 15:15,
20:17, 28:15,
29:6, 29:13,
30:18, 32:10,
32:14, 32:20,
33:3, 53:22,
57:6, 61:8,
67:21, 69:18,
72:9, 83:4,
87:10, 87:11,
95:9, 96:16,
96:21, 122:2,
124:3, 144:3
**throw**
23:22, 33:10,
33:11
**thugs**
141:13
**thursday**
1:16
**ticket**
142:6
**tickets**
119:11
**ticky**
142:1, 142:4
**tidewater**
51:14

**till**
143:20
**time**
6:14, 7:9,
9:18, 13:8,
34:5, 37:16,
37:21, 38:22,
39:17, 39:19,
40:20, 43:3,
43:5, 45:22,
57:5, 59:17,
62:19, 62:20,
63:10, 63:12,
67:5, 68:19,
73:15, 76:22,
79:8, 92:19,
92:20, 93:11,
93:12, 107:16,
107:17, 114:15,
126:8, 127:4,
129:16, 143:1,
143:4, 145:14
**times**
36:3, 63:21,
64:13, 64:15,
103:19, 136:2
**tired**
95:6, 95:7
**title**
28:17, 124:3,
124:10, 124:11,
124:15, 125:9,
126:10, 126:22
**today**
8:17, 9:2,
16:12, 16:20,
17:10, 43:6,
83:4, 83:21,
97:13, 127:8,
139:18
**together**
36:17, 48:17,
49:19, 51:3,
66:14, 74:21,
75:1, 104:1,
143:13
**told**
38:3, 44:12,

59:17, 61:1,
61:10, 68:1,
68:8, 137:14
**tomorrow**
26:5, 143:22,
148:16
**tons**
20:18
**took**
67:1, 76:3,
104:21, 123:20,
128:10, 129:16,
143:6, 148:22
**tools**
132:3, 132:4
**top**
47:19, 48:13,
59:13
**topic**
16:9, 108:3
**totally**
42:20, 94:19,
100:2, 138:19
**toward**
127:7
**tower**
106:16, 107:11
**town**
51:18, 68:9,
117:16, 118:6,
128:8
**track**
33:18
**training**
142:13, 143:6,
143:15, 143:16
**trains**
144:1
**transatlantic**
54:4
**transcript**
28:5, 151:5
**transcription**
150:5
**travel**
17:13, 18:5
**traveled**
51:3

Transcript of Rosemary Wilson
Conducted on October 3, 2019

182

treasurer
42:9
trial
17:14, 18:11
trower
25:6
true
35:7, 71:6,
75:16, 84:19,
88:3, 115:2,
150:4, 151:5
truthfully
9:2
try
116:10, 116:11,
116:12, 116:13,
117:6, 120:9,
132:9, 132:10,
148:14
trying
21:12, 21:14,
56:10, 73:14,
109:20, 126:2,
144:14, 147:13
turn
121:12
tv
113:19
twenty
11:21
twice
136:3
twitter
22:8, 31:7,
31:9, 35:9
two
6:15, 7:6,
33:1, 50:12,
64:13, 70:4,
70:21, 99:4,
100:14, 103:20,
104:7, 129:7,
129:11, 143:11
two-page
79:1
two-person
103:16
type
7:17, 66:3,

89:4
types
75:4
typewriting
151:8
typically
20:11

**U**

uh-huh
6:9, 12:1,
22:22, 26:11,
38:21, 50:8,
51:11, 63:18,
63:20, 67:7,
69:21, 71:16,
71:20, 71:22,
73:19, 87:4,
103:17, 114:6,
120:1, 120:17,
120:19, 121:14,
136:1
uh-uh
6:9
uhrin
52:9, 67:16,
68:7, 115:4
ultimately
29:10, 94:18,
145:18
under
5:5, 94:15,
115:2, 123:18,
151:8
underlying
15:4
understand
8:19, 13:16,
13:19, 19:11,
21:13, 35:6,
56:11, 64:5,
72:19, 78:2,
84:4, 95:18,
99:5, 103:7,
103:9, 103:12,
103:13, 109:20,
126:1, 141:8,
141:11

understanding
13:10, 13:21,
14:9, 14:14,
15:1, 75:22,
84:6, 88:15,
88:20, 131:20,
137:16
understood
8:22, 141:6
unfortunate
79:8
unfortunately
94:19
unhappy
147:6
united
1:1
university
11:11, 61:6
unless
15:10
unlikely
64:16
unopposed
75:6
until
6:1, 6:2,
27:12, 50:5,
50:13, 54:2
upset
58:5, 147:19
use
19:1, 19:5,
19:12, 19:18,
20:7, 22:9,
22:12, 30:7,
30:13, 31:8,
31:9, 31:14,
33:16, 121:18,
141:7
usually
6:8, 23:22,
64:6

**V**

va
2:9, 3:19
validity
139:13

varied
116:5
various
96:18
verbal
6:11
views
136:22
villanueva
75:12, 82:1,
82:2
virginia
1:2, 1:9, 1:15,
2:5, 2:9, 2:19,
3:12, 3:15,
3:19, 9:10,
9:12, 9:15,
9:19, 10:6,
18:16, 19:15,
20:10, 20:15,
43:3, 54:5,
60:3, 60:9,
65:18, 65:21,
78:16, 80:7,
80:8, 80:10,
83:3, 83:5,
83:16, 83:19,
99:18, 99:19,
100:14, 100:16,
113:10, 114:1,
120:18, 124:12,
125:18, 126:5,
126:15, 128:11,
136:19, 136:20,
137:2, 137:19,
137:21, 138:9,
139:10, 139:16,
139:19, 151:22
visit
139:2
vocal
136:17, 139:8
vocally
130:19
volume
1:18
volunteer
22:19, 33:21,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

183

34:1, 42:7,
57:22
**volunteered**
81:8, 82:9,
82:22, 87:5
**volunteers**
22:14, 34:9,
57:15, 70:6
**vote**
27:18, 27:22,
91:16, 97:19,
100:21, 101:5,
101:8, 101:9,
102:7, 102:9,
102:18, 102:19,
103:18, 103:19,
104:1, 104:11,
104:12, 111:21,
115:17, 128:22,
130:12
**voted**
91:12, 91:21,
97:10, 129:2,
137:6, 137:8
**voter**
57:17, 95:21
**voters**
76:4, 76:6,
103:10, 103:22,
104:5, 104:11,
113:9
**votes**
97:6, 103:20,
104:7
**voting**
13:12, 13:22,
82:21, 91:10,
100:4, 100:15,
102:4, 103:9,
103:12, 103:14,
104:6, 116:1

**W**

**w-i-t-h-a-m**
40:5
**wagner**
81:16
**wait**
6:1, 6:2,

10:10, 49:19,
140:16
**waived**
149:1
**walk**
29:6, 87:10
**walked**
58:7, 146:14
**want**
7:8, 28:19,
59:19, 70:2,
80:2, 121:9,
121:17, 121:21,
121:22, 122:1,
123:8, 131:9,
144:22, 145:9,
145:11, 145:15,
145:17, 148:14
**wanted**
65:11, 87:1,
91:19, 130:10,
136:9, 137:7
**wants**
109:13
**ward**
14:3, 92:16
**washington**
3:9
**water**
123:4, 123:13,
140:6
**way**
5:17, 49:5,
96:17, 106:21,
109:7, 110:9,
112:9, 147:6
**ways**
52:11, 117:10,
140:3, 140:4,
140:9
**we'll**
15:14, 39:14,
95:11
**we're**
14:18, 29:22,
47:12, 50:12,
96:18, 108:4,
120:2, 123:3,

127:21, 134:1,
134:15
**we've**
44:22, 56:19,
127:6, 133:5,
143:20
**week**
16:4, 21:1,
21:3
**weekly**
112:12
**weeks**
33:12
**well-educated**
74:10
**went**
10:2, 11:2,
32:14, 32:20,
48:20, 54:14,
56:8, 62:5,
65:3, 68:8,
68:10, 87:11
**weren't**
31:10, 32:8,
135:15, 139:9,
147:18
**whatever**
88:5, 102:21
**whatnot**
35:20, 55:15
**whereof**
151:13
**whereupon**
5:2
**wherever**
25:13
**whether**
91:16, 92:15,
94:1, 94:10,
94:17, 102:20,
110:3, 115:9,
115:17, 125:13,
127:16, 137:18,
146:6
**white**
60:10, 84:6,
85:11, 101:3,
126:4, 126:15,

127:10
**whole**
28:15, 79:4,
79:15, 109:11,
110:1, 145:10,
148:9
**wide**
116:5
**widow**
8:7
**widowhood**
72:9
**widows**
51:4
**wile**
1:22, 2:17,
151:2
**wilson**
1:14, 2:1, 4:2,
4:9, 5:3, 5:8,
9:8, 95:14,
96:3, 101:15,
103:2, 149:2,
150:2
**win**
115:7
**winery**
17:5
**wish**
8:16, 95:9
**witham**
40:5
**within**
99:4
**without**
64:7, 100:7,
112:3
**witness**
151:13
**woman**
40:3, 40:4,
70:4
**won**
75:17, 114:3,
114:4, 115:1,
115:15
**wood**
52:9, 67:16,

Transcript of Rosemary Wilson
Conducted on October 3, 2019

184

68:9, 73:10,
105:21
**wooten**
60:14, 60:16,
63:2, 63:8,
63:22, 65:8,
67:5, 67:11,
68:21, 69:4,
133:10
**wooten's**
62:7, 70:3,
71:1, 134:19
**word**
20:9, 121:18,
129:12
**work**
11:8, 12:5,
12:6, 45:17,
46:10, 46:19,
57:22, 76:11,
90:17, 117:2,
131:15, 133:12,
148:10, 148:18
**worked**
41:19, 45:12,
45:13, 47:8,
48:22, 123:20,
145:12, 145:13
**working**
41:13, 44:1,
44:5, 44:17,
45:11, 61:14,
70:5, 123:3,
132:10
**works**
45:6, 45:22,
96:3
**world**
103:22
**worries**
72:3
**worry**
6:19
**worth**
107:20
**wouldn't**
14:6, 21:6,
73:3, 141:7

**wow**
111:1
**wrap**
127:21
**wray**
70:10, 70:12
**write**
23:16, 23:21,
24:11
**written**
77:22, 107:13,
113:3

**Y**

**yagen**
56:2
**yeah**
52:21, 54:9,
55:17, 56:19,
58:17, 69:7,
76:11, 124:11,
125:19, 131:19,
136:13
**year**
35:1, 39:18,
51:2, 52:15,
56:21, 64:1,
78:14, 100:13,
106:9, 106:10,
106:11, 106:12,
114:20, 124:7,
142:22
**year-and-a-half**
12:12
**years**
9:20, 10:5,
10:11, 10:16,
11:1, 11:16,
11:21, 12:8,
37:4, 39:6,
43:10, 44:20,
46:8, 52:8,
77:12, 77:21,
78:8, 85:19,
88:10, 93:8,
114:13, 123:21,
128:18, 129:7,
129:11, 137:2,

142:3, 148:2
**yesterday**
57:11
**you-all**
14:13
**young**
40:3, 43:15,
61:5, 61:9
**younger**
43:18
**yourself**
18:2, 23:16
**yusun**
54:17

**Z**

**zalesin**
3:22

**$**

**$1,500**
45:5
**$12**
38:1
**$250**
67:9
**$4,000**
53:18
**$5,000**
48:5

**0**

**00**
149:3
**00069**
1:8

**1**

**1,100**
55:13
**10**
36:10, 64:3,
85:19, 88:10,
98:20, 121:16,
122:15, 143:20,
144:3
**11**
44:20, 95:20,

**124:13**
**1101**
3:7
**12**
124:13, 124:14
**125**
47:21
**130,000**
146:20, 146:21,
147:16, 147:20
**14**
3:7, 151:14
**140,000**
47:16, 47:21
**15**
15:19, 69:3,
123:18
**151**
1:21
**16**
65:3
**18**
1:8, 1:17
**19**
43:10
**1996**
35:22, 37:6,
37:15, 41:3,
92:15, 92:17,
92:21, 93:3

**2**

**2**
1:17
**2,700**
124:6
**20**
12:8, 64:15
**20,000**
114:11
**2000**
36:21, 37:9,
38:14, 39:16,
41:21, 42:20,
42:21, 43:10,
86:3, 143:3
**20005**
3:9

Transcript of Rosemary Wilson
Conducted on October 3, 2019

185

**2004**
40:17, 44:3
**2008**
39:19, 41:6,
41:22, 43:22,
44:6, 44:17,
114:21
**2010**
77:13
**2011**
85:13, 85:16,
87:10, 87:15,
90:19
**2012**
36:7, 36:9,
36:10, 39:17,
40:9, 85:16,
87:15, 90:19
**2016**
31:12, 33:16,
34:6, 36:7,
36:13, 36:14,
40:1, 45:10,
47:15, 52:17,
74:17, 74:19,
75:3, 81:2
**2017**
128:20, 129:2,
129:11
**2018**
57:13, 60:13,
62:18, 62:21,
64:1, 67:13,
80:16, 93:17,
115:4, 129:13
**2019**
1:16, 18:10,
82:5, 140:1,
151:15
**202**
3:10
**2020**
17:12, 17:17,
27:12, 86:6,
86:9, 90:10,
133:15, 134:3,
135:1, 135:6,
135:16

**2021**
151:16
**2200**
3:10
**23**
139:22
**23456**
2:9, 3:19
**24**
39:10, 93:7
**2401**
2:6, 3:16
**25**
10:8, 84:10
**250**
68:17
**260**
2:8, 3:18
**265819**
1:20
**28**
4:10, 124:4
**2:cv**
1:8

---
**3**
---
**30,000**
113:9
**300,000**
113:9
**31**
18:22, 151:16
**385**
2:10, 3:20

---
**4**
---
**40**
44:14
**400**
3:8
**4351**
2:10, 3:20
**45**
128:2

---
**5**
---
**5**
149:3

**50**
39:22, 134:3,
134:11

---
**6**
---
**6th**
62:18

---
**7**
---
**70**
123:18
**736**
3:10
**74**
151:18
**757**
2:10, 3:20

---
**8**
---
**888**
53:17

---
**9**
---
**96**
39:10, 41:21