### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Latasha Holloway, *et al.*,

     **Plaintiffs,**

**v.**

**City of Virginia Beach, *et al.*,**

     **Defendants**

**Civil Action No. 2:18-cv-0069**

---

### PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

# PLAINTIFFS' EXHIBIT 36
Deposition Transcript of Virginia Beach City Council Member James Wood



Planet Depos®
We Make It *Happen*™

# Transcript of James Wood

**Date:** September 9, 2019
**Case:** Holloway, et al. -v- City of Virginia Beach, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF VIRGINIA

3               NORFOLK DIVISION

4    -------------------------------x

5    LATASHA HOLLOWAY and              :

6    GEORGIA ALLEN,                    :

7               Plaintiffs,  :    CASE NO.

8    v.                       :    2:18cv00069

9    CITY OF VIRGINIA BEACH, et al.,:

10              Defendants.   :

11   -------------------------------x

12

13

14          Deposition of JAMES L. WOOD

15          Virginia Beach, Virginia

16          Monday, September 9, 2019

17               10:10 a.m.

18

19

20   Job No. 261322

21   Pages 1 - 80

22   Reported by:  Penny C. Wile, RPR, RMR, CRR

```
1           Deposition of JAMES L. WOOD, held at the

2      offices of:

3

4

5           VIRGINIA BEACH CITY ATTORNEY

6           2401 Courthouse Drive

7           Municipal Center, Building One

8           Room 260

9           Virginia Beach, VA 23456

10          (757)385-4351

11

12

13

14

15

16

17           Pursuant to Notice, before Penny C. Wile,

18      RPR, RMR, CRR, Notary Public of the Commonwealth

19      of Virginia.

20

21

22
```

Transcript of James Wood
Conducted on September 9, 2019                    3

```
 1              A P P E A R A N C E S

 2      ON BEHALF OF THE PLAINTIFFS, LATASHA HOLLOWAY

 3      AND GEORGIA ALLEN:

 4           J. GERALD HEBERT, ESQUIRE

 5           CHRISTOPHER LAMAR, ESQUIRE

 6           CAMPAIGN LEGAL CENTER

 7           1101 14th Street NW

 8           Suite 400

 9           Washington, DC 20005

10           (202)736-2200

11

12   ON BEHALF OF THE DEFENDANTS, CITY OF VIRGINIA

13   BEACH, ET AL.:

14           CHRISTOPHER S. BOYNTON, ESQUIRE

15           OFFICE OF THE VIRGINIA BEACH CITY ATTORNEY

16           2401 Courthouse Drive

17           Municipal Center, Building One

18           Room 260

19           Virginia Beach, VA 23456

20           (757)385-4351

21

22
```

Transcript of James Wood
Conducted on September 9, 2019                    4

```
1                    C O N T E N T S

2   EXAMINATION OF JAMES L. WOOD            PAGE

3         By Mr. Lamar                       5

4

5

6

7

8

9                    E X H I B I T S

10  WOOD DEPOSITION EXHIBIT                  PAGE

11  Exhibit 1    Sherrod vpap.org donation   26

12  Exhibit 2    State Board of Elections

13               Campaign Finance Reporting  27

14  Exhibit 3    VPAP donation               30

15  Exhibit 4    AAPAC Questionnaire         58

16  Exhibit 5    Letter dated 8/21/19,

17               PLS000001                   62

18

19

20

21

22
```

Transcript of James Wood
Conducted on September 9, 2019                    5

```
 1              P R O C E E D I N G S
 2    Whereupon,
 3              JAMES L. WOOD,
 4    after having been first duly sworn, was examined
 5    and did testify under oath as follows:
 6     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
 7    BY MR. LAMAR:
 8        Q. Good morning, Mr. Wood.  My name is Chris
 9    Lamar, and I'm counsel for plaintiffs.
10            MR. HEBERT:  I'm Gerry Hebert.
11        Q. So I'm going to be asking you some
12    questions today.  Before I do, I wanted to ask if
13    you've ever been deposed before?
14        A. I have.
15        Q. When you were deposed, were those in cases
16    related to voting rights litigation?
17        A. No.
18        Q. Were they cases related to racial
19    discrimination?
20        A. No.
21        Q. I'll, also, go over a few ground rules
22    before we start.
```

Transcript of James Wood
Conducted on September 9, 2019                    6

1          So the court reporter is transcribing

2    everything that we say.  So the court reporter is

3    able to get everything that we say, I want you to

4    be able to give me a chance to get my question

5    out, and I will, also, give you the opportunity to

6    answer the question so we're not talking over each

7    other.

8          The court reporter can only record verbal

9    responses, so it's important to say -- to respond

10   to questions with either a yes or a no or any

11   other response that you deem appropriate.

12         We can take a break at any time.  My only

13   request is that we don't take a break while a

14   question is pending.

15         Could you please state your full name for

16   the record?

17      A. James L. Wood.

18      Q. And, for the record, what is your race?

19      A. White.

20      Q. Do you understand that you are under oath

21   today?

22      A. I do.

Transcript of James Wood
Conducted on September 9, 2019                    7

1        Q. Is there any reason that you cannot give

2    truthful answers to my questions today?

3        A. No.

4        Q. When did you first learn about this

5    lawsuit?

6        A. I don't recall.

7        Q. Okay.  So I'm going to ask you a few

8    questions about your deposition preparation.  But

9    before we get into those questions, I want to make

10   sure that I make it clear that I'm not asking

11   about conversations between you and the City

12   Attorney's office, like no attorney-client

13   conversations or any kind of information in that

14   regard.  Okay?

15       A. Okay.

16       Q. What did you do to prepare for this

17   deposition?

18       A. Met with the City Attorney.

19       Q. Did you meet with anyone else?

20       A. No.

21       Q. Who else was present at the meeting?

22       A. Let me back up.  I did not meet with the

Transcript of James Wood
Conducted on September 9, 2019                          8

```
1    City Attorney.  I met with Chris Boynton.
2        Q. Okay.
3        A. And he was the only one present at the
4    meeting.
5        Q. Did you review any documents at that
6    meeting?
7        A. Yes.
8        Q. Did you take any notes at that meeting?
9        A. No.
10       Q. Did you discuss your deposition with any
11   of the other members of the Virginia Beach City
12   Council?
13       A. Yes.
14       Q. Who did you discuss the deposition with?
15       A. I don't recall.
16       Q. Did you discuss the deposition with former
17   City Manager Dave Hansen?
18       A. No.
19       Q. Were there any other meetings -- besides
20   the meetings with legal counsel, were there any
21   other meetings that you had to prepare for this
22   meeting?
```

Transcript of James Wood
Conducted on September 9, 2019                    9

1        A. No.

2            MR. BOYNTON:  For this deposition?  You

3    said --

4            MR. LAMAR:  Yeah.  For this deposition.

5    I'm sorry.

6            Thanks, Chris.

7        A. The answer is still no.

8        Q. That's fine.

9            Did you have any other conversations with

10   anyone else to prepare for this deposition?

11       A. No.

12       Q. Phone conversations?

13       A. To prepare for the deposition, no.

14       Q. Did you review any documents in

15   preparation for this deposition, outside of

16   attorney-client communications?

17       A. Outside of attorney-client?  Yes.

18       Q. What documents?

19       A. The documents I produced for the subpoena.

20       Q. The Rule 45 subpoena.

21           How long do you think you spent preparing

22   for this deposition?

Transcript of James Wood
Conducted on September 9, 2019                    10

```
 1          MR. BOYNTON:  Are you asking him outside
 2    of his time with counsel?
 3          MR. LAMAR:  Yes.
 4       A. Outside of my time with counsel?
 5       Q. Yes.
 6       A. No time.
 7       Q. Did you receive a subpoena to bring
 8    certain documents with you today?
 9       A. No.
10       Q. Did you bring any documents with you to
11    this deposition?
12       A. No.
13       Q. Did you read the subpoena attachment?
14       A. What is a subpoena attachment?
15       Q. So the subpoena attachment is the Rule 45
16    subpoena that we were discussing earlier, the one
17    you said you reviewed.  So there is a subpoena,
18    and there was an attachment that came along with
19    the subpoena.
20       A. Are you asking me did I read my responses
21    or did I read what you sent?
22       Q. Did you read what we sent?
```

1       A. Originally?

2       Q. Uh-huh.

3       A. Yes.

4       Q. All right.  Can you tell me what was in

5    it?

6       A. No.

7       Q. Do you intend to testify at trial?

8          MR. BOYNTON:  Objection to the question

9    for the basis of work product as to whether he

10   intends to testify at trial.  You can ask about

11   his availability, if that's what you were getting

12   at.

13      Q. Is there any reason you could not be in

14   Norfolk, Virginia during the week of January 14th,

15   2020?

16      A. Yes.

17      Q. What are those reasons?  Well --

18      A. I'll be happy to tell you.

19      Q. Yeah.  Sure.

20      A. My daughter is having a baby in Belgium,

21   so I will be there.

22      Q. Congratulations.

Transcript of James Wood
Conducted on September 9, 2019                    12

1      A. Actually, on the 14th.

2      Q. Congratulations.

3         MR. BOYNTON:  Assuming everything happens

4   exactly on time, which...

5      Q. That always happens, right?

6         I'm going to move on to your position with

7   the City of Virginia Beach.

8      A. Okay.

9      Q. What is your position with the City of

10  Virginia Beach?

11     A. I am a City Council member representing

12  the Lynnhaven district, and I'm also the Vice

13  Mayor.

14     Q. How long have you held that position?

15     A. Which one?

16     Q. Both.

17     A. City Council member, since July 1st, 2002.

18  Vice Mayor, since May of 2018; I believe May of

19  2018.

20     Q. Before you became Vice Mayor and City

21  Council member, did you hold any other government

22  positions in the City of Virginia Beach?

Transcript of James Wood
Conducted on September 9, 2019                13

1       A. Yes.

2       Q. What were those positions?

3       A. I was a police officer.

4       Q. Anything else?

5       A. No.

6       Q. Were you a Commissioner for the

7   Transportation District Commission?

8       A. Yes.  That is not a city position.

9       Q. Got it.

10          Did you hold any other position with any

11   other city governments?

12      A. No.

13      Q. State government?

14      A. Yes.

15      Q. Was it just the -- was it this

16   Commissioner and Chairman of the Transportation

17   District or were there other positions?

18      A. Joint -- I'm a Commission member on the

19   Joint Committee to Study Recurrent Flooding.  And

20   I may have the name juxtaposed a little bit on

21   that committee.

22      Q. How long have you been on that committee?

Transcript of James Wood
Conducted on September 9, 2019                    14

1        A. Three or four years.

2        Q. Any other positions?

3        A. I don't think so.  No.

4            Let me go back.  Hampton Roads Planning

5    District Commission.  I'm a member of that.  Just

6    give me a second to think about it as I go

7    through.

8        Q. Yeah.  No problem.

9        A. I mentioned HRT, HRTDC.  That's the only

10   regional ones I'm involved in.

11       Q. Okay.  Are there any statewide positions?

12       A. No.

13       Q. What are your job duties as Vice Mayor?

14       A. So I help prepare the agenda for the

15   meetings, and I take over when the Mayor is

16   unavailable, and I also manage the appointment

17   process.

18       Q. The appointment process.  Can you tell me

19   a little bit about that?

20       A. Sure.  People who want to serve on various

21   boards and commissions that the Council appoints,

22   I manage that particular part of the process.

Transcript of James Wood
Conducted on September 9, 2019                                    15

1        Q. All right.  So that the appointment

2   process is primarily for -- to commission, but

3   it's not for, like, City Manager or the

4   constitutional officers?

5        A. No.

6        Q. Okay.  So you'd agree that being Vice

7   Mayor and a Council member is a very important

8   position in the City of Virginia Beach, correct?

9        A. I don't really have an opinion on that.

10       Q. How would you compare your position as

11  Vice Mayor to the other Council members?  Do you

12  have more responsibilities, less responsibilities?

13       A. More responsibilities.

14       Q. Do you communicate directly with

15  constituents?

16       A. Yes.

17       Q. How so?

18       A. Telephone, email.

19       Q. Do you use text messages also?

20       A. Not a whole lot.  Mostly, it's email and

21  telephone.

22       Q. All right.  Any other ways, besides phone,

1    emails, and text messages?

2         A. Occasionally a letter, but...

3         Q. So in your role as Vice Mayor do you work

4    closely with the City Manager?

5         A. Yes.

6         Q. In what ways?

7         A. So the Manager works to prepare the

8    agenda.  So there are certain things that the

9    Manager wants to put on the agenda.  There are

10   certain things the City Attorney wants to put on

11   the agenda.  There are certain things that the

12   other appointees want to put on the agenda.  So we

13   work with them to figure out exactly how we're

14   going to plug things in.

15        We work with the Manager to determine the

16   agenda for the goal-setting retreats, recently on

17   the May 31st tragedy, work with them on -- and his

18   staff on communication with media, things like

19   that.

20        Q. So you said the -- so the City Manager

21   prepares the agenda; is that correct?

22        A. City Manager prepares his aspects of the

1    agenda, along with the City Clerk and the City

2    Attorney --

3        Q. Got it.

4        A. -- primarily.

5        Q. So the City Manager has an agenda, the

6    City Council has an agenda, and, then, the other

7    constitutional officers have agendas also?

8        A. They aren't constitutional officers.

9        Q. So I just want to make sure I understand

10   correctly what you're saying.  So you're saying

11   someone like -- the City Manager has -- they plan

12   their agenda for the things that they're

13   responsible for; is that correct?  Would you say

14   that's right?

15       A. I can explain it to you.  First off, in

16   Virginia constitutional officers are Sheriff,

17   Commissioner of Revenue, Clerk of the Court, and

18   Treasurer.

19       Q. Okay.

20       A. So those are the four constitutional

21   officers.

22       Q. All right.

Transcript of James Wood
Conducted on September 9, 2019                    18

1        A. They're independently elected.  They don't

2   report to us.  They have nothing to do with us.

3        Q. Okay.

4        A. We have appointees under the

5   Council/Manager form of government.  We have five

6   appointees.  There are five appointees the Council

7   hires and fires.  There is the City Manager, the

8   City Attorney, the City Clerk, the City Real

9   Estate Assessor, and the City Auditor.

10       Q. Got it.

11       A. So when you get past all that, there are

12  meetings every Tuesday.  There are voting meetings

13  every other Tuesday.  But we meet every Tuesday.

14  So when you -- when we set up an agenda, it's the

15  Wednesday before the following Tuesday when there

16  is a voting meeting also.

17           At that point the City Manager has a list

18  of things that he would like us to go over.  The

19  City Attorney has a list of things he would like

20  us to go over.  The City Clerk has, typically,

21  some housekeeping items.  So all of these things

22  are melded into one agenda that the Council has.

1      Q. All right.  What are the meetings -- the

2    Tuesday meetings where there are no votes, what

3    are those called?

4      A. Workshops.

5      Q. Okay.  Do you ever communicate with the

6    City Manager via text message?

7         MR. BOYNTON:  I'm going to object to the

8    form of the question since we are in between City

9    Managers right now.  I think you can ask him

10   historically what he did with the past City

11   Manager.

12     Q. So to rephrase, did you ever communicate

13   with the former City Manager, Dave Hansen, via

14   text message?

15     A. Yes.

16     Q. Do you know if the way you communicated

17   with former City Manager Dave Hansen is any

18   different from the way that other Council members

19   communicated with former City Manager Dave Hansen?

20     A. I have no idea.

21     Q. Have you been involved in any other

22   litigation in your role as Vice Mayor?

Transcript of James Wood
Conducted on September 9, 2019                    20

1       A. In my role as Vice Mayor, no.

2       Q. Have you been involved in any other

3  litigation in your role as a Council member?

4       A. I don't know.  I don't know the answer to

5  that.  I don't know if -- the city has been

6  involved in a great -- great deal of litigation.

7  And as a member of Council I've, obviously, been

8  involved with what the City Attorney's office

9  does, but I don't know that that is me being

10  directly involved.

11      Q. I was just more so meaning, like, you

12  being directly involved.  I'm not talking about,

13  you know, a slip and fall on the sidewalk and the

14  City of Virginia Beach is implicated.  I just

15  mean, like, have you participated in any other

16  type of litigation involving the City of Virginia

17  Beach?

18          MR. BOYNTON:  I just need to object to the

19  form.  I think the key question here is what do

20  you mean by participated.  So if you can kind of

21  drill down on what you mean by participated, I'm

22  sure we have an answer.

Transcript of James Wood
Conducted on September 9, 2019                           21

```
1            MR. LAMAR:  Sure.

2       Q. Have you been deposed before as part of

3  the litigation in a case involving the City of

4  Virginia Beach?

5       A. Yes.

6       Q. Have you testified in your role as -- have

7  you testified in your role as Council member for a

8  case involving the City of Virginia Beach?

9       A. No.

10      Q. What was the case about that you testified

11 by deposition?

12      A. It was a lifeguard truck hit someone on

13 the beach.

14           MR. BOYNTON:  I forgot you got deposed in

15 that.

16      A. I did not.

17           MR. BOYNTON:  You did not forget?

18      A. I did not forget that.  It was right here

19 (indicating).

20           MR. BOYNTON:  Yep.

21      Q. Have you endorsed a candidate running for

22 a seat on the Virginia Beach City Council?
```

Transcript of James Wood
Conducted on September 9, 2019                                    22

1       A. Yes.

2       Q. Who?

3       A. You need to be more specific than that.

4       Q. In 2018, did you endorse any candidates

5    who ran for a seat on the Virginia Beach City

6    Council?

7       A. Yes.

8       Q. Who?

9       A. Let me think.  I've got to remember who

10   was running in 2018.

11         In Centerville, Sabrina Wooten.  In the

12   beach district, John Uhrin.  In the Bayside

13   district, Louis Jones.  Who am I leaving out?

14         MR. BOYNTON:  At large.

15      A. At large, Dee Oliver.  I did not endorse

16   anyone in the Mayor's race.  I believe that's it.

17   Oh.  And me.

18      Q. All right.

19      A. Just saying.

20      Q. In the election before that, did you

21   endorse a candidate?

22      A. That's 2016.  So Rosemary Wilson, Amelia

1    Ross-Hammond, Shannon Kane.  Let's see.  Just

2    going around the table here in my head.  I'd have

3    to look at a list on who's on the -- those I

4    remember.  Those I know I did.

5         Q. That's fine.

6         A. I'm thinking going around the table who

7    was there.  Definitely those that I just told you.

8         Q. Thank you.

9         Have you ever actively opposed a candidate

10   running for City Council in Virginia Beach in 2018

11   or 2016?

12        A. Yes.

13        Q. Who?

14        A. 2016?  Well, aside from my opponents --

15        Q. Fair.

16        A. Just trying to think.  I don't recall who

17   was running in 2016.  It was likely Rick

18   Kowalewitch.  I've always opposed him.  Let's see.

19   2016-2018, I don't know if they ran.  There are

20   some people.  I would have to look at a list of

21   who was running.

22        Q. Did you actively --

Transcript of James Wood
Conducted on September 9, 2019                          24

1      A. Once it's over, it's out of my head.

2      Q. Did you actively oppose the candidates who

3   ran against Rosemary Wilson, Amelia Ross-Hammond,

4   and Shannon Kane?

5      A. I think it's fair to say that, yes.

6      Q. Did you actively oppose the candidates

7   running against Sabrina Wooten, John Uhrin, Louis

8   Jones, and Dee Oliver?

9      A. I did not actively oppose the candidate

10   running against Louis Jones because he's a friend

11   of mine, but I endorsed Louis Jones.

12      Q. Okay.

13      A. I did actively oppose one of the two

14   candidates running against Sabrina Wooten.  And I

15   didn't really oppose any of the candidates in the

16   at large race; I just supported Dee Oliver.

17      Q. Who were the candidates that you opposed

18   that ran against Wooten and Jones?

19      A. So I did not oppose the candidate running

20   against Jones.

21      Q. All right.

22      A. But that person's name is Brad Martin.

Transcript of James Wood
Conducted on September 9, 2019                    25

1    And there were three people in the Centerville

2    race, which was Wooten -- and I actively opposed

3    Conrad Schesventer.

4          MR. LAMAR:  Do you need it to be spelled?

5       A. And I can't help you with that.

6       Q. Got it.

7       A. I did not oppose the third candidate in

8    that race because I was friendly with him; and his

9    name is Eric Wray.

10      Q. So you didn't oppose Brad Martin and Eric

11   Wray?

12      A. Correct.

13          You know what?  Let me go back.  I did

14   actively oppose John Moss in the at large race.

15      Q. That was against Sabrina?

16      A. No.  At large race, which is --

17      Q. Okay.  That was a separate one, right?

18      A. Yeah.

19      Q. Have you ever contributed money to a

20   candidate running for a seat on the Virginia Beach

21   City Council?

22      A. I have.

Transcript of James Wood
Conducted on September 9, 2019                    26

```
 1        Q. Between -- since 2010?

 2        A. Yes.

 3        Q. Who?

 4        A. I'd have to look at the list.  I believe I

 5    gave you that in the deposition or the subpoena.

 6        Q. I think that's right.

 7                        (Exhibit 1 was marked and

 8                        attached to the transcript.)

 9        Q. Let the record reflect that the -- that I

10    just handed you Exhibit 1.  And this is the --

11    what appears to be a screenshot of vpap.org; is

12    that correct?

13        A. Yes.

14        Q. Do you see the circle?

15        A. Yes.

16        Q. Are you indicating that your contribution

17    was from the Independence Boulevard Professional

18    Center or the Shore-Urchin?

19        A. Both.

20        Q. Both.

21            What is the Independence Boulevard

22    Professional Center?
```

Transcript of James Wood
Conducted on September 9, 2019                    27

```
1        A. It's just an office building.

2        Q. All right.  And what is Shore-Urchin?

3        A. It is also an office building.

4        Q. What's your affiliation with those office

5   buildings?

6        A. I'm a managing member of the LLCs for both

7   of them.

8        Q. What is Mr. Sherrod's race?

9        A. African American.

10       Q. Did Mr. Sherrod win his election?

11       A. Did he run his election?

12       Q. Did he win?

13       A. No, he did not.

14       Q. That's it for that one.

15          Was there anyone else you remember?

16       A. Again, you should have that documentation.

17   I don't recall them right off the top of my head.

18       Q. Not a problem.

19                    (Exhibit 2 was marked and

20                     attached to the transcript.)

21       Q. So let the record reflect that the court

22   reporter has handed you Exhibit 2, which appears
```

Transcript of James Wood
Conducted on September 9, 2019                                        28

1    to be a screen -- I guess a screenshot from the

2    contributions to the Rosemary Wilson -- I'm

3    sorry -- the Amelia Ross-Hammond -- Friends of

4    Ross-Hammond Campaign Committee record?

5        A. It is a screenshot from the State Board of

6    Elections - Campaign Finance Reporting Page.  And

7    it does, in fact, have Friends of Ross-Hammond on

8    it.

9        Q. And that's your name at the bottom; Wood,

10   Jim?

11       A. That is me.

12       Q. Was that made on your behalf or on behalf

13   of Ocean Bay Contracting?

14       A. She listed it as me, so it must have been

15   a personal check from me.  Again, I don't recall.

16       Q. Is Ocean Bay Contracting another one of

17   your enterprises?

18       A. Yes.

19       Q. These are the only contributions that we

20   saw from -- that you produced since 2010.  Were

21   there any other financial contributions to a

22   candidate running for City Council election since

1    2010?

2        A. I don't recall what your question was.

3    What I did was I provided you with the

4    documentation you requested.  If you are asking me

5    to search for every Council candidate, if that was

6    not your question then I don't know if this is all

7    of it.

8        Q. So, yeah, do you recall any other

9    contributions that you've made to candidates for

10   City Council elections?

11       A. Yes.

12       Q. Who else?

13       A. I've contributed to Rosemary Wilson's

14   campaign.  And I've contributed to Shannon Kane's

15   campaign.

16       Q. Do you remember when?

17       A. I do not.

18       Q. Would you say it was after 2010?

19       A. No.  I don't know.

20       Q. That was Rosemary Wilson and Shannon Kane?

21       A. Shannon Kane.

22       Q. Have you ever volunteered for the campaign

Transcript of James Wood
Conducted on September 9, 2019 30

1    of a candidate running for a City Council election

2    since 2010?

3        A. Yes.

4        Q. Who?

5        A. Prescott Sherrod, Amelia Ross-Hammond,

6    Rosemary Wilson, Shannon Kane.  Since 2010, I

7    think that's it.  Maybe Ron Villanueva.

8        Q. Have you ever put a sign up in your yard

9    for a candidate running for City Council elections

10   since 2010?

11       A. No, I have not.

12       Q. Did you make any contributions for

13   Virginia State Senate races since 2010?

14       A. I don't recall.

15       Q. So we have one.

16           So this campaign contribution was from

17   2009, not since 2010.  And this is also from your

18   Rule 45 subpoena.

19                      (Exhibit 3 was marked and

20                   attached to the transcript.)

21       Q. Let the record reflect that the court

22   reporter has handed you Exhibit 3, which is a

Transcript of James Wood
Conducted on September 9, 2019                    31

1    screenshot of the Virginia Public Access Project

2    indicating that you made a $500 donation to

3    Villanueva for Delegate - Ron; is that correct?

4         A. Yes.

5         Q. Do you know if you made any other campaign

6    contributions for Virginia state elections?

7         A. I believe I did.

8         Q. Do you remember who those contributions

9    were to?

10        A. I don't recall specific.  I suspect that

11   they were to -- I don't remember.

12        Q. Okay.  Did you provide any other support

13   to any other Virginia Beach City Council

14   candidates or Virginia state candidates?

15        A. Yes.

16        Q. What was that support?

17        A. Gave them sign locations.

18        Q. What's a sign location?

19        A. So you had asked about putting a sign in

20   my front yard.  They also have -- in addition to

21   yard signs, they have larger signs, four-by-four,

22   four-by-eight signs.  And I gave some candidates

1    the permission to put them on commercial

2    properties that we own.

3         Q. Okay.  Any other support?

4         A. Working the polls.

5         Q. What does working the polls mean?

6         A. Standing out in front of a polling place

7    and handing out literature advertising a

8    particular candidate.

9         Q. Anything else?

10        A. Can you repeat what you just said?

11        Q. Any other support?

12        A. Attending events, and things like that.

13        Q. When you were saying earlier that you were

14   working the polls, did you -- were you standing in

15   front of the polls supporting a candidate other

16   than yourself?

17        A. Yes.

18        Q. All right.  Do you remember who those

19   candidates were?

20        A. So in 2018 I handed out a sample ballot

21   that the Virginia Beach Education Association had.

22   That had my name on it.  It had John Uhrin, Aaron

Transcript of James Wood
Conducted on September 9, 2019                    33

1    Rouse, Sabrina Wooten, Louis Jones.  I don't

2    remember the others.

3         In 2016 I likely handed out the same

4    document.  And that was for Rosemary Wilson

5    primarily.  But I know the other endorsed people

6    at that time were also Shannon Kane and Amelia

7    Ross-Hammond.

8         Q. Okay.  When you said the same document,

9    you mean it came from the same, Virginia Beach --

10        A. Virginia Beach Education Association, yes.

11        Q. You said the other support was attending

12   events?

13        A. Yes.

14        Q. What kind of events?

15        A. Fundraising events.

16        Q. Do you recall where those fundraising

17   events were?

18        A. Not all of them.

19        Q. Can you tell me about the ones you do

20   recall?

21        A. There would be cocktail parties at the

22   Town Center City Club.  There would be kickoff

1    events at various people's offices, at the Westin

2    Hotel.  I don't recall other specific locations.

3         Q. Did you attend an event for a specific

4    Council member running -- a specific candidate

5    running for a Council seat in 2018?

6         A. Yes.

7         Q. Who?

8         A. Me.

9            Let me think.  Who else?  Ben Davenport,

10   Dee Oliver, Sabrina Wooten.  Those are the only

11   ones I recall right now.

12        Q. Did you attend any for Aaron Rouse?

13        A. I attended a number there, and Aaron Rouse

14   attended.  I do not believe I attended specific

15   Aaron Rouse events.

16        Q. Okay.  How long have you lived in Virginia

17   Beach?

18        A. 1964, '65.

19        Q. Between 1964 and 1965, would you say the

20   minority population in Virginia Beach has grown?

21        A. Between the years 1964 and '65?

22        Q. Until today.  I'm sorry.

Transcript of James Wood
Conducted on September 9, 2019                          35

1           Between 1964 and '65 and today, would you

2    say the population of Virginia Beach -- the

3    minority population of Virginia Beach has grown?

4           MR. BOYNTON:  And I'm just going to impose

5    a general objection as to him not having expertise

6    on this.  I assume if he has a personal -- you

7    know, personal belief based on observations, I

8    guess he can answer.

9           MR. LAMAR:  That's all I'm asking.  I'm

10   not asking for --

11      A. Yes.

12          MR. BOYNTON:  Do you want to take a break?

13          THE DEPONENT:  I've got to grab this.

14          MR. BOYNTON:  Let's take a break.

15          MR. LAMAR:  Okay.

16          (A recess was taken.)

17      Q. So I believe the last question I asked you

18   was that between -- when you first moved to

19   Virginia Beach and today, you would agree that the

20   minority population in Virginia Beach has grown?

21      A. Yes.

22      Q. To the extent that --

Transcript of James Wood
Conducted on September 9, 2019                    36

1          MR. BOYNTON:  Personal knowledge or

2     information, not expertise.

3          Q. Would you say that minorities in Virginia

4     Beach tend to live close to each other?

5          MR. BOYNTON:  Same objection.  An

6     additional objection as to vagueness as to what

7     close together means.  If you want to rephrase,

8     you can.

9          Q. Did you understand the question?

10         A. I did, but -- well, no.  I don't know what

11    you really mean by close together.  That's what's

12    confusing to me.

13         Q. Would you say the minority population in

14    Virginia Beach live within -- would you say that

15    the minority communities in Virginia Beach tend to

16    live closer together relative to their proximity

17    to majority communities?

18         A. No.

19         Q. Are there any neighborhoods in the city

20    you would classify as predominantly black?

21         A. Not any longer, no.

22         Q. What neighborhoods do you think used to be

1    predominantly black?

2        A. I would say Seatack and Western Bayside

3    used to be predominantly African American;

4    however, from my perspective and from campaigning

5    it's very clear that most neighborhoods in

6    Virginia Beach are racially diverse to various

7    degrees.

8        Q. Are there any neighborhoods you would

9    classify as primarily Latino?

10       A. I don't know.

11       Q. Are there any neighborhoods in the city

12   you would classify as predominantly Asian?

13       A. No.  Not really.

14       Q. I want to take a step back really quickly

15   about the support you provided for the candidates

16   you were mentioning about, like, working the

17   polls, the sign locations, and attending events.

18   When you were providing this support, did the

19   candidates -- well, like, for example, did Sabrina

20   Wooten ask you for any support?

21       A. Did she ask me for support?

22       Q. Uh-huh.

Transcript of James Wood
Conducted on September 9, 2019                                    38

1      A. No.  She did not personally ask me for

2   support.

3      Q. Did someone from her campaign ask you for

4   support?

5      A. Yes.

6      Q. All right.  Did Rosemary Wilson ask you

7   for support?

8      A. Yes.

9      Q. Did Amelia Ross-Hammond ask you for

10  support?

11     A. No.  Well, yeah, she did.  Yes, she did.

12     Q. Okay.  Did Shannon Kane ask you for

13  support?

14     A. Yes.

15     Q. Did Dee Oliver ask you for support?

16     A. Yes.

17     Q. Did Louis Jones ask you for support?

18     A. Yes.

19     Q. Did John Uhrin ask you for support?

20     A. No.

21     Q. Did Aaron Rouse ask you for any support?

22     A. No.

Transcript of James Wood
Conducted on September 9, 2019                    39

1      Q. Did Prescott Sherrod ask you for any

2   support?

3      A. Yes.

4      Q. Did Ron Villanueva ask you for any

5   support?

6      A. Yes.

7      Q. I'm going to ask you a couple questions

8   about the redistricting process of 2011-2012.

9      A. Okay.

10      Q. Following the 2010 census the Virginia

11   Beach -- the City of Virginia Beach was

12   redistricted into seven residency districts; is

13   that correct?

14      A. Yes.

15      Q. And you were a City Council member at that

16   time?

17      A. Yes.

18      Q. In your role as a City Council member,

19   were you involved in any way in the redistricting

20   process?

21      A. Just on the perimeter of it.  Not really

22   directly involved.

Transcript of James Wood
Conducted on September 9, 2019                    40

1        Q. How so?

2        A. I just kept up with where the lines were

3   moving around, honestly, to make sure that I was

4   safely within the same district I was in, and then

5   just looking at what the potential changes were.

6        Q. Do you know what, if any, criteria the

7   city prioritized in redrawing the districts?

8        A. I do not.

9        Q. Do you know if data on the race of

10  Virginia Beach residents were used?

11       A. I believe so.

12       Q. Do you know how so?

13       A. I do not.

14       Q. Do you know what Section 2 of the Voting

15  Rights Act is?

16          MR. BOYNTON:  I'm going to object to the

17  form of the question.  I think you're asking him a

18  legal opinion.  Maybe rephrase.

19       Q. Have you heard of the Voting Rights Act?

20       A. I have.

21       Q. Do you know what the Voting Rights Act is?

22          MR. BOYNTON:  Same objection, but he can

```
1    answer as to his own understanding.

2        A. I don't think I could give you an educated

3    answer on it.

4        Q. Do you know if compliance with Section 2

5    of the Voting Rights Act was a factor that was

6    considered by the City Council when redrawing the

7    districts?

8        A. I do not know.

9        Q. Do you know which Council members were

10   most involved in the redistricting process?

11       A. Yes.

12       Q. Who?

13       A. Louis Jones.

14       Q. Just Louis Jones?

15       A. Yes.

16       Q. Okay.  Were you involved in the hiring of

17   any consultants to help with redistricting?

18       A. To the extent that consultants were hired,

19   then, yes, I was part of the funding mechanism.

20       Q. Did you have any conversations with anyone

21   regarding the redistricting process?

22       A. I don't recall.
```

Transcript of James Wood
Conducted on September 9, 2019                                    42

1      Q. Do you know who Kimball Brace is?

2      A. That sounds familiar, but no.

3      Q. Do you know what Mr. Brace's role in the

4   redistricting process was?

5      A. I don't know who that is.

6      Q. All right.  What is your understanding of

7   what this lawsuit is about?

8      A. My understanding is that it's an attempt

9   to change the voting structure in Virginia Beach.

10     Q. Have you had any conversations with any

11  current members about changing to a

12  district-based, rather than an at large, election

13  system?

14        MR. BOYNTON:  I'm going to interpose an

15  objection here:  One, to the extent it goes into

16  possible, you know, settlement discussions; and

17  two, to the extent it goes into legislative

18  privilege.  And based on the privilege aspect, I'm

19  just going to ask him to not answer to the extent

20  he gets into either of those areas.

21     A. So would you restate the question?

22     Q. Have you had any conversations with any

Transcript of James Wood
Conducted on September 9, 2019                    43

1   current City Council members about changing to a

2   district-based, rather than at large, election

3   system, outside the context of legislative

4   privilege?

5         MR. BOYNTON:  Or settlement.

6      Q. Or settlement?

7      A. Outside of those two, no.

8      Q. Have you had any conversations with any

9   former City Council members about changing to a

10  district-based, rather than an at large, election

11  system?

12        MR. BOYNTON:  Same objections as to those

13  two areas.

14     A. It would be the same response.  No.

15        MR. HEBERT:  If I could just interject

16  here.  Since he is now asking a different question

17  than the one before about conversations that he

18  has had with former members, legislative privilege

19  wouldn't apply unless it involved conversations

20  about when they were on the Council.  These are

21  people who are non-Council members being --

22  conversations.  So with that clarification --

Transcript of James Wood
Conducted on September 9, 2019                    44

1          MR. BOYNTON:  I understand your point.  I

2     don't think it changes the answer.

3          MR. HEBERT:  It may not, but I want to

4     make sure that it doesn't.

5       A. My conversations with former members would

6     have been when they were current members.

7          MR. HEBERT:  Thank you.

8       Q. Have you had any conversations with the

9     current Mayor of Virginia Beach about changing to

10    a district-based, rather than an at large,

11    election system?

12         MR. BOYNTON:  Same objections.

13      A. Outside of that context, no.

14      Q. Any conversations with any former Mayor of

15    Virginia Beach about changing to a district-based,

16    rather than an at large, election system?

17         MR. BOYNTON:  Same objections as to the

18    time they were Mayor or Council member.

19      A. Other than when they were on the body, no.

20      Q. Have you ever had any conversations with

21    anyone else about changing to a district-based,

22    rather than an at large, election system for City

Transcript of James Wood
Conducted on September 9, 2019                    45

1  Council seats --

2      A. Yes.

3      Q. -- outside of attorney-client privilege?

4      A. Yes.

5      Q. Who?

6      A. It has been a topic during elections, and

7  it has been a topic that people have brought up

8  during various meetings at the city.

9      Q. Do you remember who you were having those

10 conversations with?

11     A. So one I recall in 2018 was at a Civic

12 League forum, and it was mentioned, and various

13 people were asking positions on -- candidates'

14 positions on this.  And, then, we've had a number

15 of people to come speak at our open dialogue at

16 the city and some advocate for, some advocate

17 against.  But if you're asking me specific names,

18 I'm sorry, I don't remember.

19     Q. Do you think the city should change its

20 method of electing City Council members?

21     A. I do not.

22     Q. Do you vote in City Council elections?

1      A. Do I vote in City Council?  Yes.

2      Q. Why do you think the current system should

3  not be changed?

4        MR. BOYNTON:  I'm going to interpose an

5  objection here.  I think he said what his position

6  is, which is a potential political position.  His

7  reasoning gets, I think, into all the things we're

8  talking about in terms of legislative privilege,

9  in terms of attorney-client communications and

10  possible settlement discussions.  So I'm not going

11  to let him answer the question.

12        MR. HEBERT:  Let me interject again then.

13  He already said that he didn't think the current

14  system should be changed.  We're now entitled to

15  know why he holds that opinion.  It's a personal

16  opinion of his.  It doesn't bind anybody, other

17  than him, as to his opinion.

18        MR. BOYNTON:  I still think it gets into

19  the type of province that is inappropriate for a

20  deposition, where it's either formed as part of

21  the legislative process of just making a decision

22  and/or the attorney-client realm or in the work

1  product realm of settling the case.  But I will

2  allow him to answer.

3       MR. HEBERT:  Thank you.

4    A. So I'm sorry.  Counsel going back and

5  forth.  So ask the question again, please.

6    Q. Why do you think that the city should not

7  change its method of electing City Council

8  members?

9    A. I think it dilutes the vote -- the

10 influence that the voters have on city government.

11   Q. In which residency district in Virginia

12 Beach do you currently live?

13   A. Lynnhaven.

14   Q. Have you ever lived in any other residency

15 district in Virginia Beach?

16   A. No.

17   Q. Did you know Sabrina Wooten before she ran

18 for City Council?

19   A. No.

20   Q. How long have you known her?

21   A. Eighteen months, maybe.

22   Q. Had you ever heard of her before she ran

1   for City Council?

2       A. Heard of her?  Yes.

3       Q. You supported her candidacy for City

4   Council, correct?

5       A. Yes.

6       Q. And you endorsed her candidacy; is that

7   correct?

8       A. Yes.

9       Q. Do you know if she received support from

10  any other Council members?

11      A. Yes.

12      Q. Who?

13      A. Rosemary Wilson.  And I don't know about

14  others, but I do know Rosemary Wilson.

15      Q. Why do you think Rosemary supported her

16  candidacy?

17      A. I do not know.

18      Q. Did you know Aaron Rouse before he ran for

19  City Council?

20      A. No.

21      Q. Had you ever heard of Aaron Rouse before

22  he ran for City Council?

```
 1        A. No.

 2        Q. Did you support his candidacy for City

 3   Council?

 4        A. No.

 5        Q. Did you endorse his candidacy?

 6        A. No.

 7        Q. Do you know if he received any support

 8   from any other Council members?

 9        A. I do not know.

10           Yes, he did.  Yes, he did.  Ben Davenport.

11        Q. Ben Davenport was a --

12        A. He was a Council member.

13        Q. -- Council member when he supported Aaron

14   Rouse?

15        A. Yes.

16        Q. Have any Latino candidates ever been

17   elected to City Council?

18        A. Yes.

19        Q. Who?

20        A. Rita Bellitto.

21        Q. Anyone else?

22        A. I don't know.  I just know her for sure.
```

Transcript of James Wood
Conducted on September 9, 2019                    50

1      Q. Was that candidate reelected to City

2   Council?

3      A. She was appointed, and then she was

4   elected.  And she was the highest vote-getter.

5      Q. All right.  Did she run for reelection

6   after she was elected?

7      A. She resigned because she moved, so I don't

8   know how many times she actually was on the

9   ballot.

10     Q. Okay.

11     A. But she was also a School Board member

12  popularly elected, as well.

13     Q. What year was that?

14     A. I don't know.

15     Q. Was it in the last 10 years?

16     A. I don't know.

17     Q. Do you know when she moved?

18     A. I do not know.

19     Q. Do you know the decade that she was on the

20  City Council?

21     A. You know, I'd have to go back and look,

22  but it's all public record.  You-guys can find it

Transcript of James Wood
Conducted on September 9, 2019                      51

1    very easily.

2        Q. Have any Asian candidates ever been

3    elected to the City Council?

4        A. Yes.

5        Q. Who?

6        A. Ron Villanueva.

7        Q. Did you support Ron Villanueva's

8    candidacy?

9        A. Yes.

10       Q. Was Ron Villanueva reelected to City

11   Council?

12       A. Yes.

13       Q. Do you know how many times?

14       A. 2002, 2006.  What year was this?

15       Q. 2009.

16       MR. BOYNTON:  That's when he's

17   transitioning.

18       A. So 2002 and 2006 he won.  And, then, I

19   guess he resigned, went to the General Assembly

20   where I supported him there, as well.

21       Q. All right.  Okay.  Now I'm going to change

22   the subject to the Virginia Beach City Council

1    meeting.  Did the City Council hold a meeting on

2    August 27th, 2019?

3        A. Yes.

4        Q. Was this a workshop meeting?

5        A. May I look at my calendar?

6        Q. Yeah.  Sure.

7        A. It was a workshop and a special meeting.

8        Q. Remind me again, what is a workshop

9    meeting?

10       A. A workshop is a meeting where there are

11   various briefings and discussions but there are no

12   votes.

13       Q. Okay.  What do you recall about that

14   meeting?

15       A. I'd have to look at the agenda and see

16   what we talked about.

17       Q. Do you think the -- do you recall a

18   Mr. Arnette Heintze being there?

19       A. Yes.

20       Q. Who is that?

21       A. He's the CEO of Hillard Heintze, which is

22   an organization that is doing the independent

Transcript of James Wood
Conducted on September 9, 2019                                    53

1    review on the May 31st mass shooting.

2        Q. Did he speak at the -- do you recall him

3    speaking at the August 27th --

4        A. I do.

5        Q. And you recall him being present at the

6    meeting, as well, I presume?

7        A. Yes.

8        Q. Do you remember the subject matter that he

9    discussed?

10       A. Yes.  He was giving a briefing on the --

11   their progress to-date.

12       Q. All right.  Do you recall at that meeting

13   you expressed concern that the investigation into

14   the mass shooting on May 31st could be "hijacked"

15   by outside groups?

16       A. My exact question -- my exact phrasing was

17   I believe that there had been a newspaper article

18   where the City Auditor stated he thought that

19   outside groups were attempting to hijack the

20   investigation.  And I asked Mr. Heintze that

21   question.

22       Q. Did you believe that there are outside

Transcript of James Wood
Conducted on September 9, 2019                    54

1   groups or individuals that were attempting to

2   highjack the investigation?

3        A. One second.

4           (Attorney-client discussion)

5        A. I'm sorry.  Please restate.

6        Q. Did you believe there were outside groups

7   or individuals that were attempting to hijack the

8   investigation?

9        A. I don't have any knowledge of that either

10  way.

11       Q. You said the City Auditor -- you said

12  there was a newspaper article that stated that the

13  City Auditor believed that there were outside

14  groups that were attempting to hijack the

15  investigation; is that correct?

16       A. Correct.

17       Q. Why do you think the City Auditor believes

18  that there are outside groups attempting to --

19          MR. BOYNTON:  I object to the form of the

20  question.  He already said he doesn't know.  Asked

21  and answered.

22       Q. What groups do you think --

Transcript of James Wood
Conducted on September 9, 2019                              55

1          MR. HEBERT:  Excuse me.  I think -- the

2     question was different.  The objection may be the

3     same.  But he asked him earlier if he -- if he had

4     an opinion with regard to whether or not outside

5     groups were attempting to hijack.  And he said, I

6     don't -- basically, I don't have any information

7     about that.

8          Is that correct, Mr. Wood?

9       A. I believe that's what I said.

10         MR. HEBERT:  Then this question was

11    different.  This question was do you know why the

12    Auditor had the opinion or stated that opinion.

13         MR. BOYNTON:  Okay.  I mean, he can answer

14    that.

15         MR. HEBERT:  He may not know.  I just

16    wanted to clarify that it was a different question

17    than --

18      A. So the information I got was from the

19    newspaper article.  In the newspaper article it

20    seemed pretty clear that he had that opinion based

21    on meetings.

22      Q. Did the newspaper article indicate which

1    outside groups or individuals that the City

2    Auditor was concerned about?

3        A. He said it was some ministers group.  I

4    don't recall the specific name of the

5    organization.

6        Q. Was it the Virginia Beach

7    Interdenominational Ministers Conference?

8        A. Again, I don't know the exact name.

9        Q. Okay.  Do you know what the Virginia Beach

10   Interdenominational Ministers Conference is?

11       A. I believe that -- if that's the same

12   group -- again, I'm not focused on the names.  I

13   know individuals who are members of various

14   groups, but I don't pay attention to what their

15   name is.

16       Q. All right.

17       MR. BOYNTON:  I want to put on the record

18   here, does your organization represent the

19   Interdenominational Ministers Conference or Gary

20   McCollum?

21       MR. LAMAR:  Say your question one more

22   time.

```
1            MR. BOYNTON:  You're asking him a series

2    of questions about the Interdenominational

3    Ministers group.  You've also, in discovery,

4    asserted attorney-client privilege on a memo one

5    of your attorneys sent to Gary McCollum.  I'm

6    trying to understand, do you take the position in

7    this case that you represent Gary McCollum

8    personally or the Virginia Beach

9    Interdenominational Ministers Conference

10   generally?

11           MR. HEBERT:  Well, let me just say I don't

12   think a deposition is the proper forum to put

13   things on the record like this, Chris, but we do

14   not represent the Ministers Conference as a

15   client, but we did at one point serve as counsel

16   to Mr. McCollum.

17           MR. BOYNTON:  In the case -- in this case?

18           MR. HEBERT:  Not in this -- he is not a

19   party to this case.  And just because he's not a

20   party to this case doesn't mean that a legal

21   relationship and an attorney-client -- legal

22   counsel capacity ends or starts.
```

1          MR. BOYNTON:  We can take up the rest of

2     that off the record.

3          MR. HEBERT:  Okay.

4      Q. You want me to repeat the question?

5      A. I thought --

6          MR. BOYNTON:  He's already answered it.

7          Can I talk to him for a minute?

8          MR. LAMAR:  Sure.

9          (A recess was taken.)

10                    (Exhibit 4 was marked and

11                     attached to the transcript.)

12      Q. All right.  So, Mr. Wood, I'm handing you

13     what has been marked Exhibit 4 by the court

14     reporter.  What is it?

15      A. This is the Virginia Beach AAPAC Candidate

16     Questionnaire from 2018.

17      Q. What is the AAPAC?

18      A. The African American Political Action

19     Council.

20      Q. Could you turn to question 25, please?

21      A. So the question reads, "In light of press

22     reports concerning the current City Manager,

1    please state your position as to the City

2    Council's role in investigating, reprimanding, and

3    terminating appointed city leaders.  What do you

4    believe should have taken place with Dave Hansen -

5    should he have been reprimanded?  Terminated?  Or

6    were the complaints against him not a factor in

7    deciding his employment status?"

8         Do you see that question?

9    A. I do.

10   Q. Can you read your answer, please?

11   A. "I won't reveal personnel matters, but I

12   believe the City Manager is doing many things well

13   and I am confident that going forward he will meet

14   our professional standards in all phases of his

15   job."

16   Q. Thank you.

17        Can you turn to the next page?  I'm sorry.

18   The next page after that.  What is this?

19   A. It's the same thing.

20   Q. Next page.  I'm sorry.

21   A. It's an email.

22   Q. Is this you emailing the AAPAC

Transcript of James Wood
Conducted on September 9, 2019                    60

1    questionnaire to James Allen?

2        A. Yes.

3        Q. Who is James Allen?

4        A. He had something to do with the AAPAC.  I

5    don't know what his position is.

6        Q. And do you see the date on this is October

7    26th, 2018?

8        A. Yes.

9        Q. Would you say that Mr. Allen is a leader

10   in the black community?

11       A. Yes.  Sure.

12       Q. What was the Faith, Freedom and Justice

13   March?

14       A. I don't know what that is.  Was it called

15   something else?

16       Q. It was called the Faith, Freedom and

17   Justice March.

18           Do you recall protestors calling for the

19   city to fund a disparity study?

20       A. Yes.

21       Q. Do you recall there being a march that

22   happened sometime in 2017?

Transcript of James Wood
Conducted on September 9, 2019                    61

1          A. Yes.

2          Q. At that time when the march happened --

3     does February 2017 sound about right to you?

4          A. I knew it was that timeframe, but I don't

5     know exactly when.

6          Q. Right.  Okay.

7              At that time did you believe a disparity

8     study was necessary?

9          A. I believe so.

10         Q. Prior to the disparity study did you

11    believe there was a disparity in the city

12    contracts awarded to the minority-owned

13    businesses?

14         A. So that's a question that's both legal

15    and -- and opinionated.

16             MR. BOYNTON:  I'm asking you not to answer

17    legally.  You can answer to your personal

18    understanding.

19         A. So, in my opinion, I think that we had not

20    reached a goal we should have.

21         Q. Do you know who organized that march?

22         A. I thought it was George Minns, but I'm not

Transcript of James Wood
Conducted on September 9, 2019                                    62

1    sure.

2        Q. Do you recall anyone else organizing that

3    march?

4        A. I don't know who organized it.  I just

5    know George Minns was there.

6        Q. Okay.

7                        (Exhibit 5 was marked and

8                    attached to the transcript.)

9        MR. BOYNTON:  Are you asking him to review

10   it?

11       Q. Did you get a chance to review the

12   exhibit?

13       A. Yes.

14       Q. I'm handing you what has been marked

15   Exhibit 5 by the court reporter.  Have you seen

16   this document before?

17       A. Yes.

18       Q. What is it?

19       A. It's a letter from Dr. Allen and the

20   Virginia Beach Interdenominational Ministers

21   Conference dated August 12, 2019.

22       Q. The letter was sent to you, Mayor Dyer,

Transcript of James Wood
Conducted on September 9, 2019                          63

1    and the rest of the City Council on August 12th,

2    correct?

3        A. Yes.

4        Q. What is your understanding of the content

5    of this letter?

6        A. Mr. Allen did not like the City Manager

7    and wanted him terminated.

8        Q. You'd agree there are some pretty serious

9    accusations in this letter?

10       A. I would agree there are accusations in

11   this letter, yes.

12       Q. So the Virginia Beach Interdenominational

13   Ministers Conference called for Mr. Hansen to be

14   terminated from his position, correct?

15       A. Yes.

16       Q. What do you think prompted this letter?

17       MR. BOYNTON:  Object to the form of this

18   question.  It calls for speculation.

19       Q. Why do you think the Virginia Beach

20   Interdenominational Ministers Conference wrote

21   this letter and delivered it to the City Council?

22       MR. BOYNTON:  Same objection.

Transcript of James Wood
Conducted on September 9, 2019                    64

```
 1          You can answer if you know their motives.
 2          A. I have no idea.
 3          Q. So let's start at the second paragraph on
 4     the first page.  It states, "We have watched
 5     Mr. Hansen's behavior, comments, and lack of
 6     leadership over the last three years.  In any
 7     other reputable organization or major corporation
 8     managing billions of dollars, a fraction of
 9     Mr. Hansen's actions would have been ample
10     justification for termination.  We have reached
11     out to him, wrote to him, met with him, and
12     despite our outreach efforts his performance has
13     only deteriorated."
14          Why do you think the Virginia Beach
15     Interdenominational Ministers Conference believed
16     Mr. Hansen's actions justified termination?
17          MR. BOYNTON:  Same objection.  The letter
18     speaks for itself, but you're asking for him to
19     infer motives of somebody else.
20          Q. Do you think any of the claims made in
21     this letter are true?
22          A. Well, I think they probably watched him
```

Transcript of James Wood
Conducted on September 9, 2019                                    65

1    for three years.  And he did insult Aubrey Layne.

2        Q. I'm sorry.  Go ahead.  Continue.

3        A. Those two things, I think, are accurate.

4        Q. Is there anything else you think is

5    accurate?

6        A. I think there are things in here that are

7    inaccurate, but no.

8        Q. All right.  Who is Aubrey Layne?

9        A. Aubrey Layne is the current Secretary of

10   Finance for the Commonwealth of Virginia.

11       Q. Is it true that Mr. Hansen threatened to

12   punch Mr. Layne in the face?

13       A. He made a comment about punching him in

14   the face.  I don't know that I would characterize

15   it as a threat.

16       Q. Do you know when this text message was

17   sent?

18       A. Roughly.

19       Q. Can you give me, like, an approximation?

20   Was it 2017?

21       A. It was 2016-2017 after the light rail

22   referendum failed.

Transcript of James Wood
Conducted on September 9, 2019                         66

1        Q. Do you know when this communication became

2    publicly known?

3        A. I do not.

4        Q. When did you find out about it?

5        A. I don't remember.

6        Q. Would you say it was this year, the

7    previous year?

8        A. Whenever it became publicly available.  I

9    don't know.

10       Q. All right.  Does March 2018 sound about

11   right?

12       A. Again, I don't know, but...

13       Q. So when you found out about this, were you

14   confident going forward that Mr. Hansen wouldn't

15   meet the professional standards in all phases of

16   his job?

17       MR. BOYNTON:  Are you asking at the moment

18   in time he learned of this particular incident or

19   at the time he filled out the AAPAC questionnaire

20   or some other time?

21       MR. LAMAR:  I'm asking when he found out

22   about the communications that Mr. Hansen

1   communicated that he wanted to punch Mr. Layne in

2   the face.

3        Q. Did you believe Mr. Hansen was capable of

4   meeting the professional standards in all phases

5   of his job?

6        A. Did I believe -- yes.  I believe he was

7   capable of it, yes.

8        Q. So let's move to the second page of this

9   letter.  So in that first paragraph there were

10  some allegations that -- it states that, "From

11  press reports you are aware of the laundry list of

12  management, leadership, and communication blunders

13  Mr. Hansen has made over the last few years.

14  Insulting Aubrey Layne, a member of the Governor's

15  cabinet, communicating with developers prior to

16  ensuring all Council persons were informed about

17  economic development initiatives..."

18        What do you think that portion of the

19  paragraph refers to?

20        A. I have absolutely no idea.

21        Q. You have no -- so you have no idea what

22  this refers to or when it took place?

Transcript of James Wood
Conducted on September 9, 2019                    68

1      A. Yes.  To both of those questions, I don't

2   know.

3      Q. So today is your first time hearing about

4   this allegation?

5      A. No.  I got the letter.

6      Q. Okay.  So when you got the letter, was

7   that the first time you heard about this

8   allegation?

9      A. It is a vague statement.  There were no

10   specifics in there.  So I, basically, ignored it

11   absent information that is specific.

12      Q. So when you read that sentence you had no

13   inclination as to what the letter was referring

14   to?

15      A. In that particular sentence, correct.

16      Q. All right.

17      MR. BOYNTON:  And you've asked him about

18   one particular clause of that sentence.  I want to

19   be specific as to the record on that.

20      MR. LAMAR:  Okay.

21      Q. So the next clause in that sentence reads

22   that Mr. Hansen participating in racially

Transcript of James Wood
Conducted on September 9, 2019                    69

1    sensitive text messages with city employees about

2    this organization and other marchers during the

3    2017 Faith, Freedom and Justice March.

4         What do you think that refers to?

5    A. That probably refers to the text message

6    exchange between Deputy City Manager Ron Williams

7    and City Manager Dave Hansen.

8    Q. Do you recall when you found out about

9    this incident?

10   A. I do not.

11   Q. Do you have an approximation when this

12   happened?

13   A. When --

14   Q. When you found out about this incident?

15   A. No.

16   Q. Prior to Mr. Hansen's resignation, were

17   you confident he would meet all the professional

18   standards of his job?

19   A. Yes.

20   Q. Actually, I want to take a step back real

21   quickly.

22        MR. BOYNTON:  He thought he was done.

1      Q. Do you know who Bruce Smith is?

2      A. Yes.

3      Q. Would you consider Mr. Bruce Smith to be a

4  leader in the black community?

5      A. I don't know.  I'm not a member of the

6  black community, so I do not know.

7      Q. Do you think Mr. Bruce Smith is a member

8  of the black community -- is a leader of the black

9  community?  Sorry.

10     A. Again, I don't know.  I know he's a very

11  successful businessman.

12     Q. How do you communicate with other Council

13  members?

14     A. Telephone.

15     Q. Do you ever text other Council members?

16     A. Rarely.

17     Q. You said you rarely text your

18  constituents, as well?

19     A. They, generally, don't have my cellphone

20  number.  And it's, generally, in emails.  And we

21  have a Council retention thing which makes it a

22  lot easier.  So I make sure all the documents are

Transcript of James Wood
Conducted on September 9, 2019                    71

1   available.  So I ask people to email whenever

2   possible.

3       Q. Okay.  What email do you request that they

4   use?

5       A. My vbgov email address.

6       Q. Do you use any other email addresses?

7       A. No.  Not for city-related things, no.

8       Q. Do you discuss city business with other

9   Council members through texts?

10      A. Rarely.

11      Q. Do you remember if you discussed this case

12  with other Council members via text message?

13      A. I have not.

14      Q. Did you produce any of the relevant text

15  messages to plaintiffs?

16      MR. BOYNTON:  Object to the form of the

17  question.  It assumes there are relevant or

18  responsive text messages.

19      Q. Are there any relevant or responsive text

20  messages?  Do you possess any relevant or

21  responsive text messages?

22      MR. BOYNTON:  Again, I'd also ask,

Transcript of James Wood
Conducted on September 9, 2019                          72

1    responsive to what?

2         Q. When you received the subpoena, did you

3    also search your text messages to determine

4    whether or not your text messages contained

5    responsive documents?

6         A. Yes.

7         Q. Did you find any responsive documents?

8         A. Yes.

9         Q. Did you produce those?

10        A. Yes.

11        Q. What were they?

12        A. Do you have my --

13        MR. BOYNTON:  Again, you have the

14   response.  But I'm happy to put in front of him a

15   copy of the full response to the subpoena, and he

16   can sift through it and tell you which ones are

17   text messages.

18        MR. LAMAR:  Thank you.

19        A. Attachment A is a text message.  Just

20   Attachment A.

21        MR. HEBERT:  May I look at that?

22        MR. BOYNTON:  You can, as long as I get it

Transcript of James Wood
Conducted on September 9, 2019                    73

1   back.

2          MR. HEBERT:  Of course you will.

3      Q. Who is Dee?

4          MR. BOYNTON:  Before we get there, let's

5   put on the record what we're looking at.

6   Mr. Lamar has asked a series of questions of

7   Mr. Wood relating to his -- Mr. Wood's response to

8   a subpoena duces tecum Rule 45 subpoena.  I put a

9   copy in front of him of his complete response so

10  he could answer those questions.

11         MR. HEBERT:  Thank you.

12         MR. BOYNTON:  What's the question?

13         MR. LAMAR:  I was asking who was Dee?

14     A. Dee Oliver, who was a candidate for

15  Council.

16     Q. Did you discover why there were different

17  colors for the sample ballots?

18     A. Did I personally discover why?  No.

19     Q. Do you know if anyone else discovered why

20  there were different colors for the sample

21  ballots?

22     A. I am told that two individuals witnessed

Transcript of James Wood
Conducted on September 9, 2019                              74

```
1    poll workers handed out different colors of

2    ballots to people of different races.

3         Q. In looking at your document here, do you

4    know which ones were for different races?

5         MR. BOYNTON:  Testify to your knowledge.

6    In other words, don't speculate.

7         A. First off, I can hardly read it.

8         I have no personal knowledge of this.  I

9    just was -- I was told by two individuals, and

10   that's it.

11        Q. Just one more question.

12        A. Yes.

13        Q. In the text messages it says Friends of

14   the Elephant.  Do you know what Friends of the

15   Elephant is?

16        A. It is a PAC.

17        Q. Does it have a partisan affiliation?

18        A. I personally don't know, but I would

19   speculate that it does.

20        Q. Would that be Republican?

21        A. I can tell you that the elephant is a

22   Republican symbol.
```

Transcript of James Wood
Conducted on September 9, 2019                    75

1        Q. So in the text message it says -- it

2    reads, "She is still here.  So all she has is the

3    orange kind of color left."

4            Do you know who the "she" is?

5        A. As I recall, it was a poll worker working

6    for another candidate.

7        Q. Do you know which candidate that was?

8        A. John Moss.

9        Q. You endorsed John Moss in that -- you

10   opposed John Moss in that election, correct?

11       A. Correct.

12       Q. Do you find anything wrong with handing

13   out sample ballots that are two different colors

14   and contain two different pieces of information?

15       A. You need to be a little bit more specific

16   with what your question is.

17       Q. Do you find that there is a problem with

18   organizations passing out sample ballots that

19   contain different information?

20       A. That -- no.  They -- not -- not generally,

21   no.

22       Q. What about these specific sample ballots?

1       A. I don't -- let me -- ask me the question

2    again because I'm -- my head is in two different

3    places here.

4       Q. Do you think organizations passing out

5    these specific sample ballots -- what do you think

6    about organizations passing out these specific

7    sample ballots?

8       A. It's their right to pass out the sample

9    ballots.

10      Q. Is there anything in these sample ballots

11   that you find objectionable or of concern?

12      A. Yes.

13      Q. What is it?

14      A. The fact that one has -- lists several

15   candidates, and the other deletes one candidate

16   off of there.

17      Q. Who is deleted?

18      A. Aaron Rouse.

19      Q. Do you have any information about why

20   Aaron Rouse's name was deleted from one sample

21   ballot?

22          THE DEPONENT:  I assume I can respond to

1   hearsay?

2        MR. BOYNTON:  Hearsay, yes.  But

3   speculation, no.

4      A. Okay.  So hearsay, I heard from two -- two

5   separate poll workers that they observed African

6   American voters receiving one color ballot and

7   non-African American voters receiving another

8   color ballot.  Sample ballot, not ballot.

9      Q. And the African American voters received

10  the sample ballot with Rouse's name on it; is that

11  correct?

12     A. The African -- yes.  I don't remember

13  which color was which.

14     Q. All right.

15       MR. BOYNTON:  Are we done?

16       MR. HEBERT:  We are.

17        MR. BOYNTON:  You have the right to read

18  and sign this deposition transcript once it is

19  transcribed.

20        You're done.

21        (A discussion took place off the record.)

22

Transcript of James Wood
Conducted on September 9, 2019                78

1          (Signature having not been waived, the

2     deposition of JAMES L. WOOD was concluded at 11:40

3     a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2      I, JAMES L. WOOD, do hereby acknowledge that I

 3  have read and examined the foregoing testimony,

 4  and the same is a true, correct, and complete

 5  transcription of the testimony given by me and any

 6  corrections appear on the attached Errata Sheet

 7  signed by me.

 8

 9

10  _____    _____

11       (DATE)                        (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22
```

Transcript of James Wood
Conducted on September 9, 2019                    80

1        CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2            I, Penny C. Wile, RPR, RMR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me stenographically and thereafter reduced to

8    typewriting under my direction; that reading and

9    signing was requested; and that I am neither

10   counsel for, related to, nor employed by any of

11   the parties to this case and have no interest,

12   financial or otherwise, in its outcome.

13           IN WITNESS WHEREOF, I have hereunto set my

14   hand and affixed my notarial seal this 13th day of

15   September, 2019.

16           My commission expires:  January 31, 2021.

17

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA

Transcript of James Wood
Conducted on September 9, 2019

81

| A | | | |
|---|---|---|---|
| **aapac** | **acknowledgment** | **against** | 62:19, 63:6 |
| 4:15, 58:15, | 79:1 | 24:3, 24:7, | **allow** |
| 58:17, 59:22, | **act** | 24:10, 24:14, | 47:2 |
| 60:4, 66:19 | 40:15, 40:19, | 24:18, 24:20, | **along** |
| **aaron** | 40:21, 41:5 | 25:15, 45:17, | 10:18, 17:1 |
| 32:22, 34:12, | **action** | 59:6 | **already** |
| 34:13, 34:15, | 58:18 | **agenda** | 46:13, 54:20, |
| 38:21, 48:18, | **actions** | 14:14, 16:8, | 58:6 |
| 48:21, 49:13, | 64:9, 64:16 | 16:9, 16:11, | **also** |
| 76:18, 76:20 | **actively** | 16:12, 16:16, | 5:21, 6:5, |
| **able** | 23:9, 23:22, | 16:21, 17:1, | 12:12, 14:16, |
| 6:3, 6:4 | 24:2, 24:6, | 17:5, 17:6, | 15:19, 17:7, |
| **about** | 24:9, 24:13, | 17:12, 18:14, | 18:16, 27:3, |
| 7:4, 7:8, 7:11, | 25:2, 25:14 | 18:22, 52:15 | 30:17, 31:20, |
| 11:10, 14:6, | **actually** | **agendas** | 33:6, 50:11, |
| 14:19, 20:12, | 12:1, 50:8, | 17:7 | 57:3, 71:22, |
| 21:10, 31:19, | 69:20 | **agree** | 72:3 |
| 33:19, 37:15, | **addition** | 15:6, 35:19, | **always** |
| 37:16, 39:8, | 31:20 | 63:8, 63:10 | 12:5, 23:18 |
| 42:7, 42:11, | **additional** | **ahead** | **amelia** |
| 43:1, 43:9, | 36:6 | 65:2 | 22:22, 24:3, |
| 43:17, 43:20, | **address** | **al** | 28:3, 30:5, |
| 44:9, 44:15, | 71:5 | 1:9, 3:13 | 33:6, 38:9 |
| 44:21, 46:8, | **addresses** | **all** | **american** |
| 48:13, 52:13, | 71:6 | 11:4, 15:1, | 27:9, 37:3, |
| 52:16, 55:7, | **advertising** | 15:22, 17:22, | 58:18, 77:6, |
| 56:2, 57:2, | 32:7 | 18:11, 18:21, | 77:7, 77:9 |
| 61:3, 65:13, | **advocate** | 19:1, 22:18, | **ample** |
| 66:4, 66:10, | 45:16 | 24:21, 27:2, | 64:9 |
| 66:13, 66:22, | **affiliation** | 29:6, 32:18, | **another** |
| 67:16, 68:3, | 27:4, 74:17 | 33:18, 35:9, | 28:16, 75:6, |
| 68:7, 68:17, | **affixed** | 38:6, 42:6, | 77:7 |
| 69:1, 69:8, | 80:14 | 46:7, 50:5, | **answer** |
| 69:14, 75:22, | **african** | 50:22, 51:21, | 6:6, 9:7, 20:4, |
| 76:6, 76:19 | 27:9, 37:3, | 53:12, 56:16, | 20:22, 35:8, |
| **absent** | 58:18, 77:5, | 58:12, 59:14, | 41:1, 41:3, |
| 68:11 | 77:9, 77:12 | 65:8, 66:10, | 42:19, 44:2, |
| **absolutely** | **after** | 66:15, 67:4, | 46:11, 47:2, |
| 67:20 | 5:4, 29:18, | 67:16, 68:16, | 55:13, 59:10, |
| **access** | 50:6, 59:18, | 69:17, 70:22, | 61:16, 61:17, |
| 31:1 | 65:21 | 75:2, 77:14 | 64:1, 73:10 |
| **accurate** | **again** | **allegation** | **answered** |
| 65:3, 65:5 | 27:16, 28:15, | 68:4, 68:8 | 54:21, 58:6 |
| **accusations** | 46:12, 47:5, | **allegations** | **answers** |
| 63:9, 63:10 | 52:8, 56:8, | 67:10 | 7:2 |
| **acknowledge** | 56:12, 66:12, | **allen** | **any** |
| 79:2 | 70:10, 71:22, | 1:6, 3:3, 60:1, | 6:10, 6:12, |
| | 72:13, 76:2 | 60:3, 60:9, | 7:1, 7:13, 8:5, |

Transcript of James Wood
Conducted on September 9, 2019

8:8, 8:10, 8:19,
8:20, 9:9, 9:14,
10:10, 11:13,
12:21, 13:10,
14:2, 14:11,
15:22, 19:17,
19:21, 20:2,
20:15, 22:4,
24:15, 28:21,
29:8, 30:12,
31:5, 31:12,
31:13, 32:3,
32:11, 34:12,
36:19, 36:21,
37:8, 37:11,
37:20, 38:21,
39:1, 39:4,
39:19, 40:6,
41:17, 41:20,
42:10, 42:22,
43:8, 44:8,
44:14, 44:20,
47:14, 48:10,
49:7, 49:8,
49:16, 51:2,
54:9, 55:6,
64:6, 64:20,
71:6, 71:14,
71:19, 71:20,
72:7, 76:19,
79:5, 80:10
**anybody**
46:16
**anyone**
7:19, 9:10,
22:16, 27:15,
41:20, 44:21,
49:21, 62:2,
73:19
**anything**
13:4, 32:9,
65:4, 75:12,
76:10
**appear**
79:6
**appears**
26:11, 27:22
**apply**
43:19

**appointed**
50:3, 59:3
**appointees**
16:12, 18:4,
18:6
**appointment**
14:16, 14:18,
15:1
**appoints**
14:21
**appropriate**
6:11
**approximation**
65:19, 69:11
**areas**
42:20, 43:13
**aren't**
17:8
**arnette**
52:18
**around**
23:2, 23:6,
40:3
**article**
53:17, 54:12,
55:19, 55:22
**asian**
37:12, 51:2
**aside**
23:14
**asked**
31:19, 35:17,
53:20, 54:20,
55:3, 68:17,
73:6
**asking**
5:11, 7:10,
10:1, 10:20,
29:4, 35:9,
35:10, 40:17,
43:16, 45:13,
45:17, 57:1,
61:16, 62:9,
64:18, 66:17,
66:21, 73:13
**aspect**
42:18
**aspects**
16:22

**assembly**
51:19
**asserted**
57:4
**assessor**
18:9
**association**
32:21, 33:10
**assume**
35:6, 76:22
**assumes**
71:17
**assuming**
12:3
**attached**
26:8, 27:20,
30:20, 58:11,
62:8, 79:6
**attachment**
10:13, 10:14,
10:15, 10:18,
72:19, 72:20
**attempt**
42:8
**attempting**
53:19, 54:1,
54:7, 54:14,
54:18, 55:5
**attend**
34:3, 34:12
**attended**
34:13, 34:14
**attending**
32:12, 33:11,
37:17
**attention**
56:14
**attorney**
2:5, 3:15,
7:18, 8:1,
16:10, 17:2,
18:8, 18:19
**attorney's**
7:12, 20:8
**attorney-client**
7:12, 9:16,
9:17, 45:3,
46:9, 46:22,

54:4, 57:4,
57:21
**attorneys**
57:5
**aubrey**
65:1, 65:8,
65:9, 67:14
**auditor**
18:9, 53:18,
54:11, 54:13,
54:17, 55:12,
56:2
**august**
52:2, 53:3,
62:21, 63:1
**availability**
11:11
**available**
66:8, 71:1
**awarded**
61:12
**aware**
67:11

**B**

**baby**
11:20
**back**
7:22, 14:4,
25:13, 37:14,
47:4, 50:21,
69:20, 73:1
**ballot**
32:20, 50:9,
76:21, 77:6,
77:8, 77:10
**ballots**
73:17, 73:21,
74:2, 75:13,
75:18, 75:22,
76:5, 76:7,
76:9, 76:10
**based**
35:7, 42:18,
55:20
**basically**
55:6, 68:10
**basis**
11:9

Transcript of James Wood
Conducted on September 9, 2019

83

bay
28:13, 28:16
bayside
22:12, 37:2
beach
1:9, 1:15, 2:5,
2:9, 3:13, 3:15,
3:19, 8:11,
12:7, 12:10,
12:22, 15:8,
20:14, 20:17,
21:4, 21:8,
21:13, 21:22,
22:5, 22:12,
23:10, 25:20,
31:13, 32:21,
33:9, 33:10,
34:17, 34:20,
35:2, 35:3,
35:19, 35:20,
36:4, 36:14,
36:15, 37:6,
39:11, 40:10,
42:9, 44:9,
44:15, 47:12,
47:15, 51:22,
56:6, 56:9,
57:8, 58:15,
62:20, 63:12,
63:19, 64:14
became
12:20, 66:1,
66:8
because
24:10, 25:8,
50:7, 57:19,
76:2
been
5:4, 5:13,
13:22, 19:21,
20:2, 20:5,
20:7, 21:2,
28:14, 44:6,
45:6, 45:7,
49:16, 51:2,
53:17, 58:13,
59:5, 62:14,
64:9, 78:1

before
2:17, 5:12,
5:13, 5:22, 7:9,
12:20, 18:15,
21:2, 22:20,
43:17, 47:17,
47:22, 48:18,
48:21, 62:16,
73:4, 80:3
behalf
3:2, 3:12,
28:12
behavior
64:5
being
15:6, 20:9,
20:12, 43:21,
52:18, 53:5,
60:21
belgium
11:20
belief
35:7
believe
12:18, 22:16,
26:4, 31:7,
34:14, 35:17,
40:11, 53:17,
53:22, 54:6,
55:9, 56:11,
59:4, 59:12,
61:7, 61:9,
61:11, 67:3,
67:6
believed
54:13, 64:15
believes
54:17
bellitto
49:20
ben
34:9, 49:10,
49:11
besides
8:19, 15:22
between
7:11, 19:8,
26:1, 34:19,

34:21, 35:1,
35:18, 69:6
billions
64:8
bind
46:16
bit
13:20, 14:19,
75:15
black
36:20, 37:1,
60:10, 70:4,
70:6, 70:8
blunders
67:12
board
4:12, 28:5,
50:11
boards
14:21
body
44:19
both
12:16, 26:19,
26:20, 27:6,
61:14, 68:1
bottom
28:9
boulevard
26:17, 26:21
boynton
3:14, 8:1, 9:2,
10:1, 11:8,
12:3, 19:7,
20:18, 21:14,
21:17, 21:20,
22:14, 35:4,
35:12, 35:14,
36:1, 36:5,
40:16, 40:22,
42:14, 43:5,
43:12, 44:1,
44:12, 44:17,
46:4, 46:18,
51:16, 54:19,
55:13, 56:17,
57:1, 57:17,
58:1, 58:6,

61:16, 62:9,
63:17, 63:22,
64:17, 66:17,
68:17, 69:22,
71:16, 71:22,
72:13, 72:22,
73:4, 73:12,
74:5, 77:2,
77:15, 77:17
brace
42:1
brace's
42:3
brad
24:22, 25:10
break
6:12, 6:13,
35:12, 35:14
briefing
53:10
briefings
52:11
bring
10:7, 10:10
brought
45:7
bruce
70:1, 70:3,
70:7
building
2:7, 3:17,
27:1, 27:3
buildings
27:5
business
71:8
businesses
61:13
businessman
70:11
_____ C _____
cabinet
67:15
calendar
52:5
called
19:3, 60:14,

Transcript of James Wood
Conducted on September 9, 2019

84

60:16, 63:13
**calling**
60:18
**calls**
63:18
**came**
10:18, 33:9
**campaign**
3:6, 4:13,
28:4, 28:6,
29:14, 29:15,
29:22, 30:16,
31:5, 38:3
**campaigning**
37:4
**can't**
25:5
**candidacy**
48:3, 48:6,
48:16, 49:2,
49:5, 51:8
**candidate**
21:21, 22:21,
23:9, 24:9,
24:19, 25:7,
25:20, 28:22,
29:5, 30:1,
30:9, 32:8,
32:15, 34:4,
50:1, 58:15,
73:14, 75:6,
75:7, 76:15
**candidates**
22:4, 24:2,
24:6, 24:14,
24:15, 24:17,
29:9, 31:14,
31:22, 32:19,
37:15, 37:19,
45:13, 49:16,
51:2, 76:15
**cannot**
7:1
**capable**
67:3, 67:7
**capacity**
57:22
**case**
1:7, 21:3,

21:8, 21:10,
47:1, 57:7,
57:17, 57:19,
57:20, 71:11,
80:11
**cases**
5:15, 5:18
**cellphone**
70:19
**census**
39:10
**center**
2:7, 3:6, 3:17,
26:18, 26:22,
33:22
**centerville**
22:11, 25:1
**ceo**
52:21
**certain**
10:8, 16:8,
16:10, 16:11
**certificate**
80:1
**certify**
80:4
**chairman**
13:16
**chance**
6:4, 62:11
**change**
42:9, 45:19,
47:7, 51:21
**changed**
46:3, 46:14
**changes**
40:5, 44:2
**changing**
42:11, 43:1,
43:9, 44:9,
44:15, 44:21
**characterize**
65:14
**check**
28:15
**chris**
5:8, 8:1, 9:6,
57:13

**christopher**
3:5, 3:14
**circle**
26:14
**city-related**
71:7
**civic**
45:11
**claims**
64:20
**clarification**
43:22
**clarify**
55:16
**classify**
36:20, 37:9,
37:12
**clause**
68:18, 68:21
**clear**
7:10, 37:5,
55:20
**clerk**
17:1, 17:17,
18:8, 18:20
**client**
57:15
**close**
36:4, 36:7,
36:11
**closely**
16:4
**closer**
36:16
**club**
33:22
**cocktail**
33:21
**color**
75:3, 77:6,
77:8, 77:13
**colors**
73:17, 73:20,
74:1, 75:13
**come**
45:15
**comment**
65:13

**comments**
64:5
**commercial**
32:1
**commission**
13:7, 13:18,
14:5, 15:2,
80:16
**commissioner**
13:6, 13:16,
17:17
**commissions**
14:21
**committee**
13:19, 13:21,
13:22, 28:4
**commonwealth**
2:18, 65:10,
80:22
**communicate**
15:14, 19:5,
19:12, 70:12
**communicated**
19:16, 19:19,
67:1
**communicating**
67:15
**communication**
16:18, 66:1,
67:12
**communications**
9:16, 46:9,
66:22
**communities**
36:15, 36:17
**community**
60:10, 70:4,
70:6, 70:8, 70:9
**compare**
15:10
**complaints**
59:6
**complete**
73:9, 79:4
**compliance**
41:4
**concern**
53:13, 76:11

concerned
56:2
concerning
58:22
concluded
78:2
conference
56:7, 56:10,
56:19, 57:9,
57:14, 62:21,
63:13, 63:20,
64:15
confident
59:13, 66:14,
69:17
confusing
36:12
congratulations
11:22, 12:2
conrad
25:3
consider
70:3
considered
41:6
constituents
15:15, 70:18
constitutional
15:4, 17:7,
17:8, 17:16,
17:20
consultants
41:17, 41:18
contain
75:14, 75:19
contained
72:4
content
63:4
context
43:3, 44:13
continue
65:2
contracting
28:13, 28:16
contracts
61:12
contributed
25:19, 29:13,

29:14
contribution
26:16, 30:16
contributions
28:2, 28:19,
28:21, 29:9,
30:12, 31:6,
31:8
conversations
7:11, 7:13,
9:9, 9:12,
41:20, 42:10,
42:22, 43:8,
43:17, 43:19,
43:22, 44:5,
44:8, 44:14,
44:20, 45:10
copy
72:15, 73:9
corporation
64:7
correct
15:8, 16:21,
17:13, 25:12,
26:12, 31:3,
39:13, 48:4,
48:7, 54:15,
54:16, 55:8,
63:2, 63:14,
68:15, 75:10,
75:11, 77:11,
79:4, 80:5
corrections
79:6
correctly
17:10
could
6:15, 11:13,
41:2, 43:15,
53:14, 58:20,
73:10
council
8:12, 12:11,
12:17, 12:21,
14:21, 15:7,
15:11, 17:6,
18:5, 18:6,
18:22, 19:18,

20:3, 20:7,
21:7, 21:22,
22:6, 23:10,
25:21, 28:22,
29:5, 29:10,
30:1, 30:9,
31:13, 34:4,
34:5, 39:15,
39:18, 41:6,
41:9, 43:1,
43:9, 43:20,
44:18, 45:1,
45:20, 45:22,
46:1, 47:7,
47:18, 48:1,
48:4, 48:10,
48:19, 48:22,
49:3, 49:8,
49:12, 49:13,
49:17, 50:2,
50:20, 51:3,
51:11, 51:22,
52:1, 58:19,
63:1, 63:21,
67:16, 70:12,
70:15, 70:21,
71:9, 71:12,
73:15
council's
59:2
counsel
5:6, 5:9, 8:20,
10:2, 10:4,
47:4, 57:15,
57:22, 80:10
couple
39:7
course
73:2
court
1:1, 6:1, 6:2,
6:8, 17:17,
27:21, 30:21,
58:13, 62:15
courthouse
2:6, 3:16
criteria
40:6

crr
1:22, 2:18,
80:2
current
42:11, 43:1,
44:6, 44:9,
46:2, 46:13,
58:22, 65:9
currently
47:12

**D**

data
40:9
date
60:6, 79:11
dated
4:16, 62:21
daughter
11:20
dave
8:17, 19:13,
19:17, 19:19,
59:4, 69:7
davenport
34:9, 49:10,
49:11
day
80:14
dc
3:9
deal
20:6
decade
50:19
deciding
59:7
decision
46:21
dee
22:15, 24:8,
24:16, 34:10,
38:15, 73:3,
73:13, 73:14
deem
6:11
defendants
1:10, 3:12

Transcript of James Wood
Conducted on September 9, 2019

**definitely**
23:7
**degrees**
37:7
**delegate**
31:3
**deleted**
76:17, 76:20
**deletes**
76:15
**delivered**
63:21
**deponent**
35:13, 76:22, 79:1
**deposed**
5:13, 5:15, 21:2, 21:14
**deposition**
1:14, 2:1, 4:10, 7:8, 7:17, 8:10, 8:14, 8:16, 9:2, 9:4, 9:10, 9:13, 9:15, 9:22, 10:11, 21:11, 26:5, 46:20, 57:12, 77:18, 78:2, 80:3
**deputy**
69:6
**despite**
64:12
**deteriorated**
64:13
**determine**
16:15, 72:3
**developers**
67:15
**development**
67:17
**dialogue**
45:15
**different**
19:18, 43:16, 55:2, 55:11, 55:16, 73:16, 73:20, 74:1,

**74:2, 74:4,**
75:13, 75:14, 75:19, 76:2
**dilutes**
47:9
**direction**
80:8
**directly**
15:14, 20:10, 20:12, 39:22
**discover**
73:16, 73:18
**discovered**
73:19
**discovery**
57:3
**discrimination**
5:19
**discuss**
8:10, 8:14, 8:16, 71:8
**discussed**
53:9, 71:11
**discussing**
10:16
**discussion**
54:4, 77:21
**discussions**
42:16, 46:10, 52:11
**disparity**
60:19, 61:7, 61:10, 61:11
**district**
1:1, 1:2, 12:12, 13:7, 13:17, 14:5, 22:12, 22:13, 40:4, 47:11, 47:15
**district-based**
42:12, 43:2, 43:10, 44:10, 44:15, 44:21
**districts**
39:12, 40:7, 41:7
**diverse**
37:6

**division**
1:3
**document**
33:4, 33:8, 62:16, 74:3
**documentation**
27:16, 29:4
**documents**
8:5, 9:14, 9:18, 9:19, 10:8, 10:10, 70:22, 72:5, 72:7
**doing**
52:22, 59:12
**dollars**
64:8
**donation**
4:11, 4:14, 31:2
**done**
69:22, 77:15, 77:20
**down**
20:21
**dr**
62:19
**drill**
20:21
**drive**
2:6, 3:16
**duces**
73:8
**duly**
5:4
**during**
11:14, 45:6, 45:8, 69:2
**duties**
14:13
**dyer**
62:22

**E**

**each**
6:6, 36:4
**earlier**
10:16, 32:13,

55:3
**easier**
70:22
**easily**
51:1
**eastern**
1:2
**economic**
67:17
**educated**
41:2
**education**
32:21, 33:10
**efforts**
64:12
**eighteen**
47:21
**either**
6:10, 42:20, 46:20, 54:9
**elected**
18:1, 49:17, 50:4, 50:6, 50:12, 51:3
**electing**
45:20, 47:7
**election**
22:20, 27:10, 27:11, 28:22, 30:1, 42:12, 43:2, 43:10, 44:11, 44:16, 44:22, 75:10
**elections**
4:12, 28:6, 29:10, 30:9, 31:6, 45:6, 45:22
**elephant**
74:14, 74:15, 74:21
**else**
7:19, 7:21, 9:10, 13:4, 27:15, 29:12, 32:9, 34:9, 44:21, 49:21, 60:15, 62:2,

Transcript of James Wood
Conducted on September 9, 2019                                                    87

| | | | |
|---|---|---|---|
| 64:19, 65:4, 73:19 | 19:12, 23:9, 25:19, 29:22, 30:8, 44:20, 47:14, 47:22, 48:21, 49:16, 51:2, 70:15 | **F** | **flooding** 13:19 |
| **email** 15:18, 15:20, 59:21, 71:1, 71:3, 71:5, 71:6 | | **face** 65:12, 65:14, 67:2 | **focused** 56:12 |
| **emailing** 59:22 | **every** 18:12, 18:13, 29:5 | **fact** 28:7, 76:14 | **following** 18:15, 39:10 |
| **emails** 16:1, 70:20 | **everything** 6:2, 6:3, 12:3 | **factor** 41:5, 59:6 | **follows** 5:5 |
| **employed** 80:10 | **exact** 53:16, 56:8 | **failed** 65:22 | **foregoing** 79:3, 80:3, 80:4 |
| **employees** 69:1 | **exactly** 12:4, 16:13, 61:5 | **fair** 23:15, 24:5 | **forget** 21:17, 21:18 |
| **employment** 59:7 | **examination** 4:2, 5:6 | **faith** 60:12, 60:16, 69:3 | **forgot** 21:14 |
| **endorse** 22:4, 22:15, 22:21, 49:5 | **examined** 5:4, 79:3 | **fall** 20:13 | **form** 18:5, 19:8, 20:19, 40:17, 54:19, 63:17, 71:16 |
| **endorsed** 21:21, 24:11, 33:5, 48:6, 75:9 | **example** 37:19 | **familiar** 42:2 | **formed** 46:20 |
| **ends** 57:22 | **exchange** 69:6 | **february** 61:3 | **former** 8:16, 19:13, 19:17, 19:19, 43:9, 43:18, 44:5, 44:14 |
| **ensuring** 67:16 | **excuse** 55:1 | **few** 5:21, 7:7, 67:13 | **forth** 47:5 |
| **enterprises** 28:17 | **exhibit** 4:10, 4:11, 4:12, 4:14, 4:15, 4:16, 26:7, 26:10, 27:19, 27:22, 30:19, 30:22, 58:10, 58:13, 62:7, 62:12, 62:15 | **figure** 16:13 | **forum** 45:12, 57:12 |
| **entitled** 46:14 | | **filled** 66:19 | **forward** 59:13, 66:14 |
| **eric** 25:9, 25:10 | | **finance** 4:13, 28:6, 65:10 | **found** 66:13, 66:21, 69:8, 69:14 |
| **errata** 79:6 | | **financial** 28:21, 80:12 | **four** 14:1, 17:20 |
| **esquire** 3:4, 3:5, 3:14 | **expertise** 35:5, 36:2 | **find** 50:22, 66:4, 72:7, 75:12, 75:17, 76:11 | **four-by-eight** 31:22 |
| **estate** 18:9 | **expires** 80:16 | **fine** 9:8, 23:5 | **four-by-four** 31:21 |
| **et** 1:9, 3:13 | **explain** 17:15 | **fires** 18:7 | **fraction** 64:8 |
| **event** 34:3 | **expressed** 53:13 | **first** 5:4, 7:4, 17:15, 35:18, 64:4, 67:9, 68:3, 68:7, 74:7 | **freedom** 60:12, 60:16, 69:3 |
| **events** 32:12, 33:12, 33:14, 33:15, 33:17, 34:1, 34:15, 37:17 | **extent** 35:22, 41:18, 42:15, 42:17, 42:19 | **five** 18:5, 18:6 | **friend** 24:10 |
| **ever** 5:13, 19:5, | | | |

Transcript of James Wood
Conducted on September 9, 2019

88

| | | | |
|---|---|---|---|
| **friendly**<br>25:8<br>**friends**<br>28:3, 28:7,<br>74:13, 74:14<br>**front**<br>31:20, 32:6,<br>32:15, 72:14,<br>73:9<br>**full**<br>6:15, 72:15<br>**fund**<br>60:19<br>**funding**<br>41:19<br>**fundraising**<br>33:15, 33:16<br><br>**G**<br><br>**gary**<br>56:19, 57:5,<br>57:7<br>**gave**<br>26:5, 31:17,<br>31:22<br>**general**<br>35:5, 51:19<br>**generally**<br>57:10, 70:19,<br>70:20, 75:20<br>**george**<br>61:22, 62:5<br>**georgia**<br>1:6, 3:3<br>**gerald**<br>3:4<br>**gerry**<br>5:10<br>**getting**<br>11:11<br>**give**<br>6:4, 6:5, 7:1,<br>14:6, 41:2,<br>65:19<br>**given**<br>79:5, 80:6<br>**giving**<br>53:10 | **go**<br>5:21, 14:4,<br>14:6, 18:18,<br>18:20, 25:13,<br>50:21, 65:2<br>**goal**<br>61:20<br>**goal-setting**<br>16:16<br>**goes**<br>42:15, 42:17<br>**going**<br>5:11, 7:7,<br>12:6, 16:14,<br>19:7, 23:2,<br>23:6, 35:4,<br>39:7, 40:16,<br>42:14, 42:19,<br>46:4, 46:10,<br>47:4, 51:21,<br>59:13, 66:14<br>**good**<br>5:8<br>**government**<br>12:21, 13:13,<br>18:5, 47:10<br>**governments**<br>13:11<br>**governor's**<br>67:14<br>**grab**<br>35:13<br>**great**<br>20:6<br>**ground**<br>5:21<br>**group**<br>56:3, 56:12,<br>57:3<br>**groups**<br>53:15, 53:19,<br>54:1, 54:6,<br>54:14, 54:18,<br>54:22, 55:5,<br>56:1, 56:14<br>**grown**<br>34:20, 35:3,<br>35:20 | **guess**<br>28:1, 35:8,<br>51:19<br><br>**H**<br><br>**hampton**<br>14:4<br>**hand**<br>80:14<br>**handed**<br>26:10, 27:22,<br>30:22, 32:20,<br>33:3, 74:1<br>**handing**<br>32:7, 58:12,<br>62:14, 75:12<br>**hansen**<br>8:17, 19:13,<br>19:17, 19:19,<br>59:4, 63:13,<br>65:11, 66:14,<br>66:22, 67:3,<br>67:13, 68:22,<br>69:7<br>**hansen's**<br>64:5, 64:9,<br>64:16, 69:16<br>**happened**<br>60:22, 61:2,<br>69:12<br>**happens**<br>12:3, 12:5<br>**happy**<br>11:18, 72:14<br>**hardly**<br>74:7<br>**head**<br>23:2, 24:1,<br>27:17, 76:2<br>**heard**<br>40:19, 47:22,<br>48:2, 48:21,<br>68:7, 77:4<br>**hearing**<br>68:3<br>**hearsay**<br>77:1, 77:2,<br>77:4 | **hebert**<br>3:4, 5:10,<br>43:15, 44:3,<br>44:7, 46:12,<br>47:3, 55:1,<br>55:10, 55:15,<br>57:11, 57:18,<br>58:3, 72:21,<br>73:2, 73:11,<br>77:16<br>**heintze**<br>52:18, 52:21,<br>53:20<br>**held**<br>2:1, 12:14<br>**help**<br>14:14, 25:5,<br>41:17<br>**here**<br>20:19, 21:18,<br>23:2, 42:15,<br>43:16, 46:5,<br>56:18, 65:6,<br>74:3, 75:2, 76:3<br>**hereby**<br>79:2, 80:4<br>**hereunto**<br>80:13<br>**highest**<br>50:4<br>**highjack**<br>54:2<br>**hijack**<br>53:19, 54:7,<br>54:14, 55:5<br>**hijacked**<br>53:14<br>**hillard**<br>52:21<br>**hired**<br>41:18<br>**hires**<br>18:7<br>**hiring**<br>41:16<br>**historically**<br>19:10<br>**hit**<br>21:12 |

Transcript of James Wood
Conducted on September 9, 2019

hold
12:21, 13:10,
52:1
holds
46:15
holloway
1:5, 3:2
honestly
40:3
hotel
34:2
housekeeping
18:21
however
37:4
hrt
14:9
hrtdc
14:9

**I**

idea
19:20, 64:2,
67:20, 67:21
ignored
68:10
implicated
20:14
important
6:9, 15:7
impose
35:4
inaccurate
65:7
inappropriate
46:19
incident
66:18, 69:9,
69:14
inclination
68:13
independence
26:17, 26:21
independent
52:22
independently
18:1
indicate
55:22

indicating
21:19, 26:16,
31:2
individuals
54:1, 54:7,
56:1, 56:13,
73:22, 74:9
infer
64:19
influence
47:10
information
7:13, 36:2,
55:6, 55:18,
68:11, 75:14,
75:19, 76:19
informed
67:16
initiatives
67:17
insult
65:1
insulting
67:14
intend
11:7
intends
11:10
interdenominatio-
nal
56:7, 56:10,
56:19, 57:2,
57:9, 62:20,
63:12, 63:20,
64:15
interest
80:11
interject
43:15, 46:12
interpose
42:14, 46:4
investigating
59:2
investigation
53:13, 53:20,
54:2, 54:8,
54:15
involved
14:10, 19:21,

20:2, 20:6,
20:8, 20:10,
20:12, 39:19,
39:22, 41:10,
41:16, 43:19
involving
20:16, 21:3,
21:8
items
18:21
itself
64:18

**J**

james
1:14, 2:1, 4:2,
5:3, 6:17, 60:1,
60:3, 78:2, 79:2
january
11:14, 80:16
jim
28:10
job
1:20, 14:13,
59:15, 66:16,
67:5, 69:18
john
22:12, 24:7,
25:14, 32:22,
38:19, 75:8,
75:9, 75:10
joint
13:18, 13:19
jones
22:13, 24:8,
24:10, 24:11,
24:18, 24:20,
33:1, 38:17,
41:13, 41:14
july
12:17
justice
60:12, 60:17,
69:3
justification
64:10
justified
64:16

juxtaposed
13:20

**K**

kane
23:1, 24:4,
29:20, 29:21,
30:6, 33:6,
38:12
kane's
29:14
kept
40:2
key
20:19
kickoff
33:22
kimball
42:1
kind
7:13, 20:20,
33:14, 75:3
knew
61:4
know
19:16, 20:4,
20:5, 20:9,
20:13, 23:4,
23:19, 25:13,
29:6, 29:19,
31:5, 33:5,
35:7, 36:10,
37:10, 40:6,
40:9, 40:12,
40:14, 40:21,
41:4, 41:8,
41:9, 42:1,
42:3, 42:5,
42:16, 46:15,
47:17, 48:9,
48:13, 48:14,
48:17, 48:18,
49:7, 49:9,
49:22, 50:8,
50:14, 50:16,
50:17, 50:18,
50:19, 50:21,
51:13, 54:20,

Transcript of James Wood
Conducted on September 9, 2019

90

55:11, 55:15,
56:8, 56:9,
56:13, 60:5,
60:14, 61:5,
61:21, 62:4,
62:5, 64:1,
65:14, 65:16,
66:1, 66:9,
66:12, 68:2,
70:1, 70:5,
70:6, 70:10,
73:19, 74:4,
74:14, 74:18,
75:4, 75:7
**knowledge**
36:1, 54:9,
74:5, 74:8
**known**
47:20, 66:2
**kowalewitch**
23:18

**L**

**lack**
64:5
**lamar**
3:5, 4:3, 5:7,
5:9, 9:4, 10:3,
21:1, 25:4,
35:9, 35:15,
56:21, 58:8,
66:21, 68:20,
72:18, 73:6,
73:13
**large**
22:14, 22:15,
24:16, 25:14,
25:16, 42:12,
43:2, 43:10,
44:10, 44:16,
44:22
**larger**
31:21
**last**
35:17, 50:15,
64:6, 67:13
**latasha**
1:5, 3:2

**latino**
37:9, 49:16
**laundry**
67:11
**lawsuit**
7:5, 42:7
**layne**
65:1, 65:8,
65:9, 65:12,
67:1, 67:14
**leader**
60:9, 70:4,
70:8
**leaders**
59:3
**leadership**
64:6, 67:12
**league**
45:12
**learn**
7:4
**learned**
66:18
**leaving**
22:13
**left**
75:3
**legal**
3:6, 8:20,
40:18, 57:20,
57:21, 61:14
**legally**
61:17
**legislative**
42:17, 43:3,
43:18, 46:8,
46:21
**less**
15:12
**let's**
23:1, 23:18,
35:14, 64:3,
67:8, 73:4
**letter**
4:16, 16:2,
62:19, 62:22,
63:5, 63:9,
63:11, 63:16,

63:21, 64:17,
64:21, 67:9,
68:5, 68:6,
68:13
**lifeguard**
21:12
**light**
58:21, 65:21
**likely**
23:17, 33:3
**lines**
40:2
**list**
18:17, 18:19,
23:3, 23:20,
26:4, 67:11
**listed**
28:14
**lists**
76:14
**literature**
32:7
**litigation**
5:16, 19:22,
20:3, 20:6,
20:16, 21:3
**little**
13:20, 14:19,
75:15
**live**
36:4, 36:14,
36:16, 47:12
**lived**
34:16, 47:14
**llcs**
27:6
**location**
31:18
**locations**
31:17, 34:2,
37:17
**long**
9:21, 12:14,
13:22, 34:16,
47:20, 72:22
**longer**
36:21
**look**
23:3, 23:20,

26:4, 50:21,
52:5, 52:15,
72:21
**looking**
40:5, 73:5,
74:3
**lot**
15:20, 70:22
**louis**
22:13, 24:7,
24:10, 24:11,
33:1, 38:17,
41:13, 41:14
**lynnhaven**
12:12, 47:13

**M**

**made**
28:12, 29:9,
31:2, 31:5,
64:20, 65:13,
67:13
**major**
64:7
**majority**
36:17
**make**
7:9, 7:10,
17:9, 30:12,
40:3, 44:4,
70:22
**makes**
70:21
**making**
46:21
**manage**
14:16, 14:22
**management**
67:12
**manager**
8:17, 15:3,
16:4, 16:7,
16:9, 16:15,
16:20, 16:22,
17:5, 17:11,
18:5, 18:7,
18:17, 19:6,
19:11, 19:13,

19:17, 19:19,
58:22, 59:12,
63:6, 69:6, 69:7
**managers**
19:9
**managing**
27:6, 64:8
**many**
50:8, 51:13,
59:12
**march**
60:13, 60:17,
60:21, 61:2,
61:21, 62:3,
66:10, 69:3
**marchers**
69:2
**marked**
26:7, 27:19,
30:19, 58:10,
58:13, 62:7,
62:14
**martin**
24:22, 25:10
**mass**
53:1, 53:14
**matter**
53:8
**matters**
59:11
**maybe**
30:7, 40:18,
47:21
**mayor**
12:13, 12:18,
12:20, 14:13,
14:15, 15:7,
15:11, 16:3,
19:22, 20:1,
44:9, 44:14,
44:18, 62:22
**mayor's**
22:16
**mccollum**
56:20, 57:5,
57:7, 57:16
**mean**
20:15, 20:20,

20:21, 32:5,
33:9, 36:11,
55:13, 57:20
**meaning**
20:11
**means**
36:7
**mechanism**
41:19
**media**
16:18
**meet**
7:19, 7:22,
18:13, 59:13,
66:15, 69:17
**meeting**
7:21, 8:4, 8:6,
8:8, 8:22,
18:16, 52:1,
52:4, 52:7,
52:9, 52:10,
52:14, 53:6,
53:12, 67:4
**meetings**
8:19, 8:20,
8:21, 14:15,
18:12, 19:1,
19:2, 45:8,
55:21
**melded**
18:22
**member**
12:11, 12:17,
12:21, 13:18,
14:5, 15:7,
20:3, 20:7,
21:7, 27:6,
34:4, 39:15,
39:18, 44:18,
49:12, 49:13,
50:11, 67:14,
70:5, 70:7
**members**
8:11, 15:11,
19:18, 41:9,
42:11, 43:1,
43:9, 43:18,
43:21, 44:5,

44:6, 45:20,
47:8, 48:10,
49:8, 56:13,
70:13, 70:15,
71:9, 71:12
**memo**
57:4
**mentioned**
14:9, 45:12
**mentioning**
37:16
**message**
19:6, 19:14,
65:16, 69:5,
71:12, 72:19,
75:1
**messages**
15:19, 16:1,
69:1, 71:15,
71:18, 71:20,
71:21, 72:3,
72:4, 72:17,
74:13
**met**
7:18, 8:1,
64:11
**method**
45:20, 47:7
**mine**
24:11
**ministers**
56:3, 56:7,
56:10, 56:19,
57:3, 57:9,
57:14, 62:20,
63:13, 63:20,
64:15
**minns**
61:22, 62:5
**minorities**
36:3
**minority**
34:20, 35:3,
35:20, 36:13,
36:15
**minority-owned**
61:12
**minute**
58:7

**moment**
66:17
**monday**
1:16
**money**
25:19
**months**
47:21
**more**
15:12, 15:13,
20:11, 22:3,
56:21, 74:11,
75:15
**morning**
5:8
**moss**
25:14, 75:8,
75:9, 75:10
**most**
37:5, 41:10
**mostly**
15:20
**motives**
64:1, 64:19
**move**
12:6, 67:8
**moved**
35:18, 50:7,
50:17
**moving**
40:3
**municipal**
2:7, 3:17
**must**
28:14

**N**

**name**
5:8, 6:15,
13:20, 24:22,
25:9, 28:9,
32:22, 56:4,
56:8, 56:15,
76:20, 77:10
**names**
45:17, 56:12
**necessary**
61:8

Transcript of James Wood
Conducted on September 9, 2019

92

| | | | |
|---|---|---|---|
| need<br>20:18, 22:3,<br>25:4, 75:15<br>neighborhoods<br>36:19, 36:22,<br>37:5, 37:8,<br>37:11<br>neither<br>80:9<br>newspaper<br>53:17, 54:12,<br>55:19, 55:22<br>next<br>59:17, 59:18,<br>59:20, 68:21<br>non-african<br>77:7<br>non-council<br>43:21<br>norfolk<br>1:3, 11:14<br>notarial<br>80:14<br>notary<br>2:18, 80:21<br>notes<br>8:8<br>nothing<br>18:2<br>notice<br>2:17<br>number<br>34:13, 45:14,<br>70:20<br>nw<br>3:7 | 46:5, 55:2,<br>63:22, 64:17<br>objectionable<br>76:11<br>objections<br>43:12, 44:12,<br>44:17<br>observations<br>35:7<br>observed<br>77:5<br>obviously<br>20:7<br>occasionally<br>16:2<br>ocean<br>28:13, 28:16<br>october<br>60:6<br>office<br>3:15, 7:12,<br>20:8, 27:1,<br>27:3, 27:4<br>officer<br>13:3, 80:3<br>officers<br>15:4, 17:7,<br>17:8, 17:16,<br>17:21<br>offices<br>2:2, 34:1<br>oh<br>22:17<br>okay<br>7:7, 7:14,<br>7:15, 8:2, 12:8,<br>14:11, 15:6,<br>17:19, 18:3,<br>19:5, 24:12,<br>25:17, 31:12,<br>32:3, 33:8,<br>34:16, 35:15,<br>38:12, 39:9,<br>41:16, 50:10,<br>51:21, 52:13,<br>55:13, 56:9,<br>58:3, 61:6,<br>62:6, 68:6, | 68:20, 71:3,<br>77:4<br>oliver<br>22:15, 24:8,<br>24:16, 34:10,<br>38:15, 73:14<br>once<br>24:1, 77:18<br>one<br>2:7, 3:17, 8:3,<br>10:16, 12:15,<br>18:22, 24:13,<br>25:17, 27:14,<br>28:16, 30:15,<br>42:15, 43:17,<br>45:11, 54:3,<br>56:21, 57:4,<br>57:15, 68:18,<br>74:11, 76:14,<br>76:15, 76:20,<br>77:6<br>ones<br>14:10, 33:19,<br>34:11, 72:16,<br>74:4<br>only<br>6:8, 6:12, 8:3,<br>14:9, 28:19,<br>34:10, 64:13<br>open<br>45:15<br>opinion<br>15:9, 40:18,<br>46:15, 46:16,<br>46:17, 55:4,<br>55:12, 55:20,<br>61:19<br>opinionated<br>61:15<br>opponents<br>23:14<br>opportunity<br>6:5<br>oppose<br>24:2, 24:6,<br>24:9, 24:13,<br>24:15, 24:19,<br>25:7, 25:10, | 25:14<br>opposed<br>23:9, 23:18,<br>24:17, 25:2,<br>75:10<br>orange<br>75:3<br>org<br>4:11, 26:11<br>organization<br>52:22, 56:5,<br>56:18, 64:7,<br>69:2<br>organizations<br>75:18, 76:4,<br>76:6<br>organized<br>61:21, 62:4<br>organizing<br>62:2<br>originally<br>11:1<br>other<br>6:7, 6:11,<br>8:11, 8:19,<br>8:21, 9:9,<br>12:21, 13:10,<br>13:11, 13:17,<br>14:2, 15:11,<br>15:22, 16:12,<br>17:6, 18:13,<br>19:18, 19:21,<br>20:2, 20:15,<br>28:21, 29:8,<br>31:5, 31:12,<br>31:13, 32:3,<br>32:11, 32:15,<br>33:5, 33:11,<br>34:2, 36:4,<br>44:19, 46:16,<br>47:14, 48:10,<br>49:8, 64:7,<br>66:20, 69:2,<br>70:12, 70:15,<br>71:6, 71:8,<br>71:12, 74:6,<br>76:15<br>others<br>33:2, 48:14 |

**O**

| | | | |
|---|---|---|---|
| oath<br>5:5, 6:20<br>object<br>19:7, 20:18,<br>40:16, 54:19,<br>63:17, 71:16<br>objection<br>11:8, 35:5,<br>36:5, 36:6,<br>40:22, 42:15, | | | |

Transcript of James Wood
Conducted on September 9, 2019

93

otherwise
80:12
out
6:5, 16:13,
22:13, 24:1,
32:6, 32:7,
32:20, 33:3,
64:11, 66:4,
66:13, 66:19,
66:21, 69:8,
69:14, 74:1,
75:13, 75:18,
76:4, 76:6, 76:8
outcome
80:12
outreach
64:12
outside
9:15, 9:17,
10:1, 10:4,
43:3, 43:7,
44:13, 45:3,
53:15, 53:19,
53:22, 54:6,
54:13, 54:18,
55:4, 56:1
over
5:21, 6:6,
14:15, 18:18,
18:20, 24:1,
64:6, 67:13
own
32:2, 41:1

**P**

pac
74:16
page
4:2, 4:10,
28:6, 59:17,
59:18, 59:20,
64:4, 67:8
pages
1:21
paragraph
64:3, 67:9,
67:19
part
14:22, 21:2,

41:19, 46:20
participated
20:15, 20:20,
20:21
participating
68:22
particular
14:22, 32:8,
66:18, 68:15,
68:18
parties
33:21, 80:11
partisan
74:17
party
57:19, 57:20
pass
76:8
passing
75:18, 76:4,
76:6
past
18:11, 19:10
pay
56:14
pending
6:14
penny
1:22, 2:17,
80:2
people
14:20, 23:20,
25:1, 33:5,
43:21, 45:7,
45:13, 45:15,
71:1, 74:2
people's
34:1
performance
64:12
perimeter
39:21
permission
32:1
person's
24:22
personal
28:15, 35:6,

35:7, 36:1,
46:15, 61:17,
74:8
personally
38:1, 57:8,
73:18, 74:18
personnel
59:11
persons
67:16
perspective
37:4
phases
59:14, 66:15,
67:4
phone
9:12, 15:22
phrasing
53:16
pieces
75:14
place
32:6, 59:4,
67:22, 77:21
places
76:3
plaintiffs
1:7, 3:2, 5:6,
5:9, 71:15
plan
17:11
planning
14:4
please
6:15, 47:5,
54:5, 58:20,
59:1, 59:10
pls
4:17
plug
16:14
point
18:17, 44:1,
57:15
police
13:3
political
46:6, 58:18

poll
74:1, 75:5,
77:5
polling
32:6
polls
32:4, 32:5,
32:14, 32:15,
37:17
popularly
50:12
population
34:20, 35:2,
35:3, 35:20,
36:13
portion
67:18
position
12:6, 12:9,
12:14, 13:8,
13:10, 15:8,
15:10, 46:5,
46:6, 57:6,
59:1, 60:5,
63:14
positions
12:22, 13:2,
13:17, 14:2,
14:11, 45:13,
45:14
possess
71:20
possible
42:16, 46:10,
71:2
potential
40:5, 46:6
predominantly
36:20, 37:1,
37:3, 37:12
preparation
7:8, 9:15
prepare
7:16, 8:21,
9:10, 9:13,
14:14, 16:7
prepares
16:21, 16:22

Transcript of James Wood
Conducted on September 9, 2019

94

| | | | |
|---|---|---|---|
| **preparing** | **project** | 42:21, 43:16, | **rather** |
| 9:21 | 31:1 | 46:11, 47:5, | 42:12, 43:2, |
| **prescott** | **prompted** | 53:16, 53:21, | 43:10, 44:10, |
| 30:5, 39:1 | 63:16 | 54:20, 55:2, | 44:16, 44:22 |
| **present** | **proper** | 55:10, 55:11, | **reached** |
| 7:21, 8:3, 53:5 | 57:12 | 55:16, 56:21, | 61:20, 64:10 |
| **press** | **properties** | 58:4, 58:20, | **read** |
| 58:21, 67:11 | 32:2 | 58:21, 59:8, | 10:13, 10:20, |
| **presume** | **protestors** | 61:14, 63:18, | 10:21, 10:22, |
| 53:6 | 60:18 | 71:17, 73:12, | 59:10, 68:12, |
| **pretty** | **provide** | 74:11, 75:16, | 74:7, 77:17, |
| 55:20, 63:8 | 31:12 | 76:1 | 79:3 |
| **previous** | **provided** | **questionnaire** | **reading** |
| 66:7 | 29:3, 37:15 | 4:15, 58:16, | 80:8 |
| **primarily** | **providing** | 60:1, 66:19 | **reads** |
| 15:2, 17:4, | 37:18 | **questions** | 58:21, 68:21, |
| 33:5, 37:9 | **province** | 5:12, 6:10, | 75:2 |
| **prior** | 46:19 | 7:2, 7:8, 7:9, | **real** |
| 61:10, 67:15, | **proximity** | 39:7, 57:2, | 18:8, 69:20 |
| 69:16 | 36:16 | 68:1, 73:6, | **really** |
| **prioritized** | **public** | 73:10 | 15:9, 24:15, |
| 40:7 | 2:18, 31:1, | **quickly** | 36:11, 37:13, |
| **privilege** | 50:22, 80:1, | 37:14, 69:21 | 37:14, 39:21 |
| 42:18, 43:4, | 80:21 | | **realm** |
| 43:18, 45:3, | **publicly** | **R** | 46:22, 47:1 |
| 46:8, 57:4 | 66:2, 66:8 | **race** | **reason** |
| **probably** | **punch** | 6:18, 22:16, | 7:1, 11:13 |
| 64:22, 69:5 | 65:12, 67:1 | 24:16, 25:2, | **reasoning** |
| **problem** | **punching** | 25:8, 25:14, | 46:7 |
| 14:8, 27:18, | 65:13 | 25:16, 27:8, | **reasons** |
| 75:17 | **pursuant** | 40:9 | 11:17 |
| **process** | 2:17 | **races** | **recall** |
| 14:17, 14:18, | **put** | 30:13, 74:2, | 7:6, 8:15, |
| 14:22, 15:2, | 16:9, 16:10, | 74:4 | 23:16, 27:17, |
| 39:8, 39:20, | 16:12, 30:8, | **racial** | 28:15, 29:2, |
| 41:10, 41:21, | 32:1, 56:17, | 5:18 | 29:8, 30:14, |
| 42:4, 46:21 | 57:12, 72:14, | **racially** | 31:10, 33:16, |
| **produce** | 73:5, 73:8 | 37:6, 68:22 | 33:20, 34:2, |
| 71:14, 72:9 | **putting** | **rail** | 34:11, 41:22, |
| **produced** | 31:19 | 65:21 | 45:11, 52:13, |
| 9:19, 28:20 | | **ran** | 52:17, 53:2, |
| **product** | **Q** | 22:5, 23:19, | 53:5, 53:12, |
| 11:9, 47:1 | **question** | 24:3, 24:18, | 56:4, 60:18, |
| **professional** | 6:4, 6:6, 6:14, | 47:17, 47:22, | 60:21, 62:2, |
| 26:17, 26:22, | 11:8, 19:8, | 48:18, 48:22 | 69:8, 75:5 |
| 59:14, 66:15, | 20:19, 29:2, | **rarely** | **receive** |
| 67:4, 69:17 | 29:6, 35:17, | 70:16, 70:17, | 10:7 |
| **progress** | 36:9, 40:17, | 71:10 | **received** |
| 53:11 | | | 48:9, 49:7, |

Transcript of James Wood
Conducted on September 9, 2019

95

**72:2, 77:9**
**receiving**
77:6, 77:7
**recently**
16:16
**recess**
35:16, 58:9
**record**
6:8, 6:16,
6:18, 26:9,
27:21, 28:4,
30:21, 50:22,
56:17, 57:13,
58:2, 68:19,
73:5, 77:21,
80:5
**recurrent**
13:19
**redistricted**
39:12
**redistricting**
39:8, 39:19,
41:10, 41:17,
41:21, 42:4
**redrawing**
40:7, 41:6
**reduced**
80:7
**reelected**
50:1, 51:10
**reelection**
50:5
**referendum**
65:22
**referring**
68:13
**refers**
67:19, 67:22,
69:4, 69:5
**reflect**
26:9, 27:21,
30:21
**regard**
7:14, 55:4
**regarding**
41:21
**regional**
14:10

**related**
5:16, 5:18,
80:10
**relating**
73:7
**relationship**
57:21
**relative**
36:16
**relevant**
71:14, 71:17,
71:19, 71:20
**remember**
22:9, 23:4,
27:15, 29:16,
31:8, 31:11,
32:18, 33:2,
45:9, 45:18,
53:8, 66:5,
71:11, 77:12
**remind**
52:8
**repeat**
32:10, 58:4
**rephrase**
19:12, 36:7,
40:18
**report**
18:2
**reported**
1:22
**reporter**
6:1, 6:2, 6:8,
27:22, 30:22,
58:14, 62:15
**reporter-notary**
80:1
**reporting**
4:13, 28:6
**reports**
58:22, 67:11
**represent**
56:18, 57:7,
57:14
**representing**
12:11
**reprimanded**
59:5

**reprimanding**
59:2
**republican**
74:20, 74:22
**reputable**
64:7
**request**
6:13, 71:3
**requested**
29:4, 80:9
**residency**
39:12, 47:11,
47:14
**residents**
40:10
**resignation**
69:16
**resigned**
50:7, 51:19
**respond**
6:9, 76:22
**response**
6:11, 43:14,
72:14, 72:15,
73:7, 73:9
**responses**
6:9, 10:20
**responsibilities**
15:12, 15:13
**responsible**
17:13
**responsive**
71:18, 71:19,
71:21, 72:1,
72:5, 72:7
**rest**
58:1, 63:1
**restate**
42:21, 54:5
**retention**
70:21
**retreats**
16:16
**reveal**
59:11
**revenue**
17:17
**review**
8:5, 9:14,

53:1, 62:9,
62:11
**reviewed**
10:17
**rick**
23:17
**right**
11:4, 12:5,
15:1, 15:22,
17:14, 17:22,
19:1, 19:9,
21:18, 22:18,
24:21, 25:17,
26:6, 27:2,
27:17, 32:18,
34:11, 38:6,
42:6, 50:5,
51:21, 53:12,
56:16, 58:12,
61:3, 61:6,
65:8, 66:10,
66:11, 68:16,
76:8, 77:14,
77:17
**rights**
5:16, 40:15,
40:19, 40:21,
41:5
**rita**
49:20
**rmr**
1:22, 2:18,
80:2
**roads**
14:4
**role**
16:3, 19:22,
20:1, 20:3,
21:6, 21:7,
39:18, 42:3,
59:2
**ron**
30:7, 31:3,
39:4, 51:6,
51:7, 51:10,
69:6
**room**
2:8, 3:18

Transcript of James Wood
Conducted on September 9, 2019

96

**rosemary**
22:22, 24:3,
28:2, 29:13,
29:20, 30:6,
33:4, 38:6,
48:13, 48:14,
48:15
**ross-hammond**
23:1, 24:3,
28:3, 28:4,
28:7, 30:5,
33:7, 38:9
**roughly**
65:18
**rouse**
33:1, 34:12,
34:13, 34:15,
38:21, 48:18,
48:21, 49:14,
76:18
**rouse's**
76:20, 77:10
**rpr**
1:22, 2:18,
80:2
**rule**
9:20, 10:15,
30:18, 73:8
**rules**
5:21
**run**
27:11, 50:5
**running**
21:21, 22:10,
23:10, 23:17,
23:21, 24:7,
24:10, 24:14,
24:19, 25:20,
28:22, 30:1,
30:9, 34:4, 34:5

**S**

**sabrina**
22:11, 24:7,
24:14, 25:15,
33:1, 34:10,
37:19, 47:17
**safely**
40:4

**said**
9:3, 10:17,
16:20, 32:10,
33:8, 33:11,
46:5, 46:13,
54:11, 54:20,
55:5, 55:9,
56:3, 70:17,
80:6
**same**
33:3, 33:8,
33:9, 36:5,
40:4, 40:22,
43:12, 43:14,
44:12, 44:17,
55:3, 56:11,
59:19, 63:22,
64:17, 79:4
**sample**
32:20, 73:17,
73:20, 75:13,
75:18, 75:22,
76:5, 76:7,
76:8, 76:10,
76:20, 77:8,
77:10
**saw**
28:20
**say**
6:2, 6:3, 6:9,
17:13, 24:5,
29:18, 34:19,
35:2, 36:3,
36:13, 36:14,
37:2, 56:21,
57:11, 60:9,
66:6
**saying**
17:10, 22:19,
32:13
**says**
74:13, 75:1
**schesventer**
25:3
**school**
50:11
**screen**
28:1

**screenshot**
26:11, 28:1,
28:5, 31:1
**seal**
80:14
**search**
29:5, 72:3
**seat**
21:22, 22:5,
25:20, 34:5
**seatack**
37:2
**seats**
45:1
**second**
14:6, 54:3,
64:3, 67:8
**secretary**
65:9
**section**
40:14, 41:4
**see**
23:1, 23:18,
26:14, 52:15,
59:8, 60:6
**seemed**
55:20
**seen**
62:15
**senate**
30:13
**sensitive**
69:1
**sent**
10:21, 10:22,
57:5, 62:22,
65:17
**sentence**
68:12, 68:15,
68:18, 68:21
**separate**
25:17, 77:5
**september**
1:16, 80:15
**series**
57:1, 73:6
**serious**
63:8

**serve**
14:20, 57:15
**set**
18:14, 80:13
**settlement**
42:16, 43:5,
43:6, 46:10
**settling**
47:1
**seven**
39:12
**several**
76:14
**shannon**
23:1, 24:4,
29:14, 29:20,
29:21, 30:6,
33:6, 38:12
**sheet**
79:6
**sheriff**
17:16
**sherrod**
4:11, 27:10,
30:5, 39:1
**sherrod's**
27:8
**shooting**
53:1, 53:14
**shore-urchin**
26:18, 27:2
**shorthand**
80:1
**should**
27:16, 45:19,
46:2, 46:14,
47:6, 59:4,
59:5, 61:20
**sidewalk**
20:13
**sift**
72:16
**sign**
30:8, 31:17,
31:18, 31:19,
37:17, 77:18
**signature**
78:1, 79:11

Transcript of James Wood
Conducted on September 9, 2019

97

| | | | |
|---|---|---|---|
| **signature-oso** 80:19 | **speaks** 64:18 | 67:10 | 48:15, 49:13, 51:20 |
| **signed** 79:7 | **special** 52:7 | **statewide** 14:11 | **supporting** 32:15 |
| **signing** 80:9 | **specific** 22:3, 31:10, | **status** 59:7 | **sure** 7:10, 11:19, |
| **signs** 31:21, 31:22 | 34:2, 34:3, 34:4, 34:14, | **stenographically** 80:7 | 14:20, 17:9, 20:22, 21:1, |
| **since** 12:17, 12:18, | 45:17, 56:4, 68:11, 68:19, | **step** 37:14, 69:20 | 40:3, 44:4, 49:22, 52:6, |
| 19:8, 26:1, 28:20, 28:22, | 75:15, 75:22, 76:5, 76:6 | **still** 9:7, 46:18, | 58:8, 60:11, 62:1, 70:22 |
| 30:2, 30:6, 30:10, 30:13, | **specifics** 68:10 | 75:2 | **suspect** 31:10 |
| 30:17, 43:16 | **speculate** 74:6, 74:19 | **street** 3:7 | **sworn** 5:4 |
| **slip** 20:13 | **speculation** 63:18, 77:3 | **structure** 42:9 | **symbol** 74:22 |
| **smith** 70:1, 70:3, | **spelled** 25:4 | **study** 13:19, 60:19, | **system** 42:13, 43:3, |
| 70:7 | **spent** 9:21 | 61:8, 61:10 | 43:11, 44:11, 44:16, 44:22, |
| **some** 5:11, 18:21, | **st** 16:17, 53:1, | **subject** 51:22, 53:8 | 46:2, 46:14 |
| 23:20, 31:22, 45:16, 56:3, | 53:14 | **subpoena** 9:19, 9:20, | **T** |
| 63:8, 66:20, 67:10 | **staff** 16:18 | 10:7, 10:13, 10:14, 10:15, | **table** 23:2, 23:6 |
| **somebody** 64:19 | **standards** 59:14, 66:15, | 10:16, 10:17, 10:19, 26:5, | **take** 6:12, 6:13, |
| **someone** 17:11, 21:12, | 67:4, 69:18 | 30:18, 72:2, 72:15, 73:8 | 8:8, 14:15, 35:12, 35:14, |
| 38:3 | **standing** 32:6, 32:14 | **successful** 70:11 | 37:14, 57:6, 58:1, 69:20 |
| **something** 60:4, 60:15 | **start** 5:22, 64:3 | **suite** 3:8 | **taken** 35:16, 58:9, |
| **sometime** 60:22 | **starts** 57:22 | **support** 31:12, 31:16, | 59:4, 80:4, 80:6 |
| **sorry** 9:5, 28:3, | **state** 4:12, 6:15, | 32:3, 32:11, 33:11, 37:15, | **talk** 58:7 |
| 34:22, 45:18, 47:4, 54:5, | 13:13, 28:5, 30:13, 31:6, | 37:18, 37:20, 37:21, 38:2, | **talked** 52:16 |
| 59:17, 59:20, 65:2, 70:9 | 31:14, 59:1 | 38:4, 38:7, 38:10, 38:13, | **talking** 6:6, 20:12, |
| **sound** 61:3, 66:10 | **stated** 53:18, 54:12, | 38:15, 38:17, 38:19, 38:21, | 46:8 |
| **sounds** 42:2 | 55:12 | 39:2, 39:5, 48:9, 49:2, | **tecum** 73:8 |
| **speak** 45:15, 53:2 | **statement** 68:9 | 49:7, 51:7 | **telephone** 15:18, 15:21, |
| **speaking** 53:3 | **states** 1:1, 64:4, | **supported** 24:16, 48:3, | 70:14 |

Transcript of James Wood
Conducted on September 9, 2019

98

**tell**
11:4, 11:18, 14:18, 33:19, 72:16, 74:21
**tend**
36:4, 36:15
**terminated**
59:5, 63:7, 63:14
**terminating**
59:3
**termination**
64:10, 64:16
**terms**
46:8, 46:9
**testified**
21:6, 21:7, 21:10
**testify**
5:5, 11:7, 11:10, 74:5
**testimony**
79:3, 79:5, 80:6
**text**
15:19, 16:1, 19:6, 19:14, 65:16, 69:1, 69:5, 70:15, 70:17, 71:12, 71:14, 71:18, 71:19, 71:21, 72:3, 72:4, 72:17, 72:19, 74:13, 75:1
**texts**
71:9
**th**
3:7, 11:14, 12:1, 52:2, 53:3, 60:7, 63:1, 80:14
**thank**
23:8, 44:7, 47:3, 59:16, 72:18, 73:11
**thanks**
9:6

**thereafter**
80:7
**thing**
59:19, 70:21
**things**
16:8, 16:10, 16:11, 16:14, 16:18, 17:12, 18:18, 18:19, 18:21, 32:12, 46:7, 57:13, 59:12, 65:3, 65:6, 71:7
**think**
9:21, 14:3, 14:6, 19:9, 20:19, 22:9, 23:16, 24:5, 26:6, 30:7, 34:9, 36:22, 40:17, 41:2, 44:2, 45:19, 46:2, 46:5, 46:7, 46:13, 46:18, 47:6, 47:9, 48:15, 52:17, 54:17, 54:22, 55:1, 57:12, 61:19, 63:16, 63:19, 64:14, 64:20, 64:22, 65:3, 65:4, 65:6, 67:18, 69:4, 70:7, 76:4, 76:5
**thinking**
23:6
**third**
25:7
**thought**
53:18, 58:5, 61:22, 69:22
**threat**
65:15
**threatened**
65:11
**three**
14:1, 25:1,

64:6, 65:1
**through**
14:7, 71:9, 72:16
**time**
6:12, 10:2, 10:4, 10:6, 12:4, 33:6, 39:16, 44:18, 56:22, 61:2, 61:7, 66:18, 66:19, 66:20, 68:3, 68:7
**timeframe**
61:4
**times**
50:8, 51:13
**to-date**
53:11
**today**
5:12, 6:21, 7:2, 10:8, 34:22, 35:1, 35:19, 68:3
**together**
36:7, 36:11, 36:16
**told**
23:7, 73:22, 74:9
**took**
67:22, 77:21
**top**
27:17
**topic**
45:6, 45:7
**town**
33:22
**tragedy**
16:17
**transcribed**
77:19
**transcribing**
6:1
**transcript**
26:8, 27:20, 30:20, 58:11, 62:8, 77:18,

80:5
**transcription**
79:5
**transitioning**
51:17
**transportation**
13:7, 13:16
**treasurer**
17:18
**trial**
11:7, 11:10
**truck**
21:12
**true**
64:21, 65:11, 79:4, 80:5
**truthful**
7:2
**trying**
23:16, 57:6
**tuesday**
18:12, 18:13, 18:15, 19:2
**turn**
58:20, 59:17
**two**
24:13, 42:17, 43:7, 43:13, 65:3, 73:22, 74:9, 75:13, 75:14, 76:2, 77:4
**type**
20:16, 46:19
**typewriting**
80:8
**typically**
18:20

| U |
| --- |

**uh-huh**
11:2, 37:22
**uhrin**
22:12, 24:7, 32:22, 38:19
**unavailable**
14:16
**under**
5:5, 6:20,

Transcript of James Wood
Conducted on September 9, 2019

99

18:4, 80:8
**understand**
6:20, 17:9,
36:9, 44:1, 57:6
**understanding**
41:1, 42:6,
42:8, 61:18,
63:4
**united**
1:1
**unless**
43:19
**until**
34:22
**use**
15:19, 71:4,
71:6

**V**

**va**
2:9, 3:19
**vague**
68:9
**vagueness**
36:6
**various**
14:20, 34:1,
37:6, 45:8,
45:12, 52:11,
56:13
**vbgov**
71:5
**verbal**
6:8
**via**
19:6, 19:13,
71:12
**vice**
12:12, 12:18,
12:20, 14:13,
15:6, 15:11,
16:3, 19:22,
20:1
**villanueva**
30:7, 31:3,
39:4, 51:6,
51:10
**villanueva's**
51:7

**virginia**
1:2, 1:9, 1:15,
2:5, 2:9, 2:19,
3:12, 3:15,
3:19, 8:11,
11:14, 12:7,
12:10, 12:22,
15:8, 17:16,
20:14, 20:16,
21:4, 21:8,
21:22, 22:5,
23:10, 25:20,
30:13, 31:1,
31:6, 31:13,
31:14, 32:21,
33:9, 33:10,
34:16, 34:20,
35:2, 35:3,
35:19, 35:20,
36:3, 36:14,
36:15, 37:6,
39:10, 39:11,
40:10, 42:9,
44:9, 44:15,
47:11, 47:15,
51:22, 56:6,
56:9, 57:8,
58:15, 62:20,
63:12, 63:19,
64:14, 65:10,
80:22
**volunteered**
29:22
**vote**
45:22, 46:1,
47:9
**vote-getter**
50:4
**voters**
47:10, 77:6,
77:7, 77:9
**votes**
19:2, 52:12
**voting**
5:16, 18:12,
18:16, 40:14,
40:19, 40:21,
41:5, 42:9

**vpap**
4:11, 4:14,
26:11

**W**

**waived**
78:1
**want**
6:3, 7:9,
14:20, 16:12,
17:9, 35:12,
36:7, 37:14,
44:3, 56:17,
58:4, 68:18,
69:20
**wanted**
5:12, 55:16,
63:7, 67:1
**wants**
16:9, 16:10
**washington**
3:9
**watched**
64:4, 64:22
**way**
19:16, 19:18,
39:19, 54:10
**ways**
15:22, 16:6
**we're**
6:6, 16:13,
46:7, 46:14,
73:5
**we've**
45:14
**wednesday**
18:15
**week**
11:14
**went**
51:19
**western**
37:2
**westin**
34:1
**whenever**
66:8, 71:1
**whereof**
80:13

**whereupon**
5:2
**whether**
11:9, 55:4,
72:4
**white**
6:19
**whole**
15:20
**wile**
1:22, 2:17,
80:2
**williams**
69:6
**wilson**
22:22, 24:3,
28:2, 29:20,
30:6, 33:4,
38:6, 48:13,
48:14
**wilson's**
29:13
**win**
27:10, 27:12
**within**
36:14, 40:4
**witness**
80:13
**witnessed**
73:22
**won**
51:18
**wood**
1:14, 2:1, 4:2,
4:10, 5:3, 5:8,
6:17, 28:9,
55:8, 58:12,
73:7, 78:2, 79:2
**wood's**
73:7
**wooten**
22:11, 24:7,
24:14, 24:18,
25:2, 33:1,
34:10, 37:20,
47:17
**words**
74:6

Transcript of James Wood
Conducted on September 9, 2019

100

**work**
11:9, 16:3,
16:13, 16:15,
16:17, 46:22
**worker**
75:5
**workers**
74:1, 77:5
**working**
32:4, 32:5,
32:14, 37:16,
75:5
**works**
16:7
**workshop**
52:4, 52:7,
52:8, 52:10
**workshops**
19:4
**wouldn't**
43:19, 66:14
**wray**
25:9, 25:11
**wrong**
75:12
**wrote**
63:20, 64:11

**Y**

**yard**
30:8, 31:20,
31:21
**yeah**
9:4, 11:19,
14:8, 25:18,
29:8, 38:11,
52:6
**year**
50:13, 51:14,
66:6, 66:7
**years**
14:1, 34:21,
50:15, 64:6,
65:1, 67:13
**yep**
21:20
**you-guys**
50:22

**yourself**
32:16

**$**

**$500**
31:2

**0**

**000001**
4:17
**00069**
1:8

**1**

**10**
1:17, 50:15
**11**
78:2
**1101**
3:7
**12**
62:21, 63:1
**13**
80:14
**14**
3:7, 11:14,
12:1
**18**
1:8
**19**
4:16
**1964**
34:18, 34:19,
34:21, 35:1
**1965**
34:19
**1st**
12:17

**2**

**20005**
3:9
**2002**
12:17, 51:14,
51:18
**2006**
51:14, 51:18
**2009**
30:17, 51:15

**2010**
26:1, 28:20,
29:1, 29:18,
30:2, 30:6,
30:10, 30:13,
30:17, 39:10
**2011**
39:8
**2012**
39:8
**2016**
22:22, 23:11,
23:14, 23:17,
23:19, 33:3,
65:21
**2017**
60:22, 61:3,
65:20, 65:21,
69:3
**2018**
12:18, 12:19,
22:4, 22:10,
23:10, 23:19,
32:20, 34:5,
45:11, 58:16,
60:7, 66:10
**2019**
1:16, 52:2,
62:21, 80:15
**202**
3:10
**2020**
11:15
**2021**
80:16
**21**
4:16
**2200**
3:10
**23456**
2:9, 3:19
**2401**
2:6, 3:16
**25**
58:20
**26**
4:11, 60:7
**260**
2:8, 3:18

**261322**
1:20
**27**
4:13, 52:2,
53:3
**2:cv**
1:8

**3**

**30**
4:14
**31**
16:17, 53:1,
53:14, 80:16
**385**
2:10, 3:20

**4**

**40**
78:2
**400**
3:8
**4351**
2:10, 3:20
**45**
9:20, 10:15,
30:18, 73:8

**5**

**58**
4:15

**6**

**62**
4:17
**65**
34:18, 34:21,
35:1

**7**

**736**
3:10
**74**
80:19
**757**
2:10, 3:20

**8**

**80**
1:21