IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

```
FILED

MAR 1 1 2020

CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

LATASHA HOLLOWAY, et al.,

Plaintiffs,

v.                                                            CIVIL ACTION NO. 2:18-cv-69

CITY OF VIRGINIA BEACH,
VIRGINIA, et al.,

Defendants.

## ORDER

Before the Court is Defendants' Motion for Summary Judgment and supporting memorandum pursuant to Federal Rule of Civil Procedure 56. ECF Nos. 114, 115. The Court has reviewed the Motion and the accompanying memorandum and exhibits. *Id.* The Court has also reviewed Plaintiffs' memorandum in opposition and exhibits, and Defendants' reply with exhibits. *See* ECF Nos. 118, 121. After reviewing the Parties' filings, the Court finds that a hearing is not necessary, and that these matters are ripe for judicial determination. *See* ECF No. 122. The Court finds that there exists a genuine dispute as to material facts and therefore Defendants are not entitled to judgment as a matter of law. Accordingly, Defendants' Motion for Summary Judgment is **DENIED**. The Courtroom Deputy will contact counsel to schedule an additional Rule 16(b) conference.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
March ⁄⁄ , 2020

_____
Raymond A. Jackson
United States District Judge