IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF VIRGINIA NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway**, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:18-cv-0069 |
| **City of Virginia Beach**, *et al.*, | |
| Defendants | |

**DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' SUPPLEMENTAL EXPER REPORTS AND OPINIONS**

# PLAINTIFFS' EXHIBIT 3
June 24, 2020 Deposition Excerpts of
Antony E. Fairfax

```
 1    provided in your supplemental report compared to the
 2    rebuttal report?
 3         A.   Did I make any modifications or changes
 4    to the plans?
 5         Q.   The plans.  Other than to include
 6    Georgia Allen's address.  Now, ob -- obviously, the
 7    ACS data just tells you how they perform arguably,
 8    so they don't -- the ACS data you used doesn't
 9    change the plans, correct?
10         A.   Correct.  Importing them.  Exactly.
11         Q.   Okay.  So when you -- when you modified
12    the plans -- I believe you testified you modified
13    three plans -- other than incorporating Georgia
14    Allen's address into a -- a majority HBA CVAP
15    district what else did you do to change those plans?
16         A.   Each plan had you could say three
17    changes really.  The first plan, which was the
18    Illustrative Plan, actually had two additions and
19    one removal.  The second plan had another two
20    additions and one removal.  And the third had three,
21    in essence, block groups that were added.
22         Q.   And so in each case when you say an
23    addition or a removal you're referring to a block
24    group?
25         A.   No.  Referring to just area.  It may not
```

```
 1   be a block group.
 2       Q.   Areas?
 3       A.   The -- the third one, remember, was a --
 4   a -- a plan that was wholly using block groups to
 5   create the district.
 6       Q.   The --
 7       A.   The --
 8       Q.   -- only alt was at a block-group level,
 9   correct?
10       A.   Alt 2.  Correct.
11       Q.   Modified Illustrative Plan and Modified
12   Alt 1 were not at block-group levels, correct?
13       A.   That's correct.
14       Q.   What levels were they at?
15       A.   They were mainly at the VTD le -- level,
16   but there were some split voting tabulation
17   districts.
18            THE REPORTER:  I'm sorry.
19   BY MR. BOYNTON:
20       Q.   Okay.  Well --
21            THE REPORTER:  I'm sorry.  I couldn't
22   understand you.
23       A.   There were mainly at -- they were mainly
24   at the VTD level, and VTD standing for voting
25   tabulation district, but there were some split VTDs.
```

```
 1   BY MR. BOYNTON:
 2        Q.    And -- and VTDs, for the record, are
 3   voting tabulation districts, correct?
 4        A.    Correct.
 5        Q.    So you -- you will agree with me then
 6   that none of the six plans contained in your
 7   rebuttal report contains Georgia Allen's residence
 8   address in a majority HBA CVAP district, correct?
 9        A.    That is correct.
10        Q.    And do you agree with me that the
11   Illustrative Plan or map that pro -- was provided in
12   your original report did not contain Georgia Allen's
13   residence address in a majority HBA CVAP district,
14   correct?
15        A.    Correct.
16        Q.    Okay.  Why did you not include Ms.
17   Allen's residence address in the two prior reports
18   in the districts that you drew?
19        A.    Well, I tried to recall where the issue
20   or the problem began, and -- and what I -- I think
21   happened was when I first started writing the report
22   I imported the new ACS data at that particular time,
23   and -- and after I imported it or processed it I
24   made some slight modifications to the plan.  And I
25   believe that's when I left Ms. Allen's address out,
```

```
 1   when I made those slight modifications to the plan.
 2        Q.    But -- and Ms. Allen's address is the
 3   same as it was going back to 2018, correct?
 4        A.    Correct.
 5        Q.    And you drew the map that was included
 6   in the amended complaint, correct?
 7        A.    Correct.
 8        Q.    That map included or purported to
 9   include Ms. Allen's address, correct?
10        A.    Correct.
11        Q.    So nothing on Ms. Allen's address
12   changed for purposes of your analysis after the
13   amended complaint was filed?
14        A.    Correct.
15        Q.    So would you agree that the three
16   modified plans for District 2 in the supplemental
17   report were modified for the sole purpose of
18   correcting your error of not including Georgia
19   Allen's residence address in the plans contained in
20   your original report and your rebuttal report?
21              MS. HARLESS:   Objection to form.
22   BY MR. BOYNTON:
23        Q.    You can answer.
24        A.    That was the purpose of the
25   modifications.
```

```
 1        Q.    Were there any other purposes of
 2   modifying those three plans in the supplemental
 3   report?
 4        A.    No.  No.
 5              Of course, as I was developing them I
 6   was using traditional redistricting criteria, so
 7   they were al -- always objectives to creating the
 8   plan.
 9        Q.    Did you have a purpose other than
10   including Georgia Allen's address in generating the
11   supplemental reports and plans?
12        A.    No.  No.  The -- the purpose really was
13   to see if her address could be contained with
14   minimal modifications, and that's what I concluded.
15        Q.    Now, even though your supplemental
16   report shows only the two HBA CVAP majority
17   districts, you did draw all ten districts as part of
18   your process in preparing the supplemental report,
19   correct?
20        A.    Correct.
21        Q.    Is there a reason you did not include
22   the other districts fully in the -- in the -- in the
23   supplemental report?
24        A.    No.  There -- there was a --
25              MS. HARLESS:  Objection to form.
```

```
 1  BY MR. BOYNTON:
 2       Q.    You can answer.
 3       A.    Most of the districts remained the same.
 4  There were some slight changes on the adjacent
 5  districts here and there, but nothing that would
 6  dramatically change the perception of the districts
 7  or the -- the configurations of the districts
 8  dramatically.
 9       Q.    So what was your reason for not
10  including the other eight districts in the plan that
11  you illustrated in your supplemental report?
12            MS. HARLESS:  Objection to form.
13  BY MR. BOYNTON:
14       Q.    You may answer.
15       A.    Because most of the districts did not
16  change.
17       Q.    Now, you -- you -- you have on page 2 of
18  your supplemental report, and -- and please feel
19  free to turn to it --
20       A.    So I should -- I can bring that report
21  up?
22            MS. HARLESS:  Can you give us an --
23            MR. BOYNTON:  Yes.
24            MS. HARLESS:  -- exhibit number?
25
```