IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br> **City of Virginia Beach**, *et al.*, <br><br> **Defendants** | **Civil Action No. 2:18-cv-0069** |

**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' SUPPLEMENTAL EXPERT REPORTS AND OPINIONS**

# PLAINTIFFS' EXHIBIT 1

April 22, 2020 Email From Defendants' Counsel Chris Boynton to Plaintiffs' Counsel Regarding the Deposition of Plaintiffs' Expert Dr. Doug Spencer

| | |
|---|---|
| **Subject:** | RE: Holloway v. City of Virginia Beach - Plaintiffs' Supplemental Disclosure Pursuant to Federal Rule of Civil Procedure 26(e) |
| **Date:** | Wednesday, April 22, 2020 at 3:11:44 PM Central Daylight Time |
| **From:** | Christopher S. Boynton <CBoynton@vbgov.com> |
| **To:** | Annabelle Harless <aharless@campaignlegalcenter.org>, Joseph M. Kurt <jKurt@vbgov.com>, Gerald L. Harris <GLHarris@vbgov.com> |
| **CC:** | Gerry Hebert <ghebert@campaignlegalcenter.org>, Christopher Lamar <CLamar@campaignlegalcenter.org>, Ruth Greenwood <rgreenwood@campaignlegalcenter.org>, Danielle Lang <dlang@campaignlegalcenter.org>, Jeff Zalesin <jzalesin@campaignlegalcenter.org>, Simone Leeper <SLeeper@campaignlegalcenter.org> |
| **Attachments:** | image001.png |

Annabelle, Gerry et al.,

Having digested the Supplemental Disclosure provided on March 27, 2020, we would like to depose Dr. Spencer as to his Supplemental Expert Report (dated March 16, 2020), which we propose to take remotely via videographic and stenographic means.  Please provide Dr. Spencer's and counsel's available dates for that deposition.  For now, we are reserving the right to depose Mr. Fairfax as to his Supplemental Report, but are not asking to schedule that deposition at the current time.

With kind regards,

Chris Boynton



Christopher S. Boynton
*Deputy City Attorney*
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive
Virginia Beach, VA 23456-9004
Main Phone: (757) 385-4531
Direct Dial: (757) 385-5061
Facsimile: (757) 385-5687
email: cboynton@vbgov.com

---

**From:** Annabelle Harless <aharless@campaignlegalcenter.org>
**Sent:** Friday, March 27, 2020 2:34 PM
**To:** Christopher S. Boynton <CBoynton@vbgov.com>; Joseph M. Kurt <jKurt@vbgov.com>; Gerald L. Harris <GLHarris@vbgov.com>
**Cc:** Gerry Hebert <ghebert@campaignlegalcenter.org>; Christopher Lamar <CLamar@campaignlegalcenter.org>; Ruth Greenwood <rgreenwood@campaignlegalcenter.org>; Danielle Lang <dlang@campaignlegalcenter.org>; Jeff Zalesin <jzalesin@campaignlegalcenter.org>; Simone Leeper <SLeeper@campaignlegalcenter.org>
**Subject:** Holloway v. City of Virginia Beach - Plaintiffs' Supplemental Disclosure Pursuant to Federal Rule of Civil Procedure 26(e)

> **CAUTION:** This email originated from outside of the City of Virginia Beach. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Pursuant to Federal Rule of Civil Procedure 26(e), attached is Anthony Fairfax's updated CV.

Best,

Annabelle

**Annabelle Harless**
Senior Legal Counsel, Voting Rights & Redistricting
O: 312.312.2885 C: 810.701.5029 | @a_harless
Campaign Legal Center
55 W. Monroe Street, Suite 1925
Chicago, IL 60603
campaignlegalcenter.org

Facebook | Twitter