IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway**, *et al.*,<br><br>    **Plaintiffs**,<br><br>v.<br>**City of Virginia Beach**, *et al.*,<br><br>    **Defendants** | **Civil Action No. 2:18-cv-0069** |

**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' SUPPLEMENTAL EXPERT REPORTS AND OPINIONS**

# PLAINTIFFS' EXHIBIT 3
October 24, 2019 Email From Plaintiffs' Counsel to Defendants' Counsel

Friday, July 31, 2020 at 09:26:38 Central Daylight Time

| | |
|---|---|
| **Subject:** | Holloway, et al. v. City of Virginia Beach, et al. - Update from Plaintiffs |
| **Date:** | Thursday, October 24, 2019 at 10:31:51 AM Central Daylight Time |
| **From:** | Annabelle Harless <aharless@campaignlegalcenter.org> |
| **To:** | Gerald L. Harris <GLHarris@vbgov.com>, Christopher S. Boynton <CBoynton@vbgov.com>, Joseph M. Kurt <jKurt@vbgov.com> |
| **CC:** | Christopher Lamar <CLamar@campaignlegalcenter.org>, Danielle Lang <dlang@campaignlegalcenter.org>, Gerry Hebert <ghebert@campaignlegalcenter.org>, Erin Chlopak <echlopak@campaignlegalcenter.org>, Jeff Zalesin <jzalesin@campaignlegalcenter.org>, Simone Leeper <SLeeper@campaignlegalcenter.org> |

Counsel,

I am writing with two updates from the Plaintiffs. First, Plaintiff Latasha Holloway is moving, and will have a new address in Virginia Beach. We will supplement our initial disclosures with that address once we have confirmed it with Ms. Holloway.

Second, Plaintiffs will be providing a short supplement from Mr. Fairfax. At his deposition, Mr. Fairfax was asked whether Ms. Holloway and Ms. Allen lived in various Illustrative or Alternative Districts in the plans included with this initial and rebuttal reports. *See, e.g.*, Fairfax Dep. Tr. at 179:19-180:22; 215:2-217:7. The supplement from Mr. Fairfax will include additional information about the plaintiff's addresses in various illustrative and alternative district plans, and will also incorporate Ms. Holloway's new address.

Counsel for Plaintiffs only recently learned that Ms. Holloway is moving, and we wanted to provide you this information in a timely and transparent manner.

We hope to have this supplement to you by the end of next week.

Best,

Annabelle

**Annabelle Harless**
Senior Legal Counsel, Voting Rights & Redistricting
C: 810.701.5029 | @a_harless
Campaign Legal Center
73 W. Monroe St., Suite 302
Chicago, IL 60603
campaignlegalcenter.org

Facebook | Twitter