IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Latasha Holloway,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br> **City of Virginia Beach,** *et al.*, <br><br> **Defendants** | Civil Action No. 2:18-cv-0069 |

**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' SUPPLEMENTAL EXPERT REPORTS AND OPINIONS**

# PLAINTIFFS' EXHIBIT 4
March 16, 2020 Email From Plaintiffs' Counsel to Defendants' Counsel

Friday, July 31, 2020 at 09:03:45 Central Daylight Time

| | |
|---|---|
| **Subject:** | Holloway v. Virginia Beach - Plaintiffs' Supplemental Expert Reports |
| **Date:** | Monday, March 16, 2020 at 1:19:22 PM Central Daylight Time |
| **From:** | Annabelle Harless <aharless@campaignlegalcenter.org> |
| **To:** | Christopher S. Boynton <CBoynton@vbgov.com>, Joseph M. Kurt <jKurt@vbgov.com>, Gerald L. Harris <GLHarris@vbgov.com>, Mark Stiles <MStiles@vbgov.com> |
| **CC:** | Gerry Hebert <ghebert@campaignlegalcenter.org>, Christopher Lamar <CLamar@campaignlegalcenter.org>, Ruth Greenwood <rgreenwood@campaignlegalcenter.org>, Danielle Lang <dlang@campaignlegalcenter.org>, Jeff Zalesin <jzalesin@campaignlegalcenter.org>, Simone Leeper <SLeeper@campaignlegalcenter.org> |

Counsel,

Pursuant to Federal Rule of Civil Procedure 26(e)(2), we are providing you with supplemental expert reports from two of our experts, Anthony Fairfax and Douglas Spencer. As Gerry Hebert mentioned over the phone last week, we can work with you to schedule supplemental depositions if necessary.

The supplemental reports and data are available to download at this dropbox link:
https://www.dropbox.com/sh/iqfi1njzxlfpy06/AADAcTkJFjeevp9B5Q6-nDeia?dl=0

The password is Holloway. The link will expire in 7 days. Please let me know if you have any difficulty accessing the link.

Best,

Annabelle

**Annabelle Harless**
Senior Legal Counsel, Voting Rights & Redistricting
O: 312.312.2885 C: 810.701.5029 | @a_harless
Campaign Legal Center
55 W. Monroe Street, Suite 1925
Chicago, IL 60603
campaignlegalcenter.org

Facebook | Twitter