# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

<u>Latasha Holloway & Georgia Allen</u>
PLAINTIFF

    V.

<u>City of Virginia Beach, Virginia, Virginia Beach City Council, Louis Jones, Jessica Abbott, James Wood, Robert Dyer, Barbara Henley, John Moss, Rosemary Wilson, Donna Patterson, Aaron R. Rouse, Sabrina Wooten, Guy Tower, Michael Berlucchi, Patrick Duhaney,</u> *in his official capacity as City Manager for the city of Virginia Beach*
DEFENDANTS

**Case Number: 2:18cv69**

| PRESIDING JUDGE<br>Raymond A. Jackson | COURTROOM DEPUTY<br>P. Thompson | COURT REPORTER<br>Carol Naughton, OCR |
|---|---|---|
| HEARING/TRIAL DATE(S)<br>10/6/20 – 10/14/20 | PLAINTIFF ATTORNEY(S)<br>Robert Weiner, Christopher Lamar, Dana Paikowsky, Simone Leeper and Ruth Greenwood | DEFENDANT ATTORNEY(S)<br>Gerald Harris, Christopher Boynton, Erika Prouty, Joseph Kurt, Katherine McKnight and Patrick Lewis |

| PLA | DFT | DATE APPEARED | WITNESSES |
|---|---|---|---|
| X | | 10/6/20 | Georgia Allen |
| X | | 10/6/20 | Anthony Fairfax, Expert |
| X | | 10/7/20 | Kelly Fowler (permanently excused) |
| X | | "       " | Dr. Douglas Spencer, Expert |
| X | | "       " | Sabrina Wooten (permanently excused) |
| X | | 10/7/20 | Latasha Holloway |
| X | | 10/8/20 | Louisa Strayhorn (permanently excused) |
| X | | "       " | Andrew Jackson (permanently excused) |
| | X | 10/8 – 10/9/20 | Kimball Brace, Expert (permanently excused) |
| | | | |
| | | | (Continued on page 2) |

| PLA | DFT | Date Appeared | 2:18cv69 — Holloway, et.al. v. City of Virginia Beach, VA, et. al. |
|---|---|---|---|
| | | | - Page 2 - |
| | | | *WITNESSES* |
| | X | 10/9/20 | Delceno Miles (permanently excused) |
| | X | " " | Benito Loyola (permanently excused) |
| | X | " " | Dr. Amelia Ross-Hammond (permanently excused) |
| | X | " " | Nonato Abrajano |
| | X | " " | Amanda Barnes (permanently excused) |
| | X | 10/9/20 10/13/20 | Taylor Adams |
| | X | 10/13/20 | Quentin Kidd, Expert |