*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk Division

EXHIBIT LIST

Latasha Holloway & Georgia Allen
PLAINTIFF
V.

Case No: 2:18cv69

City of Virginia Beach, Virginia, Virginia Beach City Council, Louis Jones, Jessica Abbott, James Wood, Robert Dyer, Barbara Henley, John Moss, Rosemary Wilson, Donna Patterson, Aaron R. Rouse, Sabrina Wooten, Guy Tower, Michael Berlucchi, Patrick Duhaney, *in his official capacity as City Manager for the city of Virginia Beach*
DEFENDANTS

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Raymond A. Jackson | P. Thompson | Carol Naughton, OCR |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| 10/6/20 – 10/14/20 | Robert Weiner, Christopher Lamar, Dana Paikowsky, Simone Leeper and Ruth Greenwood | Gerald Harris, Christopher Boynton, Erika Prouty, Joseph Kurt, Katherine McKnight and Patrick Lewis |

| PLA NO. | DFT NO. | DATE Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **Georgia Allen** |
| 145 | | 10/6/20 | | X | Transcript of 2001 Virginia Beach Redistricting Public Hearing |
| 349 | | " " | | X | 3/19/2002 Transcript of City Council Meeting |
| 350 | | " " | | X | 4/14/2002 Virginia Beach Beacon Op-Ed by John Atkinson |
| | 165 | " " | X | | 11/8/19 Vision to Action Community Coalition Meeting Minutes |
| | 166 | 10/6/20 | X | | 2/6/10 Filling a seat at the table, Virginian-Pilot |
| | | | | | |
| | | | | | **Anthony Fairfax** |
| 75 | | 10/6/20 | | X | Expert Report of A. Fairfax, 7/15/19 |
| 76 | | " " | | X | Appendices to Expert Report of A. Fairfax, 7/15/19 |
| 79 | | " " | | X | Rebuttal Report of A. Fairfax, 8/26/19 |
| 80 | | " " | | X | Appendices to Rebuttal Report of A. Fairfax, 8/26/19 |
| 84 | | 10/6/20 | | X | Supplemental Expert Report of A. Fairfax, 3/16/20 |

(continued on page 2)

| | | 2:18cv69 | | | Holloway, et.al. v. City of Virginia Beach, VA, et. al. |
|---|---|---|---|---|---|
| | | | | | - Page 2 - |
| | | | | | |
| | | | | | **Anthony Fairfax, cont'd** |
| 85 | | 10/6/20 | | X | Appendices to Supplemental Expert Report of A. Fairfax, 3/16/20 |
| 86 | | " " | | X | Updated CV of A. Fairfax, March 2020 |
| 432 a – 432 k | | " " | X | | Demonstrative charts |
| | 167 | 10/6/20 | X | | 6/24/20 Deposition of A. Fairfax Vol. II |
| | | | | | |
| | | | | | **Del. Kelly Fowler** |
| 419 | | 10/7/20 | | X | Flyer |
| | 151 | " " | | X | Map of current configuration of HD21 |
| | 168 | 10/7/20 | X | | 9/24/20 Deposition of Del. K. Convirs-Fowler |
| | | | | | |
| | | | | | **Dr. Douglas Spencer** |
| 77 | | 10/7/20 | | X | Expert Report of Dr. D. Spencer, 7/15/19 |
| 81 | | " " | | X | Rebuttal Report of Dr. Spencer, 8/26/19 |
| 87 | | " " | | X | Supplemental Expert Report of Dr. Spencer, 3/16/20 |
| | 132 | " " | | X | U.S. Census Data for City of Virginia Beach |
| 101 | | " " | | X | Coalition Estimates – Supplemental Material Produced by Dr. Spencer |
| | 169 | 10/7/20 | X | | 10/1/19 Deposition of Dr. Douglas Spencer |
| | | | | | |
| | | | | | **Sabrina Wooten** |
| 277 | | 10/7/20 | | X | Virginia Beach Minority Business Council FY2018 Annual Report |
| | | | | | |
| | | | | | (continued on page 3) |

| | | 2:18cv69 | | | Holloway, et.al. v. City of Virginia Beach, VA, et. al. |
|---|---|---|---|---|---|
| | | | | | - Page 3 - |
| | | | | | |
| | | | | | **Latasha Holloway** |
| | 170 | 10/7/20 | X | | 6/8/20 Complaint for Divorce |
| | 171 | 10/7/20 | X | | 9/12/19 Deposition of Latasha Holloway |
| | | | | | |
| | | | | | **Andrew Jackson** |
| 210 | | 10/8/20 | | X | 4/12/11 A. Jackson Position/Policy Proposal re: City's election system |
| | 11 | "       " | | X | Redistricting – U.S. Department of Justice Submission (2011) – City of Virginia Beach, Vol II |
| 138 | | 10/8/20 | | X | 9/9/11 Letter from Virginia Beach City Attorney to A. Jackson |
| | | | | | |
| | | | | | |
| 78 | | 10/8/20 | | X | Dr. Allan J. Lichtman Expert Report, 7/15/19 |
| 82 | | "       " | | X | Rebuttal report of Dr. Allan J. Lichthman, 8/26/19 |
| 83 | | "       " | | X | Supplemental Table R3-A and Chart R3-A produced by Dr. Allan J. Lichtman |
| 430 | | "       " | | X | Deposition of Allan Lichtman – Transcript |
| 431 | | "       " | | X | Deposition of Allan Lichtman – Video |
| 420 | | 10/8/20 | | X | Deposition Excerpts from Sabrina Wooten |
| 421 | | "       " | | X | Deposition Excerpts from Aaron Rouse |
| 422 | | "       " | | X | Deposition Excerpts from John Moss |
| 423 | | "       " | | X | Deposition Excerpts from Jessica Abbott |
| 424 | | "       " | | X | Deposition Excerpts from Robert Dyer |
| 425 | | 10/8/20 | | X | Deposition Excerpts from David Hansen |
| | | | | | |
| | | | | | (continued on page 4) |

| | | 2:18cv69 | | | Holloway, et.al. v. City of Virginia Beach, VA, et.al. |
|---|---|---|---|---|---|
| | | | | | - Page 4 - |
| | | | | | |
| 426 | | 10/8/20 | | X | Deposition Excerpts from James Wood |
| 427 | | " " | | X | Deposition Excerpts from Louis |
| 428 | | 10/8/20 | | X | Deposition Excerpts from Rosemary Wilson |
| | | | | | |
| | | | | | **Kimball Brace** |
| | | | | | |
| 501 | | 10/8/20 | X | | Kimball Brace 9/17/20 Deposition Transcript |
| | 107 | " " | | X | |
| | 18 | " " | | X | Official Election Results from 11/2010 Virginia Beach General Election |
| | 10 | " " | | X | Redistricting – U.S. Department of Justice Submissions (2011) – City of Virginia Beach, Vol I |
| | DDX 1 | " " | X | | Centerville Precinct Election Results |
| | 20 | " " | | X | Official Election Results from 11/2011 Virginia Beach General Election (Multiple Races) |
| | 23 | 10/8/20 | | X | Official Election Results from 11/2012 Virginia Beach General Election (Multiple Races) |
| | 25 | " " | | X | Official Election Results from 11/2013 Virginia Beach General Election (Multiple Races) |
| | 27 | " " | | X | Official Election Results from 11/2014 Virginia Beach General Election (Multiple Races) |
| | 29 | " " | | X | Official Election Results from 11/2015 Virginia Beach General Election (Multiple Races) |
| | 32 | " " | | X | Official Election Results from 11/2016 Virginia Beach General Election (Multiple Races) |
| | 35 | 10/8/20 | | X | Official Election Results from 11/2017 Virginia Beach General Election (Multiple Races) |
| | | | | | |
| | | | | | (continued on page 5) |

| | | 2:18cv69 | | | Holloway, et.al. v. City of Virginia Beach, VA, et.al. |
|---|---|---|---|---|---|
| | | | | | - Page 5 - |
| | | | | | |
| | | | | | **Kimball Brace, cont'd** |
| | 37 | 10/8/20 | | X | Official Election Results from 11/2018 Virginia Beach General and Special Elections (Multiple Races) |
| 436 | | 10/9/20 | X | | Meza v. Galvin, Decided 6/21/04 |
| | | | | | |
| | | | | | **Benito Loyola** |
| 451 | | 10/9/20 | X | | B. Loyola Deposition |
| | | | | | |
| | | | | | **Nonato Abrahano** |
| 452 | | 10/9/20 | X | | N. Abrahano Deposition |
| | | | | | |
| | | | | | **Taylor Adams** |
| | 52 | 10/9/20 | | X | A Resolution Setting a 10% Goal for Minority Participation in City Contracts |
| | 51 | " " | | X | An Ordinance Directing City Manager to Develop a Program for Prequalification of Construction Contracts Between $100,000 and $500,000 |
| | 50 | " " | | X | SWaM Small business Enhancement |
| | 44 | " " | | X | SWaM Procurement Programs and Disparity Study Overview |
| | 173 | " " | X | | 7/11/17 Resolution of City Council Item #67214 |
| | 45 | " " | | X | Email with Attachment from T. Adams to Tom Leahy re: FY18 Preliminary Expenditures to Minority Owned Businesses |
| | 70 | 10/9/20 | | X | Letter with attachments from City Manager David Hansen to Mayor and Council Members regarding Disparity Study Briefing |
| | | | | | |
| | | | | | (continued on page 6) |

| | | 2:18cv69 | | | Holloway, et.al. v. City of Virginia Beach, VA, et.al. |
|---|---|---|---|---|---|
| | | | | | - Page 6 - |
| | | | | | |
| | | | | | **Taylor Adams, cont'd)** |
| | 68 | 10/9/20 | | X | Letter from City Manager Hansen to Mayor and Council Members regarding Disparity Study Final Report |
| | 49 | "          " | X | | Resolution to set a 12% Aspirational Goal for Minority Owned Business Participation in City Contracts |
| | 174 | 10/9/20 | X | | 6/16/20 Resolution of City Council Item #70389 |
| | 49 | 10/13/20 | | X | Resolution to Set a 12% Aspirational Goal for Minority-Owned Business Participation in City Contracts |
| 20 | | "          " | X | | Minority Business Council documents |
| 429 | | "          " | | X | Awards and Expenditure to Minority, Women and Service Disabled Veteran-Owned Businesses, FY2019 Annual Report |
| 464 | | "          " | | X | Resolution of City Council Item #70105, 2/18/20 |
| 298 | | 10/13/20 | | X | 2018 Disparity Study |
| | | | | | |
| | | | | | **Quentin Kidd** |
| | 83 | 10/13/20 | | X | Expert Report of Dr. Q. Kidd, Response to Spencer and Lichtman |
| 454 | | "          " | X | | Quentin Kidd deposition |
| | DDX 2 | "          " | X | | Appendix B Updated At-Large Election Estimates |
| 500 | | "          " | | X | Chart drawn by Dr. Douglas Spencer |
| 455 | | 10/13/20 | X | | Virginian Pilot Article date 10/11/16, "Virginia Beach light rail referendum is in a dead heat, according to new poll" |
| | | | | | |
| | | | | | (continued on page 7) |

| | | | | | |
|---|---|---|---|---|---|
| | | 2:18cv69 | | | Holloway, et.al. v. City of Virginia Beach, VA, et.al. |
| | | | | | - Page 7 - |
| | | | | | |
| | 172 | 10/14/20 | | X | Commonwealth of Virginia Official Results 2019 November General |
| | 129 | "          " | | X | United States Census 2010 Questionnaire |
| | 130 | "          " | | X | United States Census 2020 Questionnaire |
| | 41 | "          " | | X | Virginia Beach City, VA: Profile of General Population and 2010 Demographic Profile Data |
| | 155 | "          " | | X | David L. Hansen Deposition Designations 8/23/19 |
| | 156 | 10/14/20 | | X | Robert M. Dyer Deposition Designations 9/11/19 |
| | 157 | "          " | | X | Aaron R. Rouse Deposition Designations 9/11/19 |
| | 160 | "          " | | X | John D. Moss Deposition Designations 9/13/19 |
| | 162 | "          " | | X | Louis R. Jones Deposition Designations 10/2/19 |
| | 163 | "          " | | X | Jessica Abbott Deposition Designations 10/3/19 |
| | 164 | 10/14/20 | | X | Rosemary A. Wilson Deposition Designations 10/3/19 |
| | 175 | 10/14/20 | | X | James Wood Deposition Designations 9/09/19 |