IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br> City of Virginia Beach, *et al.*, <br><br> *Defendants* | Civil Action No. 2:18-cv-0069 |

**PLAINTIFFS' MOTION REQUESTING LEAVE TO REFILE UNDER SEAL CERTAIN DOCUMENTS CONTAINING PLAINTIFF HOLLOWAY'S ADDRESS**

In accordance with Local Rule 5(C), Plaintiffs, by and through their counsel, move the Court for leave to refile under seal redacted versions of the record that contain Plaintiff Holloway's home address, specifically ECF Nos. 156-6, 161-1, 190, 195, 205-1, 219 and Plaintiffs' Trial Exhibit P-0084. In support of this motion, Plaintiffs state as follows:

1. Concurrently with this motion, Plaintiffs are filing a Non-confidential Memorandum in Support. The Memorandum articulates Plaintiffs' arguments why Plaintiff Holloway's address should be redacted in this case. In the interest of judicial economy, those arguments are not repeated here but are incorporated in their entirety.

2. Also accompanying this motion is a non-confidential proposed order. Plaintiffs have separately filed public, redacted copies of all of the relevant documents to be filed under seal. ECF Nos. 224-230.

3. Defendants informed Plaintiffs that they will not oppose this motion via email correspondence on October 30, 2020.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this Court enter an order granting them leave to refile under seal redacted versions of certain record documents that contain Plaintiff Holloway's address.

Dated: October 30, 2020

Respectfully submitted,

| | |
|---|---|
| Ruth M. Greenwood<br>CAMPAIGN LEGAL CENTER<br>125 Cambridgepark Drive, Suite 301<br>Cambridge, MA 02140<br>rgreenwood@campaignlegal.org<br><br>Annabelle E. Harless<br>CAMPAIGN LEGAL CENTER<br>55 W. Monroe St., Ste. 1925<br>Chicago, IL 60603<br>(312) 312-2885<br>aharless@campaignlegal.org | /s/ J. Gerald Hebert<br>J. Gerald Hebert<br>VSB. No. 38432<br>Paul M. Smith<br>Robert Weiner<br>Danielle Lang<br>Christopher Lamar<br>Simone Leeper*<br>Dana Paikowsky**<br>CAMPAIGN LEGAL CENTER<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005<br>(202) 736-2200 (Office)<br>(202) 736-2222 (Facsimile)<br>ghebert@campaignlegal.org<br>psmith@campaignlegal.org<br>rweiner@campaignlegal.org<br>dlang@campaignlegal.org<br>clamar@campaignlegal.org<br>sleeper@campaignlegal.org<br>dpaikowsky@campaignlegal.org<br><br>*Attorneys for Plaintiffs*<br><br>*\* Licensed to practice in Florida only;<br>Supervised by a member of the D.C. Bar.<br>\*\*Licensed to practice in California only;<br>Supervised by a member of the D.C. Bar.* |

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br> City of Virginia Beach, *et al.*, <br><br> *Defendants* | Civil Action No. 2:18-cv-0069 |

**[PROPOSED] ORDER**

THIS MATTER is before the Court on Plaintiffs' Motion for Leave to Refile Under Seal Certain Documents Containing Plaintiff Holloway's Address, under Local Rule 5(C). Upon consideration of Plaintiff's Motion, the Court hereby FINDS:

1. That public notice of the request to seal and a reasonable opportunity to challenge the request has been given;

2. That the targeted and limited sealing sought by Plaintiffs is the least drastic alternative available; and

3. That the common law and First Amendment presumptions in favor of public access to records are outweighed for the reasons set forth in Plaintiffs' Non-Confidential Memorandum.

Accordingly, for good cause shown, it is hereby:

ORDERED that Plaintiffs' Motion for Leave to Refile Under Seal Certain Documents Containing Plaintiff Holloway's Address is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall immediately revise the record to redact the documents containing Plaintiff Holloway's address.

SO ORDERED.

DATED: _____
                                        Raymond Alvin Jackson
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

**Mark D. Stiles** (VSB No. 30683)
**Christopher S. Boynton** (VSB No. 38501)
**Gerald L. Harris** (VSB No. 80446)
**Joseph M. Kurt** (VSB No. 90854)
Office of the City Attorney
Municipal Center, Building One, Room 260 2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-8803 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
glharris@vbgov.com
jkurt@vbgov.com

Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER & HOSTETLER, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis (pro hac vice pending)
BAKER & HOSTETLER, LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
plewis@bakerlaw.com

/s/ J. Gerald Hebert
*Counsel for Plaintiffs*