Mrs. Latasha Holloway
826 Tuition Court
Virginia Beach, VA 23462

RECEIVED

2021 FEB -9 P 3: 05

February 9, 2021

CLERK US DISTRICT COURT

Ruth Greenwood
Campaign Legal Center
125 Cambridge Park Drive
Suite 301
Cambridge, MA 02140

Re: Latasha Holloway, pro se, v. City of Virginia Beach, et als
Civil Action No. 2:18-cv-0069

Just to follow up to our prior phone conference. It has been painful continuing to live under this current apartheid at-large system in the City of Virginia Beach. It would equally painful to even consider a rank choice system that would produce the same apartheid outcome thereby undermining people of color's opportunity to have a candidate of our choice and dilute their political clout.

The Virginia Beach at-large elections schemes are unlawful and the city of Virginia Beach can not be trusted with maintaining an at-large scheme. Virginia Beach should be prohibited from maintaining its current apartheid at-large scheme.

```
43    § 24.2-222. Election and terms of mayor and council for cities and towns.
44       A. The qualified voters of each city and town shall elect a mayor, if so provided by charter, and a
45    council for the terms provided by charter. Notwithstanding any other provision of law, general or
46    special, in a city or town that imposes district-based or ward-based residency requirements for members
47    of the city or town council, the member elected from each district or ward shall be elected by the
48    qualified voters of that district or ward and not by the locality at large.
49       B. Except as provided in § 24.2-222.1, and notwithstanding any other provision of law, general or
50    special: (i) any election of mayor or councilmen of a city or town whose charter provides for such
51    elections at two-year or four-year intervals shall take place at the May general election of an
52    even-numbered year and (ii) any election of mayor or councilmen of a city or town whose charter
53    provides for such elections at one-year or three-year intervals shall take place at the general election in
54    May of the years designated by charter. The persons so elected shall enter upon the duties of their
55    offices on July 1 succeeding their election and remain in office until their successors have qualified.
```
HB2198H1

See attached

https://lis.virginia.gov/cgi-bin/legp604.exe?211+ful+HB2198H1+pdf

I just want to reiterate my request for remedy of the Virginia Beach City Council Electoral Scheme:

Reconfiguration of city council to a 6:1 coupled with ward/single member districts. The court may consider an at-large mayor in this 6:1 system.

      I trust that you will forward this letter and these concerns on to the District Judge assigned to this case.

                         Sincerely yours,

*LATASHA HOLLOWAY*

                         Latasha Holloway

Cc: The Honorable Judge Raymond A. Jackson