IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Latasha Holloway, et al.,

    *Plaintiffs*,

    v.

City of Virginia Beach, et al.,

    *Defendants*.

Case No. 2:18-cv-0069

## **DEFENDANTS' NOTICE OF NEW AUTHORITY**

Defendants respectfully ask this Court to take notice of new controlling law that affects this case. Plaintiffs allege that the at-large system used to elect members of the Virginia Beach City Council violates Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. (*See, e.g.*, Amend. Compl. ¶ 1, ECF No. 62.) Plaintiffs seek to enjoin Defendants from "administering, implementing, or conducting any future elections in the City of Virginia Beach under the current at-large method of election[.]" (*See* Amend. Compl. p. 16; *see also* Pls.' Proposed Conclusions of Law at ¶ 41, ECF No. 238.)

On March 18, 2021, Governor Ralph Northam signed Virginia General Assembly House Bill 2198, now Acts of Assembly Chapter 225, into law (*see* Exhibit A). This legislation amends Section 24.2-222 of the Virginia Code to, in relevant part, prohibit at-large voting for candidates "in a city or town that imposes district-based or ward-based residency requirements for members of the city or town council." (Exhibit A at 1:44-46.) Acts of Assembly Chapter 225 will take effect on January 1, 2022, before the next City Council election on November 8, 2022. *See Elected Offices and Terms: Schedule of General Elections*, CITY OF VIRGINIA BEACH, https://www.vbgov.com/government/departments/voter-registrar/elections/

Pages/elected-offices-and-terms.aspx (last visited Mar. 22, 2021).  Virginia Beach's current at-large system includes district-based residency requirements. (*See* Amend. Compl. ¶ 21.) Therefore, by operation of law, as of January 1, 2022, and without further action of the Virginia Beach City Council or the Virginia General Assembly, the City of Virginia Beach will be prohibited by Acts of Assembly Chapter 225 from conducting future elections for City Council under the challenged electoral system, and will instead have a seven-district ward system with only the voters who reside in each ward eligible to vote for the ward representative.  The current three at-large seats and the Mayor seat are unaffected by this legislation.

For these and other reasons, Acts of Assembly Chapter 225 moots Plaintiffs' challenge to the City's pre-existing at-large residence system, and compels this Court to withhold or stay adjudication of or dismiss this case.  "A case can become moot either due to a change in factual circumstances, or due to a change in the law." *Simmons v. United Mortg. & Loan Inv., LLC*, 634 F.3d 754, 763 (4th Cir. 2011) (quoting *BankWest, Inc., v. Baker*, 446 F.3d 1358, 1364 (11th Cir. 2006)) (internal quotations removed).  The City's current at-large system is no longer legally permissible as a matter of state law, and accordingly this Court's adjudication of whether that system violates Section 2 of the Voting Right Act is moot.

DATE: March 22, 2021

Mark D. Stiles (VSB No. 30683)
City Attorney
Christopher S. Boynton (VSB No. 38501)
Deputy City Attorney
Gerald L. Harris (VSB No. 80446)
Associate City Attorney
Joseph M. Kurt (VSB No. 90854)
Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
Municipal Center, Building One, Room 260 2401 Courthouse Drive
Virginia Beach, Virginia 23456
Telephone: (757) 385-4531
Facsimile: (757) 385-5687
mstiles@vbgov.com
cboynton@vbgov.com
glharris@vbgov.com jkurt@vbgov.com

Respectfully submitted,

*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER & HOSTETLER, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis (*pro hac vice*)
BAKER & HOSTETLER, LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
plewis@bakerlaw.com

Erika Dackin Prouty (*pro hac vice*)
Baker & Hostetler, LLP
200 Civic Centre Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of the filing to:

Ruth M. Greenwood
CAMPAIGN LEGAL CENTER
125 Cambridgepark Drive, Suite 301
Cambridge, MA 02140
rgreenwood@campaignlegal.org

Annabelle E. Harless
CAMPAIGN LEGAL CENTER
55 W. Monroe St., Ste. 1925
Chicago, IL 60603
Telephone: (312) 312-2885
aharless@campaignlegal.org

Joseph Gerald Hebert
Paul March Smith
Robert Weiner
Danielle Marie Lang
Christopher Lamar
CAMPAIGN LEGAL CENTER
1411 K Street, N.W.
Suite 1400
Washington, D.C. 20005
Telephone: (202) 736-2200
Facsimile: (202) 736-2222
ghebert@campaignlegal.org
psmith@campaignlegal.org
rweiner@campaignlegal.org
dlang@campaignlegal.org
clamar@campaignlegal.org

*Counsel for Plaintiffs*


*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
*Counsel for Defendants*

4