**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| Latasha Holloway and Georgia Allen, *Plaintiffs*, v. City of Virginia Beach; Virginia Beach City Council; Donna Patterson, in her official capacity as General Registrar of the City of Virginia Beach; Robert Dyer, in his official capacity as the Mayor of Virginia Beach; James Wood, in his official capacity as Vice Mayor of Virginia Beach; Patrick Duhaney, in his official capacity as City Manager of Virginia Beach; and Jessica Abbott, Michael Berlucchi, Barbara Henley, Louis Jones, John Moss, Aaron Rouse, Guy Tower, Rosemary Wilson, Sabrina Wooten, in their official capacities as members of the Virginia Beach City Council, *Defendants*. | Case No. 2:18-cv-0069 |

## NOTICE OF APPEAL

Notice is given that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order of March 31, 2021 issuing an injunction, ECF No. 242, and all orders related to, or forming the basis of, that injunction.

DATE: April 29, 2021

Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER & HOSTETLER, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com


Patrick T. Lewis (*pro hac vice*)
BAKER & HOSTETLER, LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
plewis@bakerlaw.com

Respectfully submitted,

*/s/ Katherine L. McKnight*
Mark D. Stiles (VSB No. 30683)
City Attorney
Christopher S. Boynton (VSB No. 38501)
Deputy City Attorney
Gerald L. Harris (VSB No. 80446)
Associate City Attorney
Joseph M. Kurt (VSB No. 90854)
Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
Municipal Center, Building One, Room 260
2401 Courthouse Drive
Virginia Beach, Virginia 23456
Telephone: (757) 385-4531
Facsimile: (757) 385-5687
mstiles@vbgov.com
cboynton@vbgov.com
glharris@vbgov.com
jkurt@vbgov.com




*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of the filing to:

Ruth M. Greenwood
CAMPAIGN LEGAL CENTER
125 Cambridgepark Drive, Suite 301
Cambridge, MA 02140
rgreenwood@campaignlegalcenter.org

Annabelle E. Harless
CAMPAIGN LEGAL CENTER
55 W. Monroe St., Ste. 1925
Chicago, IL 60603
Telephone: (312) 312-2885
aharless@campaignlegalcenter.org

Joseph Gerald Hebert
Paul March Smith
Robert Weiner
Danielle Marie Lang
Christopher Lamar
Mark Peter Gaber
CAMPAIGN LEGAL CENTER
1101 14th Street, N.W.
Suite 400
Washington, D.C. 20005
Telephone: (202) 736-2200
Facsimile: (202) 736-2222
ghebert@campaignlegalcenter.org
psmith@campaignlegalcenter.org
rweiner@campaignlegalcenter.org
dlang@campaignlegalcenter.org
clamar@campaignlegalcenter.org
mgaber@campaignlegalcenter.org

*Counsel for Plaintiffs*


*/s/ Katherine L. McKnight*
Katherine L. McKnight (VSB No. 81482)
*Counsel for Defendants*