FILED: May 5, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1533
(2:18-cv-00069-RAJ-DEM)
_____

LATASHA HOLLOWAY; GEORGIA ALLEN

        Plaintiffs - Appellees

v.

CITY OF VIRGINIA BEACH; VIRGINIA BEACH CITY COUNCIL; LOUIS JONES; JESSICA ABBOTT; JAMES WOOD; ROBERT DYER; BARBARA HENLEY; JOHN MOSS; ROSEMARY WILSON; DONNA PATTERSON, in her official capacity as Director of Elections/General Registrar for the City of Virginia Beach; DAVID L. HANSEN, in his official capacity as City Manager

        Defendants - Appellants

 and

BEN DAVENPORT; SHANNON KANE; JOHN UHRIN

        Defendants

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
|---|---|
| Originating Case Number | 2:18-cv-00069-RAJ-DEM |
| Date notice of appeal filed in originating court: | 04/29/2021 |
| Appellants | City of Virginia Beach, et. als. |
| Appellate Case Number | 21-1533 |
| Case Manager | Anisha Walker<br>804-916-2704 |