IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>City of Virginia Beach, *et al.*,<br><br>    *Defendants* | Civil Action No. 2:18-cv-00069 |

## MOTION TO WITHDRAW RUTH M. GREENWOOD AS COUNSEL

    Ruth M. Greenwood (rgreenwood@campaignlegalcenter.org; (202) 560-0590) has noted her appearance as co-counsel for Plaintiffs in the above-styled civil action. *See* Dkt. Nos. 49, 61. Ms. Greenwood concluded her engagement at Campaign Legal Center on April 30, 2021. In light of her departure from the organization, Plaintiffs' counsel submits this motion requesting that the Court issue an order withdrawing her as co-counsel for Plaintiffs. Ms. Greenwood has provided Plaintiffs with reasonable notice of withdrawal pursuant to Local Civil Rule 83.1(G).

    Defendants' counsel does not oppose this motion.

Dated: May 11, 2021

                                              Respectfully submitted,

                                              <u>/s/ J. Gerald Hebert</u>
                                              J. Gerald Hebert (VSB. No. 38432)
                                              CAMPAIGN LEGAL CENTER
                                              1101 14th Street NW, Suite 400
                                              Washington, DC 20005
                                              (202) 736-2200 (Office)
                                              (202) 736-2222 (Facsimile)
                                              ghebert@campaignlegal.org

                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Mark D. Stiles (VSB No. 30683)
Christopher S. Boynton (VSB No. 38501)
Gerald L. Harris (VSB No. 80446)
Joseph M. Kurt (VSB No. 90854)
Office of the City Attorney
Municipal Center, Building One, Room 260
2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-8803 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
glharris@vbgov.com
jkurt@vbgov.com

Katherine L. McKnight (VSB No. 81482)
Richard B. Raile (VSB No. 84340)
BAKER & HOSTETLER, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis
BAKER & HOSTETLER, LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
plewis@bakerlaw.com

/s/ J. Gerald Hebert
*Counsel for Plaintiffs*