FILED: July 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1533
(2:18-cv-00069-RAJ-DEM)

_____

LATASHA HOLLOWAY; GEORGIA ALLEN

   Plaintiffs - Appellees

v.

THE CITY OF VIRGINIA BEACH; the VIRGINIA BEACH CITY COUNCIL; DONNA PATTERSON, in her official capacity as General Registrar for the City of Virginia Beach; ROBERT DYER, in his official capacity as the Mayor of Virginia Beach; JAMES WOOD, in his official capacity as Vice Mayor of Virginia Beach; PATRICK DUHANEY, in his official capacity as City Manager of Virginia Beach; JESSICA ABBOTT, in her official capacity as member of the Virginia Beach City Council; MICHAEL BERLUCCHI, in his official capacity as member of the Virginia Beach City Council; BARBARA HENLEY, in her official capacity as member of the Virginia Beach City Council; LOUIS JONES, in his official capacity as member of the Virginia Beach City Council; JOHN MOSS, in his official capacity as member of the Virginia Beach City Council; AARON ROUSE, in his official capacity as member of the Virginia Beach City Council; GUY TOWER, in his official capacity as member of the Virginia Beach City Council; ROSEMARY WILSON, in her official capacity as member of the Virginia Beach City Council; SABRINA WOOTEN, in her official capacity as member of the Virginia Beach City Council

   Defendants - Appellants

_____

O R D E R

_____

Upon consideration of submissions relative to appellees' motion to hold case in abeyance pending remedial proceedings in district court, the court grants the motion and places this case in abeyance pending the district court's issuance of a remedial order and final judgment.

The parties shall file a status report on August 11, 2021, and every 30 days thereafter and shall immediately notify this court when the district court proceedings have concluded.

    For the Court

    /s/ Patricia S. Connor, Clerk