IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Latasha Holloway, et al., *Plaintiffs,* v. City of Virginia Beach, et al., *Defendants.* | Civil Action No. 2:18-cv-0069 |

## ORDER

THIS MATTER is before the Court on the Joint Stipulated Motion for Substitution of a Party Under Fed. R. Civ. P. 25(d). Upon consideration of the Motion and finding good cause shown for the motion,

It is hereby ORDERED that the Joint Stipulated Motion for Substitution of a Party Under Fed. R. Civ. P. 25(d) is GRANTED.

It is hereby ORDERED that Rocky Holcomb is substituted for Jessica Abbott as a Defendant in his official capacity as the current Kempsville District Representative on the City Council for the City of Virginia Beach.

It is hereby ORDERED that Linwood Branch is substituted for James Wood as a Defendant in his official capacity as the current Lynnhaven District Representative on the City Council for the City of Virginia Beach.

It is hereby ORDERED that existing official capacity defendant Rosemary Wilson is now Vice Mayor in substitution for James Wood as Vice Mayor pursuant to Federal Rule of Civil Procedure 25(d).

IT IS SO ORDERED.

DATED: _____    _____
                               Raymond Alvin Jackson
                               United States District Judge