SUPPLEMENTAL MEMO OF THE SPECIAL MASTER
BERNARD GROFMAN
December 17, 2021

*Holloway v. City of Virginia Beach* CIV 2:18-cv-0069 (E.D. Virginia, Norfolk Division)
September 26, 2021

1. I have reviewed the briefs submitted by the parties pursuant to the Court's request for comments on the proposed Virginia Beach remedial map in *Holloway* and then the Court's request for responses to the comments of the other party. However, in my review I have only examined the comments that are addressed to possible changes in the proposed map. Legal issues can only be addressed by the Court.

2. I do not believe that there was a population imbalance issue in the Virginia Beach City Council districts in the initially proposed remedial map since a *total deviation* under 10% is normally regarded as *de minimis* absent special circumstances.

2. Nonetheless, since both the Defendants and the Plaintiffs indicated a desire to see the population deviations reduced, and this is a court-ordered map, I have now proposed to the Court a plan with total population deviation under 5%. To achieve this end I have made only relatively minimal changes in the initially proposed map, involving a handful of additional precinct splits. Precincts, however, are simply units of administrative convenience and the Virginia legislature has indicated that counties should change them after a decennial apportionment to better reflect new district boundaries based on census tabulation units. Moreover, these precinct specific changes should not affect the district placements of the set of incumbents whose addresses I was initially given.

The revised map adds four new VTD splits in the Wolfsnare, Bayside, Avalon and Pinewood precincts for population equality purposes and changes slightly the split in the Aragona precinct, also for population equality purposes.

-New Wolfsnare precinct split: 1,918 people moved from District 8 to District 6 for population equality purposes
-New Bayside precinct split: 710 people moved from District 9 to District 4 for population equality purposes
-New Avalon precinct split: 1,067 people moved from District 1 to District 7 for population equality purposes
-New Pinewood precinct split: 851 people moved from District 3 to District 8 for population equality purposes
-Changed Aragona precinct split: 973 people moved from District 9 to District 4 for population equality purposes

3. Table 6* below corresponds to Table 6 in my initial Special Master Report and provides the key demographic and population information on each of the districts in the proposed revised map

Table 6*.
Population, Voting Age Population, and Citizen Voting Age Populations for Districts in the Revised Special Master Map

Citywide

|  | Total | NH White | Hispanic | NH Black | NH Asian | B+H+AA | combined |
|---|---|---|---|---|---|---|---|
| 2020 Pop. | 460,224 | 58.7% | 8.8% | 21.8% | 10.0% | 40.5% | 41.3% |
| 2020 VAP | 358,086 | 61.5% | 7.6% | 20.1% | 9.4% | 37.2% | 38.5% |
| 2019 CVAP | 335,265 | 65.8% | 6.4% | 19.7% | 6.8% | 32.8% | 34.2% |

District 1

|  | Total | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|---|---|---|---|---|---|---|---|
| 2020 Pop. | 46,516 | 59.40% | 7.20% | 21.20% | 11.30% | 39.70% | 40.60% |
| 2020 VAP | 36,407 | 61.90% | 5.80% | 19.80% | 10.90% | 36.50% | 38.10% |
| 2019 CVAP | 36,315 | 65.60% | 4.60% | 20.40% | 8.10% | 33.10% | 34.40% |

District 2

|  | Total | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|---|---|---|---|---|---|---|---|
| 2020 Pop. | 45,624 | 68.50% | 6.70% | 12.70% | 10.80% | 30.20% | 31.50% |
| 2020 VAP | 34,603 | 70.10% | 5.70% | 12.80% | 9.80% | 28.30% | 29.90% |
| 2019 CVAP | 30,675 | 72.40% | 4.60% | 14.30% | 7.50% | 26.40% | 27.60% |

District 3

|  | Total | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|---|---|---|---|---|---|---|---|
| 2020 Pop. | 46,379 | 54.80% | 10.10% | 25.20% | 9.30% | 44.60% | 45.20% |
| 2020 VAP | 36,368 | 57.80% | 8.80% | 23.30% | 8.80% | 40.90% | 42.20% |
| 2019 CVAP | 34,275 | 63.10% | 7.90% | 21.90% | 5.70% | 35.50% | 36.90% |

Table 6*.
Population, Voting Age Population, and Citizen Voting Age Populations for Districts in the
Revised Special Master Map (cont.)

### District 4

|            | Total  | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|------------|--------|----------|----------|----------|----------|--------|----------|
| 2020 Pop.  | 45,493 | 37.50%   | 12.80%   | 41.50%   | 8.30%    | 62.60% | 62.50%   |
| 2020 VAP   | 35,673 | 41.20%   | 11.40%   | 38.60%   | 8.30%    | 58.30% | 58.80%   |
| 2019 CVAP  | 31,475 | 48.10%   | 8.70%    | 34.60%   | 6.70%    | 50.00% | 51.90%   |

### District 5

|            | Total  | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|------------|--------|----------|----------|----------|----------|--------|----------|
| 2020 Pop.  | 45,062 | 70.50%   | 8.90%    | 12.10%   | 6.80%    | 27.80% | 29.50%   |
| 2020 VAP   | 34,610 | 72.80%   | 8.00%    | 11.20%   | 6.00%    | 25.20% | 27.20%   |
| 2019 CVAP  | 34,461 | 77.50%   | 7.20%    | 10.20%   | 3.90%    | 21.30% | 22.50%   |

### District 6

|            | Total  | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|------------|--------|----------|----------|----------|----------|--------|----------|
| 2020 Pop.  | 45,604 | 68.70%   | 8.90%    | 16.90%   | 4.30%    | 30.10% | 31.30%   |
| 2020 VAP   | 37,103 | 71.80%   | 7.60%    | 14.80%   | 4.00%    | 26.40% | 28.20%   |
| 2019 CVAP  | 35,028 | 76.00%   | 4.20%    | 15.90%   | 2.60%    | 22.70% | 24.00%   |

### District 7

|            | Total  | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|------------|--------|----------|----------|----------|----------|--------|----------|
| 2020 Pop.  | 46,840 | 42.50%   | 8.90%    | 31.30%   | 17.70%   | 57.90% | 57.50%   |
| 2020 VAP   | 35,267 | 44.60%   | 7.70%    | 29.80%   | 17.40%   | 54.90% | 55.40%   |
| 2019 CVAP  | 34,639 | 46.40%   | 8.60%    | 31.10%   | 12.20%   | 51.90% | 53.60%   |

Table 6*.
Population, Voting Age Population, and Citizen Voting Age Populations for Districts in the Revised Special Master Map (cont.)

### District 8

|  | Total | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|---|---|---|---|---|---|---|---|
| 2020 Pop. | 45,712 | 79.30% | 5.50% | 7.70% | 5.80% | 19.00% | 20.70% |
| 2020 VAP | 36,325 | 82.00% | 4.50% | 6.70% | 5.00% | 16.20% | 18.00% |
| 2019 CVAP | 33,750 | 83.90% | 3.50% | 6.80% | 4.80% | 15.10% | 16.10% |

### District 9

|  | Total | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|---|---|---|---|---|---|---|---|
| 2020 Pop. | 46,419 | 67.20% | 8.20% | 14.80% | 8.50% | 31.50% | 32.80% |
| 2020 VAP | 37,040 | 69.90% | 6.90% | 13.50% | 7.90% | 28.30% | 30.10% |
| 2019 CVAP | 34,658 | 76.10% | 5.80% | 11.40% | 5.20% | 22.40% | 23.90% |

### District 10

|  | Total | NH White | Hispanic | NH Black | NH Asian | B+H+AA | Combined |
|---|---|---|---|---|---|---|---|
| 2020 Pop. | 45,821 | 38.80% | 10.80% | 34.00% | 16.80% | 61.60% | 61.20% |
| 2020 VAP | 34,690 | 41.50% | 9.50% | 31.50% | 16.70% | 57.70% | 58.50% |
| 2019 CVAP | 29,989 | 45.40% | 9.00% | 32.50% | 11.40% | 52.90% | 54.60% |

**4**. Below are district specific maps for each of the 10 districts in the revised map along with an overall map. Block equivalency files and Shape files for this map have been provided to the Court under separate cover.

District 1



District 2



District 3



District 4



District 5



District 6



District 7



District 8



District 9



District 10



Full 10 District Map (Revised for Population Purposes Only)



Bernard Grofman

*[signature: Bernard Grofman]*

December 17, 2021