IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**Latasha Holloway, et al.**

    **Plaintiff,**

v.                                       Civil Action No.: 2:18cv69

**City of Virginia Beach, et al**

    **Defendants.**

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Special Master revised plan as an appropriate remedy and ORDERS the City of Virginia Beach to implement the plan immediately in order to cure its electoral deficiencies which are in violation of § 2 of the Voting Rights Act.

                                                         FERNANDO GALINDO, Clerk

                                                         By: ___/s/_____
                                                               A. Farlow, Deputy Clerk