FILED: July 27, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1533 (L)
(2:18-cv-00069-RAJ-DEM)

_____

LATASHA HOLLOWAY; GEORGIA ALLEN

       Plaintiffs - Appellees

v.

THE CITY OF VIRGINIA BEACH; the VIRGINIA BEACH CITY COUNCIL; DONNA PATTERSON, in her official capacity as General Registrar for the City of Virginia Beach; ROBERT DYER, in his official capacity as the Mayor of Virginia Beach; PATRICK DUHANEY, in his official capacity as City Manager of Virginia Beach; MICHAEL BERLUCCHI, in his official capacity as member of the Virginia Beach City Council; BARBARA HENLEY, in her official capacity as member of the Virginia Beach City Council; LOUIS JONES, in his official capacity as member of the Virginia Beach City Council; JOHN MOSS, in his official capacity as member of the Virginia Beach City Council; AARON ROUSE, in his official capacity as member of the Virginia Beach City Council; GUY TOWER, in his official capacity as member of the Virginia Beach City Council; ROSEMARY WILSON, in her official capacity as Vice Mayor of Virginia Beach; SABRINA WOOTEN, in her official capacity as member of the Virginia Beach City Council; ROCKY HOLCOMB, in his official capacity as member of the Virginia Beach City Council; LINWOOD BRANCH, in his official capacity as member of the Virginia Beach City Council

       Defendants – Appellants

------------------------------

COMMONWEALTH OF VIRGINIA

    Amicus Supporting Appellants

BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW;
SOUTHERN COALITION FOR SOCIAL JUSTICE

    Amici Supporting Appellees

———————————

No. 21-2431
(2:18-cv-00069-RAJ-DEM)

———————————

LATASHA HOLLOWAY; GEORGIA ALLEN

    Plaintiffs - Appellees

v.

THE CITY OF VIRGINIA BEACH; the VIRGINIA BEACH CITY COUNCIL; DONNA PATTERSON, in her official capacity as General Registrar for the City of Virginia Beach; ROBERT DYER, in his official capacity as the Mayor of Virginia Beach; PATRICK DUHANEY, in his official capacity as City Manager of Virginia Beach; MICHAEL BERLUCCHI, in his official capacity as member of the Virginia Beach City Council; BARBARA HENLEY, in her official capacity as member of the Virginia Beach City Council; LOUIS JONES, in his official capacity as member of the Virginia Beach City Council; JOHN MOSS, in his official capacity as member of the Virginia Beach City Council; AARON ROUSE, in his official capacity as member of the Virginia Beach City Council; GUY TOWER, in his official capacity as member of the Virginia Beach City Council; ROSEMARY WILSON, in her official capacity as Vice Mayor of Virginia Beach; SABRINA WOOTEN, in her official capacity as member of the Virginia Beach City Council; ROCKY HOLCOMB, in his official capacity as member of the Virginia Beach City Council; LINWOOD BRANCH, in his official capacity as member of the Virginia Beach City Council

    Defendants - Appellants

------------------------------

COMMONWEALTH OF VIRGINIA

 Amicus Supporting Appellants

BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW; SOUTHERN COALITION FOR SOCIAL JUSTICE

 Amici Supporting Appellees

———————————

J U D G M E N T

———————————

 In accordance with the decision of this court, the district court order entered March 31, 2021, is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

 This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ PATRICIA S. CONNOR, CLERK